# Exhibit C

**Example of Buyer Agreement**

October 19, 2021

Attn: Todd Sansom

Re: Creger Buyer Agreement between J&J Consulting Services, Inc./Jeffrey Judd and MTWE Investments LLC.

J&J Consulting Services, Inc./Jeffrey Judd has a business where he purchases contracts (Purchase Agreements) for attorney's clients once a settlement has been reached and an award has been granted. Jeffrey Judd uses his own money and money from friends and family to purchase these contracts. Jeffrey Judd uses the services of Matthew Beasley Esq. to assist him in finding these agreements and also to write the contracts. The Purchase Agreement act as a lien on the client's settlement.

MTWE Investments LLC (Entity) will be purchasing part of the "Creger" Purchase Agreement. This Purchase Agreement (See Attachment) will be for $80,000 and the term of the contract will be for 90 days. If the agreement closes within 90 days the Entity will receive a return of $10,000 and the principle will be rolled over into another Purchase Agreement until such time that the Entity desires to receive the principal back. If the Purchase Agreement extends over 90 days the Entity will receive $5,000 for each additional month the contract goes over the initial 90 days.

Force Majeure. No Party shall be deemed in default of any Purchase Agreement or, unless otherwise expressly provided therein, any Ancillary Agreement for any delay or failure to fulfill any obligation hereunder or thereunder so long as and to the extent to which any delay or failure in the fulfillment of such obligation is prevented, frustrated, hindered or delayed as a consequence of circumstances of Force Majeure. In the event of any such excused delay, the time for performance of such obligations shall be extended for a period equal to the time lost by reason of the delay. A Party claiming the benefit of this provision shall, as soon as reasonably practicable after the occurrence of any such event, (a) provide written notice to the other Party of the nature and extent of any such Force Majeure condition; and (b) use commercially reasonable efforts to remove any such causes and resume performance under this Agreement and the Ancillary Agreements, as applicable, as soon as reasonably practicable.

Roland Tanner, acting through Anthem Assets LLC, will represent the Entity (instructed by Shane Jager, representing J&J Consulting Services, Inc.) limited to such matters as to where to wire incoming funds, issuing ACH returns and the return of principal (upon the Entity exit) to the Entity as provided by J&J Consulting Services, Inc. per this Buyer Agreement. Roland Tanner and Anthem Assets LLC in addition to Shane Jager are hereby indemnified and held harmless in all other matters pertaining to this Purchase Agreement and Buyer Agreement.

The Entity and their members are prohibited from contacting any parties related to the injury settlement or Purchase Agreement, without the written consent of Jeffrey Judd.


Jeffrey Judd                                      10/19/2021
_____
Jeffrey Judd                                      date


Todd Sansom                                      10/20/2021
_____
Todd Sansom                                      date




Attachment A
Purchase Agreement