**Securities and Exchange Commission v. Beasley, et al.**
**Case No. 2:22-cv-00612**

**Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Other Ancillary Relief**

**Index of Exhibits**

| Exh. No. | Description | Date |
|---|---|---|
| A | Rule 65(B) Certification | 04.12.2022 |
| B | [Proposed] Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; (4) Granting Expedited Discovery; and (5) Order to Show Cause re Preliminary Injunction | |
| C | Declaration of Joni Ostler and Exhibits 1-41 (Parts 1-3) | 04.12.2022 |
| D | Declaration of Amir Salimi and Exhibits 1-2 | 04.12.2022 |