# Exhibit C

**Declaration of Joni Ostler**

Tracy Combs (Cal Bar No. 298664)
CombsT@sec.gov
Casey Fronk (Ill. Bar No. 6296535)
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.: (801) 524-5796
Fax: (801) 524-3558

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., AN ALASKA CORPORATION; J&J CONSULTING SERVICES, INC., A NEVADA CORPORATION; J and J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>               Defendants,<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>               Relief Defendants. | Case No.:<br><br>**DECLARATION OF JONI OSTLER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDERS: (1) FREEZING ASSETS; (2) REQUIRING ACCOUNTINGS; (3) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (4) GRANTING EXPEDITED DISCOVERY; AND (5) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

I, Joni Ostler, do hereby declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct to the best of my belief and, further, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters herein stated.

1.       I am over the age of 21 and a resident of the State of Utah.

2.       I make this declaration in support of the United States Securities and Exchange Commission's ("Commission" or "SEC") *Ex Parte* Application for Entry of Temporary Restraining Order and related relief.

3.       I am presently employed as a staff attorney in the Division of Enforcement by the Commission working from the Commission's Salt Lake Regional Office located at 351 South West Temple, Suite 6.100, Salt Lake City, Utah, 84101. I have been employed as an attorney with the Commission since December 2021. My official duties as an attorney in the Commission's Division of Enforcement include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been, are presently being, or are about to be violated, and assisting, as requested, in the Commission's litigation of securities laws violations.

4.       As part of my duties, I was assigned to the Commission's investigation entitled *In the Matter of J&J Consulting Services, Inc.*, matter number SL-02855 ("Investigation"). I learned the information set forth in this declaration from my personal knowledge and experience, documents I reviewed in the course of the Investigation, including bank records, witness interviews and testimony that I or other members of the investigative team conducted, witness and investor declarations that I or other members of the investigative team obtained, and other information provided to me by other SEC staff.

5.       I have redacted or directed the redaction of all documents attached to this declaration where necessary to protect the privacy of investors and confidential sources.

1

**Matthew Wade Beasley Confession**

6.      During the SEC Investigation, I obtained from the FBI the recordings of various calls between Matthew Beasley ("Beasley") and an FBI agent negotiator on March 3, 2022, recorded during a stand-off between Beasley and FBI agents who attempted to execute a search warrant at Beasley's home. SEC staff employed a court reporting service to create certified transcripts of those calls. True and correct copies of the transcripts of two of the calls for which the FBI provided recordings to me are attached hereto as **Exhibit 1 and 2**. In the recordings of these calls, Beasley states to the FBI negotiator that, since 2016 or 2017, he ran a Ponzi scheme related to personal injury settlements, which he started because he had gambling debts. *See* Ex. 1, Beasley Tr. at 6:14-15; 19:23-22:9, 33:10.

7.      In the recording of another, longer conversation with the FBI negotiator during the standoff of March 3, 2022 (**Exhibit 2**), Beasley states that investors were promised that their investment money would be given to someone who had settled a personal injury case but had not received their settlement money yet. Ex. 2 at 33:9-23. Beasley states that he "got names of attorneys" for the scheme but "I never actually talked to them." *Id.* at 32:19-20. Beasley states that as Jeffrey Judd found more investors, "I made up more attorney's deals and just kept growing it." *Id.* at 14:21-23. Beasley states that investors "would give their money to me, and I would supposedly send it to a bunch of attorneys" but actually "I kept it and used it to pay, basically pay them back to pay off gambling debts," including to Anthony Alberto, Jr. *Id.* at 15:5-16:13.

**Intended Liquidation of Assets by Judd and Beasley**

8.      On Friday, March 25, 2022, I and others from the SEC spoke to John Sellers, an attorney representing Jeffrey Judd. Mr. Sellers informed us that Judd was liquidating his assets to purportedly place into two new accounts he established at US Bank: one account being a "Potential Victim Fund" for victims of the fraud, and the other being an "IRS Account" to pay Judd's 2021 taxes. Mr. Sellers sent me an email on February, March 25, 2022, which provided

2

a list of properties and luxury vehicles that Judd plans to imminently sell, and stated that Judd already sold two homes. Attached hereto as **Exhibit 3** is a true and correct copy of Mr. Sellers's email to me.

9.      I obtained and reviewed a copy of the sale listing for one of the homes that Mr. Seller indicated Judd had sold. It shows that Judd and his wife sold a home at 599 N. Red Ct., Heber City, Utah, for $2,895,000, on March 24, 2022. A true and correct copy is attached as **Exhibit 4.**

10.     On Friday, April 8, 2022, I participated in a WebEx telephone call hosted by the SEC staff, in which Kevin Anderson, an attorney representing Jeffrey Judd, appeared. Also participating in the telephone call were, *inter alia*, attorneys from Schwartz Law, PLLC (attorneys representing the petitioning creditors of J&J Consulting Services, Inc., the alleged debtor in Case No. 22-10942 pending in the U.S. Bankruptcy Court for the District of Nevada, as well as the plaintiffs in an adversary proceeding, Case No. 22-01061, pending in the same court) and attorneys representing March A. Murphy and Mark A. Murphy, Ltd., the plaintiffs in a state court action, Case No. A-22-849806-B, pending in Clark County District Court in Nevada, in which a receiver was appointed on March 30, 2022.  Also with me on the call were other members of the SEC staff.

11.     During the call, another of Judd's attorneys, Kevin Anderson, stated that Judd intended to sell at least one property owned by one of Mr. Judd's various trusts, and that the transaction was to close on or around Saturday, April 16, 2022. Judd's attorney indicated that it was his position that the trust and the properties held by it were not subject to any receivership or present encumbrance, and that Judd intended to put the cash income from property sales into an account for a so-called "victims fund," and that Judd did not intend to provide the income to the receivership estate. Judd's attorney stated on the call that he was unsure at which bank the purported "victims fund" was held, who was the signatory on the account, or the account number.

12.     Through my investigative work, I have learned that there are at least four accounts held in the names of various Judd trusts at US Bank, including the "Judd Family Trust," the "Judd Nevada Trust," and the "Judd Irrevocable Trust," collectively holding cash and assets worth close to $4 million as of April 11, 2022.

13.     Through my investigative work I have also learned that Judd recently sold a piece of real property and tried to transfer at least $1 million into an account at US Bank, which US Bank refused to accept, and which was then sent back to the title company.

14.     I learned from a confidential source that Matthew Beasley and his wife Paula Beasley filed a joint petition for divorce on March 17, 2022. According to a snapshot of docket information I obtained from a confidential source and reviewed, the case is sealed, and the Decree of Divorce was granted on March 21, 2022. On the April 8, 2022 conference call referenced in paragraph 10 above, an attorney from Schwartz Law, PLLC stated that Matthew Beasley may have transferred at least one home and one vehicle into Paula's name as part of the divorce.

15.     I have reviewed the results of a search conducted by SEC staff of certain properties on Redfin.com that the SEC staff believes to be held in the name of a "Judd Nevada Trust" of which Jeffrey Judd and Jennifer Judd are purportedly trustees, and I reviewed information concerning those properties from the following websites: https://www.redfin.com/. That information is attached hereto as **Exhibit 5** and it includes:

16.     Multiple Listing Service #2381991, 9 Sky Arc Court, Henderson, NV 89012, which lists 9 Sky Arc Court for sale at $6,700,000 and indicates that "[t]he seller has accepted an offer, and this property is now pending or under contract." The listing indicates that it has been active since on or about March 28, 2022.

17.     Multiple Listing Service #2381992, 8 Twisted Rock Court, Henderson, NV 89012, which lists the property (an empty lot) for sale at $2,700,000 and states that the "[l]ist

4

price was lowered by $250K."  The listing indicates that it has been active since on or about March 28, 2022.

**Information and Documents Provided by Investors, Potential Investors, and Confidential Sources**

18.     Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Douglas S. Saeltzer. Mr. Saeltzer is an attorney and is a supposed counterparty to one of the J&J Consulting Services, Inc. "Purchase Agreements" for a slip and fall settlement for a client named Renee Crawford. Mr. Saeltzer attests that he has no client by that name and that he never entered any agreement with J&J Consulting Services, Inc. ("J&J"). A colleague of mine, another SEC staff attorney at the Salt Lake Regional Office in Enforcement, obtained this declaration from Mr. Saeltzer.

19.     The fake Purchase Agreement that is attached to Mr. Saeltzer's declaration was obtained by SEC staff through a tip received from a local attorney who stated he received the Purchase Agreement from a friend who was approached to invest in the J&J scheme. Documentation provided to the local attorney by his friend reveals that it was Christopher Humphries who solicited the friend's investment in the scheme. Attached as **Exhibit 7** and **Exhibit 8** are true and correct copies of the other documents provided to the SEC staff by the attorney.

20.     As reflected on the Purchase Agreement attached to the Declaration of Douglas S. Saeltzer (Ex. 6 hereto), Beasley of Beasley Law Group PC purports to represent J&J Consulting Services, Inc. with respect to the fake Purchase Agreement. I have reviewed several similar Purchase Agreements that the SEC staff has received from investors and they likewise show Beasley of Beasley Law Group PC purporting to represent J&J Consulting Services, Inc. with respect to the Purchase Agreements. Attached hereto as **Exhibit 9** is another example of a Purchase Agreement. I obtained Exhibit 9 pursuant to a subpoena issued to investor Taylor Richards.

*__Testimony and documents provided by investor Taylor Richards__*

21.     Attached as **Exhibit 10** is a true and correct copy of the transcript of investigative testimony I took of investor Taylor Richards on April 7, 2022, as well as certain of the accompanying exhibits.

22.     Mr. Richards also provided a screenshot of a text conversation he had with Jeffrey Judd on February 19, 2022, a true and correct copy of which is attached as **Exhibit 11.** In the text Judd appears to be telling his promoters that they have to "increase the effort" to get more investments, and he says, "Right now I'm placing about 80 contracts a week."

*__Information provided by a confidential source__*

23.     As part of the Investigation, I spoke to a confidential source who stated that he was solicited by Christopher Humphries to invest in the scheme and was promised 13% returns every 90 days, and Humphries said Humphries earned 5% of all the money he brought in. The confidential source conveyed the following information: Humphries provided him copies of the Purchase Agreements in which he was supposedly investing. Despite Humphries telling him that he was prohibited from contacting the attorneys whose names were on the Purchase Agreements, the confidential source looked up the attorneys listed on the Purchase Agreements and telephoned them. The attorneys or their law firm staff were unable to locate any record of having the clients whose names were stated on the Purchase Agreements, or of the agreements themselves. In essence, the attorneys indicated that the Purchase Agreements were fake.

*__Information and documents provided by investor Todd Sansom__*

24.     As part of my investigative work, I spoke with investor Todd Sansom via WebEx on March 25, 2022. Mr. Sansom stated that he learned about the J&J Consulting investment sometime in 2021 from his cousin. Mr. Sansom and his father Michael Sansom both invested through Roland Tanner. Mr. Sansom told us that Mr. Tanner instructed Mr. Sansom where to wire the investment money and also sent documents for Mr. Sansom to sign, which Mr. Sansom then provided to SEC staff.

25.     One of the documents that Mr. Sansom produced to the SEC staff is a copy of the "Buyer Agreement" between an entity that Mr. Sansom owns, MTWE Investments LLC, and J&J Consulting Services, Inc., which I have reviewed. A true and correct copy of the "Buyer Agreement" produced to the SEC staff by Mr. Sansom is attached hereto as **Exhibit 12**. The "Buyer Agreement," signed by Jeffrey Judd on behalf of J&J Consulting Services, Inc. on October 19, 2021, states:

> J&J Consulting Services, Inc./Jeffrey Judd has a business where he purchases contracts (Purchase Agreements) for attorney's clients once a settlement has been reached and an award has been granted. Jeffrey Judd uses his own money and money from friends and family to purchase these contracts. Jeffrey Judd uses the services of Matthew Beasley Esq. to assist him in finding these agreements and also to write the contracts. The Purchase Agreement act [sic] as a lien on the client's settlement.

26.     Mr. Sansom also stated that he and his father knew various other investors, including friends and neighbors. Mr. Sansom heard that people were causing problems by trying to contact the attorneys on the Purchase Agreements and trying to verify things, and that the actual settlement information was being withheld from investors to prevent investors doing this.

### *Recordings provided by Mark Holt and a confidential source*

27.     Mark Holt, a source who posed as a potential investor in early 2022, provided to the SEC staff a video of a meeting he had on February 17, 2022 in a private jet at the Henderson, Nevada FBO (private airport) with Shane Jager, Jason Jongeward, and a confidential source who also posed as a potential investor using the alias "Mike." At my direction, my office obtained a certified transcript of that video, a true and correct copy of which is attached as **Exhibit 13**.

28.     Mr. Holt informed me that he and "Mike" worked together with Nathan Anderson of Hindenberg Research to hire private investigators to place hidden cameras inside the private jet, which allowed Mr. Holt and "Mike" to capture the video of Jager and Jongeward. Attached hereto as **Exhibit 14** is the affidavit of one of the private investigators

who placed the hidden cameras that captured the video of Shane Jager and Jason Jongeward speaking with Mark Holt and "Mike".

29.     Mr. Holt and "Mike" also provided to the SEC staff a recording of a telephone call they had with Jeffrey Judd and Shane Jager on February 24, 2022. Mr. Holt and "Mike" told me that Mr. Holt announced himself on the call, "Mike" remained silent, and "Mike" recorded the call using his smartphone. At my direction, my office obtained a certified transcript of that recording, a true and correct copy of which is attached as **Exhibit 15.**

30.     "Mike" informed the SEC staff that he recorded telephone calls with Shane Jager on January 25, 2022, January 26, 2022, and February 1, 2022, in which he posed as a potential investor with the alias "Mike." "Mike" recorded those calls using an app on his smartphone. "Mike" provided those recordings to SEC staff. At my direction, my office obtained certified transcripts of those recordings. A true and correct copy of the transcript of the recorded call on January 25, 2022 between "Mike" and Jongeward is attached as **Exhibit 16.** A true and correct copy of the transcript of the recorded call on January 26, 2022 between "Mike" and Jongeward is attached as **Exhibit 17.** A true and correct copy of the transcript of the recorded call on February 1, 2022 between "Mike" and Jongeward is attached as **Exhibit 18.**

***Declaration and documents provided by investor Marshall Gibbs, D.D.S.***

31.     Attached as **Exhibit 19** is a true and correct copy of the Declaration of Marshall Gibbs, D.D.S. and its accompanying exhibits. Dr. Gibbs invested with J&J after being solicited by Jason Jongeward.

***Information and documents provided by investor Elizabeth Lewis***

32.     During the course of the Investigation, I spoke with investor Elizabeth Lewis. Lewis stated that Denny Seybert and another individual told her and her husband about the investment opportunity in personal injury settlement claims with Jeffrey Judd in or around January 2020. She stated that Seybert arranged a meeting with Judd for her and her husband.

33.     Lewis stated that she and her husband met with Judd and Seybert in person on January 16, 2022, at which meeting Judd explained the investment opportunity. Judd stated, among other things, that Matthew Beasley suggested to Judd that they go into business together in the settlement contract business. Judd said the investment had almost zero risk, and described how the business enabled him to purchase two brand new Porsches and a $6 million home. Judd said Lewis's money would be invested with injured parties who had settlements from insurance companies, who would then repay the investment plus interest in 90 days. Judd told Lewis and her husband that they could invest in settlement contracts for $80,000 or $100,000, and would receive a return of 12.5% in 90 days. Judd said that their principal would then be reinvested in a new settlement contract, such that they would receive 12.5% returns every 90 days, for an annual return of 50%.

34.     Lewis stated that she and her husband invested through Seybert and Simmons. At the instruction of Seybert and Simmons, she and her husband wired their investment funds to the Beasley Law Group PC account at Wells Fargo Bank. Attached as **Exhibit 20** is a true and correct copy of a wire transfer confirmation that Lewis provided to SEC staff, showing the wire transfer from Lewis and her husband to the Beasley Law Group PC account.

35.     Lewis stated that on two occasions Seybert told her to write a check for her investment funds to Rocking Horse Properties, LLC, which she understood to be an account under Seybert's control. Seybert told her that he would forward her funds from there to the Beasley Law Group PC account. Attached as **Exhibit 21** is a true and correct copy of one of the checks that Lewis wrote to Rocking Horse Properties, LLC to invest in the scheme, which Lewis provided to SEC staff.

36.     Lewis stated that she and her husband had an employee named Max who also invested, and that Max wrote his investment check directly to Seybert. Lewis provided SEC staff with a copy of Max's check to Seybert, a true and correct copy of which is attached as **Exhibit 22.**

9

37. Lewis stated that on another occasion, Max sent his investment money to Rocking Horse Properties LLC at the instruction of Seybert. Lewis provided SEC staff with a copy of one of Max's wire transfer confirmations showing transfer of investment funds to Rocking Horse Properties LLC, a true and correct copy of which is attached as **Exhibit 23.**

38. Lewis provided SEC staff a copy of an email that Jeffrey Judd wrote, which Seybert then forwarded to Lewis and her husband on February 7, 2022. A true and correct copy of the emails is attached as **Exhibit 24**. In the email Judd writes, in part:

> I had another conversation with the attorneys that helped me set up the private money placement documents up [sic]. They asked me if I was still sending out the contracts and if I was to stop.

39. Taylor Richards also received this same email from Jeffrey Judd directly. It is attached to his testimony transcript (**Exhibit 10**) as Exhibit 12.

40. Lewis provided SEC staff a copy of an email that Jeffrey Judd sent to Warren Rosegreen, Shane Jager, Christopher Humphries, Chris Madsen, Larry Jeffery, and Denny Seybert dated March 30, 2022, which Seybert then forwarded to Lewis and her husband. A true and correct copy of the emails is attached as **Exhibit 25**.

41. Lewis provided SEC staff a copy of an email dated January 4, 2022 that Seybert sent to Lewis and her husband, copying Judd, in which Seybert asked Lewis's husband to sign several documents: a Mutual Confidentiality and Non-Disclosure Agreement, a Non-Compete, Non-Disclosure and Non-Solicitation Agreement, a PPM, and a J and J Purchasing Confidential Subscription Agreement. A true and correct copy of this email is attached as **Exhibit 26**. The documents attached to the email are substantially the same documents that Dr. Gibbs received from Jason Jongeward, copies which are attached to Dr. Gibbs' declaration (which is **Exhibit 19** hereto).

42.     Lewis stated that Seybert informed her and her husband that he was earning $1,500 for each contract he sold to investors he brought in.

### Business Entities

43.     As part of the Investigation, SEC staff endeavored to identify the owners of the business entities that are named as Defendants or Relief Defendants in the Commission's action. In this section I describe the business entity searches I conducted, what the records showed, and additional information about the bank records of PAJ Consulting Inc., one of the Relief Defendants

44.     Beasley Law Group P.C.:  I conducted a business entity search on the State of Nevada Secretary of State's website and retrieved information concerning Beasley Law Group P.C. from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of the information is attached hereto as **Exhibit 27**. The entity information for Beasley Law Group P.C., last updated May 30, 2019, shows that Matthew Beasley of 1872 Shy Albatross Avenue, North Law Vegas, NV 89084 is the President, Secretary, Treasurer, and sole Director of Beasley Law Group PC.

45.     J&J Consulting Services, Inc. (Alaska): I conducted a business entity search on the State of Alaska Department of Commerce, Community, and Economic Development, Division of Corporations Business & Professional Licensing website and retrieved information concerning J&J Consulting Services, Inc. from the following website: https://www.commerce.alaska.gov/cbp/main/search/entities. A true and correct copy of the information I obtained from the website is attached hereto as **Exhibit 28**. The entity information of J&J Consulting Services, Inc. shows that Jeffrey Judd of 9 Sky Arc Court, Henderson, NV 89012 is the President, Treasurer, and Director of J&J Consulting Services, Inc. and that Jennifer Judd of the same address is a Director and the Secretary, and that both Judds are the sole owners of J&J Consulting Services, Inc. and that the entity was formed on November 20, 2019.

46.     Information I adduced during the Investigation using certain proprietary search tools available to the SEC staff indicate that Jennifer Judd is Judd's spouse.

47.     J&J Consulting Services, Inc. (Nevada): I conducted a business entity search on the State of Nevada Secretary of State's website and retrieved information concerning J&J Consulting Services, Inc. from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of the information I obtained from the website is attached hereto as **Exhibit 29**. The entity information of J&J Consulting Services, Inc., last updated on May 20, 2021, shows that Jeffrey Judd of 9 Sky Arc Court, Henderson, NV 89012 is the President, Treasurer and Director of J&J Consulting Services, Inc. and that Jennifer Judd of the same address is the Secretary.

48.     J AND J Purchasing LLC:  I conducted a business entity search on the State of Florida's Division of Corporations website at https://www.dos.myflorida.com/sunbiz/search and retrieved information concerning  and J Purchasing LLC from that website. I downloaded J and J Purchasing LLC's Articles of Incorporation from that website, a true and correct copy of which is attached as **Exhibit 30.** The Articles of Incorporation for J and J Purchasing LLC, filed October 13, 2021, show that Jeffrey Judd of 9 Sky Arc Court, Henderson, NV 89012 is the sole person authorized to manage the entity.

49.     PAJ Consulting Inc.:  I conducted a business entity search on the State of Nevada Secretary of State's website and retrieved information concerning PAJ Consulting Inc. ("PAJ") from the following website:  https://www.nvsos.gov/sos/. I have reviewed that information and it is attached hereto as **Exhibit 31**. The entity information for PAJ indicates that it was formed on October 22, 2019 and that Preston Judd is the President, Secretary, and Treasurer of the entity.

50.     Information I adduced during the Investigation using certain proprietary search tools available to the SEC staff indicate that Preston Judd is Jeffrey Judd's child. Those proprietary search tools showed, *inter alia*, that Preston Judd is 22 years old and has resided at

several of the same addresses where Jeffrey Judd has resided, including 9 Sky Arc Ct., Henderson, Nevada.

51.     SEC staff obtained records of the business account for PAJ from U.S. Bank pursuant to subpoena. I have reviewed those records, which included the signature card and accompanying Resolution of Corporation, and addendums thereto, true and correct copies of which are attached as **Exhibit 32.** The documentation shows that Preston A. Judd was the sole signatory on the PAJ account until April 9, 2021, at which point Preston A. Judd added Rachel E. Utley as a second signatory.

52.     SEC staff obtained the monthly statements for the business account of PAJ from U.S. Bank pursuant to subpoena. I have reviewed those records. Between June 2020 and February 2022, PAJ received incoming transfers from J&J Consulting Services, Inc. totaling over $1 million. The PAJ account also received $824,500 from the Beasley Law Group IOLTA account. The PAJ account records show extensive spending on consumer goods (including several large purchases at Neiman Marcus, Louis Vuitton, Saks, and Balenciaga), travel, entertainment, restaurants, purchases of cryptocurrencies through Coinbase, gaming, and gambling. It also showed donations to the Church of Jesus Christ of Latter Day Saints of over $60,000.

53.     BJ Holdings LLC: I conducted a business entity search on the State of Nevada Secretary of State's website and printed the information retrieved concerning BJ Holdings LLC from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of that information is attached hereto as **Exhibit 33**. The entity information indicates that BJ Holdings LLC was formed on March 25, 2021, that Matthew Beasley is the entity's registered agent, and that its sole managing members are J&J Consulting Services, Inc., 9 Sky Arc Court, Henderson, NV 89012, and Beasley Law Group P.C., 5475 Ruffian Road, Las Vegas, NV 89149.

54. <u>Stirling Consulting LLC:</u>  I conducted a business entity search on the State of Nevada Secretary of State's website and printed the information retrieved concerning Stirling Consulting LLC from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of the information I obtained from the website is attached hereto as **Exhibit 34**. The entity information indicates that Stirling Consulting LLC was formed on April 20, 2018 and that its sole managing member and registered agent is Shane Jager, 6785 S Eastern Ave Unit 8, Las Vegas, NV 89119.

55. <u>CJ Investments LLC:</u>  I conducted a business entity search on the State of Nevada Secretary of State's website and printed the information retrieved concerning CJ Investments LLC from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of that information is attached hereto as **Exhibit 35.** The entity information indicates that CJ Investments LLC was formed on November 21, 2019 and that its sole managing members are Christopher Humphries and Jessica Humphries of 726 Glowing Horizon Street, Henderson, NV 89052. Information I adduced during the Investigation using certain proprietary search tools available to the SEC staff indicate that Jessica Humphries is Christopher Humphries's spouse.

56. <u>JL2 Investments, LLC:</u>  I conducted a business entity search on the State of Washington Secretary of State's website and retrieved information concerning JL2 Investments, LLC from the following website: https://www.sos.wa.gov/corps/. A true and correct copy of the information I obtained from the website is attached hereto as **Exhibit 36**. The entity information for JL2 Investments, LLC indicates that it was formed on November 21, 2019 and that its sole registered agent and Governor is Jason Jongeward of 6311 Crestview Lane, Cheney, Washington 99004.

57. <u>Rocking Horse Properties, LLC:</u>  I conducted a business entity search on the State of Nevada Secretary of State's website and retrieved information concerning Rocking Horse Properties, LLC from the following website:  https://www.nvsos.gov/sos/. A true and

14

correct copy of the information I obtained from the website is attached hereto as **Exhibit 37**. The entity information indicates that it was formed on January 30, 1997 and that its sole manager is Denny Seybert of 10424 S. Eastern Ave., Suite 200, Henderson, Nevada, 89052.

58.     Triple Threat Basketball, LLC: I conducted a business entity search on the State of Nevada Secretary of State's website and retrieved information concerning Triple Threat Basketball, LLC from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of the information I obtained from the website is attached hereto as **Exhibit 38**. The entity information indicates that Triple Threat Basketball, LLC was formed on April 30, 2009 and its managers are Warren Rosegreen and Priscilla Rosegreen. Information I adduced during the Investigation using certain proprietary search tools available to the SEC staff indicate that Priscilla Rosegreen is Warren Rosegreen's spouse.

59.     ACAC LLC:  Counsel for Christopher Madsen informed me via email that Mr. Madsen used a bank account in the name of ACAC, Llc [sic] for "all of his dealings with J & J". Attached was **Exhibit 39** is a true and correct copy of the email.

60.     Monty Crew LLC: I conducted a business entity search on the State of Nevada Secretary of State's website and retrieved information concerning Monty Crew LLC from the following website:  https://www.nvsos.gov/sos/. A true and correct copy of the information I obtained is attached hereto as **Exhibit 40**. The entity information indicates that Monty Crew LLC is a revoked entity that was formed on January 14, 2009 and its sole manager was Anthony Alberto Jr.

**Securities and Exchange Commission Records**

61.     I conducted a search of Commission records on the Commission's EDGAR database and retrieved information concerning J&J Purchasing LLC from https://www.sec.gov/edgar/. A true and correct copy of the information I obtained from the search is attached hereto as **Exhibit 41.** The Form D (Notice of Exempt Offering of Securities), filed on December 13, 2021 on J&J Purchasing LLC's behalf by attorney Michael

D. Peters, Esq., states that Jeffrey Jason Judd of 9 Sky Arc Court, Henderson, NV 89012 is the sole related person and Executive Officer of J&J Purchasing LLC, and that J&J Consulting LLC's address is the same as Judd's.

62.     During the course of the Investigation, I conducted a search to see if Jeffrey Judd Christopher Humphries, Shane Jager, Jason Jongeward, Denny Seybert, or Roland Tanner had ever been registered as a broker-dealer. I searched the database located at: https://brokercheck.finra.org for those who have been registered as either a broker or dealer. None of Jeffrey Judd, Christopher Humphries, Shane Jager, Jason Jongeward, Denny Seybert, or Roland Tanner appeared in my searches as individuals who had been registered as a broker-dealer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April, 2022 in Salt Lake City, Utah.


___/s/ Joni Ostler_____ _____
Joni Ostler

16

# Exhibit 1

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )

                            )  File No. SL-02855-A

J&J CONSULTING, INC.         )  Amended: 4/11/2022


SUBJECT:  Call between an FBI negotiator and

          Matthew Beasley - March 3, 2022

PAGES:    1 through 35






                    AUDIO TRANSCRIPTION







                Diversified Reporting Services, Inc.

                    (202) 467-9200

Page 2

C O N T E N T S

AUDIO FILE:                              PAGE
3 1st Contact MB                            3
4 Continued contact 2 MB                    7
5 Continued contact 2 MB                   11
6 Continue contact 4 MB                    15
7 Continued contact 5 MB                   19
8 Continued contact 6 MB                   22
9 Continued contact 7 MB                   25
10 Continued contact 8 MB                  29
11 Continued contact 9 MB                  33

---

Page 3

PROCEEDINGS

3 1st Contact MB

FBI AGENT ADAM:  Receiving call from subject, Matthew Beasley, March 3, 2022.

His, this is Adam.

MAUREEN:  Hi, this is Maureen with Metro Dispatch.

FBI AGENT ADAM:  Yes.

MAUREEN:  This is the FBI (inaudible), correct?

FBI AGENT ADAM:  Yes, this the FBI negotiators.

MAUREEN:  Hi.  So I have Matt Beasley on the line and I'm ready to connect to you.  Do you want me to stay on and record it?

FBI AGENT ADAM:  We're recording.

MAUREEN:  You're recording, so you don't need me to?

FBI AGENT ADAM:  You're good.

MAUREEN:  Okay, all right.  Matt, I have the FBI on the line for you.

MR. BEASLEY:  Thank you.

FBI AGENT ADAM:  Hi, Matthew.

MR. BEASLEY:  Are you the one that was at my door?

FBI AGENT ADAM:  No, sir.  I'm actually just a negotiator.  I'm here to help and talk to you and see

---

Page 4

what's going on.  How are you?

MR. BEASLEY:  Oh, I need to talk with the one that was the door (inaudible) and I want to apologize because that was never my intent for him to have him shoot me.  I was (inaudible).

FBI AGENT ADAM:  Well, we can -- we can certainly get to what happened, Matthew.  But first off, I need to ask --

MR. BEASLEY:  I know -- all I need to know is the facts and I'm done.

FBI AGENT ADAM:  What do you mean you're done, Matthew?

MR. BEASLEY:  I need to tell him the facts.

FBI AGENT ADAM:  I heard you say you want to tell him the facts.  What do you mean you're done?

MR. BEASLEY:  Well, I don't -- (inaudible) negotiated with.  I just want to talk to the guy, one, to apologize because it was never my intent for them to have to shoot me.

FBI AGENT ADAM:  Okay.

MR. BEASLEY:  And two, the facts of what's going on to make sure they know that I'm the only one responsible for every single thing that (inaudible).

FBI AGENT ADAM:  Okay, Matthew.  It sounds like you go to talk about, and I am here to talk to you about

---

Page 5

whatever you need to talk about, okay.

But first off, I have to ask you --

MR. BEASLEY:  (Inaudible.)

FBI AGENT ADAM:  Say what?

MR. BEASLEY:  I just want to talk to the gentleman that came to the door.

FBI AGENT ADAM:  So right now he's not available, but he asked me to talk to you.

MR. BEASLEY:  Oh, are you outside?

FBI AGENT ADAM:  No, I'm not outside.

MR. BEASLEY:  Okay.  Well --

FBI AGENT ADAM:  Hey, Matthew, are you there?

MR. BEASLEY:  Is this recorded?  Is this recorded at least?

FBI AGENT ADAM:  I'm sorry, you were breaking up a little bit.  What did you say, Matthew?

MR. BEASLEY:  Is this recorded?

FBI AGENT ADAM:  We are recording this for our own documents, yes.  But just to let you know, hey, we're just here to help, Matthew, okay?

MR. BEASLEY:  I know.  I don't blame anybody.

FBI AGENT ADAM:  Okay.  Well, that's good. Hey, before we get talking about what you want to talk about I need to ask are you -- are you okay?  Do you need medical attention?

1       MR. BEASLEY: I do not want any medical
2  attention.
3           FBI AGENT ADAM: Okay.
4       MR. BEASLEY: I just need to make sure everyone
5  knows exactly what happened and why. Not why, why is
6  stupid, but know that I'm the only one involved.
7       FBI AGENT ADAM: Okay.
8       MR. BEASLEY: Nobody else was involved in the
9  scheme.
10      FBI AGENT ADAM: Nobody else was involved.
11      MR. BEASLEY: Nobody even knew. Nobody even
12  knew.
13      FBI AGENT ADAM: Nobody even knew what?
14      MR. BEASLEY: That I was running a Ponzi
15  scheme.
16      FBI AGENT ADAM: Okay, a Ponzi scheme.
17      MR. BEASLEY: They didn't know.
18      FBI AGENT ADAM: Who didn't know, Matthew?
19      MR. BEASLEY: They had no idea. If they did,
20  they would have called you guys.
21      FBI AGENT ADAM: Okay.
22      (End of audio file.)
23
24
25

1  4 Continued contact 2 MB
2       MR. BEASLEY: Part of it that the FBI was at
3  their house today.
4       FBI AGENT ADAM: Okay. So the FBI was at some
5  other people's houses today to talk to them about maybe
6  something you were involved in.
7       MR. BEASLEY: They did search warrants, they
8  did search warrants today.
9       FBI AGENT ADAM: Okay. They did a search
10  warrant today and you might have some involvement in it.
11      MR. BEASLEY: They -- they knew nothing. I
12  lied to them. I ran the entire thing and the only thing
13  those individuals did wrong is believe me, that was it.
14  They knew nothing. They believed that I was actually a
15  good person and not a piece of shit.
16      FBI AGENT ADAM: Well, I don't -- I don't think
17  you're a piece of shit, Matthew. You're talking to me
18  now and you've already apologized.
19      MR. BEASLEY: I'm a very intelligent person, I
20  will tell you that also, but I don't -- I understand what
21  your job is to do but I just want it to be known that
22  nobody besides me not -- my family has no idea. They're
23  going to be so fucking disappointed in me.
24      FBI AGENT ADAM: Okay. Well, speaking of your,
25  speaking of your family, Matthew, how many -- do you have

1  a wife, kids? Who are we talking about?
2       MR. BEASLEY: I have a wife and four kids.
3       FBI AGENT ADAM: You have a wife and what? I'm
4  sorry, you broke up a little bit, sir.
5       MR. BEASLEY: Four kids.
6       FBI AGENT ADAM: Four kids, okay. What's your
7  wife's name?
8       MR. BEASLEY: Paula.
9       FBI AGENT ADAM: Olive.
10      MR. BEASLEY: Paula.
11      FBI AGENT ADAM: Paula, P-a-u-l-a?
12      MR. BEASLEY: Yeah.
13      FBI AGENT ADAM: Okay. Four kids. What are
14  their names?
15      MR. BEASLEY: Matthew, ██████, █, and Jordan.
16      FBI AGENT ADAM: Matthew, ████████ and
17  Jordan?
18      MR. BEASLEY: Yes.
19      FBI AGENT ADAM: Well, those are all really
20  pretty names. I like that you kept the Ms in the
21  family for a while there.
22      MR. BEASLEY: Don't patronize me, please.
23      FBI AGENT ADAM: Oh, I'm not, I'm not. I'm
24  sorry, I'm not trying to patronize you, sir.
25      MR. BEASLEY: I just want to clear everything

1  up and make sure nobody else besides me gets in trouble.
2       FBI AGENT ADAM: Okay. And I understand that,
3  Matthew. How old are your kids? We're trying to just
4  sort through everything right now.
5       MR. BEASLEY: 27, 22, 11 and 9.
6       FBI AGENT ADAM: 27, 22, 11 --
7       MR. BEASLEY: And 9.
8       FBI AGENT ADAM: And 9. Jordan is 9?
9       MR. BEASLEY: George, I don't have a George, I
10  have a Jordan, and she's 27.
11      FBI AGENT ADAM: Okay.
12      MR. BEASLEY: Matthew is 22. ████ is 11 and
13  ████████ is 9.
14      FBI AGENT ADAM: ████████ okay. Thank you for
15  telling me that. Where are they? Are any of them in the
16  house?
17      MR. BEASLEY: Nobody is here, just me.
18      FBI AGENT ADAM: Nobody else is in the house?
19      MR. BEASLEY: Well, and two dogs that are
20  really friendly and really small. But please don't --
21  they're not mine, they're my associates dogs, so please
22  don't shoot them. One is a puppy, and one is only like
23  eight months old.
24      FBI AGENT ADAM: Well, you're talking to a dog
25  lover, so I certainly don't want to see anything happen

## Page 10

1   to you or the dogs, Matthew.  Thank you for telling us
2   about that, though.  That's good information for us to
3   have.  Thank you for telling me that.
4        MR. BEASLEY:  This wasn't how it was supposed
5   to happen.
6        FBI AGENT ADAM:  How what wasn't supposed to
7   happen, Matthew?
8        MR. BEASLEY:  I can't think -- I can't --
9        (End of audio file.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 11

1   5 Continued contact 3 MB
2        FBI AGENT ADAM:  Okay.  Well, before we kind of
3   talk about everything that happened in the past I want --
4        MR. BEASLEY:  I just don't want -- I just don't
5   want to -- I don't want to talk about me anymore, I want
6   to talk about what happened and I want to explain.
7        FBI AGENT ADAM:  Yeah.  Matthew, that's what I
8   want to.  I want to hear about what happened today.
9        MR. BEASLEY:  Oh, I don't care about what
10  happened today, except I apologize.  They should never
11  have had to shoot me.
12        FBI AGENT ADAM:  Okay.  Well, did you -- were
13  you shot, Matthew, were you hit?
14        MR. BEASLEY:  Twice, yeah.
15        FBI AGENT ADAM:  Okay.  Where were you hit?
16        MR. BEASLEY:  Once in the chest and once in the
17  shoulder.
18        FBI AGENT ADAM:  Okay.  If you were to come
19  out, you could have somebody look at those.
20        MR. BEASLEY:  I don't -- I'm not coming out,
21  outside.  I'm not coming out, no.
22        FBI AGENT ADAM:  I'm sorry, it's a little hard
23  to hear you.  Say that again please, Matthew.
24        MR. BEASLEY:  When I come out, I'll be dead.
25        FBI AGENT ADAM:  Well, I can tell you, Matthew,

## Page 12

1   there's people out here including all of us who don't
2   want to see that happen to you.  So that's why I'm hoping
3   you'll talk to me.
4        MR. BEASLEY:  That's (inaudible), but I
5   appreciate that, but you can't help it.
6        FBI AGENT ADAM:  Well, I think there's plenty
7   of ways to help you, Matthew.  We can certainly talk
8   about what's happened today and, in the past, and we
9   don't want -- we don't want to have to tell your kids
10  about something bad happening to you.  We want to
11  hopefully have your kids see you at the end of today, you
12  know, when the sun goes down and all that.
13        MR. BEASLEY:  They already know.
14        FBI AGENT ADAM:  They already know?
15        MR. BEASLEY:  They don't know yet.  I wrote
16  them all letters.  And please tell the people in charge
17  if they go up to my office everything they need, there's
18  a letter to the FBI and to my family --
19        FBI AGENT ADAM:  Okay.
20        MR. BEASLEY:  -- that explains everything and
21  tells them how much I love them.
22        FBI AGENT ADAM:  Well, Matthew, you did write
23  letters but there's also the opportunity for you to tell
24  the FBI what happened and for you to tell your family you
25  love them.

## Page 13

1        MR. BEASLEY:  I'm trying to tell you guys right
2   now, please put the guy that investigated me the phone so
3   he can -- so he can write this stuff down and make sure
4   he understands that this is -- this is not something that
5   wasn't intended.  It turned really bad and nobody else
6   was involved except for me.
7        FBI AGENT ADAM:  Uh-huh.  Except for you.
8        MR. BEASLEY:  Nobody.  Nobody knew anything.
9   If they did, they would have all turned me into the
10  police long ago, even if it meant risking themselves.  It
11  was me.
12        FBI AGENT ADAM:  Okay.  So let me just
13  understand what you're saying so far, okay, Matthew?  Do
14  you mind if I, if I do that?
15        MR. BEASLEY:  If you do it quick.
16        FBI AGENT ADAM:  Okay.  So some agents came to
17  your door to talk to you today.  When you opened the door
18  you had a firearm in your hand, it was pointed at your
19  head.
20        MR. BEASLEY:  But I didn't ever -- I didn't
21  ever open the door, but yeah.
22        FBI AGENT ADAM:  Okay.
23        MR. BEASLEY:  I unlocked the door, but the
24  door -- the door is unlocked so they don't need to break
25  it down.  It's unlocked.

Page 14

1      FBI AGENT ADAM:  Okay, the door is unlocked.
2  They came to talk to you.  You had a weapon to your head,
3  and they fired at you, striking you twice.
4      MR. BEASLEY:  Yes.
5      FBI AGENT ADAM:  In the chest and -- Matthew?
6      MR. BEASLEY:  The shoulder.
7      FBI AGENT ADAM:  In the shoulder, okay.  Thank
8  you.  In addition to that --
9      (End of audio file.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 15

1      6 Continue contact 4 MB
2      FBI AGENT ADAM:  -- about a Ponzi scheme that
3  you were telling me about.
4      MR. BEASLEY:  I know they were, yes.
5      FBI AGENT ADAM:  Okay.  Matthew, let me ask you
6  why do you feel it's necessary to take this step?
7      MR. BEASLEY:  Because I -- all I -- what I
8  really thought was going to happen when they showed up is
9  they would let me tell my story and then I could do what
10  I needed to do.  But they decided to shoot me, and I wish
11  they would have at least killed me, but they didn't so --
12      But I do apologize to them for making them do
13  that.  That -- I did want that.
14      FBI AGENT ADAM:  Okay.  And --
15      MR. BEASLEY:  I didn't want them to get hurt
16  or --
17      FBI AGENT ADAM:  Well, thank you for saying
18  that.  I can tell from what you're saying about your
19  concern for the agents that came to your door is you're a
20  good person who doesn't want to see anybody get hurt.
21  And that's exactly what we want, Matthew.  We
22  don't want to see anybody get hurt.  So just because
23  something happened earlier doesn't mean any further
24  action needs to be taken.  We want to get you some
25  medical and we want you to be able to tell your kids and

Page 16

1  talk to the agents about what happened so you can make
2  sure they have all the details.
3      Because let me tell you, Matthew, I've been
4  investigating cases for a couple of years and letters
5  don't always take into account everything that needs to
6  be said.  That way there's follow up questions and things
7  like that.
8      MR. BEASLEY:  Well, that's what I was hoping we
9  could accomplish but they -- they just kind of shot me
10  and I apparently took -- I probably -- I didn't really
11  know the process very well.  I should have waited, I
12  should have.  But now we're where we are, so that's why I
13  just want to make sure everybody understands.
14  Jeff Judd, Shane Jager, Chris Humphries,
15  Warren Rosegreen, Chris Madsen, my family, Jeff's family,
16  nobody knew anything.  It was all me.
17      FBI AGENT ADAM:  It was all you.  Well,
18  Matthew, I appreciate that you want to tell the agent
19  that.  He's actually answering some questions right now,
20  so I can't get him so we're talking together.  But I can,
21  I can promise you that if you come out and we get you
22  some medical attention you'll have every opportunity in
23  the world to talk to that agent.
24      MR. BEASLEY:  I don't want -- I'm not coming
25  out.

Page 17

1      FBI AGENT ADAM:  Okay.  But you do want to talk
2  to the agent, and I want to get you in front of that
3  agent because I can tell from the way you're talking that
4  you have regret over what happened earlier today.
5      MR. BEASLEY:  I have regrets about everything
6  I've done.  If I could --
7      FBI AGENT ADAM:  Okay.  But this is only one
8  day, Matthew, and there's plenty of time ahead of us to
9  where --
10      MR. BEASLEY:  (Inaudible) in the last five
11  fucking years.  I'm sorry to cuss.
12      FBI AGENT ADAM:  No, that's okay.  I can tell
13  you're stressed out.  You're emotional about what happened
14  earlier.  It didn't go the way kind of you maybe intended
15  it to go.
16      MR. BEASLEY:  No, I -- I am not emotional about
17  what happened earlier.  The only thing I wish is they
18  would have killed me instead of just shot.
19      FBI AGENT ADAM:  Well, why do you wish they
20  would have killed you, Matthew?
21      MR. BEASLEY:  Because I'm going to do it.
22      FBI AGENT ADAM:  Well, Matthew, if you do that
23  you've got four kids that don't have a dad.
24      MR. BEASLEY:  But they're not going to have a
25  dad anyway.

Page 18

1        FBI AGENT ADAM:  Well, what makes you say that,
2    Matthew?
3        MR. BEASLEY:  Because it's obvious I'll be in
4    jail forever because of what I've done.  They won't want
5    to -- they want to have anything to do with me.
6        FBI AGENT ADAM:  Hey, Matthew, can you -- hey,
7    can you put the phone back?  Let's --
8        (End of audio file.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 19

1    7 Continued contact 5MB
2        MR. BEASLEY:  All right.
3        FBI AGENT ADAM:  That's okay, there you go.
4    Much better.  Thank you.
5        MR. BEASLEY:  (Inaudible) collarbone has been
6    shot.
7        FBI AGENT ADAM:  Okay.  Your collar hurts, like
8    they hit you in the collarbone?
9        MR. BEASLEY:  I think it's (inaudible).  It's
10    fine.
11        FBI AGENT ADAM:  Okay.  Hey, Matthew, where's
12    the gun?
13        MR. BEASLEY:  It's on my chest.  I'm going to
14    put it on my forehead here in a second.
15        FBI AGENT ADAM:  Okay.  Well, please do me a
16    favor.  While we're talking if you put that gun to your
17    forehead, we might not have the opportunity to hear your
18    entire side of the story.  So you can do me a favor and
19    please put the gun next to you on the floor at least, off
20    your chest?
21        MR. BEASLEY:  No.  It's on my chest.
22        FBI AGENT ADAM:  Okay.
23        MR. BEASLEY:  But go ahead.  I -- please ask me
24    questions about -- I don't care about today, I don't care
25    about the police officer or the FBI, I just feel bad, but

Page 20

1    please ask me questions about the Ponzi scheme that I can
2    answer questions.
3        FBI AGENT ADAM:  Okay.
4        MR. BEASLEY:  That's what I want to --
5        FBI AGENT ADAM:  Okay, okay, Matthew.  Okay,
6    Matthew, that's what we'll talk about.  Okay?
7        MR. BEASLEY:  Yeah.
8        FBI AGENT ADAM:  All right.  When did it start?
9        MR. BEASLEY:  2017.
10        FBI AGENT ADAM:  2017 or 15?  I'm sorry.
11        MR. BEASLEY:  '17.
12        FBI AGENT ADAM:  Okay, 2017.  You described it
13    as a Ponzi scheme started.
14        MR. BEASLEY:  It wasn't -- it wasn't -- I --
15    basically I was taking -- I lied and I was getting a
16    bridge loan because I have a gambling problem or had.  I
17    was taking a bridge loan, but I just explained it as
18    all -- this type of deal related to lawsuits.
19        FBI AGENT ADAM:  Related to what, Matthew?  I'm
20    sorry.
21        MR. BEASLEY:  Lawsuits.
22        FBI AGENT ADAM:  Lawsuits.
23        MR. BEASLEY:  Personal injury settlements.
24        FBI AGENT ADAM:  Okay.  So I'm going to just
25    recap, though, so I make sure I understand it all, okay?

Page 21

1        Okay, Matthew, are you -- are you feeling okay?
2    It sounds like you're getting a little soft spoken.  Are
3    you okay?
4        MR. BEASLEY:  Yeah, I'm fine.
5        FBI AGENT ADAM:  Okay.  Well, thank you for
6    confirming that for me.  Okay.  So in 2017 you took out a
7    bridge loan, right?
8        MR. BEASLEY:  (Inaudible) I didn't tell him it
9    was a bridge loan, I told him it was a deal to --
10        (End of audio file.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 22

1   8 Continued contact 6 MB
2        MR. BEASLEY:  Okay.
3        FBI AGENT ADAM:  Okay.  So in 2017 you
4   contacted Jeff Judd about getting money through personal
5   injury lawsuits, right, because --
6        MR. BEASLEY:  Yeah.
7        FBI AGENT ADAM:  -- as you said --
8        MR. BEASLEY:  Funding -- I wanted him to fund,
9   but it was really I just needed a loan.
10       FBI AGENT ADAM:  Okay.  You needed a loan
11  because of gambling?
12       MR. BEASLEY:  Yeah.
13       FBI AGENT ADAM:  What did you like to gamble on
14  back in the day?
15       MR. BEASLEY:  Sports betting.
16       FBI AGENT ADAM:  Okay.
17       MR. BEASLEY:  And there's some -- and before I
18  get there let me tell you that there's some on my
19  computer I was being extorted by someone that I lost a
20  lot of money to and I have -- before I gave him the last
21  bit of money I gave, the last $40,000, in desperation he
22  basically admitted he was extorting me and threatening my
23  family and me.  And, I mean, you're talking about 15 to
24  $20 million dollars so --
25       FBI AGENT ADAM:  Your family was extorted for

## Page 23

1   15 to $20 million, Matthew?
2        MR. BEASLEY:  No, my family wasn't, I was.  No,
3   I wasn't extorted for the whole thing.  I was extorted
4   for part of it and the rest of it were gambling losses.
5        FBI AGENT ADAM:  Okay.  What sports did you
6   like to gamble on the most?
7        MR. BEASLEY:  I gambled on everything, that's
8   (inaudible).  Yeah, there is a message in my voicemail,
9   when you get my phone there's a message in my voicemail
10  that says it's from an unknown caller --
11       FBI AGENT ADAM:  Uh-huh.
12       MR. BEASLEY:  -- there is a guy supposedly -- I
13  think it's Philadelphia that showed up in town because of
14  unpaid gambling debts.
15       FBI AGENT ADAM:  So you -- so you were going
16  through a bookie, Matthew?
17       MR. BEASLEY:  Yeah.
18       FBI AGENT ADAM:  Okay.  Where was -- the bookie
19  was located in Philly?
20       MR. BEASLEY:  Well, that's where these guys
21  were.  The guy that I was dealing with was here.
22       FBI AGENT ADAM:  Okay.  What's that guy's name,
23  Matthew?
24       MR. BEASLEY:  It's all written down upstairs.
25  I don't want to get too (inaudible) on that.  But --

## Page 24

1        FBI AGENT ADAM:  Okay.  Well, earlier you said
2   you wanted to tell me about what was going on, so I'm
3   trying figure out what was going on.  That way I can --
4        MR. BEASLEY:  I know, I know.  But I just
5   didn't want to get sidetracked, I just didn't want -- I
6   just really want to concentrate on making sure the people
7   that get in trouble need to get in trouble and the people
8   that don't, that didn't do anything wrong, don't get in
9   trouble.
10       FBI AGENT ADAM:  Thank you for telling me that
11  and, honestly, Matthew, from everything we've talked
12  about so far, I know what happened happened and I know
13  you're trying to take accountability for what happened,
14  not just today but in the past five years, and I really
15  appreciate that.  That takes a stand-up guy to do that.
16  And from literally everything you've said,
17  Matthew, you care about other people a lot.  You have a
18  very big heart.  And listen, as somebody who also likes
19  to throw a couple bucks down on the game sometimes I
20  totally see how things can get out of control really
21  quickly.  Matthew?  Matthew are you there?  Matthew?
22       (End of audio file.)
23
24
25

## Page 25

1   9 Continued contact 7 MB
2        FBI AGENT ADAM:  Okay, that's okay.  Thank you
3   for -- thank you for talking back to me.  That's -- you
4   know, I got a little worried there for a second that you
5   had done something.
6        MR. BEASLEY:  No, not yet.
7        FBI AGENT ADAM:  No.  Well, thank you for not
8   doing anything.
9        Hey, as we continue to talk, I've got people
10  kind of asking me some questions about what's going on in
11  there, and I know it would make them --
12       MR. BEASLEY:  (Inaudible.)
13       FBI AGENT ADAM:  I know it would make them and
14  me feel a lot more comfortable if you would just put that
15  gun off from your chest onto the ground.  That way we can
16  continue talking.  Can you do that for me while I
17  continue to hear about what you're doing?
18       MR. BEASLEY:  No, because I don't want them to
19  come in here.
20       FBI AGENT ADAM:  Okay.  Well, no one is coming
21  in there, Matthew.  I promise you, Matthew, no one is
22  coming in there.  You have -- you have my word.
23       MR. BEASLEY:  (Inaudible) FBI agent
24  (inaudible).
25       FBI AGENT ADAM:  I know.  And Matthew, he's

Page 26

1  still answering questions to a lot of the people out
2  here.
3          MR. BEASLEY:  That was so fucking stupid.
4          FBI AGENT ADAM:  Which part was stupid,
5  Matthew?
6          MR. BEASLEY:  Me.  Me, putting the gun to my --
7  I honestly didn't think they'd shoot but I should have
8  never put them in that position.
9          FBI AGENT ADAM:  Well, see again you're just
10 giving me another example of how kind of -- I mean,
11 you're selfless, Matthew.  You're trying to apologize to
12 all these people you've wronged.  You're trying to clear
13 people's names and I want to give you that opportunity,
14 and you can do that face-to-face.  You can tell your kids
15 you're sorry.  You can tell everybody involved in this
16 that you're sorry.
17         MR. BEASLEY:  My family will have nothing.  My
18 family is going to have nothing.
19         FBI AGENT ADAM:  Why do you say that?
20         MR. BEASLEY:  (Inaudible.)
21         FBI AGENT ADAM:  Sorry, Matthew, you broke up.
22 What did you say?
23         MR. BEASLEY:  They're -- they're not going to
24 have a dad, or they'll have nothing.
25         FBI AGENT ADAM:  Well, I certainly want them to

Page 27

1  have a dad and I think you want them to have a dad.  Your
2  youngest is even a teenager yet, Matthew.
3          MR. BEASLEY:  (Inaudible) 15 years, no thank
4  you.
5          FBI AGENT ADAM:  You know, Matthew, the legal
6  system has to play out.  There's a lot of things still to
7  figure out.  Nothing has been decided.
8          MR. BEASLEY:  No, it's not.
9          FBI AGENT ADAM:  Nothing has been decided.
10         MR. BEASLEY:  It's my letters.  I've admitted
11 to everything, and I've admitted on here.  There is
12 nothing to play out.
13         FBI AGENT ADAM:  Well, I mean, between you and
14 me, Matthew, you've only admitted to taking out a loan so
15 far.  We haven't really gotten into everything yet.
16         MR. BEASLEY:  Oh, well, okay.  Well, whatever
17 you want to call it, but nobody else did anything wrong.
18 It was me.
19         FBI AGENT ADAM:  Hey, Matthew --
20         MR. BEASLEY:  (Inaudible) single week.
21         FBI AGENT ADAM:  Matthew, you know who goes to
22 prison for a long, long time?  Pedophiles.  You're not a
23 pedophile.  Murderers, you're not a murderer.
24         MR. BEASLEY:  I'm not -- I'm not going to
25 prison so -- this is -- they would come -- I didn't think

Page 28

1  it would last this long.
2          FBI AGENT ADAM:  Okay.  Why didn't you think it
3  was going to last this long?
4          MR. BEASLEY:  It got to the point -- it got to
5  the point where -- because Jeff, Jeff Judd, I mean he's a
6  great person, and he was like, "Man, this is a great
7  idea.  Do you know any other attorneys that we could
8  continue to grow this??
9          FBI AGENT ADAM:  Okay.
10         MR. BEASLEY:  And in a way -- in an effort to
11 get more money I said yes.  I started making up shit.
12         (End of audio file.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 29

1  10 Continued contact 8 MB
2          MR. BEASLEY:  And, I mean, it's not his fault.
3  He didn't -- he didn't know it was all bullshit.  He
4  thought it was the greatest business in the world.  And
5  then, you know, started bringing in friends and it just
6  grew, and grew, and then -- I mean, probably in '17 I
7  realized there's no going back --
8          FBI AGENT ADAM:  We have -- we have --
9          MR. BEASLEY:  -- with a bridge loan.  The bridge
10 loan turned into the flat-out Ponzi scheme and there's no
11 going back so --
12         FBI AGENT ADAM:  How much was the original loan
13 for, Matthew?
14         MR. BEASLEY:  I think -- I think either like 10
15 or 25 grand.
16         FBI AGENT ADAM:  Okay.  Who did you get that
17 from?
18         MR. BEASLEY:  I got it from Jeff.
19         FBI AGENT ADAM:  Okay, you got that from Jeff.
20 Okay, I understand now.  I got you.  How much were you in
21 debt to the bookie at that point?
22         MR. BEASLEY:  Oh, at that point I don't know.
23 I don't have any idea.  At that point it was probably
24 around whatever I got.
25         FBI AGENT ADAM:  Makes sense.  What do you do

Page 30

1   for a living, Matthew?
2       MR. BEASLEY:  I'm an attorney.  That's how I
3   was able to pull the whole thing off.
4       FBI AGENT ADAM:  So you're a smart guy who
5   understands the law.
6       MR. BEASLEY:  I'm not smart.  No, obviously I'm
7   not so --
8       FBI AGENT ADAM:  Matthew -- Matthew, let me
9   tell you this, I disagree with that only because I see
10   -- see people try to pull different Ponzi schemes, and
11  frauds, and scams off and they're not very good at it.
12  So to even get people to listen to you that far it takes
13  a level of intelligence that I'm very impressed with.
14      MR. BEASLEY:  Really.  Thank you for the
15  compliment, but it -- it's not needed.  I'm not a good
16  person.  I'm not a smart person.
17      FBI AGENT ADAM:  You know, Matthew, one or two
18  decisions doesn't necessarily define who we are as
19  people.
20      MR. BEASLEY:  Yeah, at this point it does so --
21      FBI AGENT ADAM:  Well, I mean, they certainly
22  can, decisions certainly can decide that.
23      MR. BEASLEY:  If I walk out of here, I'm going
24  to jail and I'm not going to jail.  So --
25      FBI AGENT ADAM:  Well, there's still a lot to

Page 31

1   be determined about what happens when you walk out of
2   there, but I look forward to hearing you say you are
3   walking out of there.  Thank you for saying that.
4       MR. BEASLEY:  No.  No, I said I'm not walking
5   out of here.  I said I'm not.
6       FBI AGENT ADAM:  You're a guy who -- Matthew,
7   I'm going to recap what we talked about so far, okay?
8       MR. BEASLEY:  It doesn't matter.  Oh, as long
9   as -- as long we're just talking about what I did and how
10  it's nobody, nobody else even knew.  Nobody else was
11  involved.
12      FBI AGENT ADAM:  Yeah, that's what we're
13  talking about.  I'm just trying to make sure I
14  understand, okay?
15      MR. BEASLEY:  Okay.
16      FBI AGENT ADAM:  Okay.  So you were an
17  attorney.  What kind of law did you practice?
18      MR. BEASLEY:  Just a bunch of different things.
19      FBI AGENT ADAM:  Okay.  Any TV ads I would have
20  seen?
21      MR. BEASLEY:  I'm sorry?
22      FBI AGENT ADAM:  Any TV ads or billboards I
23  might have seen?
24      MR. BEASLEY:  No, no.
25      FBI AGENT ADAM:  Okay.  So you -- you were into

Page 32

1   maybe 10, 20, 25,000 worth of debt to a bookie.  You were
2   still trying to pay that off and provide for your family
3   like a good dad and husband does, and so you went to
4   Jeff, and you had an idea for making some money.
5       MR. BEASLEY:  Well, I told him, yeah.
6       (End of audio file.)

Page 33

1   11 Continued contact 9 MB
2       MR. BEASLEY:  I told him that, hey, I got a
3   client.  I settled a personal injury case.  They just
4   need some money, I think it was Christmas or something,
5   and they need some money for Christmas, and if you, you
6   know, give it to them, that you get, whatever, like -- if
7   you give them 25, they'll give you 35 back, something
8   like that.
9       FBI AGENT ADAM:  And this was in 2017 or 2018?
10      MR. BEASLEY:  It might have been '16 or '17.
11      FBI AGENT ADAM:  Okay.  2016 or 2017.
12      How are you feeling?  How much pain are you in?
13      MR. BEASLEY:  No, pretty good.
14      FBI AGENT ADAM:  Yeah?
15      MR. BEASLEY:  Yeah.  I've never been shot
16  before (inaudible).  I need to apologize to that guy.
17      FBI AGENT ADAM:  Okay.  Well --
18      MR. BEASLEY:  I didn't want to (inaudible)
19  nobody.  Do not bring my family here to the home.
20      FBI AGENT ADAM:  Okay, we won't bring your
21  family there, Matthew.  But I've heard -- I've heard you
22  say a number of times you want to talk to the agent that
23  fired at you and --
24      MR. BEASLEY:  I just want to apologize.  I just
25  want to apologize.

Page 34

1      FBI AGENT ADAM:  Okay.  So what we're going to
2  do, Matthew, is -- here's what I would ask of you.  Would
3  you mind hanging up with for no more than five minutes
4  and I'm going to go see if I can track that agent down to
5  start talking to you, okay?
6      MR. BEASLEY:  Okay, thank you.
7      FBI AGENT ADAM:  Okay.  Hey, Matthew, do me a
8  favor, though, I promise you that I'm going to go try to
9  find him.  Will you promise me that you'll put the gun on
10 the floor?
11     MR. BEASLEY:  I'll just leave it on my chest
12 where it's at.  I won't touch it.
13     FBI AGENT ADAM:  Okay, you're not going to
14 touch it, though?
15     MR. BEASLEY:  Yeah.
16     FBI AGENT ADAM:  Okay, thank you.  I'm going to
17 call you back in five minutes.  Okay?
18     MR. BEASLEY:  Try to make it quicker, please,
19 if you can.
20     FBI AGENT ADAM:  Okay, I will work to make it
21 quicker.  Thank you, Matthew.  We'll call you back.
22     MR. BEASLEY:  Thank you.
23     FBI AGENT ADAM:  All right, bye.
24     (End of audio file.)
25     (End of recordings.)

Page 35

1           TRANSCRIBER'S CERTIFICATE
2
3  I, Cheryl Shifflett, hereby certify that the foregoing
4  transcript is a complete, true and accurate transcription
5  of all matters contained on the recorded proceedings in
6  the matter of project name:
7  Call between an FBI negotiator and Matthew Beasley -
8  March 4, 2022.
9
10
11
12
13
14
15     _____
16           Transcriber
17
18
19
20
21
22
23
24
25

**A**

**able** 15:25 30:3
**accomplish** 16:9
**account** 16:5
**accountability**
  24:13
**accurate** 35:4
**action** 15:24
**Adam** 3:3,5,8,10
  3:14,17,21,24
  4:6,11,14,20
  4:24 5:4,7,10
  5:12,15,18,22
  6:3,7,10,13,16
  6:18,21 7:4,9
  7:16,24 8:3,6,9
  8:11,13,16,19
  8:23 9:2,6,8,11
  9:14,18,24
  10:6 11:2,7,12
  11:15,18,22,25
  12:6,14,19,22
  13:7,12,16,22
  14:1,5,7 15:2,5
  15:14,17 16:17
  17:1,7,12,19
  17:22 18:1,6
  19:3,7,11,15
  19:22 20:3,5,8
  20:10,12,19,22
  20:24 21:5
  22:3,7,10,13
  22:16,25 23:5
  23:11,15,18,22
  24:1,10 25:2,7
  25:13,20,25
  26:4,9,19,21
  26:25 27:5,9
  27:13,19,21
  28:2,9 29:8,12
  29:16,19,25
  30:4,8,17,21
  30:25 31:6,12
  31:16,19,22,25
  33:9,11,14,17
  33:20 34:1,7
  34:13,16,20,23
**addition** 14:8
**admitted** 22:22

27:10,11,14
**ads** 31:19,22
**agent** 3:3,8,10
  3:14,17,21,24
  4:6,11,14,20
  4:24 5:4,7,10
  5:12,15,18,22
  6:3,7,10,13,16
  6:18,21 7:4,9
  7:16,24 8:3,6,9
  8:11,13,16,19
  8:23 9:2,6,8,11
  9:14,18,24
  10:6 11:2,7,12
  11:15,18,22,25
  12:6,14,19,22
  13:7,12,16,22
  14:1,5,7 15:2,5
  15:14,17 16:17
  16:18,23 17:1
  17:2,3,7,12,19
  17:22 18:1,6
  19:3,7,11,15
  19:22 20:3,5,8
  20:10,12,19,22
  20:24 21:5
  22:3,7,10,13
  22:16,25 23:5
  23:11,15,18,22
  24:1,10 25:2,7
  25:13,20,23,25
  26:4,9,19,21
  26:25 27:5,9
  27:13,19,21
  28:2,9 29:8,12
  29:16,19,25
  30:4,8,17,21
  30:25 31:6,12
  31:16,19,22,25
  33:9,11,14,17
  33:20,22 34:1
  34:4,7,13,16
  34:20,23
**agents** 13:16
  15:19 16:1
**ago** 13:10
**ahead** 17:8
  19:23
**answer** 20:2

**answering** 16:19
  26:1
**anybody** 5:21
  15:20,22
**anymore** 11:5
**anyway** 17:25
**apologize** 4:3,18
  11:10 15:12
  26:11 33:16,24
  33:25
**apologized** 7:18
**apparently**
  16:10
**appreciate** 12:5
  16:18 24:15
**asked** 5:8
**asking** 25:10
**associates** 9:21
**attention** 5:25
  6:2 16:22
**attorney** 30:2
  31:17
**attorneys** 28:7
**audio** 1:16 2:3
  6:22 10:9 14:9
  18:8 21:10
  24:22 28:12
  32:6 34:24
**available** 5:8

**B**

**back** 18:7 22:14
  25:3 29:7,11
  33:7 34:17,21
**bad** 12:10 13:5
  19:25
**basically** 20:15
  22:22
**Beasley** 1:8 3:4
  3:11,20,22 4:2
  4:9,13,16,21
  5:3,5,9,11,13
  5:17,21 6:1,4,8
  6:11,14,17,19
  7:2,7,11,19 8:2
  8:5,8,10,12,15
  8:18,22,25 9:5
  9:7,9,12,17,19
  10:4,8 11:4,9

11:14,16,20,24
  12:4,13,15,20
  13:1,8,15,20
  13:23 14:4,6
  15:4,7,15 16:8
  16:24 17:5,10
  17:16,21,24
  18:3 19:2,5,9
  19:13,21,23
  20:4,7,9,11,14
  20:21,23 21:4
  21:8 22:2,6,8
  22:12,15,17
  23:2,7,12,17
  23:20,24 24:4
  25:6,12,18,23
  26:3,6,17,20
  26:23 27:3,8
  27:10,16,20,24
  28:4,10 29:2,9
  29:14,18,22
  30:2,6,14,20
  30:23 31:4,8
  31:15,18,21,24
  32:5 33:2,10
  33:13,15,18,24
  34:6,11,15,18
  34:22 35:7
**believe** 7:13
**believed** 7:14
**better** 19:4
**betting** 22:15
**big** 24:18
**billboards** 31:22
**bit** 5:16 8:4
  22:21
**blame** 5:21
**bookie** 23:16,18
  29:21 32:1
**break** 13:24
**breaking** 5:15
**bridge** 20:16,17
  21:7,9 29:9,9
**bring** 33:19,20
**bringing** 29:5
**broke** 8:4 26:21
**bucks** 24:19
**bullshit** 29:3
**bunch** 31:18

**business** 29:4
**bye** 34:23

**C**

**C** 2:1 3:1
**call** 1:7 3:3
  27:17 34:17,21
  35:7
**called** 6:20
**caller** 23:10
**care** 11:9 19:24
  19:24 24:17
**case** 33:3
**cases** 16:4
**certainly** 4:7
  9:25 12:7
  26:25 30:21,22
**CERTIFICATE**
  35:1
**certify** 35:3
**charge** 12:16
**Cheryl** 35:3
**chest** 11:16 14:5
  19:13,20,21
  25:15 34:11
**Chris** 16:14,15
  19:8
**Christmas** 33:4
  33:5
**clear** 8:25 26:12
**client** 33:3
**collar** 19:7
**collarbone** 19:5
  19:8
**come** 11:18,24
  16:21 25:19
  27:25
**comfortable**
  25:14
**coming** 11:20,21
  16:24 25:20,22
**COMMISSION**
  1:1
**complete** 35:4
**compliment**
  30:15
**computer** 22:19
**concentrate**
  24:6
**concern** 15:19

**confirming** 21:6
**connect** 3:12
**CONSULTING**
 1:5
**contact** 2:4,5,6,7
 2:8,9,10,11,12
 3:2 7:1 11:1
 15:1 19:1 22:1
 25:1 29:1 33:1
**contacted** 22:4
**contained** 35:5
**continue** 2:7
 15:1 25:9,16
 25:17 28:8
**Continued** 2:5,6
 2:8,9,10,11,12
 7:1 11:1 19:1
 22:1 25:1 29:1
 33:1
**control** 24:20
**correct** 3:9
**couple** 16:4
 24:19
**cuss** 17:11

**D**

**D** 3:1
**dad** 17:23,25
 26:24 27:1,1
 32:3
**day** 17:8 22:14
**dead** 11:24
**deal** 20:18 21:9
**dealing** 23:21
**debt** 29:21 32:1
**debts** 23:14
**decide** 30:22
**decided** 15:10
 27:7,9
**decisions** 30:18
 30:22
**define** 30:18
**described** 20:12
**desperation**
 22:21
**details** 16:2
**determined** 31:1
**different** 30:10
 31:18

**disagree** 30:9
**disappointed**
 7:23
**Dispatch** 3:7
**Diversified** 1:24
**documents** 5:19
**dog** 9:24
**dogs** 9:19,21
 10:1
**doing** 25:8,17
**dollars** 22:24
**door** 3:23 4:3
 5:6 13:17,17
 13:21,23,24,24
 14:1 15:19

**E**

**E** 2:1 3:1,1
**earlier** 15:23
 17:4,14,17
 24:1
**effort** 28:10
**eight** 9:23
**either** 29:14
**emotional** 17:13
 17:16
**entire** 7:12
 19:18
**everybody** 16:13
 26:15
**exactly** 6:5
 15:21
**example** 26:10
**EXCHANGE**
 1:1
**explain** 11:6
**explained** 20:17
**explains** 12:20
**extorted** 22:19
 22:25 23:3,3
**extorting** 22:22

**F**

**face-to-face**
 26:14
**facts** 4:10,13,15
 4:21
**family** 7:22,25
 8:21 12:18,24
 16:15,15 22:23

22:25 23:2
26:17,18 32:2
33:19,21
**far** 13:13 24:12
 27:15 30:12
 31:7
**fault** 29:2
**favor** 19:16,18
 34:8
**FBI** 1:7 3:3,8,9
 3:10,10,14,17
 3:19,21,24 4:6
 4:11,14,20,24
 5:4,7,10,12,15
 5:18,22 6:3,7
 6:10,13,16,18
 6:21 7:2,4,4,9
 7:16,24 8:3,6,9
 8:11,13,16,19
 8:23 9:2,6,8,11
 9:14,18,24
 10:6 11:2,7,12
 11:15,18,22,25
 12:6,14,18,19
 12:22,24 13:7
 13:12,16,22
 14:1,5,7 15:2,5
 15:14,17 16:17
 17:1,7,12,19
 17:22 18:1,6
 19:3,7,11,15
 19:22,25 20:3
 20:5,8,10,12
 20:19,22,24
 21:5 22:3,7,10
 22:13,16,25
 23:5,11,15,18
 23:22 24:1,10
 25:2,7,13,20
 25:23,25 26:4
 26:9,19,21,25
 27:5,9,13,19
 27:21 28:2,9
 29:8,12,16,19
 29:25 30:4,8
 30:17,21,25
 31:6,12,16,19
 31:22,25 33:9
 33:11,14,17,20

34:1,7,13,16
34:20,23 35:7
**feel** 15:6 19:25
 25:14
**feeling** 21:1
 33:12
**figure** 24:3 27:7
**file** 1:4 2:3 6:22
 10:9 14:9 18:8
 21:10 24:22
 28:12 32:6
 34:24
**find** 34:9
**fine** 19:10 21:4
**firearm** 13:18
**fired** 14:3 33:23
**first** 4:7 5:2
**five** 17:10 24:14
 34:3,17
**flat-out** 29:10
**floor** 19:19
 34:10
**follow** 16:6
**foregoing** 35:3
**forehead** 19:14
 19:17
**forever** 18:4
**forward** 31:2
**four** 8:2,5,6,13
 17:23
**frauds** 30:11
**friendly** 9:20
**friends** 29:5
**front** 17:2
**fucking** 7:23
 17:11 26:3
**fund** 22:8
**Funding** 22:8
**further** 15:23

**G**

**G** 3:1
**gamble** 22:13
 23:6
**gambled** 23:7
**gambling** 20:16
 22:11 23:4,14
**game** 24:19
**gentleman** 5:6

**George** 9:9,9
**getting** 20:15
 21:2 22:4
**give** 26:13 33:6
 33:7,7
**giving** 26:10
**go** 4:25 12:17
 17:14,15 19:3
 19:23 34:4,8
**goes** 12:12 27:21
**going** 4:1,22
 7:23 15:8
 17:21,24 19:13
 20:24 23:15
 24:2,3 25:10
 26:18,23 27:24
 28:3 29:7,11
 30:23,24 31:7
 34:1,4,8,13,16
**good** 3:17 5:22
 7:15 10:2
 15:20 30:11,15
 32:3 33:13
**gotten** 27:15
**grand** 29:15
**great** 28:6,6
**greatest** 29:4
**grew** 29:6,6
**ground** 25:15
**grow** 28:8
**gun** 19:12,16,19
 25:15 26:6
 34:9
**guy** 4:17 13:2
 23:12,21 24:15
 30:4 31:6
 33:16
**guy's** 23:22
**guys** 6:20 13:1
 23:20

**H**

**hand** 13:18
**hanging** 34:3
**happen** 9:25
 10:5,7 12:2
 15:8
**happened** 4:7
 6:5 11:3,6,8,10

12:8,24 15:23
16:1 17:4,13
17:17 24:12,12
24:13
**happening**
12:10
**happens** 31:1
**hard** 11:22
**head** 13:19 14:2
**hear** 11:8,23
19:17 25:17
**heard** 4:14
33:21,21
**hearing** 31:2
**heart** 24:18
**help** 3:25 5:20
12:5,7
**hey** 5:12,19,23
18:6,6 19:11
25:9 27:19
33:2 34:7
**Hi** 3:6,11,21
**hit** 11:13,15
19:8
**home** 33:19
**honestly** 24:11
26:7
**hopefully** 12:11
**hoping** 12:2
16:8
**house** 7:3 9:16
9:18
**houses** 7:5
**Humphries**
16:14
**hurt** 15:15,20,22
**hurts** 19:7
**husband** 32:3

**I**

**idea** 6:19 7:22
28:7 29:23
32:4
**impressed** 30:13
**inaudible** 3:9
4:3,5,16,23 5:3
12:4 17:10
19:5,9 21:8
23:8,25 25:12

25:23,24 26:20
27:3,20 33:16
33:18
**including** 12:1
**individuals** 7:13
**information**
10:2
**injury** 20:23
22:5 33:3
**intelligence**
30:13
**intelligent** 7:19
**intended** 13:5
17:14
**intent** 4:4,18
**investigated**
13:2
**investigating**
16:4
**involved** 6:6,8
6:10 7:6 13:6
26:15 31:11
**involvement**
7:10

**J**

**J&J** 1:5
**Jager** 16:14
**jail** 18:4 30:24
30:24
**Jeff** 16:14 22:4
28:5,5 29:18
29:19 32:4
**Jeff's** 16:15
**job** 7:21
**Jordan** 8:15,17
9:8,10
**Judd** 16:14 22:4
28:5

**K**

**kept** 8:20
**kids** 8:1,2,5,6,13
9:3 12:9,11
15:25 17:23
26:14
**killed** 15:11
17:18,20
**kind** 11:2 16:9
17:14 25:10

26:10 31:17
**knew** 6:11,12,13
7:11,14 13:8
16:16 31:10
**know** 4:9,9,22
5:19,21 6:6,17
6:18 12:12,13
12:14,15 15:4
16:11 24:4,4
24:12,12 25:4
25:11,13,25
27:5,21 28:7
29:3,5,22
30:17 33:6
**known** 7:21
**knows** 6:5

**L**

**law** 30:5 31:17
**lawsuits** 20:18
20:21,22 22:5
**leave** 34:11
**legal** 27:5
**Let's** 18:7
**letter** 12:18
**letters** 12:16,23
16:4 27:10
**level** 30:13
**lied** 7:12 20:15
**likes** 24:18
**line** 3:12,19
**listen** 24:18
30:12
**literally** 24:16
**little** 5:16 8:4
11:22 21:2
25:4
**living** 30:1
**loan** 20:16,17
21:7,9 22:9,10
27:14 29:9,10
29:12
**located** 23:19
**long** 13:10 27:22
27:22 28:1,3
31:8,9
**look** 11:19 31:2
**losses** 23:4
**lost** 22:19

**lot** 22:20 24:17
25:14 26:1
27:6 30:25
**love** 12:21,25
**lover** 9:25

**M**

**Madden** 8:15,16
9:13,14
**Madsen** 16:15
**making** 15:12
24:6 28:11
32:4
**Man** 28:6
**March** 1:8 3:4
35:8
**Matt** 3:11,18
**matter** 1:3 31:8
35:6
**matters** 35:5
**Matthew** 1:8 3:4
3:21 4:7,12,24
5:12,16,20
6:18 7:17,25
8:15,16 9:3,12
10:1,7 11:7,13
11:23,25 12:7
12:22 13:13
14:5 15:5,21
16:3,18 17:8
17:20,22 18:2
18:6 19:11
20:5,6,19 21:1
23:1,16,23
24:11,17,21,21
24:21 25:21,21
25:25 26:5,11
26:21 27:2,5
27:14,19,21
29:13 30:1,8,8
30:17 31:6
33:21 34:2,7
34:21 35:7
**Maureen** 3:6,6,9
3:11,15,18
**Max** 8:15,16
9:12
**MB** 2:4,5,6,7,8,9
2:10,11,12 3:2

7:1 11:1 15:1
22:1 25:1 29:1
33:1
**mean** 4:11,15
15:23 22:23
26:10 27:13
28:5 29:2,6
30:21
**meant** 13:10
**medical** 5:25 6:1
15:25 16:22
**message** 23:8,9
**Metro** 3:6
**million** 22:24
23:1
**mind** 13:14 34:3
**mine** 9:21
**minutes** 34:3,17
**money** 22:4,20
22:21 28:11
32:4 33:4,5
**months** 9:23
**murderer** 27:23
**Murderers**
27:23

**N**

**N** 2:1,1 3:1
**name** 8:7 23:22
35:6
**names** 8:14,20
26:13
**necessarily**
30:18
**necessary** 15:6
**need** 3:15 4:2,8
4:9,13 5:1,24
5:24 6:4 12:17
13:24 24:7
33:4,5,16
**needed** 15:10
22:9,10 30:15
**needs** 15:24 16:5
**negotiated** 4:17
**negotiator** 1:7
3:25 35:7
**negotiators** 3:10
**never** 4:4,18
11:10 26:8

33:15
**number** 33:22

---

**O**

**O** 2:1 3:1
**obvious** 18:3
**obviously** 30:6
**office** 12:17
**officer** 19:25
**Oh** 4:2 5:9 8:23
    11:9 27:16
    29:22 31:8
**okay** 3:18 4:20
    4:24 5:1,11,20
    5:22,24 6:3,7
    6:16,21 7:4,9
    7:24 8:6,13 9:2
    9:11,14 11:2
    11:12,15,18
    12:19 13:12,13
    13:16,22 14:1
    14:7 15:5,14
    17:1,7,12 19:3
    19:7,11,15,22
    20:3,5,5,5,6,12
    20:24,25 21:1
    21:1,3,5,6 22:2
    22:3,10,16
    23:5,18,22
    24:1 25:2,2,20
    27:16 28:2,9
    29:16,19,20
    31:7,14,15,16
    31:19,25 33:11
    33:17,20 34:1
    34:5,6,7,13,16
    34:17,20
**old** 9:3,23
**Olive** 8:9
**once** 11:16,16
**open** 13:21
**opened** 13:17
**opportunity**
    12:23 16:22
    19:17 26:13
**original** 29:12
**outside** 5:9,10
    11:21

---

**P**

**P** 3:1
**P-a-u-l-a** 8:11
**PAGE** 2:3
**PAGES** 1:9
**pain** 33:12
**part** 7:2 23:4
    26:4
**patronize** 8:22
    8:24
**Paula** 8:8,10,11
**pay** 32:2
**pedophile** 27:23
**Pedophiles**
    27:22
**people** 12:1,16
    24:6,7,17 25:9
    26:1,12 30:10
    30:12,19
**people's** 7:5
    26:13
**person** 7:15,19
    15:20 28:6
    30:16,16
**personal** 20:23
    22:4 33:3
**Philadelphia**
    23:13
**Philly** 23:19
**phone** 13:2 18:7
    23:9
**piece** 7:15,17
**play** 27:6,12
**please** 8:22 9:20
    9:21 11:23
    12:16 13:2
    19:15,19,23
    20:1 34:18
**plenty** 12:6 17:8
**point** 28:4,5
    29:21,22,23
    30:20
**pointed** 13:18
**police** 13:10
    19:25
**Ponzi** 6:14,16
    15:2 20:1,13
    29:10 30:10
**position** 26:8
**practice** 31:17

---

**pretty** 8:20
    33:13
**prison** 27:22,25
**probably** 16:10
    29:6,23
**problem** 20:16
**proceedings**
    35:5
**process** 16:11
**project** 35:6
**promise** 16:21
    25:21 34:8,9
**provide** 32:2
**pull** 30:3,10
**puppy** 9:22
**put** 13:2 18:7
    19:14,16,19
    25:14 26:8
    34:9
**putting** 26:6

---

**Q**

**questions** 16:6
    16:19 19:24
    20:1,2 25:10
    26:1
**quick** 13:15
**quicker** 34:18
    34:21
**quickly** 24:21

---

**R**

**R** 3:1
**ran** 7:12
**ready** 3:12
**realized** 29:7
**really** 8:19 9:20
    9:20 13:5 15:8
    16:10 22:9
    24:6,14,20
    27:15 30:14
**recap** 20:25 31:7
**Receiving** 3:3
**record** 3:13
**recorded** 5:13
    5:14,17 35:5
**recording** 3:14
    3:15 5:18
**recordings**
    34:25

---

**regret** 17:4
**regrets** 17:5
**related** 20:18,19
**Reporting** 1:24
**responsible** 4:23
**rest** 23:4
**right** 3:18 5:7
    9:4 13:1 16:19
    19:2 20:8 21:7
    22:5 34:23
**risking** 13:10
**Rosegreen** 16:15
**running** 6:14

---

**S**

**S** 2:1 3:1
**saying** 13:13
    15:17,18 31:3
**says** 23:10
**scams** 30:11
**scheme** 6:9,15
    6:16 15:2 20:1
    20:13 29:10
**schemes** 30:10
**search** 7:7,8,9
**second** 19:14
    25:4
**SECURITIES**
    1:1
**see** 3:25 9:25
    12:2,11 15:20
    15:22 24:20
    26:9 30:9,10
    34:4
**seen** 31:20,23
**selfless** 26:11
**sense** 29:25
**Services** 1:24
**settled** 33:3
**settlements**
    20:23
**Shane** 16:14
**Shifflett** 35:3
**shit** 7:15,17
    28:11
**shoot** 4:5,19
    9:22 11:11
    15:10 26:7
**shot** 11:13 16:9

---

17:18 19:6
    33:15
**shoulder** 11:17
    14:6,7
**showed** 15:8
    23:13
**side** 19:18
**sidetracked** 24:5
**single** 4:23 27:20
**sir** 3:24 8:4,24
**SL-02855-A** 1:4
**small** 9:20
**smart** 30:4,6,16
**soft** 21:2
**somebody** 11:19
    24:18
**sorry** 5:15 8:4
    8:24 11:22
    17:11 20:10,20
    26:15,16,21
    31:21
**sort** 9:4
**sounds** 4:24
    21:2
**speaking** 7:24
    7:25
**spoken** 21:2
**sports** 22:15
    23:5
**stand-up** 24:15
**start** 20:8 34:5
**started** 20:13
    28:11 29:5
**STATES** 1:1
**stay** 3:13
**step** 15:6
**story** 15:9 19:18
**stressed** 17:13
**striking** 14:3
**stuff** 13:3
**stupid** 6:6 26:3
    26:4
**subject** 1:7 3:3
**sun** 12:12
**supposed** 10:4,6
**supposedly**
    23:12
**sure** 4:22 6:4 9:1
    13:3 16:2,13

20:25 24:6
31:13
**system** 27:6

**T**

**T** 2:1,1
**take** 15:6 16:5
24:13
**taken** 15:24
**takes** 24:15
30:12
**talk** 3:25 4:2,17
4:25,25 5:1,5,8
5:23 7:5 11:3,5
11:6 12:3,7
13:17 14:2
16:1,23 17:1
20:6 25:9
33:22
**talked** 24:11
31:7
**talking** 5:23
7:17 8:1 9:24
16:20 17:3
19:16 22:23
25:3,16 31:9
31:13 34:5
**teenager** 27:2
**tell** 4:13,15 7:20
11:25 12:9,16
12:23,24 13:1
15:9,18,25
16:3,18 17:3
17:12 21:8
22:18 24:2
26:14,15 30:9
**telling** 9:15 10:1
10:3 15:3
24:10
**tells** 12:21
**thank** 3:20 9:14
10:1,3 14:7
15:17 19:4
21:5 24:10
25:2,3,7 27:3
30:14 31:3
34:6,16,21,22
**they'd** 26:7
**thing** 4:23 7:12

7:12 17:17
23:3 30:3
**things** 16:6
24:20 27:6
31:18
**think** 7:16 10:8
12:6 19:9
23:13 26:7
27:1,25 28:2
29:14,14 33:4
**thought** 15:8
29:4
**threatening**
22:22
**throw** 24:19
**time** 17:8 27:22
**times** 33:22
**today** 7:3,5,8,10
11:8,10 12:8
12:11 13:17
17:4 19:24
24:14
**told** 21:9 32:5
33:2
**totally** 24:20
**touch** 34:12,14
**town** 23:13
**track** 34:4
**Transcriber**
35:16
**TRANSCRIB...**
35:1
**transcript** 35:4
**transcription**
1:16 35:4
**trouble** 9:1 24:7
24:7,9
**true** 35:4
**try** 30:10 34:8
34:18
**trying** 8:24 9:3
13:1 24:3,13
26:11,12 31:13
32:2
**turned** 13:5,9
29:10
**TV** 31:19,22
**twice** 11:14 14:3
**two** 4:21 9:19

30:17
**type** 20:18

**U**

**Uh-huh** 13:7
23:11
**understand** 7:20
9:2 13:13
20:25 29:20
31:14
**understands**
13:4 16:13
30:5
**UNITED** 1:1
**unknown** 23:10
**unlocked** 13:23
13:24,25 14:1
**unpaid** 23:14
**upstairs** 23:24

**V**

**voicemail** 23:8,9

**W**

**waited** 16:11
**walk** 30:23 31:1
**walking** 31:3,4
**want** 3:12 4:3,14
4:17 5:5,23 6:1
7:21 8:25 9:25
11:3,4,5,5,5,6
11:8,8 12:2,9,9
12:10 15:13,15
15:20,21,22,24
15:25 16:13,18
16:24 17:1,2
18:4,5 20:4
23:25 24:5,5,6
25:18 26:13,25
27:1,17 33:18
33:22,24,25
**wanted** 22:8
24:2
**warrant** 7:10
**warrants** 7:7,8
**Warren** 16:15
**wasn't** 10:4,6
13:5 20:14,14
23:2,3
**way** 16:6 17:3

17:14 24:3
25:15 28:10
**ways** 12:7
**we'll** 20:6 34:21
**we're** 3:14 5:19
9:3 16:12,20
19:16 31:9,12
34:1
**we've** 24:11
**weapon** 14:2
**week** 27:20
**went** 32:3
**wife** 8:1,2,3
**wife's** 8:7
**wish** 15:10
17:17,19
**word** 25:22
**work** 34:20
**world** 16:23
29:4
**worried** 25:4
**worth** 32:1
**write** 12:22 13:3
**written** 23:24
**wrong** 7:13 24:8
27:17
**wronged** 26:12
**wrote** 12:15

**X**

**Y**

**yeah** 8:12 11:7
11:14 13:21
20:7 21:4 22:6
22:12 23:8,17
30:20 31:12
32:5 33:14,15
34:15
**years** 16:4 17:11
24:14 27:3
**youngest** 27:2

**Z**

**0**

**1**

**1** 1:9
**10** 2:11 29:1,14

32:1
**11** 2:6,12 9:5,6
9:12 33:1
**15** 2:7 20:10
22:23 23:1
27:3
**16** 33:10
**17** 20:11 29:6
33:10
**19** 2:8
**1st** 2:4 3:2

**2**

**2** 2:5,6 7:1
**20** 22:24 23:1
32:1
**2016** 33:11
**2017** 20:9,10,12
21:6 22:3 33:9
33:11
**2018** 33:9
**202** 1:25
**2022** 1:8 3:4
35:8
**22** 2:9 9:5,6,12
**25** 2:10 29:15
33:7
**25,000** 32:1
**27** 9:5,6,10
**29** 2:11

**3**

**3** 2:4,4 3:2,4
11:1
**33** 2:12
**35** 1:9 33:7

**4**

**4** 1:8 2:5,7 7:1
15:1 35:8
**40,000** 22:21
**467-9200** 1:25

**5**

**5** 2:6,8 11:1
**5MB** 19:1

**6**

**6** 2:7,9 15:1 22:1

| 7 | | | | |
|---|---|---|---|---|
| **7** 2:5,8,10 19:1 25:1 | | | | |
| 8 | | | | |
| **8** 2:9,11 22:1 29:1 | | | | |
| 9 | | | | |
| **9** 2:10,12 9:5,7,8 9:8,13 25:1 33:1 | | | | |

# Exhibit 2

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )

                                 )  File No. SL-02855-A

J&J CONSULTING, INC.             )  Amended: 4/11/2022

SUBJECT:  Phone Call on 3.3.2022

          FBI Negotiator and Matthew Beasley

          22030206.mp3

PAGES:    1 through 113

AUDIO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1          P R O C E E D I N G S
 2   22030206.mp3
 3        FBI AGENT ADAM:  March 3, 2022, 2:57 p.m.
 4   Calling Matthew Beasley at 913-486-9975.
 5        (Phone ringing.)
 6        MR. BEASLEY:  Hello.
 7        FBI AGENT ADAM:  Hey, Matthew.  It's Adam.
 8        MR. BEASLEY:  Hello.
 9        FBI AGENT ADAM:  Hey, thank you for giving me
10   Paula's number.  We're going to try to contact her now.
11   Thank you for doing that.
12        MR. BEASLEY:  No, she had nothing to do with
13   it.
14        FBI AGENT ADAM:  Well, yeah, and you've said
15   that multiple times, but we just want to be able to
16   give her somebody to talk to while all this is going
17   on.  So thank you for doing that.
18        MR. BEASLEY:  If you could -- okay.  Anything
19   else you need to know?
20        FBI AGENT ADAM:  Yeah, I think we got a lot
21   of the story still to tell.
22        MR. BEASLEY:  No, I don't -- there's not much
23   to tell.
24        FBI AGENT ADAM:  Well, if we want to get all
25   the facts, we're going to need to hear it from A to Z.
```

Page 3

```
 1   But first off let me ask you how are you feeling?
 2        MR. BEASLEY:  Aw, I feel like shit.
 3        FBI AGENT ADAM:  Yeah.
 4        MR. BEASLEY:  This is my first time being
 5   shot so --
 6        FBI AGENT ADAM:  Right, you said that.  Well,
 7   we have medical out here for you if you want it.
 8        MR. BEASLEY:  No, I don't want it.
 9        FBI AGENT ADAM:  Okay.  Why don't you want
10   it?
11        MR. BEASLEY:  Because I'm not -- I'm not
12   coming out first off so -- and I'm not going to -- I'm
13   not going to jail but -- so --
14        FBI AGENT ADAM:  We -- I understand you don't
15   want to come out and you don't want to go to jail, but
16   like we talked about previously there's plenty of time
17   to figure out what's going on.  But we do have --
18        MR. BEASLEY:  No, there's not, no.  I'm
19   admitting to everything.
20        FBI AGENT ADAM:  I know, and we're going to
21   get, we're going to get to that whole rest of that
22   story here in just -- here.  I promised you I would go
23   try to find the agents that came to your door.  I
24   promised you that, right?
25        MR. BEASLEY:  Yes.
```

Page 4

```
 1        FBI AGENT ADAM:  Well, just to let you know
 2   they're still talking to some of the people out here to
 3   try to figure out what happened and give their side of
 4   the story.  So they can't -- they can't come talk to
 5   you right now, but --
 6        MR. BEASLEY:  Are you out here now?
 7        FBI AGENT ADAM:  There are some people out
 8   here because we're worried about you.
 9        MR. BEASLEY:  Are you outside?
10        FBI AGENT ADAM:  I'm not outside your home,
11   but I'm nearby, yes.
12        MR. BEASLEY:  Oh, okay.
13        FBI AGENT ADAM:  Yes, there's a whole bunch
14   of people out here who just want to see you come out
15   healthy and safe, and that way you can see the four
16   kids and Paula again.
17        MR. BEASLEY:  No.  Okay.  Well, let's get
18   back to getting the story over so I can be done with
19   this pain.  This is a lot of pain.
20        FBI AGENT ADAM:  It's a lot of pain.  Well,
21   Matthew, we can help you with the pain if you would
22   just allow paramedics to come inside or even --
23        MR. BEASLEY:  No.
24        FBI AGENT ADAM:  -- come outside.
25        MR. BEASLEY:  No, I'm sorry.
```

Page 5

```
 1        FBI AGENT ADAM:  That way you have more time
 2   to tell your story and you can tell your story to the
 3   agents who came to talk to you earlier.  Because,
 4   Matthew, like we talked about I don't work this, this
 5   matter and I didn't really know what was going on today
 6   until I got here.
 7        If you want to talk to the two --
 8        MR. BEASLEY:  Okay.
 9        FBI AGENT ADAM:  -- individuals you saw
10   earlier who have deep, detailed knowledge of this case
11   that's really easy to do.  We just need to get you out
12   of there and safe to tell that story.
13        MR. BEASLEY:  Well, then it's probably not
14   going to happen and I'm very, very sorry that I'm not
15   going to be able to talk to them then.
16        FBI AGENT ADAM:  Well, those are the guys
17   with the expert knowledge on the case and they are here
18   to talk to you.  I know they came to talk to you
19   earlier because they wanted to talk to you, and they
20   still want to talk to you, Matthew.
21        MR. BEASLEY:  Well, yeah.  I guess I
22   shouldn't have approached it the way I did then.
23        FBI AGENT ADAM:  Well, hey, we all make
24   decisions.
25        MR. BEASLEY:  Is somebody coming in my house?
```

Page 6

1     FBI AGENT ADAM:  What do you hear, Matthew?
2     MR. BEASLEY:  Somebody is coming in my house.
3     FBI AGENT ADAM:  Nobody should be coming in y
4  our house, Matthew.
5     MR. BEASLEY:  Something happened to one of my
6  doors.  I'm not going to shoot them, you can tell them
7  that, but I'm going to finish me right now.
8     FBI AGENT ADAM:  Well, okay, nobody wants
9  that so let me figure out what's going on, okay?  Just
10  stay on the phone with me.
11     MR. BEASLEY:  Somebody just came to one of my
12  doors or something.
13     FBI AGENT ADAM:  No one is coming in,
14  Matthew.  No one is coming in the house.  I hear the
15  dogs barking, and my dogs bark too when somebody comes
16  to --
17     MR. BEASLEY:  It's in the backyard.  They're
18  in the backyard.  Somebody touched the door or did
19  something to the door.
20     FBI AGENT ADAM:  Okay.  Well, somebody --
21     MR. BEASLEY:  Tell them not to fucking blow
22  it up.  They can come in the front door when I'm done.
23  Jesus Christ, it's unlocked.
24     FBI AGENT ADAM:  Okay, Matthew.  You don't
25  want anybody coming in your house.  No one is going to

Page 7

1  come in your house right now.
2     MR. BEASLEY:  Well, what they just hit my
3  door with or put on my door?
4     FBI AGENT ADAM:  Okay.  I'm not really sure,
5  Matthew.  I'm sitting here talking to you.  I can go
6  find out that answer and give you a call back in just a
7  minute if you want.  No one is coming in there, okay?
8     MR. BEASLEY:  Well, somebody was.
9     FBI AGENT ADAM:  Well, we do have people who
10  are trying to figure out if they can help you out, if
11  we can get you medical.  So there might be people
12  around you, but nobody is coming in your house while
13  we're talking.  We want to see you come out so we can
14  get you that help and so you can tell the agents that
15  came to your door what happened with this whole Ponzi
16  scheme.
17     And, you know, you said you didn't want
18  anybody else to get in trouble.
19     MR. BEASLEY:  I'm sorry, I can't do that.
20     FBI AGENT ADAM:  Why can't you do that,
21  Matthew?
22     MR. BEASLEY:  I can't.  Because there's
23  nothing for me when I come out.  I'm dead so --
24     FBI AGENT ADAM:  There's medical, there's
25  your four kids, there's Paula.

Page 8

1     MR. BEASLEY:  I can go fucking to prison, I'm
2  going to go to prison, and leave my kids with nothing.
3  That's great.  What an accomplishment I've done.
4     FBI AGENT ADAM:  Well, Matthew, why do you
5  think you're going to leave your kids with nothing if
6  you take this step that we're talking about?
7     MR. BEASLEY:  Because at least there's life
8  insurance.
9     FBI AGENT ADAM:  Well, Matthew, life
10  insurance don't pay out with suicide, I'm sorry to tell
11  you that.
12     MR. BEASLEY:  Yes, it does after two years.
13     FBI AGENT ADAM:  Two years is a long time for
14  a nine-year-old to go with nothing, Matthew.
15     MR. BEASLEY:  No, no, no.  I mean, if you've
16  had the policy for longer than two years.
17     FBI AGENT ADAM:  Well, I trust your guidance
18  on that because you're a lawyer who know those kinds of
19  things.  But I can -- Matthew, your four kids need you
20  around in any capacity.
21     MR. BEASLEY:  In what, in prison?  They need
22  me around in prison?
23     FBI AGENT ADAM:  Matthew, you've got a
24  nine-year-old at home.  As somebody who is getting
25  ready to go through fatherhood, Matthew, let me tell

Page 9

1  you I want to be there for every single step of the way
2  no matter what capacity I can be.
3     MR. BEASLEY:  You're right, and I did too.
4     FBI AGENT ADAM:  And you still can be,
5  Matthew.  You still can be.
6     MR. BEASLEY:  I fucked this all up.
7     FBI AGENT ADAM:  Matthew, you fucked this --
8     MR. BEASLEY:  I fucked it all up.
9     FBI AGENT ADAM:  Matthew, you made a bad
10  decision today and we're --
11     MR. BEASLEY:  And I'm not even talking about
12  today.  This was not even close to my worst decision
13  today.  My worst decisions happened many years ago.
14     FBI AGENT ADAM:  Hey, like we talked about,
15  these kinds of crimes, jail time is not always assured.
16  Like we talked about, the people who go to prison --
17     MR. BEASLEY:  Oh, I'm going to jail.
18     FBI AGENT ADAM:  Well, and jail --
19     MR. BEASLEY:  If I -- if I come out of here,
20  I'm going to jail so --
21     FBI AGENT ADAM:  And what's your concern with
22  going to jail, Matthew?
23     MR. BEASLEY:  There's -- I don't do it.  I
24  don't do anything for -- it does nothing for my family
25  if I go to jail.

3 (Pages 6 to 9)

Page 10

1       FBI AGENT ADAM:  It gives you them the
2   opportunity to still see you, still talk to you, still
3   be around you, still celebrate birthdays and
4   Christmases, and weddings, and grandkids.  It gives
5   them all that opportunity with you if you just come
6   out.  You can get out of jail, Matthew.  People bail
7   out and bond out all the time.
8       MR. BEASLEY:  No, no, no.
9       FBI AGENT ADAM:  Well, you're saying no,
10  Matthew, but you know that's true.  You're a lawyer.
11  You've seen people not get prison sentences or get very
12  diminished time; I know you have.  Tell me you haven't.
13      MR. BEASLEY:  Yeah, I have, but that has
14  nothing to do with me.
15      FBI AGENT ADAM:  It has everything to do with
16  you, Matthew, because you understand how the legal
17  system works and you have the knowledge to do that.
18      MR. BEASLEY:  No, I don't.
19      FBI AGENT ADAM:  Well, what makes you say
20  that?  You do have the knowledge.
21      MR. BEASLEY:  No.  I'm real sorry about this,
22  I really am.
23      FBI AGENT ADAM:  Well, I appreciate you
24  apologizing for me, and I do want to hear your side of
25  the story.

Page 11

1       MR. BEASLEY:  No, that's all right.  I'm done
2   telling the story.  Hopefully the letter and what I've
3   told you so far --
4       FBI AGENT ADAM:  Matthew, I still want to --
5   Matthew, I want to hear the rest of the story because
6   the letter is not going to clarify --
7       MR. BEASLEY:  The bank records --
8       FBI AGENT ADAM:  -- everything.
9       MR. BEASLEY:  The bank records will.  It will
10  be all clear as soon as they go through my emails and
11  my bank records.  They will know.
12      FBI AGENT ADAM:  Matthew, Paula is here with
13  us in the area, and she's trying to meet with us, and
14  she's worried about the kids and she's worried about
15  you.  Paula and the kids need you.
16      MR. BEASLEY:  And I don't -- I'm sorry,
17  though.  I'm really sorry.  I'm sorry.
18      FBI AGENT ADAM:  I know you're sorry,
19  Matthew.  I can hear your --
20      MR. BEASLEY:  I'm so fucking sorry.
21      FBI AGENT ADAM:  I know you're sorry,
22  Matthew, but you have a chance to tell them that
23  yourself if you just -- let us get you some medical
24  attention.
25      MR. BEASLEY:  I'm sorry.

Page 12

1       FBI AGENT ADAM:  They want to hear that from
2   you in person.  They want to see you come out of there
3   healthy.  They love you, Matthew.
4       MR. BEASLEY:  And now I -- now I wish -- I
5   mean, I wish I could have just done it and been done
6   with it because, fuck, now my kids are going to be
7   traumatized by being a part of this.
8       FBI AGENT ADAM:  You're right, the kids --
9       MR. BEASLEY:  (Inaudible.)
10      FBI AGENT ADAM:  Well, I think they're just
11  trying to make sure that -- they're trying to be --
12      MR. BEASLEY:  Somebody just threw something
13  in here.
14      FBI AGENT ADAM:  Nobody should -- nobody is
15  coming in the house, though, Matthew.
16      MR. BEASLEY:  Somebody threw something in my
17  house.
18      FBI AGENT ADAM:  Where did they throw it?
19  Where are you in the house, Matthew?
20      MR. BEASLEY:  I'm in the entry where I was
21  shot.
22      FBI AGENT ADAM:  Okay, you're still in the
23  entryway of the house.
24      MR. BEASLEY:  Yes.  But somebody in the back,
25  in the door that they (inaudible).  Please tell me they

Page 13

1   didn't break the fucking door.
2       FBI AGENT ADAM:  We're going to try make sure
3   nobody busts up your house, okay, Matthew?
4       MR. BEASLEY:  Well, they're -- they just --
5       FBI AGENT ADAM:  Matthew --
6       MR. BEASLEY:  -- broke the back door.
7       FBI AGENT ADAM:  Matthew, I'll you this, as
8   long as we're talking no one is going to come in the
9   house, but if we -- if we stop talking --
10      MR. BEASLEY:  They threw something in the
11  house.
12      FBI AGENT ADAM:  Matthew, if we stop talking
13  they're -- something else might happen.  I'm trying to
14  keep that from happening, okay?  I'm trying to get you
15  safely out of there --
16      MR. BEASLEY:  Well, if --
17      FBI AGENT ADAM:  -- and your property in one
18  shape so the kids can continue enjoying the beautiful
19  home you provided for them and your wife.  But I need
20  you to stay on the phone with me.
21      MR. BEASLEY:  Let me tell you -- just tell
22  them to leave me alone, please.
23      FBI AGENT ADAM:  Well, we can't do that now,
24  Matthew.  We're here to get you out safely.
25      MR. BEASLEY:  You're not -- I'm not coming

Page 14

1  out. I apologize to you, I apologize to my family, I
2  apologize to everyone that I hurt, I'm not coming out.
3  I can tell you all I wanted to do is tell my story and
4  now I think I've told it enough.
5      FBI AGENT ADAM: No, we really only have the
6  beginning. I have literally only heard about 2017,
7  Matthew. There's plenty of story to tell.
8      So you said you talked to Jeff, and you got
9  the loan, and you guys were --
10     MR. BEASLEY: It just kept going. It just
11  kept growing and growing and growing, it did.
12     FBI AGENT ADAM: How did it -- how did it
13  grow?
14     MR. BEASLEY: Because --
15     FBI AGENT ADAM: If you want to tell the
16  story, Matthew, you're going to tell it the right way
17  and you're going to tell me the details. So how did it
18  keep growing?
19     MR. BEASLEY: It just kept growing.
20     FBI AGENT ADAM: What does that mean?
21     MR. BEASLEY: Jeff had more people that were
22  interested in getting in, so I made up more attorney's
23  deals and I just kept growing it.
24     FBI AGENT ADAM: How would they get involved
25  with this scheme?

Page 15

1      MR. BEASLEY: They weren't involved with the
2  scheme, they would --
3      FBI AGENT ADAM: No, I mean, with their
4  money.
5      MR. BEASLEY: They would give their money to
6  me, and I would supposedly send it to a bunch of
7  attorneys. And then when --
8      FBI AGENT ADAM: And what did you actually do
9  with it?
10     MR. BEASLEY: I kept it and used it to pay,
11  basically pay them back to pay off gambling debts.
12     FBI AGENT ADAM: Who was involved in the
13  gambling debt, Matthew?
14     MR. BEASLEY: What?
15     FBI AGENT ADAM: Who was involved in the
16  gambling debt?
17     MR. BEASLEY: I told you.
18     FBI AGENT ADAM: Well, you told me it was
19  some guys from Philly. That's the most Rocky
20  sounding --
21     MR. BEASLEY: Oh, okay. Anthony Alberto,
22  Junior.
23     FBI AGENT ADAM: Say it again.
24     MR. BEASLEY: Anthony Alberto, Junior.
25     FBI AGENT ADAM: Okay. Is he here in Vegas?

Page 16

1      MR. BEASLEY: Like I said, on a zip drive in
2  my office on top of the letters I wrote there is a --
3  there is his declaration where he admits he extorted
4  me, he fricking threatened my family. They don't know
5  this of course but --
6      And then on my phone there's the voicemail
7  from somebody that -- apparently from Philadelphia.
8      FBI AGENT ADAM: So --
9      MR. BEASLEY: That I had to end up paying
10  money to.
11     FBI AGENT ADAM: So Anthony was your bookie
12  here in Las Vegas?
13     MR. BEASLEY: Yes.
14     FBI AGENT ADAM: Okay. Thank you for telling
15  me that. So what I'm hearing is, you know, you had
16  enthusiasm for gambling on sports. I'm a sports fan
17  myself. I totally understand that.
18     MR. BEASLEY: No, I was a degenerate.
19     FBI AGENT ADAM: Well, and it sounds like you
20  pulled yourself out of that because you said you
21  weren't really doing that anymore.
22     MR. BEASLEY: Well, yeah, because I didn't
23  have a choice when I got to this point.
24     FBI AGENT ADAM: Right. So, Matthew --
25     MR. BEASLEY: All I was worried about -- all

Page 17

1  I was worried about keeping this fricking thing going
2  so I could spend more time, and now that's come to an
3  end.
4      FBI AGENT ADAM: Well, that hasn't come to an
5  end at all. There's still plenty of time to spend with
6  your nine-year-old.
7      MR. BEASLEY: What are they doing? Are they
8  sending a fucking robot in here?
9      FBI AGENT ADAM: No, they're just going to
10  fly a drone around the outside to see what's going on.
11  That's for their safety too because there's a weapon on
12  you.
13     MR. BEASLEY: I'm telling you what's going
14  on. I promise I'm not here to hurt anybody.
15     FBI AGENT ADAM: And we appreciate that and
16  we're taking your word for it, but the guys that are
17  over there are just doing their own due diligence,
18  okay. No one is coming in the house.
19     MR. BEASLEY: I appreciate that. Okay. But
20  just don't tear up my house, please.
21     FBI AGENT ADAM: Okay. We're not going to
22  tear up your house as long as we're talking, okay.
23  Keep talking to me and everything is fine. We're going
24  to keep the house in good shape for your kids and your
25  wife.

## Page 18

1    MR. BEASLEY:  Fuck me.  This turned out to be
2  a fucking nightmare.
3    FBI AGENT ADAM:  Well, it can still end well.
4  We can still get you medical and you can still tell
5  your story the agents.  The kids can have you around
6  for the upcoming summer break.
7    MR. BEASLEY:  No, they're not going to have
8  me around.
9    FBI AGENT ADAM:  Well, how -- how do you
10  think that's going to make them feel, Matthew, that
11  they're -- that this is going to happen to them?
12    MR. BEASLEY:  That's (inaudible) part of this
13  whole thing.  Hello?
14    FBI AGENT ADAM:  Yeah, I'm still here,
15  Matthew.  I'm just letting you talk.
16    MR. BEASLEY:  The worst part of the whole
17  thing.  My wife and my family are --
18    FBI AGENT ADAM:  And your wife and your
19  family -- you don't think your wife and your family
20  would care more to see you come out of this than to
21  know that you did something to hurt yourself or kill
22  yourself in their own home, in the home they live in,
23  Matthew?
24    MR. BEASLEY:  I wasn't intending to do it
25  here, but this thing went down pretty quick this

## Page 19

1  morning.
2    FBI AGENT ADAM:  Well, why did you decide
3  today was the day?
4    MR. BEASLEY:  I didn't.  The FBI decided
5  today was the day.
6    FBI AGENT ADAM:  Did you hear about the FBI
7  talking to other people today?
8    MR. BEASLEY:  Well, they raided Jeff Judd's
9  house, yes.
10    FBI AGENT ADAM:  When they -- when they
11  raided Jeff Judd's house, okay.
12    MR. BEASLEY:  Yeah.
13    FBI AGENT ADAM:  Okay.  So you heard that
14  they raided Jeff's house and you decided --
15    MR. BEASLEY:  Well, I knew they were coming
16  here sooner or later.
17    FBI AGENT ADAM:  And they came just to talk
18  to you, right?
19    MR. BEASLEY:  Yeah, they didn't do anything
20  wrong.
21    FBI AGENT ADAM:  Okay.  Well, I appreciate
22  you saying that, and again they've received your
23  apologies and thank you for saying that.
24    You know, so I'm going to recap because
25  you've told us a lot and you kind of told -- said some

## Page 20

1  pretty heavy stuff in there.  So what I'm hearing is
2  that you were trying to provide for your family.  You
3  got a little out of control with your gambling, and
4  then Anthony provided you, you know, more and more, a
5  bigger line of credit.  And he's actually extorting you
6  now.
7    You're just a guy who had a bad habit and was
8  trying to get out of it.  And he's actually the guy,
9  the bad guy here.
10    MR. BEASLEY:  No.
11    FBI AGENT ADAM:  You were just trying to get
12  out of it.
13    MR. BEASLEY:  Well, he's a piece of shit,
14  yeah.  He's a piece of shit.  But what I did is my
15  fault.  It's not his fault I fucking turned this into a
16  fucking disaster.
17    FBI AGENT ADAM:  Well, nobody got hurt as a
18  result of what you did, and extortion is a crime.
19  Anthony is the criminal here.  He's the bad guy here.
20  You were -- but you were a good guy in a bad situation,
21  and we see that all the time.  Good guys in bad
22  situations make a bad choice, but it's not the end.
23  Matt, there's plenty going on.  Can I call you Matt, do
24  you mind?
25    MR. BEASLEY:  Yeah, that's my name, Matt.

## Page 21

1    FBI AGENT ADAM:  Matt, okay.  Matt, this
2  is -- Matt, one bad decision or a couple of bad
3  decisions does not mean the end of everything.  You
4  were the victim here.  Anthony was the one who --
5    MR. BEASLEY:  No, no.  No, no, no, no.  Don't
6  even try that.  I'm not the victim.  I'm the fucking
7  one that -- everybody else is the victim, honestly.
8  Everybody else.  I am not a victim.  Please don't, no.
9    FBI AGENT ADAM:  Why don't you -- why don't
10  you think we should Anthony accountable for putting you
11  in this position?
12    MR. BEASLEY:  Oh, I hope you do, I hope you
13  do.  But, you know, it's not -- I did what I did
14  obviously and, yeah, that was a large part of it, but
15  it had nothing to do with -- it had nothing to do with
16  this, this whole how this turned into this freaking
17  huge, freaking Ponzi scheme.
18    FBI AGENT ADAM:  I got you, I got you.
19    MR. BEASLEY:  That's my fault.
20    FBI AGENT ADAM:  I got you.
21    MR. BEASLEY:  He's a piece of shit and that's
22  why I wrote --
23    FBI AGENT ADAM:  You still there, Matthew?
24    MR. BEASLEY:  Yeah, can you hear me?
25    FBI AGENT ADAM:  Yeah, I got you.

Page 22

1    MR. BEASLEY: That's why I wrote his name
2  down and gave you as much information as possible about
3  him because he's a piece of shit and he should go to
4  jail.
5    FBI AGENT ADAM: Well, as a lawyer --
6    MR. BEASLEY: So that --
7    FBI AGENT ADAM: -- let me ask you this, do
8  you think in person testimony would be better than a
9  letter?
10    MR. BEASLEY: Oh, you won't need in person
11  testimony.
12    FBI AGENT ADAM: Why do you say that?
13    MR. BEASLEY: All you have to do is look at
14  all the -- all you have to do is look at the wires and
15  shit that I sent out and you'll find the text messages.
16  I got a declaration from him for God's sake --
17    FBI AGENT ADAM: Don't you want to see --
18    MR. BEASLEY: -- from his email?
19    FBI AGENT ADAM: Don't you want to see
20  Anthony held accountable, Matt?
21    MR. BEASLEY: No, I don't. I don't really --
22  at this point I need to -- I need to be done and make
23  this, let this thing move on so more people's houses
24  don't get raided and -- because nobody did anything
25  wrong but me. Jeff Judd's daughter was supposed to be

Page 23

1  getting married tomorrow.
2    FBI AGENT ADAM: Jeff's daughter was getting
3  married tomorrow?
4    MR. BEASLEY: Yeah, and you guys broke down
5  the fricking door. I mean, I fucked up everybody, my
6  family, my kids, and then people that are just innocent
7  victims of this whole fucking disaster.
8    FBI AGENT ADAM: You sound very remorseful,
9  Matt.
10    MR. BEASLEY: Yeah, I've been remorseful for
11  the last -- for three years because I figured it was
12  going to end long before this.
13    FBI AGENT ADAM: I really appreciate the
14  strength you've shown me today, Matt, as you've owned
15  your own mistakes and your kids, and your wife will
16  appreciate that strength as you look them in the eye
17  and tell them you made bad choices. But moving forward
18  things will be different --
19    MR. BEASLEY: No,
20    FBI AGENT ADAM: -- if you come out so we can
21  do that together.
22    MR. BEASLEY: I can't do it, man. I
23  apologize.
24    FBI AGENT ADAM: Well, I'm not the one you
25  need to apologize to, Matt, it's your family.

Page 24

1    MR. BEASLEY: I know.
2    FBI AGENT ADAM: Matt, I don't want to have
3  to apologize to your family.
4    MR. BEASLEY: That's fine.
5    FBI AGENT ADAM: Are you sure? It's going to
6  cause them a lot of pain.
7    MR. BEASLEY: I know it is. I've already
8  caused them more pain than they deserve.
9    FBI AGENT ADAM: Well, pain can be healed
10  over time. Time heals all wounds. But, Matt, if you
11  shoot yourself time doesn't heal that pain.
12    MR. BEASLEY: No.
13    FBI AGENT ADAM: Children never recover from
14  that. Your -- your child is nine years old, Matt. You
15  have an 11-year-old. They will not recover from that.
16  Please don't do that to them, Matt.
17    MR. BEASLEY: I don't have the choice.
18    FBI AGENT ADAM: You have every choice in the
19  world. They need you, they need their father. As they
20  become teenagers in the crazy world that is 2022, they
21  need you.
22    MR. BEASLEY: I don't have a choice.
23    FBI AGENT ADAM: You do have a choice. You
24  have a choice whether to end your life right now and
25  never see your kids again and to have them dealing with

Page 25

1  being the children of a guy who committed suicide, or
2  you have the opportunity to talk to them, be around ad
3  experience moments with them for the rest of their
4  life. Who else can --
5    MR. BEASLEY: More than -- more than -- I'm
6  more than guy that's going to have committed suicide.
7  I'm a dude that ripped off everybody they know.
8    FBI AGENT ADAM: Time heals everything, Matt.
9  Time doesn't heal killing yourself.
10    MR. BEASLEY: No. I just wish that --
11    FBI AGENT ADAM: You wish what, Matt?
12    MR. BEASLEY: Oh, fuck. Nothing.
13    FBI AGENT ADAM: What are you thinking, Matt?
14    MR. BEASLEY: I'm thinking I need to get the
15  balls to fucking pull this trigger, that's what I'm
16  thinking.
17    FBI AGENT ADAM: Well, nobody from me to
18  Paula, to your kids, to the people outside who are here
19  to help you want to see that. You know who does want
20  to see that probably? Anthony, so he's not held
21  accountable for it.
22    MR. BEASLEY: I don't give a shit about him.
23  He knew --
24    FBI AGENT ADAM: Oh, I think you do, I think
25  you do. I think you give a lot about him because he's

Page 26

1  the guy that put you in this situation.  He led --
2      MR. BEASLEY:  He did, he did --
3      FBI AGENT ADAM:  -- he led you to making bad
4  decisions.
5      MR. BEASLEY:  Oh.
6      FBI AGENT ADAM:  And how can you see Anthony
7  held accountable if you shoot yourself in the head?
8      MR. BEASLEY:  I don't care if he's -- he will
9  be held, I know he will, so it doesn't matter.
10     FBI AGENT ADAM:  You think it's going to
11 matter to your kids that Anthony got held accountable
12 if their dad is dead?  Anthony -- can you move at all?
13     MR. BEASLEY:  I can move.  You want me to
14 move?
15     FBI AGENT ADAM:  Well, are you laying down?
16     MR. BEASLEY:  Yeah.
17     FBI AGENT ADAM:  Okay.  Well, I'd like you to
18 move out the front door so we can come give you some
19 medical.
20     MR. BEASLEY:  No, that's all right.  I can't
21 do that.
22     FBI AGENT ADAM:  You said you're in the
23 entryway, the entryway, right?
24     MR. BEASLEY:  Yeah.  I'm sorry, I can't do
25 that.

Page 27

1      FBI AGENT ADAM:  Okay.  Hey, Matthew, I got
2  to be honest with you, man.  I appreciate you talking
3  but some of the people outside are getting kind of
4  concerned and --
5      MR. BEASLEY:  Okay.  Then I'm just going to
6  finish this.
7      FBI AGENT ADAM:  I don't want -- I need you
8  to -- Matthew, no.  The house is going to get --
9      MR. BEASLEY:  Fair enough.  Thank you for --
10     FBI AGENT ADAM:  -- the house is going to get
11 banged up if you do that, Matthew.  Please don't do
12 that.
13     MR. BEASLEY:  What do you mean?
14     FBI AGENT ADAM:  Because if they hear
15 something, Matthew, they're going to come in and
16 they're going to come in fast and they're going to --
17     MR. BEASLEY:  Well, tell them that's me
18 putting a bullet in my fucking head.
19     FBI AGENT ADAM:  They're not necessarily
20 going to believe that, Matthew, because they can't see
21 that with their own eyes.  So we need you to come out
22 and so we can --
23     MR. BEASLEY:  Tell them to get a camera in
24 here.  Tell them to put a camera in.
25     FBI AGENT ADAM:  Okay.  Well, even if I do

Page 28

1  tell them to put a camera in there it's still going to
2  take some time.  So can we stay on the phone will they
3  do that?
4      MR. BEASLEY:  Yeah.  I thought you said you
5  had to get off the phone --
6      FBI AGENT ADAM:  I don't have to get off the
7  phone.
8      MR. BEASLEY:  -- because they were getting
9  anxious.
10     FBI AGENT ADAM:  No, I was trying to tell you
11 what was going on outside because -- because we were --
12 because they were getting anxious.  I'm not getting
13 anxious.  I'm good with you and I.  We're still
14 talking.  You and I are fine, Matt.  I'm learning a lot
15 from you, you're telling me what's going on, and we're
16 still talking, right?  And the house is still in one
17 piece.
18     MR. BEASLEY:  I just -- I can't do it, bud.
19 I'm sorry.
20     FBI AGENT ADAM:  What do you mean you can't do
21 it?
22     MR. BEASLEY:  I'm not coming out.  I can't go
23 to jail.  So --
24     FBI AGENT ADAM:  Well, why can't you go to
25 jail?  I'm -- help me understand why jail is such a big

Page 29

1  deal.
2      MR. BEASLEY:  Because all -- there's nothing
3  for me.  The humility of -- to my family if I go to
4  jail.  They have -- and they'll have nothing, they'll
5  have nothing.  They will literally have fucking
6  nothing.
7      FBI AGENT ADAM:  Well, they still need you
8  around and if you go to jail, they can still be with
9  you whereas if you kill yourself, Matthew, they don't
10 have you around in any capacity.  You can't guide them,
11 you can't be there for your kids weddings, nothing.
12     MR. BEASLEY:  Well, I won't be there for my
13 kids weddings.
14     FBI AGENT ADAM:  You want to miss that?
15     MR. BEASLEY:  There's not a chance.
16     FBI AGENT ADAM:  You don't want to be there
17 for that?
18     MR. BEASLEY:  I'd love to be, but there's no
19 fucking chance I'll make it there.
20     FBI AGENT ADAM:  You'll be around.  You'll
21 see pictures, you'll be able to talk to them on the
22 phone.  You might be there.  Like we said, nothing in
23 this legal process has played out at all.  White collar
24 criminals don't go to prison necessarily.  There's
25 still a ton of things we can --

Page 30

1   MR. BEASLEY:  Oh, yeah.
2   FBI AGENT ADAM:  -- we can see how this plays
3   out in the legal system.  You know that better than
4   anyone.  You admitted that to me earlier, Matthew.  You
5   said you see people get off or not go to jail for a
6   long time all the time.  We don't know what's going to
7   happen with the legal system, we don't.
8   MR. BEASLEY:  Okay.
9   FBI AGENT ADAM:  Okay what?
10   MR. BEASLEY:  I'm not going to argue with
11   you.  You're more passionate about it than me.
12   FBI AGENT ADAM:  I'm passionate about seeing
13   you come out of this healthy, Matthew.  I'm passionate
14   as a guy who is about to be a dad of seeing your kids
15   have their dad around.  That's what I'm passionate
16   about, Matthew.  I care about you.  I care about your
17   kids getting to see you.  Your older son wants to see
18   you come out of this okay.  Your wife wants to -- we've
19   talk to both of them, Matthew.
20   MR. BEASLEY:  Okay.
21   FBI AGENT ADAM:  They need you, Matthew, they
22   need you.  We can get you the medical.  They'll see
23   you -- you know, they'll see you as you get better, and
24   then you can work with us.
25   MR. BEASLEY:  No, no.  Sorry.  Can't do it.

Page 31

1   FBI AGENT ADAM:  I --
2   MR. BEASLEY:  I can't do it.
3   FBI AGENT ADAM:  Why can't you do it?  Why --
4   why do you think that killing yourself and missing the
5   rest of your kids life is a better choice than maybe
6   going to jail and maybe (inaudible)?
7   MR. BEASLEY:  There is no fucking maybe.
8   I've destroyed everybody's lives and now it's not fair
9   for me to just be a chicken shit and go to fucking
10   jail.
11   FBI AGENT ADAM:  You don't think killing
12   yourself if what you just called yourself?
13   MR. BEASLEY:  Maybe it is, but --
14   FBI AGENT ADAM:  Wouldn't you rather try
15   to --
16   MR. BEASLEY:  -- being a chicken shit and not
17   doing it is worse.
18   FBI AGENT ADAM:  I disagree with that.  I
19   think you're somebody who understands that they made
20   bad decisions and who wants to apologize and make
21   amends for that.  The way you can make amends with the
22   people you wronged outside of your own family is to
23   come out and figure out ways you can help them.  And
24   you have a lifetime to do that, you have years to do
25   that.  All you have to do is come out of there.

Page 32

1   MR. BEASLEY:  I can't.
2   FBI AGENT ADAM:  If you don't think you can
3   do that right now why don't we keep going with
4   what's -- with what happened.  I believe you can, but
5   if you don't think you can yet -- what happened after
6   you guys --
7   MR. BEASLEY:  (Inaudible.)
8   FBI AGENT ADAM:  Well, Matthew, it's a Ponzi
9   scheme that ran for five years.  There's plenty of more
10   details I don't know about, and I want to make sure I
11   understand if I have to tell the agents this.
12   MR. BEASLEY:  Ask your question and I'll be
13   happy to answer.
14   FBI AGENT ADAM:  Okay.  What other attorneys
15   did you get involved in this?
16   MR. BEASLEY:  None.
17   FBI AGENT ADAM:  You said you went and found
18   other attorneys?
19   MR. BEASLEY:  No, I got names of attorneys.
20   I never actually talked to them.
21   FBI AGENT ADAM:  Okay.  How many different
22   people got involved with you with this in terms of
23   people that came to you with their money?
24   MR. BEASLEY:  Oh, I don't know.  You'll have
25   to ask Jeff Judd that.  There's a lot of money in it,

Page 33

1   though.
2   FBI AGENT ADAM:  Give me a guess how much?
3   MR. BEASLEY:  Like $300 million.
4   FBI AGENT ADAM:  That's a lot of money.
5   MR. BEASLEY:  Yeah.
6   FBI AGENT ADAM:  And if you could explain one
7   more time for me how you were paid?
8   MR. BEASLEY:  How I was what?
9   FBI AGENT ADAM:  How you got their money,
10   what you were promising them in exchange for their
11   money.
12   MR. BEASLEY:  Personal injury settlements
13   basically.  Basically if -- I mean, obviously this is
14   BS, but this is what they were promised.  They were
15   promised that they would get -- they would give their
16   money to someone that settled their case but hadn't
17   received their settlement yet.
18   FBI AGENT ADAM:  Uh-huh.
19   MR. BEASLEY:  They would get -- they would
20   get their money.  They would give their money to me,
21   and I would send it to the other people.  In return
22   within 90 days they would get their money back plus a
23   percentage.
24   FBI AGENT ADAM:  Okay.  Did they ever get
25   anything back?

9  (Pages 30 to 33)

Page 34

```
 1         MR. BEASLEY:  Hell, everybody up to this
 2    point has gotten their money back but now it's --
 3    there's going to be problems obviously.
 4         FBI AGENT ADAM:  Well, if everybody has got
 5    their money back --
 6         MR. BEASLEY:  No, no, everybody hasn't got
 7    their money back.
 8         FBI AGENT ADAM:  Okay.  Try to -- let's
 9    clarify this then.
10         MR. BEASLEY:  Everybody --
11         FBI AGENT ADAM:  I'm sorry.  I'm
12    misunderstanding.
13         MR. BEASLEY:  Everybody -- nobody -- people
14    have got money out, but nobody has ever got their --
15    nobody -- I mean, yeah, there are some people that I'm
16    sure have taken out the money that they put in and are
17    just living off the other money.  But there's going to
18    be a lot of people hurt by this.
19         FBI AGENT ADAM:  A lot of people hurt by
20    this?
21         MR. BEASLEY:  Yeah.
22         FBI AGENT ADAM:  Well, you do sound -- you do
23    sound very remorseful.
24         MR. BEASLEY:  It doesn't matter if I'm
25    remorseful or not.  I was remorseful when I realized
```

Page 36

```
 1    Paula and your kids on the phone right now, and your
 2    oldest son.
 3         MR. BEASLEY:  I don't want to talk to them.
 4         FBI AGENT ADAM:  Well, I think they might
 5    have some things to say to you.
 6         MR. BEASLEY:  I don't -- I -- do not put them
 7    on the phone.
 8         FBI AGENT ADAM:  Okay.  Why don't you want me
 9    to put them on the phone, Matt?
10         MR. BEASLEY:  Because I can't face them.
11         FBI AGENT ADAM:  Okay.  Well, they're not
12    going to be on the phone, okay.  I promise you that
13    won't happen.
14         MR. BEASLEY:  I love -- I love -- I wish -- I
15    wish I would have known before this all started how
16    much I actually do love my family.  I just didn't
17    realize.  I was too fucking stupid.  I didn't realize
18    it.  I love them.  They're everything.
19         FBI AGENT ADAM:  And you have an opportunity
20    to spend the rest of your life showing them that,
21    Matthew.
22         MR. BEASLEY:  I can't.  No, how, how.
23         FBI AGENT ADAM:  It's never too late.
24         MR. BEASLEY:  (Inaudible.)
25         FBI AGENT ADAM:  You can call -- we don't
```

Page 35

```
 1    that I can't fix it four years ago, three years ago.
 2         FBI AGENT ADAM:  Well, just because we can't
 3    fix things in the moment doesn't mean they don't get
 4    fixed over time, that things can't happen to build back
 5    credibility, wallets.  You know, I've made some bad
 6    bets in my life, and I had to dig out of that, and I
 7    came out of it.
 8         MR. BEASLEY:  Yeah, but, buddy, I'm not.  I'm
 9    sorry.
10         FBI AGENT ADAM:  You're not what?
11         MR. BEASLEY:  I'm not making it.  I'm not
12    making it out of this.  I fucked this up, and then
13    now -- now I've been shot for God's sake.  This sucks.
14         FBI AGENT ADAM:  I believe it, but don't you
15    think that if you kill yourself this makes everything
16    worse for the family?  Because again if they hear a
17    gunshot, you know, I can't guarantee what happens next
18    to the home, to you, to anything, and I want to see
19    you, and the house, and everything fine.
20         MR. BEASLEY:  I can't.  I can't go out.  I'm
21    sorry.  I am so fucking sorry.
22         FBI AGENT ADAM:  Well, I'm not the person you
23    need to apologize to, Matt, it's Paula and your kids.
24         MR. BEASLEY:  I know.  I know that.
25         FBI AGENT ADAM:  We're trying to actually get
```

Page 37

```
 1    even know what's going to happen next.  You can talk to
 2    them, you can --
 3         MR. BEASLEY:  I do.
 4         FBI AGENT ADAM:  -- be there.  You'll be
 5    there for moments.  You'll help your kids go through
 6    teenagerhood, which is --
 7         MR. BEASLEY:  They'll be fucking traumatized
 8    forever because they're involved in this.
 9         FBI AGENT ADAM:  And how do you think that
10    affects them if you kill yourself, Matthew?
11         MR. BEASLEY:  It ends it.
12         FBI AGENT ADAM:  For you, not for them.
13    Matthew, they got a lifetime of this if you kill
14    yourself.  You don't want that for them.  I just heard
15    you start getting upset thinking about how much you
16    love them.
17         MR. BEASLEY:  Tell them to stop.  They're
18    doing something again.  God damn it.
19         FBI AGENT ADAM:  I think they're just
20    making -- I think they're just making sure that
21    everything is safe.  They might just be moving around.
22    Paula says she still loves you and they --
23         MR. BEASLEY:  It doesn't matter.
24         FBI AGENT ADAM:  Yeah, well, of course it
25    does.  You just said how much you loved --
```

Page 38

1      MR. BEASLEY: She doesn't even know what I
2  did.
3      FBI AGENT ADAM: And you should get the
4  opportunity to tell her yourself.
5      MR. BEASLEY: Why would I tell her, want to
6  tell her that I'm a piece of shit that ripped off
7  fucking a hundred people or two hundred people?
8      FBI AGENT ADAM: Because you were in deep
9  gambling debt while still trying to provide for your
10 family, and you needed a way out of that while
11 supporting your family. That makes you a good dad who
12 made some bad decisions.
13     MR. BEASLEY: That's chicken shit.
14     FBI AGENT ADAM: We can disagree on that, but
15 she loves you and they want to see you.
16     MR. BEASLEY: I know she loves me.
17     FBI AGENT ADAM: And you love them.
18     MR. BEASLEY: I just hope they know I love
19 them.
20     FBI AGENT ADAM: You can tell them yourself
21 when you come out.
22     MR. BEASLEY: I can't.
23     FBI AGENT ADAM: Why not?
24     MR. BEASLEY: I just can't. I'm sorry, I
25 didn't mean to cause all this fucking trouble either

Page 39

1  with the police and --
2      FBI AGENT ADAM: Matthew, you've been
3  remorseful this whole time and I need you to be strong
4  because you've already owned up to your mistakes.
5  That's the hardest part, you've owned up to those
6  mistakes. And now be strong for your family, Matthew.
7  You were strong for yourself and owned up to your
8  mistakes, now be strong for your four children, Matt.
9  Do it for them. Even if it's not for yourself, do it
10 for them.
11     MR. BEASLEY: No.
12     FBI AGENT ADAM: Because if you take this --
13 if you take this out right now, they deal with that for
14 the rest of their lives. Do you think they care about
15 life insurance versus having their father for anything
16 over the next couple of years? They love you.
17     MR. BEASLEY: I won't be there, I'll be in
18 jail.
19     FBI AGENT ADAM: You're still there for them.
20 Like we've talked about, Matthew, you don't know you're
21 going to jail, and even if you do --
22     MR. BEASLEY: I'm going to jail.
23     FBI AGENT ADAM: You can get out of --
24     MR. BEASLEY: I'm positive.
25     FBI AGENT ADAM: Matthew, people get out of

Page 40

1  jail every single day including people I don't want to
2  get out of jail. You'll get out of jail. And then
3  when you do you get to spend the rest of your life
4  showing them how much you love them because this
5  experience has showed you just how much you love them.
6      MR. BEASLEY: Oh, fuck. Yeah, it would have
7  been nice to talk to you before I got shot.
8      FBI AGENT ADAM: Well, we're talking now and,
9  Matthew, if you come out -- Matthew, we can talk when
10 you come out. I'll be there --
11     MR. BEASLEY: No, no.
12     FBI AGENT ADAM: -- I'll be there to talk to
13 you.
14     MR. BEASLEY: I'm going to get fucking put in
15 handcuffs, and arrested, and --
16     FBI AGENT ADAM: And you know what, even if
17 you are put in handcuffs and arrested, I will be there
18 when they -- when you come out. Matthew, I give you my
19 word. I will come shake your hand as a new father to a
20 father who's got things to teach me. I will be there
21 to talk to you.
22     MR. BEASLEY: No. What do I have to teach
23 you, bud? You don't want anything I've got to teach.
24     FBI AGENT ADAM: How to deal with having four
25 kids.

Page 41

1      MR. BEASLEY: I can't do this. I can't
2  fucking do this.
3      FBI AGENT ADAM: Do what?
4      MR. BEASLEY: I can't come out. I'm sorry.
5      FBI AGENT ADAM: Okay. Well, you're not
6  coming out, you're not coming out.
7      MR. BEASLEY: No. Fuck.
8      FBI AGENT ADAM: Matthew, think about what
9  happens -- are you still there, Matthew?
10     MR. BEASLEY: Yeah, (inaudible) phone so --
11     FBI AGENT ADAM: Okay. Think about what
12 happens if you shoot yourself in the head and it
13 doesn't go the way you think it was going to, Matt. We
14 see that. Do you think your family wants to have to
15 see that? I see it all the time. It's not like the
16 movies, Matt. You've already been shot twice. You
17 know how bad it hurts. Don't do this to your family,
18 Matt. Give them the opportunity to make things better
19 with you.
20     MR. BEASLEY: I can't.
21     FBI AGENT ADAM: Yes, you can.
22     MR. BEASLEY: I can't make it better.
23     FBI AGENT ADAM: You have years and years and
24 years to make this better, Matt. It's very easy. All
25 you have to do is come out.

Page 42

1    MR. BEASLEY: They need to leave. They need
2 to forget I exist. They need to go back to Kansas and
3 just --
4        FBI AGENT ADAM: It's impossible to forget a
5 father exists. It's impossible. And you know what,
6 they're definitely not going to be able to forget you
7 if you shoot yourself and kill yourself, Matt, because
8 they will have that on their conscience and their minds
9 for the rest of their lives. Don't do that to your
10 nine-year-old, don't do that to your eleven-year-old.
11 They need you. Think about it. You have never
12 realized how much they need you.
13       MR. BEASLEY: They're coming in the fricking
14 house.
15       FBI AGENT ADAM: No, Matt, they're not coming
16 in the house.
17       MR. BEASLEY: Well, they're doing something.
18       FBI AGENT ADAM: They might be -- they might
19 be moving around but, Matt, I'm not out there. I'm out
20 in the area, but I'm not out with them.
21       MR. BEASLEY: Where are you?
22       FBI AGENT ADAM: I'm around the corner from
23 the neighborhood. I'm sitting here talking and we're
24 all here to help you. The police are out here. We're
25 trying to make sure you're safe. The ambulances are

Page 43

1 here ready to come give you aid. They want to see you
2 come out, Matt.
3        MR. BEASLEY: No.
4        FBI AGENT ADAM: I want to see you come out
5 and I will be there when you come out to talk to you.
6        MR. BEASLEY: I don't want aid.
7        FBI AGENT ADAM: You said you wish you could
8 talk to me before, you're talking to me now. Let's
9 keep talking but in the fresh air. Let's get you out
10 of there and we can talk out here.
11       MR. BEASLEY: No, I can't. I'm real sorry.
12 I -- I fucking -- I'm -- I owe my -- I'm so fucking
13 sorry to my family.
14       FBI AGENT ADAM: Well, hey, Paula told us
15 that she wants you to know that the little -- your
16 little sons just want to come home and see their dad.
17 They want to come back in the home that you provided
18 for them.
19       MR. BEASLEY: She can come back and there's
20 fucking blood all over the place. Jesus.
21       FBI AGENT ADAM: Well, think about how much
22 more there's going to be, Matt, if you do something.
23 You don't want them to see that, right?
24       MR. BEASLEY: No.
25       FBI AGENT ADAM: I don't want them to see

Page 44

1 that. You definitely don't want them to see that. You
2 realized today you love your family more than you knew.
3        MR. BEASLEY: I realized that a couple of
4 years ago and I've tried to be a better father and a
5 better husband since then, but it's --
6        FBI AGENT ADAM: And we can still --
7        MR. BEASLEY: -- too late.
8        FBI AGENT ADAM: -- and we can -- it's not
9 too late, Matt. We can still continue that upward
10 journey. You can --
11       MR. BEASLEY: No, bud. I have to go. Oh,
12 fuck.
13       FBI AGENT ADAM: You don't have to go
14 anywhere, Matt.
15       MR. BEASLEY: Fuck.
16       FBI AGENT ADAM: Please let me send the
17 paramedics in there to help you.
18       MR. BEASLEY: Why?
19       FBI AGENT ADAM: Because I want to see you
20 come through this so you can be a father to your four
21 kids, so you can help them --
22       MR. BEASLEY: No, the paramedics come in then
23 I'm going to get arrested.
24       FBI AGENT ADAM: You're going to -- Matt, you
25 might get put in handcuffs but that's for everyone's

Page 45

1 safety. And let me tell you, I --
2        MR. BEASLEY: If I get put in handcuffs it's
3 going to hurt real bad because I think this did bust my
4 collarbone.
5        FBI AGENT ADAM: Okay. Well, thank you for
6 telling me that. I'll make sure that they know that,
7 so they don't make -- they don't cause any extra pain.
8 Don't do this to your family, Matt.
9        MR. BEASLEY: No, I can't. I can't.
10       FBI AGENT ADAM: You can't -- I think you
11 can. You said you're worried about the kids coming in
12 and seeing blood all over the floor. Imagine if you
13 shoot yourself in the head, Matt. How -- what's that
14 going to look like to your nine-year-old, and your
15 eleven-year-old, and your wife who loves you and just
16 wants to see you be okay?
17       MR. BEASLEY: It's over now.
18       FBI AGENT ADAM: Nothing is over. We're
19 still talking. There's nothing over.
20       MR. BEASLEY: No. No, it's over. This
21 happened, it's over.
22       FBI AGENT ADAM: No, this chapter might be
23 over but it's not the end of the --
24       MR. BEASLEY: I just got to have the balls to
25 be fucking be a man and do the right thing.

Page 46

1    FBI AGENT ADAM:  You know what balls and
2  being a man look like to me, Matt?  It's a guy who owns
3  up to his mistakes and deals with them and then is
4  there to make them better and help his family despite
5  his bad decisions.
6    MR. BEASLEY:  There's no way I could help my
7  family.
8    FBI AGENT ADAM:  That's what a man is, Matt.
9  A man is not somebody who shoots himself in the head.
10  That's not a man.
11    MR. BEASLEY:  There's no way I could help my
12  family.
13    FBI AGENT ADAM:  You can be there for them.
14  You being there for them is enough.
15    MR. BEASLEY:  No, it's not.
16    FBI AGENT ADAM:  Think about when you were a
17  kid, just having your dad there, having your parents
18  around, that meant everything.
19    MR. BEASLEY:  No, my dad wasn't around.
20    FBI AGENT ADAM:  Well, thank you for telling
21  me that.  And you're being a better father already.
22  But if your dad wasn't around, think about how that
23  made you feel and think about how it's going to make
24  them feel when you're not around.
25    MR. BEASLEY:  Hey, is this recorded still?

Page 47

1    FBI AGENT ADAM:  Yes.
2    MR. BEASLEY:  Good.  You make sure that he
3  knows, Kenneth Beasley, he's a piece of shit.
4    FBI AGENT ADAM:  Who is that?
5    MR. BEASLEY:  My father.
6    FBI AGENT ADAM:  Is he still alive?
7    MR. BEASLEY:  Yeah, he's a piece of shit.
8    FBI AGENT ADAM:  What makes you say that?
9  What did you learn from him about being a good or bad
10  dad?
11    MR. BEASLEY:  I learned about how to be a bad
12  dad apparently.
13    FBI AGENT ADAM:  No, think you're good -- I
14  think you're a good dad.  Is he back in Kansas?
15    MR. BEASLEY:  No, I don't know where the fuck
16  he is.  Who cares?  I haven't talked to him in 22
17  years.  But he -- he's a piece of shit and he should
18  know it.
19    FBI AGENT ADAM:  Where is your mom?
20    MR. BEASLEY:  She's in Vegas.
21    FBI AGENT ADAM:  In Vegas.  You don't think
22  your mom cares what happens to her son?  You don't
23  think she wants you to see --
24    MR. BEASLEY:  I'm sure she does, but that's
25  not -- that's not my priority.  My priority is fucking

Page 48

1  my family.
2    FBI AGENT ADAM:  If your priority is your
3  family, Matt, thank you for saying that, then you
4  should be there for them going forward.  And all you
5  have to do to be there for them going forward is to
6  come out.
7    MR. BEASLEY:  I can't.
8    FBI AGENT ADAM:  I think you can.  They want
9  to give you medical attention, they want to talk to
10  you.  Your family wants to see you.  I want to meet
11  you.
12    MR. BEASLEY:  No, I'm just -- I just wish
13  those guys could have aimed better.  Fuck.
14    FBI AGENT ADAM:  Well, I know you're in a lot
15  of pain and we want to get you some medical treatment,
16  so it doesn't hurt anymore.
17    MR. BEASLEY:  Oh, fuck me.  Hello?
18    FBI AGENT ADAM:  I'm still here, Matthew.
19    MR. BEASLEY:  Okay.  Oh, fuck.
20    FBI AGENT ADAM:  Are you still in the
21  entryway, Matt?  Have you moved at all?
22    MR. BEASLEY:  No, I -- I'm not --
23    FBI AGENT ADAM:  Okay.  You can't move?
24    MR. BEASLEY:  I'm not sure I can move but --
25    FBI AGENT ADAM:  Okay.  What shoulder did you

Page 49

1  get hit in?
2    MR. BEASLEY:  Left and right.  Well, the
3  shoulder -- I think it just, it might have just been
4  the right.  I don't know what happened over there, but
5  the shoulder is the right.  The left is, like, the
6  chest and collarbone or something.
7    FBI AGENT ADAM:  Okay.  Thank you for telling
8  me that.  What kind of weapon do you have, Matt?
9    MR. BEASLEY:  Oh, fuck.
10    FBI AGENT ADAM:  Matt, what kind of gun do
11  you have?
12    MR. BEASLEY:  Nine-millimeter.
13    FBI AGENT ADAM:  Nine-millimeter.  What
14  brand?
15    MR. BEASLEY:  Ruger.
16    FBI AGENT ADAM:  Oh, Ruger, okay.  How long
17  have you had it?
18    MR. BEASLEY:  My son is 22 years old.  I
19  bought it when my son was -- right before my son was
20  born because I wanted to make sure I could protect him.
21  What a fucking joke.
22    FBI AGENT ADAM:  Why do you think it's a
23  joke?
24    MR. BEASLEY:  Because clearly, I'm not doing
25  much good right now, am I?

Page 50

1     FBI AGENT ADAM: Well, you're protecting
2 them by talking to me. You're protecting me by not
3 shooting yourself. Think about -- Matt, don't use the
4 weapon that you bought to protect your son to take
5 yourself out of their life. Don't do that.
6     MR. BEASLEY: Oh, fuck.
7     FBI AGENT ADAM: Be there for your kids. The
8 end of a chapter is not the end of the book, Matt.
9     MR. BEASLEY: That's a fucking -- no, I
10 can't. I'm sorry.
11     FBI AGENT ADAM: I'm not the one you need to
12 apologize to, it's your family.
13     MR. BEASLEY: I know.
14     FBI AGENT ADAM: You won't get that
15 opportunity if you shoot yourself. You cannot
16 apologize to your family if you shoot yourself.
17     MR. BEASLEY: I know.
18     FBI AGENT ADAM: Make that change that you
19 want to see today.
20     MR. BEASLEY: I can't. I'm sorry, I just
21 can't. Oh, fuck.
22     FBI AGENT ADAM: Why don't you think you can?
23     MR. BEASLEY: Oh, fuck. Oh, I just can't.
24     FBI AGENT ADAM: It's not too late to make
25 that change. If you keep --

Page 51

1     MR. BEASLEY: No, it is.
2     FBI AGENT ADAM: You keep saying it's too
3 late, but it's not too late for anything, Matt, not at
4 all.
5     MR. BEASLEY: I've fucking destroyed
6 everything.
7     FBI AGENT ADAM: No, you didn't. You made
8 some bad decisions and it's -- you've owned up to them
9 and now it's time to move forward and rebuild your
10 relationship with your family and everybody else. Now
11 is not the time to be a man and take the easy way
12 out. Be a man and do the work. Don't be like your
13 father who left.
14     MR. BEASLEY: I should have never told you
15 that. I just wanted you to have on the recording that
16 he was a piece of shit. That's all I wanted. I didn't
17 want you to use it against me.
18     FBI AGENT ADAM: Am I wrong, Matt?
19     MR. BEASLEY: That I'm a piece of shit? No,
20 you're not.
21     FBI AGENT ADAM: That's not what I said.
22     MR. BEASLEY: See, but that's the truth.
23     FBI AGENT ADAM: No. I don't think that. I
24 genuinely don't think that, Matt.
25     MR. BEASLEY: I can't come out, dude. I'm

Page 52

1 sorry. I really am sorry for all I've caused, all
2 the -- not just in the last five years but today. I am
3 so fucking sorry.
4     FBI AGENT ADAM: Matt, I'm not sorry because
5 it gave me the opportunity -- it gave me the
6 opportunity to talk to you.
7     MR. BEASLEY: This is not how it was supposed
8 to go down.
9     FBI AGENT ADAM: I hear that it's not the way
10 that it's supposed to go down, but this is how we've
11 gotten here and now your family wants to see you come
12 out okay. Because guess what, now your kids know about
13 things before they get to see the letters. So now you
14 need to see them, look them in the eye, and tell them
15 what you did and work on building things back up.
16 Because you're a great --
17     MR. BEASLEY: No, no.
18     FBI AGENT ADAM: No what?
19     MR. BEASLEY: I can't -- I can't look at my
20 kids. Fuck. Who's here?
21     FBI AGENT ADAM: Matt?
22     MR. BEASLEY: Who just fucking came in here?
23     FBI AGENT ADAM: Matt, somebody is in there?
24     MR. BEASLEY: Yes, somebody is in my fucking
25 house.

Page 53

1     FBI AGENT ADAM: I don't think anybody is in
2 there, Matt.
3     MR. BEASLEY: Somebody just fucking came
4 through here.
5     FBI AGENT ADAM: Did you see them?
6     MR. BEASLEY: I heard them fucking a bunch of
7 falling.
8     FBI AGENT ADAM: Could it have been the dogs?
9     MR. BEASLEY: No, the dogs are in the other
10 room.
11     FBI AGENT ADAM: You don't see anybody?
12     MR. BEASLEY: Don't bullshit with me. If
13 somebody is in here, tell me somebody is in here.
14     FBI AGENT ADAM: Matt, as far as I know --
15     MR. BEASLEY: I don't want to -- I don't want
16 to fucking somebody else to get hurt.
17     FBI AGENT ADAM: Well, of course and I
18 appreciate you not wanting anybody else to get hurt,
19 but I don't -- Matt, I'm telling you, I'm not right
20 there. I don't know what's going on over there, but as
21 far as I know as long as you say you're talking to me no
22 one is coming in.
23     MR. BEASLEY: Ah. Oh, fuck. Somebody is in
24 here.
25     FBI AGENT ADAM: Hey, Matt.

Page 54

1      MR. BEASLEY:  Somebody, somebody is fucking
2  in here.
3      FBI AGENT ADAM:  Well, keep talking to me and
4  if you see them let me know, okay, so I can tell them
5  that they're not supposed to be in there.
6      MR. BEASLEY:  Oh, fuck.
7      FBI AGENT ADAM:  What is it?
8      MR. BEASLEY:  I'm fucking -- nothing,
9  nothing.
10      FBI AGENT ADAM:  Okay.  Hey, Matt --
11      MR. BEASLEY:  Somebody is fucking in here.
12      FBI AGENT ADAM:  Hey, Matt.
13      MR. BEASLEY:  What?
14      FBI AGENT ADAM:  Matt is here, and he has a
15  message for you.
16      MR. BEASLEY:  I know he --
17      FBI AGENT ADAM:  He wants to --
18      MR. BEASLEY:  I don't want -- I don't want to
19  talk to -- fuck.
20      FBI AGENT ADAM:  He's not -- you're not going
21  to talk to him, but I have a message you need to hear
22  from him.  Will you listen to that message, Matt?
23      MR. BEASLEY:  No.
24      FBI AGENT ADAM:  You won't listen to it if I
25  play it for you?

Page 55

1      MR. BEASLEY:  No, no.
2      FBI AGENT ADAM:  Why won't you listen to it?
3      MR. BEASLEY:  No.  Because I can't.
4      FBI AGENT ADAM:  Your son loves you and wants
5  you to come out.  He's terrified for you.  He's
6  terrified for his mother, he's terrified for his
7  siblings and again he's terrified for you.  Don't put
8  them through this, Matt.
9      MR. BEASLEY:  I've already put them through
10  it unfortunately.
11      FBI AGENT ADAM:  You put them through one
12  thing.
13      MR. BEASLEY:  I can end this, though.
14  They're going to be humiliated.  I can't let my kids go
15  back to school.  I mean --
16      FBI AGENT ADAM:  Think about -- think about
17  the humiliation that they'll have to go through if you
18  kill yourself, Matt.
19      MR. BEASLEY:  They've already -- they're
20  already going to have to go through it, bud.  I'm
21  sorry.  Oh, fuck me.  Oh.
22      FBI AGENT ADAM:  Matt has told that he really
23  wants you to hear what he has to say.
24      MR. BEASLEY:  I -- I can't.  I can't.  I'm so
25  sorry to him.  I failed him probably most of all.

Page 56

1      FBI AGENT ADAM:  What makes you say that?
2      MR. BEASLEY:  Because I did.  Because the
3  first fricking 17 years of his life I wasn't a good
4  father.
5      FBI AGENT ADAM:  Well, you still have the
6  next 50 years of his life to be a great father.
7  Relationships change, they evolve.  They get worse,
8  they get better.  But the only thing that lets that
9  happen is time, Matt.  If you kill yourself that time
10  is over.
11      MR. BEASLEY:  No.
12      FBI AGENT ADAM:  The time is over for your
13  son, the time is over for your nine-year-old, the time
14  is over for your eleven-year-old.
15      MR. BEASLEY:  Please, just stop.  We can stay
16  on the phone.  Just let me think for a minute.
17      FBI AGENT ADAM:  Okay, I'm right here.
18      MR. BEASLEY:  Oh, fuck.  Oh, fuck.
19      FBI AGENT ADAM:  Hey, Matt, do you want to
20  take a little break from talking to me?
21      MR. BEASLEY:  I don't want to get off the
22  phone.
23      FBI AGENT ADAM:  Okay, I'm here for you, I'm
24  here.
25      MR. BEASLEY:  I'm afraid if I get off the

Page 57

1  phone I'm going to be killed and I don't want anybody
2  else to have to suffer with that.
3      FBI AGENT ADAM:  Well, thank you for saying
4  that because that shows me that you do have a big
5  heart.
6      MR. BEASLEY:  Dude, I just don't want -- I've
7  caused enough problems for -- and enough pain for
8  enough people that there's no reason for somebody to
9  regret -- that they should have to regret killing me.
10  That's why I wanted to apologize to those two guys
11  before.
12      FBI AGENT ADAM:  And they've -- they've
13  gotten your apology and they're still talking to you,
14  you know, some of our superiors.  But they've received that
15  apology and thank you again for doing that.  It shows
16  me a lot about who you are as a man, that you do that.
17  Because, Matt, not many people apologize to us.
18      MR. BEASLEY:  I believe that.
19      FBI AGENT ADAM:  But you did because you're a
20  good guy who made a bad choice.
21      MR. BEASLEY:  Lots of them.
22      FBI AGENT ADAM:  And that's what your family
23  is going to think of you too.
24      MR. BEASLEY:  I hope so.  I hope that's what
25  they believe when I'm gone.

## Page 58

1  FBI AGENT ADAM:  Well, that's what they're
2  going to believe when they get to see you for the next
3  30, 40 years.
4  MR. BEASLEY:  They're not going to.  I'm
5  sorry.
6  FBI AGENT ADAM:  Do you really believe that
7  they're going to think you were good if you kill
8  yourself today, Matt?
9  MR. BEASLEY:  Probably not.  Probably not.
10  FBI AGENT ADAM:  Then don't make that choice
11  for them.  Work through this with your family.
12  Continue to be the better dad.
13  MR. BEASLEY:  I can't.  I can't work through
14  anything with anybody.
15  FBI AGENT ADAM:  You're working through
16  things with me right now.  You're talking to me right
17  now.  Thank you for doing that.
18  MR. BEASLEY:  I'm just talking to you because
19  I wanted to make sure I cleared the story and so nobody
20  else go in trouble because nobody else is responsible
21  for this but me.
22  FBI AGENT ADAM:  Well, you can give much more
23  detailed testimony if you're out, if you're not in
24  there, if you don't kill yourself.
25  MR. BEASLEY:  Why would I testify?

## Page 59

1  FBI AGENT ADAM:  I mean, you can talk to
2  me --
3  MR. BEASLEY:  I'm telling you I'm guilty, I
4  did this entire thing.
5  FBI AGENT ADAM:  Well, that makes you a
6  standup guy for wanting to taking responsibility for
7  this.
8  MR. BEASLEY:  No, it just makes me not want
9  to see other people fricking get punished for something
10  they didn't do.
11  FBI AGENT ADAM:  Isn't that the same thing?
12  MR. BEASLEY:  I don't think so.
13  FBI AGENT ADAM:  Okay.
14  MR. BEASLEY:  I would respectfully disagree.
15  FBI AGENT ADAM:  Well, thank you for your
16  respectfully disagree.
17  MR. BEASLEY:  Jesus Christ.
18  FBI AGENT ADAM:  Where do your two youngest
19  go to school?
20  MR. BEASLEY:  ███████████
21  ███████████████████████  What
22  grades are they in?
23  MR. BEASLEY:  Fourth and fifth.
24  FBI AGENT ADAM:  Do you remember what it was
25  like being in fourth and fifth grade?

## Page 60

1  MR. BEASLEY:  Not even.
2  FBI AGENT ADAM:  What a weird time.  What do
3  they like to do?  What do they like to do with you?
4  MR. BEASLEY:  That's the thing, maybe they
5  don't like to do anything with me.
6  FBI AGENT ADAM:  Oh, that's not -- that's not
7  true, Matt.  You and I both know that.
8  MR. BEASLEY:  Well, we fish, we fish.  We had
9  a good time fishing this summer.
10  FBI AGENT ADAM:  Where did you go?
11  MR. BEASLEY:  I have house in Lake Tahoe.
12  FBI AGENT ADAM:  Very nice.  Lake Tahoe is
13  one of my favorite places on earth.  It's beautiful up
14  there.  Did you take them boating?  Who did you take up
15  there?
16  MR. BEASLEY:  My whole family.
17  FBI AGENT ADAM:  All five of them and
18  yourself?
19  MR. BEASLEY:  Yeah.
20  FBI AGENT ADAM:  Yeah.  How many days did you
21  spend up there?
22  MR. BEASLEY:  I spent the summer up there.
23  FBI AGENT ADAM:  The whole summer?
24  MR. BEASLEY:  Yeah.
25  FBI AGENT ADAM:  That's awesome.  I'm sure

## Page 61

1  your family loved having that memory with you, spending
2  an entire summer --
3  MR. BEASLEY:  Yeah.
4  FBI AGENT ADAM:  -- in one of the most
5  beautiful places on earth.
6  MR. BEASLEY:  Yeah.
7  FBI AGENT ADAM:  What kind of fish did you
8  catch up there?
9  MR. BEASLEY:  Oh, we caught all sorts of.  He
10  caught the most, though.  ████ caught the most.
11  FBI AGENT ADAM:  ████ did?
12  MR. BEASLEY:  Yeah.
13  FBI AGENT ADAM:  And that's your 11-year-old?
14  MR. BEASLEY:  Uh-huh.
15  FBI AGENT ADAM:  Your 11-year-old --
16  MR. BEASLEY:  He did good.
17  FBI AGENT ADAM:  Yeah.  Just a natural at it?
18  MR. BEASLEY:  He did good.  Yeah.  ██████
19  was -- ████ was more my net guy.
20  FBI AGENT ADAM:  He was your net guy?
21  MR. BEASLEY:  ████ was, yeah.
22  FBI AGENT ADAM:  He must be big and strong to
23  get those fish in there like that.
24  MR. BEASLEY:  No, small.  Oh, my God.
25  FBI AGENT ADAM:  What's going on, Matt?

Page 62

1      MR. BEASLEY:  Nothing.  Oh, fuck.
2      FBI AGENT ADAM:  What else did you guys do up
3 in Tahoe?
4      MR. BEASLEY:  That's about it.
5      FBI AGENT ADAM:  Huh?
6      MR. BEASLEY:  That's about it.
7      FBI AGENT ADAM:  Just fished, fished all
8 summer, spent time in paradise?
9      MR. BEASLEY:  Yeah, yeah.
10     FBI AGENT ADAM:  What did you guys do at
11 night up there?
12     MR. BEASLEY:  Not much.  Just (inaudible.)
13     FBI AGENT ADAM:  Yeah.
14     MR. BEASLEY:  Oh, my God.
15     FBI AGENT ADAM:  What do ▮▮ and ▮▮ like
16 to do, you know, during the school year?  Do they have
17 any hobbies, or sports, or anything like that?
18     MR. BEASLEY:  ▮▮ plays soccer and
19 plays golf.
20     FBI AGENT ADAM:  Ew, golf.  Are you a golfer?
21     MR. BEASLEY:  No.
22     FBI AGENT ADAM:  No.  Where does he like to
23 play around?
24     MR. BEASLEY:  He goes to Angel Park.
25     FBI AGENT ADAM:  Angel Park.

Page 63

1      MR. BEASLEY:  I'm sure that's done now too.
2      FBI AGENT ADAM:  What do you mean?
3      MR. BEASLEY:  My wife needs to take my family
4 and go back to Kanas City with her family and her
5 family there.
6      FBI AGENT ADAM:  Your wife should be closer
7 to you with the kids, don't you think?
8      MR. BEASLEY:  No, I think she needs to take
9 my kids and go back to Kansas City.
10     FBI AGENT ADAM:  Why do you think that?
11     MR. BEASLEY:  Because that's the best thing
12 for them.
13     FBI AGENT ADAM:  Well, don't you think they
14 should be --
15     MR. BEASLEY:  (Inaudible.)
16     FBI AGENT ADAM:  -- (inaudible) to Kansas?
17     MR. BEASLEY:  I won't be, and this is a
18 fucking disaster.  What an idiot.
19     FBI AGENT ADAM:  Bad decisions don't make us
20 idiots, Matt.
21     MR. BEASLEY:  Yeah.  This one does.  Oh,
22 fuck.
23     FBI AGENT ADAM:  What's going on?
24     MR. BEASLEY:  Nothing, nothing at all.
25     FBI AGENT ADAM:  You don't --

Page 64

1      MR. BEASLEY:  I knew this -- I knew this was
2 going to happen.
3      FBI AGENT ADAM:  What do you mean?
4      MR. BEASLEY:  I knew that this was eventually
5 going to happen.  I just wasn't ready for it.
6      FBI AGENT ADAM:  Ready for which part?
7      MR. BEASLEY:  All of it.
8      FBI AGENT ADAM:  When did you write the
9 letters?
10     MR. BEASLEY:  I started them a while back
11 when I thought something was happening.
12     FBI AGENT ADAM:  What made you think
13 something was happening back then?
14     MR. BEASLEY:  Somebody said the FBI was
15 investigating, and it doesn't take much to figure out
16 that it was a Ponzi scheme so --
17     FBI AGENT ADAM:  How long ago did that
18 happen?
19     MR. BEASLEY:  Back in July.
20     FBI AGENT ADAM:  July of this year?
21     MR. BEASLEY:  Yeah.
22     FBI AGENT ADAM:  So you -- you were up in
23 Tahoe when you heard about that?
24     MR. BEASLEY:  Yeah.  No, I take it back.
25 That's not true.  It happened when I was here, so it

Page 65

1 must have been August.
2      FBI AGENT ADAM:  Okay.  So after you got back
3 from Tahoe you might have heard that the FBI was
4 looking at you?
5      MR. BEASLEY:  Not looking at me, looking at
6 Jeff because, you know, the business is his.  I'm just
7 the lawyer that transferred the money.
8      FBI AGENT ADAM:  What kind of business does
9 Jeff have?
10     MR. BEASLEY:  He doesn't have a business.
11 It's stiff.
12     FBI AGENT ADAM:  Okay.
13     MR. BEASLEY:  It's me.
14     FBI AGENT ADAM:  Got you.
15     MR. BEASLEY:  I created this business that he
16 thinks he has.
17     FBI AGENT ADAM:  So --
18     MR. BEASLEY:  He has a nice life too
19 before -- he had a nice life going with out me.  So I
20 pretty much ruined his family's life as well, and
21 that's great.
22     FBI AGENT ADAM:  And you have the opportunity
23 to work --
24     MR. BEASLEY:  I can't fix it, I can't fix it,
25 bud.

17 (Pages 62 to 65)

Page 66

1      FBI AGENT ADAM:  You can fix some of it.  You
2  work to --
3      MR. BEASLEY:  No.
4      FBI AGENT ADAM:  -- build things back up.
5      MR. BEASLEY:  I can't fix it.  I'm so sorry.
6      FBI AGENT ADAM:  Well, again, Matt, I'm not
7  the person you need to apologize for, but thank you for
8  the apology.  Just to let you know Paula is in your
9  rental house across the highway.
10      MR. BEASLEY:  Uh-huh.
11      FBI AGENT ADAM:  She's incredibly worried
12  about you.
13      MR. BEASLEY:  I -- I know, I know.  Is my
14  whole family over there?
15      FBI AGENT ADAM:  Sir?
16      MR. BEASLEY:  Is my whole family up over
17  there?
18      FBI AGENT ADAM:  Matt is here.
19      MR. BEASLEY:  Well, tell him to go over there
20  too please.
21      FBI AGENT ADAM:  I'm here talking to you.
22      MR. BEASLEY:  I need him to go over there
23  too, please.
24      FBI AGENT ADAM:  Why do you want him to go
25  over there, Matt?

Page 67

1      MR. BEASLEY:  Because he doesn't need to be
2  here.
3      FBI AGENT ADAM:  Well, he's worried about you
4  as any son would be.
5      MR. BEASLEY:  Well, I appreciate that, but he
6  needs to go to his mother and his brother.
7      FBI AGENT ADAM:  He's too afraid to leave his
8  father.
9      MR. BEASLEY:  Tell him to go his mother and
10  his brothers right now, please.
11      FBI AGENT ADAM:  I'm talking to you, but I
12  can communicate that to my co-workers outside, okay?
13      MR. BEASLEY:  Thank you.
14      FBI AGENT ADAM:  Okay, give me just a second
15  and I'll do that, okay?
16      MR. BEASLEY:  Thank you.
17      FBI AGENT ADAM:  Promise me you're still
18  going to be here when I come back.
19      MR. BEASLEY:  Yeah, unless somebody comes in
20  this house.
21      FBI AGENT ADAM:  Okay, I'll be right back.
22      MR. BEASLEY:  Which they seem to be wanting
23  to.
24      FBI AGENT ADAM:  No one is coming in while
25  we're talking, okay?  I'll be right back.

Page 68

1      MR. BEASLEY:  Okay.
2      (Pause.)
3      FBI AGENT ADAM:  Hey, Matt, you still there?
4      MR. BEASLEY:  Yeah.
5      FBI AGENT ADAM:  Hey, thanks for staying on
6  the line.  So I relayed that message and they're going
7  to tell Matt what you said, okay?
8      MR. BEASLEY:  Okay.
9      FBI AGENT ADAM:  Again we do have that
10  message here if you want to hear from him.
11      MR. BEASLEY:  I can't hear it.  I love that
12  boy.
13      FBI AGENT ADAM:  Well, he loves you too.
14  I've heard the message and he loves you and he wants to
15  see you come out.
16      MR. BEASLEY:  I can't.
17      FBI AGENT ADAM:  Okay, I won't play it.  If
18  you don't want me to, I won't play it.
19      MR. BEASLEY:  But I can't fucking come out.
20      FBI AGENT ADAM:  It's as easy as going to the
21  door and letting people take care of you, that's all it
22  is.
23      MR. BEASLEY:  I can't.
24      FBI AGENT ADAM:  I'll be here when you come
25  it.  You'll see your family when you come out.

Page 69

1      MR. BEASLEY:  I'm going to fucking jail.
2      FBI AGENT ADAM:  They might -- they might
3  take you to the hospital first to make sure you're
4  okay.  They're going to make sure you're okay before
5  anything else and then --
6      MR. BEASLEY:  I don't --
7      FBI AGENT ADAM:  And then who knows what's
8  going to happen.  You're going to the hospital.  You've
9  been shot.
10      MR. BEASLEY:  I got -- sorry.  I can't.
11      FBI AGENT ADAM:  You've got to what?
12      MR. BEASLEY:  I got to finish this.
13      FBI AGENT ADAM:  We can finish this by you
14  putting the gun down and going outside.
15      MR. BEASLEY:  I can't go outside.  I can't.
16      FBI AGENT ADAM:  The only person who's
17  keeping you from going outside is yourself, you.
18      MR. BEASLEY:  I don't think I can even stand
19  up first off so --
20      FBI AGENT ADAM:  You don't think you can
21  stand up?
22      MR. BEASLEY:  Yeah, I don't think I can get
23  up so --
24      FBI AGENT ADAM:  Okay.  Well, then we can
25  have the paramedics come in and give you aid.

Page 70

1    MR. BEASLEY: No.
2    FBI AGENT ADAM: We have trained paramedics
3  who can come in and give you aid.
4    MR. BEASLEY: And that wouldn't be very smart
5  to send them in here with some psychopath with a
6  fricking gun by themselves, would it?
7    FBI AGENT ADAM: Well, guys on our team are
8  paramedics and they can render aid to you, but you have
9  to put the gun down and we can work together on how
10  they can provide that aid. Nobody wants to hurt you,
11  nobody wants to see you hurt yourself, I guarantee
12  that. Your kids don't want it, I don't want it, the
13  guys on the team don't want it.
14    MR. BEASLEY: I can't do it. I'm sorry, you
15  tried. You've done a good job, you really have. I'm
16  impressed with it.
17    FBI AGENT ADAM: Matt, stay with me on the
18  phone.
19    MR. BEASLEY: I can't do this anymore.
20    FBI AGENT ADAM: Matt, stay with me on the
21  phone. Matthew, please stay with me on the phone so I
22  don't have to go tell your family what happened.
23    MR. BEASLEY: Oh, fuck.
24    FBI AGENT ADAM: Because I'm going to be the
25  one that has to tell them that.

Page 71

1    MR. BEASLEY: And I apologize for that then.
2    FBI AGENT ADAM: Well, let's not -- let's not
3  put me in that position. Let's work -- let's work
4  together to get you some medical.
5    MR. BEASLEY: I don't want medical. I want
6  to -- I want to die. I wish they would have finished
7  the job as bad as I feel that they have to do it
8  instead of me. I wish they would have fucking finished
9  it.
10    FBI AGENT ADAM: Well, what happened happened
11  and we're here now and I want you to tell them how
12  sorry you are for the things that have happened.
13    MR. BEASLEY: No.
14    FBI AGENT ADAM: I don't want to -- I don't
15  want to have to relay that message. I want you to do
16  it.
17    MR. BEASLEY: I can't.
18    FBI AGENT ADAM: Sure you can. If you -- if
19  you want me there when you tell them, I'll be there
20  too.
21    MR. BEASLEY: Thank you. Oh, fuck.
22    FBI AGENT ADAM: You don't think your kids
23  want the opportunity to go to Tahoe more with you, to
24  enjoy family trips with you?
25    MR. BEASLEY: I'll never be in Tahoe, and

Page 72

1  neither will they. We'll lose the house, we'll lose
2  everything.
3    FBI AGENT ADAM: Vacations happen every day.
4  Not having a house out there doesn't mean you can't go.
5  And who knows what's going to happen in 5, 10, 15, 20
6  years. You could be back there, no problem.
7    MR. BEASLEY: I need to --
8    FBI AGENT ADAM: People bounce back every
9  day.
10    MR. BEASLEY: There's no bouncing back from
11  this, bud. I'm so sorry.
12    FBI AGENT ADAM: Oh, of course there is.
13  You're a smart man and you know that there's plenty of
14  ways that you can recover from this.
15    MR. BEASLEY: No, there's none.
16    FBI AGENT ADAM: You've showed me how smart
17  you are.
18    MR. BEASLEY: How did I do that?
19    FBI AGENT ADAM: By illustrating how you put
20  this, this venture together, this Ponzi scheme. That
21  takes thought, it takes knowledge.
22    MR. BEASLEY: The only -- honestly the only
23  way it happened is to have someone that actually
24  believed in me. Everything else was easy. He's the
25  one that believed in me, and so whatever I told him he

Page 73

1  believed. So --
2    FBI AGENT ADAM: Well, he's not the only one
3  that believes in you.
4    MR. BEASLEY: Hell, he fought for -- he
5  fought for it. So it's not his problem, this is mine
6  and this is not (inaudible). I mean, it's obvious just
7  like in every other damn Ponzi scheme it's going to
8  come to an end. You can't end -- you can't recover
9  from it.
10    FBI AGENT ADAM: But you can move on from it.
11    MR. BEASLEY: No, not me.
12    FBI AGENT ADAM: He's not the only one that
13  believes in you. Paula believes in you, the kids
14  believe in you, I believe in you.
15    MR. BEASLEY: They did -- they did up until a
16  couple hours ago.
17    FBI AGENT ADAM: And they keep -- they will
18  once again. This doesn't define you.
19    MR. BEASLEY: It does define me, it really
20  does.
21    FBI AGENT ADAM: No, the legacy that you
22  leave defines you and that legacy is your kids, and
23  your kids have the legacy of their dad killing himself
24  and that's not a legacy you want them to have. I don't
25  think it is.

19 (Pages 70 to 73)

Page 74

1      MR. BEASLEY: First and foremost that would
2  probably be the best thing for my kids.
3      FBI AGENT ADAM: Matt, I can tell you that
4  kids that deal with that at a young age they often
5  times suffer from a lot of issues, and I don't want to
6  see your kids go through that, I really don't. You
7  don't want that for your kids.
8      MR. BEASLEY: I can't, I can't, no, I can't.
9      FBI AGENT ADAM: You can.
10     MR. BEASLEY: I fucking did it. I can't.
11     FBI AGENT ADAM: What happens if this doesn't
12 go the way you think it's going to and then you end up
13 in a bad medical state? You don't want them to have to
14 deal with that.
15     MR. BEASLEY: Oh, man.
16     FBI AGENT ADAM: Let's get you to the
17 hospital and get you taken care of so you can see your
18 family and talk to them face to face.
19     MR. BEASLEY: I don't want to see my family.
20 I can't face my family.
21     FBI AGENT ADAM: They want to see you.
22     MR. BEASLEY: I can't fucking face my family.
23     FBI AGENT ADAM: You made a bad choice, Matt.
24 That's all this is.
25     MR. BEASLEY: I can't.

Page 75

1      FBI AGENT ADAM: Nobody got hurt. Money
2  doesn't -- money doesn't mean people go hurt, it's just
3  money. Money comes and goes like air. It comes in and
4  goes out.
5      MR. BEASLEY: I fucked this up.
6      FBI AGENT ADAM: Well, let's -- let's un F it
7  up, Matt, together.
8      MR. BEASLEY: I can't. I'm sorry, I really
9  am. I'm so sorry for my family. But the only way to
10 make it right is to do this, honestly.
11     FBI AGENT ADAM: I disagree with you, I
12 really do, Matt. And Paula is going to be heartbroken
13 if this happens. You know, we --
14     MR. BEASLEY: She's already heartbroken. I
15 fucking ruined everything.
16     FBI AGENT ADAM: Well, we've seen her social
17 media and you know what she loves you. She feels that
18 she loves you and the family, and she loves showing off
19 what you guys together, and she wants you to be here to
20 continue making those memories --
21     MR. BEASLEY: I can't
22     FBI AGENT ADAM: -- in whatever capacity that
23 is, whether it's on the phone, in person.
24     MR. BEASLEY: I can't.
25     FBI AGENT ADAM: Yes, you can. I believe in

Page 76

1  you.
2      MR. BEASLEY: No, I can't.
3      FBI AGENT ADAM: I do.
4      MR. BEASLEY: I'm sorry.
5      FBI AGENT ADAM: You have real love, Matt.
6  I've talked to people before in bad situations who have
7  nobody. You have everybody behind you on this. You
8  have me, my team, your family, your wife and your four
9  kids are all behind you. That's real love, Matt. Take
10 advantage of that real love to move past these bad
11 decisions.
12     MR. BEASLEY: I can't.
13     FBI AGENT ADAM: Paula, ███, Matt, ███ and
14 ███, do it for them.
15     MR. BEASLEY: I can't move past it. They
16 can't move past it, or it would be years, especially in
17 jail.
18     FBI AGENT ADAM: How do they -- how do you
19 know what they can or can't look past if you don't talk
20 to them, if you don't see how your family grows from
21 this?
22     MR. BEASLEY: Oh, fuck.
23     FBI AGENT ADAM: You're talking in absolutes
24 and that's not the world we live in, Matt.
25     MR. BEASLEY: No, it is an absolute this one.

Page 77

1      FBI AGENT ADAM: There is an absolute here,
2  because if you kill yourself, they deal with that for
3  the rest of their lives, and you take the easy way out.
4      MR. BEASLEY: Here's an absolute, I chicken
5  shit out and don't kill myself. They'd lose everything
6  they have, and insurance will terminate because I won't
7  be able to pay it and they get nothing.
8      FBI AGENT ADAM: Those are things your family
9  can work through. They would rather have you than
10 insurance. Families work through things --
11     MR. BEASLEY: No.
12     FBI AGENT ADAM: -- worse than this every
13 single day.
14     MR. BEASLEY: Oh, I'm --
15     FBI AGENT ADAM: I've seen it. Work through
16 this with your family.
17     MR. BEASLEY: So what are you guys going to
18 do when I don't come out?
19     FBI AGENT ADAM: We want you to come out and
20 we're not -
21     MR. BEASLEY: You're going to come in, right?
22     FBI AGENT ADAM: Not as long as we're
23 talking.
24     MR. BEASLEY: Will they fucking shoot me?
25     FBI AGENT ADAM: Nobody wants to see you get

Page 78

1  hurt.  You already told me you don't want them to shoot
2  you.  You don't want them to have to shoot you.
3         MR. BEASLEY:  I don't, but I'm afraid -- I'm
4  afraid I'm too much of a fucking chicken shit.
5         FBI AGENT ADAM:  Too much of a chicken shit
6  for what?
7         MR. BEASLEY:  To fucking do it myself.
8         FBI AGENT ADAM:  And you know what that say
9  to mee, Matt?  That says to me that you have a will to
10  live.  Your brain is telling you --
11         MR. BEASLEY:  No, I don't.  I'm just a
12  chicken shit.  I have no guts, that's what that means.
13         FBI AGENT ADAM:  We're here for as long as
14  you need, Matt.  We will talk as long as you need to
15  talk.  You don't want to --
16         MR. BEASLEY:  Send them in.
17         FBI AGENT ADAM:  You've already --
18         MR. BEASLEY:  Send them in.  Send them in.
19         FBI AGENT ADAM:  You've already --
20         MR. BEASLEY:  Send the guys in, please.
21         FBI AGENT ADAM:  Why do you want them to come
22  in?
23         MR. BEASLEY:  Because maybe then that will
24  force my hand and I'll have to fucking do it.
25         FBI AGENT ADAM:  I'm not sending them in

Page 79

1  there for that.  I'm not doing that, Matt.
2         MR. BEASLEY:  Ah.
3         FBI AGENT ADAM:  Paula told one of my
4  co-workers specifically that she still wants to be with
5  you and all four -- all of the boys love their father.
6         MR. BEASLEY:  I appreciate that so much.
7         FBI AGENT ADAM:  Show them love back and
8  let's get you out of there and in an ambulance.
9         MR. BEASLEY:  I don't want to be in a fucking
10  ambulance.
11         FBI AGENT ADAM:  That's --
12         MR. BEASLEY:  After I'm in that ambulance
13  then I'm going to jail.
14         FBI AGENT ADAM:  Well, first you're going to
15  the hospital so we can make sure you're okay.
16         MR. BEASLEY:  Yeah, well --
17         FBI AGENT ADAM:  And then who knows what's
18  going to happen.  People get out of jail or don't go to
19  jail all the time.  You know that better than anybody.
20         MR. BEASLEY:  I'm not -- I'm going to jail.
21         FBI AGENT ADAM:  Nobody knows how long and
22  then you're out, and then you're -- and then you're
23  back with your family and you're making memories,
24  you're figuring out the next steps together.  They're
25  not figuring out the next steps without their father.

Page 80

1         MR. BEASLEY:  They need to.  They --
2  obviously I don't -- obviously I'm lacking some moral
3  judgment.
4         FBI AGENT ADAM:  We all are, aren't we?
5         MR. BEASLEY:  I don't think so.  I think I
6  am.  My wife isn't.
7         FBI AGENT ADAM:  That's beautiful of you to
8  say.
9         MR. BEASLEY:  My wife is not -- my kids,
10  they're good people.  That's -- you know, that's --
11  that's what I was telling you earlier.  That's why I
12  wouldn't -- I could never had told my wife about this
13  because she would have called the fucking police on me.
14  The same with Jeff Judd, if I had -- if I would have
15  told him about it, they're good people, I'm not.
16         FBI AGENT ADAM:  Well, hey, Matt told us --
17         MR. BEASLEY:  I mean, I have so many
18  skeletons in the closet that fucking I'm letting some
19  idiot extort me.  So --
20         FBI AGENT ADAM:  Matt, you know why your kids
21  are good people and why your wife is a good person?
22  Because their father and their husband is a good person
23  who raised them that way.  That comes --
24         MR. BEASLEY:  No.
25         FBI AGENT ADAM:  -- that's not --

Page 81

1         MR. BEASLEY:  Their mother, their mother is
2  the best mother in the world.
3         FBI AGENT ADAM:  Well, Matt let us know that
4  Jeff is not worried about anything that's happened so
5  far.  He's worried about you.  Matt told us that.
6         MR. BEASLEY:  No.
7         FBI AGENT ADAM:  I'm not making that up.
8  Matt told us that.
9         MR. BEASLEY:  No, I don't believe that.
10         FBI AGENT ADAM:  He told us that.
11         MR. BEASLEY:  I don't believe that.
12         FBI AGENT ADAM:  I would not lie to you.  You
13  trust me, right?
14         MR. BEASLEY:  I have no reason not to except
15  for the shit going on in my kitchen.
16         FBI AGENT ADAM:  Well, again, I'm not there.
17  I'm just talking to you.  But again that came straight
18  from Matt, that Jeff is not worried.
19         MR. BEASLEY:  Jeff should be worried because
20  he's going to lose everything too.
21         FBI AGENT ADAM:  He wants to see you come out
22  of this.  He wants to see you be okay.
23         MR. BEASLEY:  I can't.  He doesn't know
24  probably.
25         FBI AGENT ADAM:  Oh, he --

Page 82

1  MR. BEASLEY:  My son --
2  FBI AGENT ADAM:  Go ahead.
3  MR. BEASLEY:  -- my boys are the greatest
4  thing I've ever done.
5  FBI AGENT ADAM:  And you can continue to be
6  there for them.
7  MR. BEASLEY:  I'm a fucking embarrassment.
8  FBI AGENT ADAM:  You made a bad choice.  They
9  would rather have you and talk about this and grow from
10  this than not have you there.  Hey, I want to let you
11  know -- I want to let you know something, though, okay?
12  MR. BEASLEY:  Somebody is coming in?
13  FBI AGENT ADAM:  No, nobody is coming in,
14  nobody is coming in.  You might see some people outside
15  but they're not coming in.  Okay?
16  MR. BEASLEY:  Where outside, behind me or on
17  the patio?
18  FBI AGENT ADAM:  They might just be taking
19  down -- they might be taking down a camera, okay, but
20  you will see them.
21  MR. BEASLEY:  Oh, which camera?
22  FBI AGENT ADAM:  In the front.
23  MR. BEASLEY:  Oh, there's no camera -- that
24  camera -- the batteries are dead anyway.
25  FBI AGENT ADAM:  Oh, okay.  Well, I'll let

Page 83

1  them know that, okay.  So if you see them --
2  MR. BEASLEY:  But they can take it.  Yeah, I
3  don't care.  If I --
4  FBI AGENT ADAM:  Okay.
5  MR. BEASLEY:  -- it's not like I can be on it
6  while I'm on the phone with you anyway.
7  FBI AGENT ADAM:  Okay.  Well, they --
8  they're -- you might seem them --
9  MR. BEASLEY:  But that means they're getting
10  ready to do something.
11  FBI AGENT ADAM:  No, no.
12  MR. BEASLEY:  That means they're getting
13  ready to do something.
14  FBI AGENT ADAM:  They're not going to do
15  anything as long as we're talking.  I've promised you
16  that and you said you don't have any reason not to
17  trust me, so thank you for that.  But they're not
18  coming in.
19  MR. BEASLEY:  They can get it.  I don't care.
20  That's fine.
21  FBI AGENT ADAM:  Thank you for saying that.
22  MR. BEASLEY:  But I'll tell you the batteries
23  are dead.  I've got my phone and my phone is laying on
24  my neck talking to you.
25  FBI AGENT ADAM:  Your phone is on your neck?

Page 84

1  MR. BEASLEY:  Yeah, because I can't really
2  hold it.
3  FBI AGENT ADAM:  Okay.  Where is the gun?
4  MR. BEASLEY:  On my chest with my hand on it.
5  So tell them not to come in this house, please.
6  FBI AGENT ADAM:  Okay, I'll tell them.
7  MR. BEASLEY:  Unless we get -- actually tell
8  them to come in the fucking house.  That would be
9  great.
10  FBI AGENT ADAM:  No.
11  MR. BEASLEY:  I'll put my fucking (inaudible)
12  and maybe I'll back it up and fucking do it.
13  FBI AGENT ADAM:  No.  You've already told me
14  you don't want them to have to do that.
15  MR. BEASLEY:  No, I'm saying I'll do it.  If
16  they come in to arrest me, I can do it and then I'll
17  fucking have enough balls and be a man and finish it
18  instead of fucking embarrassing everyone that knows me.
19  FBI AGENT ADAM:  I think you're a bigger man
20  if you don't do that.  I think you're a bigger man if
21  you deal with this in front of your family face to
22  face.
23  MR. BEASLEY:  No, I don't.  I can't.  I don't
24  think I'm that big of a man.
25  FBI AGENT ADAM:  I do.  All -- all we've

Page 85

1  talked about today is how big of a heart you have and
2  how much you love your family and care about your
3  family.  And you made a bad decision, and you knew that
4  a while back, and you've been trying to remedy that
5  decision since before today and you've been well on
6  your way to doing that.  Paula believes it, the kids
7  believe it.
8  MR. BEASLEY:  I haven't been trying to -- I
9  can't remedy it.  There's nothing I can do.
10  FBI AGENT ADAM:  You've been trying to remedy
11  it in other ways.  You said you were trying to be a
12  better dad.  That means you're a provider and you've
13  been trying to be better, and it started well before
14  today, Matt.  I told you --
15  MR. BEASLEY:  (Inaudible.)
16  FBI AGENT ADAM:  -- I told you they were
17  going to move, remember.  They're not coming in.
18  MR. BEASLEY:  I don't see anybody.  Where are
19  they coming?
20  FBI AGENT ADAM:  They're out front.  That's
21  all I know.  I'm sitting here talking to you.
22  MR. BEASLEY:  Out front?  Okay.  Okay.  As
23  long as I know.
24  FBI AGENT ADAM:  Yeah, they're not coming in,
25  though, okay.

22  (Pages  82 to 85)

Page 86

1     MR. BEASLEY:  Because I hear noise from the
2  kitchen again.
3          FBI AGENT ADAM:  I'm not sure what's going on
4  in the kitchen.
5          MR. BEASLEY:  Oh, fuck.
6          FBI AGENT ADAM:  You tried to start making
7  this better months ago when you started writing those
8  letters.
9          MR. BEASLEY:  I didn't finish them until
10  today.  I cry every time I write them.
11          FBI AGENT ADAM:  Why do you cry?
12          MR. BEASLEY:  Because I'm going to miss them
13  so bad.
14          FBI AGENT ADAM:  You wanted people to know
15  the truth, they know the truth, and your kids want to
16  be able to see you.  Your kids want to be able to deal
17  with all of this with you.
18          MR. BEASLEY:  No, they don't.  They don't
19  need to have this fucking --
20          FBI AGENT ADAM:  Matt, you're not going to
21  miss them.
22          MR. BEASLEY:  I got a son that has the same
23  fucking name that's going to have to deal with that.
24          FBI AGENT ADAM:  That's --
25          MR. BEASLEY:  I mean, fuck, what have I done.

Page 87

1          FBI AGENT ADAM:  You made a couple bad
2  decisions.  But you said you're going to miss them.
3  Matt, you won't miss them if you kill yourself.
4  They'll miss you, though.  Think about that.  This is
5  it, Matt.  You don't get to see the rest of their
6  lives, those boys that you love, that wife that you
7  love.  This is final.
8          MR. BEASLEY:  I know.  That's what I want, I
9  want it over.
10          FBI AGENT ADAM:  You would do that,  you
11  would do that to your kids?
12          MR. BEASLEY:  I'm not doing it to them.  I'm
13  actually doing it for them.
14          FBI AGENT ADAM:  Yes, you are.  No, you're
15  doing it to them.  You're doing it to them.
16          MR. BEASLEY:  Oh, fuck.
17          FBI AGENT ADAM:  And you don't want that.  I
18  know you don't want to hurt your kids, but that's what
19  this will do.
20          MR. BEASLEY:  Were you guys at my house in
21  Tahoe?
22          FBI AGENT ADAM:  I'm sorry.  No, we're not at
23  your house, not that I'm aware of.  Matt, I don't know
24  anything about what happened earlier today. I'm here
25  talking to you to talk about that.  What makes you say

Page 88

1  that?
2          MR. BEASLEY:  My (inaudible) keep going off
3  at my house in Tahoe.
4          FBI AGENT ADAM:  Oh, I'm genuinely not sure,
5  Matt.  I'm here talking to you.
6          MR. BEASLEY:  Okay.  I just -- hopefully they
7  didn't bring anything down up there.
8          FBI AGENT ADAM:  I'm not sure, sir.
9          MR. BEASLEY:  I would give the code to get
10  in.  Fuck.
11          FBI AGENT ADAM:  All of that are issues -- is
12  things you can work through with our agents and with
13  our investigators when you come out.
14          MR. BEASLEY:  I can't come out, bud.  I'm
15  sorry.  I'm so sorry.
16          FBI AGENT ADAM:  Again you have to apologize
17  to Paula and the kids.
18          MR. BEASLEY:  I'm so sorry.  That's who I'm
19  sorry to, to them and to the people -- Jeff, and the
20  people that I fucked up their lives.
21          FBI AGENT ADAM:  Matt wants you to come out
22  so you can figure it all out.  He's very emotional and
23  he's terrified.
24          MR. BEASLEY:  I told you to send him home.
25          FBI AGENT ADAM:  I told him --

Page 89

1          MR. BEASLEY:  Send him --
2          FBI AGENT ADAM:  -- I can't -- Matt, I can't
3  make him do anything.  I passed the message along.
4          MR. BEASLEY:  God damn.
5          FBI AGENT ADAM:  Come out and show your kids
6  and your wife that you're sorry.
7          MR. BEASLEY:  I can't.
8          FBI AGENT ADAM:  I'll meet you there and
9  we'll talk about things.  You can tell the agents that
10  were there earlier, you can apologize to them again in
11  person.
12          MR. BEASLEY:  I can't.  They're going to
13  fucking attack me if I walk out that door --
14          FBI AGENT ADAM:  No, they won't.
15          MR. BEASLEY:  -- and they'll come in.
16          FBI AGENT ADAM:  No, they won't, Matt.  They
17  might put handcuffs on you for your own safety, but if
18  that's something you're concerned about we can work
19  through that with them.
20          MR. BEASLEY:  Oh, fuck.  No, I don't care.
21  I'm not coming out.  Tell them to come in, fuck it,
22  please.  I'm not going to shoot at them, though.  Just
23  tell them that.
24          FBI AGENT ADAM:  I can't do that, Matt.  I
25  won't do that.

Page 90

1   MR. BEASLEY: I will not shoot at them. I
2   swear on my life. I thought I've been pretty honest
3   with you.
4       FBI AGENT ADAM: And I appreciate that, but
5   that's something that I can't do, and they you need --
6       MR. BEASLEY: I need the motivation. The
7   front door is fucking unlocked. I just need the
8   motivation.
9       FBI AGENT ADAM: The motivation to never see
10  your kids again?
11      MR. BEASLEY: I'm never going to see them
12  anyway.
13      FBI AGENT ADAM: Oh, that's not true.
14  There's plenty of opportunities to see them. ███ and
15  ██████ want you to be okay. That's from your sons.
16      MR. BEASLEY: Well, don't --
17      FBI AGENT ADAM: Well, they just told the --
18  they just told us that.
19      MR. BEASLEY: Fuck. God damn, what a fucking
20  mess I made.
21      FBI AGENT ADAM: What was that?
22      MR. BEASLEY: Fuck. That was -- I dropped
23  the phone.
24      FBI AGENT ADAM: Okay.
25      MR. BEASLEY: Oh, fuck, it's covered in

Page 91

1   blood. Great. Not that it matters. Nothing will
2   (inaudible).
3       FBI AGENT ADAM: We can always get new
4   phones, right. So you said you're inside right at the
5   entryway, right, by the front door? Matt? Matt?
6   Matt, are you there?
7       MR. BEASLEY: Sorry, I (inaudible). Sorry.
8       FBI AGENT ADAM: That's okay. Thank you for
9   apologizing.
10      MR. BEASLEY: I touched it. I -- it's on the
11  screen. Oh, fuck. Yes, and I (inaudible) but please
12  if you're going to send it in then we're doing this.
13      FBI AGENT ADAM: What do you mean?
14      MR. BEASLEY: I'm going to fucking do this.
15  So you know what, fucking send them. The door is
16  unlocked. I unlocked it for your agents before I got
17  shot, so tell them to come on in, please.
18      FBI AGENT ADAM: Well, I can't do that.
19  I'm --
20      MR. BEASLEY: Do me the fucking favor.
21      FBI AGENT ADAM: I can pass that along, but
22  really it's not up to me because I'm a negotiator who
23  talks to you and who is trying to help you get out of
24  this without getting hurt more.
25      MR. BEASLEY: Oh, fuck. What a shit show

Page 92

1   I've caused.
2       FBI AGENT ADAM: It is -- it is a little bit
3   but, you know what, everything can be remedied.
4       MR. BEASLEY: I can't come out. I'm so
5   sorry. To my family I'm so fucking sorry.
6       FBI AGENT ADAM: Do you think sorry is going
7   to matter to them when they don't have you around?
8       MR. BEASLEY: No, it probably won't, but it's
9   the best I can do.
10      FBI AGENT ADAM: The best you can do is being
11  there for them in whatever capacity that is. Because
12  if you shoot yourself, you're not there for them
13  anymore.
14      MR. BEASLEY: Oh, fuck.
15      FBI AGENT ADAM: And you want to be there for
16  them.
17      MR. BEASLEY: Yeah.
18      FBI AGENT ADAM: They want to continue making
19  memories with you, not have this be the last one.
20      MR. BEASLEY: I'm done. I'm done. God damn.
21  Just be fucking brave.
22      FBI AGENT ADAM: Being brave isn't shooting
23  yourself, Matt. Being brave is -- that's not being
24  brave. That's being a coward.
25      MR. BEASLEY: Really? And going to jail is

Page 93

1   being brave?
2       FBI AGENT ADAM: Yeah, because means owning
3   up to your mistakes. and dealing with the consequences,
4   and seeing what happens next. And it means --
5       MR. BEASLEY: And leave my family homeless?
6   Fuck, I can't do that.
7       FBI AGENT ADAM: What's more important a home
8   or a father, somebody to guide --
9       MR. BEASLEY: My family, to me, having a --
10  having them have a home.
11      FBI AGENT ADAM: Well, I can tell you they
12  disagree with that. They want you. Paula and the boys
13  want you. They're terrified. They're -- you're their
14  father.
15      MR. BEASLEY: I know that.
16      FBI AGENT ADAM: They're scared that their
17  father wants to --
18      MR. BEASLEY: Fucking shit show.
19      FBI AGENT ADAM: -- kill himself.
20      MR. BEASLEY: It's a fucking shit show. Did
21  they get the camera?
22      FBI AGENT ADAM: I'm not sure. I can try to
23  find out if you want me to.
24      MR. BEASLEY: Well, I just -- I didn't know
25  if I need to hear noises. Fuck.

Page 94

1      FBI AGENT ADAM:  Matt, is it the jail time
2    you're afraid of?  What is it?
3      MR. BEASLEY:  It's -- my family is going to
4    be without anything.
5      FBI AGENT ADAM:  Well, again possessions are
6    one thing, a father is a whole other thing.  Possession
7    can be replaced over time, a father can't.  You know
8    that better than anybody.
9      MR. BEASLEY:  But they're better off without
10   me.
11     FBI AGENT ADAM:  No one believes that.
12     MR. BEASLEY:  I mean, look what I have
13   fucking done.
14     FBI AGENT ADAM:  Your wife -- your wife and
15   your kids do not believe that.
16     MR. BEASLEY:  Look at what I've done.
17     FBI AGENT ADAM:  You mean everything to your
18   family.  They keep telling us that.  My teammates
19   outside, that's all they're hearing from them, how much
20   they want to see you, how much they love you, how much
21   they care about you, how great of a dad you are, how
22   much they want to see you.
23     MR. BEASLEY:  No.
24     FBI AGENT ADAM:  How much they want to keep
25   making memories with you.  That's what they want.  They

Page 95

1    don't and I'm sorry from you, they want to see you.
2      MR. BEASLEY:  Not --
3      FBI AGENT ADAM:  Continue to be a great dad
4    like you've been trying to be and give that to them.
5      MR. BEASLEY:  I can't do it.
6      FBI AGENT ADAM:  Yes, you can.  I believe in
7    you.  They believe in you.  I believe in you.  Show
8    your sons that a real man owns his mistakes.
9      MR. BEASLEY:  I'm a piece of shit.
10     FBI AGENT ADAM:  Don't walk out on them,
11   Matt.
12     MR. BEASLEY:  I'm a piece of shit.
13     FBI AGENT ADAM:  Maybe right now, but that's
14   not who you are deep down.  Matt -- Matt, let me tell
15   you.  We've been talking now for a while and everything
16   you've told me shows me you're a guy with a big heart
17   who made some bad choices.  That does not define you as
18   a father.
19     MR. BEASLEY:  It does.  If I -- if I was a
20   good father, I wouldn't have made bad choices.
21     FBI AGENT ADAM:  You wanted to make money to
22   provide for your kids.  That's being a good father.
23     MR. BEASLEY:  By stealing it from somebody
24   else?  What's that showing them?  What am I showing
25   them?

Page 96

1      FBI AGENT ADAM:  It could be a bad decision,
2    but you still wanted to be a good father and provide
3    for them.  We all make bad choices, Matt, every single
4    one of us.
5      MR. BEASLEY:  Ah.
6      FBI AGENT ADAM:  You can recover from bad
7    choices.
8      MR. BEASLEY:  What the fuck am I doing?  I
9    can't, not from this.  There's no recovering.
10     FBI AGENT ADAM:  There's plenty of
11   recovering, Matt.
12     MR. BEASLEY:  My family needs to get in the
13   car and drive to fricking Kansas City.  Get the fuck
14   out of here.
15     FBI AGENT ADAM:  Hey, Matt, I just got -- I
16   got a note that I want to read to you, okay?  It's not
17   from your family, but I do want to read it to you,
18   okay?
19     MR. BEASLEY:  Who is it from?
20     FBI AGENT ADAM:  It's from one of the
21   supervisors of our white-collar squad, okay?  I'm going
22   to read it to you, okay?  This is the truth, I'm
23   telling you the truth.
24     MR. BEASLEY:  Go ahead.
25     FBI AGENT ADAM:  It's only a white-collar

Page 97

1    investigation.  Nobody is getting arrested today and
2    there's a chance you can work with the guys that came
3    to the door or other agents who have been investigating
4    this.  No one is going to jail or getting arrested
5    today, Matt.  That's from the supervisors.  That's from
6    guys in charge.
7      MR. BEASLEY:  I'm going -- I'm going to jail.
8      FBI AGENT ADAM:  Matt, I just told you --
9      MR. BEASLEY:  I am going to jail if I come
10   out of here.
11     FBI AGENT ADAM:  I told you from the source
12   himself you're not going to jail today.  You can --
13     MR. BEASLEY:  Yeah, I'll be in the hospital.
14     FBI AGENT ADAM:  That's a great -- you'll be
15   with your family.  Being in the hospital getting
16   better, where you get to meet the agents and talk to
17   them about the next steps.
18     MR. BEASLEY:  No.
19     FBI AGENT ADAM:  It's only a white-collar
20   investigation right.  Nobody is getting arrested.  That
21   came from somebody way above me, Matt --
22     MR. BEASLEY:  I can't do this, dude, I can't.
23     FBI AGENT ADAM:  -- the decision maker.
24   Matt, you're worried about going to jail, you're not
25   going to jail, you're not getting arrested today.

25 (Pages 94 to 97)

Page 98

1    MR. BEASLEY:  Yeah, obviously -- and what is
2  this, a standoff.
3    FBI AGENT ADAM:  That's okay, it's not a
4  crime.  Calling us out here is not a crime.  We come
5  out here to help you.
6    MR. BEASLEY:  Getting shot is not a crime?
7    FBI AGENT ADAM:  Not that I'm aware of.
8    MR. BEASLEY:  Well, they shot me because I
9  had a gun, so there was a reason.
10    FBI AGENT ADAM:  Right now it's just a
11  white-collar investigation.  Nobody got arrested today.
12    MR. BEASLEY:  Well, I did it all.  So --
13    FBI AGENT ADAM:  And we can see what happens
14  next as a result of that, but you're not getting
15  arrested today.
16    MR. BEASLEY:  That's -- this is my only
17  chance, so if I don't do it now then I'm not going to
18  have the opportunity.
19    FBI AGENT ADAM:  Well, if you don't do it now
20  all you have is the rest of your life to live with your
21  kids, and see them grow up, and see them create
22  families and become a grandfather.
23    MR. BEASLEY:  Do you understand, though, I
24  won't have the opportunity to do this.
25    FBI AGENT ADAM:  Yes, you will.  To do what?

Page 99

1  What do you -- what do you mean?
2    MR. BEASLEY:  To end it.  I won't have the
3  opportunity.
4    FBI AGENT ADAM:  I don't want to see you end
5  it.
6    MR. BEASLEY:  If I -- I know --
7    FBI AGENT ADAM:  Nobody does.  Your family
8  doesn't.
9    MR. BEASLEY:  That's great, but I need to.
10    FBI AGENT ADAM:  That's selfish because your
11  family wants you.
12    MR. BEASLEY:  If I come out of here now, I
13  won't be able to do it.
14    FBI AGENT ADAM:  Your family doesn't want
15  that.  Jeff doesn't want that.  The officers outside
16  don't want that.  I don't want that, Paula doesn't want
17  it, the kids don't want that.  They want their dad,
18  Matt.  They want their dad.  That's all they want.
19    MR. BEASLEY:  I can't dude.  I'm so sorry.  I
20  wanted to tell you yes 30 times, but I can't.
21    FBI AGENT ADAM:  I believe you can.  It takes
22  strength, it's a hard decision.
23    MR. BEASLEY:  I don't have the strength.
24    FBI AGENT ADAM:  I believe you do, Matt.
25  You've been shot twice and have continued talking to me

Page 100

1  this whole time.  You have shown me immense strength
2  and all -- all I need is for you to show me a little
3  bit more, and be a man, and come out and be with your
4  family.  Do the right thing for your kids.
5    MR. BEASLEY:  I can't.  I fucking can't do
6  it.  Just tell them to fucking come through the doors,
7  please.
8    FBI AGENT ADAM:  I'm not going to tell them
9  to do that but, you know what, Matt, if you kill
10  yourself your family is going to be here and they're
11  going to know you did it, and they're going to have to
12  deal with what the house looks like inside.  You don't
13  want that for your family.  I don't want that for your
14  family.  If you kill yourself --
15    MR. BEASLEY:  It's a fucking shit show.
16    FBI AGENT ADAM:  -- that's all they're going
17  to see.  You said part of you wanted to come out and
18  wanted to say yes to me.  Let's figure out how we can
19  make that happen.  Because Matt, I will fight for every
20  part of that with you.  Your family will fight for
21  every inch of that wants to say yes and be here for
22  them.  And I'm here with you.
23    MR. BEASLEY:  And leave them nothing.  They
24  have nothing.
25    FBI AGENT ADAM:  You'll leave them without a

Page 101

1  father.  They will not have you anymore.  You will not
2  be here to see them.  They will see your body being
3  rolled out in a body bag.  Don't do that to them, Matt,
4  please.
5    MR. BEASLEY:  Oh, fuck.
6    FBI AGENT ADAM:  Seeing you on a hospital
7  stretcher not the end of the world, but the reality is
8  if you shoot yourself, it's a body bag.  And then
9  there's a funeral that they have to go to, Matt.
10    MR. BEASLEY:  I don't want a funeral.  You
11  have a record of that.  I don't want a funeral.  I want
12  to be cremated and thrown fucking away.
13    FBI AGENT ADAM:  And your kids --
14    MR. BEASLEY:  Thrown in the trash.
15    FBI AGENT ADAM:  -- your kids have to tell
16  their friends about what happened to their dad.  When
17  all their friends --
18    MR. BEASLEY:  Yeah, well, my kids are going
19  to have friends that see this all over the fucking
20  news.
21    FBI AGENT ADAM:  But at least they get to
22  come hug you at the end of it.
23    MR. BEASLEY:  And why would they want to?
24    FBI AGENT ADAM:  Because that's what they
25  want to do, they want to come see you, and be with you,

26 (Pages 98 to 101)

Page 102

1  and hug you, and tell you how much they love you, and
2  be around you.  If you shoot yourself, you won't be
3  here to make the decisions about what they do or don't
4  see.  They see you in a body bag.
5       MR. BEASLEY:  Okay.
6       FBI AGENT ADAM:  Don't do that to them.
7       MR. BEASLEY:  It's better than this.
8       FBI AGENT ADAM:  No, it's not.  No, it's not.
9
10      MR. BEASLEY:  God damn it.
11      FBI AGENT ADAM:  How is it better?
12      MR. BEASLEY:  It is.
13      FBI AGENT ADAM:  No, that's not --
14      MR. BEASLEY:  Is my son still there?
15      FBI AGENT ADAM:  You're a smarter -- you're a
16  smarter guy.  Yeah, your son is still here.  He -- he
17  refuses to leave.
18      MR. BEASLEY:  My son still there?
19      FBI AGENT ADAM:  Do you want to hear his
20  message?
21      MR. BEASLEY:  No, I can't.
22      FBI AGENT ADAM:  Well, he really wants you to
23  hear it.  He keeps telling us to play it.
24      MR. BEASLEY:  Play it then, that's fine.
25      FBI AGENT ADAM:  Okay.  Let me know if you

Page 103

1  can hear it, okay?
2       MR. BEASLEY:  Okay.
3       MATT:  (Recorded message.)  Hey, Dad.  It's
4  me, Matt.  Me, ███ and ███ are waiting for you
5  outside.  I love you and need you to come out.
6  (Inaudible) and everything is going to be okay.
7       MR. BEASLEY:  It's not.
8       FBI AGENT ADAM:  Yes, it will.  Did you hear
9  that?  Did you hear how much he loved you?  Did you
10 hear his voice?
11      MR. BEASLEY:  It's not going to be okay.  It
12 can't be okay.  There's now way this turns out good,
13 absolutely no fucking way.
14      FBI AGENT ADAM:  It turns out good if they
15 get to see you.  If you come out and take care of
16 yourself, they get to see you.  That makes it good.
17      MR. BEASLEY:  It's not good.
18      FBI AGENT ADAM:  You heard Matt, you heard
19 what he wants.  I didn't tell him to say that.  That is
20 what he feels in his heart.
21      MR. BEASLEY:  No.
22      FBI AGENT ADAM:  He and his brothers want to
23 see you, Matt.
24      MR. BEASLEY:  I can't.
25      FBI AGENT ADAM:  Yes, you can.  Be strong for

Page 104

1  them.
2       MR. BEASLEY:  I can't face them.  I can't
3  face them.
4       FBI AGENT ADAM:  They love you, Matt.
5       MR. BEASLEY:  I can't -- I can't fucking face
6  them.  I've ruined everybody's lives.
7       FBI AGENT ADAM:  You made some bad choices
8  and some people lost money.
9       MR. BEASLEY:  I've ruined my family's lives
10 too.
11      FBI AGENT ADAM:  Matt --
12      MR. BEASLEY:  That's what I mean.
13      FBI AGENT ADAM:  Matt, you might have ruined
14 their -- you might have ruined things for a little
15 while possibly, no one knows that, but I'll tell you
16 what, if you kill yourself, you have ruined their lives
17 forever.  Please don't do that.
18      MR. BEASLEY:  If I don't, they -- if I don't,
19 they have nothing.
20      FBI AGENT ADAM:  Possessions can be replaced,
21 Matt, you cannot.
22      MR. BEASLEY:  No, they'll be on fucking
23 welfare.
24      FBI AGENT ADAM:  People go from little to a
25 lot every single day.  The kids will get older, and

Page 105

1  they'll get jobs, they'll work.  Matt, your family is
2  not worried about the money, they're not worried about
3  the house, they're worried about you.  Didn't you hear
4  that?
5       MR. BEASLEY:  It doesn't matter.
6       FBI AGENT ADAM:  You raised good, hardworking
7  kids.  Be there for them.
8       MR. BEASLEY:  Tell my wife I love her,
9  please, and tell my boys I love them, please.
10      FBI AGENT ADAM:  Matt, Matt, I want you to
11 tell them that.  Don't make me tell them that, please.
12 You are here to tell them that.
13      MR. BEASLEY:  Please.  They need to know that
14 I really do.
15      FBI AGENT ADAM:  And they --
16      MR. BEASLEY:  I regret -- I regret what a
17 fuck up I was, but they are the only thing that matters
18 to me.
19      FBI AGENT ADAM:  And if they -- okay.  And if
20 that's true show them that by coming out.
21      MR. BEASLEY:  I can't.
22      FBI AGENT ADAM:  Actions matter so much,
23 Matt, bigger than words, Matt.
24      MR. BEASLEY:  Do you understand why that if I
25 come out, they have nothing.  If I die, they get

## Page 106

1 something.
2 FBI AGENT ADAM: They might get some money,
3 Matt, but they don't have their father. Matt, your
4 family does not --
5 MR. BEASLEY: They would have nothing. They
6 don't need their father; they need to be able to feed
7 themselves.
8 FBI AGENT ADAM: They don't think that.
9 They're concerned about your life, not what happens to
10 the house, or to the cars, or to the houses. They're
11 worried about their father, their husband. Figure it
12 out as a family.
13 MR. BEASLEY: Fuck me.
14 FBI AGENT ADAM: Don't leave them -- don't
15 leave them like that. You say you leave them with
16 nothing if you don't kill yourself, well if you kill
17 yourself, you leave them with nothing.
18 MR. BEASLEY: Oh, my --
19 FBI AGENT ADAM: You leave -- you leave them
20 with a lasting image of the dad who killed himself
21 because he didn't want to work through things with
22 them. You leave them the lasting image of their father
23 in a body bag. Don't do that to them.
24 MR. BEASLEY: No.
25 FBI AGENT ADAM: Please.

## Page 107

1 MR. BEASLEY: No, I have to.
2 FBI AGENT ADAM: No, you don't.
3 MR. BEASLEY: I fucking do. Tel them I love
4 the, please. I really do.
5 FBI AGENT ADAM: I know you do, but show them
6 yourself.
7 MR. BEASLEY: I fucking love them.
8 FBI AGENT ADAM: Matt, show them that. Today
9 is about recovery --
10 MR. BEASLEY: I fucking love them more than
11 anything.
12 FBI AGENT ADAM: -- your redemption. And
13 they love you more than anything and that's why they
14 want to see you come out. They want to see you come
15 out alive, Matt, not in a body bag.
16 MR. BEASLEY: Why, so they can go fucking
17 visit me in fucking prison?
18 FBI AGENT ADAM: They want to see you and be
19 around you.
20 MR. BEASLEY: I don't --
21 FBI AGENT ADAM: Matt, again, no one is going
22 to prison.
23 MR. BEASLEY: I am.
24 FBI AGENT ADAM: No one is getting arrested
25 today.

## Page 108

1 MR. BEASLEY: I am. I'm not stupid.
2 FBI AGENT ADAM: No, you're a smart lawyer
3 but that doesn't mean you're not going to get out if
4 you even do go to jail. You're not going to jail
5 today, Matt. And your -- your mom just arrived.
6 MR. BEASLEY: Oh, for fuck's sake.
7 FBI AGENT ADAM: She's worried about you too.
8 What's your mom's name?
9 MR. BEASLEY: Violet. Just tell her to go
10 home.
11 FBI AGENT ADAM: Okay. Matt, if you want me
12 to tell her that I got go on pause for just a second,
13 okay? But if I go tell her --
14 MR. BEASLEY: Tell everybody -- tell my son I
15 listened to his message and --
16 FBI AGENT ADAM: Okay, I'm sorry, I
17 interrupted you. What did you say?
18 MR. BEASLEY: (Inaudible.)
19 FBI AGENT ADAM: What?
20 MR. BEASLEY: Tell my son I listened to his
21 message and to please go to his mom's -- to where his
22 mom's at.
23 FBI AGENT ADAM: Okay. But Matt, I'm not his
24 father. I can't make him do anything. But if you
25 really want me to go tell him you got to promise me

## Page 109

1 you'll be here when I -- after I go tell him.
2 MR. BEASLEY: No, I'll be here when you get
3 back, I'll be here when you get back.
4 FBI AGENT ADAM: You promise me?
5 MR. BEASLEY: Yes.
6 FBI AGENT ADAM: Okay. You promise your kids
7 you'll be here when I get back?
8 MR. BEASLEY: Yes, I'll be here.
9 FBI AGENT ADAM: Okay. Why don't we do this,
10 why don't we -- how long do you want me --
11 MR. BEASLEY: Everybody needs to go.
12 FBI AGENT ADAM: Okay. How long do you want
13 me to give you before I come back?
14 MR. BEASLEY: How long does it take to tell
15 him to go?
16 FBI AGENT ADAM: I'm not sure where he is.
17 I'm going to have to go find him.
18 MR. BEASLEY: Okay.
19 FBI AGENT ADAM: I'm sitting in a car with --
20 talking to you. How about five minutes, okay?
21 MR. BEASLEY: Where -- okay.
22 FBI AGENT ADAM: Yes or no?
23 MR. BEASLEY: Don't leave me for five --
24 don't leave me for five minutes.
25 FBI AGENT ADAM: Okay. Well, I'll leave you

Page 110

1    for just a minute if you promise nothing happens.
2        MR. BEASLEY:  Where are you parked?
3        FBI AGENT ADAM:  I'm around the corner
4    outside of the neighborhood.
5        MR. BEASLEY:  Oh, the gated neighborhood?
6        FBI AGENT ADAM:  Yes, sir.
7        MR. BEASLEY:  Okay.  I was just curious.  I'm
8    sorry.
9        FBI AGENT ADAM:  No, you're good.  I'm happy
10   to --
11       MR. BEASLEY:  I ask a lot of stupid
12   questions.  I apologize.
13       FBI AGENT ADAM:  You're okay, Matt, you're
14   okay.  You know what, I'll be here to talk with you if
15   you come out, when you come out.
16       MR. BEASLEY:  I'm not coming out.
17       FBI AGENT ADAM:  I want to meet you.  I want
18   to get to know you.  I want to talk to you.
19       MR. BEASLEY:  Why would you, why would you?
20   You're here because I'm a fuck up.
21       FBI AGENT ADAM:  No, I'm here because I care
22   about you.  Matt, this isn't something I was told do,
23   this is something I volunteered for.  I volunteered to
24   come talk to you because I'm worried about your safety.
25   You're a good man.  All you've said is how you're sorry

Page 111

1    to me, you're sorry to the agents, you're sorry to your
2    family.  That means you're a good man.
3        MR. BEASLEY:  Where is my son?
4        FBI AGENT ADAM:  He's outside, but I haven't
5    gone to talk to him because --
6        MR. BEASLEY:  Is he, like, outside where
7    you're at?
8        FBI AGENT ADAM:  I'm not sure.  I do not know
9    what's going on outside, outside.  I can go look and
10   call you back.
11       MR. BEASLEY:  Are you (inaudible)?
12       FBI AGENT ADAM:  I'm sorry, you broke up.
13   What did you say?
14       MR. BEASLEY:  Are you in a van or something
15   or you said you're sitting in car.  Why can't you just
16   look out the car window?
17       FBI AGENT ADAM:  Yeah, I'm in a van.  It's a
18   car.
19       MR. BEASLEY:  Oh, okay.  Tel them all to go
20   home, please.
21       FBI AGENT ADAM:  Okay, but I got to get off
22   here to do that.
23       MR. BEASLEY:  Okay.
24       FBI AGENT ADAM:  All right.  You promise
25   nothing is going to happen while I'm gone?

Page 112

1        MR. BEASLEY:  Nothing good.
2        FBI AGENT ADAM:  Nope, Matt, that doesn't
3    count.  I'm not going if that's what you're going to
4    tell me.
5        MR. BEASLEY:  Yeah, yeah, yeah, I promise.
6        FBI AGENT ADAM:  Promise me and promise your
7    kids that nothing will happen while I get off the phone
8    with you.
9        MR. BEASLEY:  I promise, I promise.
10       FBI AGENT ADAM:  Okay, I'll call you back in
11   just a couple minutes.  Okay, Matt?
12       MR. BEASLEY:  Okay.
13       FBI AGENT ADAM:  Okay.  Thank you, Matt.
14   Talk to you soon.
15       (End of audio file.)
16               * * * * *
17
18
19
20
21
22
23
24
25

Page 113

1              TRANSCRIBER'S CERTIFICATE
2
3    I, Cheryl Shifflett, hereby certify that the foregoing
4    transcript is a complete, true and accurate
5    transcription of all matters contained on the recorded
6    proceedings in the matter of project name:
7    22030206.mp3.
8
9
10
11
12
13
14   _____
15       Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

**able** 2:15 5:15
  29:21 42:6
  77:7 86:16,16
  99:13 106:6
**absolute** 76:25
  77:1,4
**absolutely**
  103:13
**absolutes** 76:23
**accomplishment**
  8:3
**accountable**
  21:10 22:20
  25:21 26:7,11
**accurate** 113:4
**Actions** 105:22
**ad** 25:2
**Adam** 2:3,7,7,9
  2:14,20,24 3:3
  3:6,9,14,20 4:1
  4:7,10,13,20
  4:24 5:1,9,16
  5:23 6:1,3,8,13
  6:20,24 7:4,9
  7:20,24 8:4,9
  8:13,17,23 9:4
  9:7,9,14,18,21
  10:1,9,15,19
  10:23 11:4,8
  11:12,18,21
  12:1,8,10,14
  12:18,22 13:2
  13:5,7,12,17
  13:23 14:5,12
  14:15,20,24
  15:3,8,12,15
  15:18,23,25
  16:8,11,14,19
  16:24 17:4,9
  17:15,21 18:3
  18:9,14,18
  19:2,6,10,13
  19:17,21 20:11
  20:17 21:1,9
  21:18,20,23,25
  22:5,7,12,17
  22:19 23:2,8
  23:13,20,24

24:2,5,9,13,18
24:23 25:8,11
25:13,17,24
26:3,6,10,15
26:17,22 27:1
27:7,10,14,19
27:25 28:6,10
28:20,24 29:7
29:14,16,20
30:2,9,12,21
31:1,3,11,14
31:18 32:2,8
32:14,17,21
33:2,4,6,9,18
33:24 34:4,8
34:11,19,22
35:2,10,14,22
35:25 36:4,8
36:11,19,23,25
37:4,9,12,19
37:24 38:3,8
38:14,17,20,23
39:2,12,19,23
39:25 40:8,12
40:16,24 41:3
41:5,8,11,21
41:23 42:4,15
42:18,22 43:4
43:7,14,21,25
44:6,8,13,16
44:19,24 45:5
45:10,18,22
46:1,8,13,16
46:20 47:1,4,6
47:8,13,19,21
48:2,8,14,18
48:20,23,25
49:7,10,13,16
49:22 50:1,7
50:11,14,18,22
50:24 51:2,7
51:18,21,23
52:4,9,18,21
52:23 53:1,5,8
53:11,14,17,25
54:3,7,10,12
54:14,17,20,24
55:2,4,11,16
55:22 56:1,5

56:12,17,19,23
57:3,12,19,22
58:1,6,10,15
58:22 59:1,5
59:11,13,15,18
59:21,24 60:2
60:6,10,12,17
60:20,23,25
61:4,7,11,13
61:15,17,20,22
61:25 62:2,5,7
62:10,13,15,20
62:22,25 63:2
63:6,10,13,16
63:19,23,25
64:3,6,8,12,17
64:20,22 65:2
65:8,12,14,17
65:22 66:1,4,6
66:11,15,18,21
66:24 67:3,7
67:11,14,17,21
67:24 68:3,5,9
68:13,17,20,24
69:2,7,11,13
69:16,20,24
70:2,7,17,20
70:24 71:2,10
71:14,18,22
72:3,8,12,16
72:19 73:2,10
73:12,17,21
74:3,9,11,16
74:21,23 75:1
75:6,11,16,22
75:25 76:3,5
76:13,18,23
77:1,8,12,15
77:19,22,25
78:5,8,13,17
78:19,21,25
79:3,7,11,14
79:17,21 80:4
80:7,16,20,25
81:3,7,10,12
81:16,21,25
82:2,5,8,13,18
82:22,25 83:4
83:7,11,14,21

83:25 84:3,6
84:10,13,19,25
85:10,16,20,24
86:3,6,11,14
86:20,24 87:1
87:10,14,17,22
88:4,8,11,16
88:21,25 89:2
89:5,8,14,16
89:24 90:4,9
90:13,17,21,24
91:3,8,13,18
91:21 92:2,6
92:10,15,18,22
93:2,7,11,16
93:19,22 94:1
94:5,11,14,17
94:24 95:3,6
95:10,13,21
96:1,6,10,15
96:20,25 97:8
97:11,14,19,23
98:3,7,10,13
98:19,25 99:4
99:7,10,14,21
99:24 100:8,16
100:25 101:6
101:13,15,21
101:24 102:6,8
102:11,13,15
102:19,22,25
103:8,14,18,22
103:25 104:4,7
104:11,13,20
104:24 105:6
105:10,15,19
105:22 106:2,8
106:14,19,25
107:2,5,8,12
107:18,21,24
108:2,7,11,16
108:19,23
109:4,6,9,12
109:16,19,22
109:25 110:3,6
110:9,13,17,21
111:4,8,12,17
111:21,24
112:2,6,10,13

**admits** 16:3
**admitted** 30:4
**admitting** 3:19
**advantage** 76:10
**afraid** 56:25
  67:7 78:3,4
  94:2
**age** 74:4
**AGENT** 2:3,7,9
  2:14,20,24 3:3
  3:6,9,14,20 4:1
  4:7,10,13,20
  4:24 5:1,9,16
  5:23 6:1,3,8,13
  6:20,24 7:4,9
  7:20,24 8:4,9
  8:13,17,23 9:4
  9:7,9,14,18,21
  10:1,9,15,19
  10:23 11:4,8
  11:12,18,21
  12:1,8,10,14
  12:18,22 13:2
  13:5,7,12,17
  13:23 14:5,12
  14:15,20,24
  15:3,8,12,15
  15:18,23,25
  16:8,11,14,19
  16:24 17:4,9
  17:15,21 18:3
  18:9,14,18
  19:2,6,10,13
  19:17,21 20:11
  20:17 21:1,9
  21:18,20,23,25
  22:5,7,12,17
  22:19 23:2,8
  23:13,20,24
  24:2,5,9,13,18
  24:23 25:8,11
  25:13,17,24
  26:3,6,10,15
  26:17,22 27:1
  27:7,10,14,19
  27:25 28:6,10
  28:20,24 29:7
  29:14,16,20
  30:2,9,12,21

31:1,3,11,14
31:18 32:2,8
32:14,17,21
33:2,4,6,9,18
33:24 34:4,8
34:11,19,22
35:2,10,14,22
35:25 36:4,8
36:11,19,23,25
37:4,9,12,19
37:24 38:3,8
38:14,17,20,23
39:2,12,19,23
39:25 40:8,12
40:16,24 41:3
41:5,8,11,21
41:23 42:4,15
42:18,22 43:4
43:7,14,21,25
44:6,8,13,16
44:19,24 45:5
45:10,18,22
46:1,8,13,16
46:20 47:1,4,6
47:8,13,19,21
48:2,8,14,18
48:20,23,25
49:7,10,13,16
49:22 50:1,7
50:11,14,18,22
50:24 51:2,7
51:18,21,23
52:4,9,18,21
52:23 53:1,5,8
53:11,14,17,25
54:3,7,10,12
54:14,17,20,24
55:2,4,11,16
55:22 56:1,5
56:12,17,19,23
57:3,12,19,22
58:1,6,10,15
58:22 59:1,5
59:11,13,15,18
59:21,24 60:2
60:6,10,12,17
60:20,23,25
61:4,7,11,13
61:15,17,20,22

61:25 62:2,5,7
62:10,13,15,20
62:22,25 63:2
63:6,10,13,16
63:19,23,25
64:3,6,8,12,17
64:20,22 65:2
65:8,12,14,17
65:22 66:1,4,6
66:11,15,18,21
66:24 67:3,7
67:11,14,17,21
67:24 68:3,5,9
68:13,17,20,24
69:2,7,11,13
69:16,20,24
70:2,7,17,20
70:24 71:2,10
71:14,18,22
72:3,8,12,16
72:19 73:2,10
73:12,17,21
74:3,9,11,16
74:21,23 75:1
75:6,11,16,22
75:25 76:3,5
76:13,18,23
77:1,8,12,15
77:19,22,25
78:5,8,13,17
78:19,21,25
79:3,7,11,14
79:17,21 80:4
80:7,16,20,25
81:3,7,10,12
81:16,21,25
82:2,5,8,13,18
82:22,25 83:4
83:7,11,14,21
83:25 84:3,6
84:10,13,19,25
85:10,16,20,24
86:3,6,11,14
86:20,24 87:1
87:10,14,17,22
88:4,8,11,16
88:21,25 89:2
89:5,8,14,16
89:24 90:4,9

90:13,17,21,24
91:3,8,13,18
91:21 92:2,6
92:10,15,18,22
93:2,7,11,16
93:19,22 94:1
94:5,11,14,17
94:24 95:3,6
95:10,13,21
96:1,6,10,15
96:20,25 97:8
97:11,14,19,23
98:3,7,10,13
98:19,25 99:4
99:7,10,14,21
99:24 100:8,16
100:25 101:6
101:13,15,21
101:24 102:6,8
102:11,13,15
102:19,22,25
103:8,14,18,22
103:25 104:4,7
104:11,13,20
104:24 105:6
105:10,15,19
105:22 106:2,8
106:14,19,25
107:2,5,8,12
107:18,21,24
108:2,7,11,16
108:19,23
109:4,6,9,12
109:16,19,22
109:25 110:3,6
110:9,13,17,21
111:4,8,12,17
111:21,24
112:2,6,10,13

**agents** 3:23 5:3
   7:14 18:5
   32:11 88:12
   89:9 91:16
   97:3,16 111:1
**ago** 9:13 35:1,1
   44:4 64:17
   73:16 86:7
**Ah** 53:23 79:2
   96:5

**ahead** 82:2
   96:24
**aid** 43:1,6 69:25
   70:3,8,10
**aimed** 48:13
**air** 43:9 75:3
**Alberto** 15:21
   15:24
**Alexander** 59:20
   59:21
**alive** 47:6
   107:15
**allow** 4:22
**ambulance** 79:8
   79:10,12
**ambulances**
   42:25
**amends** 31:21
   31:21
**Angel** 62:24,25
**answer** 7:6
   32:13
**Anthony** 15:21
   15:24 16:11
   20:4,19 21:4
   21:10 22:20
   25:20 26:6,11
   26:12
**anxious** 28:9,12
   28:13
**anybody** 6:25
   7:18 17:14
   53:1,11,18
   57:1 58:14
   79:19 85:18
   94:8
**anymore** 16:21
   48:16 70:19
   92:13 101:1
**anyway** 82:24
   83:6 90:12
**apologies** 19:23
**apologize** 14:1,1
   14:2 23:23,25
   24:3 31:20
   35:23 50:12,16
   57:10,17 66:7
   71:1 88:16
   89:10 110:12

**apologizing**
   10:24 91:9
**apology** 57:13
   57:15 66:8
**apparently** 16:7
   47:12
**appreciate**
   10:23 17:15,19
   19:21 23:13,16
   27:2 53:18
   67:5 79:6 90:4
**approached**
   5:22
**area** 11:13 42:20
**argue** 30:10
**arrest** 84:16
**arrested** 40:15
   40:17 44:23
   97:1,4,20,25
   98:11,15
   107:24
**arrived** 108:5
**assured** 9:15
**attack** 89:13
**attention** 11:24
   48:9
**attorney's** 14:22
**attorneys** 15:7
   32:14,18,19
**audio** 1:17
   112:15
**August** 65:1
**Aw** 3:2
**aware** 87:23
   98:7
**awesome** 60:25

**B**
**back** 4:18 7:6
   12:24 13:6
   15:11 33:22,25
   34:2,5,7 35:4
   42:2 43:17,19
   47:14 52:15
   55:15 63:4,9
   64:10,13,19,24
   65:2 66:4
   67:18,21,25
   72:6,8,10 79:7

79:23 84:12
85:4 109:3,3,7
109:13 111:10
112:10
**backyard** 6:17
6:18
**bad** 9:9 20:7,9
20:19,20,21,22
21:2,2 23:17
26:3 31:20
35:5 38:12
41:17 45:3
46:5 47:9,11
51:8 57:20
63:19 71:7
74:13,23 76:6
76:10 82:8
85:3 86:13
87:1 95:17,20
96:1,3,6 104:7
**bag** 101:3,8
102:4 106:23
107:15
**bail** 10:6
**balls** 25:15
45:24 46:1
84:17
**banged** 27:11
**bank** 11:7,9,11
**bark** 6:15
**barking** 6:15
**basically** 15:11
33:13,13
**batteries** 82:24
83:22
**Beasley** 1:8 2:4
2:6,8,12,18,22
3:2,4,8,11,18
3:25 4:6,9,12
4:17,23,25 5:8
5:13,21,25 6:2
6:5,11,17,21
7:2,8,19,22 8:1
8:7,12,15,21
9:3,6,8,11,17
9:19,23 10:8
10:13,18,21
11:1,7,9,16,20
11:25 12:4,9

12:12,16,20,24
13:4,6,10,16
13:21,25 14:10
14:14,19,21
15:1,5,10,14
15:17,21,24
16:1,9,13,18
16:22,25 17:7
17:13,19 18:1
18:7,12,16,24
19:4,8,12,15
19:19 20:10,13
20:25 21:5,12
21:19,21,24
22:1,6,10,13
22:18,21 23:4
23:10,19,22
24:1,4,7,12,17
24:22 25:5,10
25:12,14,22
26:2,5,8,13,16
26:20,24 27:5
27:9,13,17,23
28:4,8,18,22
29:2,12,15,18
30:1,8,10,20
30:25 31:2,7
31:13,16 32:1
32:7,12,16,19
32:24 33:3,5,8
33:12,19 34:1
34:6,10,13,21
34:24 35:8,11
35:20,24 36:3
36:6,10,14,22
36:24 37:3,7
37:11,17,23
38:1,5,13,16
38:18,22,24
39:11,17,22,24
40:6,11,14,22
41:1,4,7,10,20
41:22 42:1,13
42:17,21 43:3
43:6,11,19,24
44:3,7,11,15
44:18,22 45:2
45:9,17,20,24
46:6,11,15,19

46:25 47:2,3,5
47:7,11,15,20
47:24 48:7,12
48:17,19,22,24
49:2,9,12,15
49:18,24 50:6
50:9,13,17,20
50:23 51:1,5
51:14,19,22,25
52:7,17,19,22
52:24 53:3,6,9
53:12,15,23
54:1,6,8,11,13
54:16,18,23
55:1,3,9,13,19
55:24 56:2,11
56:15,18,21,25
57:6,18,21,24
58:4,9,13,18
58:25 59:3,8
59:12,14,17,20
59:23 60:1,4,8
60:11,16,19,22
60:24 61:3,6,9
61:12,14,16,18
61:21,24 62:1
62:4,6,9,12,14
62:18,21,24
63:1,3,8,11,15
63:17,21,24
64:1,4,7,10,14
64:19,21,24
65:5,10,13,15
65:18,24 66:3
66:5,10,13,16
66:19,22 67:1
67:5,9,13,16
67:19,22 68:1
68:4,8,11,16
68:19,23 69:1
69:6,10,12,15
69:18,22 70:1
70:4,14,19,23
71:1,5,13,17
71:21,25 72:7
72:10,15,18,22
73:4,11,15,19
74:1,8,10,15
74:19,22,25

75:5,8,14,21
75:24 76:2,4
76:12,15,22,25
77:4,11,14,17
77:21,24 78:3
78:7,11,16,18
78:20,23 79:2
79:6,9,12,16
79:20 80:1,5,9
80:17,24 81:1
81:6,9,11,14
81:19,23 82:1
82:3,7,12,16
82:21,23 83:2
83:5,9,12,19
83:22 84:1,4,7
84:11,15,23
85:8,15,18,22
86:1,5,9,12,18
86:22,25 87:8
87:12,16,20
88:2,6,9,14,18
88:24 89:1,4,7
89:12,15,20
90:1,6,11,16
90:19,22,25
91:7,10,14,20
91:25 92:4,8
92:14,17,20,25
93:5,9,15,18
93:20,24 94:3
94:9,12,16,23
95:2,5,9,12,19
95:23 96:5,8
96:12,19,24
97:7,9,13,18
97:22 98:1,6,8
98:12,16,23
99:2,6,9,12,19
99:23 100:5,15
100:23 101:5
101:10,14,18
101:23 102:5,7
102:10,12,14
102:18,21,24
103:2,7,11,17
103:21,24
104:2,5,9,12
104:18,22

105:5,8,13,16
105:21,24
106:5,13,18,24
107:1,3,7,10
107:16,20,23
108:1,6,9,14
108:18,20
109:2,5,8,11
109:14,18,21
109:23 110:2,5
110:7,11,16,19
111:3,6,11,14
111:19,23
112:1,5,9,12
**beautiful** 13:18
60:13 61:5
80:7
**beginning** 14:6
**believe** 27:20
32:4 35:14
57:18,25 58:2
58:6 73:14,14
75:25 81:9,11
85:7 94:15
95:6,7,7 99:21
99:24
**believed** 72:24
72:25 73:1
**believes** 73:3,13
73:13 85:6
94:11
**best** 63:11 74:2
81:2 92:9,10
**bets** 35:6
**better** 22:8 30:3
30:23 31:5
41:18,22,24
44:4,5 46:4,21
48:13 56:8
58:12 79:19
85:12,13 86:7
94:8,9 97:16
102:7,11
**big** 28:25 57:4
61:22 84:24
85:1 95:16
**bigger** 20:5
84:19,20
105:23

**birthdays** 10:3
**bit** 92:2 100:3
**blood** 43:20
  45:12 91:1
**blow** 6:21
**boating** 60:14
**body** 101:2,3,8
  102:4 106:23
  107:15
**bond** 10:7
**book** 50:8
**bookie** 16:11
**born** 49:20
**bought** 49:19
  50:4
**bounce** 72:8
**bouncing** 72:10
**boy** 68:12
**boys** 79:5 82:3
  87:6 93:12
  105:9
**brain** 78:10
**brand** 49:14
**brave** 92:21,22
  92:23,24 93:1
**break** 13:1 18:6
  56:20
**bring** 88:7
**broke** 13:6 23:4
  111:12
**brother** 67:6
**brothers** 67:10
  103:22
**BS** 33:14
**bud** 28:18 40:23
  44:11 55:20
  65:25 72:11
  88:14
**buddy** 35:8
**build** 35:4 66:4
**building** 52:15
**bullet** 27:18
**bullshit** 53:12
**bunch** 4:13 15:6
  53:6
**business** 65:6,8
  65:10,15
**bust** 45:3
**busts** 13:3

**C**

**C** 2:1
**call** 1:7 7:6
  20:23 36:25
  111:10 112:10
**called** 31:12
  80:13
**Calling** 2:4 98:4
**camera** 27:23,24
  28:1 82:19,21
  82:23,24 93:21
**capacity** 8:20
  9:2 29:10
  75:22 92:11
**car** 96:13 109:19
  111:15,16,18
**care** 18:20 26:8
  30:16,16 39:14
  68:21 74:17
  83:3,19 85:2
  89:20 94:21
  103:15 110:21
**cares** 47:16,22
**cars** 106:10
**case** 5:10,17
  33:16
**catch** 61:8
**caught** 61:9,10
  61:10
**cause** 24:6 38:25
  45:7
**caused** 24:8 52:1
  57:7 92:1
**celebrate** 10:3
**CERTIFICATE**
  113:1
**certify** 113:3
**chance** 11:22
  29:15,19 97:2
  98:17
**change** 50:18,25
  56:7
**chapter** 45:22
  50:8
**charge** 97:6
**Cheryl** 113:3
**chest** 49:6 84:4
**chicken** 31:9,16
  38:13 77:4

78:4,5,12
**child** 24:14
**children** 24:13
  25:1 39:8
**choice** 16:23
  20:22 24:17,18
  24:22,23,24
  31:5 57:20
  58:10 74:23
  82:8
**choices** 23:17
  95:17,20 96:3
  96:7 104:7
**Christ** 6:23
  59:17
**Christmases**
  10:4
**City** 63:4,9
  96:13
**clarify** 11:6 34:9
**clear** 11:10
**cleared** 58:19
**clearly** 49:24
**close** 9:12
**closer** 63:6
**closet** 80:18
**co-workers**
  67:12 79:4
**code** 88:9
**collar** 29:23
**collarbone** 45:4
  49:6
**come** 3:15 4:4
  4:14,22,24
  6:22 7:1,13,23
  9:19 10:5 12:2
  13:8 17:2,4
  18:20 23:20
  26:18 27:15,16
  27:21 30:13,18
  31:23,25 38:21
  40:9,10,18,19
  41:4,25 43:1,2
  43:4,5,16,17
  43:19 44:20,22
  48:6 51:25
  52:11 55:5
  67:18 68:15,19
  68:24,25 69:25

70:3 73:8
  77:18,19,21
  78:21 81:21
  84:5,8,16
  88:13,14,21
  89:5,15,21
  91:17 92:4
  97:9 98:4
  99:12 100:3,6
  100:17 101:22
  101:25 103:5
  103:15 105:25
  107:14,14
  109:13 110:15
  110:15,24
**comes** 6:15
  67:19 75:3,3
  80:23
**coming** 3:12
  5:25 6:2,3,13
  6:14,25 7:7,12
  12:15 13:25
  14:2 17:18
  19:15 28:22
  41:6,6 42:13
  42:15 45:11
  53:22 67:24
  82:12,13,14,15
  83:18 85:17,19
  85:24 89:21
  105:20 110:16
**COMMISSION**
  1:1
**committed** 25:1
  25:6
**communicate**
  67:12
**complete** 113:4
**concern** 9:21
**concerned** 27:4
  89:18 106:9
**conscience** 42:8
**consequences**
  93:3
**CONSULTING**
  1:5
**contact** 2:10
**contained** 113:5
**continue** 13:18

44:9 58:12
  75:20 82:5
  92:18 95:3
**continued** 99:25
**control** 20:3
**corner** 42:22
  110:3
**count** 112:3
**couple** 21:2
  39:16 44:3
  73:16 87:1
  112:11
**course** 16:5
  37:24 53:17
  72:12
**covered** 90:25
**coward** 92:24
**crazy** 24:20
**create** 98:21
**created** 65:15
**credibility** 35:5
**credit** 20:5
**cremated** 101:12
**crime** 20:18 98:4
  98:4,6
**crimes** 9:15
**criminal** 20:19
**criminals** 29:24
**cry** 86:10,11
**curious** 110:7

**D**

**D** 2:1
**dad** 26:12 30:14
  30:15 38:11
  43:16 46:17,19
  46:22 47:10,12
  47:14 58:12
  73:23 85:12
  94:21 95:3
  99:17,18
  101:16 103:3
  106:20
**damn** 37:18
  73:7 89:4
  90:19 92:20
  102:10
**daughter** 22:25
  23:2

**Dawson** 59:20
  59:21
**day** 19:3,5 40:1
  72:3,9 77:13
  104:25
**days** 33:22
  60:20
**dead** 7:23 26:12
  82:24 83:23
**deal** 29:1 39:13
  40:24 74:4,14
  77:2 84:21
  86:16,23
  100:12
**dealing** 24:25
  93:3
**deals** 14:23 46:3
**debt** 15:13,16
  38:9
**debts** 15:11
**decide** 19:2
**decided** 19:4,14
**decision** 9:10,12
  21:2 85:3,5
  96:1 97:23
  99:22
**decisions** 5:24
  9:13 21:3 26:4
  31:20 38:12
  46:5 51:8
  63:19 76:11
  87:2 102:3
**declaration** 16:3
  22:16
**deep** 5:10 38:8
  95:14
**define** 73:18,19
  95:17
**defines** 73:22
**definitely** 42:6
  44:1
**degenerate**
  16:18
**deserve** 24:8
**despite** 46:4
**destroyed** 31:8
  51:5
**detailed** 5:10
  58:23

**details** 14:17
  32:10
**die** 71:6 105:25
**different** 23:18
  32:21
**dig** 35:6
**diligence** 17:17
**diminished**
  10:12
**disagree** 31:18
  38:14 59:14,16
  75:11 93:12
**disaster** 20:16
  23:7 63:18
**Diversified** 1:24
**dogs** 6:15,15
  53:8,9
**doing** 2:11,17
  16:21 17:7,17
  31:17 37:18
  42:17 49:24
  57:15 58:17
  79:1 85:6
  87:12,13,15,15
  91:12 96:8
**door** 3:23 6:18
  6:19,22 7:3,3
  7:15 12:25
  13:1,6 23:5
  26:18 68:21
  89:13 90:7
  91:5,15 97:3
**doors** 6:6,12
  100:6
**drive** 16:1 96:13
**drone** 17:10
**dropped** 90:22
**dude** 25:7 51:25
  57:6 97:22
  99:19
**due** 17:17

**E**

**E** 2:1,1
**earlier** 5:3,10,19
  30:4 80:11
  87:24 89:10
**earth** 60:13 61:5
**easy** 5:11 41:24

51:11 68:20
  72:24 77:3
**either** 38:25
**eleven-year-old**
  42:10 45:15
  56:14
**email** 22:18
**emails** 11:10
**embarrassing**
  84:18
**embarrassment**
  82:7
**emotional** 88:22
**ends** 37:11
**enjoy** 71:24
**enjoying** 13:18
**enthusiasm**
  16:16
**entire** 59:4 61:2
**entry** 12:20
**entryway** 12:23
  26:23,23 48:21
  91:5
**especially** 76:16
**eventually** 64:4
**everybody** 21:7
  21:8 23:5 25:7
  34:1,4,6,10,13
  51:10 76:7
  108:14 109:11
**everybody's**
  31:8 104:6
**everyone's** 44:25
**evolve** 56:7
**Ew** 62:20
**exchange** 1:1
  33:10
**exist** 42:2
**exists** 42:5
**experience** 25:3
  40:5
**expert** 5:17
**explain** 33:6
**extort** 80:19
**extorted** 16:3
**extorting** 20:5
**extortion** 20:18
**extra** 45:7
**eye** 23:16 52:14

**eyes** 27:21

**F**

**F** 75:6
**face** 36:10 74:18
  74:18,20,22
  84:21,22 104:2
  104:3,5
**facts** 2:25
**failed** 55:25
**fair** 27:9 31:8
**falling** 53:7
**families** 77:10
  98:22
**family** 9:24 14:1
  16:4 18:11,19
  18:19 20:2
  23:6,25 24:3
  29:3 31:22
  35:16 36:16
  38:10,11 39:6
  41:14,17 43:13
  44:2 45:8 46:4
  46:7,12 48:1,3
  48:10 50:12,16
  51:10 52:11
  57:22 58:11
  60:16 61:1
  63:3,4,5 66:14
  66:16 68:25
  70:22 71:24
  74:18,19,20,22
  75:9,18 76:8
  76:20 77:8,16
  79:23 84:21
  85:2,3 92:5
  93:5,9 94:3,18
  96:12,17 97:15
  99:7,11,14
  100:4,10,13,14
  100:20 105:1
  106:4,12 111:2
**family's** 65:20
  104:9
**fan** 16:16
**far** 11:3 53:14
  53:21 81:5
**fast** 27:16
**father** 24:19

39:15 40:19,20
  42:5 44:4,20
  46:21 47:5
  51:13 56:4,6
  67:8 79:5,25
  80:22 93:8,14
  93:17 94:6,7
  95:18,20,22
  96:2 101:1
  106:3,6,11,22
  108:24
**fatherhood** 8:25
**fault** 20:15,15
  21:19
**favor** 91:20
**favorite** 60:13
**FBI** 1:8 2:3,7,9
  2:14,20,24 3:3
  3:6,9,14,20 4:1
  4:7,10,13,20
  4:24 5:1,9,16
  5:23 6:1,3,8,13
  6:20,24 7:4,9
  7:20,24 8:4,9
  8:13,17,23 9:4
  9:7,9,14,18,21
  10:1,9,15,19
  10:23 11:4,8
  11:12,18,21
  12:1,8,10,14
  12:18,22 13:2
  13:5,7,12,17
  13:23 14:5,12
  14:15,20,24
  15:3,8,12,15
  15:18,23,25
  16:8,11,14,19
  16:24 17:4,9
  17:15,21 18:3
  18:9,14,18
  19:2,4,6,6,10
  19:13,17,21
  20:11,17 21:1
  21:9,18,20,23
  21:25 22:5,7
  22:12,17,19
  23:2,8,13,20
  23:24 24:2,5,9
  24:13,18,23

25:8,11,13,17
25:24 26:3,6
26:10,15,17,22
27:1,7,10,14
27:19,25 28:6
28:10,20,24
29:7,14,16,20
30:2,9,12,21
31:1,3,11,14
31:18 32:2,8
32:14,17,21
33:2,4,6,9,18
33:24 34:4,8
34:11,19,22
35:2,10,14,22
35:25 36:4,8
36:11,19,23,25
37:4,9,12,19
37:24 38:3,8
38:14,17,20,23
39:2,12,19,23
39:25 40:8,12
40:16,24 41:3
41:5,8,11,21
41:23 42:4,15
42:18,22 43:4
43:7,14,21,25
44:6,8,13,16
44:19,24 45:5
45:10,18,22
46:1,8,13,16
46:20 47:1,4,6
47:8,13,19,21
48:2,8,14,18
48:20,23,25
49:7,10,13,16
49:22 50:1,7
50:11,14,18,22
50:24 51:2,7
51:18,21,23
52:4,9,18,21
52:23 53:1,5,8
53:11,14,17,25
54:3,7,10,12
54:14,17,20,24
55:2,4,11,16
55:22 56:1,5
56:12,17,19,23
57:3,12,19,22

58:1,6,10,15
58:22 59:1,5
59:11,13,15,18
59:21,24 60:2
60:6,10,12,17
60:20,23,25
61:4,7,11,13
61:15,17,20,22
61:25 62:2,5,7
62:10,13,15,20
62:22,25 63:2
63:6,10,13,16
63:19,23,25
64:3,6,8,12,14
64:17,20,22
65:2,3,8,12,14
65:17,22 66:1
66:4,6,11,15
66:18,21,24
67:3,7,11,14
67:17,21,24
68:3,5,9,13,17
68:20,24 69:2
69:7,11,13,16
69:20,24 70:2
70:7,17,20,24
71:2,10,14,18
71:22 72:3,8
72:12,16,19
73:2,10,12,17
73:21 74:3,9
74:11,16,21,23
75:1,6,11,16
75:22,25 76:3
76:5,13,18,23
77:1,8,12,15
77:19,22,25
78:5,8,13,17
78:19,21,25
79:3,7,11,14
79:17,21 80:4
80:7,16,20,25
81:3,7,10,12
81:16,21,25
82:2,5,8,13,18
82:22,25 83:4
83:7,11,14,21
83:25 84:3,6
84:10,13,19,25

85:10,16,20,24
86:3,6,11,14
86:20,24 87:1
87:10,14,17,22
88:4,8,11,16
88:21,25 89:2
89:5,8,14,16
89:24 90:4,9
90:13,17,21,24
91:3,8,13,18
91:21 92:2,6
92:10,15,18,22
93:2,7,11,16
93:19,22 94:1
94:5,11,14,17
94:24 95:3,6
95:10,13,21
96:1,6,10,15
96:20,25 97:8
97:11,14,19,23
98:3,7,10,13
98:19,25 99:4
99:7,10,14,21
99:24 100:8,16
100:25 101:6
101:13,15,21
101:24 102:6,8
102:11,13,15
102:19,22,25
103:8,14,18,22
103:25 104:4,7
104:11,13,20
104:24 105:6
105:10,15,19
105:22 106:2,8
106:14,19,25
107:2,5,8,12
107:18,21,24
108:2,7,11,16
108:19,23
109:4,6,9,12
109:16,19,22
109:25 110:3,6
110:9,13,17,21
111:4,8,12,17
111:21,24
112:2,6,10,13
**feed** 106:6
**feel** 3:2 18:10

46:23,24 71:7
**feeling** 3:1
**feels** 75:17
  103:20
**fifth** 59:23,25
**fight** 100:19,20
**figure** 3:17 4:3
  6:9 7:10 31:23
  64:15 88:22
  100:18 106:11
**figured** 23:11
**figuring** 79:24
  79:25
**file** 1:4 112:15
**final** 87:7
**find** 3:23 7:6
  22:15 93:23
  109:17
**fine** 17:23 24:4
  28:14 35:19
  83:20 102:24
**finish** 6:7 27:6
  69:12,13 84:17
  86:9
**finished** 71:6,8
**first** 3:1,4,12
  56:3 69:3,19
  74:1 79:14
**fish** 60:8,8 61:7
  61:23
**fished** 62:7,7
**fishing** 60:9
**five** 32:9 52:2
  60:17 109:20
  109:23,24
**fix** 35:1,3 65:24
  65:24 66:1,5
**fixed** 35:4
**floor** 45:12
**fly** 17:10
**force** 78:24
**foregoing** 113:3
**foremost** 74:1
**forever** 37:8
  104:17
**forget** 42:2,4,6
**forward** 23:17
  48:4,5 51:9
**fought** 73:4,5

**found** 32:17
**four** 4:15 7:25
  8:19 35:1 39:8
  40:24 44:20
  76:8 79:5
**fourth** 59:23,25
**freaking** 21:16
  21:17
**fresh** 43:9
**fricking** 16:4
  17:1 23:5
  42:13 56:3
  59:9 70:6
  96:13
**friends** 101:16
  101:17,19
**front** 6:22 26:18
  82:22 84:21
  85:20,22 90:7
  91:5
**fuck** 12:6 18:1
  25:12 40:6
  41:7 44:12,15
  47:15 48:13,17
  48:19 49:9
  50:6,21,23
  52:20 53:23
  54:6,19 55:21
  56:18,18 62:1
  63:22 70:23
  71:21 76:22
  86:5,25 87:16
  88:10 89:20,21
  90:19,22,25
  91:11,25 92:14
  93:6,25 96:8
  96:13 101:5
  105:17 106:13
  110:20
**fuck's** 108:6
**fucked** 9:6,7,8
  23:5 35:12
  75:5 88:20
**fucking** 6:21 8:1
  11:20 13:1
  17:8 18:2
  20:15,16 21:6
  23:7 25:15
  27:18 29:5,19

31:7,9 35:21
36:17 37:7
38:7,25 40:14
41:2 43:12,12
43:20 45:25
47:25 49:21
50:9 51:5 52:3
52:22,24 53:3
53:6,16 54:1,8
54:11 63:18
68:19 69:1
71:8 74:10,22
75:15 77:24
78:4,7,24 79:9
80:13,18 82:7
84:8,11,12,17
84:18 86:19,23
89:13 90:7,19
91:14,15,20
92:5,21 93:18
93:20 94:13
100:5,6,15
101:12,19
103:13 104:5
104:22 107:3,7
107:10,16,17
**funeral** 101:9,10
101:11

___

**G**

**G** 2:1
**gambling** 15:11
15:13,16 16:16
20:3 38:9
**gated** 110:5
**genuinely** 51:24
88:4
**getting** 4:18
8:24 14:22
23:1,2 27:3
28:8,12,12
30:17 37:15
83:9,12 91:24
97:1,4,15,20
97:25 98:6,14
107:24
**give** 2:16 4:3 7:6
15:5 25:22,25
26:18 33:2,15

33:20 40:18
41:18 43:1
48:9 58:22
67:14 69:25
70:3 88:9 95:4
109:13
**gives** 10:1,4
**giving** 2:9
**go** 3:15,22 7:5
8:1,2,14,25
9:16,25 11:10
22:3 28:22,24
29:3,8,24 30:5
31:9 35:20
37:5 41:13
42:2 44:11,13
52:8,10 55:14
55:17,20 58:20
59:19 60:10
63:4,9 66:19
66:22,24 67:6
67:9 69:15
70:22 71:23
72:4 74:6,12
75:2 79:18
82:2 96:24
101:9 104:24
107:16 108:4,9
108:12,13,21
108:25 109:1
109:11,15,17
111:9,19
**God** 37:18 61:24
62:14 89:4
90:19 92:20
102:10
**God's** 22:16
35:13
**goes** 62:24 75:3
75:4
**going** 2:10,16,25
3:12,13,17,20
3:21 5:5,14,15
6:6,7,9,25 8:2
8:5 9:17,20,22
11:6 12:6 13:2
13:8 14:10,16
14:17 17:1,9
17:10,13,21,23

18:7,10,11
19:24 20:23
23:12 24:5
25:6 26:10
27:5,8,10,15
27:16,16,20
28:1,11,15
30:6,10 31:6
32:3 34:3,17
36:12 37:1
39:21,22 40:14
41:13 42:6
43:22 44:23,24
45:3,14 46:23
48:4,5 53:20
54:20 55:14,20
57:1,23 58:2,4
58:7 61:25
63:23 64:2,5
65:19 67:18
68:6,20 69:1,4
69:8,8,14,17
70:24 72:5
73:7 74:12
75:12 77:17,21
79:13,14,18,20
81:15,20 83:14
85:17 86:3,12
86:20,23 87:2
88:2 89:12,22
90:11 91:12,14
92:6,25 94:3
96:21 97:4,7,7
97:9,12,24,25
98:17 100:8,10
100:11,11,16
101:18 103:6
103:11 107:21
108:3,4 109:17
111:9,25 112:3
112:3
**golf** 62:19,20
**golfer** 62:20
**good** 17:24
20:20,21 28:13
38:11 47:2,9
47:13,14 49:25
56:3 57:20
58:7 60:9

61:16,18 70:15
80:10,15,21,21
80:22 95:20,22
96:2 103:12,14
103:16,17
105:6 110:9,25
111:2 112:1
**gotten** 34:2
52:11 57:13
**grade** 59:25
**grades** 59:22
**grandfather**
98:22
**grandkids** 10:4
**great** 8:3 52:16
56:6 65:21
84:9 91:1
94:21 95:3
97:14 99:9
**greatest** 82:3
**grow** 14:13 82:9
98:21
**growing** 14:11
14:11,11,18,19
14:23
**grows** 76:20
**guarantee** 35:17
70:11
**guess** 5:21 33:2
52:12
**guidance** 8:17
**guide** 29:10 93:8
**guilty** 59:3
**gun** 49:10 69:14
70:6,9 84:3
98:9
**gunshot** 35:17
**guts** 78:12
**guy** 20:7,8,9,19
20:20 25:1,6
26:1 30:14
46:2 57:20
59:6 61:19,20
95:16 102:16
**guys** 5:16 14:9
15:19 17:16
20:21 23:4
32:6 48:13
57:10 62:2,10

70:7,13 75:19
77:17 78:20
87:20 97:2,6

___

**H**

**habit** 20:7
**hand** 40:19
78:24 84:4
**handcuffs** 40:15
40:17 44:25
45:2 89:17
**happen** 5:14
13:13 18:11
30:7 35:4
36:13 37:1
56:9 64:2,5,18
69:8 72:3,5
79:18 100:19
111:25 112:7
**happened** 4:3
6:5 7:15 9:13
32:4,5 45:21
49:4 64:25
70:22 71:10,10
71:12 72:23
81:4 87:24
101:16
**happening**
13:14 64:11,13
**happens** 35:17
41:9,12 47:22
74:11 75:13
93:4 98:13
106:9 110:1
**happy** 32:13
110:9
**hard** 99:22
**hardest** 39:5
**hardworking**
105:6
**head** 26:7 27:18
41:12 45:13
46:9
**heal** 24:11 25:9
**healed** 24:9
**heals** 24:10 25:8
**healthy** 4:15
12:3 30:13
**hear** 2:25 6:1,14

10:24 11:5,19
12:1 19:6
21:24 27:14
35:16 52:23
54:21 55:23
68:10,11 86:1
93:25 102:19
102:23 103:1,8
103:9,10 105:3
**heard** 14:6
19:13 37:14
53:6 64:23
65:3 68:14
103:18,18
**hearing** 16:15
20:1 94:19
**heart** 57:5 85:1
95:16 103:20
**heartbroken**
75:12,14
**heavy** 20:1
**held** 22:20 25:20
26:7,9,11
**Hell** 34:1 73:4
**Hello** 2:6,8
18:13 48:17
**help** 4:21 7:10
7:14 25:19
28:25 31:23
37:5 42:24
44:17,21 46:4
46:6,11 91:23
98:5
**hey** 2:7,9 5:23
9:14 27:1
43:14 46:25
53:25 54:10,12
56:19 68:3,5
80:16 82:10
96:15 103:3
**highway** 66:9
**hit** 7:2 49:1
**hobbies** 62:17
**hold** 84:2
**home** 4:10 8:24
13:19 18:22,22
35:18 43:16,17
88:24 93:7,10
108:10 111:20

**homeless** 93:5
**honest** 27:2 90:2
**honestly** 21:7
72:22 75:10
**hope** 21:12,12
38:18 57:24,24
**hopefully** 11:2
88:6
**hospital** 69:3,8
74:17 79:15
97:13,15 101:6
**hours** 73:16
**house** 5:25 6:2,4
6:14,25 7:1,12
12:15,17,19,23
13:3,9,11
17:18,20,22,24
19:9,11,14
27:8,10 28:16
35:19 42:14,16
52:25 60:11
66:9 67:20
72:1,4 84:5,8
87:20,23 88:3
100:12 105:3
106:10
**houses** 22:23
106:10
**hug** 101:22
102:1
**huge** 21:17
**Huh** 62:5
**humiliated**
55:14
**humiliation**
55:17
**humility** 29:3
**hundred** 38:7,7
**hurt** 14:2 17:14
18:21 20:17
34:18,19 45:3
48:16 53:16,18
70:10,11 75:1
75:2 78:1
87:18 91:24
**hurts** 41:17
**husband** 44:5
80:22 106:11

**I**

**idiot** 63:18
80:19
**idiots** 63:20
**illustrating**
72:19
**image** 106:20,22
**Imagine** 45:12
**immense** 100:1
**important** 93:7
**impossible** 42:4
42:5
**impressed** 70:16
**inaudible** 12:9
12:25 18:12
31:6 32:7
36:24 41:10
62:12 63:15,16
73:6 84:11
85:15 88:2
91:2,7,11
103:6 108:18
111:11
**inch** 100:21
**including** 40:1
**incredibly** 66:11
**individuals** 5:9
**information**
22:2
**injury** 33:12
**innocent** 23:6
**inside** 4:22 91:4
100:12
**insurance** 8:8,10
39:15 77:6,10
**intending** 18:24
**interested** 14:22
**interrupted**
108:17
**investigating**
64:15 97:3
**investigation**
97:1,20 98:11
**investigators**
88:13
**involved** 14:24
15:1,12,15
32:15,22 37:8
**issues** 74:5 88:11

**J**

**J&J** 1:5
**jail** 3:13,15 9:15
9:17,18,20,22
9:25 10:6 22:4
28:23,25,25
29:4,8 30:5
31:6,10 39:18
39:21,22 40:1
40:2,2 69:1
76:17 79:13,18
79:19,20 92:25
94:1 97:4,7,9
97:12,24,25
108:4,4
**Jeff** 14:8,21 19:8
19:11 22:25
32:25 65:6,9
80:14 81:4,18
81:19 88:19
99:15
**Jeff's** 19:14 23:2
**Jesus** 6:23 43:20
59:17
**job** 70:15 71:7
**jobs** 105:1
**joke** 49:21,23
**Jordan** 76:13
**journey** 44:10
**Judd** 32:25
80:14
**Judd's** 19:8,11
22:25
**judgment** 80:3
**July** 64:19,20
**Junior** 15:22,24

**K**

**Kanas** 63:4
**Kansas** 42:2
47:14 63:9,16
96:13
**keep** 13:14
14:18 17:23,24
32:3 43:9
50:25 51:2
54:3 73:17
88:2 94:18,24
**keeping** 17:1

69:17
**keeps** 102:23
**Kenneth** 47:3
**kept** 14:10,11,19
14:23 15:10
**kid** 46:17
**kids** 4:16 7:25
8:2,5,19 11:14
11:15 12:6,8
13:18 17:24
18:5 23:6,15
24:25 25:18
26:11 29:11,13
30:14,17 31:5
35:23 36:1
37:5 40:25
44:21 45:11
50:7 52:12,20
55:14 63:7,9
70:12 71:22
73:13,22,23
74:2,4,6,7 76:9
80:9,20 85:6
86:15,16 87:11
87:18 88:17
89:5 90:10
94:15 95:22
98:21 99:17
100:4 101:13
101:15,18
104:25 105:7
109:6 112:7
**kill** 18:21 29:9
35:15 37:10,13
42:7 55:18
56:9 58:7,24
77:2,5 87:3
93:19 100:9,14
104:16 106:16
106:16
**killed** 57:1
106:20
**killing** 25:9 31:4
31:11 57:9
73:23
**kind** 19:25 27:3
49:8,10 61:7
65:8
**kinds** 8:18 9:15

**kitchen** 81:15
86:2,4
**knew** 19:15
25:23 44:2
64:1,1,4 85:3
**know** 2:19 3:20
4:1 5:5,18 7:17
8:18 10:10,12
11:11,18,21
16:4,15 18:21
19:24 20:4
21:13 24:1,7
25:7,19 26:9
30:3,6,23
32:10,24 35:5
35:17,24,24
37:1 38:1,16
38:18 39:20
40:16 41:17
42:5 43:15
45:6 46:1
47:15,18 48:14
49:4 50:13,17
52:12 53:14,20
53:21 54:4,16
57:14 60:7
62:16 65:6
66:8,13,13
72:13 75:13,17
76:19 78:8
79:19 80:10,20
81:3,23 82:11
82:11 83:1
85:21,23 86:14
86:15 87:8,18
87:23 91:15
92:3 93:15,24
94:7 99:6
100:9,11
102:25 105:13
107:5 110:14
110:18 111:8
**knowledge** 5:10
5:17 10:17,20
72:21
**known** 36:15
**knows** 47:3 69:7
72:5 79:17,21
84:18 104:15

**L**

**lacking** 80:2
**Lake** 60:11,12
**large** 21:14
**Las** 16:12
**lasting** 106:20
106:22
**late** 36:23 44:7,9
50:24 51:3,3
**lawyer** 8:18
10:10 22:5
65:7 108:2
**laying** 26:15
83:23
**learn** 47:9
**learned** 47:11
**learning** 28:14
**leave** 8:2,5 13:22
42:1 67:7
73:22 93:5
100:23,25
102:17 106:14
106:15,15,17
106:19,19,22
109:23,24,25
**led** 26:1,3
**left** 49:2,5 51:13
**legacy** 73:21,22
73:23,24
**legal** 10:16
29:23 30:3,7
**let's** 4:17 34:8
43:8,9 71:2,2,3
71:3 74:16
75:6,6 79:8
100:18
**letter** 11:2,6
22:9
**letters** 16:2
52:13 64:9
86:8
**letting** 18:15
68:21 80:18
**lie** 81:12
**life** 8:7,9 24:24
25:4 31:5 35:6
36:20 39:15
40:3 50:5 56:3
56:6 65:18,19

65:20 90:2
98:20 106:9
**lifetime** 31:24
37:13
**line** 20:5 68:6
**listen** 54:22,24
55:2
**listened** 108:15
108:20
**literally** 14:6
29:5
**little** 20:3 43:15
43:16 56:20
92:2 100:2
104:14,24
**live** 18:22 76:24
78:10 98:20
**lives** 31:8 39:14
42:9 77:3 87:6
88:20 104:6,9
104:16
**living** 34:17
**loan** 14:9
**long** 8:13 13:8
17:22 23:12
30:6 49:16
53:21 64:17
77:22 78:13,14
79:21 83:15
85:23 109:10
109:12,14
**longer** 8:16
**look** 22:13,14
23:16 45:14
46:2 52:14,19
76:19 94:12,16
111:9,16
**looking** 65:4,5,5
**looks** 100:12
**lose** 72:1,1 77:5
81:20
**lost** 104:8
**lot** 2:20 4:19,20
19:25 24:6
25:25 28:14
32:25 33:4
34:18,19 48:14
57:16 74:5
104:25 110:11

**Lots** 57:21
**love** 12:3 29:18
36:14,14,16,18
37:16 38:17,18
39:16 40:4,5
44:2 68:11
76:5,9,10 79:5
79:7 85:2 87:6
87:7 94:20
102:1 103:5
104:4 105:8,9
107:3,7,10,13
**loved** 37:25 61:1
103:9
**loves** 37:22
38:15,16 45:15
55:4 68:13,14
75:17,18,18

**M**

**Madden** 61:18
61:19,21 62:15
62:18 76:14
90:15 103:4
**maker** 97:23
**making** 26:3
35:11,12 37:20
37:20 75:20
79:23 81:7
86:6 92:18
94:25
**man** 23:22 27:2
45:25 46:2,8,9
46:10 51:11,12
57:16 72:13
74:15 84:17,19
84:20,24 95:8
100:3 110:25
111:2
**March** 2:3
**married** 23:1,3
**Matt** 20:23,23
20:25 21:1,1,2
22:20 23:9,14
23:25 24:2,10
24:14,16 25:8
25:11,13 28:14
35:23 36:9
39:8 41:13,16

41:18,24 42:7
42:15,19 43:2
43:22 44:9,14
44:24 45:8,13
46:2,8 48:3,21
49:8,10 50:3,8
51:3,18,24
52:4,21,23
53:2,14,19,25
54:10,12,14,22
55:8,18,22
56:9,19 57:17
58:8 60:7
61:25 63:20
66:6,18,25
68:3,7 70:17
70:20 74:3,23
75:7,12 76:5,9
76:13,24 78:9
78:14 79:1
80:16,20 81:3
81:5,8,18
85:14 86:20
87:3,5,23 88:5
88:21 89:2,16
89:24 91:5,5,6
92:23 94:1
95:11,14,14
96:3,11,15
97:5,8,21,24
99:18,24 100:9
100:19 101:3,9
103:3,4,18,23
104:4,11,13,21
105:1,10,10,23
105:23 106:3,3
107:8,15,21
108:5,11,23
110:13,22
112:2,11,13
**matter** 1:3 5:5
9:2 26:9,11
34:24 37:23
92:7 105:5,22
113:6
**matters** 91:1
105:17 113:5
**Matthew** 1:8 2:4
2:7 4:21 5:4,20

6:1,4,14,24 7:5
7:21 8:4,9,14
8:19,23,25 9:5
9:7,9,22 10:6
10:10,16 11:4
11:5,12,19,22
12:3,15,19
13:3,5,7,12,24
14:7,16 15:13
16:24 18:10,15
18:23 21:23
27:1,8,11,15
27:20 29:9
30:4,13,16,19
30:21 32:8
36:21 37:10,13
39:2,6,20,25
40:9,9,18 41:8
41:9 48:18
70:21
**Max** 61:10,11
62:15,18 76:13
90:14 103:4
**mean** 8:15 12:5
14:20 15:3
21:3 23:5
27:13 28:20
33:13 34:15
35:3 38:25
55:15 59:1
63:2 64:3 72:4
73:6 75:2
80:17 86:25
91:13 94:12,17
99:1 104:12
108:3
**means** 78:12
83:9,12 85:12
93:2,4 111:2
**meant** 46:18
**media** 75:17
**medical** 3:7 7:11
7:24 11:23
18:4 26:19
30:22 48:9,15
71:4,5 74:13
**mee** 78:9
**meet** 11:13
48:10 89:8

97:16 110:17
**memories** 75:20
79:23 92:19
94:25
**memory** 61:1
**mess** 90:20
**message** 54:15
54:21,22 68:6
68:10,14 71:15
89:3 102:20
103:3 108:15
108:21
**messages** 22:15
**million** 33:3
**mind** 20:24
**minds** 42:8
**mine** 73:5
**minute** 7:7
56:16 110:1
**minutes** 109:20
109:24 112:11
**missing** 31:4
**mistakes** 23:15
39:4,6,8 46:3
93:3 95:8
**misunderstan...**
34:12
**mom** 47:19,22
108:5
**mom's** 108:8,21
108:22
**moment** 35:3
**moments** 25:3
37:5
**money** 15:4,5
16:10 32:23,25
33:4,9,11,16
33:20,20,22
34:2,5,7,14,16
34:17 65:7
75:1,2,3,3
95:21 104:8
105:2 106:2
**months** 86:7
**moral** 80:2
**morning** 19:1
**mother** 55:6
67:6,9 81:1,1,2
**motivation** 90:6

90:8,9
**move** 22:23
26:12,13,14,18
48:23,24 51:9
73:10 76:10,15
76:16 85:17
**moved** 48:21
**movies** 41:16
**moving** 23:17
37:21 42:19
**multiple** 2:15

_____

### N

**N** 2:1
**name** 20:25 22:1
86:23 108:8
113:6
**names** 32:19
**natural** 61:17
**nearby** 4:11
**necessarily**
27:19 29:24
**neck** 83:24,25
**need** 2:19,25
5:11 8:19,21
11:15 13:19
22:10,22,22
23:25 24:19,19
24:21 25:14
27:7,21 29:7
30:21,22 35:23
39:3 42:1,1,2
42:11,12 50:11
52:14 54:21
66:7,22 67:1
72:7 78:14,14
80:1 86:19
90:5,6,7 93:25
99:9 100:2
103:5 105:13
106:6,6
**needed** 38:10
**needs** 63:3,8
67:6 96:12
109:11
**negotiator** 1:8
91:22
**neighborhood**
42:23 110:4,5

**neither** 72:1
**net** 61:19,20
**never** 24:13,25
32:20 36:23
42:11 51:14
71:25 80:12
90:9,11
**new** 40:19 91:3
**news** 101:20
**nice** 40:7 60:12
65:18,19
**night** 62:11
**nightmare** 18:2
**nine** 24:14
**Nine-millimeter**
49:12,13
**nine-year-old**
8:14,24 17:6
42:10 45:14
56:13
**noise** 86:1
**noises** 93:25
**Nope** 112:2
**note** 96:16
**number** 2:10

_____

### O

**O** 2:1
**obvious** 73:6
**obviously** 21:14
33:13 34:3
80:2,2 98:1
**office** 16:2
**officers** 99:15
**Oh** 4:12 9:17
15:21 21:12
22:10 25:12,24
26:5 30:1
32:24 40:6
44:11 48:17,19
49:9,16 50:6
50:21,23,23
53:23 54:6
55:21,21 56:18
56:18 60:6
61:9,24 62:1
62:14 63:21
70:23 71:21
72:12 74:15

76:22 77:14
81:25 82:21,23
82:25 86:5
87:16 88:4
89:20 90:13,25
91:11,25 92:14
101:5 106:18
108:6 110:5
111:19
**okay** 2:18 3:9
4:12,17 5:8 6:8
6:9,20,24 7:4,7
12:22 13:3,14
15:21,25 16:14
17:18,19,21,22
19:11,13,21
21:1 26:17
27:1,5,25 30:8
30:9,18,20
32:14,21 33:24
34:8 36:8,11
36:12 41:5,11
45:5,16 48:19
48:23,25 49:7
49:16 52:12
54:4,10 56:17
56:23 59:13
65:2,12 67:12
67:14,15,21,25
68:1,7,8,17
69:4,4,24
79:15 81:22
82:11,15,19,25
83:1,4,7 84:3,6
85:22,22,25
88:6 90:15,24
91:8 96:16,18
96:21,22 98:3
102:5,25 103:1
103:2,6,11,12
105:19 108:11
108:13,16,23
109:6,9,12,18
109:20,21,25
110:7,13,14
111:19,21,23
112:10,11,12
112:13
**old** 24:14 49:18

**older** 30:17
  104:25
**oldest** 36:2
**once** 73:18
**opportunities**
  90:14
**opportunity**
  10:2,5 25:2
  36:19 38:4
  41:18 50:15
  52:5,6 65:22
  71:23 98:18,24
  99:3
**outside** 4:9,10
  4:24 17:10
  25:18 27:3
  28:11 31:22
  67:12 69:14,15
  69:17 82:14,16
  94:19 99:15
  103:5 110:4
  111:4,6,9,9
**owe** 43:12
**owned** 23:14
  39:4,5,7 51:8
**owning** 93:2
**owns** 46:2 95:8

**P**

**P** 2:1
**p.m** 2:3
**PAGES** 1:10
**paid** 33:7
**pain** 4:19,19,20
  4:21 24:6,8,9
  24:11 45:7
  48:15 57:7
**paradise** 62:8
**paramedics** 4:22
  44:17,22 69:25
  70:2,8
**parents** 46:17
**Park** 62:24,25
**parked** 110:2
**part** 12:7 18:12
  18:16 21:14
  39:5 64:6
  100:17,20
**pass** 91:21

**passed** 89:3
**passionate** 30:11
  30:12,13,15
**patio** 82:17
**Paula** 4:16 7:25
  11:12,15 25:18
  35:23 36:1
  37:22 43:14
  66:8 73:13
  75:12 76:13
  79:3 85:6
  88:17 93:12
  99:16
**Paula's** 2:10
**pause** 68:2
  108:12
**pay** 8:10 15:10
  15:11,11 77:7
**paying** 16:9
**people** 4:2,7,14
  7:9,11 9:16
  10:6,11 14:21
  19:7 23:6
  25:18 27:3
  30:5 31:22
  32:22,23 33:21
  34:13,15,18,19
  38:7,7 39:25
  40:1 57:8,17
  59:9 68:21
  72:8 75:2 76:6
  79:18 80:10,15
  80:21 82:14
  86:14 88:19,20
  104:8,24
**people's** 22:23
**percentage**
  33:23
**person** 12:2 22:8
  22:10 35:22
  66:7 69:16
  75:23 80:21,22
  89:11
**Personal** 33:12
**Philadelphia**
  16:7
**Philly** 15:19
**phone** 1:7 2:5
  6:10 13:20

16:6 28:2,5,7
  29:22 36:1,7,9
  36:12 41:10
  56:16,22 57:1
  70:18,21,21
  75:23 83:6,23
  83:23,25 90:23
  112:7
**phones** 91:4
**pictures** 29:21
**piece** 20:13,14
  21:21 22:3
  28:17 38:6
  47:3,7,17
  51:16,19 95:9
  95:12
**place** 43:20
**places** 60:13
  61:5
**play** 54:25 62:23
  68:17,18
  102:23,24
**played** 29:23
**plays** 30:2 62:18
  62:19
**please** 12:25
  13:22 17:20
  21:8 24:16
  27:11 44:16
  56:15 66:20,23
  67:10 70:21
  78:20 84:5
  89:22 91:11,17
  100:7 101:4
  104:17 105:9,9
  105:11,13
  106:25 107:4
  108:21 111:20
**plenty** 3:16 14:7
  17:5 20:23
  32:9 72:13
  90:14 96:10
**plus** 33:22
**point** 16:23
  22:22 34:2
**police** 39:1
  42:24 80:13
**policy** 8:16
**Ponzi** 7:15 21:17

32:8 64:16
  72:20 73:7
**position** 21:11
  71:3
**positive** 39:24
**Possession** 94:6
**possessions** 94:5
  104:20
**possible** 22:2
**possibly** 104:15
**pretty** 18:25
  20:1 65:20
  90:2
**previously** 3:16
**priority** 47:25
  47:25 48:2
**prison** 8:1,2,21
  8:22 9:16
  10:11 29:24
  107:17,22
**probably** 5:13
  25:20 55:25
  58:9,9 74:2
  81:24 92:8
**problem** 72:6
  73:5
**problems** 34:3
  57:7
**proceedings**
  113:6
**process** 29:23
**project** 113:6
**promise** 17:14
  36:12 67:17
  108:25 109:4,6
  110:1 111:24
  112:5,6,6,9,9
**promised** 3:22
  3:24 33:14,15
  83:15
**promising** 33:10
**property** 13:17
**protect** 49:20
  50:4
**protecting** 50:1
  50:2
**provide** 20:2
  38:9 70:10
  95:22 96:2

**provided** 13:19
  20:4 43:17
**provider** 85:12
**psychopath** 70:5
**pull** 25:15
**pulled** 16:20
**punished** 59:9
**put** 7:3 26:1
  27:24 28:1
  34:16 36:6,9
  40:14,17 44:25
  45:2 55:7,9,11
  70:9 71:3
  72:19 84:11
  89:17
**putting** 21:10
  27:18 69:14

**Q**

**question** 32:12
**questions**
  110:12
**quick** 18:25

**R**

**R** 2:1
**raided** 19:8,11
  19:14 22:24
**raised** 80:23
  105:6
**ran** 32:9
**read** 96:16,17,22
**ready** 8:25 43:1
  64:5,6 83:10
  83:13
**real** 10:21 43:11
  45:3 76:5,9,10
  95:8
**reality** 101:7
**realize** 36:17,17
**realized** 34:25
  42:12 44:2,3
**really** 5:5,11 7:4
  10:22 11:17
  14:5 16:21
  22:21 23:13
  52:1 55:22
  58:6 70:15
  73:19 74:6
  75:8,12 84:1

91:22 92:25
102:22 105:14
107:4 108:25
**reason** 57:8
81:14 83:16
98:9
**rebuild** 51:9
**recap** 19:24
**received** 19:22
33:17 57:14
**record** 101:11
**recorded** 46:25
103:3 113:5
**recording** 51:15
**records** 11:7,9
11:11
**recover** 24:13,15
72:14 73:8
96:6
**recovering** 96:9
96:11
**recovery** 107:9
**redemption**
107:12
**refuses** 102:17
**regret** 57:9,9
105:16,16
**relationship**
51:10
**Relationships**
56:7
**relay** 71:15
**relayed** 68:6
**remedied** 92:3
**remedy** 85:4,9
85:10
**remember** 59:24
85:17
**remorseful** 23:8
23:10 34:23,25
34:25 39:3
**render** 70:8
**rental** 66:9
**replaced** 94:7
104:20
**Reporting** 1:24
**respectfully**
59:14,16
**responsibility**

59:6
**responsible**
58:20
**rest** 3:21 11:5
25:3 31:5
36:20 39:14
40:3 42:9 77:3
87:5 98:20
**result** 20:18
98:14
**return** 33:21
**right** 3:6,24 4:5
6:7 7:1 9:3
11:1 12:8
14:16 16:24
19:18 24:24
26:20,23 28:16
32:3 36:1
39:13 43:23
45:25 49:2,4,5
49:19,25 53:19
56:17 58:16,16
67:10,21,25
75:10 77:21
81:13 91:4,4,5
95:13 97:20
98:10 100:4
111:24
**ringing** 2:5
**ripped** 25:7 38:6
**robot** 17:8
**Rocky** 15:19
**rolled** 101:3
**room** 53:10
**Ruger** 49:15,16
**ruined** 65:20
75:15 104:6,9
104:13,14,16

———————
**S**
**S** 2:1
**safe** 4:15 5:12
37:21 42:25
**safely** 13:15,24
**safety** 17:11
45:1 89:17
110:24
**sake** 22:16 35:13
108:6

**saw** 5:9
**saying** 10:9
19:22,23 48:3
51:2 57:3
83:21 84:15
**says** 37:22 78:9
**scared** 93:16
**scheme** 7:16
14:25 15:2
21:17 32:9
64:16 72:20
73:7
**school** 55:15
59:19 62:16
**screen** 91:11
**second** 67:14
108:12
**SECURITIES**
1:1
**see** 4:14,15 7:13
10:2 12:2
17:10 18:20
20:21 22:17,19
24:25 25:19,20
26:6 27:20
29:21 30:2,5
30:17,17,22,23
35:18 38:15
41:14,15,15
43:1,4,16,23
43:25 44:1,19
45:16 47:23
48:10 50:19
51:22 52:11,13
52:14 53:5,11
54:4 58:2 59:9
68:15,25 70:11
74:6,17,19,21
76:20 77:25
81:21,22 82:14
82:20 83:1
85:18 86:16
87:5 90:9,11
90:14 94:20,22
95:1 98:13,21
98:21 99:4
100:17 101:2,2
101:19,25
102:4,4 103:15

103:16,23
107:14,14,18
**seeing** 30:12,14
45:12 93:4
101:6
**seen** 10:11 75:16
77:15
**selfish** 99:10
**send** 15:6 33:21
44:16 70:5
78:16,18,18,20
88:24 89:1
91:12,15
**sending** 17:8
78:25
**sent** 22:15
**sentences** 10:11
**Services** 1:24
**settled** 33:16
**settlement** 33:17
**settlements**
33:12
**shake** 40:19
**shape** 13:18
17:24
**Shifflett** 113:3
**shit** 3:2 20:13,14
21:21 22:3,15
25:22 31:9,16
38:6,13 47:3,7
47:17 51:16,19
77:5 78:4,5,12
81:15 91:25
93:18,20 95:9
95:12 100:15
**shoot** 6:6 24:11
26:7 41:12
42:7 45:13
50:15,16 77:24
78:1,2 89:22
90:1 92:12
101:8 102:2
**shooting** 50:3
92:22
**shoots** 46:9
**shot** 3:5 12:21
35:13 40:7
41:16 69:9
91:17 98:6,8

99:25
**shoulder** 48:25
49:3,5
**show** 79:7 89:5
91:25 93:18,20
95:7 100:2,15
105:20 107:5,8
**showed** 40:5
72:16
**showing** 36:20
40:4 75:18
95:24,24
**shown** 23:14
100:1
**shows** 57:4,15
95:16
**siblings** 55:7
**side** 4:3 10:24
**single** 9:1 40:1
77:13 96:3
104:25
**sir** 66:15 88:8
110:6
**sitting** 7:5 42:23
85:21 109:19
111:15
**situation** 20:20
26:1
**situations** 20:22
76:6
**skeletons** 80:18
**SL-02855-A** 1:4
**small** 61:24
**smart** 70:4
72:13,16 108:2
**smarter** 102:15
102:16
**soccer** 62:18
**social** 75:16
**somebody** 2:16
5:25 6:2,11,15
6:18,20 7:8
8:24 12:12,16
12:24 16:7
31:19 46:9
52:23,24 53:3
53:13,13,16,23
54:1,1,11 57:8
64:14 67:19

82:12 93:8
95:23 97:21
**son** 30:17 36:2
47:22 49:18,19
49:19 50:4
55:4 56:13
67:4 82:1
86:22 102:14
102:16,18
108:14,20
111:3
**sons** 43:16 90:15
95:8
**soon** 11:10
112:14
**sooner** 19:16
**sorry** 4:25 5:14
7:19 8:10
10:21 11:16,17
11:17,18,20,21
11:25 26:24
28:19 30:25
34:11 35:9,21
35:21 38:24
41:4 43:11,13
50:10,20 52:1
52:1,3,4 55:21
55:25 58:5
66:5 69:10
70:14 71:12
72:11 75:8,9
76:4 87:22
88:15,15,18,19
89:6 91:7,7
92:5,5,6 95:1
99:19 108:16
110:8,25 111:1
111:1,12
**sorts** 61:9
**sound** 23:8
34:22,23
**sounding** 15:20
**sounds** 16:19
**source** 97:11
**specifically** 79:4
**spend** 17:2,5
36:20 40:3
60:21
**spending** 61:1

**spent** 60:22 62:8
**sports** 16:16,16
62:17
**squad** 96:21
**stand** 69:18,21
**standoff** 98:2
**standup** 59:6
**start** 37:15 86:6
**started** 36:15
64:10 85:13
86:7
**state** 74:13
**STATES** 1:1
**stay** 6:10 13:20
28:2 56:15
70:17,20,21
**staying** 68:5
**stealing** 95:23
**step** 8:6 9:1
**steps** 79:24,25
97:17
**stiff** 65:11
**stop** 13:9,12
37:17 56:15
**story** 2:21 3:22
4:4,18 5:2,2,12
10:25 11:2,5
14:3,7,16 18:5
58:19
**straight** 81:17
**strength** 23:14
23:16 99:22,23
100:1
**stretcher** 101:7
**strong** 39:3,6,7
39:8 61:22
103:25
**stuff** 20:1
**stupid** 36:17
108:1 110:11
**SUBJECT** 1:7
**sucks** 35:13
**suffer** 57:2 74:5
**suicide** 8:10
25:1,6
**summer** 18:6
60:9,22,23
61:2 62:8
**superiors** 57:14

**supervisors**
96:21 97:5
**supporting**
38:11
**supposed** 22:25
52:7,10 54:5
**supposedly** 15:6
**sure** 7:4 12:11
13:2 24:5
32:10 34:16
37:20 42:25
45:6 47:2,24
48:24 49:20
58:19 60:25
63:1 69:3,4
71:18 79:15
86:3 88:4,8
93:22 109:16
111:8
**swear** 90:2
**system** 10:17
30:3,7

——————
**T**
**Tahoe** 60:11,12
62:3 64:23
65:3 71:23,25
87:21 88:3
**take** 8:6 28:2
39:12,13 50:4
51:11 56:20
60:14,14 63:3
63:8 64:15,24
68:21 69:3
76:9 77:3 83:2
103:15 109:14
**taken** 34:16
74:17
**takes** 72:21,21
99:21
**talk** 2:16 4:4 5:3
5:7,15,18,18
5:19,20 10:2
18:15 19:17
25:2 29:21
30:19 36:3
37:1 40:7,9,12
40:21 43:5,8
43:10 48:9

52:6 54:19,21
59:1 74:18
76:19 78:14,15
82:9 87:25
89:9 97:16
110:14,18,24
111:5 112:14
**talked** 3:16 5:4
9:14,16 14:8
32:20 39:20
47:16 76:6
85:1
**talking** 4:2 7:5
7:13 8:6 9:11
13:8,9,12
17:22,23 19:7
27:2 28:14,16
40:8 42:23
43:8,9 45:19
50:2 53:21
54:3 56:20
57:13 58:16,18
66:21 67:11,25
76:23 77:23
81:17 83:15,24
85:21 87:25
88:5 95:15
99:25 109:20
**talks** 91:23
**teach** 40:20,22
40:23
**team** 70:7,13
76:8
**teammates**
94:18
**tear** 17:20,22
**teenagerhood**
37:6
**teenagers** 24:20
**Tel** 107:3 111:19
**tell** 2:21,23 5:2,2
5:12 6:6,21
7:14 8:10,25
10:12 11:22
12:25 13:21,21
14:3,3,7,15,16
14:17 18:4
23:17 27:17,23
27:24 28:1,10

32:11 37:17
38:4,5,6,20
45:1 52:14
53:13 54:4
66:19 67:9
68:7 70:22,25
71:11,19 74:3
83:22 84:5,6,7
89:9,21,23
91:17 93:11
95:14 99:20
100:6,8 101:15
102:1 103:19
104:15 105:8,9
105:11,11,12
108:9,12,13,14
108:14,20,25
109:1,14 112:4
**telling** 11:2
16:14 17:13
28:15 45:6
46:20 49:7
53:19 59:3
78:10 80:11
94:18 96:23
102:23
**terminate** 77:6
**terms** 32:22
**terrified** 55:5,6
55:6,7 88:23
93:13
**testify** 58:25
**testimony** 22:8
22:11 58:23
**text** 22:15
**thank** 2:9,11,17
16:14 19:23
27:9 45:5
46:20 48:3
49:7 57:3,15
58:17 59:15
66:7 67:13,16
71:21 83:17,21
91:8 112:13
**thanks** 68:5
**They'd** 77:5
**thing** 17:1 18:13
18:17,25 22:23
45:25 55:12

56:8 59:4,11
60:4 63:11
74:2 82:4 94:6
94:6 100:4
105:17
**things** 8:19
23:18 29:25
35:3,4 36:5
40:20 41:18
52:13,15 58:16
66:4 71:12
77:8,10 88:12
89:9 104:14
106:21
**think** 2:20 8:5
12:10 14:4
18:10,19 21:10
22:8 25:24,24
25:25 26:10
31:4,11,19
32:2,5 35:15
36:4 37:9,19
37:20 39:14
41:8,11,13,14
42:11 43:21
45:3,10 46:16
46:22,23 47:13
47:14,21,23
48:8 49:3,22
50:3,22 51:23
51:24 53:1
55:16,16 56:16
57:23 58:7
59:12 63:7,8
63:10,13 64:12
69:18,20,22
71:22 73:25
74:12 80:5,5
84:19,20,24
87:4 92:6
106:8
**thinking** 25:13
25:14,16 37:15
**thinks** 65:16
**thought** 28:4
64:11 72:21
90:2
**threatened** 16:4
**three** 23:11 35:1

**threw** 12:12,16
13:10
**throw** 12:18
**thrown** 101:12
101:14
**time** 3:4,16 5:1
8:13 9:15 10:7
10:12 17:2,5
20:21 24:10,10
24:11 25:8,9
28:2 30:6,6
33:7 35:4 39:3
41:15 51:9,11
56:9,9,12,13
56:13 60:2,9
62:8 79:19
86:10 94:1,7
100:1
**times** 2:15 74:5
99:20
**today** 5:5 9:10
9:12,13 19:3,5
19:7 23:14
44:2 50:19
52:2 58:8 85:1
85:5,14 86:10
87:24 97:1,5
97:12,25 98:11
98:15 107:8,25
108:5
**told** 11:3 14:4
15:17,18 19:25
19:25 43:14
51:14 55:22
72:25 78:1
79:3 80:12,15
80:16 81:5,8
81:10 84:13
85:14,16 88:24
88:25 90:17,18
95:16 97:8,11
110:22
**tomorrow** 23:1
23:3
**ton** 29:25
**top** 16:2
**totally** 16:17
**touched** 6:18
91:10

**trained** 70:2
**Transcriber**
113:15
**TRANSCRIB...**
113:1
**transcript** 113:4
**transcription**
1:17 113:5
**transferred** 65:7
**trash** 101:14
**traumatized**
12:7 37:7
**treatment** 48:15
**tried** 44:4 70:15
86:6
**trigger** 25:15
**trips** 71:24
**trouble** 7:18
38:25 58:20
**true** 10:10 60:7
64:25 90:13
105:20 113:4
**trust** 8:17 81:13
83:17
**truth** 51:22
86:15,15 96:22
96:23
**try** 2:10 3:23 4:3
13:2 21:6
31:14 34:8
93:22
**trying** 7:10
11:13 12:11,11
13:13,14 20:2
20:8,11 28:10
35:25 38:9
42:25 85:4,8
85:10,11,13
91:23 95:4
**turned** 18:1
20:15 21:16
**turns** 103:12,14
**twice** 41:16
99:25
**two** 5:7 8:12,13
8:16 38:7
57:10 59:18

_____

**U**

**Uh-huh** 33:18
61:14 66:10
**un** 75:6
**understand** 3:14
10:16 16:17
28:25 32:11
98:23 105:24
**understands**
31:19
**unfortunately**
55:10
**UNITED** 1:1
**unlocked** 6:23
90:7 91:16,16
**upcoming** 18:6
**upset** 37:15
**upward** 44:9
**use** 50:3 51:17

_____

**V**

**Vacations** 72:3
**van** 111:14,17
**Vegas** 15:25
16:12 47:20,21
**venture** 72:20
**versus** 39:15
**victim** 21:4,6,7,8
**victims** 23:7
**Violet** 108:9
**visit** 107:17
**voice** 103:10
**voicemail** 16:6
**volunteered**
110:23,23

_____

**W**

**waiting** 103:4
**walk** 89:13
95:10
**wallets** 35:5
**want** 2:15,24 3:7
3:8,9,15,15
4:14 5:7,20
6:25 7:7,13,17
9:1 10:24 11:4
11:5 12:1,2
14:15 22:17,19
24:2 25:19,19
26:13 27:7
29:14,16 32:10

35:18 36:3,8
37:14 38:5,15
40:1,23 43:1,4
43:6,16,17,23
43:25 44:1,19
48:8,9,10,15
50:19 51:17
53:15,15 54:18
54:18 56:19,21
57:1,6 59:8
66:24 68:10,18
70:12,12,13
71:5,5,6,11,14
71:15,15,19,23
73:24 74:5,7
74:13,19,21
77:19 78:1,2
78:15,21 79:9
82:10,11 84:14
86:15,16 87:8
87:9,17,18
90:15 92:15,18
93:12,13,23
94:20,22,24,25
95:1 96:16,17
99:4,14,15,16
99:16,16,17,17
99:18,18
100:13,13
101:10,11,11
101:23,25,25
102:19 103:22
105:10 106:21
107:14,14,18
108:11,25
109:10,12
110:17,17,18
**wanted** 5:19
14:3 49:20
51:15,16 57:10
58:19 86:14
95:21 96:2
99:20 100:17
100:18
**wanting** 53:18
59:6 67:22
**wants** 6:8 30:17
30:18 31:20
41:14 43:15

45:16 47:23
48:10 52:11
54:17 55:4,23
68:14 70:10,11
75:19 77:25
79:4 81:21,22
88:21 93:17
99:11 100:21
102:22 103:19
**wasn't** 18:24
46:19,22 56:3
64:5
**way** 4:15 5:1,22
9:1 14:16
31:21 38:10
41:13 46:6,11
51:11 52:9
72:23 74:12
75:9 77:3
80:23 85:6
97:21 103:12
103:13
**ways** 31:23
72:14 85:11
**we'll** 72:1,1 89:9
**we're** 2:10,25
3:20,21 4:8
7:13 8:6 9:10
13:2,8,24
17:16,21,22,23
28:13,15 35:25
40:8 42:23,24
45:18 67:25
71:11 77:20,22
78:13 83:15
87:22 91:12
**we've** 30:18
39:20 52:10
75:16 84:25
95:15
**weapon** 17:11
49:8 50:4
**weddings** 10:4
29:11,13
**weird** 60:2
**welfare** 104:23
**went** 18:25
32:17
**weren't** 15:1

16:21
**White** 29:23
**white-collar**
96:21,25 97:19
98:11
**wife** 13:19 17:25
18:17,18,19
23:15 30:18
45:15 63:3,6
76:8 80:6,9,12
80:21 87:6
89:6 94:14,14
105:8
**window** 111:16
**wires** 22:14
**wish** 12:4,5
25:10,11 36:14
36:15 43:7
48:12 71:6,8
**word** 17:16
40:19
**words** 105:23
**work** 5:4 30:24
51:12 52:15
58:11,13 65:23
66:2 70:9 71:3
71:3 77:9,10
77:15 88:12
89:18 97:2
105:1 106:21
**working** 58:15
**works** 10:17
**world** 24:19,20
76:24 81:2
101:7
**worried** 4:8
11:14,14 16:25
17:1 45:11
66:11 67:3
81:4,5,18,19
97:24 105:2,2
105:3 106:11
108:7 110:24
**worse** 31:17
35:16 56:7
77:12
**worst** 9:12,13
18:16
**wouldn't** 31:14

70:4 80:12
95:20
**wounds** 24:10
**write** 64:8 86:10
**writing** 86:7
**wrong** 19:20
22:25 51:18
**wronged** 31:22
**wrote** 16:2 21:22
22:1

___

**X**

___

**Y**

___

**y** 6:3
**yeah** 2:14,20 3:3
5:21 10:13
16:22 18:14
19:12,19 20:14
20:25 21:14,24
21:25 23:4,10
26:16,24 28:4
30:1 33:5
34:15,21 35:8
37:24 40:6
41:10 47:7
60:19,20,24
61:3,6,12,17
61:18,21 62:9
62:9,13 63:21
64:21,24 67:19
68:4 69:22
79:16 83:2
84:1 85:24
92:17 93:2
97:13 98:1
101:18 102:16
111:17 112:5,5
112:5
**year** 62:16 64:20
**years** 8:12,13,16
9:13 23:11
24:14 31:24
32:9 35:1,1
39:16 41:23,23
41:24 44:4
47:17 49:18
52:2 56:3,6
58:3 72:6
76:16

**young** 74:4
**youngest** 59:18

___

**Z**

___

**Z** 2:25
**zip** 16:1

___

**0**

___

**1**

___

**1** 1:10
**10** 72:5
**11-year-old**
24:15 61:13,15
**113** 1:10
**15** 72:5
**17** 56:3

___

**2**

___

**2:57** 2:3
**20** 72:5
**2017** 14:6
**202** 1:25
**2022** 2:3 24:20
**22** 47:16 49:18
**22030206.mp3**
1:9 2:2 113:7

___

**3**

___

**3** 2:3
**3.4.2022** 1:7
**30** 58:3 99:20
**300** 33:3

___

**4**

___

**40** 58:3
**467-9200** 1:25

___

**5**

___

**5** 72:5
**50** 56:6

___

**6**

___

**7**

___

**8**

___

**9**

___

**90** 33:22
**913-486-9975**

2:4

# Exhibit 3

| | |
|---|---|
| **From:** | John Sellers |
| **To:** | Abbott, Laurie E; Ostler, Joni |
| **Subject:** | Jeffrey Judd |
| **Date:** | Friday, March 25, 2022 12:31:09 PM |

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Laurie and Joni,

Thank you for speaking with me on the phone today regarding the subpoena served on J&J Consulting/Purchasing and Jeffrey Judd.  I am one of several attorneys representing Jeffrey Judd.  We are seeking an extension of time to comply with the subpoena for next Friday, with your permission.

As I stated on the telephone, Jeffrey Judd has opened two new accounts at US Bank (account numbers ██████4223 and ███████4207)  Here is the information we provided to the US Attorney's Office:

> ***Funding***. Consistent with my practice of dialoguing with other AUSAs, I would like the government to know that Jeff is in the process of opening two new accounts: one, an "IRS Account" to pay his 2021 taxes; two, a "Potential Victim Fund" account. As we learn more about what might have happened, Jeff is dedicated to funding these accounts through liquidation of assets and personal contributions as a sign of good faith, because he cares about his investors and would never want them to suffer harm.

> ***Cars***. In the context of funding, Jeff would also like to sell his cars to put the proceeds into the PVF account.

> ***Airplane***. I also would like you to know that Jeff co-owns an airplane. Since last week, he is no longer using this airplane himself, but chartering it out. There is no flight risk associated with that plane. We are happy to provide more information if so desired. Jeff will also not travel outside the Continental United States and only fly commercially.

Properties to be sold, with all proceeds deposited into US Bank:

521 Angelita Drive, Corona Del Mar, CA 92625 (already sold)
599 N Red Mountain Court Heber City UT (already sold)
2314 E.  La Sal Peak Drive (land) Heber City UT 84032 (under contract for sale)
9 Sky Arc Court Henderson NV 89012 (listing is pending)
8 Twisted Rock Henderson NV 89012 (land) (listing is pending)

2021 Bentley GT convertible
2020 Rolls Royce Dawn
2022 Rolls Royce Cullinan
2019 Ferrari 812 Superfast

I have volunteered to supervise the sale of the real properties to ensure they are marketed at

full fair market value and are sold in arms-length transactions.  I will provide the government with copies of the transaction documents and proof of funds being deposited into one of the two US Bank accounts.  We are in the process of seeking a valuation of the vehicles to determine a reasonable sale price.

Please feel free to call me with any questions.

John Sellers, Esq.
540.878.0063
cco.wcamls@gmail.com

# Exhibit 4

**UtahRealEstate.com - Agent Full Report - Residential**

## MLS# 1796307



| | |
|---|---|
| **Sold Price:** $2,895,000 | **Tour/Open:** None |
| **Original List Price:** $2,800,000 | |
| **Price Per:** $641 | **Status:** Sold |
| **CDOM:** 7 | **Entry Date:** 03/11/2022 |
| **DOM:** 7 | |
| **CTDOM:** 7 | **Contract Date:** 03/17/2022 |
| | **Sold Date:** 03/24/2022 |
| **Concessions:** $0 | **Sold Terms:** Cash |
| **Address:** 599 N Red Ct | |
| **NS/EW:** 599 / | **Summit/Wasatch Area:** Heber (Red Ledges) |
| **City:** Heber City, UT 84032 | |
| **County:** Wasatch | **Restrictions:** No |
| **Proj/Subdiv:** RED LEDGES | |
| **Tax ID:** 00-0021-0348 • History | **Est. Taxes:** $21,836 |
| **Zoning:** | **HOA?:** Yes, $2,200/Year |
| **HOA Contact:** | **HOA Phone:** |
| **HOA Amenities:** Club House; Concierge; Controlled Access; Gated; Golf Course; Gym Room; Pet Rules; Pool; Snow Removal; Spa; Tennis Court | |

**Pre-Market:**

| | | |
|---|---|---|
| **School Dist:** Wasatch | **Elem:** J R Smith | **Jr High:** Timpanogos Middle |
| **Sr High:** Wasatch | **Other Schl:** | |

| Lvl | Approx Sq Ft | Bed Rms | Bath F | Bath T | Bath H | Fam | Den | Formal Living Rm | Kitchen Dining K | Kitchen Dining B | Kitchen Dining F | Kitchen Dining S | Laun dry | Fire place |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1 | 2200 | 1 | 1 | - | 1 | - | - | 1 | 1 | 1 | - | 1 | 1 | 2 |
| B | 2312 | 3 | 1 | 1 | - | 1 | - | - | - | 1 | - | - | - | 1 |
| Tot | 4512 | 4 | 2 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 1 | 1 | 3 |

| | |
|---|---|
| **Roof:** Metal | **Type:** Single Family |
| **Heating:** Forced Air; Gas: Central | **Style:** 2-Story |
| **Air Cond:** Central Air; Gas | **Year Built:** 2017    **Const Status:** Blt./Standing |
| **Floor:** Carpet; Hardwood; Tile | **Acres:** 0.34 |
| **Window Cov:** Blinds | **Deck | Pat:** 200 | 200    **Frontage:** 0.0 |
| **Pool?:** No | **Garage:** 3    **Side:** 0.0 |
| **Pool Feat:** | **Carport:** 0    **Back:** 0.0 |
| **Possession:** Recording | **Prkg Sp:** 0    **Irregular:** No |
| **Exterior:** Cedar; Stone; Metal | **Fin Bsmt:** 95% |
| **Has Solar?:** No | **Basement:** Daylight; Full; Slab; Walkout |
| **Landscape:** Landscaping: Full | **Garage/Park:** Attached |
| | **Driveway:** Concrete |
| | **Water:** Culinary |
| | **Water Shares:** 0.00 |
| | **Spa?:** No    **Community Pool?:** Yes |
| | **Master Level:** 1st floor |
| | **Senior Comm:** No |
| | **Animals:** See Remarks |

**Lot Facts:** Cul-de-Sac; Road: Paved; Sprinkler: Auto-Part; Terrain: Grad Slope; Terrain: Mountain; Adjacent to Golf Course; Drip Irrigation: Auto-Part; View: Red Rock

**Exterior Feat:** Deck; Covered; Patio: Covered; Sliding Glass Doors; Walkout

**Interior Feat:** Video Camera(s); Bar: Wet; Bath: Master; Bath: Sep. Tub/Shower; Closet: Walk-In; Den/Office; Dishwasher, Built-In; Disposal; Gas Log; Oven: Double; Range; Countertop; Vaulted Ceilings; Granite Countertops

**Amenities:** See Remarks; Cable Tv Available; Clubhouse; Exercise Room; Gas Dryer Hookup; Gated Community; Swimming Pool; Tennis Court

**Inclusions:** See Remarks; Ceiling Fan; Fireplace Insert; Microwave; Range; Range Hood; Refrigerator; Water Softener: Own

**Terms:** Cash; Conventional

**Storage:** Garage; Basement

**Utilities:** Gas: Connected; Power: Connected; Sewer: Connected; Water: Connected

**Zoning:** Single-Family

**Remarks:** Stunning mountain modern home situated on the 18th hole of the Jack Nicklaus course at Red Ledges. Recently remodeled. Some of those upgrades include: remodeled master with heated floors, steam shower, and bidet, en-suite, custom built in bunk room, storage lockers and epoxy in the garage, new driveway, extended patio to fit the spacious hot tub, 2 upgraded tankless water heaters. The hot tub, all new furniture and artwork are included for an additional $100,000. Beautiful views from the main level deck. Privacy from the patio below. Gas fire pit with seating for the family. 3 car garage with storage for all of your outdoor toys. This home also has the coveted Red Ledges golf membership, that is available for transferable to the new buyer. Call/text to schedule a showing today!

**Agt Remarks:** Text is preferred - very easy to show

**Excl Remarks:** Car in garage is excluded from the sale

**Show Inst:** Call Agent/Appt; Use ShowingTime

| | |
|---|---|
| | **Owner:** JUDD JEFFREY J, JUDD JEN    **Owner Type:** Property Owner |
| **Contact:** Hannah Richards    **Contact Type:** Agent | **Ph 1:** 435-503-0585    **Ph 2:** |
| **L/Agent:** Hannah Richards    **Email:** hannahmrrichards13@gmail.com | **Ph:** 435-503-0585    **Mobile:** 435-503-0585 |

# Exhibit 5

R

City, Address, Schoo...

Buy ▾   Sell ▾   Rent   Mortgage ▾   Real Estate Agents ▾   Feed

Log In    Sign Up



PENDING

Street View





See all 42 photos

← Search    **Overview**    Property Details    Sale & Tax History    Schools

**$6,700,000**
Est. $34,110/mo **Get a custom quote**

**5** Beds

**5.5** Baths

**6,330** Sq Ft

**Sale pending**

The seller has accepted an offer, and this property is now pending or under contract.

## About This Home

New American Home from 2020 built by Sun West Homes! There is 7,000 square feet of air conditioned space, which includes a Garage/Flex space with wet bar. Interior and Exterior design welcomes you to tranquil waves and water flowing art. The magic of the design in the living spaces

**Continue reading** ⌄

Listed by Robyn Gajjar · Corcoran Global Living
Redfin last checked: just now | Last updated Apr 7, 2022   · Source: GLVAR #2381991 

## Home Facts

| | | | |
|---|---|---|---|
| Status | Pending | Time on Redfin | 15 days |
| Property Type | Residential, Single Family Residence | HOA Dues | $680/month |
| Year Built | 2019 | Style | One Story |
| Community | Crystal Ridge-Amd | Lot Size | 0.46 Acres |
| MLS# | 2381991 | | |

## Price Insights

| | | | |
|---|---|---|---|
| Est. Mo. Payment | $34,110 | Price/Sq.Ft. | $1,058 |



## Payment Calculator

## $34,110 per month ⓘ                    [ Find a Lender ]

● <u>Principal and Interest</u>                    $28,006

● <u>Property Taxes</u>                    $3,694

● <u>HOA Dues</u>                    $680

● <u>Homeowners' Insurance</u>                    $1,731



| Down Payment | Home Price | Loan Details | ••• |
| 20% ($1,340,000) ✎ | $6,700,000 ✎ | 30 yr, 4.764% ✎ | |

Down Payment ✕

Cash ⓘ

| $1,340,000 | 20% |

○

Have a home to sell?

| Add my home equity | |
| --- | --- |
| Cash | $1,340,000 |
| Home Equity | $0 |
| Total Down: | **$1,340,000 (20%)** |

Down payment assistance programs may lower the up-front cost of buying. Learn more.

## Nearby Similar Homes



NEW CONSTRUCTION   VIDEO TOUR

**$5,600,000**

5 Beds   6.5 Baths   6,789 Sq. Ft.



NEW CONSTRUCTION   3D WALKTHROUGH

**$4,300,000**

3 Beds   5 Baths   7,290 Sq. Ft.

713 Dragon Peak Dr, Henderson, NV 89012

( Pool ) ( Yard ) ( Garage ) ( Hardwood Floor )

1687 Tangiers Dr, Henderson, NV 89012

( Garage ) ( Fireplace ) ( Hardwood Floor ) ( Deck )

# Property Details for 9 Sky Arc Ct

## Virtual Tour, Homeowners Association, School / Neighborhood, Taxes / Assessments

### Virtual Tour
- Virtual Tour Unbranded 1 (External Link)

### HOA Information
- Has Home Owners Association
- Association Name: Terra West
- Association Fee: $680
- Monthly
- Association Fee Includes: Security

- Association Amenities: Clubhouse, Fitness Center, Gated, Pool, Guard

### School
- Elementary School: Twitchell Neil C,Twitchell Neil C
- Middle Or Junior School: Miller Bob
- High School: Foothill

### Tax Information
- Annual Amount: $44,327

## Interior Features

### Bedroom Information
- # of Bedrooms Possible: 6

### Bathroom Information
- # of Full Bathrooms: 2
- # of Three Quarter Bathrooms: 3
- # of Half Bathrooms: 1

### Room Information
- # of Rooms (Total): 4

### Room 1 Information
- Kitchen
- Description: Breakfast Bar/Counter

### Room 2 Information
- Bedroom 3
- Description: Ceiling Fan

### Room 4 Information
- Master Bedroom
- Description: Ceiling Fan
- Dimensions: 16x17

### Laundry Information
- Features: Main Level

### Fireplace Information
- Has Fireplace
- # of Fireplaces: 1
- Features: Gas, Great Room

### Equipment
- Appliances: Some Gas Appliances, Built-In Gas Oven, Dryer, Disposal, Gas Dryer, Gas Range, Microwave, Plumbed For Gas, Refrigerator, Washer

- Dimensions: 10x12

### Room 3 Information

- Bedroom 2
- Description: Custom Closet
- Dimensions: 13x11

### Interior Features

- Window Features: Blinds, Double Pane Windows, Drapes, Insulated Windows, Low Emissivity Windows
- Flooring: Carpet, Concrete, Ceramic Tile, Tile
- Other Features: Bedroom on Main Level, Ceiling Fan(s), Master Downstairs

## Parking / Garage

### Garage/Carport Information

- Has Garage
- Has Attached Garage
- # of Garage Spaces: 4

### Parking

- Features: Air Conditioned Garage, Attached, Epoxy Flooring, Garage

## Exterior Features

### Building Information

- Stories: 1
- Year Built Details: RESALE
- Roof Details: Flat
- Construction Details: Drywall

### Exterior Features

- Exterior Features: Built-in Barbecue, Barbecue, Courtyard, Patio, Sprinkler/Irrigation
- Patio And Porch Features: Covered, Patio
- Security Features: Security System Owned

### Fencing: Back Yard, Wrought Iron

### Green Features

- Green Energy Efficient: Solar Panel(s), Windows, HVAC

### Pool Information

- Has Private Pool
- Pool Features: Gas Heat, Heated, Negative Edge, Community
- Has Spa

## Utilities

### Utility Information

- Utilities: High Speed Internet Available, Underground Utilities
- Electric: Photovoltaics Seller Owned
- Sewer: Public Sewer
- Water Source: Public

### Heating & Cooling

- Has Cooling
- Cooling: Central Air, Electric, High Efficiency, 2 Units
- Has Heating
- Heating: Central, Gas, High Efficiency, Multiple Heating Units, Zoned

## Property / Lot Details

### Lot Information

- Lot Size Area: 0.46
- Lot Size Acres: 0.46
- Lot Features: 1/4 to 1 Acre Lot, Drip Irrigation/Bubblers,

### Property Information

- Has View
- Direction Faces: South
- Resale

Desert Landscaping, Landscaped
- Zoning Description: Single Family

| Location Details | |
|---|---|
| **Community Information** | **Location Information** |
| • Community Features: Pool | • Distance To Sewer Comments: Public |
| | • Distance To Water Comments: Public |

Details provided by GLVAR and may not match the public record. Learn more.

---

# Sale & Tax History for 9 Sky Arc Ct

**Sale History**   Tax History

**Today**

○ **Apr 7, 2022**          Pending            —
   Date                   GLVAR #2381991        Price

○ **Apr 5, 2022**          Relisted (Active)  —
   Date                   GLVAR #2381991        Price

○ **Mar 29, 2022**         Pending            —
   Date                   GLVAR #2381991        Price

○ **Mar 27, 2022**         Listed (Active)    $6,700,000
   Date                   GLVAR #2381991        Price

**Mar, 2022**

○ Mar 22, 2022                Listed (Active)              *
   Date                       GLVAR #2380325              Price

See all property history ⌄

---

# Schools

GreatSchools Summary Rating

| **9**/10 | **John Vanderburg Elementary ...** <br> Public, PreK-5 • Serves this home | 951 <br> Students | 2.3mi <br> Distance | ★★★☆☆ <br> 42 reviews |

| **8**/10 | **Neil C Twitchell Elementary S...** <br> Public, PreK-5 • Serves this home | 938 <br> Students | 2.4mi <br> Distance | ★★★☆☆ <br> 20 reviews |

| **7**/10 | **Bob Miller Middle School** <br> Public, 6-8 • Serves this home | 1629 <br> Students | 2.5mi <br> Distance | ★★★☆☆ <br> 25 reviews |

| **5**/10 | **Foothill High School** <br> Public, 9-12 • Serves this home | 2720 <br> Students | 5.1mi <br> Distance | ★★☆☆☆ <br> 11 reviews |

Case 2:22-cv-00612-JCM-EJY   Document 2-5   Filed 04/13/22   Page 95 of 337

School data is provided by GreatSchools, a nonprofit organization. Redfin recommends buyers use GreatSchools information and ratings as a first step, and conduct their own investigation to determine their desired schools or school districts, including by contacting and visiting the schools themselves. Learn more about GreatSchools' rating system.

Redfin does not endorse or guarantee this information. School service boundaries are intended to be used as a reference only; they may change and are not guaranteed to be accurate. To verify school enrollment eligibility, contact the school district directly.

Schools don't impact everyone equally. Learn more about the achievement gap.

## Around This Home

### Transportation in 89012



**0** / 100

Car-Dependent
Walk Score®

**0** / 100

Minimal Transit
Transit Score®



🛒 **Places Nearby**
8 groceries, 50 restaurants, 13 parks                                                    ⌄

## Activity for 9 Sky Arc Ct



| 1,254 | 41 | 0 | 0 |
| Views | Favorites | X-Outs | Redfin Tours |

## Public Facts for 9 Sky Arc Ct

| | | | |
|---|---|---|---|
| Beds | 4 | Lot Size | 0.46 Acres |
| Baths | 5.5 | Style | Single Family Residential |
| Finished Sq. Ft. | 6,330 | Year Built | 2019 |
| Unfinished Sq. Ft. | — | Year Renovated | 2020 |
| Total Sq. Ft. | 6,330 | County | Clark County |
| Stories | 1 | APN | 17833610039 |

Home facts updated by county records on Mar 16, 2022.

## Climate Risk

### About Climate Risk

Most homes have some risk of natural disasters, and may be impacted by climate change due to rising temperatures and sea levels.

**Flood Risk** Provided by First Street Foundation

Flood Risk

**Environmental Risks** Provided by ClimateCheck



☁ **Storm Risk**
**Relatively Low** - 13 storms expected in 2050                    ⌄

💧 **Drought Risk**
**Extreme** - Water stress expected to be 154% in 2050             ⌄

☀ **Heat Risk**
**High** - 39 hot days expected in 2050                           ⌄

🔥 **Fire Risk**
**Relatively Low** - 0% of land expected to burn in 2050          ⌄

Climate risk data is provided for informational purposes only by Flood Factor™ and ClimateCheck®.

Redfin does not endorse nor guarantee this information. By providing this information, Redfin and its agents are not providing advice or guidance on flood risk, flood insurance, or other climate risks. Redfin strongly recommends that consumers independently investigate the property's climate risks to their own personal satisfaction.

Questions or feedback about this data? Get help at floodfactor.com and climatecheck.com

# Redfin Estimate for 9 Sky Arc Ct

We cannot show automated home-value estimates for this home. Learn More

Nearby Homes have recently sold between **$1,328,000** to **$4,600,000**.



**$4,600,000** Sold Price    Ⓐ

4 Beds   4.5 Baths   5,771 Sq. Ft.

686 Tranquil Rim Ct, Henderson, NV 89012

— $261/sq ft

↓ smaller lot

SOLD APR 19, 2021

**$1,945,000** Last Sold Price

6 Beds   6.5 Baths   6,542 Sq. Ft.

786 Bolle Way, Henderson, NV 89012

— $761/sq ft

↓ smaller lot

↓ 7 years older

View comparables on map ⌄

---

## Market Insights for 9 Sky Arc Ct

Based on homes from MLS and/or public records

Redfin › Nevada › Henderson › 89012

Redfin › Nevada › Henderson › 89012

## Single-Family Home Sales (Last 30 days)



**Ascaya**   Neighborhood

| **$9.75M** | **105** | **5** |
| Median List Price | Median Days on Mkt. | # Listed Homes |
| **$954** | **96.8%** | **1** |
| Median $ / Sq. Ft. | Median Sale-to-List | # Sold Homes |

## Market Competition in Henderson

Calculated over the last 3 months



**65**   **Somewhat Competitive**
Redfin Compete Score™ ⓘ

0     100

- Some homes get multiple offers.
- The average homes sell for around list price and go pending in around **27 days**.
- Hot homes can sell for about **3%** above list price and go pending in around **7 days**.

**Compare to nearby Cities** ⌄

## Nearby Similar Homes

Homes similar to this home are listed between $435K to $6,000K at an average of $610 per square foot.



NEW CONSTRUCTION    VIDEO TOUR

**$5,600,000**

5 Beds   6.5 Baths   6,789 Sq. Ft.

713 Dragon Peak Dr, Henderson, NV 89012

Pool   Yard   Garage   Hardwood Floor

NEW CONSTRUCTION    3D WALKTHROUGH

**$4,300,000**

3 Beds   5 Baths   7,290 Sq. Ft.

1687 Tangiers Dr, Henderson, NV 89012

Garage   Fireplace   Hardwood Floor

**$3,399,999**

5 Beds   5.5 Baths   4,495 Sq. Ft.

2184 Skyline Heights Ln, Henderson, NV 89052

Garage   Deck   Central Air   Spa

**$5,999,999**

6 Beds   5.5 Baths   6,078 Sq. Ft.

14 Sanctuary Peak Ct, Henderson, NV 89012

Pool   Yard   Garage   Deck   Central Air

**$4,750,000**

4 Beds   5 Baths   7,122 Sq. Ft.

580 Saint Croix St, Henderson, NV 89012

Pool   Yard   Garage   Fireplace

**$434,500**

2 Beds   2 Baths   1,277 Sq. Ft.

590 Mountain Links Dr, Henderson, NV 89012

Pool   Garage   Hardwood Floor

Case 2:22-cv-00612-JCM-EJY   Document 2-5   Filed 04/13/22   Page 101 of 337

| View More Homes |
| --- |

---

## Nearby Recently Sold Homes

Nearby homes similar to this home have recently sold between $1,510K to $6,025K at an average of $640 per square foot.

**SOLD JAN 12, 2022**

**$6,025,000** Last Sold Price

5 Beds   5.5 Baths   6,318 Sq. Ft.

21 Boulderback Dr, Henderson, NV 89012

Pool   Garage   Deck   Central Air

**SOLD MAR 11, 2022**

**$2,220,000** Last Sold Price

5 Beds   5.5 Baths   6,799 Sq. Ft.

1797 Valenzano Way, Henderson, NV 89012

Yard   Garage   Central Air   Stucco

**SOLD JAN 3, 2022**   3D WALKTHROUGH

**$4,600,000** Last Sold Price

4 Beds   4.5 Baths   5,771 Sq. Ft.

686 Tranquil Rim Ct, Henderson, NV 89012

Pool   Garage   Central Air   Stucco

| View More Recently Sold Homes |
| --- |

---

## More Real Estate Resources

### New Listings in 89012

1806 Eagle Village Ave

251 S Green Valley Pkwy #2814

590 Mountain Links Dr

8 Wanderlust Ct

122 Humphreys Peak Ct

1943 Buckeye Hill Ct

Show More

## Neighborhoods

**Seven Hills** homes for sale

**South Las Vegas** homes for sale

**Green Valley Ranch** homes for sale

**Anthem** homes for sale

**Southern Highlands** homes for sale

## Nearby Cities

**Goodsprings** homes for sale

**North Las Vegas** homes for sale

**Summerlin South** homes for sale

**Whitney** homes for sale

**Las Vegas** homes for sale

**Spring Valley** homes for sale

Show More

## Zip Codes

89123 homes for sale

89141 homes for sale

89183 homes for sale

89074 homes for sale

89052 homes for sale

## Popular Searches

Homes with pools in Henderson

Single story homes in Henderson

New listings in Henderson

Cheap homes in Henderson

Luxury homes in Henderson

New homes in Henderson

Show More ⌄

## Frequently Asked Questions for 9 Sky Arc Ct

What is 9 Sky Arc Ct? ⌄

When was this home built and last sold? ⌄

How many photos are available for this home? ⌄

How competitive is the market for this home? ⌄

How long has this home been listed on Redfin? ⌄

What's the full address of this home? ⌄

## Join us

| Be a Redfin Agent |
| Get referrals |
| See all jobs |

## About us

Our Mission

Press

Investors

Blog

Real Estate News

## Find us

Redfin App

Contact Us

Help



Countries

🇺🇸 United States

🇨🇦 Canada

Updated January 2020: By searching, you agree to the Terms of Use, and Privacy Policy.

**REDFIN IS COMMITTED TO AND ABIDES BY THE FAIR HOUSING ACT AND EQUAL OPPORTUNITY ACT. READ REDFIN'S FAIR HOUSING POLICY.**

Copyright: © 2022 Redfin. All rights reserved. Patent pending.

REDFIN and all REDFIN variants, TITLE FORWARD, WALK SCORE, and the R logos, are trademarks of Redfin Corporation, registered or pending in the USPTO.

⌂ California DRE #01521930

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by GreatSchools.org.

Case 2:22-cv-00612-JCM-EJY   Document 2-5   Filed 04/19/22   Page 105 of 337

← Search                        ☰

← Search    **Overview**    Property Details    Sale & Tax History    Schools




Street View

## 8 Twisted Rock Ct, Henderson, NV 89012



**$2,700,000**
Est. $13,002/mo  Get a custom quote

— Beds

— Baths

**1.17** Acres (Lot)



## Price Drop

List price was lowered by $250K. Tour it in person or via video chat before it's gone!

Today:   2:00 pm • 3:00 pm • 4:00 pm • 5:00 pm • 6:00 pm • More times

## About This Home

The view corridor from this lot is perfection! Very large lot at 50,574 s. f. with a building envelope of 26,834 s. f. One of the very few opportunities left in the Las Vegas valley to have this unobstructed view on a very large homesite in the exclusive Ascaya neighborhood.

Listed by Robyn Gajjar • Corcoran Global Living
Redfin last checked: just now | Last updated Apr 8, 2022  • Source: GLVAR #2381992 

## Home Facts

| | |
|---|---|
| Status | Active |
| Time on Redfin | 15 days |
| Property Type | Land |
| HOA Dues | $680/month |
| Community | Crystal Ridge-Amd |
| Lot Size | 1.17 Acres |
| MLS# | 2381992 |

**Price Insights**

| | |
|---|---|
| List Price | $2,700,000 |
| Est. Mo. Payment | $13,002 |



🚗  — min · Add a Commute

## Ask Redfin Agent Leta a Question



### Leta Abbott

Henderson Redfin Agent

Leta typically replies in about 5 minutes

I'd like to know more about 8 Twisted Rock Ct.

Ask a Question

Text or call (818) 646-5382

---

## Payment Calculator

### $13,002 per month ⓘ

Find a Lender

- ● Principal and Interest                                    $11,301
- ● Property Taxes                                              $323
- ● HOA Dues                                                    $680
- ● Homeowners' Insurance                                       $698

| Down Payment 20% ($540,000) ✏️ | Home Price $2,700,000 ✏️ | | Loan Details 30 yr, 4.776% ✏️ | ••• |

---

Down Payment ✕

Cash ⓘ

| $540,000 | 20% |

◯

Have a home to sell?

**Add my home equity**

Cash                    $540,000

Home Equity                  $0

Total Down: **$540,000 (20%)**

own payment assistance programs may lower the up-front cost of buying. Learn more.



📅 No upcoming open houses

**Tour on your schedule with Redfin**

◉ Tour in person

○ Tour via video chat

Today: 2:00 pm • 3:00 pm • 4:00 pm • 5:00 pm • 6:00 pm • More times

## Nearby Similar Homes



VIDEO TOUR

**$5,900,000**

4 Beds   4.5 Baths   6,402 Sq. Ft.

717 Dragon Peak Dr, Henderson, NV 89012

( Pool )  ( Yard )  ( Garage )  ( Deck )  ( Central Air )



**$908,000**

— Beds   — Baths   — Sq. Ft.

2 Sanctuary Peak Ct, Henderson, NV 89012

## operty Details for 8 Twisted Rock Ct

# Virtual Tour, Homeowners Association, Taxes / Assessments, Location Details

**Virtual Tour**

- Virtual Tour Unbranded 1 (External Link)

**HOA Information**

- Has Home Owners Association
- Association Name: Terra West
- Association Fee: $680
- Monthly

**Tax Information**

- Annual Amount: $3,872

**Location Information**

- Distance To Electric Comments: Electric 0-200'
- Distance To Gas Comments: 0-200'
- Distance To Sewer Comments: Public
- Distance To Water Comments: Public 0-200'

## Utilities

**Utility Information**

- Utilities: Electricity Available
- Sewer: Public Sewer
- Water Source: Not Connected (nearby), Public

## Property / Lot Details

**Lot Information**

- Lot Size Area: 1.17
- Lot Size Acres: 1.17

**Property Information**

- Zoning Description: Single Family

Details provided by GLVAR and may not match the public record. Learn more.

# le & Tax History for 8 Twisted Rock Ct

**Sale History**    Tax History

### Today

○  **Apr 8, 2022**        Price Changed        $2,700,000
   Date                   GLVAR #2381992       Price

○  **Mar 27, 2022**       Listed (Active)      $2,950,000
   Date                   GLVAR #2381992       Price

### Mar, 2022

○  **Mar 21, 2022**       Listed (Active)      *
   Date                   GLVAR #2380341       Price

See all property history ⌄

### :hools

GreatSchools Summary Rating

| **9**/10 | **John Vanderburg Elementary ...**<br>Public, PreK-5 · Serves this home | **951**<br>Students | **2.3mi**<br>Distance | ⭐⭐⭐☆☆<br>42 reviews |
|---|---|---|---|---|
| **8**/10 | **Neil C Twitchell Elementary S...**<br>Public, PreK-5 · Serves this home | **938**<br>Students | **2.3mi**<br>Distance | ⭐⭐⭐☆☆<br>20 reviews |
| **7**/10 | **Bob Miller Middle School**<br>Public, 6-8 · Serves this home | **1629**<br>Students | **2.5mi**<br>Distance | ⭐⭐⭐☆☆<br>25 reviews |

| **5**/10 | **Foothill High School**<br>Public, 9-12 · Serves this home | **2720**<br>Students | **5.0mi**<br>Distance | ★★☆☆☆<br>11 reviews |
|---|---|---|---|---|

School data is provided by GreatSchools, a nonprofit organization. Redfin recommends buyers use GreatSchools information and ratings as a first step, and conduct their own investigation to determine their desired schools or school districts, including by contacting and visiting the schools themselves. Learn more about GreatSchools' rating system.

Redfin does not endorse or guarantee this information. School service boundaries are intended to be used as a reference only; they may change and are not guaranteed to be accurate. To verify school enrollment eligibility, contact the school district directly.

Schools don't impact everyone equally. Learn more about the achievement gap.

## ...ound This Home

### Transportation in 89012



**0** / 100

Car-Dependent
Walk Score®



**0** / 100

Minimal Transit
Transit Score®

 **Places Nearby**
8 groceries, 51 restaurants, 13 parks   ⌄

## ...ctivity for 8 Twisted Rock Ct

| <br>**161**<br>Views | <br>**4**<br>Favorites | <br>**0**<br>X-Outs | <br>**0**<br>Redfin Tours |
|---|---|---|---|

## ...ublic Facts for 8 Twisted Rock Ct

Beds    —

| | |
|---|---|
| Baths | — |
| Finished Sq. Ft. | — |
| Unfinished Sq. Ft. | — |
| Total Sq. Ft. | — |
| Stories | — |
| Lot Size | 1.17 Acres |
| Style | Other |
| Year Built | 2021 |
| Year Renovated | — |
| County | Clark County |
| APN | 17833510037 |

Home facts updated by county records on Mar 16, 2022.

# Climate Risk

### About Climate Risk

Most homes have some risk of natural disasters, and may be impacted by climate change due to rising temperatures and sea levels.

**Flood Risk** Provided by First Street Foundation


**Flood Factor**
**Minimal** - This property is unlikely to flood over the next 30 years.   ⌄

**Environmental Risks** Provided by ClimateCheck


**Storm Risk**
**Relatively Low** - 13 storms expected in 2050   ⌄



**Drought Risk**

**Extreme** - Water stress expected to be 154% in 2050

**Heat Risk**

**High** - 39 hot days expected in 2050

**Fire Risk**

**Relatively Low** - 0% of land expected to burn in 2050

Climate risk data is provided for informational purposes only by Flood Factor™ and ClimateCheck®.

Redfin does not endorse nor guarantee this information. By providing this information, Redfin and its agents are not providing advice or guidance on flood risk, flood insurance, or other climate risks. Redfin strongly recommends that consumers independently investigate the property's climate risks to their own personal satisfaction.

Questions or feedback about this data? Get help at floodfactor.com and climatecheck.com

## Redfin Estimate for 8 Twisted Rock Ct

We cannot show automated home-value estimates for this home. Learn More

Nearby Homes have recently sold between **$1,320,000** to **$2,982,750**.



SOLD FEB 28, 2022

**$1,540,000** Sold Price   Ⓐ



SOLD APR 1, 2022

**$2,255,000** Sold Price   Ⓑ

— Beds   — Baths   — Sq. Ft.

6 Spellbound, Henderson, NV 89012

↓ smaller lot

— Beds   — Baths   — Sq. Ft.

15 Stonecutter Ct, Henderson, NV 89012

↓ smaller lot

View comparables on map ⌄

## Nearby Similar Homes

Homes similar to this home are listed between $250K to $5,900K at an average of $655 per square foot.

VIDEO TOUR

# $5,900,000

4 Beds   4.5 Baths   6,402 Sq. Ft.

717 Dragon Peak Dr, Henderson, NV 89012

Pool   Yard   Garage   Deck   Central Air   Stucco   Spa   Modern   Contemporary

## $908,000

— Beds   — Baths   — Sq. Ft.

2 Sanctuary Peak Ct, Henderson, NV 89012

## $800,000

— Beds   — Baths   — Sq. Ft.

1141 Christian Rd, Henderson, NV 89002



**$2,400,000**

— Beds  — Baths  — Sq. Ft.

467 Cityview Ridge Dr, Henderson, NV 89012

HOT HOME



**$314,900**

— Beds   — Baths   — Sq. Ft.

844 San Bruno Ave, Henderson, NV 89002



**$1,100,000**

— Beds   — Baths   — Sq. Ft.

3842 E Patrick Ln, Las Vegas, NV 89120

---

| View More Homes |

---

## Nearby Recently Sold Homes

Nearby homes similar to this home have recently sold between $185K to $5,500K at an average of $625 per square foot.

---

SOLD MAR 11, 2022



**$1,290,000** Last Sold Price

— Beds   — Baths   — Sq. Ft.

12 Horseshoe Rock Ct, Henderson, NV 89012

SOLD JAN 21, 2022



**$1,035,000** Last Sold Price

— Beds   — Baths   1,656 Sq. Ft.

27 Boulderback Dr, Henderson, NV 89012

SOLD JAN 31, 2022

**$2,205,000** Last Sold Price

— Beds   — Baths   — Sq. Ft.

13 Stonecutter Ct, Henderson, NV 89012

View More Recently Sold Homes

# More Real Estate Resources

## New Listings in 89012

1806 Eagle Village Ave

251 S Green Valley Pkwy #2814

590 Mountain Links Dr

8 Wanderlust Ct

122 Humphreys Peak Ct

1943 Buckeye Hill Ct

Show More ⌄

## Nearby Cities

**Goodsprings** homes for sale

**North Las Vegas** homes for sale

**Summerlin South** homes for sale

**Whitney** homes for sale

Las Vegas homes for sale

Spring Valley homes for sale

Show More ⌄

## Zip Codes

89123 homes for sale

89141 homes for sale

89183 homes for sale

89074 homes for sale

89052 homes for sale

## Neighborhoods

Seven Hills homes for sale

South Las Vegas homes for sale

Green Valley Ranch homes for sale

Anthem homes for sale

Southern Highlands homes for sale

## Popular Searches

Homes with pools in Henderson

Single story homes in Henderson

New listings in Henderson

Cheap homes in Henderson

Luxury homes in Henderson

New homes in Henderson

Show More ⌄

---

## Frequently Asked Questions for 8 Twisted Rock Ct

### What is 8 Twisted Rock Ct?                                    ⌄      When was this home

How many photos are available for this home? ⌄

How competitive is

How long has this home been listed on Redfin? ⌄

What's the full addr

---

## Join us

| Be a Redfin Agent |

| Get referrals |

| See all jobs |

## About us

Our Mission

Press

Investors

Blog

Real Estate News

## Find us

Redfin App

Contact Us

Help

Countries

United States

Canada

Updated January 2020: By searching, you agree to the Terms of Use, and Privacy Policy.

REDFIN IS COMMITTED TO AND ABIDES BY THE FAIR HOUSING ACT AND EQUAL OPPORTUNITY ACT. READ REDFIN'S FAIR HOUSING POLICY.

Copyright: © 2022 Redfin. All rights reserved. Patent pending.

REDFIN and all REDFIN variants, TITLE FORWARD, WALK SCORE, and the R logos, are trademarks of Redfin Corporation, registered or pending in the USPTO.

⌂ California DRE #01521930

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by GreatSchools.org.

# Exhibit 6

**<u>Declaration of Douglas S. Saeltzer</u>**

I, Douglas S. Saeltzer, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 21 and a resident of the State of California.  I make this declaration based upon my personal knowledge.  If called to testify, I could and would competently testify to the following facts.

2.      I am an attorney with the firm of Walkup, Melodia, Kelly & Schoenberger.

3.      James Thibodeau, Senior Counsel for the United States Securities and Exchange Commission, contacted me in December 2020 to inquire about the legitimacy of a document.

4.      On December 10, 2020, and again on December 15, 2020, James Thibodeau emailed to me a document titled "Purchase Agreement," a true and correct copy of which is attached as Exhibit A to this declaration.

5.      The Purchase Agreement document describes an arrangement for a person named Renee Crawford, represented by Douglas Saeltzer of Walkup, Melodia, Kelly & Schoenberger, to assign proceeds from a settlement arising from a slip and fall incident at a hotel to J & J Consulting Services, Inc.

6.      I have no client named Renee Crawford who initiated and/or settled a claim arising from a slip and fall incident at Casa Madrona Hotel & Spa.

7.      I have never entered into any agreement with J & J Consulting Services, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Corte Madera, California on December 17, 2020.


_____
Douglas S. Saeltzer

# Exhibit A

# PURCHASE AGREEMENT

This is a Purchase Agreement ("Agreement") dated the 23rd day of October, 2020. This Agreement is by and between Renee Crawford ("Seller") who is represented by Douglas S. Saeltzer, Esq. of Walkup, Melodia, Kelly & Schoenberger whose address is 650 California Street, San Francisco, California 94108 ("Attorney") and J & J Consulting Services, Inc., an Alaska corporation ("Buyer") who is represented by Matthew Beasley, Esq. of the Beasley Law Group, PC ("Buyer's Attorney") whose address is 737 North Main Street, Las Vegas, Nevada 89101.

A.      Seller has a claim arising from a slip and fall incident which occurred on March 30, 2019 ("Claim") at Casa Madrona Hotel & Spa which is owned by Casa Madrona Hotel and Spa, LLC and operated by HRI Properties, LLC.  Seller has hired Attorney to represent Seller in this Claim.  Seller has settled the Claim.  The entire amount of the settlement is $289,125.00 ("Settlement Amount"), less legal fees, superior medical liens existing on the date of this Agreement, costs and disbursements payable to Attorney under the existing fee agreement between Seller and Attorney ("Proceeds").

B.      Seller desires to sell and assign to Buyer an interest in the Proceeds.  Buyer desires to purchase the interest in the Proceeds, on the terms and under the conditions set forth in this Agreement.

BUYER AND SELLER AGREE AS FOLLOWS:

1.      PURCHASE OF INTEREST

a.      Seller hereby sells, transfers, conveys and assigns to Buyer a $125,000.00 interest ("Interest") in the Proceeds for a purchase price of $100,000.00 ("Purchase Price").  Seller acknowledges receipt of the Purchase Price.  Seller understands that the amount of Buyer's Interest, or, in other words, the amount to be paid to Buyer, will increase to reflect the date the Buyer is paid its Interest in the Proceeds as set forth in the following Disclosure Table ("Disclosure Table"):

[Intentionally Left Blank]

## DISCLOSURE TABLE

Purchase Price:            $100,000.00
Administration Fee:        $5,000.00

| **Date of Payment to Buyer** | **Amount due to Buyer** |
|---|---|
| On or before January 21, 2021 | $130,000.00 |
| After January 21, 2021 but on or before February 20, 2021 | $142,500.00 |

*Should Seller not pay Buyer from the Proceeds by February 20, 2021 the Buyer's Interest will increase by **$12,500.00 every thirty (30) days thereafter.**

b.     Buyer's Interest will be paid by Attorney out of the Proceeds of the Claim and will be deducted directly from the Proceeds of the Claim and will be paid to Buyer prior to any payment to Seller with respect to the Claim.  If the Proceeds of the Claim Amount are not enough to pay the full amount due to Buyer, then Buyer shall be entitled to receive 100% of the Proceeds of the Claim.  Seller has directed Attorney to, among other things,(i) place an assignment, consensual lien and security interest in favor of Buyer against any and all Proceeds due Seller from the Claim (after payment of any and all legal fees and reimbursable costs) and to protect and satisfy the assignment, consensual lien and security interest in favor of Buyer up to the full amount of Buyer's Interest, (ii) notify Buyer of receipt of Settlement Amount, (iii) pay Buyer from the Proceeds the proper amount due to Seller representing Seller's Interest  in the Proceeds at the time of distribution of the Proceeds prior to any payment to Seller with respect to the Claim, (iv) respond to requests for information from Buyer and (v) notify Buyer prior to any disbursements of funds to verify the amount due Buyer.  Seller has provided Buyer with an executed Authorization for Attorney to Pay Buyer from Proceeds of Claim/Acknowledgement of Authorization by Seller and Attorney in the form attached as Exhibit "A" ("Authorization and Acknowledgement").

c.     The amount Buyer is entitled to may be more than is listed in the Disclosure Table above if Seller does not honor the obligations in this Agreement.  Seller will also be liable to pay Buyer's Interest, even if there are no Proceeds, if Seller has mislead Buyer or Attorney concerning Seller's Claim and will also be liable for Buyer's attorney's fees or collection costs, as permitted by law.

d.     If Seller wants to sell an additional Interest, and if Buyer agrees to purchase an additional Interest, Buyer and Seller will sign an amended Disclosure Table. Seller understands that Buyer is not required to purchase any additional Interest.

e.      In the event that the Claim is the subject of more than one lawsuit, claim or cause arising out of more than one incident/accident/transaction, or against one or more defendants, then the amount due Buyer pursuant to this Agreement shall be paid from the Proceeds of the first lawsuit, claim and/or case against any of the defendants, including insurance companies and malpractice claims arising out of the Claim, which results in a monetary recovery.  If insufficient funds are available from the first lawsuit, claim and/or case resulting in a monetary recovery to pay the full amount due Buyer pursuant to this Agreement, then the balance due Buyer shall be paid from the Proceeds of the next lawsuit, claim and/or cause, if any.

f.      The amount due Buyer shall be withheld from any money collected as a result of the Claim and shall immediately be paid to Buyer (after first deducting Attorney's fees and costs, and any prior liens which exist on the date of this Agreement).  Seller agrees and hereby directs that all Proceeds received in connection with the Claim, are held in Trust for Buyer until Buyer has been fully paid its Interest.  Seller understands that Seller will not receive any money or payment from the Proceeds of Seller's Claim until Buyer has been paid Buyer's Interest in full. This shall also apply to any structured settlements.  If Seller receives payments from several sources, Seller will pay Buyer all monies received from each source until Buyer is paid in full its Interest in the Proceeds of the Claim.  Seller acknowledge that receipt or use of any Proceeds of the Claim prior to the full payment to Buyer of Buyer's Interest in the Proceeds of the Claim may constitute an illegal conversion and may be a crime.

2.      GRANT OF SECURITY INTEREST

By signing this Agreement, Seller grants to Buyer a security interest and a lien in the Settlement Amount and all Proceeds of the Claim ("Collateral").  Buyer shall have all rights and remedies of a secured party under the Nevada Uniform Commercial Code. Seller authorizes Buyer to file one or more UCC financing statements regarding Buyer's security interest and lien in the Collateral and Seller agrees to take all other steps reasonably required by Buyer to perfect and maintain the perfection of Buyer's security interest.

3.      NO TRANSFER OF CLAIM

Seller is not assigning any portion of the Claim to Buyer, and Buyer is not buying any portion of the Claim under this Agreement.  Buyer has no right or obligation to take any legal action for Seller in connection with the Claim. Buyer has no right or obligation to advise, direct or instruct Seller or Attorney in how to go forward with Seller's Claim. Buyer will not be involved in the negotiation of any settlement of Seller's Claim.  Buyer has no obligations or duties concerning the Claim, or the collection of any settlement, award or verdict from the Claim.

4.      SELLER'S REPRESENTATIONS AND WARRANTIES

Seller represents and warrants to Buyer that:

a.      Seller is using the funds received from the Purchase Price for Seller's immediate economic necessities.  Seller has been advised that Seller should not sell any portion of the Proceeds of the Claim if Seller has any other alternative to meet my immediate economic necessities.  Seller understands that due to the various factors involved that Buyer may make a large profit.

b.      Seller acknowledges that Seller has been advised to seek the services of legal, tax, accounting and/or financial advisors in the negotiation and signing of this Agreement. Seller has either received such counsel prior to signing this Agreement or expressly waived such counsel.  Seller understands from speaking to Attorney and/or other advisors that the amount of Buyer's Interest as set forth in the Disclosure Table is greater than the Purchase Price Seller is receiving, and that there is a cost to Seller selling Buyer the Interest.  Seller understands that Buyer is relying upon Seller's representations in deciding to purchase this Interest and Seller represents and warrants that all statements made by Seller are true and correct as of the date hereof.  Seller understands that if any information provided by Seller changes that Seller has an obligation to immediately notify Buyer.

c.      Seller is not currently in bankruptcy, there are no pending tax claims or criminal allegations against Seller, and Seller has complied with all laws in connection with the Claim.  Seller further represent that Seller is not in violation of any obligations concerning childcare, alimony or support, and Seller has not been convicted of a felony or other crime involving dishonesty.  Other than the Claim itself, there is no claim, legal action, lien or any proceeding or order pending or in effect or threatened, against Seller, or which would in any manner affect or impair Buyer's Interest or Buyer's rights under this Agreement.  Seller has been truthful in all aspects of the Claim and has provided all information to Attorney in a complete and honest fashion. Seller also confirms that all documents submitted in connection with the investigation and Buyer's evaluation of the Claim are true, whether submitted by Attorney or Seller.  Seller understands that Buyer is relying upon these statements in determining whether to enter into this Agreement.

d.      Seller agrees to not change the fee agreement between Seller and Attorney in any way that would reduce the amount of Buyer's Interest in the Proceeds of the Claim. Seller further promises to notify Buyer in writing within 72 hours if Seller terminates the services of Attorney, or if Attorney determines not to proceed with the Claim.  If new attorneys are retained to represent Seller in the Claim, Seller will notify Buyer within 72 hours of the new attorneys being retained, and will direct the new attorneys to comply with the terms of this Agreement by Seller and the new attorney executing a

new Authorization and Acknowledgement within 14 days after accepting Seller's representation .  Seller will also notify Buyer in writing within 72 hours if Seller moves from the address listed above.

e.      Seller will not knowingly create or permit any additional liens, charges, security interests, encumbrances, agreements of any kind or other rights of third parties against the Proceeds of the Claim without the prior written consent of Buyer.  Seller specifically promises not to sell any additional portion of the Proceeds of the Claim after the date of this Agreement, unless Buyer has given prior written permission.  Seller also confirms that neither the Claim nor the Proceeds are subject to any liens, charges, security interests, encumbrances, agreements of any kind or nature (other than this Agreement) or other rights of third parties except for liens previously provided to Seller's medical providers.  Seller understands that if these statements are not true, it may be considered as a fraud, as Buyer is relying upon these statements in going forward with this Agreement.

5.      EVENTS OF DEFAULT

The occurrence of any one or more of the following events shall be an event of default by Seller under this Agreement (each, an "Event of Default"):

a.      The failure by Seller or Attorney to pay Buyer's Interest in the Proceeds within thirty (30) days after the Settlement Amount is received by Seller or Attorney; or

b.      Seller's failure to perform or comply with any of the agreements, conditions, provisions or promises contained in this Agreement, including but not limited to if Buyer does not receive a timely response to a request for information from Seller or Attorney or if Buyer does not receive a new Authorization and Acknowledgement by Seller and new attorney within fourteen (14) days after accepting representation, and such failure to perform or comply continues unremedied for a period of ten (10) days after written notice from Buyer to Seller, unless such default, in Buyer's reasonable discretion, is not curable, in which event there shall be no grace period; or

c.      If Buyer discovers any material misrepresentation or inaccuracy in any representation or warranty made by Seller to Buyer in this Agreement.

Upon an Event of Default by Seller under this Agreement, Seller agrees that Buyer may contact any insurance company, claims adjuster or attorney then handling the Claim on behalf of any responsible party and advise such insurance company, claims adjuster or attorney about Buyer's Interest in Seller's Claim and to direct that Buyer be included as a payee on settlement checks provided further that nothing herein shall prevent Buyer from exercising any other right or remedy provided under law or equity.  If Buyer does

anything stated in this paragraph, Buyer shall not be liable to Seller for any damages which Seller may suffer resulting from Buyer's actions described above.

6.    APPLICABLE LAW

This Agreement shall be governed, construed and enforced in accordance with, and all disputes arising out of or in connection with this Agreement shall be governed by, the internal laws of the State of Nevada, without regard to the conflict of law rules of Nevada or any other jurisdiction.

7.    ARBITRATION

BUYER AND SELLER ACKNOWLEDGE AND AGREE THAT ALL DISPUTES, CLAIMS, DEFENSES OR CONTROVERSIES (WHETHER IN LAW OR IN EQUITY) ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE RELATIONSHIPS THAT RESULT FROM THIS AGREEMENT, INCLUDING BUT NOT LIMITED TO ANY DISPUTES, CLAIMS OR  CONTROVERSIES  INVOLVING FEDERAL OR STATE STATUTORY CAUSES OF ACTION  OR INJUNCTIVE RELIEF, ANY INVOLVING FEDERAL OR STATE ADMINISTRATIVE   REMEDIES, ANY INVOLVING CONSUMER FRAUD AND ANY INVOLVING A CHALLENGE TO THE LEGALITY OF ANY PART OR ALL OF TH IS AGREEMENT ("DISPUTES") SHALL BE RESOLVED THROUGH FINAL AND BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES  ("RULES") OF THE AMERICAN ARBITRATION ASSOCIATION ("AAA").  THE ARBITRATION SHALL TAKE PLACE BEFORE A SINGLE ARBITRATOR TO BE CHOSEN BY AGREEMENT OF THE PARTIES, OR FAILING SUCH, IN ACCORDANCE WITH AAA RULES.  THE ARBITRATION SHALL TAKE PLACE IN THE STATE OF NEVADA, COUNTY OF CLARK UNLESS THE PARTIES AGREE TO A DIFFERENT LOCATION.  THE PARTIES AGREE THAT THIS ARBITRATION AGREEMENT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND, EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, SHALL BE GOVERN ED BY THE FEDERAL ARBITRATION ACT, 9 U.S.C. §1 AND THE SUBSTANTIVE LAWS OF THE STATE OF NEVADA SHALL BE APPLIED IN ALL EVENTS.  JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT HAVING JURISDICTION.  THE PARTIES ALSO AGREE THAT THE AAA OPTIONAL RULES FOR EMERGENCY MEASURES OF PROTECTION SHALL APPLY TO THE PROCEEDINGS.

8.    WAIVER OF JURY TRIAL

BUYER AND SELLER, AFTER CONSULTATION WITH THEIR RESPECTIVE ATTORNEYS, EACH HEREBY WAIVE ANY RIGHT WHICH THEY MAY HAVE TO A JURY TRIAL, INCLUDING ANY RIGHT VESTED BY FEDERAL, STATE OR LOCAL STATUTE, IN CONNECTION WITH ANY DISPUTES OR LEGAL PROCEEDING

INVOLVING, DIRECTLY OR INDIRECTLY, ANY MATTER COMMENCED BY OR AGAINST EITHER PARTY IN ANY WAY ARISING OUT OF OR RELATED TO THIS AGREEMENT OR WITH ANY DOCUMENT EXECUTED IN CONNECTION WITH THIS AGREEMENT.

9.     WAIVER OF CLASS ACTION CLAIMS

SELLER HEREBY AGREES TO WAIVE ANY AND ALL RIGHTS TO (i) ANY DISPUTE WITH BUYER BEING HANDLED AS A CLASS ACTION AND (ii) JOINING AS A PLAINTIFF, CLAIMANT, MEMBER OR PARTICIPANT IN ANY CLASS ACTION AGAINST BUYER.  IT IS AGREED THAT ANY ARBITRATION WILL BE LIMITED TO THE DISPUTE BETWEEN BUYER AND SELLER, AND BUYER AND SELLER WAIVE ANY RIGHT TO CONSOLIDATE OR TO HAVE HANDLED AS A CLASS ACTION ANY PROCEEDING ON ANY DISPUTES WITH ANY PROCEEDING ON DISPUTES, CLAIMS, OR CONTROVERSIES INVOLVING ANY PERSON OR ENTITY NOT A PARTY TO THIS AGREEMENT.

10.     RECLASSIFICATION OF TRANSACTION

This Agreement represents an investment by Buyer, and not a loan to Seller. However, should a court of law determine that the transaction set out in this Agreement is a loan of money, Seller agrees that interest shall accrue at the maxim um rate permitted by law.  Seller agrees that any fees or expenses paid by Buyer in connection with the Claim will not be included as interest. This includes any attorney's fees and costs Buyer has expended to enforce its rights under this Agreement.  Seller agrees that these will be considered as a reimbursement to Buyer, rather than as interest.

11.     MISCELLANEOUS

a.     If any part of this Agreement is deemed invalid or unenforceable, it shall not affect the validity or enforceability of (i) any other part of this Agreement, and the Agreement shall be modified to the extent legally possible to legally carry out the intent of this Agreement and (ii) any agreement between Buyer and any other party. This Agreement and its exhibit make up the entire and only agreement or understanding between Buyer and Seller.  It may not be changed unless signed in writing by Buyer and Seller.  This Agreement takes precedence over all prior agreements, brochures, negotiations, commitments and representations, whether oral or written, about Seller's Claim and Buyer's purchase of its Interest.

b.      Should Buyer retain the services of an attorney to enforce the terms of this Agreement, Seller will be responsible for any costs or expenses (including reasonable legal fees and expenses) in enforcing Buyer's rights under this Agreement and the amount of Buyer's Interest shall be increased in an amount equal to Buyer's costs and expenses.

c.      This Agreement will be binding upon Buyer and Seller, and each of their heirs, executors, administrators, successors and assigns. Seller understands and agrees that Seller has no right to assign Seller's rights and obligations under this Agreement.  Seller further understands and agrees that Buyer may assign its rights and obligations under this Agreement (and Buyer's Interest) to any party without Seller's prior approval, provided that any such party agrees to be bound by the terms and conditions of this Agreement.  It is agreed that if Buyer assigns this Agreement as provided in the prior sentence, Buyer shall have no further obligations under this Agreement and Seller must look solely to the party Buyer assigned the Agreement to for performance under this Agreement.  When requested by Buyer or any assignee, Seller will sign and deliver any and all reasonably requested documents as Buyer or such assignee may require to confirm the various rights and obligations of the parties under this Agreement.  This Agreement may be signed in separate counterparts.  A facsimile signature shall be deemed to be an original signature.

12.     RIGHT TO CANCEL

SELLER HAS THE RIGHT TO CANCEL THIS AGREEMENT WITHOUT PENALTY OR FURTHER OBLIGATION AT ANY TIME PRIOR TO MIDNIGHT OF THE FIFTH (5TH) BUSINESS DAY FROM THE DATE SELLER RECEIVES FUNDING HEREUNDER FROM BUYER.

In order for the cancellation to be effective, Seller must return the full amount of disbursed funds to Attorney within five (5) business day of the disbursement of funds who will then return the amount to Buyer's Attorney upon the clearance of the funds in Attorney's Trust Account.

DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT COMPLETELY OR IF IT CONTAINS ANY BLANK SPACE. BEFORE YOU SIGN THIS AGREEMENT YOU SHOULD OBTAIN THE ADVICE OF YOUR ATTORNEY.  YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT.

SELLER:                                        BUYER:


_____               _____

RENEE CRAWFORD                                J & J CONSULTING SERVICES, INC.

## **EXHIBIT A**

### AUTHORIZATION FOR ATTORNEY TO PAY J & J CONSULTING SERVICES, INC. FROM PROCEEDS OF CLAIM/ACKNOWLEDGEMENT OF AUTHORIZATION

Pursuant to that certain Purchase Agreement dated October 23, 2020 between Renee Crawford ("Seller") and J & J Consulting Services, Inc. ("Buyer") (the "Agreement"), I, Renee Crawford hereby irrevocably authorize and direct my attorney, Douglas S. Saeltzer, Esq. ("Attorney"), (and any future Attorney representing me in connection with my Claim to, among other things, (i) place an assignment, consensual lien and security interest in favor of Buyer against any and all of the Proceeds due Seller from the Claim (after payment of any and all legal fees, reimbursable costs, statutory liens and liens) and to protect and satisfy the assignment, consensual lien and security interest in favor of Buyer up to the full amount of Buyer's Interest, (ii) pay Buyer's Attorney from the Proceeds the amount due to Buyer representing Buyer's Interest in the Proceeds of the Claim at the time of distribution of the Proceeds prior to any payment to Seller with respect to the Claim, (iii) in the event that the Claim is the subject of more than one lawsuit, claim or cause of action arising out of more than one incident/accident/transaction, or against one or more defendants, pay Buyer's Interest from the Proceeds of the first lawsuit, claim and/or case against any of the defendants, (iv) notify Buyer's Attorney of discontinuance or ending with respect to Attorney's representation, (v) respond to requests for information from Buyer's Attorney and (vi) call Buyer's Attorney prior to any disbursements of funds to verify the amount of Buyer's Interest.  Such amounts shall be paid directly to Buyer's Attorney to satisfy Seller's obligations to Buyer under the Purchase Agreement prior to any distribution of Proceeds to Seller. The amount of Buyer's Interest will increase to reflect the date Buyer is paid its Interest in the Proceeds as set forth in the Disclosure Table to the Agreement, as such may be amended from time to time.  This Authorization is irrevocable and binding and may only be amended by the mutual written agreement of Seller and Buyer.

 Dated this 23rd day of October, 2020.


_____

RENEE CRAWFORD, Seller

## ACKNOWLEDGEMENT OF AUTHORIZATION

I, Douglas S. Saeltzer, Esq., hereby acknowledge that Walkup, Melodia, Kelly & Schoenberger represent Renee Crawford, as her attorney, in connection with the Claim described in the Agreement.  I acknowledge that Renee Crawford has irrevocably instructed me to comply with the Agreement's terms pursuant to the Authorization set forth above (the "Authorization").  I will honor Renee Crawford's Authorization.  I agree to pay Buyer's Attorney Buyer's Interest from Renee Crawford's Proceeds of the Claim in accordance with the Disclosure Table set forth in the Agreement, as such may be amended from time to time.  I agree not to distribute any Proceeds of the Claim to Renee Crawford until Buyer's Interest has been paid in full.  In the event of a dispute, I agree that only disbursements for attorney's fees, reimbursable costs, statutory liens and medical liens that are in existence prior to the date of the Agreement will be made.  All other funds due Renee Crawford shall be held in my Trust Account until such dispute is resolved.  In the event that I am terminated as Renee Crawford's attorney with respect to the Claim, I shall give Buyer's Attorney immediate written notice thereof by certified mail, and state the name, address and telephone number of Renee Crawford's new attorney.

All disbursements of funds, including Renee Crawford's share of the Proceeds, will be through my Trust Account, and Renee Crawford will not receive a settlement check directly from any defendant or insurance company.  I agree to verify the amount of Buyer's Interest prior to any disbursement of funds.  I have no knowledge of Renee Crawford having previously sold, transferred or assigned any interest in the Claim or in the Proceeds of the Claim, and understand that Renee Crawford may not further sell, transfer or assign any additional Interest to any party other than Buyer without Buyer's written permission.  I warrant and covenant that I am authorized to execute this document on behalf of Walkup, Melodia, Kelly & Schoenberger.

DATED this 23rd day of October, 2020.

WALKUP, MELODIA, KELLY & SCHOENBERGER

_____

By:  DOUGLAS S. SAELTZER, ESQ.

# Exhibit 7

10/8/2020

Attn: ---------------

Re: Branch Investor's Agreement between J&J Consulting/ Jeffrey Judd and -------------.

J&J Consulting/Jeffrey Judd has a business where he purchases contracts (Purchase Agreements) for attorney's clients once a settlement has been reached and an award has been granted. Jeffrey Judd uses his own money and facilitates family members and friends to purchase these contracts. Jeffrey Judd uses the services of Matthew Beasley Esq. to assist him in finding the agreements and also to write the contracts. The Purchase Agreement acts as a lien on the client's settlement.

------------- (Entity) will be purchasing  the "Branch " Purchase Agreement. This Purchase Agreement (See Attachment) will be for $100,000 and the term of the contract will be for 90 days. If the agreement closes within 90 days the Entity will receive a return of $10,000. If this agreement extends over 90 days the Entity will receive $12,500 for each additional 30 days the contract goes over the initial 90 days.

----------- will represent the Entity and be instructed by Chris Humphries, representing J&J Consulting, as to where to wire the funds and other matters.

The Entity and their members are prohibited from contacting any parties related to the injury settlement or Purchase Agreement, without the written consent of Jeffrey Judd.

No party shall be deemed in default of any Purchase Agreement or, unless otherwise expressly provided therin, any Ancillary Agreement for any delay or failure to fulfill any obligation hereunder or thereunder so long as and to the extent to which any delay or failure in the fulfillment of such obligation is prevented, frustrated, hindered or delayed as a consequence of circumstances of Force Majeure. In the event of any such excused delay, the time for performance of such obligations shall be extended for a period equal to the time lost by reason of the delay. A party claiming the benefit of this provision shall, as soon as reasonably practicable after the occurrence of any such event, (a) provide written notice to the other Party of the nature and extent of any such Force Majeure condition; and (b) use commercially reasonable efforts to remove any such causes and resume performances under this Agreement and the Ancillary Agreements, as applicable, as soon as reasonably practicable.


_____          _____
Chris Humphries                    Date         ------------------              Date




Attachment
Purchase Agreement

# Exhibit 8

## NON-COMPETE, NON-DISCLOSURE AND NON-SOLICITATION AGREEMENT

This Non-Compete, Non-Disclosure and Non-Solicitation Agreement (hereinafter referred to as the "Agreement") is entered into this ___ day of _____, 2019, by and between J & J Consulting Services, Inc. (hereinafter referred to as the "Business") and _____ (hereinafter referred to as the "Potential Investor").  The Business and the Potential Investor are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## TERMS

For good consideration and as an inducement for the Business to disclose valuable and confidential information to the Potential Investor, the undersigned Potential Investor hereby agrees as follows:

**Non-Compete:**

The Potential Investor understands that the Business operates throughout the United States.  As such, the Potential Investor agrees not to directly or indirectly compete with the Business and its successors and assigns within the United States for a period of two (2) years following the communication of the confidential information to the Potential Investor.

The term "not to directly or indirectly compete" as used herein shall mean that the Potential Investor shall not own, manage, operate, consult or be employed in a business substantially similar to or competitive with, the Business or such other business activity in which the Business may substantially engage.

The Potential Investor acknowledges that the Business shall or may in reliance of this Agreement provide the Potential Investor access to trade secrets, customers, attorneys, and other confidential data and/or information and good will.  Potential Investor agrees to retain said information as confidential and not to use said information on his/her own behalf or disclose the same to any third-party.

This non-compete agreement shall be binding upon and inure to the benefit of the Parties, their successors, assigns and personal representatives.

**Non-Disclosure:**

Confidential information as it relates to this Agreement refers to all information, whether provided in writing or verbally, that is not generally known to the public. Confidential information includes, but is not limited to the Business's trade secrets, customers, customer lists, attorneys, attorney lists, vendors, good will, financial information, concepts, techniques, manuals, syllabi, designs, data, computer programs and business activities and operations.

The Potential Investor agrees that the confidential information to be provided by the Business constitutes valuable information and is the exclusive property of the Business. Potential Investor agrees not to directly, or indirectly, without the express written consent of the Business, communicate, copy, disclose or make available any confidential information provided by the Business or relating to the Business. The Potential Investor further agrees to not use any of the confidential information for his/her purposes or on his/her own behalf for any purpose whatsoever.

The Potential Investor agrees that the term of this Non-Disclosure portion of this Agreement is for a period of ten (10) years unless cancelled in writing by the Business.

**Non-Solicitation:**

Potential Investor agrees that after receiving the confidential information from the Business and/or during the term of this Agreement, that he/she will not engage, employ, solicit for employment, interfere with, or endeavor to entice away from the Business, directly or indirectly, any employee, independent contractor, attorney, vendor, client, student, or any and all other person(s) with any affiliation whatsoever with the Business.

The Potential Investor agrees that the term of this Non-Solicitation portion of the Agreement is for a period of ten (10) years unless cancelled in writing by the Business.

**Miscellaneous Terms:**

(a)     The Parties agree and acknowledge that they have carefully read and fully understand all of the terms and provisions of this Agreement and have reviewed the same with their attorney of choice, if any, prior to execution of this Agreement.

(b)     The Parties agree and acknowledge that this Agreement was determined after negotiations and that the Parties' attorney, if any, participated in the drafting of this Agreement, and as such, should not be strictly construed for or against any of the Parties hereto.

(c)     The Parties agree and acknowledge that they are knowingly and voluntarily agreeing to **all** of the terms set forth in this Agreement.

(d)     The Parties agree and acknowledge that they knowingly and voluntarily intend to be legally bound by the same and that they entered into this Agreement voluntarily and not as a result of coercion, duress, or undue influence.

(e)     The Parties agree and acknowledge that this Agreement shall become binding and effective as of the date and time that it is fully executed by both Parties.

(f)     The Parties agree and acknowledge that this Agreement may be executed in counterparts, and each executed counterpart shall have the efficacy and validity of a signed original and with the same effect as if all Parties hereto had signed the same document.  All counterparts so executed shall be deemed to be an original, shall be construed together and shall constitute the entire Agreement.  Photographic copies of such executed counterparts may be used in lieu of the original.

(g)     The Parties agree and acknowledge that this Agreement shall be binding upon the Parties hereto and upon their heirs, administrators, representatives, executors, successors, and assigns, and shall inure to the benefit of said Parties and each of them and to their heirs, administrators, representatives, executors, successors, and assigns.

(h)     The Parties agree and acknowledge that this Agreement constitutes the complete and entire agreement between the Parties and supersedes any and all prior communications, agreements and understandings, written or oral, between the Parties.

(i)     The Parties agree and acknowledge that this Agreement may not be altered, amended, supplemented, modified or otherwise changed in any way whatsoever, except by a separate written agreement authorized and executed by all Parties.

(j)     The Parties agree and acknowledge that this Agreement shall be governed by and construed in accordance with the laws of the State of Nevada, without regard to conflict of law principles.

(k)     The Parties agree and acknowledge that in executing this Agreement they did not rely upon any representation or statement made by either Party or by any of the Parties agents, attorneys, or representatives with regard to the subject matter, basis, or effect of this Agreement or otherwise other than those specifically stated in this written Agreement.

(l)     The Parties agree and acknowledge that should any term and/or provision of this Agreement be declared or determined by a Court of competent jurisdiction to be wholly or partially illegal, invalid or unenforceable as a result of any action or proceeding, the validity of the remaining terms, releases and provisions shall not be affected and said illegal or invalid term, release or provision shall be deemed not to be a part of this Agreement.

(m)     The Parties agree and acknowledge that the waiver by either of the Parties hereto of any term, release or provision of this Agreement shall not be construed as a waiver of any other or subsequent term, release or provision.

(n)     The Potential Investor understands that his/her failure to comply with this Agreement in any way will cause the Business irreparable harm.  As such, Potential Investor agrees that the Business is entitled to immediate injunctive relief should any such violation of this Agreement occur.

DATED this ____ day of _____, 2019          DATED this ____ day of _____, 2019.

**J & J CONSULTING SERVICES, INC.**


_____          _____

By:  JEFFREY JUDD, President          By:  _____,
                                               Potential Investor

# Exhibit 9

Gmail

# PURCHASE AGREEMENT - Wisler.pdf

**Jeffrey Judd** <jeffreyjudd13@icloud.com>                                          Tue, Nov 9, 2021 at 12:03 AM
To: *Taylor Richards <█████████████████>

Sending you one 80k contract. You make 20k in 90 days.

Sent from my iPhone

    **PURCHASE AGREEMENT - Wisler.pdf**
    111K

# PURCHASE AGREEMENT

This is a Purchase Agreement ("Agreement") dated the 12th day of November, 2021. This Agreement is by and between Matthew Wisler ("Seller") who is represented by Matthew Meyerkord, Esq. of Meyerkord Russell & Hergott whose address is 105 East 5th Street, Suite 301, Kansas City, Missouri 64106 ("Attorney") and J & J Consulting Services, Inc., an Alaska corporation ("Buyer") who is represented by Matthew Beasley, Esq. of the Beasley Law Group, PC ("Buyer's Attorney") whose address is 737 North Main Street, Las Vegas, Nevada 89101.

A.      Seller has a claim arising from a slip and fall incident which occurred on March 7, 2020 ("Claim") at Ziggy's Pizza East which is owned and operated Ziggy's Pizza, LLC. Seller has hired Attorney to represent Seller in this Claim. Seller has settled the Claim. The entire amount of the settlement is $244,980.00 ("Settlement Amount"), less legal fees, superior medical liens existing on the date of this Agreement, costs and disbursements payable to Attorney under the existing fee agreement between Seller and Attorney ("Proceeds").

B.      Seller desires to sell and assign to Buyer an interest in the Proceeds. Buyer desires to purchase the interest in the Proceeds, on the terms and under the conditions set forth in this Agreement.

BUYER AND SELLER AGREE AS FOLLOWS:

1.      PURCHASE OF INTEREST

a.      Seller hereby sells, transfers, conveys and assigns to Buyer a $105,000.00 interest ("Interest") in the Proceeds for a purchase price of $80,000.00 ("Purchase Price"). Seller acknowledges receipt of the Purchase Price. Seller understands that the amount of Buyer's Interest, or, in other words, the amount to be paid to Buyer, will increase to reflect the date the Buyer is paid its Interest in the Proceeds as set forth in the following Disclosure Table ("Disclosure Table"):

[Intentionally Left Blank]

<u>DISCLOSURE TABLE</u>

Purchase Price:             $80,000.00
Administration Fee:         $5,000.00

| Date of Payment to Buyer | Amount due to Buyer |
|---|---|
| On or before February 10, 2022 | $110,000.00 |
| After February 10, 2022 but on or before March 12, 2022 | $122,500.00 |

*Should Seller not pay Buyer from the Proceeds by March 12, 2022 the Buyer's Interest will increase by **$12,500.00 every thirty (30) days thereafter.**

b.      Buyer's Interest will be paid by Attorney out of the Proceeds of the Claim and will be deducted directly from the Proceeds of the Claim and will be paid to Buyer prior to any payment to Seller with respect to the Claim.  If the Proceeds of the Claim Amount are not enough to pay the full amount due to Buyer, then Buyer shall be entitled to receive 100% of the Proceeds of the Claim.  Seller has directed Attorney to, among other things,(i) place an assignment, consensual lien and security interest in favor of Buyer against any and all Proceeds due Seller from the Claim (after payment of any and all legal fees and reimbursable costs) and to protect and satisfy the assignment, consensual lien and security interest in favor of Buyer up to the full amount of Buyer's Interest, (ii) notify Buyer of receipt of Settlement Amount, (iii) pay Buyer from the Proceeds the proper amount due to Seller representing Seller's Interest  in the Proceeds at the time of distribution of the Proceeds prior to any payment to Seller with respect to the Claim, (iv) respond to requests for information from Buyer and (v) notify Buyer prior to any disbursements of funds to verify the amount due Buyer.  Seller has provided Buyer with an executed Authorization for Attorney to Pay Buyer from Proceeds of Claim/Acknowledgement of Authorization by Seller and Attorney in the form attached as Exhibit "A" ("Authorization and Acknowledgement ").

c.      The amount Buyer is entitled to May be more than is listed in the Disclosure Table above if Seller does not honor the obligations in this Agreement.  Seller will also be liable to pay Buyer's Interest, even if there are no Proceeds, if Seller has mislead Buyer or Attorney concerning Seller's Claim and will also be liable for Buyer's attorney's fees or collection costs, as permitted by law.

d.      If Seller wants to sell an additional Interest, and if Buyer agrees to purchase an additional Interest, Buyer and Seller will sign an amended Disclosure Table. Seller understands that Buyer is not required to purchase any additional Interest.

e.      In the event that the Claim is the subject of more than one lawsuit, claim or cause arising out of more than one incident/accident/transaction, or against one or more defendants, then the amount due Buyer pursuant to this Agreement shall be paid from the Proceeds of the first lawsuit, claim and/or case against any of the defendants, including insurance companies and malpractice claims arising out of the Claim, which results in a monetary recovery.  If insufficient funds are available from the first lawsuit, claim and/or case resulting in a monetary recovery to pay the full amount due Buyer pursuant to this Agreement, then the balance due Buyer shall be paid from the Proceeds of the next lawsuit, claim and/or cause, if any.

f.      The amount due Buyer shall be withheld from any money collected as a result of the Claim and shall immediately be paid to Buyer (after first deducting Attorney's fees and costs, and any prior liens which exist on the date of this Agreement).  Seller agrees and hereby directs that all Proceeds received in connection with the Claim, are held in Trust for Buyer until Buyer has been fully paid its Interest.  Seller understands that Seller will not receive any money or payment from the Proceeds of Seller's Claim until Buyer has been paid Buyer's Interest in full. This shall also apply to any structured settlements.  If Seller receives payments from several sources, Seller will pay Buyer all monies received from each source until Buyer is paid in full its Interest in the Proceeds of the Claim.  Seller acknowledge that receipt or use of any Proceeds of the Claim prior to the full payment to Buyer of Buyer's Interest in the Proceeds of the Claim May constitute an illegal conversion and May be a crime.

2.      GRANT OF SECURITY INTEREST

By signing this Agreement, Seller grants to Buyer a security interest and a lien in the Settlement Amount and all Proceeds of the Claim ("Collateral").  Buyer shall have all rights and remedies of a secured party under the Nevada Uniform Commercial Code. Seller authorizes Buyer to file one or more UCC financing statements regarding Buyer's security interest and lien in the Collateral and Seller agrees to take all other steps reasonably required by Buyer to perfect and maintain the perfection of Buyer's security interest.

3.      NO TRANSFER OF CLAIM

Seller is not assigning any portion of the Claim to Buyer, and Buyer is not buying any portion of the Claim under this Agreement.  Buyer has no right or obligation to take any legal action for Seller in connection with the Claim. Buyer has no right or obligation to advise, direct or instruct Seller or Attorney in how to go forward with Seller's Claim. Buyer will not be involved in the negotiation of any settlement of Seller's Claim.  Buyer has no obligations or duties concerning the Claim, or the collection of any settlement, award or verdict from the Claim.

4.      SELLER'S REPRESENTATIONS AND WARRANTIES

Seller represents and warrants to Buyer that:

a.      Seller is using the funds received from the Purchase Price for Seller's immediate economic necessities.  Seller has been advised that Seller should not sell any portion of the Proceeds of the Claim if Seller has any other alternative to meet my immediate economic necessities.  Seller understands that due to the various factors involved that Buyer May make a large profit.

b.      Seller acknowledges that Seller has been advised to seek the services of legal, tax, accounting and/or financial advisors in the negotiation and signing of this Agreement. Seller has either received such counsel prior to signing this Agreement or expressly waived such counsel.  Seller understands from speaking to Attorney and/or other advisors that the amount of Buyer's Interest as set forth in the Disclosure Table is greater than the Purchase Price Seller is receiving, and that there is a cost to Seller selling Buyer the Interest.  Seller understands that Buyer is relying upon Seller's representations in deciding to purchase this Interest and Seller represents and warrants that all statements made by Seller are true and correct as of the date hereof.  Seller understands that if any information provided by Seller changes that Seller has an obligation to immediately notify Buyer.

c.      Seller is not currently in bankruptcy, there are no pending tax claims or criminal allegations against Seller, and Seller has complied with all laws in connection with the Claim.  Seller further represent that Seller is not in violation of any obligations concerning childcare, alimony or support, and Seller has not been convicted of a felony or other crime involving dishonesty.  Other than the Claim itself, there is no claim, legal action, lien or any proceeding or order pending or in effect or threatened, against Seller, or which would in any manner affect or impair Buyer's Interest or Buyer's rights under this Agreement.  Seller has been truthful in all aspects of the Claim and has provided all information to Attorney in a complete and honest fashion. Seller also confirms that all documents submitted in connection with the investigation and Buyer's evaluation of the Claim are true, whether submitted by Attorney or Seller.  Seller understands that Buyer is relying upon these statements in determining whether to enter into this Agreement.

d.      Seller agrees to not change the fee agreement between Seller and Attorney in any way that would reduce the amount of Buyer's Interest in the Proceeds of the Claim. Seller further promises to notify Buyer in writing within 72 hours if Seller terminates the services of Attorney, or if Attorney determines not to proceed with the Claim.  If new attorneys are retained to represent Seller in the Claim, Seller will notify Buyer within 72 hours of the new attorneys being retained, and will direct the new attorneys to comply with the terms of this Agreement by Seller and the new attorney executing a

new Authorization and Acknowledgement within 14 days after accepting Seller's representation . Seller will also notify Buyer in writing within 72 hours if Seller moves from the address listed above.

e.     Seller will not knowingly create or permit any additional liens, charges, security interests, encumbrances, agreements of any kind or other rights of third parties against the Proceeds of the Claim without the prior written consent of Buyer. Seller specifically promises not to sell any additional portion of the Proceeds of the Claim after the date of this Agreement, unless Buyer has given prior written permission. Seller also confirms that neither the Claim nor the Proceeds are subject to any liens, charges, security interests, encumbrances, agreements of any kind or nature (other than this Agreement) or other rights of third parties except for liens previously provided to Seller's medical providers. Seller understands that if these statements are not true, it May be considered as a fraud, as Buyer is relying upon these statements in going forward with this Agreement.

5.     EVENTS OF DEFAULT

The occurrence of any one or more of the following events shall be an event of default by Seller under this Agreement (each, an "Event of Default"):

a.     The failure by Seller or Attorney to pay Buyer's Interest in the Proceeds within thirty (30) days after the Settlement Amount is received by Seller or Attorney; or

b.     Seller's failure to perform or comply with any of the agreements, conditions, provisions or promises contained in this Agreement, including but not limited to if Buyer does not receive a timely response to a request for information from Seller or Attorney or if Buyer does not receive a new Authorization and Acknowledgement by Seller and new attorney within fourteen (14) days after accepting representation, and such failure to perform or comply continues unremedied for a period of ten (10) days after written notice from Buyer to Seller, unless such default, in Buyer's reasonable discretion, is not curable, in which event there shall be no grace period; or

c.     If Buyer discovers any material misrepresentation or inaccuracy in any representation or warranty made by Seller to Buyer in this Agreement.

Upon an Event of Default by Seller under this Agreement, Seller agrees that Buyer May contact any insurance company, claims adjuster or attorney then handling the Claim on behalf of any responsible party and advise such insurance company, claims adjuster or attorney about Buyer's Interest in Seller's Claim and to direct that Buyer be included as a payee on settlement checks provided further that nothing herein shall prevent Buyer from exercising any other right or remedy provided under law or equity. If Buyer does

anything stated in this paragraph, Buyer shall not be liable to Seller for any damages which Seller May suffer resulting from Buyer's actions described above.

6.    APPLICABLE LAW

This Agreement shall be governed, construed and enforced in accordance with, and all disputes arising out of or in connection with this Agreement shall be governed by, the internal laws of the State of Nevada, without regard to the conflict of law rules of Nevada or any other jurisdiction.

7.    ARBITRATION

BUYER AND SELLER ACKNOWLEDGE AND AGREE THAT ALL DISPUTES, CLAIMS, DEFENSES OR CONTROVERSIES (WHETHER IN LAW OR IN EQUITY) ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE RELATIONSHIPS THAT RESULT FROM THIS AGREEMENT, INCLUDING BUT NOT LIMITED TO ANY DISPUTES, CLAIMS OR CONTROVERSIES INVOLVING FEDERAL OR STATE STATUTORY CAUSES OF ACTION OR INJUNCTIVE RELIEF, ANY INVOLVING FEDERAL OR STATE ADMINISTRATIVE REMEDIES, ANY INVOLVING CONSUMER FRAUD AND ANY INVOLVING A CHALLENGE TO THE LEGALITY OF ANY PART OR ALL OF TH IS AGREEMENT ("DISPUTES") SHALL BE RESOLVED THROUGH FINAL AND BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES ("RULES") OF THE AMERICAN ARBITRATION ASSOCIATION ("AAA"). THE ARBITRATION SHALL TAKE PLACE BEFORE A SINGLE ARBITRATOR TO BE CHOSEN BY AGREEMENT OF THE PARTIES, OR FAILING SUCH, IN ACCORDANCE WITH AAA RULES. THE ARBITRATION SHALL TAKE PLACE IN THE STATE OF NEVADA, COUNTY OF CLARK UNLESS THE PARTIES AGREE TO A DIFFERENT LOCATION. THE PARTIES AGREE THAT THIS ARBITRATION AGREEMENT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND, EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, SHALL BE GOVERN ED BY THE FEDERAL ARBITRATION ACT, 9 U.S.C. §1 AND THE SUBSTANTIVE LAWS OF THE STATE OF NEVADA SHALL BE APPLIED IN ALL EVENTS. JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT HAVING JURISDICTION. THE PARTIES ALSO AGREE THAT THE AAA OPTIONAL RULES FOR EMERGENCY MEASURES OF PROTECTION SHALL APPLY TO THE PROCEEDINGS.

8.    WAIVER OF JURY TRIAL

BUYER AND SELLER, AFTER CONSULTATION WITH THEIR RESPECTIVE ATTORNEYS, EACH HEREBY WAIVE ANY RIGHT WHICH THEY MAY HAVE TO A JURY TRIAL, INCLUDING ANY RIGHT VESTED BY FEDERAL, STATE OR LOCAL STATUTE, IN CONNECTION WITH ANY DISPUTES OR LEGAL PROCEEDING

INVOLVING, DIRECTLY OR INDIRECTLY, ANY MATTER COMMENCED BY OR AGAINST EITHER PARTY IN ANY WAY ARISING OUT OF OR RELATED TO THIS AGREEMENT OR WITH ANY DOCUMENT EXECUTED IN CONNECTION WITH THIS AGREEMENT.

9.      WAIVER OF CLASS ACTION CLAIMS

SELLER HEREBY AGREES TO WAIVE ANY AND ALL RIGHTS TO (i) ANY DISPUTE WITH BUYER BEING HANDLED AS A CLASS ACTION AND (ii) JOINING AS A PLAINTIFF, CLAIMANT, MEMBER OR PARTICIPANT IN ANY CLASS ACTION AGAINST BUYER.  IT IS AGREED THAT ANY ARBITRATION WILL BE LIMITED TO THE DISPUTE BETWEEN BUYER AND SELLER, AND BUYER AND SELLER WAIVE ANY RIGHT TO CONSOLIDATE OR TO HAVE HANDLED AS A CLASS ACTION ANY PROCEEDING ON ANY DISPUTES WITH ANY PROCEEDING ON DISPUTES, CLAIMS, OR CONTROVERSIES INVOLVING ANY PERSON OR ENTITY NOT A PARTY TO THIS AGREEMENT.

10.     RECLASSIFICATION OF TRANSACTION

This Agreement represents an investment by Buyer, and not a loan to Seller. However, should a court of law determine that the transaction set out in this Agreement is a loan of money, Seller agrees that interest shall accrue at the maximum rate permitted by law. Seller agrees that any fees or expenses paid by Buyer in connection with the Claim will not be included as interest. This includes any attorney's fees and costs Buyer has expended to enforce its rights under this Agreement.  Seller agrees that these will be considered as a reimbursement to Buyer, rather than as interest.

11.     MISCELLANEOUS

a.      If any part of this Agreement is deemed invalid or unenforceable, it shall not affect the validity or enforceability of (i) any other part of this Agreement, and the Agreement shall be modified to the extent legally possible to legally carry out the intent of this Agreement and (ii) any agreement between Buyer and any other party. This Agreement and its exhibit make up the entire and only agreement or understanding between Buyer and Seller.  It May not be changed unless signed in writing by Buyer and Seller.  This Agreement takes precedence over all prior agreements, brochures, negotiations, commitments and representations, whether oral or written, about Seller's Claim and Buyer's purchase of its Interest.

b.      Should Buyer retain the services of an attorney to enforce the terms of this Agreement, Seller will be responsible for any costs or expenses (including reasonable legal fees and expenses) in enforcing Buyer's rights under this Agreement and the amount of Buyer's Interest shall be increased in an amount equal to Buyer's costs and expenses.

c.      This Agreement will be binding upon Buyer and Seller, and each of their heirs, executors, administrators, successors and assigns. Seller understands and agrees that Seller has no right to assign Seller's rights and obligations under this Agreement.  Seller further understands and agrees that Buyer May assign its rights and obligations under this Agreement (and Buyer's Interest) to any party without Seller's prior approval, provided that any such party agrees to be bound by the terms and conditions of this Agreement.  It is agreed that if Buyer assigns this Agreement as provided in the prior sentence, Buyer shall have no further obligations under this Agreement and Seller must look solely to the party Buyer assigned the Agreement to for performance under this Agreement.  When requested by Buyer or any assignee, Seller will sign and deliver any and all reasonably requested documents as Buyer or such assignee May require to confirm the various rights and obligations of the parties under this Agreement.  This Agreement May be signed in separate counterparts.  A facsimile signature shall be deemed to be an original signature.

12.     RIGHT TO CANCEL

SELLER HAS THE RIGHT TO CANCEL THIS AGREEMENT WITHOUT PENALTY OR FURTHER OBLIGATION AT ANY TIME PRIOR TO MIDNIGHT OF THE FIFTH (5TH) BUSINESS DAY FROM THE DATE SELLER RECEIVES FUNDING HEREUNDER FROM BUYER.

In order for the cancellation to be effective, Seller must return the full amount of disbursed funds to Attorney within five (5) business day of the disbursement of funds who will then return the amount to Buyer's Attorney upon the clearance of the funds in Attorney's Trust Account.

DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT COMPLETELY OR IF IT CONTAINS ANY BLANK SPACE. BEFORE YOU SIGN THIS AGREEMENT YOU SHOULD OBTAIN THE ADVICE OF YOUR ATTORNEY.  YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT.

SELLER:                                          BUYER:


_____                 _____
MATTHEW WISLER                                   J & J CONSULTING SERVICES, INC.

## EXHIBIT A

AUTHORIZATION FOR ATTORNEY TO PAY J & J CONSULTING SERVICES, INC.
FROM PROCEEDS OF CLAIM/ACKNOWLEDGEMENT OF AUTHORIZATION

Pursuant to that certain Purchase Agreement dated November 12, 2021 between Matthew Wisler ("Seller") and J & J Consulting Services, Inc. ("Buyer") (the "Agreement"), I, Matthew Wisler hereby irrevocably authorize and direct my attorney, Matthew Meyerkord, Esq. ("Attorney"), (and any future Attorney representing me in connection with my Claim to, among other things, (i) place an assignment, consensual lien and security interest in favor of Buyer against any and all of the Proceeds due Seller from the Claim (after payment of any and all legal fees, reimbursable costs, statutory liens and liens) and to protect and satisfy the assignment, consensual lien and security interest in favor of Buyer up to the full amount of Buyer's Interest, (ii) pay Buyer's Attorney from the Proceeds the amount due to Buyer representing Buyer's Interest in the Proceeds of the Claim at the time of distribution of the Proceeds prior to any payment to Seller with respect to the Claim, (iii) in the event that the Claim is the subject of more than one lawsuit, claim or cause of action arising out of more than one incident/accident/transaction, or against one or more defendants, pay Buyer's Interest from the Proceeds of the first lawsuit, claim and/or case against any of the defendants, (iv) notify Buyer's Attorney of discontinuance or ending with respect to Attorney's representation, (v) respond to requests for information from Buyer's Attorney and (vi) call Buyer's Attorney prior to any disbursements of funds to verify the amount of Buyer's Interest.  Such amounts shall be paid directly to Buyer's Attorney to satisfy Seller's obligations to Buyer under the Purchase Agreement prior to any distribution of Proceeds to Seller. The amount of Buyer's Interest will increase to reflect the date Buyer is paid its Interest in the Proceeds as set forth in the Disclosure Table to the Agreement, as such May be amended from time to time.  This Authorization is irrevocable and binding and May only be amended by the mutual written agreement of Seller and Buyer.

Dated this 12th day of November, 2021.


_____

MATTHEW WISLER, Seller

## ACKNOWLEDGEMENT OF AUTHORIZATION

I, Matthew Meyerkord, Esq., hereby acknowledge that Meyerkord Russell & Hergott represent Matthew Wisler, as his attorney, in connection with the Claim described in the Agreement.  I acknowledge that Matthew Wisler has irrevocably instructed me to comply with the Agreement's terms pursuant to the Authorization set forth above (the "Authorization").  I will honor Matthew Wisler's Authorization.  I agree to pay Buyer's Attorney Buyer's Interest from Matthew Wisler's Proceeds of the Claim in accordance with the Disclosure Table set forth in the Agreement, as such May be amended from time to time.  I agree not to distribute any Proceeds of the Claim to Matthew Wisler until Buyer's Interest has been paid in full.  In the event of a dispute, I agree that only disbursements for attorney's fees, reimbursable costs, statutory liens and medical liens that are in existence prior to the date of the Agreement will be made.  All other funds due Matthew Wisler shall be held in my Trust Account until such dispute is resolved. In the event that I am terminated as Matthew Wisler's attorney with respect to the Claim, I shall give Buyer's Attorney immediate written notice thereof by certified mail, and state the name, address and telephone number of Matthew Wisler's new attorney.

All disbursements of funds, including Matthew Wisler's share of the Proceeds, will be through my Trust Account, and Matthew Wisler will not receive a settlement check directly from any defendant or insurance company.  I agree to verify the amount of Buyer's Interest prior to any disbursement of funds.  I have no knowledge of Matthew Wisler having previously sold, transferred or assigned any interest in the Claim or in the Proceeds of the Claim, and understand that Matthew Wisler May not further sell, transfer or assign any additional Interest to any party other than Buyer without Buyer's written permission.  I warrant and covenant that I am authorized to execute this document on behalf of Meyerkord Russell & Hergott.

DATED this 12th day of November, 2021.

MEYERKORD RUSSELL & HERGOTT


_____

By:  MATTHEW MEYERKORD, ESQ.

# Exhibit 10

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )

                                 ) File No. SL-02855-A

J&J CONSULTING SERVICES, INC. )

WITNESS:  Taylor David Richards

PAGES:    1 through 105

PLACE:    Securities and Exchange Commission

          351 South West Temple, Suite 6.100

          Salt Lake City, Utah 84101

DATE:     Thursday, April 7, 2022

     The above-entitled matter came on for hearing via

Webex, pursuant to notice, 10:14 a.m. MST.

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

APPEARANCES:

On Behalf of the Securities and Exchange Commission:
   JONI OSTLER, ESQ.
   LAURIE E. ABBOTT, ESQ.
   Securities and Exchange Commission
   351 South West Temple
   Suite 6.100
   Salt Lake City, Utah 84101
   Tel:  801-524-5796
   Email: ostlerj@sec.gov

On behalf of the Witness:
   TAYLOR DAVID RICHARDS, PRO SE

Page 4

C O N T E N T S (CONT.)

EXHIBITS:      DESCRIPTION            IDENTIFIED
21  Screenshot of text messages          90

Page 3

CONTENTS

WITNESS:                        EXAMINATION
Taylor David Richards                    5

EXHIBITS:     DESCRIPTION           IDENTIFIED
 3   Order Directing Private Investigation      5
 4   Subpoena                    10
 5   Taylor Richards' written summary of
     relationship with Jeffrey Judd         11
 6   Email from Taylor Richards to Joni Ostler
     Re:  Investor Tracking             59
6A   Excel spreadsheet of investor tracking     60
6B   List of investors and amount invested     67
 7   Email to Matthew Beasley and Jeffrey Judd  70
 8   Email from Jeffrey Judd to Taylor Richards
     Re:  Purchase Agreement - Greer        34
12   Email from Jeffrey Judd to Dave Richards,
     Taylor Richards, and Dustin Hacker
     Re: No more emailed contracts         76
14   Picture sent to Taylor Richards from
     Matthew Mangum                77
15   Screenshot of text messages          77
16   Screenshot of text messages          80
17   Screenshot of text messages          85

Page 5

P R O C E E D I N G S
        (SEC Exhibit No. 3 was marked
     for identification.)
     MS. OSTLER:  So we're on the record on
April 7, 2022, at 10:14 a.m., Mountain Daylight
Time.
     Mr. Richards, do you consent to taking an
oath or affirmation to tell the truth remotely by
Webex rather than in person?
     MR. RICHARDS:  Yes.
     MS. OSTLER:  Okay.  Please raise your
right hand.
     Do you swear to tell the truth, the whole
truth, and nothing but the truth?
     MR. RICHARDS:  Yes.
Whereupon,
        TAYLOR DAVID RICHARDS
was called as a witness and, having been first duly
sworn, was examined and testified as follows:
        EXAMINATION
     BY MS. OSTLER:
   Q   All right.  Please state and spell your --
   A   I feel like I'm in church.
   Q   Yeah.
        Please state and spell your full name for

2  (Pages 2 to 5)

Page 6

1  the record.
2      A   Taylor David Richards, T-A-Y-L-O-R
3  D-A-V-I-D R-I-C-H-A-R-D-S.
4      Q   I'm noting for the record that this
5  testimony session is being conducted remotely. Mr.
6  Richards, can you please provide the address of your
7  location for the record?
8      A   ████████████, Heber City, Utah.
9  Just my -- at my house.
10     Q   So as I told you, my name is Joni Ostler.
11  And with me is co-counsel Laurie Abbott.  We are
12  members of the staff of the enforcement division of
13  the Salt Lake regional office of the Securities and
14  Exchange Commission of the United States.  We are
15  also officers of the commission for purposes of this
16  proceeding.
17          This is an investigation by the commission
18  entitled "In re J & J Purchasing" -- I'm sorry.  I
19  screwed that up.  It's "In re J & J Consulting
20  Services, Inc." And the purpose of our investigation
21  is to determine whether there have been any
22  violations of the federal securities laws or rules
23  for which the commission has enforcement authority.
24  However, facts developed in this investigation might
25  constitute violations of other federal or state

Page 7

1  or -- civil laws -- criminal or civil laws.
2          Before we begin with the questions, I have
3  to go over some preliminaries for you.  Your
4  testimony today is under oath and will consist of a
5  series of questions of answers.  So I will ask you
6  questions, and you will answer the questions
7  truthfully and to the best of your ability.  Do you
8  understand that?
9      A   Okay.  Yeah.
10     Q   To the extent that you don't know the
11  answer to one of my questions or if you are merely
12  speculating, please say so.
13     A   Okay.
14     Q   If you -- if you answer a question and you
15  don't tell me you're speculating, I will assume that
16  the answer you give is based on your knowledge.
17     A   Okay.
18     Q   It is -- it is important that you hear and
19  understand my questions.  So if you don't hear a
20  question, please ask me to repeat it.  And if you
21  don't understand a question, please let me know, and
22  I will attempt to clarify it or rephrase it for you.
23  If you do answer a question, I will assume that you
24  both heard and understood the question.  Do you
25  understand that?

Page 8

1      A   Okay.  Yeah.
2      Q   The court reporter is here to take -- to
3  create a written testimony of your -- a written
4  transcript of your testimony.  Jeez, I have to read
5  a lot of stuff.  There are several things that we
6  both need to do to help the court reporter create a
7  clean and accurate transcript.
8      A   Okay.
9      Q   First, please answer all of the questions
10  verbally.  So don't respond with, like, a shake of
11  your head or a nod.
12     A   Okay.
13     Q   And please use "yes" or "no" instead of
14  "uh-huh" or "huh-uh."
15     A   Okay.
16     Q   If you can remember to, please use names,
17  like Jeffrey or Mark, instead of "he" or "she,"
18  because it makes the record more clear.
19     A   Okay.
20     Q   And as we're talking, try to let me finish
21  my question before you give the answer, and I will
22  likewise try to let you finish your full answer
23  before I state the next question so that we're not
24  talking over each other.
25     A   No problem.

Page 9

1      Q   I will be showing you exhibits on the
2  screen.  I need your agreement that you will not
3  take any screenshots or any kind of captures or
4  copies of the exhibits I show you.
5      A   Okay.
6      Q   They're all going to be documents that you
7  gave me anyway --
8      A   That's fine.
9      Q   -- so you already have them.
10          If you need to take a break during
11  testimony for any reason, just let me know.  Just
12  remember, the court reporter won't go off the record
13  for anyone other than an SEC attorney telling them
14  to go off the record.
15     A   Okay.
16     Q   Is there any reason at all that you cannot
17  provide complete and truthful testimony today?
18     A   Nope.
19     Q   You're not sick at all today?
20     A   Nope.
21     Q   Have you taken any medication today that
22  might affect your memory or impair your mental
23  capacity in any way?
24     A   Nope.
25     Q   Have you had anything alcoholic to drink

Page 10

1   in the last eight hours?
2       A   No.
3       Q   Okay.  So now I'm going to show you
4   another document.
5       A   Okay.
6       Q   My computer's being a little slow.
7       Okay.  Do you see on the screen the
8   subpoena that I sent you?
9       A   Not yet.
10      Q   Oh, it's not working.
11      A   No, I -- nothing's come up yet.
12      Q   Let me know when it --
13      A   Yep.  There it is.
14      Q   Okay.  Great.
15          Are you appearing here today pursuant to
16  the subpoena?
17      A   Does that mean because I got this, I'm
18  here?
19      Q   Yes.
20      A   Yes.
21      Q   Okay.  And just for the record, the
22  subpoena is Exhibit 4.
23          (SEC Exhibit No. 4 was marked
24          for identification.)
25      THE WITNESS:  Okay.

Page 11

1       BY MS. OSTLER:
2       BY MS. OSTLER:
3       Q   Okay.  Next document.  So you produced
4   documents pursuant to that subpoena that was for
5   documents and testimony, right?
6       A   Correct.
7       Q   I'm going to show you a document that you
8   produced that I've marked as Government Exhibit 5.
9       A   Okay.
10          (SEC Exhibit No. 5 was marked
11          for identification.)
12      BY MS. OSTLER:
13      Q   Do you recognize Government Exhibit 5?
14      A   I do.  I wrote it.
15      Q   When did you write this document?
16      A   Last week.  What would be the date?  I was
17  supposed to have everything to you by Thursday
18  morning, and I believe I wrote it either Tuesday
19  or Wednesday night of last week.  I could look when
20  I saved it on my computer, but I'm just looking for
21  the date that that would have been.
22      Q   That's --
23      A   So last -- or I don't know that that --
24  does that matter?
25      Q   No, that's close enough.

Page 12

1       A   Okay.  Yeah.
2       Q   For -- for what purpose --
3       A   I -- I got the subpoena on Monday, the
4   28th of March, and I was asked to have all the
5   documentation back to you by the morning of
6   Thursday, March 31st, by 9 a.m.  So somewhere
7   between that time is when I wrote it.
8       Q   Okay.  Why did you write this document?
9       A   I was asked -- or from my understanding of
10  the subpoena, I was asked to provide any type of
11  communication I had had with Jeffrey Judd and also
12  describe any type of documentation I was sending
13  over to help you guys understand -- you guys and --
14  mainly you, Joni -- understand what it was.
15          This document was my effort to give you
16  kind of a full overview of my entire relationship
17  with Jeff Judd, how it started, how the investment
18  came to me, and how that then disbursed into, I
19  guess, growing into me being involved in it, family
20  members being involved in it, friends being involved
21  in it, and up to our current time.
22      Q   Is everything in this document true and
23  correct, as far as you know?
24      A   Yes.
25      Q   Okay.  I'm going to ask you just a few

Page 13

1   questions -- more details about what you wrote.
2       A   That's fine.
3       Q   So you say that you first met Jeff Judd
4   when you did a remodel for him in mid to late 2020,
5   correct?
6       A   Yep.
7       Q   And then in your second paragraph, you say
8   towards the end of the remodel you had become
9   friends with Jeff.
10      A   Correct.
11      Q   When -- when did that remodel end?
12      A   It was about a two- to three-month
13  project.  So the project started between September
14  and October of 2020, and their goal was to have
15  everything completed by Thanksgiving of 2020.  By
16  "their goal," I mean the Judds', Jen and Jeff.
17  Their goal was to have the project completed before
18  Thanksgiving of 2020 so they could come as a family
19  and enjoy the home together.  So that was the course
20  of the initial construction.
21          There was more construction on that same
22  home that followed but not as this initial remodel.
23  So when I reference "towards the end of the
24  remodel," I mean towards the end -- or middle to end
25  of November 2020.

Page 14

1        Q   Okay.  You say that Jeff told you about
2  his business.
3        A   Uh-huh.
4        Q   Do you recall, was that a conversation in
5  person?
6        A   Yes.  That was -- I've got to try -- that
7  was my whole goal of this, is I can't remember every
8  conversation.  So I -- I couldn't tell you the date,
9  and I couldn't tell you all that was said.  It was
10  something along the lines of -- and I guess I should
11  tell you this is speculation because I don't
12  remember exact words.  But it was something along
13  the lines of -- basically we were getting to the
14  end -- and in my business, I really like to get to
15  know every one of my clients.  That's part of what
16  my job is, getting to know them, what type of things
17  that they want in the home or -- you know, whatever
18  project I'm doing for them.
19        And I -- I knew Jeff pretty well.  I
20  didn't know exactly what he did.  I knew that he
21  made money to be able to have a house.  So I didn't
22  know exactly what his business was.  So towards the
23  end of the remodel, he asked if I knew what he did
24  for work.  And this is, again, speculating on the
25  generalization of the conversation.  I said no.

Page 15

1        And he told me that he purchased
2  settlement contracts, fronted the money for them and
3  then was paid the difference after they closed, and
4  said, you know, "I really like you as a" -- you
5  know, "as a person, and I like" -- you know,
6  "you're" -- "you're a young guy with a growing
7  family, and I'd love to help you out if it's
8  something you're interested in."
9        And that's basically where he left it.  He
10  was never pushy towards me with it.  It was never,
11  "You need to do this," or, "How about you do this
12  work, and in turn, I give you this," a contract or
13  something like that.  There was never anything like
14  that.  It was just something he -- I don't know if
15  "casually" is the right word, but I would say, as a
16  friend, offered me.
17        And it was something that -- I took about
18  two months, if I remember correctly, going back
19  through the documents.  The first email he sent me
20  kind of describing it -- and you'll have that
21  provided to you -- if I remember correctly, was on
22  November 17th of 2020.  And the first time I sent
23  money was January 20th of 2021, something like that.
24  So I took about two months to think about it.
25        Q   Do you remember if anyone else was there

Page 16

1  when Jeff was initially describing to you what he
2  did for a living?
3        A   Probably not.  It would have just been a
4  time that -- I didn't have a lot of personal, as far
5  as in-person, contact with Jeff just because this
6  wasn't a primary residence for him.  So most of the
7  time, he was back in Henderson where he lived
8  full-time.  I was here in Heber and just would be
9  doing some work.
10        And usually, they would come into town
11  maybe once a month for the first little bit.  And
12  any work that we had done when he would come into
13  town, I would provide all of the receipts and
14  invoices from any work that had been done, and he
15  would write me a check.  So it was, I would guess,
16  at one of those meetings, if I -- I mean, I don't --
17  I don't remember exactly, but if I had to speculate
18  and guess, it would have been at one of those
19  meetings.
20        Q   I'm going to ask you a little bit more
21  detail, if you can remember, about what he said
22  about the business.
23        A   Okay.
24        Q   Did he tell you when it started?
25        A   He told me he'd been doing it for a couple

Page 17

1  years, but I don't remember him saying a certain
2  date.
3        Q   Do you remember him telling you how he got
4  started in that business?
5        A   Yeah, I do remember not exactly but kind
6  of the gist of how he got started.  From what I
7  understood, he was part of a pharmaceutical sales
8  company, and one of the other members of that
9  company was embezzling money or doing something of
10  that nature.  And they went -- I guess they were
11  suing him, or however you go about getting that
12  money back from someone who's stealing money from
13  your company.
14        And in that process, from what I
15  understood, he met Matt Beasley, and Matt came to
16  Jeff with the idea -- or I guess maybe the "idea"
17  isn't the right word.  But Matt came to Jeff, from
18  what I understood, and said, "I have these clients
19  who have settlement cases that need funded.  I can't
20  do it because" -- "I," as in Matt Beasley -- "can't
21  do it because it needs to be at an arm's length."
22        Basically, the gist of what Jeff said is
23  Matt knew the attorney side and Jeff knew the
24  business side, and so Matt came to Jeff and said,
25  "There's a business opportunity to be had here, but

1  I just don't know how to make a business work.  I
2  want to" -- "I want to come with you and see if we
3  can make a business work out of it."
4      Q   So other than Matt Beasley, did Jeff say
5  that anyone else worked in this business with him?
6      A   No.
7      Q   What about his son, Parker Judd?
8      A   Towards the end -- I mean, I knew Parker
9  as a person but never knew him as an involved person
10  as far as someone who was doing things in the
11  business.  When -- when I had friends and family who
12  were going to start investing and I was just
13  connecting them to Jeff, Jeff at that time said,
14  "Parker will be handling their" -- if I remember
15  correctly, "Parker will be handling their
16  documentation."
17      So I think there is an email, if I
18  remember correctly, that says something along the
19  lines of Parker had access to Jeff's email that all
20  of the contracts and documentation were going
21  through.  And so whoever was investing, that I knew,
22  would email that email, and Parker would have access
23  to then go in and do that paperwork.
24      But I really didn't know much -- I would
25  say Parker is probably the one that I knew the least

1  out of Jeff's four children.
2      Q   Did you ever meet Parker in person?
3      A   Yes, but not along any of these -- as
4  long -- as far as along any of Jeff's terms.  I met
5  Parker as the family came into town -- as Jeff's
6  family came in to Heber for Thanksgiving that first
7  year.  That was the first time I had met most all of
8  them in person.
9      I had met Jen in person one time during
10  the course of construction -- actually, no, I met
11  Jeff once as well.  Jeff came in right when we were
12  about to start construction.  And that was the only
13  time I'd met him in person until the project had
14  completed and they came into town for Thanksgiving,
15  which is not uncommon for clients of mine.  A lot of
16  residences here in Heber and Park City are not
17  primary residences.  So for me to be dealing with
18  people across the country and not meeting them in
19  person is not something out of the ordinary at all.
20      Q   So did Jeff tell you that Matt Beasley
21  found the personal injury settlements that formed
22  this investment?
23      A   Yes.  Yeah.  From everything that I was
24  told, Matt was the one securing all of the
25  contracts, and Jeff was the one securing the money

1  behind it. So Jeff didn't see much into Matt's side,
2  from -- from everything I understood from it.
3      I feel bad.  I feel like everything I'm
4  going to say is, "I'm speculating on this," but
5  that's -- I mean, really, it's not like I sat down
6  with Jeff and he, you know, wrote everything out to
7  me.  This is just kind of bits and pieces that I
8  gathered over time from what I understood.
9      So, yes, from what I understood, Matt
10  Beasley was the one securing all of the contracts,
11  and Jeff was just the money.
12      Q   Did Jeff tell you how he found investors?
13      A   From what I understood, Jeff invested
14  himself, just himself, for a while.  From there, he
15  had a couple friends, three or four friends, I
16  believe he said, that started investing with him as
17  well.  I really only know one name of any of those
18  guys, and that was Shane Jager.
19      And from there, I believe that's when it
20  started to kind of tier down, if you will.  And then
21  they had friends and family that wanted to invest,
22  and then they had friends and family, and it just
23  continued down the line.  So that's how I understood
24  more investors came in.
25      MS. ABBOTT:  I have a quick question I

1  just wanted to follow up on.  I thought when you
2  were talking about the emails that Parker sent, that
3  he -- will you just repeat that?  Parker would send
4  what kind of emails?  And he would send them in
5  through Jeff's account?
6      THE WITNESS:  So the way -- I guess this
7  is kind of jumping down in this letter I wrote.  But
8  when -- if you rem-- if you read through this, I
9  have a friend, his name was Matt Mangum, he had
10  family who had invested in J & J Consulting before
11  it changed to Purchasing through a different avenue.
12      They had invested through a guy who was
13  working below Shane Jager.  His name is Jason
14  Jongeward.  He was actually a home builder -- it's
15  funny enough -- in Washington, I believe, where my
16  friend Matt Mangum had his wife's family -- extended
17  family and some of them were living.  Jason
18  Jongeward built the home for one of Matt Mangum's
19  exten-- wife's extended family, aunt or uncle or
20  grandma or someone like that.
21      However it came up between those guys -- I
22  don't -- I don't know any of them personally at all,
23  I've never spoken to any of them -- they invested
24  through Jason, through Shane, to Jeff.
25      Matt Mangum, he's a -- I have a -- I think

Page 22

1  I wrote in here I have a group of friends, and we
2  talk about investing together.  That's -- different
3  companies to invest in, different things to invest
4  in, different whatever.  So I talked about this
5  because this was an investment I was doing.  Matt
6  had talked about -- Matt Mangum had talked about
7  this with his wife's extended family as well and
8  said, "I've heard of something like this before, I
9  wonder if it's the same thing."
10  He kind of chased it up the flagpole at
11  his end and found out it was the same company.  He
12  realized that -- or he tried to invest through that
13  avenue, was unable to.  Jason Jongeward and Shane at
14  that time were not raising any money.  Matt Mangum
15  asked me if there was any way that he could invest
16  money I guess using my connection to Jeff, just me
17  asking Jeff if I could -- if there was friends that
18  could get in on this.
19  Jeff initially said no.  He just said,
20  "Look, I'm" -- you know, "I'm helping you out by
21  doing this as far as you're investing your own money
22  in here, but I don't really have time just for a
23  bunch of little people to get in on this."
24  Some time went by.  I didn't push it back,
25  I just went back to Matt Mangum, and I said, "Hey,

Page 23

1  sorry, Jeff says they're not taking more money right
2  now, and that's" -- "that's what it is."
3  Obviously, he was disappointed because the
4  returns were great.  So some time went by, and he
5  was sent the screenshot of an email from his wife's
6  extended family, whoever that person was, that had
7  come from Jason Jongeward that said that they were
8  raising more money.  So he came back to me and said,
9  "If this is true, would Jeff let me invest now?"
10  So I sent that screenshot to Jeff, which
11  he should have seen in the text messages, and said,
12  "Jeff, is this true?  I have some friends that would
13  like to invest, and can they?"
14  At that time, he said, "Yes, they can.
15  I'll send them all the paperwork," you know,
16  whatever, "and they can do it."
17  And I was just -- I was kind of stepped
18  out of it.  I -- I wasn't planning on -- I wouldn't
19  make anything off of anyone, I wasn't a money
20  raiser, I wasn't anything.  A couple friends and
21  family that had been asking to get in now had an
22  opportunity to, and I was basically just connecting
23  dots between them and Jeff.  Initially, Jeff was
24  going to send all the paperwork directly to them for
25  them to fill out and send back to him, and I was

Page 24

1  basically just totally out of it.
2  A couple weeks went by.  Jeff just didn't
3  have time for it.  From everything I understood from
4  Jeff, this was at the time that there was a
5  transition from J & J Consulting to J & J
6  Purchasing.  So from what I understood, he was very
7  busy with all of that going on and came back to me
8  and said, "I don't have time to send the emails out
9  to people, I will send all of the documents just to
10  you so that you can send out to them.  And then they
11  just send it right back to me, and I will have
12  Parker deal with all that."
13  So that's I guess a really long-winded way
14  of getting back to that.  I don't know if that
15  answers your question, Laurie --
16  MS. ABBOTT:  No, it's fine.
17  THE WITNESS:  -- but that's what Parker's
18  involvement would have been.
19  MS. ABBOTT:  Yeah, and sorry to cause you
20  to go through that lengthy explanation.
21  THE WITNESS:  Yeah.
22  MS. ABBOTT:  I understand why you gave it,
23  but I was just trying to understand what it was
24  Parker was emailing.  And basically the reason why I
25  wanted to ask that was to clarify whether Parker was

Page 25

1  having any emails with the attorneys who are the
2  counter-parties to the agreement.
3  THE WITNESS:  From what I understood,
4  Jeff, Parker, myself, anyone who was invested did
5  not have any type of communication with anyone on
6  the other -- other side, if you will, the attorneys
7  or settlement parties or anything like that.
8  MS. ABBOTT:  Okay.  So you never sent --
9  THE WITNESS:  All of that communication,
10  no.
11  MS. ABBOTT:  Jeff never gave any
12  indication that he ever communicated or had any
13  interactions with the counter-parties to the
14  settlement agreement?
15  THE WITNESS:  Correct.  He told me that
16  that was not -- that was not his role in the
17  business, that was Matt Beasley's role.
18  MS. ABBOTT:  Okay.  And just one follow-up
19  question to that.  So the way you've been describing
20  Matt Beasley and Jeffrey Judd's relationship is
21  business partners.  Would you say that's a fair
22  description of their business, that they were
23  business partners?
24  THE WITNESS:  Yes and no.  It's actually
25  kind of funny.  My dad and I talked about this a

Page 26

1 little bit as well, because in our initial
2 speculation, if you will -- call it skepticism, call
3 it whatever -- our due diligence that we were trying
4 to do as we were told about this from Jeff in
5 November of 2020 was -- the way that I guess we kind
6 of understood Matt was that he was Jeff's attorney
7 and was handling everything, and we didn't realize
8 the whole role that Matt Beasley had.  Maybe that's
9 not the right way to say that.  We knew that Matt
10 Beasley was securing all the contracts and doing all
11 that side of it, but I would say that they were two
12 businesses that worked together that couldn't have
13 functioned without each other, if that makes sense.
14         So in a sense, yes, they were business
15 partners, but Matt Beasley wasn't having direct
16 communication with any of the investors, so he
17 wasn't part of that business.  And Jeff Judd was not
18 part of Matt's business as far as talking to any of
19 the other attorneys.
20         I don't know if that helps at all or if
21 that clarifies, but I would say, I mean, yes, they
22 were obviously doing business together.  And either
23 one of their businesses would have worked without
24 the other, but on paper I don't know how that looks.
25         MS. ABBOTT:  Okay.  Thank you.

Page 27

1         And, Joni, sorry for jumping in like that.
2         MS. OSTLER:  No, not at all.
3         BY MS. OSTLER:
4         BY MS. OSTLER:
5    Q   Did -- just following up on that, did Jeff
6 ever tell you that you were prohibited from
7 contacting any of the attorneys on the other side,
8 the attorneys who represented these slip-and-fall
9 plaintiffs?
10    A   He never told me I couldn't.  I guess it
11 was just kind of a -- from the way I was described
12 it as the reason why his business existed was
13 because Matt had to be at an arm's length and that
14 for their -- I don't know if it's attorney-client
15 privilege or what that is, that we were just a third
16 party in that.
17         So I would say yes and no to that.  I
18 don't know if that makes sense.  I was never
19 explicitly told, "Do not talk to any of these
20 attorneys," but it wasn't encouraged either.  It
21 wasn't that I was supposed to call every one of
22 them, it was just my -- my communication was to
23 Jeff, Jeff was to Matt, and Matt was to the
24 attorneys.
25    Q   Okay.  So what did Jeff tell you that the

Page 28

1 returns would be when he initially described the
2 investment opportunity to you?
3    A   When he initially described it -- well,
4 they varied.  Every contract that I -- that I
5 purchased or that I invested in varied.  Some of
6 them were:  "Invest a hundred thousand dollars, get
7 $25,000 every 90 days." Some of them were:  "Invest
8 a hundred thousand dollars, get $17,000 every 90
9 days." Some of them were:  "Invest $80,000 and get
10 22,000," or -- they -- they really varied.  They
11 were always within something of that range.
12         Twenty-five was the very highest.  I never
13 personally got one with that high of a return -- or
14 I guess I never purchased one with that high of a
15 return.  All of mine were less than that, ranging
16 anywhere from 15 up to I think twenty-two or
17 twenty-three thousand dollars, was the highest one
18 that I purchased.
19    Q   Did Jeff explain what the returns to him
20 were?
21    A   If I remember correctly, there was a
22 $5,000 administrative fee that he took.  And then
23 the way that it was described to me was that I was
24 being treated as friends and family, so rather than
25 him taking more of that and giving me less, he was

Page 29

1 just giving anything on top that he would have made
2 to me.
3         So with a traditional investor and in the
4 paperwork, what was shown is there was either 50 or
5 60 percent annual returns, and my returns from Jeff
6 were between 75 and 76 percent annually.  So from
7 speculation, I guess Jeff's percentage normally
8 would have been that 15 to 25 percent spread that he
9 was then passing along to me, and in his words, just
10 because he was treating me as friends and family.
11    Q   Did he ever explain how Beasley was
12 compensated for his role?
13    A   From what I understood, that was that
14 $5,000 administrative fee.
15    Q   Did he say that the $5,000 administrative
16 fee came out of the money you invested or did it --
17 was it an additional fee that the tort plaintiff
18 paid?
19    A   From what I understood, that was an
20 additional fee.
21    Q   Did he ever say how many other investors
22 there were?
23    A   He never gave me exact numbers, but I knew
24 that there were a lot.
25    Q   Did he ever say how much total investment

1   money he had brought in to this business?

2      A.  No.  No.  He never gave me any type of

3   specifics, honestly.

4      Q.  When he initially described the investment

5   to you, did he provide you any documentation about

6   it?

7      A.  No.

8      Q.  Did he ever tell you the names of other

9   investors?

10      A.  No.

11      Q.  So did he ever say that this was the only

12   thing he did for a living?

13      A.  I'm just trying to remember.  I knew he --

14   I knew he did the pharmaceutical sales before.  I

15   guess he never explicitly said that this is all that

16   he did for a living, but he never talked about doing

17   anything else, so I just kind of assumed.  I mean,

18   I -- I mean, you can start doing some math on it and

19   think, Why would you be doing anything else?  Right?

20      Q.  Okay.  So --

21      A.  So that -- I guess that was just my

22   speculation that he wasn't doing anything else, but

23   I was never explicitly told either way.

24      Q.  Okay.  So in your -- back to Government

25   Exhibit 5, the document that you drafted --

1      A.  Uh-huh.

2      Q.  -- I can't -- I can't find it right -- in

3   there right now, but somewhere you say that you did

4   your own due diligence.

5      A.  Uh-huh.

6      Q.  Do you recall that part?

7      A.  Uh-huh.

8      Q.  What did -- what did your own due

9   diligence entail?

10      A.  A couple different things.  Like I said,

11   I -- this is not my realm or strong suit in any way,

12   shape, or form.  I'm -- I'm a contractor.  I'm good

13   at building houses.  That's what I'm good at.  I'm

14   not good at legal contracts and everything else.

15      So my form of due diligence was kind of

16   researching what these were.  I knew of -- what's

17   the -- J.G. Wentworth, that company that you hear

18   the commercials on TV all the time, and I -- from

19   the way that I understood it from Jeff, this was a

20   very similar-type business.

21      The same friend, Matt Mangum, grew up with

22   the -- what's his name? -- Craig Swapp.  They were

23   in the same area, and so he knew one of the sons.

24   And so as I talked to Matt about it, Matt asked one

25   of the Swapp people about it.  And they said, "Yeah,

1   absolutely, we" -- you know, "we do this all the

2   time." Their words were, from what I understood from

3   Matt, they had never worked with J & J but did

4   things like this a lot, settlement-type cases.

5      Between that, there was another -- another

6   just kid I sold Vivint security systems with back in

7   college.  And he was in a car accident on his LDS

8   mission, and he did a similar thing.  He had an

9   accident, and there was a big settlement, and he --

10   he settled for money.  So Matt was -- Matt Mangum

11   was better friends with him than I was and talked to

12   him about it.  And he said, "Yeah, the way that

13   this" -- "the way that this is described is exactly

14   the way that mine was."

15      And so there was just kind of validity I

16   guess I was getting from different areas, and I felt

17   like I had a friendly relationship with Jeff and

18   didn't feel like he would try to bring me into

19   something that would hurt me, if that makes sense,

20   or that wasn't legitimate.  And so I guess I just

21   trusted it that way.

22      So I guess if that makes sense, that was

23   my due diligence.  But never got a contract and

24   called an attorney or anything like that before I

25   invested.  That was just I tried to do as much

1   background investigation as I could.

2      Q.  And just for clarity of the record, when

3   you're talking about Craig Swapp, you're talking

4   about an attorney that's sort of famous in the Salt

5   Lake area for personal injury?

6      A.  Yes.

7      Q.  Did Jeff make you sign any documentation

8   before you invested?

9      A.  No.

10      Q.  No NDA?

11      A.  Nope.

12      Q.  Do you recall -- so I think -- well, I'll

13   just leave this up on the screen because I think I

14   may come back to it.

15      So do you recall where he asked you to

16   wire the funds to for your initial investment?

17      A.  Yeah.  I think that's that one I sent you

18   just the other day.  I mean, I don't have the

19   account number, but, if I remember correctly, that

20   was to his personal account because I was not wiring

21   enough to have my own personal contract, so I was

22   sharing a contract with him.  So I was just sending

23   the money to him, and then he was investing it as a

24   personal contract under Jeff.

25      Q.  So I think I'm just going to skip ahead in

Page 34

1  the documents and show you what I've marked as
2  Exhibit 7.
3     A  Okay.
4     Q  Wait.  No, I apologize.  Exhibit 8.  I'm
5  going to jump.
6           (SEC Exhibit No. 8 was marked
7            for identification.)
8     BY MS. OSTLER:
9     Q  Are you able to see on your screen a
10  document that's been marked Government Exhibit 8?
11    A  Yes.
12    Q  Can you describe what this is?
13    A  Yeah.  That would be the first -- so the
14  initial investment that I did was $20,000.  So this
15  is Jeff sending me the purchase agreement and
16  saying -- I'll just read his words:  "Taylor, this
17  is the contract that your 20K will be applied to.
18  You make 4K in 60 days or 7K if it goes over.  Keep
19  this for your records as it acts as an agreement
20  between us."
21    Q  Do you remember why this particular
22  contract was 60 days instead of 90?
23    A  No.  Actually, I never even noticed that.
24    Q  I'm going to scroll --
25    A  I don't know.

Page 35

1     Q  -- down to the second page.
2     A  Okay.
3     Q  And this looks like a wire transfer
4  confirmation.  Is that what it is?
5     A  That's correct.  Correct.
6     Q  So this is the wire transfer confirmation
7  for your initial investment?
8     A  Yep.
9     Q  It looks like the beneficiary bank was
10  Wells Fargo Bank for Beasley Law Group.
11    A  Okay.
12    Q  Does that help you remember what the wire
13  instructions were?
14    A  If you want, I can go through my texts
15  right now, because that's where I would have had it.
16  It will take me a second to just scroll back
17  through.
18    Q  Well, do you remember that the wire
19  instructions changed at one point, that you
20  initially did Beasley Law and then did J & J
21  Consulting later?
22    A  I know that I had sent money to both
23  Beasley and to J & J, but for the most part,
24  everything was just to Beasley.  If I remember
25  right, there was only one time that I wired to J &

Page 36

1  J.  That was on that email that I sent you -- or
2  that text box.
3        The direction I always got from Jeff --
4  and I guess this kind of goes back to Laurie's
5  question of the relationship between Jeff and
6  Matt -- was -- it was -- kind of the way it was told
7  to me was just send the money over to my attorney.
8  And so that's -- I guess that's where -- when I --
9  when I say I think there was multiple sides or I
10  guess I don't understand exactly how the dynamic
11  worked was -- I kind of understood it was just
12  Jeff's attorney, but then I kind of understood that
13  it was Matt that was running all the contracts, if
14  that makes sense.  So that's probably honestly how
15  much help I -- I guess I didn't -- I never knew
16  exactly what that dynamic looked like.  I don't know
17  if that helps.
18    Q  Yeah.  So did you ever get a wire of
19  returns for any of your investment?
20    A  Towards the end -- so all in the
21  beginning, this specific one, this initial 20,000
22  that I sent, I sent it.  And about two months later,
23  I had saved up some more money and wanted to work
24  towards having my own personal contract, or, you
25  know, owning a full one, and so I sent Jeff another

Page 37

1  $50,000.  That one may be the one that I just sent
2  to Jeff directly because it was kind of a -- in the
3  middle of a contract, it hadn't -- that first one
4  hadn't closed.  And I was just trying to kind of
5  re-up, and he was just kind of shifting things
6  around for me.
7        So initially, I never took any payouts, I
8  would just take anything that I had -- that was a
9  profit and roll it into a next one.  And I -- if
10  there was -- whatever it was, if I had invested by
11  the -- in this case, that $4,000, so I invested
12  another $50,000, and then I had $70,000 in there
13  going towards a contract.  So that 20 plus 50,
14  seventy thousand, going towards a -- I honestly
15  can't even remember if it was fif-- or an eighty or
16  a hundred thousand dollar contract, but I had a
17  portion that was coming back to me.  Rather than
18  taking that, I rolled it back in to try and own a
19  full $100,000 contract.  And that's what I would
20  keep doing.
21        So then anytime anyone would close, rather
22  than Jeff sending me money back, I would send him
23  more money to couple it with whatever that payout
24  would have been to go towards another contract.  It
25  was nothing that Jeff ever suggested that I do.

Page 38

1    That was just me doing my own math and saying, you
2    know, if I -- well, I'm going to -- basically what
3    I -- in my own head and conversations with my wife,
4    we had basically said let's take this year,
5    basically all of 2021, and any type of a payout that
6    we would be getting, let's just roll it back in so
7    we can build up as many contracts as we can.
8         As dumb as it is, right when this came
9    out, that's right when I was supposed to have
10   contracts closing that we were actually going to
11   start taking money out of.  So there were a couple
12   times that Jeff did send me the money, but I would
13   just couple it with more and send it right back.
14   The only reason he sent it to me is because I hadn't
15   given him the direction early enough to not send it
16   and me just send more.
17        For example, if he sent me $15,000, I
18   didn't want him to send that to me, I wanted to send
19   him another either sixty-five or eighty-five
20   thousand to complete another contract.
21        So I guess the long answer to that is,
22   yes, I was sent money, but not money that I actually
23   kept.  It was all money that -- if it was sent to
24   me, it was -- I didn't want it sent to me yet, I was
25   trying to just reinvest it.  And that's what I did.

Page 39

1         Q   All right.  So what I was actually trying
2    to get at is whether you remember the bank account
3    that he used to send that money to you.  I'm trying
4    to figure out the bank accounts that were involved
5    in --
6         A   I mean, I could go on -- I could -- do you
7    want me to try and look that up quick on my bank?
8    Is that --
9         Q   How long would it take?
10        A   A couple minutes, maybe.
11        Q   Yeah, let's -- yeah.  If it will be
12   quick --
13        A   All right.  Let me --
14        Q   -- that would be actually really helpful.
15        A   Okay.
16        Q   Is it okay --
17        MS. OSTLER:  So let's just go off the
18   record while he's looking that up because I'm going
19   to run and go give a bone to the neighbor dog
20   because the neighbor dog is making a lot of noise
21   and bugging me.
22        THE WITNESS:  Okay.
23        MS. OSTLER:  Okay.  I'll be right back.
24        (A brief recess was taken.)
25        BY MS. OSTLER:

Page 40

1         Q   Back on the record.
2         A   Okay.
3         Q   Tell me the name of the account that you
4    were getting wires from.
5         A   J & J Consulting.
6         Q   Okay.  Thank you.
7         A   Yep.
8         Q   So I just wanted to fill in some of the
9    blanks because we're talking about, like, having
10   your own contract.  So just -- the contracts came in
11   denominations of 80,000 or a hundred thousand; is
12   that right?
13        A   Correct.
14        Q   And you -- initially, when you invested,
15   you split one of the contracts with Jeff?
16        A   Correct.
17        Q   And that -- so that's why your initial
18   investment was only 20,000?
19        A   Correct.  Yep.  Because Jeff was treating
20   me as family, he was basically doing for me what was
21   not normal, just to try and help me get -- get into
22   it.
23        Q   So you say that you asked Jeff if your dad
24   could invest in Exhibit 5, your narrative.
25        A   Uh-huh.

Page 41

1         Q   Did your dad wire his investment money
2    directly to Beasley Law Group?  Do you know?
3         A   I believe so.
4         Q   Okay.  So he didn't clump his money with
5    you and then wire it together?
6         A   No.  We were separate.
7         Q   Okay.  So when -- when Jeff was telling
8    you that he treated you as, quote, friends and
9    family, did he say how much money an average
10   investor would get who was not a -- friends and
11   family?
12        A   He did not tell me at that time.  I only
13   learned of that later when my friends and family
14   wanted to invest, and then I saw that the returns --
15   well, at that point, everything had kind of become
16   standardized, where rather than varying returns on
17   contracts, it was always either a 50 or 60 percent
18   return.
19        Q   Did Jeff ever explain why the returns
20   became standardized?
21        A   He never explained it, but in my mind, I
22   thought it would be a nightmare in his mind to keep
23   track of all the different things.  So he never
24   explained it, but it made sense, in my mind.
25        Q   So when you initially asked Jeff whether

11 (Pages 38 to 41)

Page 42

1  your friend Matt Mangum could invest through you and
2  Jeff initially said, no, he didn't want to, did he
3  give you an explanation why?
4       A   Not really.  I mean, he kind of just made
5  it sound like -- I don't know if saying he didn't
6  have time for something that small is the wrong way
7  to put it, but kind of at the same time, that's kind
8  of what it was, was like, "Hey, I'm at" -- "I'm at
9  the top of this whole thing, I don't really have
10  time for someone's $80,000," or something when he
11  was dealing with -- I didn't know how much, but I
12  knew a much larger picture.
13       Q   Okay.  So I'm going to put back Exhibit 5
14  on the screen.
15       A   Okay.
16       Q   So towards the bottom, you're talking
17  about how your friend Matt Mangum received a
18  screenshot of an email through his extended family
19  showing that Jason Jongeward was saying that they
20  were looking for more investments.
21       A   Correct.
22       Q   Is that when you talked to Jeff about
23  whether or not you could raise money?
24       A   Yes.  But it wasn't in the sense of, "Can
25  I raise money and make money off of this?"  It was

Page 43

1  just in the sense of, "Hey, my friend Matt is
2  telling me that you guys are raising more money.  He
3  wanted to get in before.  Is this a time he can get
4  in now?"
5       I -- I truthfully was not trying to step
6  in as, How can I be a middleman and make a cut of
7  this?  I was -- similar to my dad, I had the
8  relationship with Jeff.  My dad did to some degree
9  just because we worked together and he knew that we
10  were doing a job for Jeff.  But I didn't make any
11  money off of my dad or anything, right?  So it was
12  never my intent of, "Hey, if I bring people in, will
13  you give me a cut of them?"  It was just, "My friend
14  Matt Mangum wants to invest.  Can he invest?  His
15  dad Gary, wants to invest.  Can he invest?"  Right?
16  That's all that was ever, on my end, intended to be.
17  So --
18       Q   So did Jeff tell you that if you -- that
19  if he allowed your friends to invest, did he tell
20  you that you would have to have some
21  responsibilities for completing paperwork for those
22  people?
23       A   No.  That's where -- and I apologize for
24  my long-winded answer to Laurie.  That's where that
25  kind of came into play.  Jeff was going to be the

Page 44

1  one just sending everything directly to them, and
2  that was all going to be independent of me.  I
3  wasn't going to have any interaction between Jeff
4  and Matt Mangum or anyone else, for that matter.
5       Jeff was so busy, from what I understood,
6  with the transition from J & J Consulting to J & J
7  Purchasing, he came back to me and said, "I don't
8  have time for this.  If you really want to let these
9  people in, I just need you to do this for me as far
10  as get them the documentation and then just have
11  them send it back to me."
12       So it wasn't that they were doing anything
13  with me.  I guess I was just the one hitting -- you
14  know, attaching the documents into an email and
15  attaching Jeff and them to that email, which I'm
16  sure you saw, and saying, you know, "Matt, this is
17  an email with Jeff.  Sign this and send it back to
18  him."
19       Q   Did Jeff tell you that he would give you
20  some sort of commission or some sort of payment for
21  the people you brought in?
22       A   Not initially, but that is something that
23  he did say after.  There was never any type of a
24  contract or anything with us.  He just said, "Hey,
25  if you're doing the work on these guys, I'll give

Page 45

1  you a kickback from some" -- "from what I would make
2  on it."
3       Q   Did he ever tell you how much he would
4  give you?
5       A   It was never specified per contract, it
6  would vary per contract.
7       Q   Oh, so --
8       A   So --
9       Q   -- on each contract, he would tell you,
10  "On this one, I'll give you X dollars"?
11       A   No, not necessarily.  I guess what I'm
12  saying is it depended on what their returns would
13  be, would depend on what my kickback would have
14  been.
15       Q   And Jeff would -- was Jeff going to be
16  the one that would decide that?
17       A   Yes and no.  Honestly, that was always
18  kind of a confusing part to me.  There wasn't -- so
19  there was an option of either a 50 percent or a 60
20  percent return, but there was no "you get this
21  because of this" or "you get this because of this."
22       So most -- all my friends and family were
23  all at 60 percent because why wouldn't I want
24  them -- right?  Because in my mind, I'm not getting
25  anything from this.  Why wouldn't I want you to have

Page 46

1  more of it, right?
2  **Q   And when you're saying 50 and 60 percent,**
3  **you mean annually, right?**
4  A   Correct.  Correct.  Yes.
5  **Q   And --**
6  A   So the way that things became standardized
7  was -- I'll just base this off of a hundred thousand
8  dollar contract.  The way that J & J Purchasing,
9  which became -- I don't know if you'd say legit
10  or -- that transitioned into J & J Purchasing the
11  beginning of 2022, everything became standardized.
12  If you invested a hundred thousand dollars, you
13  would either receive 12,500 every 90 days, which
14  would have been a 50 percent annual, or 15,000 every
15  90 days, which would have been a 60 percent annual.
16  **Q   And who decided who got the 12.5 versus**
17  **the 15?**
18  A   That's what -- like I said, it kind of
19  always confused me.  There wasn't anything.  So
20  anyone that I brought in, those were the amounts --
21  I think there's actually a text in there that I ask,
22  "What can I give these" -- like, "Can I give them
23  everything?"
24     And he said, "No, it has to be either this
25  or this."

Page 47

1     And so for most every single person that
2  came that I personally had contact with, which
3  honestly wasn't a lot because it would just kind of
4  flow, they would tell someone, and they would tell
5  someone, but the -- I guess my first circle, all of
6  those guys all -- like I said, yeah, like, take the
7  60 percent because why not?
8  **Q   So it seems like you had the authority to**
9  **say they should get the 15?**
10  A   I -- somewhat, I guess.  But that
11  wasn't -- I mean -- honestly, like I said, that was
12  always kind of a confusing part to me.  So I guess
13  to some degree, yes, but to some degree, no.
14  **Q   Did Jeff ever tell you that you were going**
15  **to have to handle investor money, like have it flow**
16  **through your own bank account?**
17  A   Yes.  That was actually -- so not in the
18  initial where they sent it, but in the outgoing of
19  it, that's where he had -- so initially, no.  That's
20  not the way it was going to be.  But after, when he
21  said, "Look, I don't have time to deal with, you
22  know, this smaller amount.  If you really want these
23  guys to come in, I just am going to send it to you,
24  and then you can disburse it from there."
25     And so, yes, that was something that was

Page 48

1  going to be planned on.  That never did happen.  But
2  that was going to happen.
3  **Q   Okay.  So the way it was going to happen**
4  **was that investors would send their money in to the**
5  **Matt Beasley account?**
6  A   Correct.
7  **Q   -- but when returns came out, they would**
8  **flow from somebody to you and then --**
9  A   From Jeff to me to them.
10  **Q   Okay.  So the first friends and family**
11  **that you brought in did not invest until January**
12  **2022, right?**
13  A   Yes.
14  **Q   Okay.**
15  A   My dad was the only one that invested
16  before that.
17  **Q   So when these investors came in, did they**
18  **speak to Jeff directly to learn about the**
19  **investment?**
20  A   No.  No.  There would be the email that I
21  would send out to both of them, but there really
22  wasn't much talking about it anymore.  It was
23  more -- I was personally investing in it for a
24  year -- or -- yeah, about a year, and they kind of
25  had learned just from me talking about it to them,

Page 49

1  not in a "I'm pitching this to you" way, just in
2  "this is an investment that I'm doing."
3     And so, honestly, for the most part, they
4  had learned just what I had told them, that was what
5  I had understood about it, and they had seen that --
6  I guess that I wasn't getting paid out all the time
7  because I was choosing to reinvest it, but that I
8  would have been.  And so they trusted it for that
9  reason.
10     So there really wasn't a lot of -- I
11  should say there was no pitching this or selling
12  this.  It was -- there wasn't really a need to talk
13  to Jeff, if that makes sense.  They -- they knew
14  what it was, they just wanted to invest.
15  **Q   Okay.  Let me just see where I'm at in my**
16  **outline here.**
17     So you keep saying that there was this
18  **transition to J & J Purchasing.**
19  A   Uh-huh.
20  **Q   And that was the transition from J & J**
21  **Consulting Services, Incorporated, to J & J**
22  **Purchasing, LLC?**
23  A   Correct.
24  **Q   Did Jeff ever tell you why that transition**
25  **was happening?**

1      A   I think there was an email that said to
2  become more compliant or something along those
3  lines. But I think I told you, I had never signed
4  any documentation with Jeff, neither had my dad, for
5  all of 2021.
6           The beginning of 2022, there was
7  documentation sent over that we needed to sign and
8  send back.  And that is all the documentation that
9  I'm sure you guys have now seen, the nondisclosure,
10  noncompete, subscription agreement, that 111-page
11  whatever.  That was that documentation.
12           So when I refer to the transition and Jeff
13  being busy with that transition, that was my
14  understanding, was he was busy putting all of that
15  documentation together and going back and sending it
16  out to anyone who had previously invested so that
17  they could then be -- I guess if I remember
18  correctly, the word "compliant" moving forward.
19      Q   Did you understand him to be saying that
20  they were not compliant before this transition?
21      A   No.  That's not the way I understood it.
22  It was more just it had grown to a size -- and I
23  still didn't know exact numbers, but everything that
24  I was understanding was it had grown to where they
25  needed to do these different things to become

1  compliant with the size they were getting to, not
2  that they weren't compliant before.
3           And, again, that's probably where I should
4  have more knowledge about all the SEC laws, but I
5  don't know if there's a threshold that once you're
6  bigger than this, you do something different.  I
7  really don't know.  That's just what I was told.
8      Q   Okay.  I'm going to scroll down in Exhibit
9  5.
10      A   Okay.
11      Q   At some point in this document, which I
12  actually cannot find right now, but correct me if
13  I'm wrong, you say that the people -- the friends
14  and family that came into the investment through you
15  never got paid any of their returns; is that
16  correct?
17      A   That's correct.
18      Q   Okay.  And you talk about how Jeff Judd,
19  on March 5 -- Saturday, March 5, texted you to call
20  him.
21      A   Uh-huh.
22      Q   And then you called him, and that's when
23  he told you about the FBI's raid on Beasley's house,
24  right?
25      A   That's correct.

1      Q   Did he give you any additional details
2  about what the FBI was looking for at his own home
3  when they executed a search warrant at his own home?
4      A   No, he didn't.  He told me that they took
5  his -- I believe took his computer.  I'm just trying
6  to remember the conversation for what -- so he
7  called me -- sorry, I called him.  He text -- I was
8  out on a snowmobile ride, he texted me to call him,
9  which, like I said, was not abnormal.  We were doing
10  business in my world together, right?  I still had
11  things going on at his house that I was taking care
12  of, so I assumed it was for one of those items.
13           When I called him, he said something along
14  the lines of, you know, "We should be" -- "we should
15  probably be having this conversation in person, but
16  I can't." You know, "Let me tell what happened this
17  week."
18           And I was a little bit confused.  I knew
19  that his daughter had gotten married the night
20  before, which my wife and I had been invited to but
21  were unable to attend due to a different family
22  commitment.  And he proceeded to tell me that the
23  FBI raided Matt Beasley's house, Matt came out with
24  a gun, Matt was shot but survived, that he was then
25  in custody, that they had come to Jeff's house

1  looking for more evidence, just looking -- he didn't
2  say -- he actually -- he didn't even say "evidence."
3  He just said they came to his house.
4           And his demeanor towards me was very,
5  like, "I don't know exactly what's going on, like, I
6  don't know why they came to my house, I don't know
7  why they went to Matt's house, I don't know why Matt
8  came out with a gun, but it scares me."
9           You know, I'm -- I'm not saying -- I'm not
10  quoting, I guess, but I'm just trying to tell you
11  what the communication there was, was his just
12  communicating to me, "I don't know what's happening,
13  it makes me nervous that Matt came out with a gun
14  because that does not look good," and basically that
15  he would let me know anything that he found out, but
16  that he was, you know -- his world was kind of
17  upended and he was trying to get to the bottom of it
18  and would just let me know as soon as he could.
19           So I really didn't get a lot of specifics,
20  but obviously I knew something wasn't right.  I
21  mean, if the FBI shows up to someone's house and
22  they come out with a gun to their head, that doesn't
23  look great on any end.  So I -- I kind of knew
24  something was going on there and started speculating
25  within my own mind.

Page 54

1       I called my dad, I called Matt Mangum, you
2   know, just some of those friends who had invested,
3   and I just said, "Guys," like, "I" -- you know, "I'm
4   not calling with absolute information here, I'm just
5   calling with what just happened just to kind of
6   relay this information on to you."
7       And I just kind of went about the day -- I
8   shouldn't say normally because obviously I was very
9   concerned.  But it wasn't until later that night, we
10  were at dinner, and -- I think it's actually right
11  there.  Later that evening, I was sent an article by
12  my brother Hayden Richards, and the reason he had it
13  is because he has a friend who lived close to where
14  Jeff lived in Henderson.  And so, you know, they
15  obviously kind of knew everything -- I shouldn't say
16  knew everything that was going on because I can't,
17  but the FBI shows up to your neighbor's house, then,
18  you know, something's up.
19      And then the FBI -- or not the FBI, the --
20  the Review Journal in Vegas, I believe it is,
21  published an article, and I was sent that article.
22  And that came to me through my brother Hayden, and
23  it came to him through the people who lived by Jeff.
24      Q   Do you know the names of that family that
25  your brother Hayden is friends with?

Page 55

1       A   I don't.  I mean, I could find it out, but
2   I -- I don't know.  I don't know who they are.
3       Q   That's okay.
4           Was the article the first time you saw
5   that Matt Beasley had confessed that it was a Ponzi
6   scheme?
7       A   Yes.
8       Q   So Jeff did not tell you about Matt's
9   confession in his phone call with you?
10      A   Nope.
11      Q   Have you, since then, ever discussed with
12  Jeff the fact that Matt Beasley confessed that this
13  was a Ponzi scheme?
14      A   Yes and no.  I mean, I know that's a weird
15  way to answer that, but, I mean, I've had
16  conversations with Jeff, but, really, mainly they've
17  been for my line of work.  I mean, I've asked Jeff,
18  like, "What do you know?  What do you know?"
19      And he just said, you know, "Matt
20  confessed to it," but I don't know what that means.
21  So I guess that goes back to yes and no.
22  Like, yes, we have had conversations, but it's not
23  that he's given me this great insight on anything.
24  Any -- honestly, any information I really got from
25  this has come from any articles that have been

Page 56

1   published by different sources.
2       Q   Have you ever point blank asked Jeff if he
3   knew this was a Ponzi scheme?
4       A   I did.
5       Q   What did he say?
6       A   He said no.  He told me that if he would
7   have known, he never -- his words to me were -- I
8   shouldn't say "his words to me" because this isn't
9   an exact quote.  But his -- the gist of what he said
10  to me was, "If I would have known that this wasn't
11  real, I never would have got you or your dad" --
12  he's like, "You guys are, you know, some of the best
13  guys I've ever met.  I never would have got you
14  involved in this."
15      He said, "I never would have had" -- he's
16  like, "My" -- "all my family has money in this, my
17  kids have money in this, my parents have money in
18  this, my siblings." You know, he just kind of went
19  on about all of the direct family.  He's like, "Why
20  would I ever bring people I love into this if I knew
21  it was not real?"
22      So that was his response to me.  So to
23  answer that more directly, yes, I asked Jeff point
24  blank, "Did you know about this?"
25      And his response was that he had questions

Page 57

1   along the way, but that he did not ever know that it
2   wasn't real.  Everything that he knew was that
3   everything was legitimate.
4       Q   Did he elaborate to you on what the
5   questions were that he had along the way?
6       A   A little bit.  He said -- he's like, you
7   know, "We" -- I guess just kind of verifying things
8   that were going on were his questions -- maybe
9   "questions" isn't the right word to put there, but
10  just verifications like, "Hey, Matt, I'm sending you
11  however much money you're" -- you know, "through my
12  sources, I" -- "you're being sent however much money
13  every week.  Where is that going?  Like, I" -- "can
14  you at least show me a wire transfer to a different
15  attorney or bank statements or anything like that?"
16      And he said that he was showed all of that
17  information and so had zero reason to believe that
18  everything wasn't legitimate in how Matt was saying
19  it was happening.
20      Q   So he -- Jeff told you that Matt showed
21  him wire transfers showing money going to other
22  attorneys for these contracts?
23      A   That -- that's correct.
24      Q   Did Jeff -- other than the wire transfers,
25  did Jeff tell you that Matt showed him any other

Page 58

1  documentation?
2      A  I didn't ask for more.  That's -- that was
3  just the example that he gave to me.  So I wasn't
4  saying, "Just tell me what he showed you."  It was,
5  you know, "Yeah, along the way, I had" -- you know,
6  "I wanted to verify things, and I was shown wire
7  transfers and bank statements and everything going
8  to and from attorneys," I guess if -- if that helps
9  put it into more of a context.
10     Q  Okay.  Do you remember when this
11  conversation with him occurred where you asked him
12  point blank whether he knew?
13     A  Between March 5th and now.  I don't know,
14  three -- three weeks ago maybe.
15     Q  Was it in person or by phone?
16     A  No, it was on the phone.
17     Q  Okay.  Let me just go back through.
18        Do you need to take a break, by the way?
19     A  I'm good.
20     Q  Okay.  Did Jeff tell you when he had
21  questions along the way?
22     A  No, he never gave me any dates on
23  anything.  It was just as the business evolved, I
24  think he was checking into things and making sure
25  everything was what it was supposed to be.  But I --

Page 59

1  he never gave dates of anything.
2      Q  Okay.  So I'm going to take down Exhibit 5
3  and put up, instead, Exhibit 6.
4         (SEC Exhibit No. 6 was marked
5         for identification.)
6      BY MS. OSTLER:
7      Q  Okay.  Do you see the document that's been
8  marked as Government Exhibit 6 on your screen?
9      A  Yep.
10     Q  What is it?
11     A  That's an email that I sent you when you
12  asked about the investor tracking sheets.
13     Q  So in this email dated March 31, 2022,
14  from you to me, you say that one of the attachments
15  is an investor tracking sheet that you were sent by
16  Jeff.
17     A  Uh-huh.
18     Q  Did Jeff actually send you a template of
19  an investor tracking sheet that he wanted you to
20  fill out?
21     A  Yes.
22     Q  And did he instruct --
23     A  I --
24     Q  Oh, go ahead.
25     A  I kind of spruced it up a little bit.  What

Page 60

1  he sent to me was pretty basic.  I'm very OCD, and
2  for my work I do a lot of Excel spreadsheets to keep
3  track of budgets on homes.  And so just for my own
4  personal visual, I kind of spruced it up and, you
5  know, outlined different things or, you know, put
6  headers on things, but I didn't change the bones of
7  what he sent me, if that makes sense.
8      Q  Okay.  And in this email, Government
9  Exhibit 6, you write a description of the
10  spreadsheet and what you did with it.  To -- to the
11  best of your knowledge, is all of this description
12  that you wrote accurate?
13     A  Yes.
14     Q  I'm going to show you the attachments.
15     A  I just need to answer a text to a
16  client -- is that okay? -- real quick.
17     Q  Oh, yeah.  Go for it.
18     A  Sorry about that.
19     Q  That's okay.
20        Do you see on your screen a document
21  that's been marked as Government Exhibit 6A?
22     A  Yes.
23        (SEC Exhibit No. 6A was marked
24        for identification.)
25     BY MS. OSTLER:

Page 61

1      Q  Do you recognize this as the investor
2  tracking spreadsheet that you attached to your email
3  to me that was marked as Government Exhibit 6?
4      A  Yes.
5      Q  So this is the investor tracking
6  spreadsheet that you kept for Mr. Judd?
7      A  Correct.
8      Q  Did you just keep updating the same
9  spreadsheet as you went along?
10     A  Yes.
11     Q  When was the last time that you updated
12  this spreadsheet?
13     A  It would have been either that very end of
14  February or beginning of March, whatever the week
15  before -- I guess the very -- the first part of
16  March, that week.
17     Q  Okay.  In the second column, it says:
18  "Entity, If Different From Name."
19     A  Uh-huh.
20     Q  Does -- what does this column indicate?
21     A  Most people would invest through an LLC or
22  some type of a business name, so when -- for Jeff's
23  records and for Matt Beasley's records, they would
24  know who the money was coming from or what bank
25  account it was coming from.  So an example -- and

Page 62

1   you've seen the texts between -- the group texts of
2   myself, Jeff, and Matt Beasley, where I text and
3   say, you know, "This week, there's this much that
4   was invested.  It came from this person.  This is
5   their" -- "the name of the account that it came
6   from." And that would be it, if that makes sense.
7       Q    Okay.  So for example, where the very top
8   row says "Investor, Tim Naylor" and then "Entity,
9   TJN Investments, LLC," that means Tim Naylor
10  invested through his entity named TJN Investments,
11  LLC?
12      A    That's correct.
13      Q    And in the column that says "Docusigned by
14  Jeff," are you indicating that Jeff Judd himself
15  Docusigned the investor documents?
16      A    Yes.  That's where I was describing I was
17  just kind of the -- the one connecting the dots.  So
18  everything was signed between, in this case, Tim
19  Naylor as TJN Investments, LLC, with Jeff Judd.
20      Q    Okay.  And then it shows the amount
21  invested, which is sort of self-explanatory.  But
22  what does --
23      A    Yeah.
24      Q    What does "Initial Date" refer to?
25      A    That is the date that their contract would

Page 63

1   start.  So the way that the contracts were written
2   was that they would start on the Friday of every
3   week.  So "initial date" would mean they sent money
4   that week for the contract to start or for that
5   money to fund the contract that started on, in this
6   case, January 21st.
7       Q    Okay.  So going down to the row that says
8   that Derek Klopfer is the investor --
9       A    Uh-huh.
10      Q    -- and it says initial date 3-4-2022 --
11      A    Uh-huh.
12      Q    -- is that indicating that he sent
13  money -- so March 4th was a Friday.
14      A    Uh-huh.
15      Q    When would he have sent the money for that
16  investment?
17      A    Monday either, Tuesday, or Wednesday --
18      Q    Okay.
19      A    -- of that week.  So the money had to be
20  sent either Monday, Tuesday, or Wednesday, and the
21  contract then started on Friday.
22      Q    All of the rows that are highlighted in
23  yellow are investments that were lined up but did
24  not go in?
25      A    That's correct.

Page 64

1       Q    So to the best of your knowledge, no
2   additional money was wired after March 4, 2022?
3       A    That's correct.  It probably actually
4   would have been more like March 2nd because that's
5   the Wednesday.  But --
6       Q    Okay.
7       A    Yes.
8       Q    Did Jeff Judd tell you to tell the
9   investors who had that -- investments lined up to
10  not send their money because of --
11      A    Yeah.
12      Q    -- Matt Beasley?
13      A    Yeah.  Yeah, he did.  He said, "Tell
14  everyone" -- his words were, "I don't know" --
15  sorry, I keep saying "his words were." I don't mean
16  that as a literal quote, I just mean the
17  communication that was communicated was, "Tell
18  everyone that I don't know what's going on, things
19  are on hold, we're" -- you know, "we need at least a
20  couple weeks to try and see what Matt Beasley has
21  done, where the money is, and what needs to happen."
22          So Jeff did tell me, you know, "Hold off
23  on everything, tell everyone, you know, 'Don't send
24  any money,' because we need to figure out what Matt
25  has done with the money."

Page 65

1       Q    Okay.  And just to confirm, "Addendum 1
2   Date" is what?
3       A    If you sent -- if someone who had already
4   sent money was sending more money.  So they were
5   not -- in this case, you can see Steve Dougherty.
6   Steve Dougherty invested that -- he's the second
7   line item -- and invested a hundred thousand
8   dollars.  That was his initial date, was 1-21 --
9   correct? -- right there where you have it
10  highlighted.
11          The following week, he invested another
12  hundred thousand dollars.  And so that was his
13  addendum, was the way that I was told it was
14  referred to from Jeff.  That was his addendum
15  sending more money but someone who had already
16  invested.  So he was not an additional investor,
17  just additional money from the same investor.
18      Q    Okay.  The total invested you have on this
19  spreadsheet is 4,840,000.  But my calculations, that
20  includes the amounts highlighted in yellow that did
21  not actually go in; is that correct?
22      A    That's correct.  If you go back to your
23  Exhibit 5, that will -- there is a line in there
24  that tells you the true exact amount.  Right up at
25  the very top there.  Yeah, right there.  So that is

Page 66

1  money that was actually sent between myself, my dad,
2  my brothers, my, you know, friends, all the people
3  that you just saw on that sheet.
4      Q   Okay.  So to make sure the record is
5  clear, Exhibit 6A does not reflect your investments
6  or those of your father.
7      A   That's correct.
8      Q   Just your friends and family other than
9  you and your dad.
10     A   That's correct.  That's just -- so this is
11 kind of where it came back in that Jeff said, "I'll
12 give you a kickback from me," because I was then
13 doing this work for him.  So I was kind of doing
14 some of his busy work that he wouldn't have to do,
15 and in return, he said he would give me a kickback.
16     Q   Okay.  But he never really told you how
17 much that would be?
18     A   That's correct.  It was -- my
19 understanding was that I would make up the
20 difference somewhere of what the contract was, but
21 that was it.
22     Q   Okay.  So I'm now showing you the document
23 that's marked as Government Exhibit 6B.  Are you
24 able to see that?
25     A   Yep.  Yeah.  Sorry, I should have just had

Page 67

1  you go to that one.  That's -- that's exactly --
2  those are the actual amounts invested by every
3  person.
4          (SEC Exhibit No. 6B was marked
5           for identification.)
6      BY MS. OSTLER:
7      BY MS. OSTLER:
8      Q   And this is a document that you created,
9  and you attached it to your email to me that is
10 Government Exhibit 6?
11     A   That is correct.
12     Q   Laurie actually just had to drop off.  She
13 had another meeting to go --
14     A   Okay.
15     Q   -- so she just dropped off.
16     A   No problem.
17     Q   So Government Exhibit 6B reflects all of
18 the people that invested that were your friends and
19 family and then also you and your father, Dave
20 Richards, and then you, Taylor Richards.
21     A   That's correct.
22     Q   In some of the documents, it indicated
23 that you were texting Jeff Judd about your -- your
24 brother Hayden potentially investing.  Hayden never
25 invested?

Page 68

1      A   Hayden invested through my dad.
2      Q   Okay.  So the amounts that it shows on
3  this spreadsheet of your father's investments, that
4  includes --
5      A   Include that of my brother, yes.
6      Q   Okay.
7      A   Sorry, I didn't let you finish.
8      Q   Okay.  I'm going to stop sharing Exhibits
9  6, 6A, and 6B.  This is going to be a lot of
10 documents from here out.
11     A   Okay.
12     Q   Actually, back to 6 -- I forgot, I've got
13 a couple more questions on 6.
14         So in your email to me that is Government
15 Exhibit 6, you say that you were to send the
16 spreadsheet to Jeff by Friday of each week.
17     A   Yep.
18     Q   Did you send that by email?
19     A   Yes.
20     Q   Do you still happen to have those emails,
21 like, in your sent items maybe?
22     A   Yes.  Those should all come to you.
23 Anything that was sent back and forth should have
24 been sent in with you.  There was some weeks -- so
25 Jeff sent that to me, if I remember correctly, the

Page 69

1  beginning of February, and I actually didn't send it
2  to him every week.  I believe I only sent it to him
3  maybe twice.
4      Q   Okay.  You also say in Exhibit 6:  "I
5  believe Jeff would receive an email with this sheet
6  from many others as well."
7          What makes you believe that?
8      A   Let me just read it.  "I believe Jeff
9  would receive an email with this sheet from many
10 others as well."
11         Because when I was sent the sheet, it was
12 in a group email that others were on, others that I
13 don't know.  Just there were other emails on there.
14     Q   Okay.  Did Jeff ever tell you how many,
15 like, promoters or finders he had working underneath
16 him?
17     A   He didn't.  I knew -- I knew Shane, I knew
18 Jason was under Shane, but I -- Jeff actually never
19 told me that.  That was from Matt Mangum.  So apart
20 from that, I honestly didn't know how many others
21 were raisers, or whatever you want to call them.
22     Q   Okay.  You say in Exhibit 6 that Matt
23 Beasley would send Jeff an email each Saturday
24 listing how many contracts they had for the
25 following week.

1    How do you know that?
2        A    That's what I had understood from Jeff.
3        Q    Okay.  You were not included on those
4    emails from Matt Beasley?
5        A    No.
6        Q    Okay.  And then you say that you would --
7    in Exhibit 6, that you would send a confirmation
8    group text to Matt and Jeff.
9        A    Uh-huh.  Yes.
10            Sorry, I didn't hear that.
11       Q    I'm just going to pull up another exhibit.
12            Are you able to see the document marked
13   Government Exhibit 7?
14       A    Yes.
15            (SEC Exhibit No. 7 was marked
16            for identification.)
17       BY MS. OSTLER:
18       Q    Is this an example of one of the group
19   emails that you sent to Matt and Jeff --
20       A    Yes.
21       Q    -- telling them how much money you had?
22   Okay.
23       A    Yes.
24       Q    So I'm going to go back -- actually, let
25   me -- if you want to take like a quick break, I can

1    go through my outline and sort of see what I've
2    covered so far and see what maybe I can skip.
3        A    Okay.  That's fine.
4        Q    And so let's take like just a maybe three-
5    or five-minute break.
6        A    Okay.
7        Q    And I'll sort of gather through -- what
8    we've been through so far.
9        A    Okay.
10            MS. OSTLER:  So let's go off the record.
11            (A brief recess was taken.)
12            BY MS. OSTLER:
13       Q    For some reason, I noticed that my video
14   keeps cutting out, and I'm not telling it to, but if
15   it does, just -- I apologize for that.
16       A    No problem.
17       Q    I think sometimes when I share my screen,
18   it somehow cuts it out.
19            Okay.  So I'm now showing you on the
20   screen again the document that's been marked as
21   Government Exhibit 8.  Let me just scroll through
22   this document for you just so you can see what all
23   of it is.
24       A    Uh-huh.
25       Q    And it's kind of slow.

1            So Government Exhibit 8 actually consists
2    of -- it looks like three -- at least three
3    different documents, right?
4        A    Uh-huh.  That's correct.
5        Q    Is this what you would have called like
6    your file for one of your contracts?
7        A    Yes.
8        Q    And so this is how you kept these
9    documents in your own recordkeeping?
10       A    Yes.  I've got them -- I've got all my
11   stuff right here.  So I would keep -- I'll just show
12   you.  I would keep each one with its name and, you
13   know, information about it in a folder.  And inside
14   of that folder is exactly what you're showing on
15   your screen right now.
16       Q    Okay.  So each time that you made an
17   investment with Mr. Judd, he would send you this
18   thing called a purchase agreement?
19       A    Yes.  Up until about February of 2022.
20       Q    Did you ever -- I think I may have asked
21   you this before, but let me just make sure.  Did you
22   ever try to look up the attorneys whose names are on
23   these purchase agreements?
24       A    Yes, I did.  I looked them up.  I never
25   called them.  I guess I -- going back to when you

1    asked me about what my due diligence was -- well, I
2    guess that's not quite true because I didn't have
3    one of these at that time.  But once I had one of
4    these, that was another step of my due diligence,
5    was looking up the attorneys, you know, are they
6    legitimate, where are they, you know, all that kind
7    of stuff, and everything was real about them.  And
8    so -- I mean, I never looked up -- who is this?
9    Christy Greer.  I don't know who Christy Greer is.
10   But I do know that I looked up Kerry Doyle of
11   Crawford & Doyle, LLC -- or is that right?  Is that
12   the --
13       Q    Yeah.
14       A    -- the attorney?  I know I looked up the
15   attorneys, not on every single one of them, but on a
16   couple of them, just to kind of test -- test to make
17   sure they're real, I guess.
18       Q    Okay.  Did you ever happen to notice that
19   this -- these contracts were with J & J Consulting
20   Services, Inc., an Alaska corporation?  Did that
21   ever stand out to you?
22       A    I did notice it, and I never asked Jeff
23   about it.  I kind of just figured it was a tax thing
24   or something like that.  I mean, I personally have a
25   business in Montana, and I live in Utah.  Right?  So

Page 74

```
 1   I -- I mean, I guess I noticed it, but it wasn't
 2   like a red flag like, "Oh, you live in Vegas, but
 3   you have an Alaska business." So --
 4       Q   Did he ever mention to you that there was
 5   another corporation called J & J Consulting
 6   Services, Inc., that was incorporated in Nevada?
 7       A   No.
 8       Q   Okay.  So I noticed that all of the
 9   purchase agreements from your files that you
10   produced --
11       A   Uh-huh.
12       Q   -- none of them are signed by anyone.
13       A   Uh-huh.
14       Q   Did you happen to ever see one that was
15   signed?
16       A   I don't believe so.
17       Q   Did you ever ask Jeff why none of them
18   were signed?
19       A   No, I didn't.  I knew that he -- I mean,
20   he would tell me he was signing them, but I never
21   asked why he wasn't sending me the signed one.  From
22   my understanding, this -- him sending this to me was
23   just more of a courtesy, not so much of a -- like, I
24   didn't technically need this information, from what
25   I understood.  That was -- my contract was between
```

Page 75

```
 1   myself and Jeff, and Jeff was doing these individual
 2   contracts.  So I didn't -- I guess I didn't really
 3   need to see that.
 4       Q   Okay.  In some of -- I took Exhibit 8
 5   down.  In some of the other contracts, the files
 6   that you produced, I noticed that the wire transfer
 7   starts coming from you from an entity called TH
 8   Richards Investments, LLC.
 9       A   Uh-huh.
10       Q   Is that your entity?
11       A   That's correct.
12       Q   When did you set up that entity?
13       A   The end of -- the end of 2021.  My effort
14   was just trying to separate what my -- my wife's a
15   Realtor.  I do construction.  So we have the, you'll
16   notice, Richards Realty and Construction that I had
17   been sending things out of, and I just -- not
18   because anyone told me, just in my own effort to
19   kind of divide them a little bit and keep things a
20   little bit cleaner, if you will.  Just knowing what
21   was coming from what, I started that company.
22       Q   So Richards Realty and Construction is an
23   LLC that you and your wife have together?
24       A   That's correct.
25       Q   Okay.  Did -- did Jeff instruct you to
```

Page 76

```
 1   create a separate LLC from which to invest?
 2       A   No.
 3       Q   I'm going to show you another document.
 4       A   Okay.
 5       Q   There's -- there are several documents I
 6   just want to ask some questions on, but I hope that
 7   they'll go quickly and that you won't be here for
 8   much longer.
 9               (SEC Exhibit No. 12 was marked
10               for identification.)
11   BY MS. OSTLER:
12       Q   Are you able to see on your screen a
13   document that's been marked as Government Exhibit
14   12?
15       A   Yes.
16       Q   Do you recognize this as an email that you
17   received from Jeffrey Judd?
18       A   Yes, I do.
19       Q   Do you know who Dustin Hacker is?
20       A   No.  No.  That would have been one when I
21   referred to what -- I would receive emails with
22   others on there that I didn't know.  I have no idea
23   who that is.
24       Q   So in this email, Jeff Judd tells you and
25   your dad and Dustin Hacker that he had a
```

Page 77

```
 1   conversation with the attorneys "that helped me set
 2   up the private money placement documents," and they
 3   asked if he was still sending out the contracts, and
 4   if so, he was to stop.
 5               Did you ever have a conversation with Mr.
 6   Judd, like, by phone or in person, about the fact
 7   that he stopped sending the contracts to you?
 8       A   No.  I mean, I got this email, and that
 9   was pretty much it.
10       Q   Did he ever ask you to delete the
11   contracts that he'd already sent to you?
12       A   No.
13       Q   Okay.  That's it for that one.
14               I apologize, the government computers are
15   really quite slow.
16       A   No problem.
17       Q   I think it's because of all the firewalls
18   we have.
19               Oh, dear.  That's the wrong screen.
20       A   I don't even know how you do the screens.
21   I get confused just to share anything.
22               (SEC Exhibit No. 14 was marked
23               for identification.)
24   BY MS. OSTLER:
25       Q   So are you able now to see on your screen
```

1  a document that's been marked as Government Exhibit
2  14?
3      A   Yes. I can't -- I can read that it's from
4  Jason Jongeward. I -- the -- oh, now they're
5  getting better. I was going to say, I can't read
6  everything that's in there, but I do recognize that
7  as the picture that Matt Mangum received from his
8  extended family and then sent to me.
9      Q   Okay. That's actually all I wanted you to
10  confirm, is that this is what you got from Matt
11  Mangum.
12      A   Yes.
13      Q   So you never yourself emailed with Jason
14  Jongeward directly?
15      A   No.
16      Q   Okay.
17          (SEC Exhibit No. 15 was marked
18           for identification.)
19      BY MS. OSTLER:
20      Q   I'm now showing you a document that's been
21  marked as Government Exhibit 15. Is this a text
22  communication between you and Jeff Judd?
23      A   Yes.
24      Q   And was this December 4, 2021?
25      A   Yes.

1      Q   So is this the text that you sent to Jeff
2  in response to seeing that email from Jason
3  Jongeward looking for more investments?
4      A   Yes. I -- I believe just above what
5  this -- you see on this screenshot is -- I believe
6  that that was the previous text that was sent, was
7  that screenshot, and then me asking, "Is this true,"
8  obviously, and then saying, you know, "This Jason
9  guy's bringing guys in. If I did that" -- because
10  he and I had already talked about it -- "where they
11  invest through me, is that something that's okay?"
12          And I was a little confused on his
13  response that he didn't know Jason was doing that,
14  but, anyways, this is -- this is basically where he
15  said, "Yeah, if you have guys that want to invest,
16  they can invest."
17      Q   Did he ever explain to you in more detail
18  why he needed more money at this time?
19      A   He didn't. From everything I understood,
20  it kind of came in waves a little bit. But I was
21  never told, "This is why."
22      Q   When you say, "If I did what that Jason
23  guy is doing," how did you know what Jason was
24  doing? Just from that email?
25      A   Yeah. Just sending -- yeah. I just knew

1  that because Matt Mangum's extended family had
2  invested. Because they knew Jason, they were
3  investing into Shane, who was the money raiser. So
4  when I said, "If I did what that Jason guy is
5  doing," what my expression was, is, If I did what
6  Jason is doing, connecting, in Jason's case, Shane
7  to investors, and in my case investing Jeff -- or
8  connecting Jeff to investors, can I do that?
9      Q   Okay. Okay. That's it for that one. So,
10  see, these are going fast, which is great.
11  Hopefully we'll finish quickly.
12          I'm going to show you a document that's
13  been marked as Government Exhibit 16.
14          (SEC Exhibit No. 16 was marked
15           for identification.)
16      BY MS. OSTLER:
17      Q   Are you able to see Government Exhibit 16
18  on your screen?
19      A   Yep.
20      Q   So this is actually -- I -- well, first of
21  all, do you recognize this as a text communication
22  between you and Jeff Judd?
23      A   Yep.
24      Q   Do you think this was in December 2020 or
25  2021?

1      A   That's 2021.
2      Q   Okay. So the way you produced the text
3  messages, you produced them in single screenshots.
4      A   Uh-huh.
5      Q   I -- I went through and I tried to put
6  together conversations that were probably together.
7      A   Okay.
8      Q   So this Exhibit 16 has three different
9  pages to it. And I'm going to scroll --
10      A   Okay.
11      Q   -- through it, and you tell me if this
12  looks like it is the conversation as it happened.
13      A   Okay.
14          Yeah, that looks like those two flow
15  together.
16          Yeah, that looks like it all flowed
17  together.
18      Q   Okay. And I'm going to scroll to -- let
19  me try to find where it was.
20          Okay. So the second page of Government
21  Exhibit 16, in the text at the top, is this you
22  saying to Jeff: "No worries, I'll just start
23  another" --
24      A   "Another contract."
25      Q   Okay. And at the last part of that text,

1    you say:  "Two of them I told 15K, and one I told
2    12.5K."
3       A   Uh-huh.
4       Q   What were you referring to there?
5       A   What their returns would be.
6       Q   The returns of people that were investing
7    through you?
8       A   That's correct.
9       Q   Okay.  And on the first page, you're
10   texting Jeff:  "You pay the 19K to me.  Is there a
11   certain amount I have to pay to them?  Last night
12   you said something about 15K."
13      A   Yeah.
14      Q   "In the documents, I'm reading 12,500."
15      Can you sort of explain, what -- what were
16   you -- what did you mean by Jeff would pay the 19K
17   to you, and then you would pay that out to the
18   investors?
19      A   Yeah.  So that's where Jeff said he
20   wouldn't pay it directly to them.  It would flow
21   through me.  And so my understanding was I could
22   just pass through me and pay it -- pay it all to
23   them, the whole 19K.  And that's where in the
24   documents that he sent me then it had said either
25   15,000 or 12,500.

1       And so I said, "Well, do I have to pay
2   that to them?" Because I was planning on just paying
3   them the whole 19.
4       And he says, "It has to be one of those
5   amounts."
6       And so that's where my understanding
7   became that I would make that difference or that
8   would be split between Jeff and -- honestly, that --
9   that part was never figured out because that never
10   came to fruition.
11      Q   Okay.  So after you were having this text
12   with him, you said:  "I have a couple questions for
13   you.  Do you have a second to talk?"
14      A   Uh-huh.
15      Q   Do you remember ever talking with him and
16   having him clarify this at all?
17      A   I don't.  Is this where he was in
18   Disneyland or something with his family?  I don't
19   know that we ever talked on the phone --
20      Q   Okay.
21      A   -- after that one.
22      Q   So just to make sure I understand, he was
23   suggesting to you that you would get 19K and then
24   you had the choice to pay out 15K to your investors
25   and keep the difference?

1       A   Yes.  That is what that text said.  My
2   understanding in previous conversations was that I
3   could just pass everything along through.  So like I
4   said, that's what this text said.  And when I said,
5   "I have a couple of questions for you.  Do you have
6   a second to talk?" that was my intention of
7   saying -- this wasn't ever me intending to come in
8   and do that, this was me just passing it through.
9   Why is it that I have to either pay one of those
10   amounts?
11      Q   Got it.
12      Did Jeff ever tell you that this is how
13   other people did it for him, that other people were
14   paid like $4,000 per contract?
15      A   No.  He never explicitly told me.  I kind
16   of assumed a little bit.  I mean, why else would
17   they be out raising money, right?  Which, to be
18   honest, became something I started thinking of.  I
19   mean, why wouldn't I, right?  I mean, I didn't know
20   why -- it wasn't my intention in the beginning by
21   any means, but if it was something that was
22   available and if it was a compensation for the work
23   I was doing there -- anyways, like I said, that
24   never came -- that never came about, and nothing was
25   ever fully decided on it, but that was an option

1    there.
2      Q   Okay.  Let's go on to Exhibit 18.  Oh,
3   wait.  No, I'm going to skip that one.
4        (SEC Exhibit No. 17 was marked
5        for identification.)
6      BY MS. OSTLER:
7      Q   Okay.  Do you see on your screen a
8   document that's been marked Government Exhibit 17?
9      A   Yes.
10      Q   Do you recognize this as a text
11   communication between you and Jeff Judd?
12      A   Yes.
13      Q   It says January 7th.  Would that have been
14   2022?
15      A   Correct.
16      Q   So this -- on January 7, 2022, in this
17   text, Jeff Judd says to you that he's too
18   backlogged, so you're going to have to send out
19   paperwork.  And then he describes to you the
20   paperwork that you need to send out to investors,
21   right?
22      A   Yes.
23      Q   Do you remember what the documentation was
24   that he told you that you'd have to send out?
25      A   Yeah.  It was -- they are four different

Page 86

1    documents:  the nondisclosure, noncompete, the
2    111-page one, and then the subscription agreement.
3    **Q   Did you also have to sign all of those**
4    **documents for your investments?**
5    A   Personally, yes.  But not to do with
6    anyone else.
7    **Q   Okay.  In this text, Jeff seems to be**
8    **indicating that people who are only making 12,500**
9    **only have to sign two NDAs and a subscription**
10   **agreement --**
11   A   Uh-huh.
12   **Q   -- but he sort of suggests that people who**
13   **are making 15,000 would have something different.**
14   **Do you remember there being something different?**
15   A   Yes.  I actually sent that to you as well.
16   There was an additional document for anyone making
17   15,000 because that was kind of considered a -- so I
18   guess to break it down, I was being -- my personal
19   self was being paid as, you know, Jeff was just kind
20   of giving everything to me.
21        Then kind of his outer -- I shouldn't say
22   "outer circle," but a little bit more extended to
23   that, some, you know, other family or friends or
24   whatever, they would be ones he would be giving
25   15,000 to, and then just an average investor would

Page 87

1    have been twelve five.
2         And so that's what that -- I guess I say
3    that -- that is my speculation, I should say.  And I
4    think that's why there was different documentation
5    for it.  So as just a generic investor, you were at
6    twelve five, and those were the documents that you
7    needed.  And if you were someone different, like the
8    people I was, you know, talking to, to -- you know,
9    that wanted to invest, they needed a separate
10   document because I wanted them to have the 15,000.
11   So --
12   **Q   So it was an additional document?  They**
13   **had to sign everything that the twelve five people**
14   **signed and then an additional document as well?**
15   A   That -- yes, that's correct.
16   **Q   I don't remember seeing that document in**
17   **your production.  Do you remember what it was**
18   **called, or did it have a title on it?**
19   A   I think it would have said -- I mean, I
20   could look it up.  Is that all right if I look it up
21   real quick --
22   **Q   Yeah.**
23   A   -- just to tell you what it was called?
24   **Q   Yeah, that would be great.**
25   A   "15K Private Placement - PPM - Final."

Page 88

1    That's the way it's labeled as it was sent to me.
2    **Q   How many pages is it?**
3    A   I'll open it up.
4         I can just send it to you, if you want.
5    **Q   Yeah.  Actually, if -- yeah, if you can**
6    **just forward it to me, that would be great.**
7    A   Yeah, I'll just do that.
8    **Q   Okay.  All right.  We're going to move on**
9    **to another document.**
10        **Actually, I'm just going to ask you some**
11   **questions without a document.**
12       **In one of the texts with Jeff, you say**
13   **that Mountain America is giving you a hard time**
14   **because of the wire limits.**
15   A   Uh-huh.
16   **Q   Can you -- can you sort of tell me more**
17   **about that situation?  What were the wire limits and**
18   **why were you getting difficulty?**
19   A   That was where -- so in preparation for my
20   friends and family who had invested and in my
21   preparations where Jeff had said, "I will then need
22   to wire this money to you, and you will disburse it
23   from there," I was making preparations personally
24   of, How am I going to disburse all this money?
25   Right? That's where I went to a bank that I bank at,

Page 89

1    Mountain America, and said, you know, "What are your
2    wiring services?" I mean, I don't -- I don't ever
3    wire money other than that. So, "What are your
4    wiring services?" And, you know, "This is what I
5    would need to do, and what is it?"
6        And they -- if I remember correctly, I
7    couldn't send that much in a given period or
8    something like that.  And so that was my difficulty.
9    That -- honestly, that was kind of my pushback a
10   little bit of saying, "I" -- like, "I can't do this,
11   I can't send all this money back out.  Like, why" --
12   I shouldn't say I was saying, "Why does it have to
13   come through me?" But at the same side, it was kind
14   of, "Mountain America's giving me a hard time with
15   these wire amounts.  I don't know if it's something
16   I'm going to be able to do."
17   **Q   Do you remember Jeff then writing back to**
18   **you that you should do Wells Fargo's direct pay**
19   **system?**
20   A   Yeah.  Yeah.  I actually did open an -- I
21   had an account already at Wells Fargo, and my --
22   another business account is at Wells Fargo.  So
23   anyways, that's -- I do remember him saying that,
24   and I thought, Well, I -- I have a couple accounts
25   there anyways, so maybe that's what I'll do.

Page 90

1    Q   Did you ever ultimately pay any money to
2  Jeff through that direct pay system at Wells Fargo?
3    A   No.  No money was ever sent to me from
4  anyone who ever invested.
5    Q   Okay.
6    A   No -- no one was ever paid out.  Nothing
7  ever flowed through me.  Nothing came to me and then
8  to Jeff.  Everything was directly from them to -- I
9  should say to Matt, to Matt's account, and then
10  nothing ever happened from there.
11    Q   I'm going to share a document.  We're
12  coming to the end.
13        (SEC Exhibit No. 21 was marked
14            for identification.)
15    BY MS. OSTLER:
16    Q   Do you see on the screen a document that's
17  been labeled as Government Exhibit 21?
18    A   Yes.
19    Q   Is this a text message that Jeff Judd sent
20  to you?
21    A   Yes, it is.
22    Q   Do you remember --
23    A   It seemed like a very generic -- I could
24  look it up.  It seemed like a pretty generic text,
25  though.  Like, it didn't seem like he had

Page 91

1  personalized it to me.  It seemed -- I mean, if you
2  go back through and read all of our other
3  conversations, I felt like things were pretty
4  personal.  Right?  Like, there was, I don't know,
5  just a little bit more connection, if you can have
6  that through a text.
7        I felt like this was just more of a --
8  mass produced to send out.  Maybe "mass produced"
9  isn't the right word, but just something that was
10  being sent out to me and others.  How many others, I
11  don't know.  But just a generic text to send to
12  multiple people.
13    Q   Okay.
14    A   That text was on Tuesday, March 8th.
15    Q   Have you spoken with Mr. Judd since you
16  received this text on March 8th?
17    A   I have spoken with him, but about my
18  business.
19    Q   Okay.  So you never asked him more about
20  this text where he says he's going to investigate?
21    A   I did.  Let me -- I did actually receive
22  an email I want to say on Saturday maybe.  Let me
23  see.  I thought I did, anyways.
24        Sorry, I'm just looking it up.  I thought
25  I had got -- I thought I had got pretty much that

Page 92

1  same text in an email, but I -- I can't find it.  I
2  can go through and try to find it if you'd like, but
3  nothing -- I should say no more information than
4  what this says, just an additional, if I remember
5  correctly.
6    Q   So an additional email that seemed to you
7  to be a group email, not something to you
8  personally?
9    A   Yeah.  My -- I believe my dad was included
10  on the email.
11        Sorry, if I can find it, I'll just read it
12  to you.  I just can't -- oh, here it is.  Right
13  here.
14        Do you want me to just read it to you?
15    Q   Is it long?
16    A   Not really.  It's like two paragraphs.
17    Q   Actually, could you just forward it to me?
18    A   Uh-huh.
19    Q   And can you tell me the date on it?
20    A   Wednesday, March 30th.
21    Q   Okay.
22    A   I must've already sent everything to you.
23  I don't know why I didn't include this.  I
24  apologize.
25    Q   That's okay.

Page 93

1    A   So I will send it to you right now.  There
2  were -- there were four of us total on the email,
3  just so you know.  Myself; my dad, Dave Richards;
4  and two others that I don't know -- just that's
5  probably going to be a question that you have about
6  it -- Travis Rose and Brooke Shah.  So, anyways --
7    Q   Okay.
8    A   I don't know who they are, but they were
9  included on this.  So --
10    Q   So you -- have you spoken to Jeff since
11  you received that email on March 30?
12    A   Nope, I haven't.
13    Q   Okay.  Approximately how many times have
14  you spoken with Jeff, if you can remember, since
15  that conversation on Saturday, March 5th, where he
16  told you about the Beasley shooting?
17    A   Pertaining to his business or pertaining
18  to my business?
19    Q   All.
20    A   All?
21    Q   Yeah.
22    A   Seven, maybe.
23    Q   When you say that he's talking to you
24  pertaining to your business, are you talking about
25  him speaking to you about properties that he owns?

24 (Pages 90 to 93)

Page 94

1      A   I'll give you an example.  I -- the home
2  that he had here in Heber I would kind of manage, if
3  you will, for him, just whatever it was, make
4  sure -- they didn't come very often, right?  And so
5  make sure the heat was working, the pipes weren't
6  freezing, make sure the driveway was cleared when it
7  snowed, make sure pest control was being taken care
8  of, you know, whatever any of those types of items
9  for a kind of housekeeper, if you will, or just
10  property manager, I guess, would be.
11      So the items that I've talked to him about
12  are basically just, you know, "Hey, is everything
13  good at the house?"  Like, you know, that kind of
14  stuff, I should say.  So when I say "my business,"
15  that's what I mean.  Yes, they're about his
16  properties, just about those areas.
17      I guess the only other thing that would be
18  like a future-type business that we talked about was
19  he owned a lot -- or he had previously purchased a
20  lot that we were going to build a house on, and we
21  were in design phase with -- you're from Salt
22  Lake -- Michael Upwall.  You've heard that name.  We
23  were in design phase to build a very nice home that
24  Michael Upwall was designing.
25      And so we had talked about, you know,

Page 95

1  "Hey, this probably isn't happening.  You know, I
2  don't know what's going on with my business, but I'm
3  probably not planning to, you know, build a nice
4  home in here.  So what do we need to do to kind of
5  cancel and close out anything there?" So --
6      Q   Has he --
7      A   -- if that answers your question.
8      Q   Yes.
9          Has he told you in your conversations with
10  him that he is selling off properties?
11      A   I'll tell you, yes, I know he's planning
12  on selling properties, but I also know that there is
13  an attorney -- I don't know who the name is -- that
14  is managing those sales, that it is going into a
15  monitored -- any proceeds from them is going to a
16  monitored account.  So I know that he is not selling
17  the properties and him personally taking money from
18  them.
19      But what he has told me -- I'll be a
20  hundred percent honest with exactly what he's told
21  me.  He told me he -- that if this all was fake, he
22  doesn't want any proceeds from it, he doesn't want
23  any money he's made off of it, he doesn't want any
24  properties, any cars, any -- anything.  Anything
25  he's made off of it he doesn't feel he deserves.

Page 96

1      So he wants to sell it, put it into an
2  account that is monitored by whoever, this
3  attorney -- from what I understand, is a government
4  attorney -- and monitored by the government, and for
5  that money to be distributed out to people like
6  myself and my dad and anyone else who invested and
7  lost money in this.
8      His -- his comments to me are that of he
9  doesn't want to keep spending money to keep
10  maintaining these properties.  You know, Why am I
11  going to keep spending money in the utilities and
12  the taxes and the -- all that kind of stuff if I can
13  just sell it so that there's more money in that
14  account to be disbursed out.  That is the -- I
15  shouldn't say those are all exact quotes, but that
16  is the communication that I have received from Jeff
17  about any of his properties that I'm aware of and
18  what his plans with them are.
19      Q   Okay.  So he's told you that there is a
20  government attorney monitoring the account he's
21  putting the assets into?
22      A   Yeah.  The guy's last name is Sellers or
23  something like that.  I don't know.
24      Q   Okay.
25      A   I really don't know the guy.  I just --

Page 97

1  anyways --
2      Q   Has -- has Jeff promised you that he will
3  make you whole for the money you lost?
4      A   No.
5      Q   Has he --
6      A   He's been very apologetic about it, but
7  there has not been any, you know, "I'll make you
8  whole, and I'll make sure you get taken care of."
9  There's been nothing like that.
10      Q   Has he given you any money since Beasley's
11  arrest?
12      A   No.
13      Q   Has he, to your knowledge, given any money
14  to the people who invested through you since
15  Beasley's arrest?
16      A   Not that I'm aware of.
17      Q   And just to confirm, Parker Judd never
18  emailed you?
19      A   Correct.  I was -- I believe I was on a
20  group email, that it was not directed at me, it was
21  either to -- I actually believe either Matt or Gary
22  Mangum about their documents but never directly
23  between Parker and I.
24      Q   Okay.  So the -- let me stop sharing this.
25      There is a little blurb that I have to

1  read to you to close out the testimony.  Of course,
2  right?
3      A   Okay.
4      Q   Okay.  Is there anything that you've told
5  me today that you want to supplement or clarify or
6  correct?
7      A   I would say everything I have told you is
8  to the absolute best of my ability, and I think
9  anything I said was as much as I have to say.
10     Q   Okay.  I have no further questions for you
11 at this time.  However, the commission might decide
12 to seek additional testimony from you in the future.
13     A   Okay.
14     Q   And that's it.  I think that is it. That's
15 all I have to say.
16     A   All right.
17     Q   Do you have --
18     A   You know what?  I'm going to -- yeah, I'm
19 going to go back one -- I just want to clarify
20 one -- one part.
21     Q   Okay.
22     A   My intent was never to be a money raiser,
23 to make money off of other people's money, to be
24 anything like that.  That was 100 percent never an
25 intention of mine.  That's not what I do.  I'm a

1  builder.  I don't raise money for investments.
2  That's just not what I do.  That's not my business
3  title -- or my job title.
4          My whole goal was to help some of my
5  family and friends be part of what, in my eyes, was
6  a great opportunity with who, in my eyes, was a
7  great friend and client.  The opportunity did come
8  up to where I was going -- or potentially going to
9  make money off of it.  Those details were never
10 finalized, but that was something that was going to
11 be a possibility.
12         But I -- I think from your -- I guess the
13 biggest thing that I want to relay to you guys is
14 that was never my intention.  I was not out
15 soliciting or selling this to people.  That wasn't
16 my intent.  I wasn't -- in my opinion, I wasn't --
17 whatever money I would have been paid was not a
18 commission off of what they had done.  It was -- I
19 was doing Jeff's busy work and was being compensated
20 as a secretary, if you will -- or would have been, I
21 should say, would have been compensated that way.
22         So I guess from my standpoint, I just want
23 to make sure that you guys understand that, because
24 in -- I truly believe that I -- I wasn't out trying
25 to sell anything, I wasn't out trying to dupe

1  anyone.  I was talking to friends about what I was
2  doing, and they wanted to do it.  And I tried to
3  connect the dots, and obviously we really all got
4  hurt bad in it.  But it was never my intention to
5  sell this to people and make a commission off of it.
6  So --
7      Q   Thank you.
8      A   Anyways, I just want to clarify that.  I
9  don't know where you guys stand on everything, and I
10 know what Laurie was saying is, you know, what --
11 what was there and what should have been there can
12 be two different things.  But like I said, I'm a
13 dumb contractor, I don't understand all that.  I
14 was -- I was just trying to help friends out, and
15 then I was trying to help Jeff out.  So anyways --
16     Q   And you did lose -- how much did you lose
17 again?
18     A   $470,000 --
19     Q   All right.
20     A   -- of my personal money that I earned from
21 my real job building homes.  I mean, I -- I took
22 every savings I had, I sold vehicles and equipment
23 and other assets that I had to put into this.  I
24 mean, this was -- this is really big for me,
25 honestly.  This really sucks really bad.

1          I mean, I look at this and I think -- I
2  mean, this set me back years and years and years.
3  I've been working for over ten years to try and save
4  up to that, and that's all gone, and it really
5  sucks.  I mean, with that, I -- I don't know.
6          I want to believe that Jeff didn't know,
7  and he's told me he didn't know, and from the
8  friendship we had, I don't think he knew.  Should he
9  have known?  I guess that's -- that's a different
10 conversation, but I don't know.  I really don't.
11         But I lost more money -- besides my dad, I
12 lost more money than anyone I know in this.  So -- I
13 mean, I don't say that to brag about it or anything,
14 right?  I mean, why would I ever want to brag about
15 losing money?  But I say that because I wasn't out
16 soliciting something to anyone.  It was -- they saw
17 what I was personally doing and said, "You really
18 believe in this.  Can I do it too?" Right?
19         So anyways --
20     Q   That's really helpful.  Thank you.  And
21 thank you for your time and thank you for
22 rescheduling --
23     A   Yeah.
24     Q   -- because of the delay in our document --
25     A   Yeah.  No -- it's no worries.  Sorry it

Page 102

1    didn't work out smoother.
2         Q   If you ever think of anything else that
3    you want to clarify or tell me, you can always reach
4    out to me.  And I really appreciate your
5    cooperation.
6         A   Uh-huh.  No problem.  If there's anything
7    I can do to help, like I said, I'm -- I don't want
8    to come on here and all of a sudden you think I'm --
9    I was apart of anything.  Right?  But I am more than
10   happy to help with anything I can.
11        Like I said, I got hurt very bad by this,
12   and so did a lot of family and friends, and if
13   there's anything I can do to help it to where we get
14   something back, I want to do that.  I really do.  I
15   truly want to do that.
16        And every single person that I know that
17   invested that I talked to, they want to do the same.
18   None of them will have as much information as I had
19   because I knew Jeff personally, but, you know,
20   everyone I know is more than happy to help with the
21   investigation and to help things flow.  So I guess
22   know that on your end.  Everyone out here is saying,
23   "What do we need to do to speed this thing up or to
24   get things," -- you know, "What can we do to help?"
25   I guess is the gist of it.  So -- and I'm the same.

Page 103

1    Anything I can do to help, I'm happy to.
2         Q   Okay.  Thank you, Mr. Richards.
3         A   Thank you.
4         MS. OSTLER:  So, Lindsay, let's go off the
5    record.
6         (Whereupon, at 12:31 p.m., the examination
7    was concluded.)
8                   * * * * *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 104

1              PROOFREADER'S CERTIFICATE
2    In The Matter of:   J&J CONSULTING SERVICES, INC
3    Witness:      Taylor David Richards
4    File Number:      SL-02855-A
5    Date:         Thursday, April 7, 2022
6    Location:     Salt Lake City, UT
7
8         This is to certify that I, Maria E  Paulsen,
9    (the undersigned), do hereby certify that the foregoing
10   transcript is a complete, true and accurate
11   transcription of all matters contained on the recorded
12   proceedings of the investigative testimony
13
14   _____     _____
15   (Proofreader's Name)          (Date)
16
17
18
19
20
21
22
23
24
25

Page 105

1              C E R T I F I C A T E
2    STATE OF UTAH      )
3                      ) ss.
4    COUNTY OF SALT LAKE )
5         This is to certify that the testimony of
6    Taylor David Richards was taken before me, Lindsay
7    Payeur, a Certified Court Reporter in the State of
8    Utah;
9         That the said witness was, before
10   examination, duly sworn to testify the truth, the whole
11   truth, and nothing but the truth in said cause;
12        That the testimony of said witness was
13   reported by me in stenotype, and thereafter caused by
14   me to be transcribed into typewriting, and that a full,
15   true, and correct transcription of said testimony so
16   taken and transcribed is set forth in the foregoing
17   pages, and said witness testified and said as in the
18   foregoing annexed testimony;
19        I further certify that I am not of kin or
20   otherwise associated with any of the parties to said
21   cause of action, and that I am not interested in the
22   event thereof.
23        Witness my hand and official seal at Salt
24   Lake City, Utah, this 11th day of April 2022.
25             Lindsay Payeur, RPR, CSR

**A**

**a.m** 1:15 5:5
  12:6
**Abbott** 2:5 6:11
  20:25 24:16,19
  24:22 25:8,11
  25:18 26:25
**ability** 7:7 98:8
**able** 14:21 34:9
  66:24 70:12
  76:12 77:25
  80:17 89:16
**abnormal** 52:9
**above-entitled**
  1:14
**absolute** 54:4
  98:8
**absolutely** 32:1
**access** 18:19,22
**accident** 32:7,9
**account** 21:5
  33:19,20 39:2
  40:3 47:16
  48:5 61:25
  62:5 89:21,22
  90:9 95:16
  96:2,14,20
**accounts** 39:4
  89:24
**accurate** 8:7
  60:12 104:10
**action** 105:21
**acts** 34:19
**actual** 67:2
**addendum** 65:1
  65:13,14
**additional** 29:17
  29:20 52:1
  64:2 65:16,17
  86:16 87:12,14
  92:4,6 98:12
**address** 6:6
**administrative**
  28:22 29:14,15
**affect** 9:22
**affirmation** 5:8
**ago** 58:14
**agreement** 3:17
  9:2 25:2,14

34:15,19 50:10
  72:18 86:2,10
**agreements**
  72:23 74:9
**ahead** 33:25
  59:24
**Alaska** 73:20
  74:3
**alcoholic** 9:25
**allowed** 43:19
**America** 88:13
  89:1
**America's** 89:14
**amount** 3:14
  47:22 62:20
  65:24 82:11
**amounts** 46:20
  65:20 67:2
  68:2 83:5
  84:10 89:15
**annexed** 105:18
**annual** 29:5
  46:14,15
**annually** 29:6
  46:3
**answer** 7:6,11
  7:14,16,23 8:9
  8:21,22 38:21
  43:24 55:15
  56:23 60:15
**answers** 7:5
  24:15 95:7
**anymore** 48:22
**anytime** 37:21
**anyway** 9:7
**anyways** 79:14
  84:23 89:23,25
  91:23 93:6
  97:1 100:8,15
  101:19
**apart** 69:19
  102:9
**apologetic** 97:6
**apologize** 34:4
  43:23 71:15
  77:14 92:24
**APPEARAN...**
  2:1
**appearing** 10:15

**applied** 34:17
**appreciate**
  102:4
**Approximately**
  93:13
**April** 1:12 5:5
  104:5 105:24
**area** 31:23 33:5
**areas** 32:16
  94:16
**arm's** 17:21
  27:13
**arrest** 97:11,15
**article** 54:11,21
  54:21 55:4
**articles** 55:25
**asked** 12:4,9,10
  14:23 22:15
  31:24 33:15
  40:23 41:25
  55:17 56:2,23
  58:11 59:12
  72:20 73:1,22
  74:21 77:3
  91:19
**asking** 22:17
  23:21 79:7
**assets** 96:21
  100:23
**associated**
  105:20
**assume** 7:15,23
**assumed** 30:17
  52:12 84:16
**attached** 61:2
  67:9
**attaching** 44:14
  44:15
**attachments**
  59:14 60:14
**attempt** 7:22
**attend** 52:21
**attorney** 9:13
  17:23 26:6
  32:24 33:4
  36:7,12 57:15
  73:14 95:13
  96:3,4,20
**attorney-client**

27:14
**attorneys** 25:1,6
  26:19 27:7,8
  27:20,24 57:22
  58:8 72:22
  73:5,15 77:1
**aunt** 21:19
**authority** 6:23
  47:8
**available** 84:22
**avenue** 21:11
  22:13
**average** 41:9
  86:25
**aware** 96:17
  97:16

**B**

**back** 12:5 15:18
  16:7 17:12
  22:24,25 23:8
  23:25 24:7,11
  24:14 30:24
  32:6 33:14
  35:16 36:4
  37:17,18,22
  38:6,13 39:23
  40:1 42:13
  44:7,11,17
  50:8,15 55:21
  66:11 68:12,23
  70:24 72:25
  89:11,17 91:2
  98:19 101:2
  102:14
**background**
  33:1
**backlogged**
  85:18
**bad** 20:3 100:4
  100:25 102:11
**bank** 35:9,10
  39:2,4,7 47:16
  57:15 58:7
  61:24 88:25,25
**base** 46:7
**based** 7:16
**basic** 60:1

**basically** 14:13
  15:9 17:22
  23:22 24:1,24
  38:2,4,5 40:20
  53:14 79:14
  94:12
**Beasley** 3:15
  17:15,20 18:4
  19:20 20:10
  25:20 26:8,10
  26:15 29:11
  35:10,20,23,24
  41:2 48:5 55:5
  55:12 62:2
  64:12,20 69:23
  70:4 93:16
**Beasley's** 25:17
  51:23 52:23
  61:23 97:10,15
**beginning** 36:21
  46:11 50:6
  61:14 69:1
  84:20
**behalf** 2:3,13
**believe** 11:18
  20:16,19 21:15
  41:3 52:5
  54:20 57:17
  69:2,5,7,8
  74:16 79:4,5
  92:9 97:19,21
  99:24 101:6,18
**beneficiary** 35:9
**best** 7:7 56:12
  60:11 64:1
  98:8
**better** 32:11
  78:5
**big** 32:9 100:24
**bigger** 51:6
**biggest** 99:13
**bit** 16:11,20
  26:1 52:18
  57:6 59:25
  75:19,20 79:20
  84:16 86:22
  89:10 91:5
**bits** 20:7
**blank** 56:2,24

58:12
**blanks** 40:9
**blurb** 97:25
**bone** 39:19
**bones** 60:6
**bottom** 42:16
53:17
**box** 36:2
**brag** 101:13,14
**break** 9:10
58:18 70:25
71:5 86:18
**brief** 39:24
71:11
**bring** 32:18
43:12 56:20
**bringing** 79:9
**Brooke** 93:6
**brother** 54:12
54:22,25 67:24
68:5
**brothers** 66:2
**brought** 30:1
44:21 46:20
48:11
**budgets** 60:3
**bugging** 39:21
**build** 38:7 94:20
94:23 95:3
**builder** 21:14
99:1
**building** 31:13
100:21
**built** 21:18
**bunch** 22:23
**business** 14:2,14
14:22 16:22
17:4,24,25
18:1,3,5,11
25:17,21,22,23
26:14,17,18,22
27:12 30:1
31:20 52:10
58:23 61:22
73:25 74:3
89:22 91:18
93:17,18,24
94:14,18 95:2
99:2

**businesses** 26:12
26:23
**busy** 24:7 44:5
50:13,14 66:14
99:19

**C**

**C** 3:1 4:1 5:1
105:1,1
**calculations**
65:19
**call** 26:2,2 27:21
51:19 52:8
55:9 69:21
**called** 5:18
32:24 51:22
52:7,7,13 54:1
54:1 72:5,18
72:25 74:5
75:7 87:18,23
**calling** 54:4,5
**cancel** 95:5
**capacity** 9:23
**captures** 9:3
**car** 32:7
**care** 52:11 94:7
97:8
**cars** 95:24
**case** 37:11 62:18
63:6 65:5 80:6
80:7
**cases** 17:19 32:4
**casually** 15:15
**cause** 24:19
105:11,21
**caused** 105:13
**certain** 17:1
82:11
**CERTIFICATE**
104:1
**Certified** 105:7
**certify** 104:8,9
105:5,19
**change** 60:6
**changed** 21:11
35:19
**chased** 22:10
**check** 16:15
**checking** 58:24

**children** 19:1
**choice** 83:24
**choosing** 49:7
**Christy** 73:9,9
**church** 5:23
**circle** 47:5 86:22
**City** 1:11 2:9 6:8
19:16 104:6
105:24
**civil** 7:1,1
**clarifies** 26:21
**clarify** 7:22
24:25 83:16
98:5,19 100:8
102:3
**clarity** 33:2
**clean** 8:7
**cleaner** 75:20
**clear** 8:18 66:5
**cleared** 94:6
**client** 60:16 99:7
**clients** 14:15
17:18 19:15
**close** 11:25
37:21 54:13
95:5 98:1
**closed** 15:3 37:4
**closing** 38:10
**clump** 41:4
**co-counsel** 6:11
**college** 32:7
**column** 61:17,20
62:13
**come** 10:11
13:18 16:10,12
18:2 23:7
33:14 47:23
52:25 53:22
55:25 68:22
84:7 89:13
94:4 99:7
102:8
**coming** 37:17
61:24,25 75:7
75:21 90:12
**comments** 96:8
**commercials**
31:18
**commission** 1:1

1:9 2:3,6 6:14
6:15,17,23
44:20 98:11
99:18 100:5
**commitment**
52:22
**communicated**
25:12 64:17
**communicating**
53:12
**communication**
12:11 25:5,9
26:16 27:22
53:11 64:17
78:22 80:21
85:11 96:16
**companies** 22:3
**company** 17:8,9
17:13 22:11
31:17 75:21
**compensated**
29:12 99:19,21
**compensation**
84:22
**complete** 9:17
38:20 104:10
**completed** 13:15
13:17 19:14
**completing**
43:21
**compliant** 50:2
50:18,20 51:1
51:2
**computer** 11:20
52:5
**computer's** 10:6
**computers** 77:14
**concerned** 54:9
**concluded** 103:7
**conducted** 6:5
**confessed** 55:5
55:12,20
**confession** 55:9
**confirm** 65:1
78:10 97:17
**confirmation**
35:4,6 70:7
**confused** 46:19
52:18 77:21

79:12
**confusing** 45:18
47:12
**connect** 100:3
**connecting**
18:13 23:22
62:17 80:6,8
**connection**
22:16 91:5
**consent** 5:7
**considered**
86:17
**consist** 7:4
**consists** 72:1
**constitute** 6:25
**construction**
13:20,21 19:10
19:12 75:15,16
75:22
**Consulting** 1:5
6:19 21:10
24:5 35:21
40:5 44:6
49:21 73:19
74:5 104:2
**CONT** 4:1
**contact** 16:5
47:2
**contacting** 27:7
**contained**
104:11
**context** 58:9
**continued** 20:23
**contract** 15:12
28:4 32:23
33:21,22,24
34:17,22 36:24
37:3,13,16,19
37:24 38:20
40:10 44:24
45:5,6,9 46:8
62:25 63:4,5
63:21 66:20
74:25 81:24
84:14
**contractor** 31:12
100:13
**contracts** 3:20
15:2 18:20

19:25 20:10 26:10 31:14 36:13 38:7,10 40:10,15 41:17 57:22 63:1 69:24 72:6 73:19 75:2,5 77:3,7,11
**control** 94:7
**conversation** 14:4,8,25 52:6 52:15 58:11 77:1,5 81:12 93:15 101:10
**conversations** 38:3 55:16,22 81:6 84:2 91:3 95:9
**cooperation** 102:5
**copies** 9:4
**corporation** 73:20 74:5
**correct** 11:6 12:23 13:5,10 25:15 35:5,5 40:13,16,19 42:21 46:4,4 48:6 49:23 51:12,16,17,25 57:23 61:7 62:12 63:25 64:3 65:9,21 65:22 66:7,10 66:18 67:11,21 72:4 75:11,24 82:8 85:15 87:15 97:19 98:6 105:15
**correctly** 15:18 15:21 18:15,18 28:21 33:19 50:18 68:25 89:6 92:5
**counter-parties** 25:2,13
**country** 19:18
**COUNTY** 105:4
**couple** 16:25

20:15 23:20 24:2 31:10 37:23 38:11,13 39:10 64:20 68:13 73:16 83:12 84:5 89:24
**course** 13:19 19:10 98:1
**court** 8:2,6 9:12 105:7
**courtesy** 74:23
**covered** 71:2
**Craig** 31:22 33:3
**Crawford** 73:11
**create** 8:3,6 76:1
**created** 67:8
**criminal** 7:1
**CSR** 105:25
**current** 12:21
**custody** 52:25
**cut** 43:6,13
**cuts** 71:18
**cutting** 71:14

**D**

**D** 5:1
**D-A-V-I-D** 6:3
**dad** 25:25 40:23 41:1 43:7,8,11 43:15 48:15 50:4 54:1 56:11 66:1,9 68:1 76:25 92:9 93:3 96:6 101:11
**date** 1:12 11:16 11:21 14:8 17:2 62:24,25 63:3,10 65:2,8 92:19 104:5,15
**dated** 59:13
**dates** 58:22 59:1
**daughter** 52:19
**Dave** 3:18 67:19 93:3
**David** 1:7 2:14 3:4 5:17 6:2 104:3 105:6

**day** 33:18 54:7 105:24
**Daylight** 5:5
**days** 28:7,9 34:18,22 46:13 46:15
**deal** 24:12 47:21
**dealing** 19:17 42:11
**dear** 77:19
**December** 78:24 80:24
**decide** 45:16 98:11
**decided** 46:16 84:25
**degree** 43:8 47:13,13
**delay** 101:24
**delete** 77:10
**demeanor** 53:4
**denominations** 40:11
**depend** 45:13
**depended** 45:12
**Derek** 63:8
**describe** 12:12 34:12
**described** 27:11 28:1,3,23 30:4 32:13
**describes** 85:19
**describing** 15:20 16:1 25:19 62:16
**description** 3:6 4:3 25:22 60:9 60:11
**deserves** 95:25
**design** 94:21,23
**designing** 94:24
**detail** 16:21 79:17
**details** 13:1 52:1 99:9
**determine** 6:21
**developed** 6:24
**difference** 15:3 66:20 83:7,25

**different** 21:11 22:2,3,4 31:10 32:16 41:23 50:25 51:6 52:21 56:1 57:14 60:5 61:18 72:3 81:8 85:25 86:13,14 87:4 87:7 100:12 101:9
**difficulty** 88:18 89:8
**diligence** 26:3 31:4,9,15 32:23 73:1,4
**dinner** 54:10
**direct** 26:15 56:19 89:18 90:2
**directed** 97:20
**Directing** 3:7
**direction** 36:3 38:15
**directly** 23:24 37:2 41:2 44:1 48:18 56:23 78:14 82:20 90:8 97:22
**disappointed** 23:3
**disburse** 47:24 88:22,24
**disbursed** 12:18 96:14
**discussed** 55:11
**Disneyland** 83:18
**distributed** 96:5
**Diversified** 1:24
**divide** 75:19
**division** 6:12
**document** 10:4 11:3,7,15 12:8 12:15,22 30:25 34:10 51:11 59:7 60:20 66:22 67:8 70:12 71:20,22

76:3,13 78:1 78:20 80:12 85:8 86:16 87:10,12,14,16 88:9,11 90:11 90:16 101:24
**documentation** 12:5,12 18:16 18:20 30:5 33:7 44:10 50:4,7,8,11,15 58:1 85:23 87:4
**documents** 9:6 11:4,5 15:19 24:9 34:1 44:14 62:15 67:22 68:10 72:3,9 76:5 77:2 82:14,24 86:1,4 87:6 97:22
**Docusigned** 62:13,15
**dog** 39:19,20
**doing** 14:18 16:9 16:25 17:9 18:10 22:5,21 26:10,22 30:16 30:18,19,22 37:20 38:1 40:20 43:10 44:12,25 49:2 52:9 66:13,13 75:1 79:13,23 79:24 80:5,6 84:23 99:19 100:2 101:17
**dollar** 37:16 46:8
**dollars** 28:6,8,17 45:10 46:12 65:8,12
**dots** 23:23 62:17 100:3
**Dougherty** 65:5 65:6
**Doyle** 73:10,11
**drafted** 30:25

**drink** 9:25
**driveway** 94:6
**drop** 67:12
**dropped** 67:15
**due** 26:3 31:4,8
  31:15 32:23
  52:21 73:1,4
**duly** 5:18 105:10
**dumb** 38:8
  100:13
**dupe** 99:25
**Dustin** 3:19
  76:19,25
**dynamic** 36:10
  36:16

**E**
**E** 2:5 3:1 4:1 5:1
  5:1 104:8
  105:1,1
**early** 38:15
**earned** 100:20
**East** 6:8
**effort** 12:15
  75:13,18
**eight** 10:1
**eighty** 37:15
**eighty-five**
  38:19
**either** 11:18
  26:22 27:20
  29:4 30:23
  38:19 41:17
  45:19 46:13,24
  61:13 63:17,20
  82:24 84:9
  97:21,21
**elaborate** 57:4
**email** 2:11 3:11
  3:15,16,18
  15:19 18:17,19
  18:22,22 23:5
  36:1 42:18
  44:14,15,17
  48:20 50:1
  59:11,13 60:8
  61:2 67:9
  68:14,18 69:5
  69:9,12,23

76:16,24 77:8
  79:2,24 91:22
  92:1,6,7,10
  93:2,11 97:20
**emailed** 3:20
  78:13 97:18
**emailing** 24:24
**emails** 21:2,4
  24:8 25:1
  68:20 69:13
  70:4,19 76:21
**embezzling** 17:9
**encouraged**
  27:20
**enforcement**
  6:12,23
**enjoy** 13:19
**entail** 31:9
**entire** 12:16
**entitled** 6:18
**entity** 61:18
  62:8,10 75:7
  75:10,12
**equipment**
  100:22
**ESQ** 2:4,5
**evening** 54:11
**event** 105:22
**evidence** 53:1,2
**evolved** 58:23
**exact** 14:12
  29:23 50:23
  56:9 65:24
  96:15
**exactly** 14:20,22
  16:17 17:5
  32:13 36:10,16
  53:5 67:1
  72:14 95:20
**examination** 3:3
  5:20 103:6
  105:10
**examined** 5:19
**example** 38:17
  58:3 61:25
  62:7 70:18
  94:1
**Excel** 3:13 60:2
**Exchange** 1:1,9

2:3,6 6:14
**executed** 52:3
**exhibit** 5:2
  10:22,23 11:8
  11:10,13 30:25
  34:2,4,6,10
  40:24 42:13
  51:8 59:2,3,4,8
  60:9,21,23
  61:3 65:23
  66:5,23 67:4
  67:10,17 68:15
  69:4,22 70:7
  70:11,13,15
  71:21 72:1
  75:4 76:9,13
  77:22 78:1,17
  78:21 80:13,14
  80:17 81:8,21
  85:2,4,8 90:13
  90:17
**exhibits** 3:6 4:3
  9:1,4 68:8
**existed** 27:12
**explain** 28:19
  29:11 41:19
  79:17 82:15
**explained** 41:21
  41:24
**explanation**
  24:20 42:3
**explicitly** 27:19
  30:15,23 84:15
**expression** 80:5
**exten--** 21:19
**extended** 21:16
  21:19 22:7
  23:6 42:18
  78:8 80:1
  86:22
**extent** 7:10
**eyes** 99:5,6

**F**
**F** 105:1
**fact** 55:12 77:6
**facts** 6:24
**fair** 25:21
**fake** 95:21

**family** 12:19
  13:18 15:7
  18:11 19:5,6
  20:21,22 21:10
  21:16,17,19
  22:7 23:6,21
  28:24 29:10
  40:20 41:9,11
  41:13 42:18
  45:22 48:10
  51:14 52:21
  54:24 56:16,19
  66:8 67:19
  78:8 80:1
  83:18 86:23
  88:20 99:5
  102:12
**famous** 33:4
**far** 12:23 16:4
  18:10 19:4
  22:21 26:18
  44:9 71:2,8
**Fargo** 35:10
  89:21,22 90:2
**Fargo's** 89:18
**fast** 80:10
**father** 66:6
  67:19
**father's** 68:3
**FBI** 52:2,23
  53:21 54:17,19
  54:19
**FBI's** 51:23
**February** 61:14
  69:1 72:19
**federal** 6:22,25
**fee** 28:22 29:14
  29:16,17,20
**feel** 5:23 20:3,3
  32:18 95:25
**felt** 32:16 91:3,7
**fif--** 37:15
**figure** 39:4
  64:24
**figured** 73:23
  83:9
**file** 1:4 72:6
  104:4
**files** 74:9 75:5

**fill** 23:25 40:8
  59:20
**Final** 87:25
**finalized** 99:10
**find** 31:2 51:12
  55:1 81:19
  92:1,2,11
**finders** 69:15
**fine** 9:8 13:2
  24:16 71:3
**finish** 8:20,22
  68:7 80:11
**firewalls** 77:17
**first** 5:18 8:9
  13:3 15:19,22
  16:11 19:6,7
  34:13 37:3
  47:5 48:10
  55:4 61:15
  80:20 82:9
**five** 87:1,6,13
**five-minute** 71:5
**flag** 74:2
**flagpole** 22:10
**flow** 47:4,15
  48:8 81:14
  82:20 102:21
**flowed** 81:16
  90:7
**folder** 72:13,14
**follow** 21:1
**follow-up** 25:18
**followed** 13:22
**following** 27:5
  65:11 69:25
**follows** 5:19
**foregoing** 104:9
  105:16,18
**forgot** 68:12
**form** 31:12,15
**formed** 19:21
**forth** 68:23
  105:16
**forward** 50:18
  88:6 92:17
**found** 19:21
  20:12 22:11
  53:15
**four** 19:1 20:15

85:25 93:2
**freezing** 94:6
**Friday** 63:2,13
63:21 68:16
**friend** 15:16
21:9,16 31:21
42:1,17 43:1
43:13 54:13
99:7
**friendly** 32:17
**friends** 12:20
13:9 18:11
20:15,15,21,22
22:1,17 23:12
23:20 28:24
29:10 32:11
41:8,10,13
43:19 45:22
48:10 51:13
54:2,25 66:2,8
67:18 86:23
88:20 99:5
100:1,14
102:12
**friendship** 101:8
**fronted** 15:2
**fruition** 83:10
**full** 5:25 8:22
12:16 36:25
37:19 105:14
**full-time** 16:8
**fully** 84:25
**functioned**
26:13
**fund** 63:5
**funded** 17:19
**funds** 33:16
**funny** 21:15
25:25
**further** 98:10
105:19
**future** 98:12
**future-type**
94:18

---

**G**

**G** 5:1
**Gary** 43:15
97:21

**gather** 71:7
**gathered** 20:8
**generalization**
14:25
**generic** 87:5
90:23,24 91:11
**getting** 14:13,16
17:11 24:14
32:16 38:6
40:4 45:24
49:6 51:1 78:5
88:18
**gist** 17:6,22 56:9
102:25
**give** 7:16 8:21
12:15 15:12
39:19 42:3
43:13 44:19,25
45:4,10 46:22
46:22 52:1
66:12,15 94:1
**given** 38:15
55:23 89:7
97:10,13
**giving** 28:25
29:1 86:20,24
88:13 89:14
**go** 7:3 9:12,14
17:11 18:23
24:20 35:14
37:24 39:6,17
39:19 58:17
59:24 60:17
63:24 65:21,22
67:1,13 70:24
71:1,10 76:7
85:2 91:2 92:2
98:19 103:4
**goal** 13:14,16,17
14:7 99:4
**goes** 34:18 36:4
55:21
**going** 9:6 10:3
11:7 12:25
15:18 16:20
18:12,20 20:4
23:24 24:7
33:25 34:5,24
37:13,14 38:2

38:10 39:18
42:13 43:25
44:2,3 45:15
47:14,20,23
48:1,2,3 50:15
51:8 52:11
53:5,24 54:16
57:8,13,21
58:7 59:2
60:14 63:7
64:18 68:8,9
70:11,24 72:25
76:3 78:5
80:10,12 81:9
81:18 85:3,18
88:8,10,24
89:16 90:11
91:20 93:5
94:20 95:2,14
95:15 96:11
98:18,19 99:8
99:8,10
**good** 31:12,13
31:14 53:14
58:19 94:13
**gotten** 52:19
**government**
11:8,13 30:24
34:10 59:8
60:8,21 61:3
66:23 67:10,17
68:14 70:13
71:21 72:1
76:13 77:14
78:1,21 80:13
80:17 81:20
85:8 90:17
96:3,4,20
**grandma** 21:20
**great** 10:14 23:4
53:23 55:23
80:10 87:24
88:6 99:6,7
**Greer** 3:17 73:9
73:9
**grew** 31:21
**group** 22:1
35:10 41:2
62:1 69:12

70:8,18 92:7
97:20
**growing** 12:19
15:6
**grown** 50:22,24
**guess** 12:19
14:10 16:15,18
17:10,16 21:6
22:16 24:13
26:5 27:10
28:14 29:7
30:15,21 32:16
32:20,22 36:4
36:8,10,15
38:21 44:13
45:11 47:5,10
47:12 49:6
50:17 53:10
55:21 57:7
58:8 61:15
72:25 73:2,17
74:1 75:2
86:18 87:2
94:10,17 99:12
99:22 101:9
102:21,25
**gun** 52:24 53:8
53:13,22
**guy** 15:6 21:12
79:23 80:4
96:25
**guy's** 79:9 96:22
**guys** 12:13,13
20:18 21:21
43:2 44:25
47:6,23 50:9
54:3 56:12,13
79:9,15 99:13
99:23 100:9

---

**H**

**Hacker** 3:19
76:19,25
**hand** 5:12
105:23
**handle** 47:15
**handling** 18:14
18:15 26:7
**happen** 48:1,2,3

64:21 68:20
73:18 74:14
**happened** 52:16
54:5 81:12
90:10
**happening**
49:25 53:12
57:19 95:1
**happy** 102:10,20
103:1
**hard** 88:13
89:14
**Hayden** 54:12
54:22,25 67:24
67:24 68:1
**head** 8:11 38:3
53:22
**headers** 60:6
**hear** 7:18,19
31:17 70:10
**heard** 7:24 22:8
94:22
**hearing** 1:14
**heat** 94:5
**Heber** 6:8 16:8
19:6,16 94:2
**help** 8:6 12:13
15:7 35:12
36:15 40:21
99:4 100:14,15
102:7,10,13,20
102:21,24
103:1
**helped** 77:1
**helpful** 39:14
101:20
**helping** 22:20
**helps** 26:20
36:17 58:8
**Henderson** 16:7
54:14
**Hey** 22:25 42:8
43:1,12 44:24
57:10 94:12
95:1
**high** 28:13,14
**highest** 28:12,17
**highlighted**
63:22 65:10,20

**hitting** 44:13
**hold** 64:19,22
**home** 13:19,22
  14:17 21:14,18
  52:2,3 94:1,23
  95:4
**homes** 60:3
  100:21
**honest** 84:18
  95:20
**honestly** 30:3
  36:14 37:14
  45:17 47:3,11
  49:3 55:24
  69:20 83:8
  89:9 100:25
**hope** 76:6
**Hopefully** 80:11
**hours** 10:1
**house** 6:9 14:21
  51:23 52:11,23
  52:25 53:3,6,7
  53:21 54:17
  94:13,20
**housekeeper**
  94:9
**houses** 31:13
**huh-uh** 8:14
**hundred** 28:6,8
  37:16 40:11
  46:7,12 65:7
  65:12 95:20
**hurt** 32:19 100:4
  102:11

**I**

**idea** 17:16,16
  76:22
**identification**
  5:3 10:24
  11:11 34:7
  59:5 60:24
  67:5 70:16
  76:10 77:23
  78:18 80:15
  85:5 90:14
**IDENTIFIED**
  3:6 4:3
**impair** 9:22

**important** 7:18
**in-person** 16:5
**include** 68:5
  92:23
**included** 70:3
  92:9 93:9
**includes** 65:20
  68:4
**incorporated**
  49:21 74:6
**independent**
  44:2
**indicate** 61:20
**indicated** 67:22
**indicating** 62:14
  63:12 86:8
**indication** 25:12
**individual** 75:1
**information**
  54:4,6 55:24
  57:17 72:13
  74:24 92:3
  102:18
**initial** 13:20,22
  26:1 33:16
  34:14 35:7
  36:21 40:17
  47:18 62:24
  63:3,10 65:8
**initially** 16:1
  22:19 23:23
  28:1,3 30:4
  35:20 37:7
  40:14 41:25
  42:2 44:22
  47:19
**injury** 19:21
  33:5
**inside** 72:13
**insight** 55:23
**instruct** 59:22
  75:25
**instructions**
  35:13,19
**intended** 43:16
**intending** 84:7
**intent** 43:12
  98:22 99:16
**intention** 84:6

84:20 98:25
  99:14 100:4
**interaction** 44:3
**interactions**
  25:13
**interested** 15:8
  105:21
**invest** 20:21
  22:3,3,12,15
  23:9,13 28:6,7
  28:9 40:24
  41:14 42:1
  43:14,14,15,15
  43:19 48:11
  49:14 61:21
  76:1 79:11,15
  79:16 87:9
**invested** 3:14
  20:13 21:10,12
  21:23 25:4
  28:5 29:16
  32:25 33:8
  37:10,11 40:14
  46:12 48:15
  50:16 54:2
  62:4,10,21
  65:6,7,11,16
  65:18 67:2,18
  67:25 68:1
  80:2 88:20
  90:4 96:6
  97:14 102:17
**investigate**
  91:20
**investigation** 3:7
  6:17,20,24
  33:1 102:21
**investigative**
  104:12
**investing** 18:12
  18:21 20:16
  22:2,21 33:23
  48:23 67:24
  80:3,7 82:6
**investment**
  12:17 19:22
  22:5 28:2
  29:25 30:4
  33:16 34:14

35:7 36:19
  40:18 41:1
  48:19 49:2
  51:14 63:16
  72:17
**investments**
  42:20 62:9,10
  62:19 63:23
  64:9 66:5 68:3
  75:8 79:3 86:4
  99:1
**investor** 3:12,13
  29:3 41:10
  47:15 59:12,15
  59:19 61:1,5
  62:8,15 63:8
  65:16,17 86:25
  87:5
**investors** 3:14
  20:12,24 26:16
  29:21 30:9
  48:4,17 64:9
  80:7,8 82:18
  83:24 85:20
**invited** 52:20
**invoices** 16:14
**involved** 12:19
  12:20,20 18:9
  39:4 56:14
**involvement**
  24:18
**item** 65:7
**items** 52:12
  68:21 94:8,11

**J**

**J** 6:18,18,19,19
  21:10,10 24:5
  24:5,5,5 32:3,3
  35:20,20,23,23
  35:25 36:1
  40:5,5 44:6,6,6
  44:6 46:8,8,10
  46:10 49:18,18
  49:20,20,21,21
  73:19,19 74:5
  74:5
**J&J** 1:5 104:2
**J.G** 31:17

**Jager** 20:18
  21:13
**January** 15:23
  48:11 63:6
  85:13,16
**Jason** 21:13,17
  21:24 22:13
  23:7 42:19
  69:18 78:4,13
  79:2,8,13,22
  79:23 80:2,4,6
**Jason's** 80:6
**Jeez** 8:4
**Jeff** 12:17 13:3,9
  13:16 14:1,19
  16:1,5 17:16
  17:17,22,23,24
  18:4,13,13
  19:11,11,20,25
  20:1,6,11,12
  20:13 21:24
  22:16,17,19
  23:1,9,10,12
  23:23,23 24:2
  24:4 25:4,11
  26:4,17 27:5
  27:23,23,25
  28:19 29:5
  31:19 32:17
  33:7,24 34:15
  36:3,5,25 37:2
  37:22,25 38:12
  40:15,19,23
  41:7,19,25
  42:2,22 43:8
  43:10,18,25
  44:3,5,15,17
  44:19 45:15,15
  47:14 48:9,18
  49:13,24 50:4
  50:12 51:18
  54:14,23 55:8
  55:12,16,17
  56:2,23 57:20
  57:24,25 58:20
  59:16,18 62:2
  62:14,14,19
  64:8,22 65:14
  66:11 67:23

68:16,25 69:5
69:8,14,18,23
70:2,8,19
73:22 74:17
75:1,1,25
76:24 78:22
79:1 80:7,8,22
81:22 82:10,16
82:19 83:8
84:12 85:11,17
86:7,19 88:12
88:21 89:17
90:2,8,19
93:10,14 96:16
97:2 100:15
101:6 102:19
**Jeff's** 18:19 19:1
19:4,5 21:5
26:6 29:7
36:12 52:25
61:22 99:19
**Jeffrey** 3:10,15
3:16,18 8:17
12:11 25:20
76:17
**Jen** 13:16 19:9
**job** 14:16 43:10
99:3 100:21
**Jongeward**
21:14,18 22:13
23:7 42:19
78:4,14 79:3
**Joni** 2:4 3:11
6:10 12:14
27:1
**Journal** 54:20
**Judd** 3:10,15,16
3:18 12:11,17
13:3 18:7
26:17 51:18
61:6 62:14,19
64:8 67:23
72:17 76:17,24
77:6 78:22
80:22 85:11,17
90:19 91:15
97:17
**Judd's** 25:20
**Judds'** 13:16

**jump** 34:5
**jumping** 21:7
27:1
_____
**K**
**keep** 34:18
37:20 41:22
49:17 60:2
61:8 64:15
72:11,12 75:19
83:25 96:9,9
96:11
**keeps** 71:14
**kept** 38:23 61:6
72:8
**Kerry** 73:10
**kickback** 45:1
45:13 66:12,15
**kid** 32:6
**kids** 56:17
**kin** 105:19
**kind** 9:3 12:16
15:20 17:5
20:7,20 21:4,7
22:10 23:17
25:25 26:5
27:11 30:17
31:15 32:15
36:4,6,11,12
37:2,4,5 41:15
42:4,7,7 43:25
45:18 46:18
47:3,12 48:24
53:16,23 54:5
54:7,15 56:18
57:7 59:25
60:4 62:17
66:11,13 71:25
73:6,16,23
75:19 79:20
84:15 86:17,19
86:21 89:9,13
94:2,9,13 95:4
96:12
**Klopfer** 63:8
**knew** 14:19,20
14:23 17:23,23
18:8,9,21,25
26:9 29:23

30:13,14 31:16
31:23 36:15
42:12 43:9
49:13 52:18
53:20,23 54:15
54:16 56:3,20
57:2 58:12
69:17,17,17
74:19 79:25
80:2 101:8
102:19
**know** 7:10,21
9:11 10:12
11:23 12:23
14:15,16,17,20
14:22 15:4,5,5
15:14 18:1,24
20:6,17 21:22
22:20 23:15
24:14 26:20,24
27:14,18 32:1
34:25 35:22
36:16,25 38:2
41:2 42:5,11
44:14,16 46:9
47:22 50:23
51:5,7 52:14
52:16 53:5,6,6
53:7,9,12,15
53:16,18 54:2
54:3,14,18,24
55:2,2,14,18
55:18,19,20
56:12,18,24
57:1,7,11 58:5
58:5,13 60:5,5
61:24 62:13
64:14,18,19,22
64:23 66:2
69:13,20 70:1
72:13 73:5,6,9
73:10,14 76:19
76:22 77:20
79:8,13,23
83:19 84:19
86:19,23 87:8
87:8 89:1,4,15
91:4,11 92:23
93:3,4,8 94:8

94:12,13,25
95:1,2,3,11,12
95:13,16 96:10
96:23,25 97:7
98:18 100:9,10
100:10 101:5,6
101:7,10,12
102:16,19,20
102:22,24
**knowing** 75:20
**knowledge** 7:16
51:4 60:11
64:1 97:13
**known** 56:7,10
101:9
_____
**L**
**labeled** 88:1
90:17
**Lake** 1:11 2:9
6:13 33:5
94:22 104:6
105:4,24
**larger** 42:12
**late** 13:4
**Laurie** 2:5 6:11
24:15 43:24
67:12 100:10
**Laurie's** 36:4
**Law** 35:10,20
41:2
**laws** 6:22 7:1,1
51:4
**LDS** 32:7
**learn** 48:18
**learned** 41:13
48:25 49:4
**leave** 33:13
**left** 15:9
**legal** 31:14
**legit** 46:9
**legitimate** 32:20
57:3,18 73:6
**length** 17:21
27:13
**lengthy** 24:20
**let's** 38:4,6
39:11,17 71:4
71:10 85:2

103:4
**letter** 21:7
**likewise** 8:22
**limits** 88:14,17
**Lindsay** 103:4
105:6,25
**line** 20:23 55:17
65:7,23
**lined** 63:23 64:9
**lines** 14:10,13
18:19 50:3
52:14
**List** 3:14
**listing** 69:24
**literal** 64:16
**little** 10:6 16:11
16:20 22:23
26:1 52:18
57:6 59:25
75:19,20 79:12
79:20 84:16
86:22 89:10
91:5 97:25
**live** 73:25 74:2
**lived** 16:7 54:13
54:14,23
**living** 16:2 21:17
30:12,16
**LLC** 49:22
61:21 62:9,11
62:19 73:11
75:8,23 76:1
**location** 6:7
104:6
**long** 19:4 38:21
39:9 92:15
**long-winded**
24:13 43:24
**longer** 76:8
**look** 11:19 22:20
39:7 47:21
53:14,23 72:22
87:20,20 90:24
101:1
**looked** 36:16
72:24 73:8,10
73:14
**looking** 11:20
39:18 42:20

52:2 53:1,1
73:5 79:3
91:24
**looks** 26:24 35:3
35:9 72:2
81:12,14,16
**lose** 100:16,16
**losing** 101:15
**lost** 96:7 97:3
101:11,12
**lot** 8:5 16:4
19:15 29:24
32:4 39:20
47:3 49:10
53:19 60:2
68:9 94:19,20
102:12
**love** 15:7 56:20

**M**

**maintaining**
96:10
**making** 39:20
58:24 86:8,13
86:16 88:23
**manage** 94:2
**manager** 94:10
**managing** 95:14
**Mangum** 3:22
21:9,16,25
22:6,14,25
31:21 32:10
42:1,17 43:14
44:4 54:1
69:19 78:7,11
97:22
**Mangum's**
21:18 80:1
**March** 12:4,6
51:19,19 58:13
59:13 61:14,16
63:13 64:2,4
91:14,16 92:20
93:11,15
**Maria** 104:8
**Mark** 8:17
**marked** 5:2
10:23 11:8,10
34:1,6,10 59:4

59:8 60:21,23
61:3 66:23
67:4 70:12,15
71:20 76:9,13
77:22 78:1,17
78:21 80:13,14
85:4,8 90:13
**married** 52:19
**mass** 91:8,8
**math** 30:18 38:1
**Matt** 17:15,15
17:17,20,23,24
18:4 19:20,24
20:9 21:9,16
21:18,25 22:5
22:6,14,25
25:17,20 26:6
26:8,9,15
27:13,23,23
31:21,24,24
32:3,10,10
36:6,13 42:1
42:17 43:1,14
44:4,16 48:5
52:23,23,24
53:7,13 54:1
55:5,12,19
57:10,18,20,25
61:23 62:2
64:12,20,24
69:19,22 70:4
70:8,19 78:7
78:10 80:1
90:9 97:21
**Matt's** 20:1
26:18 53:7
55:8 90:9
**matter** 1:3,14
11:24 44:4
104:2
**matters** 104:11
**Matthew** 3:15
3:22
**mean** 10:17
13:16,24 16:16
18:8 20:5
26:21 30:17,18
33:18 39:6
42:4 46:3

47:11 53:21
55:1,14,15,17
63:3 64:15,16
73:8,24 74:1
74:19 77:8
82:16 84:16,19
84:19 87:19
89:2 91:1
94:15 100:21
100:24 101:1,2
101:5,13,14
**means** 55:20
62:9 84:21
**medication** 9:21
**meet** 19:2
**meeting** 19:18
67:13
**meetings** 16:16
16:19
**members** 6:12
12:20 17:8
**memory** 9:22
**mental** 9:22
**mention** 74:4
**merely** 7:11
**message** 90:19
**messages** 3:23
3:24,25 4:4
23:11 81:3
**met** 13:3 17:15
19:4,7,9,10,13
56:13
**Michael** 94:22
94:24
**mid** 13:4
**middle** 13:24
37:3
**middleman** 43:6
**mind** 41:21,22
41:24 45:24
53:25
**mine** 19:15
28:15 32:14
98:25
**minutes** 39:10
**mission** 32:8
**Monday** 12:3
63:17,20
**money** 14:21

15:2,23 17:9
17:12,12 19:25
20:11 22:14,16
22:21 23:1,8
23:19 29:16
30:1 32:10
33:23 35:22
36:7,23 37:22
37:23 38:11,12
38:22,22,23
39:3 41:1,4,9
42:23,25,25
43:2,11 47:15
48:4 56:16,17
56:17 57:11,12
57:21 61:24
63:3,5,13,15
63:19 64:2,10
64:21,25 65:4
65:4,15,17
66:1 70:21
77:2 79:18
80:3 84:17
88:22,24 89:3
89:11 90:1,3
95:17,23 96:5
96:7,9,11,13
97:3,10,13
98:22,23,23
99:1,9,17
100:20 101:11
101:12,15
**money,'** 64:24
**monitored** 95:15
95:16 96:2,4
**monitoring**
96:20
**Montana** 73:25
**month** 16:11
**months** 15:18,24
36:22
**morning** 11:18
12:5
**Mountain** 5:5
88:13 89:1,14
**move** 88:8
**moving** 50:18
**MST** 1:15
**multiple** 36:9

91:12
**must've** 92:22

**N**

**N** 3:1,1 4:1,1 5:1
**name** 5:25 6:10
20:17 21:9,13
31:22 40:3
61:18,22 62:5
72:12 94:22
95:13 96:22
104:15
**named** 62:10
**names** 8:16 30:8
54:24 72:22
**narrative** 40:24
**nature** 17:10
**Naylor** 62:8,9,19
**NDA** 33:10
**NDAs** 86:9
**necessarily**
45:11
**need** 8:6 9:2,10
15:11 17:19
44:9 49:12
58:18 60:15
64:19,24 74:24
75:3 85:20
88:21 89:5
95:4 102:23
**needed** 50:7,25
79:18 87:7,9
**needs** 17:21
64:21
**neighbor** 39:19
39:20
**neighbor's**
54:17
**neither** 50:4
**nervous** 53:13
**Nevada** 74:6
**never** 15:10,10
15:13 18:9
21:23 25:8,11
27:10,18 28:12
28:14 29:23
30:2,15,16,23
32:3,23 34:23
36:15 37:7

41:21,23 43:12
44:23 45:5
48:1 50:3
51:15 56:7,11
56:13,15 58:22
59:1 66:16
67:24 69:18
72:24 73:8,22
74:20 78:13
79:21 83:9,9
84:15,24,24
91:19 97:17,22
98:22,24 99:9
99:14 100:4
**nice** 94:23 95:3
**night** 11:19
52:19 54:9
82:11
**nightmare** 41:22
**nod** 8:11
**noise** 39:20
**noncompete**
50:10 86:1
**nondisclosure**
50:9 86:1
**Nope** 9:18,20,24
33:11 55:10
93:12
**normal** 40:21
**normally** 29:7
54:8
**nothing's** 10:11
**notice** 1:15
73:18,22 75:16
**noticed** 34:23
71:13 74:1,8
75:6
**noting** 6:4
**November** 13:25
15:22 26:5
**number** 33:19
104:4
**numbers** 29:23
50:23

———————
**O**
———————

**O** 3:1 4:1 5:1
**oath** 5:8 7:4
**obviously** 23:3

26:22 53:20
54:8,15 79:8
100:3
**occurred** 58:11
**OCD** 60:1
**October** 13:14
**offered** 15:16
**office** 6:11
**officers** 6:15
**official** 105:23
**oh** 10:10 45:7
59:24 60:17
74:2 77:19
78:4 85:2
92:12
**okay** 5:11 7:9,13
7:17 8:1,8,12
8:15,19 9:5,15
10:3,5,7,14,21
10:25 11:3,9
12:1,8,25 14:1
16:23 25:8,18
26:25 27:25
30:20,24 34:3
35:2,11 39:15
39:16,22,23
40:2,6 41:4,7
42:13,15 48:3
48:10,14 49:15
51:8,10,18
55:3 58:10,17
58:20 59:2,7
60:8,16,19
61:17 62:7,20
63:7,18 64:6
65:1,18 66:4
66:16,22 67:14
68:2,6,8,11
69:4,14,22
70:3,6,22 71:3
71:6,9,19
72:16 73:18
74:8 75:4,25
76:4 77:13
78:9,16 79:11
80:9,9 81:2,7
81:10,13,18,20
81:25 82:9
83:11,20 85:2

85:7 86:7 88:8
90:5 91:13,19
92:21,25 93:7
93:13 96:19,24
97:24 98:3,4
98:10,13,21
103:2
**once** 16:11
19:11 51:5
73:3
**ones** 86:24
**open** 88:3 89:20
**opinion** 99:16
**opportunity**
17:25 23:22
28:2 99:6,7
**option** 45:19
84:25
**Order** 3:7
**ordinary** 19:19
**Ostler** 2:4 3:11
5:4,11,21 6:10
11:1,2,12 27:2
27:3,4 34:8
39:17,23,25
59:6 60:25
67:6,7 70:17
71:10,12 76:11
77:24 78:19
80:16 85:6
90:15 103:4
**ostlerj@sec.gov**
2:11
**outer** 86:21,22
**outgoing** 47:18
**outline** 49:16
71:1
**outlined** 60:5
**overview** 12:16
**owned** 94:19
**owning** 36:25
**owns** 93:25

———————
**P**
———————

**P** 5:1
**p.m** 103:6
**page** 35:1 81:20
82:9
**pages** 1:8 81:9

88:2 105:17
**paid** 15:3 29:18
49:6 51:15
84:14 86:19
90:6 99:17
**paper** 26:24
**paperwork**
18:23 23:15,24
29:4 43:21
85:19,20
**paragraph** 13:7
**paragraphs**
92:16
**parents** 56:17
**Park** 19:16
**Parker** 18:7,8,14
18:15,19,22,25
19:2,5 21:2,3
24:12,24,25
25:4 97:17,23
**Parker's** 24:17
**part** 14:15 17:7
26:17,18 31:6
35:23 45:18
47:12 49:3
61:15 81:25
83:9 98:20
99:5
**particular** 34:21
**parties** 25:7
105:20
**partners** 25:21
25:23 26:15
**party** 27:16
**pass** 82:22 84:3
**passing** 29:9
84:8
**Paulsen** 104:8
**pay** 82:10,11,16
82:17,20,22,22
83:1,24 84:9
89:18 90:1,2
**Payeur** 105:7,25
**paying** 83:2
**payment** 44:20
**payout** 37:23
38:5
**payouts** 37:7
**people** 19:18

22:23 24:9
31:25 43:12,22
44:9,21 51:13
54:23 56:20
61:21 66:2
67:18 82:6
84:13,13 86:8
86:12 87:8,13
91:12 96:5
97:14 99:15
100:5
**people's** 98:23
**percent** 29:5,6,8
41:17 45:19,20
45:23 46:2,14
46:15 47:7
95:20 98:24
**percentage** 29:7
**period** 89:7
**person** 5:9 14:5
15:5 18:9,9
19:2,8,9,13,19
23:6 47:1
52:15 58:15
62:4 67:3 77:6
102:16
**personal** 16:4
19:21 33:5,20
33:21,24 36:24
60:4 86:18
91:4 100:20
**personalized**
91:1
**personally** 21:22
28:13 47:2
48:23 73:24
86:5 88:23
92:8 95:17
101:17 102:19
**pertaining** 93:17
93:17,24
**pest** 94:7
**pharmaceutical**
17:7 30:14
**phase** 94:21,23
**phone** 55:9
58:15,16 77:6
83:19
**picture** 3:21

42:12 78:7
**pieces** 20:7
**pipes** 94:5
**pitching** 49:1,11
**PLACE** 1:9
**placement** 77:2
  87:25
**plaintiff** 29:17
**plaintiffs** 27:9
**planned** 48:1
**planning** 23:18
  83:2 95:3,11
**plans** 96:18
**play** 43:25
**please** 5:11,22
  5:25 6:6 7:12
  7:20,21 8:9,13
  8:16
**plus** 37:13
**point** 35:19
  41:15 51:11
  56:2,23 58:12
**Ponzi** 55:5,13
  56:3
**portion** 37:17
**possibility** 99:11
**potentially**
  67:24 99:8
**PPM** 87:25
**preliminaries**
  7:3
**preparation**
  88:19
**preparations**
  88:21,23
**pretty** 14:19
  60:1 77:9
  90:24 91:3,25
**previous** 79:6
  84:2
**previously** 50:16
  94:19
**primary** 16:6
  19:17
**private** 3:7 77:2
  87:25
**privilege** 27:15
**PRO** 2:14
**probably** 16:3

18:25 36:14
51:3 52:15
64:3 81:6 93:5
95:1,3
**problem** 8:25
67:16 71:16
77:16 102:6
**proceeded** 52:22
**proceeding** 6:16
**proceedings**
104:12
**proceeds** 95:15
95:22
**process** 17:14
**produced** 11:3,8
74:10 75:6
81:2,3 91:8,8
**production**
87:17
**profit** 37:9
**prohibited** 27:6
**project** 13:13,13
13:17 14:18
19:13
**promised** 97:2
**promoters** 69:15
**Proofreader's**
104:1,15
**properties** 93:25
94:16 95:10,12
95:17,24 96:10
96:17
**property** 94:10
**provide** 6:6 9:17
12:10 16:13
30:5
**provided** 15:21
**published** 54:21
56:1
**pull** 70:11
**purchase** 3:17
34:15 72:18,23
74:9
**purchased** 15:1
28:5,14,18
94:19
**Purchasing** 6:18
21:11 24:6
44:7 46:8,10

49:18,22
**purpose** 6:20
12:2
**purposes** 6:15
**pursuant** 1:15
10:15 11:4
**push** 22:24
**pushback** 89:9
**pushy** 15:10
**put** 42:7,13 57:9
58:9 59:3 60:5
81:5 96:1
100:23
**putting** 50:14
96:21

━━━━ **Q** ━━━━
**question** 7:14,20
7:21,23,24
8:21,23 20:25
24:15 25:19
36:5 93:5 95:7
**questions** 7:2,5
7:6,6,11,19 8:9
13:1 56:25
57:5,8,9 58:21
68:13 76:6
83:12 84:5
88:11 98:10
**quick** 20:25 39:7
39:12 60:16
70:25 87:21
**quickly** 76:7
80:11
**quite** 73:2 77:15
**quote** 41:8 56:9
64:16
**quotes** 96:15
**quoting** 53:10

━━━━ **R** ━━━━
**R** 5:1 105:1
**R-I-C-H-A-R-...**
6:3
**raid** 51:23
**raided** 52:23
**raise** 5:11 42:23
42:25 99:1
**raiser** 23:20
80:3 98:22

**raisers** 69:21
**raising** 22:14
23:8 43:2
84:17
**range** 28:11
**ranging** 28:15
**re-up** 37:5
**reach** 102:3
**read** 8:4 21:8
34:16 69:8
78:3,5 91:2
92:11,14 98:1
**reading** 82:14
**real** 56:11,21
57:2 60:16
73:7,17 87:21
100:21
**realize** 26:7
**realized** 22:12
**really** 14:14 15:4
18:24 20:5,17
22:22 24:13
28:10 39:14
42:4,9 44:8
47:22 48:21
49:10,12 51:7
53:19 55:16,24
66:16 75:2
77:15 92:16
96:25 100:3,24
100:25,25
101:4,10,17,20
102:4,14
**realm** 31:11
**Realtor** 75:15
**Realty** 75:16,22
**reason** 9:11,16
24:24 27:12
38:14 49:9
54:12 57:17
71:13
**recall** 14:3 31:6
33:12,15
**receipts** 16:13
**receive** 46:13
69:5,9 76:21
91:21
**received** 42:17
76:17 78:7

91:16 93:11
96:16
**recess** 39:24
71:11
**recognize** 11:13
61:1 76:16
78:6 80:21
85:10
**record** 5:4 6:1,4
6:7 8:18 9:12
9:14 10:21
33:2 39:18
40:1 66:4
71:10 103:5
**recorded** 104:11
**recordkeeping**
72:9
**records** 34:19
61:23,23
**red** 74:2
**refer** 50:12
62:24
**reference** 13:23
**referred** 65:14
76:21
**referring** 82:4
**reflect** 66:5
**reflects** 67:17
**regional** 6:13
**reinvest** 38:25
49:7
**relationship**
3:10 12:16
25:20 32:17
36:5 43:8
**relay** 54:6 99:13
**rem--** 21:8
**remember** 8:16
9:12 14:7,12
15:18,21,25
16:17,21 17:1
17:3,5 18:14
18:18 28:21
30:13 33:19
34:21 35:12,18
35:24 37:15
39:2 50:17
52:6 58:10
68:25 83:15

85:23 86:14
87:16,17 89:6
89:17,23 90:22
92:4 93:14
**remodel** 13:4,8
13:11,22,24
14:23
**remotely** 5:8 6:5
**repeat** 7:20 21:3
**rephrase** 7:22
**reported** 105:13
**reporter** 8:2,6
9:12 105:7
**Reporting** 1:24
**represented**
27:8
**rescheduling**
101:22
**researching**
31:16
**residence** 16:6
**residences** 19:16
19:17
**respond** 8:10
**response** 56:22
56:25 79:2,13
**responsibilities**
43:21
**return** 28:13,15
41:18 45:20
66:15
**returns** 23:4
28:1,19 29:5,5
36:19 41:14,16
41:19 45:12
48:7 51:15
82:5,6
**Review** 54:20
**Richards** 1:7
2:14 3:4,11,16
3:18,19,21 5:7
5:10,15,17 6:2
6:6 54:12
67:20,20 75:8
75:16,22 93:3
103:2 104:3
105:6
**Richards'** 3:9
**ride** 52:8

**right** 5:12,22
11:5 15:15
17:17 19:11
23:1 24:11
26:9 30:19
31:2,3 35:15
35:25 38:8,9
38:13 39:1,13
39:23 40:12
43:11,15 45:24
46:1,3 48:12
51:12,24 52:10
53:20 54:10
57:9 65:9,24
65:25 72:3,11
72:15 73:11,25
84:17,19 85:21
87:20 88:8,25
91:4,9 92:12
93:1 94:4 98:2
98:16 100:19
101:14,18
102:9
**role** 25:16,17
26:8 29:12
**roll** 37:9 38:6
**rolled** 37:18
**Rose** 93:6
**row** 62:8 63:7
**rows** 63:22
**RPR** 105:25
**rules** 6:22
**run** 39:19
**running** 36:13

—————
**S**
**S** 3:1 4:1 5:1
**sales** 17:7 30:14
95:14
**Salt** 1:11 2:9
6:13 33:4
94:21 104:6
105:4,23
**sat** 20:5
**Saturday** 51:19
69:23 91:22
93:15
**save** 101:3
**saved** 11:20

36:23
**savings** 100:22
**saw** 41:14 44:16
55:4 66:3
101:16
**saying** 17:1
34:16 38:1
42:5,19 44:16
45:12 46:2
49:17 50:19
53:9 57:18
58:4 64:15
79:8 81:22
84:7 89:10,12
89:23 100:10
102:22
**says** 18:18 23:1
61:17 62:8,13
63:7,10 83:4
85:13,17 91:20
92:4
**scares** 53:8
**scheme** 55:6,13
56:3
**screen** 9:2 10:7
33:13 34:9
42:14 59:8
60:20 71:17,20
72:15 76:12
77:19,25 80:18
85:7 90:16
**screens** 77:20
**screenshot** 3:23
3:24,25 4:4
23:5,10 42:18
79:5,7
**screenshots** 9:3
81:3
**screwed** 6:19
**scroll** 34:24
35:16 51:8
71:21 81:9,18
**SE** 2:14
**seal** 105:23
**search** 52:3
**SEC** 5:2 9:13
10:23 11:10
34:6 51:4 59:4
60:23 67:4

70:15 76:9
77:22 78:17
80:14 85:4
90:13
**second** 13:7 35:1
35:16 61:17
65:6 81:20
83:13 84:6
**secretary** 99:20
**securing** 19:24
19:25 20:10
26:10
**securities** 1:1,9
2:3,6 6:13,22
**security** 32:6
**see** 10:7 18:2
20:1 34:9
49:15 59:7
60:20 64:20
65:5 66:24
70:12 71:1,2
71:22 74:14
75:3 76:12
77:25 79:5
80:10,17 85:7
90:16 91:23
**seeing** 79:2
87:16
**seek** 98:12
**seen** 23:11 49:5
50:9 62:1
**self** 86:19
**self-explanatory**
62:21
**sell** 96:1,13
99:25 100:5
**Sellers** 96:22
**selling** 49:11
95:10,12,16
99:15
**send** 21:3,4
23:15,24,25
24:8,9,10,11
36:7 37:22
38:12,13,15,16
38:18,18 39:3
44:11,17 47:23
48:4,21 50:8
59:18 64:10,23

68:15,18 69:1
69:23 70:7
72:17 85:18,20
85:24 88:4
89:7,11 91:8
91:11 93:1
**sending** 12:12
33:22 34:15
37:22 44:1
50:15 57:10
65:4,15 74:21
74:22 75:17
77:3,7 79:25
**sense** 26:13,14
27:18 32:19,22
36:14 41:24
42:24 43:1
49:13 60:7
62:6
**sent** 3:21 10:8
15:19,22 21:2
23:5,10 25:8
33:17 35:22
36:1,22,22,25
37:1 38:14,17
38:22,23,24
47:18 50:7
54:11,21 57:12
59:11,15 60:1
60:7 63:3,12
63:15,20 65:3
65:4 66:1
68:21,23,24,25
69:2,11 70:19
77:11 78:8
79:1,6 82:24
86:15 88:1
90:3,19 91:10
92:22
**separate** 41:6
75:14 76:1
87:9
**September**
13:13
**series** 7:5
**services** 1:5,24
6:20 49:21
73:20 74:6
89:2,4 104:2

**session** 6:5
**set** 75:12 77:1
  101:2 105:16
**settled** 32:10
**settlement** 15:2
  17:19 25:7,14
  32:9
**settlement-type**
  32:4
**settlements**
  19:21
**Seven** 93:22
**seventy** 37:14
**Shah** 93:6
**shake** 8:10
**Shane** 20:18
  21:13,24 22:13
  69:17,18 80:3
  80:6
**shape** 31:12
**share** 71:17
  77:21 90:11
**sharing** 33:22
  68:8 97:24
**sheet** 59:15,19
  66:3 69:5,9,11
**sheets** 59:12
**shifting** 37:5
**shooting** 93:16
**shot** 52:24
**show** 9:4 10:3
  11:7 34:1
  57:14 60:14
  72:11 76:3
  80:12
**showed** 57:16,20
  57:25 58:4
**showing** 9:1
  42:19 57:21
  66:22 71:19
  72:14 78:20
**shown** 29:4 58:6
**shows** 53:21
  54:17 62:20
  68:2
**siblings** 56:18
**sick** 9:19
**side** 17:23,24
  20:1 25:6

26:11 27:7
  89:13
**sides** 36:9
**sign** 33:7 44:17
  50:7 86:3,9
  87:13
**signed** 50:3
  62:18 74:12,15
  74:18,21 87:14
**signing** 74:20
**similar** 32:8
  43:7
**similar-type**
  31:20
**single** 47:1 73:15
  81:3 102:16
**situation** 88:17
**sixty-five** 38:19
**size** 50:22 51:1
**skepticism** 26:2
**skip** 33:25 71:2
  85:3
**SL-02855-A** 1:4
  104:4
**slip-and-fall**
  27:8
**slow** 10:6 71:25
  77:15
**small** 42:6
**smaller** 47:22
**smoother** 102:1
**snowed** 94:7
**snowmobile**
  52:8
**sold** 32:6 100:22
**soliciting** 99:15
  101:16
**somebody** 48:8
**someone's** 42:10
  53:21
**something's**
  54:18
**somewhat** 47:10
**son** 18:7
**sons** 31:23
**soon** 53:18
**sorry** 6:18 23:1
  24:19 27:1
  52:7 60:18

64:15 66:25
  68:7 70:10
  91:24 92:11
  101:25
**sort** 33:4 44:20
  44:20 62:21
  71:1,7 82:15
  86:12 88:16
**sound** 42:5
**sources** 56:1
  57:12
**South** 1:10 2:7
  6:8
**speak** 48:18
**speaking** 93:25
**specific** 36:21
**specifics** 30:3
  53:19
**specified** 45:5
**speculate** 16:17
**speculating** 7:12
  7:15 14:24
  20:4 53:24
**speculation**
  14:11 26:2
  29:7 30:22
  87:3
**speed** 102:23
**spell** 5:22,25
**spending** 96:9
  96:11
**split** 40:15 83:8
**spoken** 21:23
  91:15,17 93:10
  93:14
**spread** 29:8
**spreadsheet**
  3:13 60:10
  61:2,6,9,12
  65:19 68:3,16
**spreadsheets**
  60:2
**spruced** 59:25
  60:4
**ss** 105:3
**staff** 6:12
**stand** 73:21
  100:9
**standardized**

41:16,20 46:6
  46:11
**standpoint**
  99:22
**start** 18:12
  19:12 30:18
  38:11 63:1,2,4
  81:22
**started** 12:17
  13:13 16:24
  17:4,6 20:16
  20:20 53:24
  63:5,21 75:21
  84:18
**starts** 75:7
**state** 5:22,25
  6:25 8:23
  105:2,7
**statements**
  57:15 58:7
**States** 1:1 6:14
**stealing** 17:12
**stenotype**
  105:13
**step** 43:5 73:4
**stepped** 23:17
**Steve** 65:5,6
**stop** 68:8 77:4
  97:24
**stopped** 77:7
**strong** 31:11
**stuff** 8:5 72:11
  73:7 94:14
  96:12
**subpoena** 3:8
  10:8,16,22
  11:4 12:3,10
**subscription**
  50:10 86:2,9
**sucks** 100:25
  101:5
**sudden** 102:8
**suggested** 37:25
**suggesting** 83:23
**suggests** 86:12
**suing** 17:11
**suit** 31:11
**Suite** 1:10 2:8
**summary** 3:9

**supplement** 98:5
**supposed** 11:17
  27:21 38:9
  58:25
**sure** 44:16 50:9
  58:24 66:4
  72:21 73:17
  83:22 94:4,5,6
  94:7 97:8
  99:23
**survived** 52:24
**Swapp** 31:22,25
  33:3
**swear** 5:13
**sworn** 5:19
  105:10
**system** 89:19
  90:2
**systems** 32:6

**T**

**T** 3:1,1 4:1,1
  105:1,1
**T-A-Y-L-O-R**
  6:2
**take** 8:2 9:3,10
  35:16 37:8
  38:4 39:9 47:6
  58:18 59:2
  70:25 71:4
**taken** 9:21 39:24
  71:11 94:7
  97:8 105:6,16
**talk** 22:2 27:19
  49:12 51:18
  83:13 84:6
**talked** 22:4,6,6
  25:25 30:16
  31:24 32:11
  42:22 79:10
  83:19 94:11,18
  94:25 102:17
**talking** 8:20,24
  21:2 26:18
  33:3,3 40:9
  42:16 48:22,25
  83:15 87:8
  93:23,24 100:1
**tax** 73:23

**taxes** 96:12
**Taylor** 1:7 2:14
  3:4,9,11,16,19
  3:21 5:17 6:2
  34:16 67:20
  104:3 105:6
**technically**
  74:24
**Tel** 2:10
**tell** 5:8,13 7:15
  14:8,9,11
  16:24 19:20
  20:12 27:6,25
  30:8 40:3
  41:12 43:18,19
  44:19 45:3,9
  47:4,4,14
  49:24 52:16,22
  53:10 55:8
  57:25 58:4,20
  64:8,8,13,17
  64:22,23 69:14
  74:20 81:11
  84:12 87:23
  88:16 92:19
  95:11 102:3
**telling** 9:13 17:3
  41:7 43:2
  70:21 71:14
**tells** 65:24 76:24
**template** 59:18
**Temple** 1:10 2:7
**ten** 101:3
**terms** 19:4
**test** 73:16,16
**testified** 5:19
  105:17
**testify** 105:10
**testimony** 6:5
  7:4 8:3,4 9:11
  9:17 11:5 98:1
  98:12 104:12
  105:5,12,15,18
**text** 3:23,24,25
  4:4 23:11 36:2
  46:21 52:7
  60:15 62:2
  70:8 78:21
  79:1,6 80:21

81:2,21,25
83:11 84:1,4
85:10,17 86:7
90:19,24 91:6
91:11,14,16,20
92:1
**texted** 51:19
  52:8
**texting** 67:23
  82:10
**texts** 35:14 62:1
  62:1 88:12
**TH** 75:7
**thank** 26:25
  40:6 100:7
  101:20,21,21
  103:2,3
**Thanksgiving**
  13:15,18 19:6
  19:14
**thereof** 105:22
**thing** 22:9 30:12
  32:8 42:9
  72:18 73:23
  94:17 99:13
  102:23
**things** 8:5 14:16
  18:10 22:3
  31:10 32:4
  37:5 41:23
  46:6 50:25
  52:11 57:7
  58:6,24 60:5,6
  64:18 75:17,19
  91:3 100:12
  102:21,24
**think** 15:24
  18:17 21:25
  28:16 30:19
  33:12,13,17,25
  36:9 46:21
  50:1,3 54:10
  58:24 71:17
  72:20 77:17
  80:24 87:4,19
  98:8,14 99:12
  101:1,8 102:2
  102:8
**thinking** 84:18

**third** 27:15
**thought** 21:1
  41:22 89:24
  91:23,24,25
**thousand** 28:6,8
  28:17 37:14,16
  38:20 40:11
  46:7,12 65:7
  65:12
**three** 20:15
  58:14,14 72:2
  72:2 81:8
**three-** 71:4
**three-month**
  13:12
**threshold** 51:5
**Thursday** 1:12
  11:17 12:6
  104:5
**tier** 20:20
**Tim** 62:8,9,18
**time** 5:6 12:7,21
  15:22 16:4,7
  18:13 19:7,9
  19:13 20:8
  22:14,22,24
  23:4,14 24:3,4
  24:8 31:18
  32:2 35:25
  41:12 42:6,7
  42:10 43:3
  44:8 47:21
  49:6 55:4
  61:11 72:16
  73:3 79:18
  88:13 89:14
  98:11 101:21
**times** 38:12
  93:13
**title** 87:18 99:3,3
**TJN** 62:9,10,19
**today** 7:4 9:17
  9:19,21 10:15
  98:5
**told** 6:10 14:1
  15:1 16:25
  19:24 25:15
  26:4 27:10,19
  30:23 36:6

49:4 50:3 51:7
51:23 52:4
56:6 57:20
65:13 66:16
69:19 75:18
79:21 82:1,1
84:15 85:24
93:16 95:9,19
95:20,21 96:19
98:4,7 101:7
**top** 29:1 42:9
  62:7 65:25
  81:21
**tort** 29:17
**total** 29:25
  65:18 93:2
**totally** 24:1
**town** 16:10,13
  19:5,14
**track** 41:23 60:3
**tracking** 3:12,13
  59:12,15,19
  61:2,5
**traditional** 29:3
**transcribed**
  105:14,16
**transcript** 8:4,7
  104:10
**transcription**
  104:11 105:11
**transfer** 35:3,6
  57:14 75:6
**transfers** 57:21
  57:24 58:7
**transition** 24:5
  44:6 49:18,20
  49:24 50:12,13
  50:20
**transitioned**
  46:10
**transitioned**
  46:10
**Travis** 93:6
**treated** 28:24
  41:8
**treating** 29:10
  40:19
**tried** 22:12
  32:25 81:5
  100:2
**true** 12:22 23:9

23:12 65:24
73:2 79:7
104:10 105:15
**truly** 99:24
  102:15
**trusted** 32:21
  49:8
**truth** 5:8,13,14
  5:14 105:10,11
  105:11
**truthful** 9:17
**truthfully** 7:7
  43:5
**try** 8:20,22 14:6
  32:18 37:18
  39:7 40:21
  64:20 72:22
  81:19 92:2
  101:3
**trying** 24:23
  26:3 30:13
  37:4 38:25
  39:1,3 43:5
  52:5 53:10,17
  75:14 99:24,25
  100:14,15
**Tuesday** 11:18
  63:17,20 91:14
**turn** 15:12
**TV** 31:18
**twelve** 87:1,6,13
**Twenty-five**
  28:12
**twenty-three**
  28:17
**twenty-two**
  28:16
**twice** 69:3
**two** 15:18,24
  26:11 36:22
  81:14 82:1
  86:9 92:16
  93:4 100:12
**two-** 13:12
**type** 12:10,12
  14:16 25:5
  30:2 38:5
  44:23 61:22
**types** 94:8

**typewriting**
105:14

**U**

**uh-huh** 8:14
14:3 31:1,5,7
40:25 49:19
51:21 59:17
61:19 63:9,11
63:14 70:9
71:24 72:4
74:11,13 75:9
81:4 82:3
83:14 86:11
88:15 92:18
102:6
**ultimately** 90:1
**unable** 22:13
52:21
**uncle** 21:19
**uncommon**
19:15
**underneath**
69:15
**undersigned**
104:9
**understand** 7:8
7:19,21,25
12:13,14 24:22
24:23 36:10
50:19 83:22
96:3 99:23
100:13
**understanding**
12:9 50:14,24
66:19 74:22
82:21 83:6
84:2
**understood** 7:24
17:7,15,18
20:2,8,9,13,23
24:3,6 25:3
26:6 29:13,19
31:19 32:2
36:11,12 44:5
49:5 50:21
70:2 74:25
79:19
**United** 1:1 6:14

**updated** 61:11
**updating** 61:8
**upended** 53:17
**Upwall** 94:22,24
**use** 8:13,16
**usually** 16:10
**UT** 104:6
**Utah** 1:11 2:9
6:8 73:25
105:2,8,24
**utilities** 96:11

**V**

**validity** 32:15
**varied** 28:4,5,10
**vary** 45:6
**varying** 41:16
**Vegas** 54:20
74:2
**vehicles** 100:22
**verbally** 8:10
**verifications**
57:10
**verify** 58:6
**verifying** 57:7
**versus** 46:16
**video** 71:13
**violations** 6:22
6:25
**visual** 60:4
**Vivint** 32:6

**W**

**wait** 34:4 85:3
**want** 14:17 18:2
18:2 35:14
38:18,24 39:7
42:2 44:8
45:23,25 47:22
69:21 70:25
76:6 79:15
88:4 91:22
92:14 95:22,22
95:23 96:9
98:5,19 99:13
99:22 100:8
101:6,14 102:3
102:7,14,15,17
**wanted** 20:21
21:1 24:25

36:23 38:18
40:8 41:14
43:3 49:14
58:6 59:19
78:9 87:9,10
100:2
**wants** 43:14,15
96:1
**warrant** 52:3
**Washington**
21:15
**wasn't** 16:6
23:18,19,20
26:15,17 27:20
27:21 30:22
32:20 42:24
44:3,12 45:18
46:19 47:3,11
48:22 49:6,10
49:12 53:20
54:9 56:10
57:2,18 58:3
74:1,21 84:7
84:20 99:15,16
99:16,24,25
101:15
**waves** 79:20
**way** 9:23 21:6
22:15 24:13
25:19 26:5,9
27:11 28:23
30:23 31:11,19
32:12,13,14,21
36:6 42:6 46:6
46:8 47:20
48:3 49:1
50:21 55:15
57:1,5 58:5,18
58:21 63:1
65:13 81:2
88:1 99:21
**we'll** 80:11
**we're** 5:4 8:20
8:23 40:9
64:19 88:8
90:11
**we've** 71:8
**Webex** 1:15 5:9
**Wednesday**

11:19 63:17,20
64:5 92:20
**week** 11:16,19
52:17 57:13
61:14,16 62:3
63:3,4,19
65:11 68:16
69:2,25
**weeks** 24:2
58:14 64:20
68:24
**weird** 55:14
**Wells** 35:10
89:18,21,22
90:2
**went** 17:10
22:24,25 23:4
24:2 53:7 54:7
56:18 61:9
81:5 88:25
**Wentworth**
31:17
**weren't** 51:2
94:5
**West** 1:10 2:7
**wife** 38:3 52:20
75:23
**wife's** 21:16,19
22:7 23:5
75:14
**wire** 33:16 35:3
35:6,12,18
36:18 41:1,5
57:14,21,24
58:6 75:6
88:14,17,22
89:3,15
**wired** 35:25 64:2
**wires** 40:4
**wiring** 33:20
89:2,4
**witness** 1:7 2:13
3:3 5:18 10:25
21:6 24:17,21
25:3,9,15,24
39:22 104:3
105:9,12,17,23
**wonder** 22:9
**word** 15:15

17:17 50:18
57:9 91:9
**words** 14:12
29:9 32:2
34:16 56:7,8
64:14,15
**work** 14:24
15:12 16:9,12
16:14 18:1,3
36:23 44:25
55:17 60:2
66:13,14 84:22
99:19 102:1
**worked** 18:5
26:12,23 32:3
36:11 43:9
**working** 10:10
21:13 69:15
94:5 101:3
**world** 52:10
53:16
**worries** 81:22
101:25
**wouldn't** 23:18
45:23,25 66:14
82:20 84:19
**write** 11:15 12:8
16:15 60:9
**writing** 89:17
**written** 3:9 8:3,3
63:1
**wrong** 42:6
51:13 77:19
**wrote** 11:14,18
12:7 13:1 20:6
21:7 22:1
60:12

**X**

**X** 45:10

**Y**

**yeah** 5:24 7:9
8:1 12:1 17:5
19:23 24:19,21
31:25 32:12
33:17 34:13
36:18 39:11,11
47:6 48:24
58:5 60:17

62:23 64:11,13
64:13 65:25
66:25 73:13
79:15,25,25
81:14,16 82:13
82:19 85:25
87:22,24 88:5
88:5,7 89:20
89:20 92:9
93:21 96:22
98:18 101:23
101:25
**year** 19:7 38:4
48:24,24
**years** 17:1 101:2
101:2,2,3
**yellow** 63:23
65:20
**Yep** 10:13 13:6
35:8 40:7,19
59:9 66:25
68:17 80:19,23
**young** 15:6

**Z**

**zero** 57:17

**0**

**1**

**1** 1:8 65:1
**1-21** 65:8
**10** 3:8
**10:14** 1:15 5:5
**100** 98:24
**100,000** 37:19
**105** 1:8
**11** 3:10
**111-page** 50:10
86:2
**11th** 105:24
**12** 3:18 76:9,14
**12,500** 46:13
82:14,25 86:8
**12.5** 46:16
**12.5K** 82:2
**12:31** 103:6
**1371** 6:8
**14** 3:21 77:22
78:2

**15** 3:23 28:16
29:8 46:17
47:9 78:17,21
**15,000** 38:17
46:14 82:25
86:13,17,25
87:10
**15K** 82:1,12
83:24 87:25
**16** 3:24 80:13,14
80:17 81:8,21
**17** 3:25 85:4,8
**17,000** 28:8
**17th** 15:22
**18** 85:2
**19** 83:3
**19K** 82:10,16,23
83:23

**2**

**20** 37:13
**20,000** 34:14
36:21 40:18
**202** 1:25
**2020** 13:4,14,15
13:18,25 15:22
26:5 80:24
**2021** 15:23 38:5
50:5 75:13
78:24 80:25
81:1
**2022** 1:12 5:5
46:11 48:12
50:6 59:13
64:2 72:19
85:14,16 104:5
105:24
**20K** 34:17
**20th** 15:23
**21** 4:4 90:13,17
**21st** 63:6
**22,000** 28:10
**25** 29:8
**25,000** 28:7
**28th** 12:4
**2nd** 64:4

**3**

**3** 3:7 5:2
**3-4-2022** 63:10

**30** 93:11
**30th** 92:20
**31** 59:13
**31st** 12:6
**34** 3:17
**351** 1:10 2:7

**4**

**4** 3:8 10:22,23
64:2 78:24
**4,000** 37:11
84:14
**4,840,000** 65:19
**467-9200** 1:25
**470,000** 100:18
**4K** 34:18
**4th** 63:13

**5**

**5** 3:4,7,9 11:8,10
11:13 30:25
40:24 42:13
51:9,19,19
59:2 65:23
**5,000** 28:22
29:14,15
**50** 29:4 37:13
41:17 45:19
46:2,14
**50,000** 37:1,12
**59** 3:12
**5th** 58:13 93:15

**6**

**6** 3:11 59:3,4,8
60:9 61:3
67:10 68:9,12
68:13,15 69:4
69:22 70:7
**6.100** 1:10 2:8
**60** 3:13 29:5
34:18,22 41:17
45:19,23 46:2
46:15 47:7
**67** 3:14
**6A** 3:13 60:21
60:23 66:5
68:9
**6B** 3:14 66:23
67:4,17 68:9

**7**

**7** 1:12 3:15 5:5
34:2 70:13,15
85:16 104:5
**70** 3:15
**70,000** 37:12
**75** 29:6
**76** 3:20 29:6
**77** 3:22,23
**7K** 34:18
**7th** 85:13

**8**

**8** 3:16 34:4,6,10
71:21 72:1
75:4
**80** 3:24
**80,000** 28:9
40:11 42:10
**801-524-5796**
2:10
**84101** 1:11 2:9
**85** 3:25
**8th** 91:14,16

**9**

**9** 12:6
**90** 4:4 28:7,8
34:22 46:13,15
**960** 6:8



Gmail

# PURCHASE AGREEMENT - Greer.pdf

**Jeffrey Judd** <jeffreyjudd13@icloud.com>                                    Mon, Jan 18, 2021 at 7:30 PM
To: Taylor Richards <████████████████████>

Taylor,
This is the contract that your 20k will be applied to. You make 4k in 60 days or 7k if it goes over. Keep this for your records as it acts as an agreement between us.

Sent from my iPhone

📄 **PURCHASE AGREEMENT - Greer.pdf**
117K

# Beneficiary Transfer

## Reference Number 20210119-00006576 is Pending Approval.

**Branch** 0029    HEBER CITY FINANCIAL CENTER

| | | | |
|---|---|---|---|
| **Payment Amount** | 20,000.00 USD | **Rate** | **Contract Number** |
| **Debit Amount** | 20,000.00 USD | | **Charge Party** |

**Send Date** 19JAN2021      **Value Date** 19JAN2021

**Consumer X-Border**   Not D-F

## Debit Party

D/ ██████████
RICHARDS
██████████████████

USA

## Beneficiary

Is Beneficiary a Bank? No
████5598
BEASLEY LAW GROUP

## Beneficiary's Bank

A/121000248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

## Bank to Bank Information

## Originator to Beneficiary Information

TAYLOR RICHARDS

# PURCHASE AGREEMENT

This is a Purchase Agreement ("Agreement") dated the 22nd day of January, 2021. This Agreement is by and between Christy Greer ("Seller") who is represented by Kerry Doyle, Esq. of Crawford & Doyle, LLC whose address is 7375 South Pecos Road, #101, Las Vegas, Nevada 89120 ("Attorney") and J & J Consulting Services, Inc., an Alaska corporation ("Buyer") who is represented by Matthew Beasley, Esq. of the Beasley Law Group, PC ("Buyer's Attorney") whose address is 737 North Main Street, Las Vegas, Nevada 89101.

A.      Seller has a claim arising from an automobile accident which occurred on July 13, 2019 ("Claim") involving Rhonda Jones and Allstate Insurance Company. Seller has hired Attorney to represent Seller in this Claim. Seller has settled the Claim. The entire amount of the settlement is $132,995.00 ("Settlement Amount"), less legal fees, superior medical liens existing on the date of this Agreement, costs and disbursements payable to Attorney under the existing fee agreement between Seller and Attorney ("Proceeds").

B.      Seller desires to sell and assign to Buyer an interest in the Proceeds. Buyer desires to purchase the interest in the Proceeds, on the terms and under the conditions set forth in this Agreement.

BUYER AND SELLER AGREE AS FOLLOWS:

1.      PURCHASE OF INTEREST

a.      Seller hereby sells, transfers, conveys and assigns to Buyer a $65,000.00 interest ("Interest") in the Proceeds for a purchase price of $50,000.00 ("Purchase Price"). Seller acknowledges receipt of the Purchase Price. Seller understands that the amount of Buyer's Interest, or, in other words, the amount to be paid to Buyer, will increase to reflect the date the Buyer is paid its Interest in the Proceeds as set forth in the following Disclosure Table ("Disclosure Table"):

[Intentionally Left Blank]

<u>DISCLOSURE TABLE</u>

Purchase Price:          $50,000.00
Administration Fee:      $2,500.00

**Date of Payment to Buyer**                          **Amount due to Buyer**

On or before March 23, 2021                            $67,500.00
After March 23, 2021 but on or before April 22, 2021   $75,000.00

*Should Seller not pay Buyer from the Proceeds by April 22, 2021 the Buyer's Interest will increase by **<u>$7,500.00 every thirty (30) days thereafter.</u>**

b.      Buyer's Interest will be paid by Attorney out of the Proceeds of the Claim and will be deducted directly from the Proceeds of the Claim and will be paid to Buyer prior to any payment to Seller with respect to the Claim. If the Proceeds of the Claim Amount are not enough to pay the full amount due to Buyer, then Buyer shall be entitled to receive 100% of the Proceeds of the Claim. Seller has directed Attorney to, among other things,(i) place an assignment, consensual lien and security interest in favor of Buyer against any and all Proceeds due Seller from the Claim (after payment of any and all legal fees and reimbursable costs) and to protect and satisfy the assignment, consensual lien and security interest in favor of Buyer up to the full amount of Buyer's Interest, (ii) notify Buyer of receipt of Settlement Amount, (iii) pay Buyer from the Proceeds the proper amount due to Seller representing Seller's Interest in the Proceeds at the time of distribution of the Proceeds prior to any payment to Seller with respect to the Claim, (iv) respond to requests for information from Buyer and (v) notify Buyer prior to any disbursements of funds to verify the amount due Buyer. Seller has provided Buyer with an executed Authorization for Attorney to Pay Buyer from Proceeds of Claim/Acknowledgement of Authorization by Seller and Attorney in the form attached as Exhibit "A" ("Authorization and Acknowledgement ").

c.      The amount Buyer is entitled to may be more than is listed in the Disclosure Table above if Seller does not honor the obligations in this Agreement. Seller will also be liable to pay Buyer's Interest, even if there are no Proceeds, if Seller has mislead Buyer or Attorney concerning Seller's Claim and will also be liable for Buyer's attorney' s fees or collection costs, as permitted by law.

d.      If Seller wants to sell an additional Interest, and if Buyer agrees to purchase an additional Interest, Buyer and Seller will sign an amended Disclosure Table. Seller understands that Buyer is not required to purchase any additional Interest.

e.      In the event that the Claim is the subject of more than one lawsuit, claim or cause arising out of more than one incident/accident/transaction, or against one or more defendants, then the amount due Buyer pursuant to this Agreement shall be paid from the Proceeds of the first lawsuit, claim and/or case against any of the defendants, including insurance companies and malpractice claims arising out of the Claim, which results in a monetary recovery.  If insufficient funds are available from the first lawsuit, claim and/or case resulting in a monetary recovery to pay the full amount due Buyer pursuant to this Agreement, then the balance due Buyer shall be paid from the Proceeds of the next lawsuit, claim and/or cause, if any.

f.      The amount due Buyer shall be withheld from any money collected as a result of the Claim and shall immediately be paid to Buyer (after first deducting Attorney's fees and costs, and any prior liens which exist on the date of this Agreement).  Seller agrees and hereby directs that all Proceeds received in connection with the Claim, are held in Trust for Buyer until Buyer has been fully paid its Interest.  Seller understands that Seller will not receive any money or payment from the Proceeds of Seller's Claim until Buyer has been paid Buyer's Interest in full. This shall also apply to any structured settlements.  If Seller receives payments from several sources, Seller will pay Buyer all monies received from each source until Buyer is paid in full its Interest in the Proceeds of the Claim.  Seller acknowledge that receipt or use of any Proceeds of the Claim prior to the full payment to Buyer of Buyer's Interest in the Proceeds of the Claim may constitute an illegal conversion and may be a crime.

2.      GRANT OF SECURITY INTEREST

By signing this Agreement, Seller grants to Buyer a security interest and a lien in the Settlement Amount and all Proceeds of the Claim ("Collateral").  Buyer shall have all rights and remedies of a secured party under the Nevada Uniform Commercial Code. Seller authorizes Buyer to file one or more UCC financing statements regarding Buyer's security interest and lien in the Collateral and Seller agrees to take all other steps reasonably required by Buyer to perfect and maintain the perfection of Buyer's security interest.

3.      NO TRANSFER OF CLAIM

Seller is not assigning any portion of the Claim to Buyer, and Buyer is not buying any portion of the Claim under this Agreement.  Buyer has no right or obligation to take any legal action for Seller in connection with the Claim. Buyer has no right or obligation to advise, direct or instruct Seller or Attorney in how to go forward with Seller's Claim. Buyer will not be involved in the negotiation of any settlement of Seller's Claim.  Buyer has no obligations or duties concerning the Claim, or the collection of any settlement, award or verdict from the Claim.

4.      SELLER'S REPRESENTATIONS AND WARRANTIES

Seller represents and warrants to Buyer that:

a.      Seller is using the funds received from the Purchase Price for Seller's immediate economic necessities.  Seller has been advised that Seller should not sell any portion of the Proceeds of the Claim if Seller has any other alternative to meet my immediate economic necessities.  Seller understands that due to the various factors involved that Buyer may make a large profit.

b.      Seller acknowledges that Seller has been advised to seek the services of legal, tax, accounting and/or financial advisors in the negotiation and signing of this Agreement. Seller has either received such counsel prior to signing this Agreement or expressly waived such counsel.  Seller understands from speaking to Attorney and/or other advisors that the amount of Buyer's Interest as set forth in the Disclosure Table is greater than the Purchase Price Seller is receiving, and that there is a cost to Seller selling Buyer the Interest.  Seller understands that Buyer is relying upon Seller's representations in deciding to purchase this Interest and Seller represents and warrants that all statements made by Seller are true and correct as of the date hereof.  Seller understands that if any information provided by Seller changes that Seller has an obligation to immediately notify Buyer.

c.      Seller is not currently in bankruptcy, there are no pending tax claims or criminal allegations against Seller, and Seller has complied with all laws in connection with the Claim.  Seller further represent that Seller is not in violation of any obligations concerning childcare, alimony or support, and Seller has not been convicted of a felony or other crime involving dishonesty.  Other than the Claim itself, there is no claim, legal action, lien or any proceeding or order pending or in effect or threatened, against Seller, or which would in any manner affect or impair Buyer's Interest or Buyer's rights under this Agreement.  Seller has been truthful in all aspects of the Claim and has provided all information to Attorney in a complete and honest fashion. Seller also confirms that all documents submitted in connection with the investigation and Buyer's evaluation of the Claim are true, whether submitted by Attorney or Seller.  Seller understands that Buyer is relying upon these statements in determining whether to enter into this Agreement.

d.      Seller agrees to not change the fee agreement between Seller and Attorney in any way that would reduce the amount of Buyer's Interest in the Proceeds of the Claim. Seller further promises to notify Buyer in writing within 72 hours if Seller terminates the services of Attorney, or if Attorney determines not to proceed with the Claim.  If new attorneys are retained to represent Seller in the Claim, Seller will notify Buyer within 72 hours of the new attorneys being retained, and will direct the new attorneys to comply with the terms of this Agreement by Seller and the new attorney executing a

new Authorization and Acknowledgement within 14 days after accepting Seller's representation . Seller will also notify Buyer in writing within 72 hours if Seller moves from the address listed above.

e.      Seller will not knowingly create or permit any additional liens, charges, security interests, encumbrances, agreements of any kind or other rights of third parties against the Proceeds of the Claim without the prior written consent of Buyer.  Seller specifically promises not to sell any additional portion of the Proceeds of the Claim after the date of this Agreement, unless Buyer has given prior written permission.  Seller also confirms that neither the Claim nor the Proceeds are subject to any liens, charges, security interests, encumbrances, agreements of any kind or nature (other than this Agreement) or other rights of third parties except for liens previously provided to Seller's medical providers.  Seller understands that if these statements are not true, it may be considered as a fraud, as Buyer is relying upon these statements in going forward with this Agreement.

5.      EVENTS OF DEFAULT

The occurrence of any one or more of the following events shall be an event of default by Seller under this Agreement (each, an "Event of Default"):

a.      The failure by Seller or Attorney to pay Buyer's Interest in the Proceeds within thirty (30) days after the Settlement Amount is received by Seller or Attorney; or

b.      Seller's failure to perform or comply with any of the agreements, conditions, provisions or promises contained in this Agreement, including but not limited to if Buyer does not receive a timely response to a request for information from Seller or Attorney or if Buyer does not receive a new Authorization and Acknowledgement by Seller and new attorney within fourteen (14) days after accepting representation, and such failure to perform or comply continues unremedied for a period of ten (10) days after written notice from Buyer to Seller, unless such default, in Buyer's reasonable discretion, is not curable, in which event there shall be no grace period; or

c.      If Buyer discovers any material misrepresentation or inaccuracy in any representation or warranty made by Seller to Buyer in this Agreement.

Upon an Event of Default by Seller under this Agreement, Seller agrees that Buyer may contact any insurance company, claims adjuster or attorney then handling the Claim on behalf of any responsible party and advise such insurance company, claims adjuster or attorney about Buyer's Interest in Seller's Claim and to direct that Buyer be included as a payee on settlement checks provided further that nothing herein shall prevent Buyer from exercising any other right or remedy provided under law or equity.  If Buyer does

anything stated in this paragraph, Buyer shall not be liable to Seller for any damages which Seller may suffer resulting from Buyer's actions described above.

6.     APPLICABLE LAW

This Agreement shall be governed, construed and enforced in accordance with, and all disputes arising out of or in connection with this Agreement shall be governed by, the internal laws of the State of Nevada, without regard to the conflict of law rules of Nevada or any other jurisdiction.

7.     ARBITRATION

BUYER AND SELLER ACKNOWLEDGE AND AGREE THAT ALL DISPUTES, CLAIMS, DEFENSES OR CONTROVERSIES (WHETHER IN LAW OR IN EQUITY) ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE RELATIONSHIPS THAT RESULT FROM THIS AGREEMENT, INCLUDING BUT NOT LIMITED TO ANY DISPUTES, CLAIMS OR CONTROVERSIES INVOLVING FEDERAL OR STATE STATUTORY CAUSES OF ACTION OR INJUNCTIVE RELIEF, ANY INVOLVING FEDERAL OR STATE ADMINISTRATIVE REMEDIES, ANY INVOLVING CONSUMER FRAUD AND ANY INVOLVING A CHALLENGE TO THE LEGALITY OF ANY PART OR ALL OF TH IS AGREEMENT ("DISPUTES") SHALL BE RESOLVED THROUGH FINAL AND BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES ("RULES") OF THE AMERICAN ARBITRATION ASSOCIATION ("AAA"). THE ARBITRATION SHALL TAKE PLACE BEFORE A SINGLE ARBITRATOR TO BE CHOSEN BY AGREEMENT OF THE PARTIES, OR FAILING SUCH, IN ACCORDANCE WITH AAA RULES. THE ARBITRATION SHALL TAKE PLACE IN THE STATE OF NEVADA, COUNTY OF CLARK UNLESS THE PARTIES AGREE TO A DIFFERENT LOCATION. THE PARTIES AGREE THAT THIS ARBITRATION AGREEMENT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND, EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, SHALL BE GOVERN ED BY THE FEDERAL ARBITRATION ACT, 9 U.S.C. §1 AND THE SUBSTANTIVE LAWS OF THE STATE OF NEVADA SHALL BE APPLIED IN ALL EVENTS. JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT HAVING JURISDICTION. THE PARTIES ALSO AGREE THAT THE AAA OPTIONAL RULES FOR EMERGENCY MEASURES OF PROTECTION SHALL APPLY TO THE PROCEEDINGS.

8.     WAIVER OF JURY TRIAL

BUYER AND SELLER, AFTER CONSULTATION WITH THEIR RESPECTIVE ATTORNEYS, EACH HEREBY WAIVE ANY RIGHT WHICH THEY MAY HAVE TO A JURY TRIAL, INCLUDING ANY RIGHT VESTED BY FEDERAL, STATE OR LOCAL STATUTE, IN CONNECTION WITH ANY DISPUTES OR LEGAL PROCEEDING

INVOLVING, DIRECTLY OR INDIRECTLY, ANY MATTER COMMENCED BY OR AGAINST EITHER PARTY IN ANY WAY ARISING OUT OF OR RELATED TO THIS AGREEMENT OR WITH ANY DOCUMENT EXECUTED IN CONNECTION WITH THIS AGREEMENT.

9.     WAIVER OF CLASS ACTION CLAIMS

SELLER HEREBY AGREES TO WAIVE ANY AND ALL RIGHTS TO (i) ANY DISPUTE WITH BUYER BEING HANDLED AS A CLASS ACTION AND (ii) JOINING AS A PLAINTIFF, CLAIMANT, MEMBER OR PARTICIPANT IN ANY CLASS ACTION AGAINST BUYER.  IT IS AGREED THAT ANY ARBITRATION WILL BE LIMITED TO THE DISPUTE BETWEEN BUYER AND SELLER, AND BUYER AND SELLER WAIVE ANY RIGHT TO CONSOLIDATE OR TO HAVE HANDLED AS A CLASS ACTION ANY PROCEEDING ON ANY DISPUTES WITH ANY PROCEEDING ON DISPUTES, CLAIMS, OR CONTROVERSIES INVOLVING ANY PERSON OR ENTITY NOT A PARTY TO THIS AGREEMENT.

10.    RECLASSIFICATION OF TRANSACTION

This Agreement represents an investment by Buyer, and not a loan to Seller. However, should a court of law determine that the transaction set out in this Agreement is a loan of money, Seller agrees that interest shall accrue at the maxim um rate permitted by law.  Seller agrees that any fees or expenses paid by Buyer in connection with the Claim will not be included as interest. This includes any attorney's fees and costs Buyer has expended to enforce its rights under this Agreement.  Seller agrees that these will be considered as a reimbursement to Buyer, rather than as interest.

11.    MISCELLANEOUS

a.     If any part of this Agreement is deemed invalid or unenforceable, it shall not affect the validity or enforceability of (i) any other part of this Agreement, and the Agreement shall be modified to the extent legally possible to legally carry out the intent of this Agreement and (ii) any agreement between Buyer and any other party. This Agreement and its exhibit make up the entire and only agreement or understanding between Buyer and Seller.  It may not be changed unless signed in writing by Buyer and Seller.  This Agreement takes precedence over all prior agreements, brochures, negotiations, commitments and representations, whether oral or written, about Seller's Claim and Buyer's purchase of its Interest.

b.      Should Buyer retain the services of an attorney to enforce the terms of this Agreement, Seller will be responsible for any costs or expenses (including reasonable legal fees and expenses) in enforcing Buyer's rights under this Agreement and the amount of Buyer's Interest shall be increased in an amount equal to Buyer's costs and expenses.

c.      This Agreement will be binding upon Buyer and Seller, and each of their heirs, executors, administrators, successors and assigns. Seller understands and agrees that Seller has no right to assign Seller's rights and obligations under this Agreement.  Seller further understands and agrees that Buyer may assign its rights and obligations under this Agreement (and Buyer's Interest) to any party without Seller's prior approval, provided that any such party agrees to be bound by the terms and conditions of this Agreement.  It is agreed that if Buyer assigns this Agreement as provided in the prior sentence, Buyer shall have no further obligations under this Agreement and Seller must look solely to the party Buyer assigned the Agreement to for performance under this Agreement.  When requested by Buyer or any assignee, Seller will sign and deliver any and all reasonably requested documents as Buyer or such assignee may require to confirm the various rights and obligations of the parties under this Agreement.  This Agreement may be signed in separate counterparts.  A facsimile signature shall be deemed to be an original signature.

12.     RIGHT TO CANCEL

SELLER HAS THE RIGHT TO CANCEL THIS AGREEMENT WITHOUT PENALTY OR FURTHER OBLIGATION AT ANY TIME PRIOR TO MIDNIGHT OF THE FIFTH (5TH) BUSINESS DAY FROM THE DATE SELLER RECEIVES FUNDING HEREUNDER FROM BUYER.

In order for the cancellation to be effective, Seller must return the full amount of disbursed funds to Attorney within five (5) business day of the disbursement of funds who will then return the amount to Buyer's Attorney upon the clearance of the funds in Attorney's Trust Account.

DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT COMPLETELY OR IF IT CONTAINS ANY BLANK SPACE. BEFORE YOU SIGN THIS AGREEMENT YOU SHOULD OBTAIN THE ADVICE OF YOUR ATTORNEY.  YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT.

SELLER:                                      BUYER:

_____            _____

CHRISTY GREER                          J & J CONSULTING SERVICES, INC.

## EXHIBIT A

### AUTHORIZATION FOR ATTORNEY TO PAY J & J CONSULTING SERVICES, INC. FROM PROCEEDS OF CLAIM/ACKNOWLEDGEMENT OF AUTHORIZATION

Pursuant to that certain Purchase Agreement dated January 22, 2021 between Christy Greer ("Seller") and J & J Consulting Services, Inc. ("Buyer") (the "Agreement"), I, Christy Greer hereby irrevocably authorize and direct my attorney, Kerry Doyle, Esq. ("Attorney"), (and any future Attorney representing me in connection with my Claim to, among other things, (i) place an assignment, consensual lien and security interest in favor of Buyer against any and all of the Proceeds due Seller from the Claim (after payment of any and all legal fees, reimbursable costs, statutory liens and liens) and to protect and satisfy the assignment, consensual lien and security interest in favor of Buyer up to the full amount of Buyer's Interest, (ii) pay Buyer's Attorney from the Proceeds the amount due to Buyer representing Buyer's Interest in the Proceeds of the Claim at the time of distribution of the Proceeds prior to any payment to Seller with respect to the Claim, (iii) in the event that the Claim is the subject of more than one lawsuit, claim or cause of action arising out of more than one incident/accident/transaction, or against one or more defendants, pay Buyer's Interest from the Proceeds of the first lawsuit, claim and/or case against any of the defendants, (iv) notify Buyer's Attorney of discontinuance or ending with respect to Attorney's representation, (v) respond to requests for information from Buyer's Attorney and (vi) call Buyer's Attorney prior to any disbursements of funds to verify the amount of Buyer's Interest. Such amounts shall be paid directly to Buyer's Attorney to satisfy Seller's obligations to Buyer under the Purchase Agreement prior to any distribution of Proceeds to Seller. The amount of Buyer's Interest will increase to reflect the date Buyer is paid its Interest in the Proceeds as set forth in the Disclosure Table to the Agreement, as such may be amended from time to time. This Authorization is irrevocable and binding and may only be amended by the mutual written agreement of Seller and Buyer.

Dated this 22nd day of January, 2021.


_____

CHRISTY GREER, Seller

## ACKNOWLEDGEMENT OF AUTHORIZATION

I, Kerry Doyle, Esq. hereby acknowledge that Crawford & Doyle, LLC represents Christy Greer, as her attorney, in connection with the Claim described in the Agreement.  I acknowledge that Christy Greer has irrevocably instructed me to comply with the Agreement's terms pursuant to the Authorization set forth above (the "Authorization").  I will honor Christy Greer's Authorization.  I agree to pay Buyer's Attorney Buyer's Interest from Christy Greer's Proceeds of the Claim in accordance with the Disclosure Table set forth in the Agreement, as such may be amended from time to time.  I agree not to distribute any Proceeds of the Claim to Christy Greer until Buyer's Interest has been paid in full.  In the event of a dispute, I agree that only disbursements for attorney's fees, reimbursable costs, statutory liens and medical liens that are in existence prior to the date of the Agreement will be made.  All other funds due Christy Greer shall be held in my Trust Account until such dispute is resolved.  In the event that I am terminated as Christy Greer's attorney with respect to the Claim, I shall give Buyer's Attorney immediate written notice thereof by certified mail, and state the name, address and telephone number of Christy Greer's new attorney.

All disbursements of funds, including Christy Greer's share of the Proceeds, will be through my Trust Account, and Christy Greer will not receive a settlement check directly from any defendant or insurance company.  I agree to verify the amount of Buyer's Interest prior to any disbursement of funds.  I have no knowledge of Christy Greer having previously sold, transferred or assigned any interest in the Claim or in the Proceeds of the Claim, and understand that Christy Greer may not further sell, transfer or assign any additional Interest to any party other than Buyer without Buyer's written permission.  I warrant and covenant that I am authorized to execute this document on behalf of Crawford & Doyle, LLC.

DATED this 22nd day of January, 2021.

CRAWFORD & DOYLE, LLC


_____

By:  KERRY DOYLE, ESQ.

**From:** Jeffrey Judd
**To:** Dave Richards; Taylor Richards; Dustin Hacker
**Subject:** No more emailed contracts
**Date:** Friday, February 4, 2022 4:47:26 PM



Guys,

I had another conversation with the attorneys that helped me set the private money placement documents up. They asked me if I was still sending out the contracts and if I was to stop.

So from now on there will not be any contracts sent out. It makes sense now because everything we need for the investors is found  in the documents.  There are even samples of the contracts. Before all we had was the contract, so we had to send them. Plus I'm the only on that can sign them.

Matt, being the great attorney that he is, also set up a system for me to sign those as he writes them. This will save us a lot of time and streamline the process.

What you will receive is a list of what has closed and a list of new ones in a screen shot or an emailed spreadsheet so you can continue to update your spreadsheet.

Thank you for your understanding. It's imperative that we only use the documents that have been made by the attorneys for the private money placement. So this is another step towards being compliant.

Jeffrey Judd


Sent from my iPhone

# update for settlement investment contract splits 12-3-21



**GOVERNMENT EXHIBIT 14**

JJ   Jason Jongeward                                                      9:50 AM
                                                                            ...

Dear settlement purchasers,

Hope this note finds everyone well. I wanted to send out a brief note letting everyone know that we are receiving a surplus of purchase agreements each week.  Jeff expects for this to continue for the next 6 weeks.

At the current rate, we may not be able to keep up with the attorney requests for new contracts.  If we can not meet the demand then Jeff will need to ask seven attorney groups to pause sending them, as we look to obtain more money.  It's a good problem to have vs the alternative of not receiving enough contracts. However, if he does ask these groups to refrain from sending more contracts, that could mean less opportunity going forward for new contract placements.

With that being said, if you or someone you know are interested in purchasing additional contract(s) then now is the time, or even if it's a split 40-50k contract. Please reach out to me via email or text if you are interested with what you would like placed.  Keep in mind that we are not financial advisors and can not give financial advice, but all of you have been involved in or looking to get involved in  this opportunity so you understand the value. Thank you for your time.

↩ ⌄   Reply

✉ Mail                    🔍 Search                    3 Calendar

# Exhibit 11

  

Jeff ›

Sat, Feb 19, 11:23 AM

Matt informed me that there are 5 new attorneys that want to come on board with us. Right now I'm placing about 80 contracts a week. That number will continue to shrink as we close more every week. I really don't care if we bring on more attorneys, but wanted to through it out there. You guys have done a good job at getting money but we would have to increase the effort. If you guys want to bring them on we can but I need to know that we can handle the volume. Let me know your thoughts.

Sat, Feb 19, 3:13 PM

Got you 380k

Sat, Feb 19, 7:26 PM

Thank you.

How much more money would you need if the new attorneys came on? I know I'm just a small guy for all the ones you have but how much does that mean things need to increase?





Jeff ›





Just raise what you can. I'm going to hold off on making a decision on that

# Exhibit 12

October 19, 2021

Attn:  Todd Sansom


Re: Creger Buyer Agreement between J&J Consulting Services, Inc./Jeffrey Judd and MTWE Investments LLC.

J&J Consulting Services, Inc./Jeffrey Judd has a business where he purchases contracts (Purchase Agreements) for attorney's clients once a settlement has been reached and an award has been granted.  Jeffrey Judd uses his own money and money from friends and family to purchase these contracts.  Jeffrey Judd uses the services of Matthew Beasley Esq. to assist him in finding these agreements and also to write the contracts.  The Purchase Agreement act as a lien on the client's settlement.

MTWE Investments LLC (Entity) will be purchasing part of the "Creger" Purchase Agreement. This Purchase Agreement (See Attachment) will be for $80,000 and the term of the contract will be for 90 days.  If the agreement closes within 90 days the Entity will receive a return of $10,000 and the principle will be rolled over into another Purchase Agreement until such time that the Entity desires to receive the principal back.  If the Purchase Agreement extends over 90 days the Entity will receive $5,000 for each additional month the contract goes over the initial 90 days.

Force Majeure. No Party shall be deemed in default of any Purchase Agreement or, unless otherwise expressly provided therein, any Ancillary Agreement for any delay or failure to fulfill any obligation hereunder or thereunder so long as and to the extent to which any delay or failure in the fulfillment of such obligation is prevented, frustrated, hindered or delayed as a consequence of circumstances of Force Majeure.  In the event of any such excused delay, the time for performance of such obligations shall be extended for a period equal to the time lost by reason of the delay. A Party claiming the benefit of this provision shall, as soon as reasonably practicable after the occurrence of any such event, (a) provide written notice to the other Party of the nature and extent of any such Force Majeure condition; and (b) use commercially reasonable efforts to remove any such causes and resume performance under this Agreement and the Ancillary Agreements, as applicable, as soon as reasonably practicable.

Roland Tanner, acting through Anthem Assets LLC, will represent the Entity (instructed by Shane Jager, representing J&J Consulting Services, Inc.) limited to such matters as to where to wire incoming funds, issuing ACH returns and the return of principal (upon the Entity exit) to the Entity as provided by J&J Consulting Services, Inc. per this Buyer Agreement. Roland Tanner and Anthem Assets LLC in addition to Shane Jager are hereby indemnified and held harmless in all other matters pertaining to this Purchase Agreement and Buyer Agreement.

The Entity and their members are prohibited from contacting any parties related to the injury settlement or Purchase Agreement, without the written consent of Jeffrey Judd.

Jeffrey Judd                                          10/19/2021
Jeffrey Judd                                          date


Todd Sansom                                          10/20/2021
Todd Sansom                                          date




Attachment A
Purchase Agreement

# Exhibit 13

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           )   File No. SL-02855-A

J&J CONSULTING            )


SUBJECT:  2022.02.17 Jager Jongeward In Person

PAGES:    1 through 108




AUDIO TRANSCRIPTION




Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1            P R O C E E D I N G S
 2   2022.02.17 Jager Jongeward In Person
 3            MIKE:  If I can just sit this back in here.
 4       FEMALE VOICE:  Oh, okay.
 5            MIKE:  Should I go grab a menu?
 6            MALE VOICE:  They don't have a menu for
 7   carryout so -- so I'm just going to go take a picture
 8   of it.
 9            MIKE:  Oh.  This is it.
10            MALE VOICE:  This is it right here?  I'm just
11   trying to crop my business card.  All right.
12            MALE VOICE:  Here, just (inaudible) upstairs.
13   I'll take a picture of it.
14            MALE VOICE:  Yeah, take a picture.
15            MIKE:  All right.
16       (Pause.)
17       FEMALE VOICE:  How are you?
18            MIKE:  Hi, I can take some pictures of your
19   menu?
20       FEMALE VOICE:  Yeah.  There you go.
21            MIKE:  Thank you.
22       FEMALE VOICE:  You're welcome.
23       (Pause.)
24       MR. JAGER:  Hey, Mike, you know.
25       MR. JONGEWARD:  Hey, Mike.  How you doing?
```

Page 3

```
 1            MIKE:  Nice to meet you guys.
 2            MALE VOICE:  How you doing?
 3            MIKE:  Hey, I was just grabbing the menu up
 4   there so --
 5            MALE VOICE:  So we can eat here, or we can go
 6   up to the plane and have a private, more private --
 7            MIKE:  Yeah, whatever you -- yeah.
 8            MALE VOICE:  What do you guys want to do?
 9       MR. JONGEWARD:  I'm going to use the
10   restroom.
11            MIKE:  It's right over there.
12            MALE VOICE:  We'll wait for you.
13       MR. JAGER:  The plane sounds interesting.
14   I'd like to see it.
15            MALE VOICE:  Yeah, let's do that.
16            MIKE:  Yeah.  Yeah, that's great.
17       MR. JAGER:  How are you?
18            MIKE:  Good.  I'm great, yeah, good.
19       MR. JAGER:  So you know Jason?
20            MIKE:  I've spoken to him on the phone a
21   couple of times.
22       MR. JAGER:  Okay.
23            MIKE:  Yeah.  And then should we look at a
24   menu right now so that way we --
25            MALE VOICE:  Let's just order and then I'll
```

Page 4

```
 1   have the pilot bring it out.
 2            MIKE:  Okay.
 3            MALE VOICE:  That will be easier.
 4            MIKE:  All right.
 5       MR. JONGEWARD:  So do you fly too?  Are you a
 6   pilot?
 7            MALE VOICE:  I'm a pilot, but I'm just a
 8   private pilot.  I own the charter company itself so --
 9       MR. JONGEWARD:  Oh, okay.  Okay.
10            MIKE:  How about yourself?
11       MR. JAGER:  I'm not as experienced as these
12   guys.  I don't have any jet time.
13       MR. JONGEWARD:  Yeah.  I'm not a pilot, but
14   I've -- I love the idea of coming out here, getting in
15   your own plane and, you know, heading to Utah or
16   heading to California.
17            MALE VOICE:  One of our niches is we help
18   people kind of how they can buy a plane and
19   actually make it pay.
20       MR. JONGEWARD:  Yeah.
21            MALE VOICE:  So we -- you know, imagine if
22   you go to Hawaii -- I'll give you my pitch before you
23   give me your pitch.
24       MR. JONGEWARD:  That sounds good.
25            MALE VOICE:  Imagine if you go to Hawaii and
```

Page 5

```
 1   you're like, I love it here.  This is great.  Look at
 2   this house we're staying in, it's awesome.  I want to
 3   buy -- I want to buy one just like it, but we're only
 4   going to be here two weeks a year.
 5            Well, obviously you're not going to let it
 6   sit vacant so you find a vacation rental company and if
 7   they -- if you buy the house at the right price -- if
 8   you find the right house where the rental is -- you
 9   know, the (inaudible) purchase price.
10       (Pause.)
11       MR. JONGEWARD:  (Inaudible) jets too, right.
12   Is that --
13            MALE VOICE:  We do -- we do something that's
14   very unique.  So Net Jets you buy into their thing.
15   You own a part of a plane, but it's solely a cost
16   center for you.  So you don't get your money back from
17   Net Jets.  You give them -- the money flows in one
18   direction.
19       MR. JONGEWARD:  Got it, got it.
20            MALE VOICE:  And you're paying a premium for
21   every hour you fly, and you pay a membership fee, and
22   you pay a (inaudible).
23       MR. JONGEWARD:  Okay.
24            MALE VOICE:  So -- I mean, obviously you pay
25   it -- when you buy a plane you pay for things too, but
```

## Page 6

1  if you finance it, as you know probably from the real
2  estate world, then if you can leverage your purchase
3  then your cash on (inaudible).
4       MIKE:  Hey, we're going to order some food
5  so --
6       MALE VOICE:  Yeah, sure.
7       MIKE:  Here is -- I don't know if you're
8  feeling breakfast, I am not.  But --
9       MR. JONGEWARD:  Lunch is fine.
10      MIKE:  So they have soup, salads, hamburgers.
11  We'll just the pilot to bring it out to us.
12      MR. JONGEWAD:  Okay.
13      MIKE:  Yeah.  Anything in particular you
14  want?  Sorry, this isn't the best.
15      MR. JONGEWARD:  Let's see.  I can't see all
16  that.  I don't have my glasses with me.
17      MIKE:  Oh.  So they have chicken Caesar,
18  chicken breast salad.
19      MR. JONGEWARD:  Chicken Caesar salad would be
20  great.  That's --
21      MIKE:  Yeah, that's what I was going to get
22  too.  Thank you.
23      MALE VOICE:  So anyway, yeah, that's what we
24  do is we help people get into that if you're
25  interested.

## Page 7

1       MR. JAGER:  Yeah, I'd love to talk to you
2  more about that.
3       MALE VOICE:  I'll text you.  Sorry, I guess
4  we already shook hands.
5       MR. JAGER:  No, that's okay.
6       MALE VOICE:  Should we go look at the menu?
7       MIKE:  Yeah, I have a picture of it.
8       MALE VOICE:  Yeah, we can look.  So let's
9  order some food.
10      MIKE:  Yeah.
11      MALE VOICE:  We'll have our pilot
12  (inaudible).
13      MR. JONGEWARD:  Yeah, that sounds great.
14      MIKE:  So, yeah, it's not, it's not a bad gig
15  when you get to hop on a private plane.
16      MR. JAGER:  Right, yeah.
17      (Pause.)
18      MR. JAGER:  You guys went to school together,
19  right?
20      MALE VOICE:  High school.  (Inaudible.)
21      MIKE:  Hi.
22      FEMALE VOICE:  How you guys doing?
23      MIKE:  Good.  All right, here's their menu.
24      FEMALE VOICE:  You know what I was thinking?
25  You could have just taken it with you.

## Page 8

1       MIKE:  Oh.  I guess --
2       FEMALE VOICE:  I'm sorry.  I was --
3       MIKE:  We're going to have our pilot take it
4  out to the plane.  We're going to go talk on the plane.
5  So if you see some guys in a pilot uniform wanting to
6  bring some food out to us, that's who it is.
7       FEMALE VOICE:  Sounds good.
8       MIKE:  All right.  I think I know what I
9  want.
10      MR. JAGER:  (Inaudible.)  Go ahead, Jason.
11      MR. JANGEWARD:  I was thinking about the
12  Caesar salad there.
13      FEMALE VOICE:  And then we also have our
14  French Dip.
15      MIKE:  How is that?
16      FEMALE VOICE:  It's good.
17      MIKE:  Okay.
18      MR. JAGER:  So what is (inaudible)?
19      MALE VOICE:  Base operator.  It's a gas
20  station (inaudible).
21      MR. JAGER:  Okay, got you.
22      MALE VOICE:  You're in a glorified gas
23  station right now.
24      MR. JAGER:  Okay, got you --
25      MALE VOICE:  They will make $10 off of your

## Page 9

1  lunch and they will make $2,000 off of you filling up
2  your plane.
3       MR. JAGER:  (Inaudible) salad.
4       MR. JONGEWARD:  Yeah, chicken breast salad.
5       FEMALE VOICE:  Ready?
6       MALE VOICE:  Yeah.
7       FEMALE VOICE:  All right.
8       MALE VOICE:  Sure.
9       FEMALE VOICE:  What can I get for you guys?
10      MR. JAGER:  I'll do the chicken breast salad.
11      FEMALE VOICE:  Okay.  What kind of dressing
12  for you?
13      MR. JAGER:  Let's do ranch.
14      MR. JONGEWARD:  I'll do the Caesar.
15      FEMALE VOICE:  Chicken Caesar?
16      MR. JONGEWARD:  Yeah, please.
17      FEMALE VOICE:  Got it.
18      Mike:  I'll do your French dip.
19      FEMALE VOICE:  Okay.  French fries, potato
20  salad?
21      MIKE:  Fries.
22      MALE VOICE:  I'll have the clubhouse.
23      FEMALE VOICE:  On sourdough, rye, wheat,
24  white?
25      MALE VOICE:  What's your favorite?

Page 10

1      FEMALE VOICE:  Sourdough.
2      MALE VOICE:  That's a good choice.
3      FEMALE VOICE:  If you like sourdough, right?
4  It's good.  Do you want sourdough?
5      MALE VOICE:  That's fine.
6      FEMALE VOICE:  Okay.  Want to try potato
7  salad or French fries?
8      MIKE:  I had it a few weeks ago, so if you
9  hear me clearing my throat, I'm still dealing with it.
10      MR. JAGER:  Oh, no, I think I got the variant
11  there for like a month, a month-and-a-half ago.
12      MIKE:  Yeah.
13      MR. JAGER:  I still kind of have this weird
14  thing that it just (inaudible).
15      MALE VOICE:  I didn't hear that among the
16  options.
17      FEMALE VOICE:  Oh, okay.
18      MR. JAGER:  It's like two or three weeks.
19      MIKE:  Yeah.
20      MR. JAGER:  It's pretty annoying actually.
21      FEMALE VOICE:  What else for you guys?
22      MALE VOICE:  Drinks.  We got drinks on the
23  plane, so we're good.
24      MIKE:  Yeah, water is good.
25      FEMALE VOICE:  Any dessert, pie, no?

Page 11

1      MIKE:  No, I'm good.
2      MALE VOICE:  We got snacks on there too.
3      MIKE:  Yeah.
4      MALE VOICE:  Unfortunately, yeah.
5      FEMALE VOICE:  All right.
6      MIKE:  Thank you guys for meeting us.
7      MR. JONGEWARD:  Oh, no.  Yeah.
8      FEMALE VOICE:  It's $59.01.  Is it all
9  together?  Yeah.
10      MALE VOICE:  Thank you.
11      MR. JAGER:  Thank you.
12      MR. JONGEWARD:  Yeah, I appreciate it.
13      MR. JAGER:  I live just in the Anthem Country
14  Club, which is literally like 10, 15 minutes from here.
15      MALE VOICE:  What's it called?
16      MR. JAGER:  The Anthem Country Club.
17      MALE VOICE:  Oh, Anthem, okay.  Very nice.
18      MR. JAGER:  It's close, so this is great.
19      MALE VOICE:  Yeah.
20      MR. JONGEWARD:  And flying in.
21      MALE VOICE:  Yeah.
22      MIKE:  This is the best way to fly into
23  Vegas.
24      FEMALE VOICE:  Here you go.
25      MR. JAGER:  Thanks.  (Inaudible) where are

Page 12

1  you going to keep your plane when you're ready.
2      MALE VOICE:  Right here.
3      MR. JAGER:  Right here?
4      MALE VOICE:  Yeah.
5      MR. JAGER:  That's great.
6      MALE VOICE:  We're talking him into plane
7  ownership.
8      MIKE:  How long have you -- so you're in St.
9  George now.
10      MR. JONGEWARD:  So now I'm in St. George.  I
11  was in -- I was in  Spokane for a while --
12      MIKE:  Okay.
13      MR. JONGEWARD:  -- for about 15 years.
14  Before that -- I mean, I think Shane and I -- we came
15  down in '98, within a few months of each other, didn't
16  we?
17      MR. JAGER:  Yeah, yeah.
18      MR. JONGEWARD:  So I met Shane in '96.  He's
19  married to my wife's best friend growing up, right?
20      MR. JAGER:  Yeah, totally.
21      MIKE:  Wow.
22      MR. JONGEWARD:  So it was -- we've known each
23  other for a little bit.
24      MIKE:  Yeah, that's wild.
25      MR. JONGEWARD:  So it's -- it's nice to try

Page 13

1  to get back this way now.
2      MALE VOICE:  (Inaudible) the pilots and
3  they'll bring out serving trade and we can just head up
4  there.
5      MIKE:  All right, we'll head down.  And so
6  you've been here since '98?
7      MR. JAGER:  March of 2000.
8      MIKE:  Okay.
9      MR. JAGER:  We actually moved here
10  (inaudible).  I need to redo my (inaudible).
11      MR. JONGEWARD:  (Inaudible.)  (Inaudible) he
12  was born in '98.
13      MALE VOICE:  Okay.
14      MR. JONGEWARD:  He turned one here.
15  (Chatter.)
16      MR. JONGEWARD:  Yeah, it's very nice.
17  (Inaudible).  Man, I got St. George (inaudible).  I had
18  my jacket on in Las Vegas.
19      MIKE:  A jacket is necessary here, like --
20      MALE VOICE:  Yeah, it's a little chilly
21  today.
22      MIKE:  We finally got snow in Park City again
23  since -- we haven't had a snowstorm since December.
24      MR. JAGER:  Oh, yeah.
25      MIKE:  Yeah.  Worst skiing.

Page 14

1    MR. JAGER:  So we -- we were up on Heber a
2    week -- well, for Christmas.
3        MIKE:  Okay.
4        MR. JAGER:  We spend it up there and it
5    seemed like we had two or three feet on the ground
6    before, just before Christmas.
7        MIKE:  Yeah.
8        MR. JAGER:  It was fantastic.
9        MIKE:  We went up to Daniels.  So for our
10   anniversary we went to Daniels.  Do you know where
11   Daniel Summit is?
12       MR. JAGER:  I don't, no.
13       MIKE:  So keep going through Heber.
14       MR. JAGER:  Yeah.
15       MIKE:  Up 40 and then it's about 8,000 feet
16   above elevation.
17       MR. JAGER:  Oh, wow.
18       MIKE:  And we booked this snowmobile tour and
19   the week of we're, like, we're not going because it
20   hadn't snowed.  And then the week that it happened only
21   half of it it was open, but we were able to do it.
22   But, like, we got stuck multiple times because there
23   wasn't enough snow.
24       MR. JAGER:  Yeah, yeah.
25       MIKE:  And now we're doing an Olympic bid and

Page 15

1    we have no snow.
2        MR. JAGER:  Oh, geez.
3        MR. JONGEWARD:  For which Olympics is that?
4        MIKE:  2030 or 2034.
5        MR. JONGEWARD:  Oh.
6        MIKE:  So it looks pretty good because
7    we've -- Utah has actually continued to use all their
8    old facilities.
9        MR. JAGER:  That's what I was going to ask.
10   They kind of have the infrastructure already in place,
11   don't they?
12       MIKE:  Yeah.
13       MR. JAGER:  So they'll just do a little
14   updating and most of all of that's put together.
15       MIKE:  Yeah.  So it will be really
16   interesting.
17       MR. JAGER:  This airport is really nice.
18       MIKE:  Yeah, there's some --
19       MR. JAGER:  This is the Henderson Airport.
20       MALE VOICE:  Yeah, Henderson Executive, yeah.
21       MIKE:  And it looks like the Raiders --
22       MALE VOICE:  Yeah.
23       MIKE:  -- workout facility is right there?
24       MALE VOICE:  Yeah, it's right here, yeah.
25       MIKE:  Okay.

Page 16

1    MR. JAGER:  It's right here.
2        MALE VOICE:  Hey, Jerry.
3        MIKE:  So how is St. George treating you?
4        MR. JONGEWARD:  Oh, yeah, I love it.  I love
5    it.  I can't get my wife to come back to Vegas,
6    otherwise we would be here.
7        MIKE:  Okay.
8        MR. JONGEWARD:  Yeah, she's -- she likes the
9    smaller town.  We left here in '06 --
10       MIKE:  Okay.
11       MR. JONGEWARD:  -- and started a development
12   up in Spokane, and through different types of
13   investing, including the legal contracts that we're
14   discussing today --
15       MIKE:  Yeah.
16       MR. JONGEWARD:  -- it's just a lot of stuff --
17   a whole lot more freedom.
18       MIKE:  That's awesome.
19       MR. JONGEWARD:  I'm able to get back into the
20   sunshine.  So we're good.  My parents and family aren't
21   happy about it.
22       MIKE:  Where are they?
23       MR. JONGEWARD:  They're all up there.
24       MIKE:  Okay.
25       MR. JONGEWARD:  Yeah, we're all originally

Page 17

1    from Southern California.
2        MIKE:  Okay.
3        MR. JONGEWARD:  And they've -- they've come
4    up over time, just kind of gravitated, and then I'm
5    gone.
6        MIKE:  What part of Southern California?
7    Hey, Mark.  There we go.
8        MALE VOICE:  I was looking inside for you.
9        MIKE:  Oh, yeah.  We were just waiting out
10   here.  Here.  Should we go get the plane open?
11       MALE VOICE:  Yeah.
12       MIKE:  All right.
13       MR. JONGEWARD:  Yeah, this a great facility
14   here.  This is awesome.
15       MALE VOICE:  And this one is not super nice.
16   (Inaudible) like a four-star hotel.
17       MIKE:  Yeah.
18       MALE VOICE:  It's all right.  We have our
19   offices in a pretty nice one in Salt Lake.
20       MIKE:  Yeah, it's (inaudible).  And with
21   Covid so much extra money moved to Utah and (inaudible)
22   other places.  So --
23       MR. JONGEWARD:  You know, we saw that even in
24   the Spokane and in the Idaho area there, Coeur d'Alene
25   (inaudible) places.

5 (Pages 14 to 17)

Page 18

1      MIKE:  Oh.  Yeah.
2      MR. JONGEWARD:  Yeah.
3      MALE VOICE:  Yeah, we do a lot of flying to
4  Coeur d'Alene.
5      MR. JONGEWARD:  Yeah, I bet you do.  We've
6  seen a lot more affluency come that way.
7      MALE VOICE:  My wife and I went there on our
8  babymoon.
9      MR. JONGEWARD:  Did you?
10      MALE VOICE:  We had a one year-and-a-half
11  ago and I had never been to Coeur d'Alene but always
12  heard good things.  So we had to fly into Spokane
13  obviously --
14      MR. JONGEWARD:  Yeah.
15      MALE VOICE:  -- and we drove over there.  But
16  it's gorgeous.  Yeah, what did you think of Coeur
17  d'Alene.
18      MR. JONGEWARD:  Nice area.
19      MALE VOICE:  It reminds me of Lake
20  (inaudible).  Have you ever been there?
21      MR. JONGEWARD:  I haven't.
22      MALE VOICE:  It's in Manchester, New
23  Hampshire.
24      MR. JONGEWARD:  Yeah.
25      MALE VOICE:  It's in New Hampshire and the

Page 19

1  trees go right up to the water.  You know, it's where
2  all the (inaudible) billionaires have their, their
3  other lake houses.  They're all grandfathered in.  You
4  can't build anymore lakes houses on the lake, but it's
5  gorgeous.  You get in your boat and ride over to the
6  town for dinner.
7      MR. JONGEWARD:  Coeur d'Alene might be
8  (inaudible.  There's not a lot of -- a lot of
9  (inaudible).
10      MR. JAGER:  (Inaudible.)
11      MALE VOICE:  Yeah, yeah.  So we'll sit in the
12  club configuration here.  Behind you -- behind you is
13  the galley.
14      MR. JAGER:  Oh, yeah.
15      MALE VOICE:  Feel free to comb through there
16  for any sort of chips or whatever.  There's a little
17  draft.  I can close the door.
18      MR. JAGER:  So what style airplane is this?
19      MALE VOICE:  This is called a (inaudible)
20  300.  Embry Air is a Brazilian manufacturer, but these
21  planes are very hot right now.  This plane is about as
22  popular as you can get for this size.
23      MR. JAGER:  What does it take ten?
24      MALE VOICE:  It will seat ten if you
25  include -- so if you include the lav, which has a belt

Page 20

1  on it --
2      MR. JAGER:  Yeah.
3      MALE VOICE:  -- and if you include the
4  co-pilot seat.  This is -- this is the largest, fastest
5  single engine plane on the private market.
6      MR. JAGER:  Huh.
7      MALE VOICE:  Or I'm sorry, single pilot plane
8  on the private market, two engines but --
9      So you can -- if you own the plane you can
10  fly in it with one pilot.  When we charter it, we fly
11  with two.  But anyway -- so, yeah, then you can put ten
12  people in.  And the owner of this plane often flies
13  with ten.
14      MR. JAGER:  Yeah.  That's great.
15      MALE VOICE:  Yeah.  So anyway, that's --
16  that's fun.  I'm sorry, so can you guys tell me your
17  first and last names again?  I just want to make sure I
18  have it straight.
19      MR. JAGER:  Shane Jager.
20      MALE VOICE:  Shane Jager, okay.
21      MR. JAGER:  Uh-huh.
22      MR. JONGEWARD:  Yeah, and I'm Jason
23  Jongeward.
24      MALE VOICE:  Jongeward, okay.  But it has --
25  it has a J on it?

Page 21

1      MR. JONGEWARD:  Yeah, it's a little
2  different.  It's Dutch, it's a Dutch name and it has a
3  J.
4      MALE VOICE:  Very nice.
5      MR. JONGEWARD:  And it's pronounced like a Y.
6      MALE VOICE:  Okay.  And you guys have lived
7  in Vegas for how long?
8      MR. JAGER:  We were just debating that.
9      MR. JONGEWARD:  Yeah, March of 2000.  Yeah.
10      MALE VOICE:  Okay.  Wow.
11      MR. JONGEWARD:  I was here -- I think I was
12  here in the latter part of '98.
13      MALE VOICE:  Okay.
14      MR. JONGEWARD:  I think that's right.
15  Actually it was about --
16      MALE VOICE:  That's about when I left.  You
17  know, I left in the middle of the 90s.  So I grew up --
18  I was born and raised here so --
19      MR. JAGER:  Where are you at now?
20      MALE VOICE:  Salt Lake.
21      MR. JAGER:  Oh, okay.
22      MALE VOICE:  Yeah, we have our headquarters
23  in the Salt Lake Airport.
24      MR. JAGER:  Nice.
25      MALE VOICE:  And we -- yeah, my mom actually

Page 22

1   grew up here.  So my grandpa moved here in the 1940s.
2        MR. JAGER:  Wow.
3        MALE VOICE:  Early 40s.
4        MR. JAGER:  Wow.
5        MALE VOICE:  Before World War II started.  So
6   anyway, I have a lot of history here.  My dad as
7   actually District Attorney here in Las Vegas as was my
8   grandfather.
9        MR. JAGER:  Wow.
10       MALE VOICE:  Yeah, so --
11       MR. JAGER:  That's great.
12       MR. JONGEWARD:  Did you have a lot of
13   pressure to go to law school?
14       MALE VOICE:  No, my grandfather and my mom's
15   dad and my dad were business partners.
16       MR. JONGEWARD:  Oh.
17       MALE VOICE:  My dad's dad was not a lawyer.
18   He was a gas station owner.
19       MR. JONGEWARD:  Oh, yeah.
20       MALE VOICE:  Interestingly.
21       MR. JONGEWARD:  Yeah.
22       MALE VOICE:  Anyway.  That's a little of my
23   family history.  I'm going to actually look at some
24   snacks if you want something here.
25       MIKE:  So you were saying with the legal

Page 23

1   investments, and you've been here for about two years?
2        MR. JONGEWARD:  So, yeah, Shane -- Shane
3   shared it with me the end of 2019.
4        MIKE:  Okay.
5        MR. JONGEWARD:  And so we -- we -- I got
6   involved right there in November of '19 and, yeah, and
7   then been kind of working with Shane since the first
8   part of May managing some of the, the group I've been
9   able to put together.  But Shane -- Shane is kind of my
10   boss.  He's the -- he's the --
11       MIKE:  Okay.
12       MR. JONGEWARD:  -- one that acts like I have,
13   you know, I -- someone is able to keep a handle on me.
14       MR. JAGER:  It's a full-time job.
15       MR. JONGEWARD:  Yeah.
16       MR. JAGER:  No, Jason, he manages himself
17   well.  So --
18       MIKE:  Okay.
19       MR. JAGER:  -- it makes my -- it makes my job
20   easier for sure.
21       MIKE:  And how long have you been doing it?
22       MR. JAGER:  I've been in almost five years.
23       MIKE:  Okay.
24       MR. JAGER:  So, yeah, yeah.  And Mark knows
25   Jeff.  Jeff started this with his attorney, but --

Page 24

1        MALE VOICE:  What's his attorney's name?
2        MR. JAGER:  Matthew Beasley.
3        MALE VOICE:  Okay.
4        MR. JAGER:  And he's been here a long time as
5   well.
6        MIKE:  I've heard -- I've talked to you I
7   think twice on the phone and so for -- I might have
8   messed up a few details.  I've given him some
9   high-level stuff as we've been together for the last
10   week --
11       MR. JAGER:  Sure.
12       MIKE:  -- but if you guys just want to kind
13   of start because I think I kind of have --
14       MALE VOICE:  What I've heard is some pretty
15   outrageous claims as far as returns go.  So it seems
16   pretty -- too good to be true.  So maybe you guys can
17   help me understand, wrap my head around it.
18       MR. JONGEWARD:  Well, I'll let Shane give you
19   the more polished --
20       MR. JAGER:  All right.
21       MR. JONGEWARD:  -- because he's been doing it
22   for a little bit longer.
23       MR. JAGER:  You probably have a little more
24   practice than I do.
25       MR. JONGEWARD:  Well, you know, the -- just

Page 25

1   the basic structure is when an individual has a
2   personal injury claim and they reach that settlement
3   point there's a 90-day waiting period there.
4        MALE VOICE:  Uh-huh.
5        MR. JONGEWARD:  And so Jeff, J&J Purchasing,
6   and Matt Beasley, you know, they've -- they've created
7   relationships across the globe with over 66 firms.  And
8   so all of these attorneys are aware of the service that
9   Jeff provides.
10       MALE VOICE:  Okay.
11       MR. JONGEWARD:  And so as -- as an attorney
12   sees the opportunity for their, their client, the
13   plaintiff to, you know, need some capital, we --
14   Jeff -- J&J offers an 80 or $100,000 amount to the
15   plaintiff.  They package the private capital into a
16   contract and then they offer that contract to sell.
17       So the plaintiff is actually buying the
18   contract.
19       MALE VOICE:  Okay.
20       MR. JONGEWARD:  So within that contract it's
21   an 80 or $100,000 amount.  Most of these claims are 225
22   to 350,000 in size, so I would assume, and I don't want
23   to speak for Jeff but, you know, he's making that
24   attractive for them where they're really only, you
25   know, taking a small portion of their claim early and

Page 26

1  they get a -- they pay a 25 percent price tag to have
2  that capital early while they're waiting.
3  MALE VOICE: I see, just to get them through
4  the next 90 days?
5  MR. JONGEWARD: To get them through that
6  period, yeah.
7  MR. JAGER: A lot of them have been waiting
8  upwards of one-and-a-half to two years.
9  MR. JONGEWARD: Right.
10  MR. JAGER: And so --
11  MIKE: So are these pretty big accidents that
12  they're getting in or --
13  MR. JAGER: Well, the bulk of the claims that
14  we work with are slip and falls, and so 225K to 350K is
15  the sweet spot for us to participate.
16  MIKE: Okay.
17  MR. JAGER: You know, and we're putting up 80
18  to 100,000 -- 80 or 100,000, so depending on what their
19  settlement amount is it fits into that category.
20  MALE VOICE: I see. So you're not trying to
21  buy out their whole thing?
22  MR. JAGER: We don't want the whole thing.
23  MR. JONGEWARD: No.
24  MR. JAGER: We're giving them some money
25  upfront so to speak.

Page 27

1  MALE VOICE: So that's why they're willing to
2  pay a little bit higher deal?
3  MR. JAGER: And I think --
4  MALE VOICE: And other people can't just get
5  into this because it -- you guys have done some set up
6  work.
7  MR. JONGEWARD: Yeah.
8  MR. JAGER: Well, well there's -- you know,
9  litigation funding is nothing new, and there's a lot of
10  participation across the board. I mean, J.G.
11  Wentworth, Peachtree Funding, those are a couple of the
12  larger ones.
13  MALE VOICE: Uh-huh.
14  MR. JAGER: I think the attraction for ours
15  is with the attorneys it's less -- you know, I've been
16  told that the J.G. Wentworth contract is like a book,
17  where ours is a ten page, you know, a ten-page
18  agreement.
19  MIKE: Is J.G. Wentworth public?
20  MR. JAGER: I would assume so.
21  MIKE: Okay.
22  MR. JAGER: They're -- they're very large.
23  MIKE: Okay.
24  MR. JAGER: I think they treat theirs more as
25  a fund --

Page 28

1  MIKE: Okay.
2  MR. JAGER: -- where, you know, we don't treat
3  it as a fund. Each investor will own a contract
4  essentially. It is in J&J Consulting -- J&J Consulting
5  is the buyer on every agreement with the plaintiff but
6  that -- and J&J Consulting is Jeff Judd's entity.
7  MIKE: Okay.
8  MALE VOICE: And I assume they participate in
9  this? How do they -- how do they get paid?
10  MR. JAGER: Well, so we charge 25 percent of
11  what we put up, 80 or 100,000. The investor gets
12  12-1/2, the rest goes between Jeff and his attorney,
13  and I think they do a co-op with the other -- with the
14  participating attorney.
15  MALE VOICE: Okay.
16  MR. JAGER: So it's 12-1/2 percent every 90
17  days and capital will roll from one contract to the
18  next.
19  MALE VOICE: So the attorney that's
20  representing the plaintiff also gets paid?
21  MR. JAGER: Yeah.
22  MR. JONGEWARD: It's a couple thousand
23  dollars, I think.
24  MALE VOICE: Okay, okay.
25  MIKE: So they're motivated to work with you

Page 29

1  guys then?
2  MR. JAGER: They can be, yeah.
3  MIKE: Okay.
4  MR. JAGER: Yeah. And we --
5  MALE VOICE: And how do you guys get paid?
6  MR. JAGER: Through --
7  MALE VOICE: Do you get -- I mean, I guess
8  what I should say is it commission based? Are you on
9  salary with Jeff?
10  MR. JAGER: He's got negotiated rates with us
11  versus what the investor will get a little bit, you
12  know, extra on top of that. So he's got --
13  MALE VOICE: And I hope that's not an
14  insensitive question, but I'd just like to know what
15  everybody is getting out of the deal.
16  MR. JAGER: No, no. Yeah, yeah. He -- we've
17  got -- we've got certain arrangements that those that
18  have been in early, and we get a little bit more, you
19  know --
20  MALE VOICE: Yeah. Okay.
21  MR. JAGER: -- than the actual investor.
22  MALE VOICE: I see.
23  MR. JAGER: But that's the set up that he's
24  created and, you know, he -- he recently had a Texas
25  based firm come in and essentially audit his company, a

Page 30

1    company that works with the SEC --
2         MALE VOICE: Uh-huh.
3         MR. JAGER: -- and FBI, and he had them come
4    in. He spent a couple hundred K to do that, and they
5    revised docs, they looked at everything and said, okay,
6    we --
7         MALE VOICE: So, like, this is all above
8    board with all the regulatory agencies?
9         MR. JAGER: Absolutely, yeah. And he --
10   he --
11        MALE VOICE: So when you say 12-1/2
12   percent --
13        Hey, thank you. Food. They did not tell me
14   whose is whose.
15        MIKE: No. Well, we can figure it out.
16        MALE VOICE: I guess it will be evident when
17   you open it up, right. Is there anything else you
18   need?
19        This is the pilot, Matt, everybody.
20        MIKE: Hey, Matt.
21        MALE VOICE: Matt, thank you.
22        MR. JAGER: How you doing?
23        PILOT: Very, very well. Have a good day.
24        MALE VOICE: Thank you. It's French Dip.
25        MIKE: That's me.

Page 31

1         MALE VOICE: Oh, yeah, I forgot about these
2    tables. I've never had -- so I run the company, but I
3    rarely get to fly private. Like, it's expensive, you
4    know.
5         MR. JONGEWARD: Well, that's probably not
6    uncommon.
7         MALE VOICE: I actually do own one of the
8    planes, so I shouldn't say that but --
9         MR. JONGEWARD: Double check that.
10        MR. JAGER: Yeah, thank you.
11        MALE VOICE: I was involved -- oh, let me see
12   here.
13        MIKE: Jason, how tall are you?
14        MR. JONGEWARD: About -- well, in high school
15   I want to say --
16        MALE VOICE: How did you do that?
17        MIKE: You push it. Oh, yours might not
18   work.
19        MALE VOICE: Okay. I was wondering what I
20   was doing wrong.
21        MIKE: Yeah, yours is --
22        MALE VOICE: This is my first time flying in
23   this particular.
24        MIKE: Yeah, that one is not working.
25   Actually, this is like slamming down on my knees. Are

Page 32

1    you having that issue too?
2         MR. JONGEWARD: No.
3         MIKE: Do you mind? I'm going to put back.
4         MALE VOICE: (Inaudible) in the plane.
5         MIKE: Yeah. Anytime we fly in here --
6         MALE VOICE: A couple of waters? Is that
7    okay?
8         MIKE: Yeah.
9         MR. JAGER: Are they just --
10        MALE VOICE: Yeah, yeah, they're in one of
11   those drawers there.
12        MIKE: Yeah, sorry about that.
13        MALE VOICE: There it is.
14        MR. JONGEWARD: The table is actually -- it's
15   actually done well. There's quite a bit of space
16   there.
17        MIKE: Are you okay eating like that? That
18   was --
19        MR. JONGEWARD: Totally.
20        MIKE: Yeah, that one was right in my knees.
21   I'm like, I'm going to be moving this while we eat.
22        MR. JONGEWARD: Thank you very much.
23        MIKE: Oh, no I --
24        MALE VOICE: Do you guys need a water?
25        MIKE: I'll take one. Oh, no, I have one.

Page 33

1         MR. JAGER: You good?
2         MR. JONGEWARD: We're good, Shane. Thanks.
3         MR. JAGER: Okay.
4         MALE VOICE: Did you guys get the right
5    meals? I got a club sandwich. Is that what you got?
6         MR. JONGEWARD: We did. Actually this is
7    your club sandwich and that -- I bet you probably have
8    a salad there, a Caesar salad.
9         MALE VOICE: Perfect.
10        MR. JONGEWARD: Sorry open your meal there.
11        MIKE: We got mints if you guys need them
12   too. So -- I think after eating this French Dip.
13        MR. JAGER: Oh, I have some.
14        MALE VOICE: You got plenty?
15        MR. JAGER: Make sure I have the right salad.
16        MR. JONGEWARD: Do you have -- you have
17   chicken, right?
18        MIKE: Yeah.
19        MR. JAGER: Did you get chicken or --
20        MR. JONGEWARD: I did not. Mine -- mine
21   is -- I think it's Caesar so this one might --
22        MALE VOICE: There should be ketchup in that
23   bag there.
24        MR. JONGEWARD: This one might be yours,
25   yeah.

Page 34

1    MIKE:  Ketchup there.
2    MR. JAGER:  Awesome, thank you.
3    MALE VOICE:  All right.  Sorry, where were
4    we?
5    MR. JAGER:  So 12-1/2 percent.
6    MALE VOICE:  12-1/2 percent is what you're
7    talking about, not a yearly annualized interest but
8    you're saying --
9    MR. JAGER:  You're on the side, right?  Your
10   salad dressing is on the side?
11   MR. JONGEWARD:  Oh, yeah, yeah.  Yeah, yeah.
12   MALE VOICE:  You're saying I put in $80,000
13   and in 90 days I get $90,000?
14   MR. JONGEWARD:  Not 90 days.  Well, if you
15   put in -- it's a 12-1/2 percent return every 90 days.
16   So if you times that times four quarters --
17   MALE VOICE:  Yeah, that's 180.
18   MR. JONGEWARD:  Yeah.
19   MALE VOICE:  So that's --
20   MR. JAGER:  Here's some more ketchup for you.
21   MALE VOICE:  So that's $10,000 on $80,000.
22   MR. JONGEWARD:  Yeah, every 90 days.
23   MALE VOICE:  So if I put in $80,000 in 90
24   days, I get $90,000; is that correct?
25   MR. JONGEWARD:  Well, your principal stays in

Page 35

1    and rolls to the next contract.
2    MALE VOICE:  Oh, I see.
3    MR. JAGER:  But that's -- that how we look at
4    it.  So you would see $10,000 every 90 days on that 80.
5    MALE VOICE:  And how many of those contracts
6    can you get into at one time?
7    MR. JAGER:  I mean, I've got guys with over
8    $6 million invested.
9    MALE VOICE:  So a little bit of my history.
10   I studied computer science in college and some friends,
11   and I founded a company called Blue Host, which is --
12   at its time -- at the time we sold in 2010 was the
13   fastest growing web host in the world.
14   MR. JAGER:  I've heard of that.
15   MALE VOICE:  Have you?
16   MR. JAGER:  Uh-huh.
17   MALE VOICE:  That's cool.  Some people have
18   heard of it.
19   MR. JAGER:  Well done.
20   MALE VOICE:  And since then I've just been
21   trying to grow that, and we sold that company for over
22   nine figures, and I've been trying to grow my portion
23   of it through different -- I mean, I've diversified
24   across real estate, obviously aviation.  This is what I
25   do with my time, but what I do with my money is oil and

Page 36

1    gas, real estate.
2    And so I've got -- I've got an investment
3    coming to maturity here, and so to me the way I
4    perceive what you guys have to offer right now is that
5    it's high risk, but maybe you can talk me out of that.
6    So I keep high risk to a very small portion of my
7    overall portfolio.
8    MR. JAGER:  Sure.  I had the same -- you
9    know, when I first heard about it, I thought that it
10   was too good to be true and it took me a little bit, I
11   took me six months to get off the fence to put some
12   money into it.
13   MALE VOICE:  Uh-huh.
14   MR. JAGER:  And fast forward today, almost
15   five years later, it's never missed a beat, week in and
16   week out for that five years.  I've gotten all -- I've
17   got a lot of family money it.  Personally I've got a
18   ton of friends.  I think if I -- if I felt skeptical
19   about it, I would have been gone long ago.
20   MALE VOICE:  Okay.
21   MR. JAGER:  I know Jeff fairly -- well, I
22   would say pretty well.  We've been neighbors --
23   MALE VOICE:  He lives in Anthem?
24   MR. JAGER:  He's up in -- he's -- he just
25   moved a couple of years ago, moved to Ascia (phonetic).

Page 37

1    So he's right next to Anthem.  But we were neighbors,
2    next door neighbors for two different communities for
3    about 15 of the 21 years that we lived there.
4    MALE VOICE:  Yeah.  So you know each other
5    really well.
6    MR. JAGER:  Yeah.
7    MALE VOICE:  Okay.
8    MR. JAGER:  And his kids -- he has four kids;
9    I have four kids.  Our kids were kind of intertwined,
10   same age groups.
11   MALE VOICE:  Okay.
12   MR. JAGER:  And so -- and his wife gets along
13   with my wife really well so --
14   Do we hang out, you know, every day, no.  You
15   know, we're busy in our respective roles.
16   MALE VOICE:  This is your full-time gig?
17   MR. JAGER:  It is really.  I mean, I do -- I
18   dabble in real estate.
19   MALE VOICE:  Okay.
20   MR. JAGER:  I've spec built some customs.  I
21   rehab and renovate customs.  I -- my wife and I really
22   love taking a custom and -- an older custom and
23   improving it, kind of bringing it current.
24   MALE VOICE:  Okay.
25   MR. JAGER:  And we've done really well, you

Page 38

1    know, investment-wise.
2         MR. JONGEWARD:  Oh, yeah.
3         MALE VOICE:  In this market, yeah.  I mean, I
4    regret not -- in 2009 I had the little bug in my ear
5    that I should buy a bunch of homes in Las Vegas, and I
6    could have got them for --
7         MR. JAGER:  Yeah, pennies on the dollar.
8         MALE VOICE:  -- less than a hundred grand
9    each and they'd be worth 500 grand today so --
10        MR. JAGER:  Yeah.  Well probably our biggest
11   success we we built a -- it was a home for our family
12   but, you know, we both knew it was going to -- it was
13   an investment.  You know, we had a lot of our eggs into
14   it, you know, to get it done.  And we built it for 2.6.
15   It was about 12,000 square feet on an acre on the golf
16   course, the Rio Sago Golf Course right here in Seven
17   Hills.  We sold it three years later for 5.6.
18        MIKE:  Oh, my gosh.
19        MR. JAGER:  So that was our first taste.
20        MR. JONGEWARD:  I never got to see that
21   house.
22        MR. JAGER:  Oh, it had an indoor basketball
23   court.
24        MR. JONGEWARD:  Yeah.
25        MR. JAGER:  It was -- it was a great --

Page 39

1         MALE VOICE:  I'm sorry, did you say you lived
2    in it too?
3         MR. JAGER:  Yeah, for three -- three years,
4    three months.  So we --
5         MALE VOICE:  So tax free.
6         MR. JAGER:  Yeah.  Well, the first 500.  But
7    it was -- yeah, it was a great, a great play and, you
8    know, we kind of built it in the downturn, you know --
9         MALE VOICE:  Yeah.
10        MR. JAGER:  -- knowing the market was going
11   to come back.
12        MIKE:  Yeah.
13        MR. JAGER:  And since then we've done three
14   or four other big flips, seven figure gain on flips.
15        MALE VOICE:  Wow.
16        MR. JAGER:  So we kind of go after the big
17   ones that we can see the potential in.
18        MIKE:  That's awesome.  And then you guys are
19   doing your Eco Battery?
20        MR. JAGER:  Eco Battery is a big one.  That's
21   new.  It's --
22        MIKE:  Yeah.
23        MR. JAGER:  Yeah, it's -- this one I think
24   has a runway for a big exit with everything they're
25   doing.

Page 40

1         MALE VOICE:  So wait, you're involved in,
2    what, it's another investment strategy?
3         MR. JAGER:  Yeah, yeah.  We've got -- I
4    get -- I see about four or five new business
5    opportunities a month, and so I kind of sift through
6    what, you know, what looks good and what doesn't.  And
7    there's a few that I feel -- like Eco Battery --
8         MALE VOICE:  So do you have an agreement with
9    them where you bring them investors?
10        MR. JAGER:  Well, I'm actually a partner at
11   this point.
12        MALE VOICE:  Oh, I see.
13        MR. JAGER:  I've brought in -- I've brought
14   in over 6-1/2 million personally.
15        MALE VOICE:  And what do they need money to
16   do?
17        MR. JAGER:  Essentially for inventory, for
18   batteries.  Their focus right now is golf cart
19   batteries --
20        MALE VOICE:  Uh-huh.
21        MR. JAGER:  -- because that's what I saw that
22   just took off, right.  It's -- they did -- they did --
23   they just started selling late March of 2021 --
24        MR. JONGEWARD:  Yeah.
25        MR. JAGER:  -- they did almost 5 million in

Page 41

1    revenue in 2021.  They're anticipating 75 million this
2    year --
3         MALE VOICE:  Wow.
4         MR. JAGER:  -- and 150 in 2023.  But
5    essentially, they need capital for inventory to supply
6    the OEMs golf carts.  But the exciting thing about that
7    one too is it -- it has other facets of revenue
8    streams, such as they've done RV and houseboat
9    conversions from the old lead acid to their lithium
10   battery with solar mounted on the roof of the vehicle
11   or the boat.  So essentially, you've got off grid power
12   with their battery.
13        MIKE:  Are they doing sprinters as well?
14        MR. JAGER:  They can do anything, yeah.
15        MIKE:  Okay.
16        MR. JAGER:  And I think -- and then the other
17   branch is housing.  They want to get into off grid
18   housing, those that are looking to, you know, put solar
19   up, run through their batteries, and -- so they've
20   got -- they've got some really some cool things.
21        MALE VOICE:  Do you know any of the specs on
22   the batteries, like how much power it holds?
23        MR. JAGER:  The golf -- they've got two
24   different golf cart batteries.  That's been their focus
25   right now.

11 (Pages 38 to 41)

Page 42

1    MALE VOICE:  Uh-huh.
2    MR. JAGER:  One is a 40 --
3    MALE VOICE:  Did you get any napkins?
4    MIKE:  No, I don't think they brought any
5    napkins.
6    MR. JAGER: I'll show you a pix here in a
7    minute.  But I want to say the one I've got is 105
8    amps.
9    MALE VOICE:  Uh-huh.
10    MR. JAGER:  But it's -- it's a better
11    mousetrap.  You know, the lead acid they weight about
12    6, 700 pounds.  You've got this one -- you know,
13    imagine extracting all six lead acid out of your golf
14    cart that's maybe -- taking the weight to your golf
15    cart another 750 pounds.  You replace it with one
16    lithium battery that's about 75 pound on average.
17    MIKE:  Okay.
18    MR. JAGER:  So you've just lightened your
19    cart --
20    MIKE:  With a more powerful battery.
21    MR. JAGER:  -- with a more powerful battery.
22    It charges in half the time, and it lasts 3,500 life
23    cycles, which is about 12 to 14 years with normal use.
24    Lead acid you're replacing every two to three years
25    with the -- especially here in Vegas with the heat.

Page 43

1    MALE VOICE:  So what's the innovation?  I
2    think -- I mean, I think lithium batteries are
3    everywhere.
4    MR. JAGER:  They've gotten -- there's
5    lithium -- there's five players in the business, in
6    that golf cart industry essentially.  They've got a
7    patent on their battery where they've hollowed out the
8    center and it makes the conversion just a whiz.  I did
9    mine in about 30 minutes.
10    And you drop a J hook down through the
11    battery, connect to the frame, drop their cap with the
12    bolt on top, and that secures the battery down.  You
13    make the connections and you're -- golf cart Mikes love
14    it because it -- it can convert, you know, their old
15    style really easily.
16    MALE VOICE:  Yeah.
17    MR. JAGER:  So they've got -- but they've
18    got -- they've got demand where they've got OEMs asking
19    for 1,000, 1,500 batteries a month and they can't keep
20    up. So capital is key there.
21    MIKE:  I might be able to make an
22    introduction to you guys. Lion Energy out of Salt
23    Lake, they do a bunch of batteries, and they
24    distribute -- they have a huge distribution network.  I
25    know those guys.  I know that they just did a major cap

Page 44

1    raise and they had some group go in with them who
2    focuses on that.  I'll give Frank a call.
3    MR. JAGER:  That would be great, yeah.
4    MR. JONGEWARD:  Yeah.
5    MR. JAGER:  That would be great.
6    MIKE:  I'd be happy to make a connection for
7    you.
8    MR. JAGER:  Yeah, Jason and I have been
9    pretty heavy. Jason has raised capital for it as well.
10    We just brought in another --
11    MALE VOICE:  Are you a partner in it?
12    MR. JAGER:  I'm not a partner.  I don't
13    think they'd let me in.  I think I missed the boat.
14    MR. JAGER:  Well, so what -- so what the
15    appeal with Eco Battery, on the raise what they're
16    doing is they're -- it's essentially a debt, debt
17    equity offering.  The minimum is $5 million.  Jason
18    created more or less a syndicate to raise capital for
19    them.
20    So any investor who brings in capital,
21    they'll give them 8 percent on their money over the
22    course of 12 months.  At the end of 12 months they'll
23    return the principal plus the 8 percent and essentially
24    then you have equity in the company.
25    MIKE:  Oh, yeah, you were saying that.

Page 45

1    MR. JAGER:  Yeah.  They're offering 2 percent
2    for every 5 million.  So depending on what's brought in
3    there's opportunities.  Their initial raise, we're
4    looking at 20 to 30 million.
5    MALE VOICE:  So basically the interest on
6    your loan is your 2 percent?
7    MR. JAGER:  Well, no, you get --
8    MALE VOICE:  Because you get your -- you get
9    your money back --
10    MR. JAGER:  Plus 8 percent and then --
11    MALE VOICE:  Plus 8 percent.  So the
12    difference between 8 percent and the 2 percent is
13    the -- yeah, okay.
14    MR. JONGEWARD:  So the equity is more or less
15    icing on the cake and --
16    MR. JAGER:  Yeah, the 8 percent we can do
17    that in a lot of places, but it's that 2 percent equity
18    stake in the company that, you know, if they have $1
19    billion exit in five years that's worth -- for every
20    100,000 it's worth 400,000. It's a 4X. If they do a
21    multi-billion dollar exit it's an 8X or plus.
22    MR. JONGEWARD:  Yeah.
23    MIKE:  That's -- is it -- so how many
24    investors have you guys got on that one?
25    MR. JONGEWARD:  Let's see.  Shane and I are

Page 46

1    different, so I don't know about Shane. I've got about
2    39 people in my group currently.
3        MIKE:  Okay.
4        MR. JONGEWARD:  So we're --
5        MALE VOICE:  What's the margin on the
6    battery, do you know?
7        MR. JAGER:  44 percent.
8        MALE VOICE:  Really?
9        MR. JAGER:  And they have -- you know, that's
10   another reason for the raise.
11       MALE VOICE:  So 75 million revenue.
12       MR. JAGER:  Yeah, there's going to be --
13   yeah, they're cashflow positive this year.
14       MALE VOICE:  That is very realistic that they
15   would have a billion-dollar valuation.
16       MR. JONGEWARD:  Yes.
17       MR. JAGER:  Yes.  And once they -- you know,
18   they're closing -- they're based in St. George.
19   They're closing on a 10,000 square foot building up
20   there, which has a warehouse, where RVs can drive in
21   our houseboats, get the retrofits done.  Those are,
22   like, 20, 30 grand plus.  So -- and that's a big deal.
23   These -- you know, people that spend money on RVS or
24   houseboats will want this lithium battery.  It's
25   just -- there's no drag in power, you know, versus the

Page 47

1    lead acid.
2        MIKE:  Yeah.
3        MR. JAGER:  It's just -- it's so much better.
4        MIKE:  Oh, it's comparing a gas -- or like
5    your standard V-6 compared to electric.
6        MR. JAGER:  With electric.
7        MIKE:  Electric, yeah.  There's no way you
8    can get that torque anywhere else.
9        MR. JAGER:  That's right.
10       MIKE:  Yeah.
11       MR. JAGER:  I mean, he's got -- he's got a
12   video, one of the founders has a video of him popping a
13   wheelie on a golf cart.
14       MIKE:  Yeah, I saw that.
15       MR. JAGER:  Oh, did you see that?
16       MIKE:  Yeah.
17       MR. JAGER:  Okay, yeah.  So quite -- and then
18   it's smart, all the -- all the batteries being
19   delivered March 1st are all Bluetooth, so you can
20   communicate with your battery, and you can control the
21   speed.  You know, if your kids are driving you can lock
22   in, you know, a governor speed on it.
23       MALE VOICE:  Wow.  That sounds good.  A lot
24   of really cool (inaudible).
25       (Plane taking off interruption.)

Page 48

1        MIKE:  There we go.
2        MR. JAGER:  Anyway, his R&D is --
3        MR. JONGEWARD:  Can you give me one those
4    napkins?
5        MIKE:  Yeah.
6        MR. JAGER:  He's big into R&D, so he's always
7    looking to improve.
8        MR. JONGEWARD:  Thanks.
9        MALE VOICE:  No problem.
10       MR. JONGEWARD:  I feel like Shane is
11   (inaudible).  I was impressed.  So I just went and met,
12   his name is Casey Shirts, the founder.  He's kind of
13   one of those guys that's more of an inventor type.
14   Usually in  my experience you see a guy that can handle
15   the in the field but doesn't do well in the office.
16   You know, it's hard to have a well-rounded person like
17   that.
18       Casey is the type where he's more of the
19   inventor type, like he knows how to configure the
20   batteries --
21       MIKE:  Yeah.
22       MR. JONGEWARD:  -- make those all work, but
23   then his business savvy is really impressive.  I was --
24   I was totally impressed with him.
25       MIKE:  So not the mad scientist.

Page 49

1        MR. JONGEWARD:  Yeah, right.  And so -- and
2    then he's got, he's got some great younger people
3    behind him that are educated, and they really are -- I
4    mean, you can -- you can always tell within two minutes
5    of talking to somebody if they really know their game
6    or not.
7        MIKE:  Yeah.
8        MR. JONGEWARD:  So as an investor or as a
9    lender, right, we're lending them capital, trying to
10   come in and identify, you know, where the risk is and
11   what -- what the -- what the potential is it's been
12   really nice to be able to talk with him and negotiate
13   how I'd like to see the contracts.  They're very
14   flexible that way.
15       So they're -- they're really just interested
16   in getting capital so they can move forward, and they
17   don't want to go backwards because the timing for them
18   is important because they've got, you know, like Shane
19   said $75 million worth of POs in '22.  Well, we're
20   already three months in almost, right.
21       MIKE:  Yeah.
22       MR. JONGEWARD:  And so to get --
23       MALE VOICE:  So with POs -- with POs from --
24   I mean, I'm assuming Fortune 500 companies or public
25   companies why can't they go to a bank?

Page 50

1    MR. JAGER:  I think it's too early for them.
2  I don't -- I wouldn't say they have 75 mill in POs, but
3  they've got a combination of POs and OEM relationships
4  where these guys say, hey, we'll work with you, but we
5  need X amount of batteries a month.
6    MALE VOICE:  Okay
7    MR. JONGEWARD:  You know, it's not worth
8  their time until they inventory is there.
9    MR. JAGER:  Yeah, basically.
10    MIKE:  And state that return again.  It's --
11  you put in your investment, 8 percent on top of that.
12    MR. JAGER:  Right.
13    MIKE:  And then --
14    MR. JAGER:  Comes back in 12 months.
15    MIKE:  Comes back in 12 months.  And then --
16    MR. JAGER:  After exit --
17    MIKE:  Yeah.
18    MR. JAGER:  -- you're a partial equity owner
19  of the company, and however they exit is relative to
20  how, how each investor does.
21    MIKE:  Do you have most of your investors
22  going in and out of your pools?  I mean, if it's 12-1/2
23  percent with, going back to the --
24    MR. JAGER:  The settlements.
25    MIKE:  -- the settlements, is that -- I mean,

Page 51

1  that's a 50 percent return.  Like, that's -- that's
2  incredible.
3    MR. JAGER:  That's a great, yeah, a great
4  investment.
5    MIKE:  So that's what you guys spend most of
6  your time on doing.  Like, is it -- and this is just,
7  like, humor me with the question, but is it hard to get
8  other investments if you're offering a 50 percent
9  return?
10    MR. JAGER:  It's challenging because, yeah,
11  when you've got something that good --
12    MIKE:  Yeah.
13    MR. JAGER:  -- I think the appeal for other
14  opportunities is diversifying.
15    MIKE:  Yeah.
16    MR. JAGER:  Okay, we don't want to have all
17  our eggs in one basket.
18    MIKE:  Okay.
19    MR. JAGER:  So let's move -- yeah, let's move
20  through some of these other opportunities that look,
21  you know, appealing.  Jason and I have raised over 200
22  million for the settlement contracts.
23    MIKE:  And how -- how large is the fund then?
24    MR. JAGER:  It's over 400.
25    MIKE:  That's incredible.

Page 52

1    MALE VOICE:  That's how much your currently
2  have under management?
3    MR. JAGER:  Uh-huh.
4    MALE VOICE:  And how long did it take you to
5  reach that point?
6    MR. JAGER:  Three years.
7    MALE VOICE:  Wow.
8    MR. JAGER:  Well, it's -- it started --
9    MALE VOICE:  So it's not just the two of you
10  doing that?
11    MR. JAGER:  No, no.  No, Jeff, Jeff had -- he
12  raised initially.  He doesn't any longer.
13    MALE VOICE:  Uh-huh.
14    MR. JAGER:  But he's got -- Jeff, Jeff has
15  basically got five close friends that he's known and
16  trusts for -- ever since he's lived here or, you know,
17  as long as I've known him, which has been, yeah,
18  probably --
19    MALE VOICE:  Oh, great.  Thank you.
20    MR. JAGER:  -- you know, over 20 years.  So
21  he's kind of allocated that opportunity through us.
22  Jason and I have a history together, and so -- and he
23  was in another state.  He was in Washington at the
24  time.  So Jason and I connected, and Jason has raised a
25  lot of capital as well for it.

Page 53

1    MIKE:  I think that's incredible, that you
2  guys are doing that with, I think you said it was,
3  like, word of mouth.
4    MR. JAGER:  It's more or less friends and
5  family deal.
6    MIKE:  Yeah.
7    MR. JAGER:  You know, we really don't
8  advertise it.  You know, if you ask Jeff, we're not
9  really raising, you know.  He doesn't really -- I don't
10  know.  He would love to see -- you know, he's
11  comfortable.  I don't know that he'd want to -- you
12  know, that he necessarily wants to continue growing and
13  get to, you know, a monster position with it.
14    But, you know, he sees the people it's
15  benefitting, you know, like my mom who's a widow and,
16  you know, she's got three contracts in this herself and
17  she's -- she's been loving life, enjoying it, you
18  know --
19    MIKE:  Yeah.
20    MR. JAGER:  -- living her best life.  And my
21  dad, he was in a mountain biking accident in Deer
22  Valley, and he actually passed away from it.
23    MIKE:  I'm so sorry to hear that.
24    MR. JAGER:  So -- well, this -- this came at
25  a -- thank you.  This came at a good time because that

Page 54

1  was -- it came shortly after that, where she was
2  losing, you know, some of her benefits.  And so, yeah,
3  this came at the right time really and it's just helped
4  (inaudible).
5       MR. JONGEWARD:  I think it comes at the right
6  time for anybody that comes across it.
7       MR. JAGER:  Well, yeah.
8       MR. JONGEWARD:  I have the same -- I have a
9  ton of people that saved, you know, to get a half
10  contract together.  And, you know, it's just been --
11  it's nice because it's allowed them to kind of elevate
12  and get up off the ground a little bit --
13       MIKE:  Yeah.
14       MR. JONGEWARD:  -- take that stress level
15  down.  So it's been a real positive.  It's almost -- I
16  mean, it --
17       MALE VOICE:  Well, I mean, what are the --
18  yeah, but those people aren't adding up to 400 million.
19  So where is all this -- where are the real investors
20  coming from?
21       MR. JAGER:  I mean, I have -- I have some --
22  I have some investors that have 30 plus contracts,
23  almost 40.
24       MALE VOICE:  I see.
25       MR. JAGER:  I have probably three or four of

Page 55

1  those.
2       MALE VOICE:  And when you say 40 that means
3  they're rolling over every --
4       MR. JAGER:  Yeah, 40 separate contracts
5  either in 80, or 100, or, you know, they did split --
6       MALE VOICE:  And are you handling all the,
7  like, the paperwork involved with that, you personally?
8       MR. JONGEWARD:  Uh-huh.
9       MR. JAGER:  Yeah.
10       MR. JONGEWARD:  So I'll manage my group and I
11  fit underneath Shane because Shane is the one who kind
12  of shared it with me.  Shane kind of invited me after,
13  I think we were in the -- I was in a little over a year
14  and Shane said, hey, I'd like to -- you know, I'd like
15  you to manage these people that you've brought in
16  because you've brought in a handful of people.
17       And so we -- we've been doing that this year,
18  where I've been able to manage.  And so it's been --
19  but it's -- yeah, it's a little bit of work there to
20  manage all that for 90 days.  But Jeff, and Shane, and
21  those guys have all done a really nice job of trying to
22  keep the paperwork really efficient.  The paperwork
23  that -- the paperwork that -- the document packet that
24  you guys have seen --
25       MIKE:  Yeah.

Page 56

1       MR. JONGEWARD:  -- is really what Shane had
2  mentioned, you know, after they did a business review
3  last year, they really got their paperwork in order and
4  tried to make it as efficient as they could.
5  So once you do your initial subscription
6  agreement then it's really just a two-page addendum
7  every time you add and it's really easy for us.
8  Because I think --
9       MALE VOICE:  But, I mean, going down and
10  hunting the plaintiffs, right, you've got to -- what do
11  you if any of these guys are delinquent and you got to
12  collect on them or something like that?
13       MR. JAGER:  That would be handled by Jeff's
14  attorney, Matt.
15       MR. JONGEWARD:  Yeah.
16       MR. JAGER:  I don't know that they've ever
17  had to deal with that yet.  I think a lot of the
18  attorneys are happy with the arrangement, and the thing
19  is if they need more contracts, it's as simple as
20  reaching -- Matt reaching out to the attorney groups.
21  A lot of them know each other.  Then, you know, that's
22  kind of how it snowballed from one group to 60 plus.
23       MALE VOICE:  So is Matt involved, like hands
24  on with every -- you've got an attorney on every deal?
25       MR. JAGER:  Yeah, yeah.  Matt -- Jeff has no

Page 57

1  involvement with the attorneys.  That's all handled
2  by -- Matt is Jeff's attorney --
3       MALE VOICE:  Uh-huh.
4       MR. JAGER:  -- and he's contracted to work
5  (inaudible).
6       MALE VOICE:  So is Jeff retired from all of
7  this or --
8       MR. JAGER:  I wouldn't say retired, but he
9  has his kids helping him out.  You know, he's got some
10  older kids that are doing contracts.
11       MR. JONGEWARD:  Some of his day-to-day stuff,
12  right.
13       MR. JAGER:  Uh-huh, some of the day to day.
14  And, yeah, he's living a good life.  He's got a jet.
15       MALE VOICE:  What does he have, do you know?
16       MR. JAGER:  I think he spent about $5 million
17  on it.  I don't know what it is exactly but --
18       MIKE:  Cool.  Can he fly it himself?
19       MR. JAGER:  What's that?
20       MIKE:  Is he a pilot?
21       MR. JAGER:  He's not a pilot, no.
22       MALE VOICE:  Does he keep it here?
23       MR. JAGER:  He keeps it here but he also --
24  he runs it through a fleet where they --
25       MALE VOICE:  They charter it.

Page 58

1    MR. JAGER: -- they use it, yeah. They
2 charter it when he's not, yeah. And so, yeah, so I
3 think it's -- you know, these days it's a positive.
4    MALE VOICE: (Inaudible) price.
5    MR. JAGER: Well, we'll line that up.
6    MALE VOICE: Yeah.
7    MR. JAGER: You never know. Let's line that
8 up, yeah.
9    MIKE: But that's -- that's incredible. And
10 I think you said you had around a thousand people all
11 together into the fund?
12    MR. JONGEWARD: Yeah, I asked Shane about
13 that. I felt like Shane had a little better -- I kind
14 of just focus on my group and Shane has got a little
15 better, better concept of that. I think he's got a
16 little over a thousand maybe.
17    MR. JAGER: I'm working with probably 250
18 personally.
19    MIKE: Okay.
20    MR. JAGER: How may are you working with?
21    MR. JONGEWARD: About 180.
22    MR. JAGER: Yeah. Probably with the other
23 guys I would say about a thousand.
24    MALE VOICE: And they're here -- mostly here
25 in Vegas?

Page 59

1    MR. JONGEWARD: Oh, they're all over the U.S.
2 for my group. I'm sure the same with you, Shane.
3    MR. JAGER: Yeah, I have, yeah, Dr. John with
4 over 6 million and he's in Florida, you know.
5    MIKE: Okay.
6    MR. JAGER: I think they're kind of scattered
7 all over the place.
8    MR. JONGEWARD: I've got people in -- serving
9 an LDS mission -- I've got two mission presidents in.
10    MALE VOICE: Oh, really?
11    MIKE: That's awesome.
12    MR. JAGER: That's crazy.
13    MR. JONGEWARD: I'm doing a Zoom and there's
14 a name tag and I'm like, oh, wait, I'm not sure how to
15 handle this.
16    MR. JAGER: Yeah.
17    MR. JONGEWARD: This is weird. Talking money
18 about church stuff, you know.
19    MALE VOICE: Yeah.
20    MR. JONGEWARD: No, but that's been really
21 cool. It's been a blessing for a lot of people.
22    MIKE: Yeah. And are most of the people --
23    MR. JONGEWARD: (Inaudible) some time.
24    MIKE: -- are most of the people in the fund
25 are they members of the church? We both are so --

Page 60

1    MR. JAGER: I am as well.
2    MR. JONGEWARD: So am I.
3    MR. JAGER: I would say -- my guess would be
4 probably 70/30.
5    MIKE: Okay.
6    MR. JAGER: 70 in the church, yeah.
7    MIKE: Okay. Well, yeah, I mean it seems
8 like if you guys are growing word of mouth the church
9 would be a really easy place to do so.
10    MR. JAGER: Yeah, I --
11    MR. JONGEWARD: I try not to -- I try to keep
12 that completely separate.
13    MR. JAGER: Yean, I do too. I do too. But,
14 I mean, Roland Tanner is a good friend of mine,
15 neighbor, and he's raised north of $50 million too.
16 He's connected with a lot of the older guys, you know,
17 retired guys.
18    MALE VOICE: So when you say they've raised
19 that amount it's still under management, like you don't
20 have a lot of people checking out of this I would
21 guess?
22    MR. JAGER: Yeah. No, I mean, we have some
23 rollover, you know, rollovers that are -- they're
24 buying a house and they need some, maybe they need cash
25 out of a contract or two.

Page 61

1    MALE VOICE: Yeah.
2    MR. JAGER: But the bulk, the bulk ones stay
3 in.
4    MALE VOICE: Is there a commitment?
5    MR. JAGER: We ask for a 90-day commitment.
6    MALE VOICE: Well, of course.
7    MR. JAGER: With two weeks -- two weeks'
8 notice prior to the contract funding. So if you needed
9 capital out two weeks' notice. Some of the contracts
10 fund -- I got a handful that fund a week early, so
11 that's why we ask for two weeks just to cover that
12 timeframe in case it does, you know, fund early.
13    MALE VOICE: Got it.
14    MIKE: Wow, yeah, that's -- that is awesome.
15    MALE VOICE: So I think for me I'd want to
16 talk to somebody. Do you have somebody that invested
17 with you that you, I don't know, could make available
18 to -- somebody who doesn't mind talking to a potential
19 investor?
20    MR. JAGER: Are you looking for a larger
21 investor or a smaller investor?
22    MALE VOICE: Yeah, somebody -- well, yeah,
23 larger would be better. I mean, it depends
24 (inaudible). But it sounds like you don't want that
25 much money so --

Page 62

1       MR. JONGEWARD:  That Dr. John would be
2  somebody.
3       MR. JAGER:  Yeah, Dr. John would probably be
4  a good one.  I've golfed with him a few times.  He's
5  pretty accommodating.
6       MR. JONGEWARD:  You know, as far as capital
7  goes, I mean we're limited on what we can place weekly,
8  but if you're patient, you know, if you're looking for
9  a large amount, placement, and you're patient, we can
10  get it in.
11       MR. JAGER:  Yeah.
12       MR. JONGEWARD:  It's just the amount of time.
13  If I do get some large commitments, I'll let Jeff know.
14  In turn he'll get with his attorney Matt, and they
15  can -- you know, if it's a large, large position they
16  can increase the attorney, the attorney base pretty
17  easily.    MIKE:  Okay.  So for my -- and I've told
18  you this, I'm looking --
19       MALE VOICE:  I mean, I wouldn't start with a
20  large commitment but --
21       MR. JAGER:  No, you got to test it.
22       MALE VOICE:  But from what it sounds like --
23       MR. JAGER:  You got to start small, test it,
24  watch it, you now, work for you and then, you know, I
25  think that's the way a lot of us have increased our

Page 63

1  position.  Not everyone starts, you know, to the moon,
2  you know.
3       MR. JONGEWARD:  And we've got -- I've got a
4  waiting list.  I imagine you probably do too?
5       MR. JAGER:  Yeah, yeah.
6       MR. JONGEWARD:  I'm like 15 million on my
7  waiting list?
8       MALE VOICE:  And how long does that take to
9  put in?
10       MR. JONGEWARD:  You know, it just kind of
11  ebbs and flows, the amount of contracts that come in
12  from the plaintiffs and then, you know, depending on --
13  you know, that's a lot of the work that Jeff, and Matt,
14  and Shane do, I don't necessarily do it.  I just
15  receive, but Shane will decide how many contracts go to
16  who for the new contracts once the existing contracts
17  have been replaced that particular week so --
18       MIKE:  Okay.
19       MR. JAGER:  In the last year we got low on
20  capital and so Jeff actually paused seven attorney
21  firms for new contracts.  You know, don't let guys hang
22  on, you know, let us rebuild.  We don't -- you know,
23  don't send us any more contracts until I give you, you
24  know, the green light.
25       So they can do that, but -- and they can also

Page 64

1  increase, you know.  Does he want to get to a billion?
2  You know, he's comfortable where he's at, you know.
3  But I don't -- I don't get the sense from talking to
4  Jeff that he's -- he's going to stop it, you know.
5  He's going to kind of let it grow organically.
6       And Matt is -- Matt -- I've had some good
7  interaction with his attorney.  He is on it, you know.
8  I had one guy that had -- was questioning if he was
9  short a contract and he had several, and within five
10  minutes Matt had a text to me with all of his
11  contracts, his investment amount and everything, all
12  that detail just like that.
13       So he's always -- he's never missed a beat,
14  you know, in the time that I've been working with him.
15       MIKE:  And how many -- can you remind me how
16  many contracts you told me?
17       MR. JONGEWARD:  Well, so I think we're over
18  20,000 contracts with zero defaults.  Is that kind of a
19  general --
20       MIKE:  I know there's zero defaults,
21  yeah.  There was one late, early on, but that was with
22  Medicare and Medicaid.
23       MR. JONGEWARD:  Okay.
24       MIKE:  Yeah, yeah.  You did tell me about
25  that.

Page 65

1       MR. JONGEWARD:  Yeah, they stopped that right
2  away.
3       MR. JAGER:  Yeah, so they don't -- you know,
4  they don't participate with that entity.  But Jeff,
5  he's set aside an account for more or less E&O, errors
6  and omissions.  If there was, you know, maybe an
7  insurance company goes BK or whatever could happen,
8  he's got an account.  You know, he's always said, you
9  know, if there's -- if there's something to go bad, I'm
10  going to step in and take care of that and make the
11  investors, you know, take care of the investor.
12       But, you know, if they all went bad or, you
13  know, something -- I don't think that's the case
14  because we're working with -- you know, they have a
15  whole slew of different insurance companies that, you
16  know, they're working with.
17       MALE VOICE:  And you guys kind of vet them,
18  vet the deals?
19       MIKE:  So you -- you're actually making 25
20  percent every, every 90 days?
21       MR. JONGEWARD:  The company, but they split
22  that, cut that in half.
23       MALE VOICE:  And you're keeping 12-1/2 and
24  the investor gets 12-1/2?
25       MR. JAGER:  That's right.

Page 66

```
1        MALE VOICE:  And out of that 12-1/2 that the
2   company keeps that -- some of that goes to Jeff, some
3   of it goes to Matt?
4        MR. JAGER:  Matt, yeah.
5        MR. JONGEWARD:  Yeah.
6        MALE VOICE:  And then some of it goes to
7   the -- whoever is bringing the investor it would go to,
8   you know, the equivalent of you guys?
9        MR. JAGER:  Yeah, more or less a finder's
10  fee.  But -- but a lot of times it's structured where
11  we'll get a little bit more on our own.  Because I've
12  got -- I've got seven figures invested personally, so
13  we're able to, you know, bump up ours, our personal.
14       MALE VOICE:  I see.  Sure.
15       MR. JAGER:  Yeah.
16       MIKE:  And you said that you had worked with
17  a law firm that had worked with the SEC, like -- is
18  that what you had told me on the phone, a couple of
19  former SEC attorneys?
20       MR. JONGEWARD:  Yeah, that was --
21       MR. JAGER:  That was the Texas based firm
22  that Jeff hired to come in and look at --
23       MIKE:  Okay.
24       MR. JAGER:  -- you know, his practices and
25  processes to make sure that he's in good standing in
```

Page 67

```
1   line.
2        MALE VOICE:  So let's say that I know
3   somebody who -- I mean, obviously I know people who
4   have more money that I do.  Let's say I know somebody
5   who has more money than I do, like do you -- you guys
6   obviously got started bringing one or two people in,
7   right, you didn't start with 180.  So --
8        MR. JAGER:  Right.
9        MALE VOICE:  -- let's say that I bring
10  somebody then what happens there?  Do I get any portion
11  of that or --
12       MR. JAGER:  As far as like a referral?
13       MALE VOICE:  Yeah.  Do you -- do you pay on
14  referrals?
15       MR. JAGER:  What I would say that is we're
16  not doing referrals with the new arrangements with the
17  attorney firms that just revised everything.
18       MIKE:  With the PPM.
19       MR. JAGER:  Uh-huh, right.  But we can
20  increase your personal payout.
21       MALE VOICE:  I see.  Okay.
22       MR. JAGER:  So then it would be better than
23  12-1/2 percent.
24       MALE VOICE:  Okay.
25       MR. JAGER:  But it would have to be someone
```

Page 68

```
1   that's brought -- bringing quite a bit to the table.
2        MALE VOICE:  What are we talking about?
3        MR. JAGER:  I would say north of, at least
4   north of 5 million.
5        MALE VOICE:  All right.
6        MR. JAGER:  And it would have to -- it would
7   have to balance out.  Because what -- when they did
8   away with --
9        MALE VOICE:  Because it adds a paperwork
10  headache for you.
11       MR. JAGER:  Yeah, exactly.  And I've got --
12  you know, I've had several people that we've just --
13  you know, we've had to do away with referral per the
14  attorney, the new attorney's recommendation.
15       MALE VOICE:  I see, okay.
16       MR. JAGER:  So it's kind of -- it's created a
17  little, you know -- it was a little bit of a headache I
18  think for --
19       MR. JONGEWARD:  A little more opportunity for
20  error.
21       MR. JAGER:  Yeah, yeah.
22       MIKE:  Okay.
23       MR. JAGER:  But if -- yeah, if -- you know,
24  if it equates -- you know, and then based on what you
25  bring in we could figure out -- we could work on
```

Page 69

```
1   something.  Yeah, there's an opportunity there.
2        MALE VOICE:  Because, yeah, I've got -- I
3   mean, my partners in this oil and gas exit that we just
4   had they're -- we didn't -- it came sooner than we
5   expected, so none of us are really prepared with
6   someplace to put it, so it's just cash looking for a
7   home right now and it might be the right time to
8   approach them on something.
9        MR. JAGER:  Yeah.
10       MALE VOICE:  Yeah.  So, yeah, and it sounds
11  like it wouldn't come out of their, their 12-1/2
12  percent so --
13       MR. JAGER:  Right.  That's right.
14       MALE VOICE:  So that's -- yeah, that would be
15  great.  Anyway -- no, no, I'd like to -- I mean,
16  anyway, I'd like -- like I was mentioning earlier, I'd
17  like to chat with Jeff once and know who I'm working
18  with --
19       MR. JAGER:  Yeah.
20       MALE VOICE:  -- and I'd like to talk to
21  somebody who's -- I mean, I don't make this kind of
22  decision quickly but then again when I'm sure I don't
23  need to wait around.
24       MR. JAGER:  Right.
25       MALE VOICE:  So I'd like to talk to somebody
```

18 (Pages 66 to 69)

Page 70

1   who's made a fair amount of money and seen several of
2   these rollovers happen so that, you know, somebody who
3   has been in a year maybe.
4           MR. JONGEWARD:  Yeah, Dr. John, he's seen --
5           MR. JAGER:  Where is he at?  Is at 5 or 6
6   million?  Is that where he is?
7           MR. JONGEWARD:  I think he's about 6.
8           MR. JAGER:  Is he?
9           MR. JONGEWARD:  Yeah, he's been in a number
10  of years and he's -- I got to look at his 1099 but I
11  think he saw over 2-1/2 last year in profit.
12          MIKE:  Yeah, like that's incredible.  Like, I
13  deal with overseas manufacturing and that's a headache
14  on a constant basis.  If you can park your money
15  somewhere and have residual income like that.
16          MR. JAGER:  Yeah, it's hard to compare this
17  investment with others really because --
18          MIKE:  Yeah.
19          MR. JAGER:  -- it -- for the investor it
20  really -- it doesn't require any, any time, any of your
21  time.  You invest and you let it go.  We manage it.
22  You know, every 90 days to that particular contract
23  that you have we send you the new contract name and
24  then we issue interest payment, that's it, and you get
25  a 1099 at the end of the year.  That's your involvement

Page 71

1   really.
2           MIKE:  That's incredible.
3           MR. JONGEWARD:  It is.
4           MR. JAGER:  Because I have -- I have
5   service-based businesses here in town and I look at
6   the -- the net return, you know, to me with managing,
7   you know, umpteen employees and --
8           MIKE:  Yeah.
9           MR. JAGER:  -- it makes it -- you know, at
10  some point sooner than later I'm going to -- I'll
11  liquidate, and I'll sell, sell the companies.  But, you
12  know, you weigh that, you weigh what -- what you're
13  doing with there versus here.  I hired a manager so
14  he's -- he's -- I'm completely removed from the
15  service-based business.  He handles everything.  So --
16  but he's still at the same time, you know, you can't
17  compare that.
18          MIKE:  Well, I'm headed to Indonesia to help
19  clean up a mess on Monday.  So I'm out of town for at
20  least two weeks.
21          MR. JAGER:  Yeah.
22          MIKE:  And, I mean, I make a great return as
23  a partner there but I -- it sucks when you have a
24  family, and you leave for two solid weeks and you're on
25  a completely different time zone.

Page 72

1           MR. JAGER:  Yeah.
2           MIKE:  So doing something like this.  Like my
3   situation, I was telling Jason I have a 1031 that I
4   cannot find something I'd want to put it in.  Like, I
5   was going to be do like a triple net lease, but I
6   haven't found anything.
7           MR. JAGER:  What's your timeframe?
8           MIKE:  So I --
9           MR. JONGEWARD:  You're about -- you're almost
10  out of time.
11          MIKE:  I'm almost out of time on my
12  identifying.  I'm at the point I'm just going to take a
13  penalty and pull.  Now there's -- everything is so
14  hyperinflated right now.
15          MR. JAGER:  That's true.
16          MR. JONGEWARD:  Yeah, yeah.
17          MIKE:  So --
18          MR. JONGEWARD:  So you're taking the penalty
19  if you buy in.
20          MIKE:  Well --
21          MR. JONGEWARD:  If you buy into that
22  hyperinflated market now it's like taking a penalty.
23          MIKE:  It's either now or later.
24          MR. JAGER:  Yeah, right.
25          MR. JONGEWARD:  You may as well take it now

Page 73

1   and get your money to work.
2           MIKE:  And after that I'm looking at placing,
3   like, 1.2 to begin with but --
4           MR. JAGER:  Right.
5           MIKE:  -- like, how long would that take for
6   you guys to work in?
7           MR. JONGEWARD:  That's probably the toughest
8   question I ever have to answer, how long until we --
9           MR. JAGER:  1.2, we're getting to a good
10  spot.  We were backed up with Jeff pausing the seven
11  firms.  In a few weeks we'll be in a much better
12  position --
13          MIKE:  Okay.
14          MR. JAGER:  -- where deal flow will be
15  better.
16          MIKE:  Oh, it's going to take me multiple
17  weeks to take a penalty and then get all this done.
18          MR. JONGEWARD:  So for example if I have $15
19  million and we place 500,000 a week then it's 30 weeks,
20  right.  Pretty easy math.  I have seen those, you know,
21  contracts from Shane coming a little --
22          MALE VOICE:  So in order to get on your
23  waiting list do you have to have the money in the bank?
24          MR. JONGEWARD:  No, there's an investor
25  request form, information request that I ask for.

Page 74

1      MIKE:  Yeah, he said that.
2      MR. JONGEWARD:  And on the bottom it
3   states -- it asks you how much you'd like to place and
4   when it will be ready.  Once I have all that
5   information from you then I'll put you on the list.
6      MALE VOICE:  Okay.
7      MR. JONGEWARD:  Yeah, that way.  And then
8   with the new document roll out we have all that through
9   DocuSign.  So we wait for you to get your very first
10   contract ready and then we'll give that entire document
11   package to you in DocuSign.  You can fill it out, and
12   then that way it's really easy and clean.  And Jeff
13   receives it, and Parker his son receive it really
14   nicely, and it's really easy for them to assimilate --
15      MIKE:  Okay.
16      MR. JONGEWARD:  -- and keep organized with it
17   so --
18      MIKE:  That's awesome.
19      MR. JAGER:  But Jason, it won't be 30 weeks.
20      MR. JONGEWARD:  No, no.
21      MR. JAGER:  We can -- we could -- yeah.  And
22   I think the deal flow is getting better.  I told Jeff I
23   need at least 2-1/2 to 3 million a week for placements.
24      MR. JONGEWARD:  Okay.
25      MR. JAGER:  And that -- you know, there's

Page 75

1   some weeks I was receiving 5.  My best week was
2   probably 5-1/2 million placed in a week.
3      MIKE:  That's incredible.
4      MR. JONGEWARD:  That would have been in
5   November, right?
6      MR. JAGER:  I think so.
7      MR. JONGEWARD:  Yeah, because that's when I
8   was seeing my best too, yeah.
9      MR. JAGER:  Yeah, uh-huh.  So -- but it's
10   kind of a process, you know.  There's -- there's some
11   great times and there's others where it's a little bit
12   more of a waiting game.
13      MIKE:  Okay.
14      MR. JAGER:  So, like I said, as long as
15   you're patient and --
16      MIKE:  And you guys have been pretty
17   comfortable with being here?  Like you're incentivized
18   to stick around?
19      MR. JAGER:  Yeah.  Yeah, absolutely.
20      MR. JONGEWARD:  Oh, yeah.
21      MIKE:  Okay.
22      MR. JAGER:  This is my favorite thing to do
23   is -- you know, and I -- we don't normally do -- I
24   mean, Jason is doing a lot of meetings.  I haven't
25   done -- you know, I don't do conference calls anymore.

Page 76

1   This was kind of a unique one that Jason said, hey, you
2   know, come on if you can handle it.
3      MR. JONGEWARD:  And by the way I think he
4   knows Jeff.
5      MALE VOICE:  Yeah.  I mean, so I was -- I
6   can't remember if you were both there, but I -- we
7   went -- he was one year head of me in high school and
8   when -- when Mike mentioned his name I went on Facebook
9   and I looked him up and noticed that we -- my best
10   friend from high school, Eric Sorenson (phonetic), was
11   like commenting on his wall, so they must have been on
12   the football team.  Did he play football or --
13      MR. JAGER:  Jeff played -- soccer was his
14   main sport.
15      MALE VOICE:  So I don't know.  So anyway, my
16   friend was on the football team, so they must have
17   known each other.
18      MR. JAGER:  The other was basketball.
19      MALE VOICE:  Oh, no.  So I was engaged to my
20   friend Eric's sister, and I think he dated my
21   ex-fiancée before I, before I dated her so --
22      MR. JAGER:  I see.
23      MALE VOICE:  So we dated the same girl.
24      MR. JAGER:  It's always something.  Jeff's
25   son is actually on the LA Galaxy.

Page 77

1      MIKE:  Really?
2      MR. JAGER:  He's on the B team and with hopes
3   of getting pulled up.  He just had his first season
4   with them so --
5      MIKE:  Wow.  That's amazing.
6      MR. JAGER:  He's done really well.
7      MIKE:  Wow. Cool.
8      MR. JAGER:  Yeah, that was pretty exciting.
9      MALE VOICE:  But anyway, yeah, so I mean it
10   would be nice to reconnect and have him -- I'd like to
11   just hear his story and hear Dr. John's story it sounds
12   like.
13      MIKE:  Yeah, I would too.
14      MALE VOICE:  So I don't know if you can
15   facilitate that.
16      MR. JAGER:  Yeah, absolutely.  We can set
17   that up.
18      MALE VOICE:  And I can come back down.  I
19   come through -- I mean, I usually am over flying Las
20   Vegas but I can, I can just land.
21      MR. JONGEWARD:  Yeah, okay.  We're -- we're
22   also building a behavioral health facility here in
23   town.  We've got 7.4 acres.
24      MALE VOICE:  Is that rehab?
25      MR. JONGEWARD:  It's rehab.  Yeah, it's

Page 78

1  really going to cover a lot of the -- you know, for
2  mental to, you know, substance abuse.
3       MALE VOICE:  I've got a friend who does that
4  in Utah, and she makes a killing.
5       MR. JONGEWARD:  Yeah.  Well, we've got a
6  monster facility we're building.  We've broken ground,
7  at least we're working on the infrastructure and
8  getting, you know, everything where it needs to go.
9  But it's going to be a hundred -- a hundred bed
10  facility on , we've got 7.4 acres here in town and
11  we're going to put an ER entrance, I mean an ER,
12  emergency facility on it as well.  So that's another
13  big, big --
14       MIKE:  That's incredible.
15       MR. JONGEWARD:  -- generator.  We're even
16  thinking of putting a surgical center on it as well
17  because that's -- those are some --
18       MR. JAGER:  So it's almost like a mini
19  hospital where the patients are rehabbed.
20       MR. JONGEWARD:  Exactly.
21       MR. JAGER:  But it's also just a clinic.
22       MR. JONGEWARD:  Yeah.  And a minimum stay --
23  typically when -- when patients will come in and the
24  minimum stay is three to four nights.
25       MALE VOICE:  So it sounds like guys are kind

Page 79

1  of jacks of all trades.  How do you hear about these
2  kind of things and how is it structured in your
3  organization?  Like, a new investment comes into whom,
4  to any of you or --
5       MR. JAGER:  I've got -- I mean, I think we're
6  connected.  I'm connected with several different people
7  that bring me deals.  The hospital is such a random
8  deal because I was -- I was representing a good friend
9  of mine selling his home and these guys came in with an
10  offer just shy of $5 million.  The buyer's agent said,
11  hey, I like you and I like you.  I introduced him to
12  the seller, which is my good friend.  And he's like,
13  I'd like to set up a meeting.
14       So he set up a meeting at his house, brought
15  us two together and this Dr. Okaykay (phonetic), which
16  is -- he's a psych doctor here in town, he's from
17  Nigeria, coolest guy.  And anyway we put together an
18  arrangement, a partnership to -- he already owned the
19  land, so we put together this partnership.  You know,
20  he bought the land three or four years ago and he -- we
21  put together a team to put this together.
22       So there's going to be a raise on that as
23  well, probably -- probably at least $10 million.  We
24  haven't really started.  Jeff actually is -- he's put
25  up about 2-1/2 million on that project already and

Page 80

1  he'll probably bring in more.  But that could be
2  another opportunity.
3       MALE VOICE:  So if somebody came in would be
4  it under the same terms he got, or would it be
5  different terms?
6       MR. JAGER:  Very similar, but I think the
7  partnership will likely be based on the business
8  entity, which with this thing fully firing should be
9  doing upwards of 65 million a year.
10       MALE VOICE:  Wow.
11       MR. JAGER:  So -- and Dr. Okaykay has run a
12  successful practice in Summerland.
13       MALE VOICE:  What's the name of it?
14       MR. JAGER:  It's -- well, we're -- we're
15  Grand Behavioral Hospital.  His practice is -- I'll
16  have to get that to you guys.  But he's doing 5 million
17  a year in -- from his little cracker box, you know,
18  strip mall offices.
19       MALE VOICE:  Wow.
20       MR. JAGER:  So he'll really be able to
21  expand.  It sounds like it's been a dream for him a
22  long time too, hasn't it?
23       MR. JAGER:  It's been a dream.  He drew it on
24  a napkin several years ago.  Finally was able to put
25  himself in a position to pick up the land, which he got

Page 81

1  at a great price.  I mean, I think he paid 1.3 for the
2  land and I'm getting offers periodically for 4-1/2, 5
3  mill.
4       MIKE:  Wow.
5       MR. JAGER:  So it was great that he secured
6  that.  Our other friend, Chris, he's a builder.  He
7  owns All American Builders.  So he's actually building
8  the hospital and he's also a partner.
9       MR. JONGEWARD:  Yeah, that's a unique
10  partnership.
11       MR. JAGER:  It is, yeah.
12       MR. JONGEWARD:  You've got the doctor, you've
13  got a real estate agent, you have a contractor, and
14  then as a -- you would be an investor I guess, right?
15       MR. JAGER:  Yeah.
16       MR. JONGEWARD:  That would your role there?
17       MR. JAGER:  Yeah, essentially, and raising
18  capital for it so --
19       MR. JONGEWARD:  Right, right.
20       MR. JAGER:  But, yeah, we've got -- you know,
21  I've invested in, over the last three years I've
22  probably invested in 30 plus start ups and these are --
23  Eco and the hospital are a couple of my favorite
24  outside of the settlements.
25       MALE VOICE:  Well, yeah.  So I'm familiar

Page 82

1   with the entrepreneurial space, you know, venture
2   capital space, very familiar, but I -- obviously the
3   higher the risk the lower the portion of my portfolio
4   that I've put in.
5        MR. JAGER: Sure.
6        MALE VOICE: Yeah, I'd want to assess
7   everything and --
8        MIKE: What risks do you guys see? Like,
9   sorry, and I keep bringing back that settlement funding
10  because that is -- that is so good. What risks are
11  there?
12       MR. JAGER: Well, initially, you know, in my
13  mind the two major risks were if -- if the insurance
14  company didn't pay on the claim.
15       MIKE: Yeah.
16       MR. JAGER: That was number one. Number two
17  was if an attorney went rogue with the capital, if they
18  had a large amount of our capital and decided to go
19  rogue. But we haven't seen either in six years or so
20  and --
21       MALE VOICE: I mean, they'd be forfeiting
22  their law practice.
23       MR. JAGER: Yeah, that's -- that's the --
24       MALE VOICE: For what, $80,000?
25       MR. JONGEWARD: Yeah, right.

Page 83

1        MR. JAGER: Yeah. I mean, it -- you know,
2   it -- yeah, it doesn't -- it wouldn't add up, you know,
3   to risk your license and potentially -- I mean, funds
4   are moving.
5        MALE VOICE: So the insurance company not
6   having the money is really the real risk.
7        MR. JAGER: That's probably the major risk,
8   yeah.
9        MALE VOICE: And that would happen all at
10  once.
11       MR. JAGER: Well, we've got -- we've got, you
12  know, a lot of these claims -- I don't know how many
13  are working with the same insurance company, but
14  it's -- they're diversified with all the different
15  claims. So I think if a company went bad that might
16  house a small amount of claims. I don't think
17  there's -- we're very well diversified --
18       MALE VOICE: Okay, okay.
19       MR. JAGER: -- on that side of things, and we
20  haven't dealt with that yet, you know.
21       MA: Yeah.
22       MR. JAGER: So we hope not to.
23       MALE VOICE: You know, in the aviation world
24  you guys heard of those, those two 737 Max 8's that
25  went down a couple of years ago, the Boeing planes

Page 84

1   that -- I don't know if you heard about those. But
2   there was one that went down in Indonesia, one that
3   went down --
4        MR. JAGER: Yeah.
5        MALE VOICE: -- in Ethiopia. And it turns out
6   that all the aviation companies in the world are all
7   participating because they all buy 10 percent -- I'll
8   buy 10 percent of your risk over here, I'll buy 10
9   percent of your risk over here. And so everybody had
10  to raise their rates because they'd all taken this --
11  and then Boeing, the entire Boeing worldwide fleet of
12  these jets was grounded for over two years.
13       So it was billions of dollars that the
14  insurance industry had to pay out.
15       MR. JAGER: Wow.
16       MALE VOICE: And so every single aviation
17  insurance company is hurting at once.
18       MR. JAGER: Right.
19       MALE VOICE: And so we've seen that risk in
20  our industry. We've seen and heard of it a lot.
21  (Inaudible) have gone up by 50 to 80 percent over the
22  last two years.
23       MR. JAGER: Wow.
24       MALE VOICE: And that's before the inflation
25  of last year kicked in, so who knows what will happen.

Page 85

1        MR. JONGEWARD: Just to try to absorb all of
2   that, that lost capital?
3        MALE VOICE: Yeah. Yeah, I mean, so what
4   they don't want to do is pay out on any little things
5   anymore. And so they will make you have -- so these
6   guys that are flying in the front seat I had to -- I
7   had to wait to hire them until they hit a certain level
8   of experience. So they had to go figure out something
9   else to do before they could be hired by us. And so,
10  yeah, we basically live our -- we do our business at
11  the behest of insurance companies. They kind of call
12  all the shots. Anyway --
13       MR. JAGER: Right.
14       MALE VOICE: Anyway, so hopefully that's not
15  what's going on, but you never know. They don't tell
16  you when they buy into somebody else's risk.
17       MR. JAGER: So what's it look like on the --
18  on the airplane side? I've heard from a number of
19  people that aircraft is 100 percent tax deductible.
20       MALE VOICE: So deductible is the wrong word.
21  You can --
22       MR. JAGER: Write off?
23       MALE VOICE: -- take advantage of what's
24  called bonus depreciation. So depending on your level
25  of sophistication in taxes this will make more or less

Page 86

1  sense to you.
2         But when you depreciate something, it means
3  that, yes, you're writing it off, but now you have an
4  asset that has a zero basis.
5         MR. JAGER: So when you sell it --
6         MALE VOICE: When you sell it, whatever the
7  purchase price is, you pay --
8         MR. JAGER: You recapture it basically.
9         MALE VOICE: That's exactly right. So you
10  pay what's called a recapture rate. So let's say your
11  marginal rate is 39 percent. If you're a rich guy,
12  you're making a lot of money -- well, 39 is the max.
13  So you're going to have a marginal rate somewhere
14  between 32 and 35 percent.
15         You can -- if you buy it by the end of -- I
16  can't remember if it's 2022. Do you know, Mike?
17         MIKE: I don't.
18         MALE VOICE: Mike has worked with me a little
19  bit on the (inaudible).
20         MR. JAGER: Isn't there, like, a five year, a
21  five-year period on planes?
22         MALE VOICE: The normal period is six years,
23  so if you do what's called straight line depreciation
24  you can depreciate it over six years. But now, and
25  this is going -- it's going to sunset slowly, right now

Page 87

1  you can take the entire deprecation the first year if
2  it's used more than 50 percent for commercial purposes,
3  which charter qualifies as.
4         MR. JAGER: It would, yeah. Okay.
5         MALE VOICE: So then we -- we help people get
6  into a plane and then they can take the entire purchase
7  price off their tax liability. However -- so let's say
8  you pay $6 million for an airplane, and you hold it for
9  five years. Over that five years it's going to be
10  worth maybe $5 million, right. So then you're paying
11  32 percent, you're -- you skip out on the liability of
12  32 percent on 5 million bucks or on 6 million bucks.
13  Then in five years you sell it for $5 million and then
14  depreciation recapture rate is 22 percent.
15         So number one you saved that 11 percent, it's
16  gone, you never have to pay it, and then you've
17  deferred the rest of it for five years, over which time
18  your money is worth less and you've got the enjoyment
19  out of it. So it is a benefit, but it's not -- it's
20  not 100 percent of a deduction like a lot of people
21  think it is.
22         MR. JAGER: Right.
23         MALE VOICE: So that's -- anyway, that's a
24  little bit of a sophisticated answer but it does -- I
25  mean, it is a big benefit. It adds -- it adds quite a

Page 88

1  lot of benefit to people's investment.
2         So we approach people, and we say, hey,
3  invest in an airplane. We'll charter it for you.
4  Here's the purchase price and here's the percentage of
5  the purchase price you get back every hour it flies.
6  And then we have contacts that allow us to
7  sell more hours than most people can do. So we can fly
8  80 hours a month, 90 hours a month --
9         MR. JAGER: Nice.
10         MALE VOICE: -- in an airplane and -- yeah,
11  well it's a real multiplier. And then we invest in
12  engine programs, maintenance programs to lessen their
13  risk on anything going wrong with the plane, and
14  obviously the plane is insured so, I mean, the only
15  thing that can really go wrong is that a part is
16  missing, and it takes forever to get here, and so the
17  plane sits for a couple of weeks and that can hurt.
18         MR. JAGER: What is the timeframe -- you
19  know, say I want a plane -- bless you -- by the end of
20  the year, before the end of the year, is that doable?
21         MALE VOICE: Oh, of course. No, we can get a
22  plane in -- if you had cash in the bank, we could get
23  you a plane in three weeks. It just depends. But the
24  hard part is doing a pre-purchase inspection.
25  Sometimes you'll wait.

Page 89

1         So you identify the type of plane you want.
2  If you told me I want to fly between here and Cabo San
3  Lucas, that's your mission, and I want to take seven
4  people with me, so that's the number of passengers you
5  want and the distance you want to fly. So now I know
6  your mission, I go out and find a plane, and then you
7  give me a budget.
8         MR. JAGER: Yeah.
9         MALE VOICE: And so I say in your budget with
10  your mission here are the planes that fit our model of
11  being able to return you cash on your investment. And
12  you look at them and you say, well, this one doesn't
13  perform financially quite as well but it's sexier and I
14  just want this one, right. And so that happens a lot.
15         And then we go out and find individual models
16  of that plane, individual aircraft that are for sale in
17  that year and in that model. And it may take -- that
18  may take a while because right now since August of last
19  year people have been just buying up every plane that's
20  on the market.
21         MR. JAGER: Interesting.
22         MALE VOICE: So it might take us two months,
23  three months to find the plane that you want, or there
24  might be one on the market right now. And we've gotten
25  pretty good at keeping up our contacts and we hear

Page 90

1    about things before they go on the market.  Because
2    once it's on the market you'll have ten offers by the
3    end of the day.
4              MR. JAGER:  Yeah.
5              MALE VOICE:  And that's kind of scary when
6    the -- I mean, I guess you're seeing homes hit that
7    level, but for an asset that's 5 million bucks --
8              MR. JAGER:  Yeah.
9              MALE VOICE:  -- it's kind of scary that there
10   are cash offers on the table by the end of the day, but
11   it does happen so --
12             MR. JAGER:  Absolutely.
13             MALE VOICE:  So what you -- here's how we,
14   here's how we counsel our people.  Pick your mission,
15   pick your budget, and then we know what to look for.
16   Then you put money in escrow.  The money is sitting
17   there.  So we find a plane that fits all of those
18   things and then we -- we'll do our homework.  Like, we
19   find the plane and we'll look at it and we'll say, all
20   right, what is it -- what does it need, what work
21   does it need done.
22             Then we have all contracts already prepared.
23   So we send out a letter of intent, which is
24   non-binding.  That letter of intent gets us from the
25   offer to the contract, and then within three or four

Page 91

1    days then we've got a contract that we send.
2              MR. JAGER:  Okay.
3              MALE VOICE:  So then the contract covers you
4    for things like, all right, what -- what might be wrong
5    with this plane.  So before we get under contract we go
6    out and look at it.
7              But it's a cursory examination, and then, you
8    know, then we'll go and take it into a shop, and that
9    will cost you -- that's on the buyer.  That will cost
10   you $20,000.
11             MR. JAGER:  Right.
12             MALE VOICE:  And if it turns out you don't
13   want the plane, you're out that 20K.  But you're under
14   contract so you -- you have to be the one to back out.
15   MR. JAGER:  Right.
16   MIKE:  Quick thing.  So Michelle just texted
17   me.  They're just leaving Caesar's.  How long does that
18   take to get to here?
19             MALE VOICE:  From Caesar's Palace to here?
20             MIKE:  Yeah.
21             MALE VOICE:  20 minutes.
22             MIKE:  Okay
23             MALE VOICE:  So, yeah, we got a few minutes.
24             So then -- yeah, well then, the plane -- once
25   the inspection is done -- and sometimes you find a

Page 92

1    plane that just fell out of contract, and the
2    inspection is already done, and they'll give you access
3    to it.  So that's when I was saying you can buy a plane
4    in three weeks.
5              If you have cash -- if you've got to get
6    financing then that can take two months or more, but if
7    you have cash then you find a plane if you're lucky
8    enough that has already had a pre-inspection done and
9    you can close -- I mean, you can close in two days,
10   right, if you trust the pre-inspection.
11             MR. JAGER:  Yeah.
12             MALE VOICE:  But that's rare enough.  The
13   deals that we've seen take two or three months to go
14   through.
15             MR. JAGER:  Okay.
16             MALE VOICE:  But that's very reasonable is
17   two or three months once we -- once we identify the
18   aircraft that we want.
19             MR. JAGER:  Okay.
20             MALE VOICE:  Which that can take however
21   long.  But there are planes out there for $2-1/2
22   million right now that will make money.
23             MR. JAGER:  Huh.
24             MALE VOICE:  Almost this big inside.
25             MR. JAGER:  Really.

Page 93

1              MALE VOICE:  Yeah.
2    MR. JAGER:  I mean, for us I think we've kind
3    of -- this is our middle ground.  We have a place in
4    San Clemente.  We also have on in Heber.  So, you know,
5    that -- shuttling back and forth.
6              MALE VOICE:  That would be nice, wouldn't it?
7              MR. JAGER:  Yeah, that would be -- that would
8    be nice.
9              MALE VOICE:  San Clement to Heber is --
10             MR. JAGER:  We're going to -- John Wayne
11   would be the preferable airport.
12             MALE VOICE:  Yeah, we fly there all the time.
13             MR. JAGER:  Yeah.
14             MALE VOICE:  Gosh, that's a
15   one-and-a-half-hour flight.
16             MR. JAGER:  Yeah, it's pretty, pretty easy.
17   But I would like to have the capability to go further,
18   Cabo or, yeah, that would be great.
19             MALE VOICE:  This plane has a 2,000-mile
20   range.  It will go Salt Lake to Cabo non-stop.
21             MR. JAGER:  Wow.
22             MALE VOICE:  And then some.
23             MR. JAGER:  This one  here?
24             MALE VOICE:  Yeah.  It will go Seattle to
25   Cabo.

Page 94

1    MR. JAGER: Wow.
2    MR. JONGEWARD: Got enough seats? I think
3    so.
4    MR. JAGER: Yeah.
5    MALE VOICE: Yeah. And I mean, you know, you
6    can get bigger than this, but it gets more expensive
7    per hour. This plane has a 14 -- 1,300 per hour
8    operating cost, and so at $4,400 an hour on the charter
9    market it makes pretty good money.
10   MR. JAGER: Yeah. Yeah, that's great. I --
11   we flew -- we've flown Jet Suite Ex a few times out of
12   John Wayne.
13   MALE VOICE: Yeah, yeah.
14   MR. JAGER: That was not a bad experience,
15   but it was kind of last minute, you know.
16   MALE VOICE: Yeah, so Google the Phenom 300
17   and you'll see that they're in (inaudible).
18   MR. JAGER: Why don't you send me if you
19   would --
20   MALE VOICE: Yeah, we just have a -- we just
21   have a one-page spreadsheet that shows you. It's
22   really easy.
23   MR. JONGEWARD: I can share his email with
24   you.
25   MALE VOICE: Yeah, I don't know. Maybe you

Page 95

1    guys bring our standard deal and you guys can
2    participate in this. If you bring us an owner, we'll
3    give you 10 percent of the first year's profit.
4    MR. JAGER: Oh, okay.
5    MALE VOICE: And that doesn't come out of the
6    owner's pocket, it comes out of what we make so --
7    MR. JAGER: So what you guys would make.
8    MALE VOICE: So you don't have to feel bad
9    about bringing a friend in.
10   MR. JAGER: As an incentive, yeah.
11   MALE VOICE: Yeah.
12   MR. JAGER: How may planes do you have in
13   your --
14   MALE VOICE: Five jets.
15   MR. JAGER: Five right now?
16   MALE VOICE: Yeah.
17   MR. JAGER: Okay.
18   MALE VOICE: Yeah.
19   MR. JAGER: Cool.
20   MALE VOICE: So this is a -- it's not -- I
21   wouldn't say it's an unproven model, but it's fairly
22   new. They're not like you guys with a track record
23   but --
24   MR. JAGER: Yeah.
25   MALE VOICE: -- this has just been -- for me

Page 96

1    I wanted -- I could pick what I wanted to do and so I
2    wanted to pick something that was my passion. And so I
3    want to take this company, and, like, I mean -- I don't
4    know if this is -- sounds like you're kind of on the
5    fence whether that's your goal or not, but I want this
6    to be a billion-dollar company and there's no reason to
7    think it can't. Net Jets did it.
8    MR. JAGER: Yeah.
9    MALE VOICE: Wheels Up did it. Jet Links did
10   it. There are a number of companies that --
11   MIKE: (Inaudible) went public and they've
12   been killing it.
13   MALE VOICE: Yeah.
14   MR. JAGER: And the timing is good too it
15   seems like.
16   MALE VOICE: Yeah. I mean, it has taken four
17   years to get to this point, but it's fun every day. I
18   like going to work so --
19   MR. JAGER: Cool.
20   MALE VOICE: Yeah, it's going to be a good
21   one.
22   MR. JAGER: Could you hook us all up in an
23   email and --
24   MALE VOICE: Absolutely. Do you have any
25   more questions? I'm sorry I cut you off.

Page 97

1    MR. JAGER: Oh, no, you're good. I --
2    MALE VOICE: So you guys have given us a
3    pretty good --
4    MIKE: Yeah, I feel a lot more comfortable
5    about this after this, especially putting the faces
6    with the name. And thank you guys for coming and
7    meeting us out there.
8    MALE VOICE: Yeah, yeah.
9    MR. JAGER: Well, thanks for having us.
10   MR. JONGEWARD: Yeah, I was going to share
11   with you, you know, you were talking about the
12   different investments. One of the things that Shane
13   and I were talking about was Eco is a very unique
14   opportunity because they're only looking for your
15   capital for 12 months.
16   MIKE: Yeah, that's interesting.
17   MR. JONGEWARD: So what we were -- what I've
18   done with some of my -- members of my group is I've
19   said, hey, even if you wanted to sell some contracts
20   take that capital, put it into Eco, you get it back in
21   12 months and you can put it right back into legal
22   contracts but you qualify for the multiple at the end.
23   MIKE: So the position I'm in, I might be
24   taking out of my Indonesia position, and I like it
25   because it's passive income. So I want to find more

Page 98

1    passive income.
2         MR. JONGEWARD:  Sure.
3         MIKE:  Like, I'm already gone 15, 16 days of
4    the month.  Like, my family doesn't need that.  I want
5    to be home more.
6         So I'm looking more for that.  My situation,
7    I'll be out of town for two to three weeks depending on
8    how much worse the situation continues to go.
9         MR. JONGEWARD:  Sure.
10        MIKE:  But after that I'd be really
11   interested.  Hopping on a flight down here isn't bad,
12   especially if we come together.
13        MALE VOICE:  Yeah, yeah.
14        MIKE:  So --
15        MALE VOICE:  I mean, yeah, if the plane -- so
16   this plane was idle today, which is why I was able to
17   bring it down here.  But I'm not going to give up a,
18   you know, a $25,000 charter to come down here so --
19        MR. JAGER:  Sure.
20        MALE VOICE:  If it works out, we can fly down
21   private, if not we might fly in McCarren or whatever.
22        MR. JAGER:  Yeah, sure.
23        MIKE:  Yeah, we'd love to continue.  What
24   else would you like to know from us, anything?  Like, I
25   really appreciate that you guys came out and met us.

Page 99

1    Like --
2         MALE VOICE:  Yeah.  I mean, I'd like to --
3    I'd like to have a face-to-face with Jeff and I'd like
4    to have a face-to-face with Dr. John.  And you
5    mentioned one other person.  Did you -- it sounded like
6    there was one other guy that was (inaudible).
7         MR. JONGEWARD:  I think Dr. John probably one
8    of the better --
9         MR. JAGER:  Dr. John, I mean he's probably
10   the --
11        MALE VOICE:  I don't need to be face-to-face
12   with him, but even, even a Zoom meeting would be nice.
13        MIKE:  Yeah.
14        MALE VOICE:  That's the thing these days.
15        MR. JAGER:  Yeah.
16        MIKE:  Come down and I think one of our
17   friends also -- so we co-invest a lot together and
18   it -- it just makes it more fun when you're
19   co-investing with your friends.
20        MR. JAGER:  Yeah, absolutely.
21        MIKE:  Graham, he's -- he's looking too, so
22   maybe we could bring him down.
23        MALE VOICE:  Yeah.  I mean, this -- I've seen
24   him do this kind of thing.  By kind of thing what I
25   mean is this level of risk/reward.  So it might be that

Page 100

1    he -- yeah, it might be that he'd want to.
2         MIKE:  Yeah, he's a lot less gun shy than we
3    are.
4         MALE VOICE:  Yeah.
5         MIKE:  Yeah.
6         MR. JAGER:  A lot less gun shy.
7         MIKE:  So --
8         MR. JAGER:  Well, I think -- I think --
9         MIKE:  And then again, he killed it on things
10   that we, we didn't.
11        MALE VOICE:  I'm going to let these guys know
12   they can start -- I think we need to have a mechanic
13   come and look at this ATU before we take off.
14        MIKE:  Okay.
15        MR. JAGER:  Hey, guys, we'll walk you in.
16   Thank you so much.
17        MALE VOICE:  No, thank you.
18        MIKE:  How did you guys like your food?  I
19   thought it was good.
20        MR. JONGEWARD:  I thought it was good, yeah.
21   Mine was good.
22        MR. JAGER:  Yeah, the food was good.
23        MIKE:  I thought -- I thought it was all
24   right.
25        MALE VOICE:  Well, we're having lunch at a

Page 101

1    gas station.
2         MIKE:  Yeah, for a gas station it was great.
3    Thank you.  And guys, thank you so much for meeting
4    with us.
5         MR. JAGER:  Yeah.
6         MIKE:  (Inaudible) later.
7         MALE VOICE:  My kids are so good at that.
8    You leave a (inaudible) anywhere close and it's on the
9    ceiling somewhere.
10        MR. JAGER:  Yeah.
11        MR. JONGEWARD:  Thank you guys.
12        MR. JAGER:  We'll continue to talk and
13   hopefully we can make each other a lot of money.
14        MIKE:  Yeah.
15        MALE VOICE:  I like the sound of that.
16        MR. JAGER:  I like the idea of helping you --
17   having you find me a plane.
18        MALE VOICE:  Yeah.
19        MR. JAGER:  That was my plan in 2022, to get
20   one before year end.
21        MALE VOICE:  So Google the Phenom 300.  This
22   plane right now is our hot item.  They're hard to find.
23        MR. JAGER:  Yeah.
24        MALE VOICE:  But they are in so much demand
25   and the demand we foresee it, you know, taking place

Page 102

1  for years to come.
2      MIKE:  Do you know what kind of plane Jeff
3  has?
4      MR. JAGER:  You know what, I don't know.
5      MALE VOICE:  Let me text you both my business
6  card.
7      MR. JAGER:  Yeah, I'm not sure what --
8      MALE VOICE:  Give me your phone number there.
9      MR. JAGER:  Mine is 702 --
10     MALE VOICE:  I'm sorry, let me just get to a
11  place here.  All right, go ahead.
12     MR. JAGER:  702-234-6394.
13     MALE VOICE:  6394.  And -- go ahead.
14     MR. JONGEWARD:  Yeah.  So it's 509-768-4990.
15     MALE VOICE:  509-768-4990.  Oops.  That went
16  into the -- okay.  Give me that one more time.  It went
17  into the actual chat.
18     MR. JONGEWARD:  Yeah.  So Jason and it's --
19     MALE VOICE:  509.
20     MR. JONGEWARD:  768-4990.
21     MALE VOICE:  768-4990.  Okay.  And I'll just
22  send you guys --
23     MR. JONGEWARD:  Yeah, that would be nice for
24  you to be able to catch a flight down because you spend
25  a lot of time on the road.

Page 103

1      MR. JAGER:  Yeah, it would be.
2      MR. JONGEWARD:  Yeah.
3      MALE VOICE:  Oops.  And you got your own
4  phone number in the text chat because I put it in both
5  ways.  You can -- you can record that number if you
6  want.
7      MIKE:  (Inaudible) don't worry about it,
8  yeah.
9      Hey, guys, thank you.
10     MR. JAGER:  Thank you.
11     MIKE:  So I'm going to be on a 14-hour time
12  difference, so if you email me if I don't respond for a
13  few days -- I don't know what the (inaudible) looks
14  like.
15     MALE VOICE:  And I'm also terrible with
16  email.  I just -- I've got my people -- I've probably
17  got -- we've gone from -- is this yours?
18     MR. JAGER:  Yes, thanks.
19     MALE VOICE:  Do you want to finish it off?
20  We've got -- we've gone from 8 people to 23 people in
21  the last four months so --
22     MR. JAGER:  Wow.
23     MALE VOICE:  -- email is kind of like awful
24  for me.
25     MR. JONGEWARD:  I'm with you.  Text, text is

Page 104

1  my --
2      MALE VOICE:  Yeah.
3      MR. JONGEWARD:  -- preferred route.
4      MALE VOICE:  There you go.
5      MIKE:  Thanks, guys.
6      MALE VOICE:  It will catch itself.  You can
7  just push it up.
8      MIKE:  I'm going to hit the bathroom.
9      MALE VOICE:  So this will be training for
10  you.
11     (Chatter.)
12     MIKE:  It's pretty fun.  Like, I don't love
13  flying and that one doesn't bother me.
14     (Chatter.)
15     MIKE:  Guys, this was great.  I feel a little
16  more comfortable with this.  I was a little skeptical
17  before.  You've had people accuse of being a Ponzi
18  scheme?
19     MR. JONGEWARD:  I've had a few, yeah.
20     MR. JAGER:  Yeah.
21     MR. JONGEWARD:  (Inaudible) enough contracts
22  if it's a Ponzi scheme to replace the, you know, the
23  payout for that week and I've seen north of $5 million
24  being paid out and only a few contracts new coming in.
25  You know, I've seen the influx and just seeing the

Page 105

1  variables too.  (Inaudible.)
2      MR. JAGER:  But I've seen some actual payouts
3  to the attorneys that are on the contracts.  So it's --
4  it's legit.
5      MALE VOICE:  Okay.
6      MIKE:  Hey, good, thank you.
7      MR. JAGER:  Yeah, you too.
8      MR. JONGEWARD:  Thanks for lunch.  Appreciate
9  it.  Glad to meet you.
10     MIKE:  Great to meet you.
11     MR. JAGER:  Nice to meet you too.
12     MALE VOICE:  (Inaudible.)
13     MR. JAGER:  All right, (inaudible).
14     MR. JONGEWARD:  I will, yeah.
15     MR. JAGER:  Like I said, we've probably
16  spoken but I don't remember (inaudible).
17     MIKE:  So how often do you hear that, that
18  people (inaudible).
19     MR. JONGEWARD:  You know, not often, not very
20  often but, you know, especially with some of the new
21  investors from time to time, you know.  It seemed like
22  it was kind of (inaudible) I would hear, I would hear
23  it more.  But it does -- that's the skeptic looking at
24  the return thinking no way.
25     MIKE:  Yeah.  I mean, 50 percent is a pretty

Page 106

1  crazy return.
2       MR. JONGEWARD:  Yeah.  But, you know, when
3  you think -- when you break it down it's -- your
4  capital is actually funded -- to get to that 50 percent
5  you're funding four different plaintiffs over the
6  course of 12 months.
7       MIKE:  Yeah.
8       MR. JONGEWARD:  So, you know, when you break
9  it down to that aspect, you know, it doesn't sound as
10  impressive.
11       MIKE:  Yeah.  I'm going to wash my hands real
12  quick.  Yeah, if you're breaking it down that -- that
13  makes a lot more sense.  I would love to meet the guys
14  who came up with this.
15       MR. JONGEWARD:  Yeah, they're -- Jeff and
16  Matt, depending -- like I said, they're not really
17  super (inaudible) capital at this point in the game --
18       MIKE:  Yeah.
19       MR. JONGEWARD:  -- so getting a meeting with
20  them is going to be difficult.  But I'm not saying it's
21  impossible, you know.  It's doable.  I think
22  (inaudible).  I would just say, you know (inaudible)
23  first of all.
24       MIKE:  Okay.
25       MR. JONGEWARD:  Let's start with (inaudible)

Page 108

1            TRANSCRIBER'S CERTIFICATE
2
3  I, Cheryl Shifflett, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of project name:
7  2022.02.17 Jager Jongeward In Person.
8
9
10
11
12
13
14  _____
15       Transcriber
16
17
18
19
20
21
22
23
24
25

Page 107

1  and then just watch it perform.
2       MIKE:  Cool.  We'll check it out.  This is
3  great.  Yeah, this was great.  This is my favorite
4  thing.
5       MR. JONGEWARD:  My favorite thing that I do
6  is (inaudible).
7       MIKE:  I travel too much for my liking so if
8  I can find a place where to work money I'm interested.
9       MR. JONGEWARD:  I'm all about getting
10  different horses working for me and the ones that are
11  performing I'll -- you know, you feed them more.
12       MIKE:  Yeah, you feed the ones that work.
13       MR. JONGEWARD:  And this is one of those
14  that's worth feeding.
15       MIKE:  Awesome.  Anyway, thanks guys.
16       MR. JAGER:  Okay, see you.  Take care.  Nice
17  to meet you.
18       MR. JONGEWARD:  Yeah, sounds good.
19       MIKE:  Do you know where (inaudible)?
20       MALE VOICE:  That would in the lounge.
21       MIKE:  Oh, okay.
22       MALE VOICE:  You ready to go, head home?
23       (End of audio file.)
24            * * * * *
25

**A**

**able** 14:21 16:19
  23:9,13 43:21
  49:12 55:18
  66:13 80:20,24
  89:11 98:16
  102:24
**absolutely** 30:9
  75:19 77:16
  90:12 96:24
  99:20
**absorb** 85:1
**abuse** 78:2
**access** 92:2
**accident** 53:21
**accidents** 26:11
**accommodating**
  62:5
**account** 65:5,8
**accurate** 108:4
**accuse** 104:17
**acid** 41:9 42:11
  42:13,24 47:1
**acre** 38:15
**acres** 77:23
  78:10
**acts** 23:12
**actual** 29:21
  102:17 105:2
**add** 56:7 83:2
**addendum** 56:6
**adding** 54:18
**adds** 68:9 87:25
  87:25
**advantage** 85:23
**advertise** 53:8
**affluency** 18:6
**age** 37:10
**agencies** 30:8
**agent** 79:10
  81:13
**ago** 10:8,11
  18:11 36:19,25
  79:20 80:24
  83:25
**agreement** 27:18
  28:5 40:8 56:6
**ahead** 8:10
  102:11,13

**Air** 19:20
**aircraft** 85:19
  89:16 92:18
**airplane** 19:18
  85:18 87:8
  88:3,10
**airport** 15:17,19
  21:23 93:11
**aside** 65:5
**allocated** 52:21
**allow** 88:6
**allowed** 54:11
**amazing** 77:5
**American** 81:7
**amount** 25:14
  25:21 26:19
  50:5 60:19
  62:9,12 63:11
  64:11 70:1
  82:18 83:16
**amps** 42:8
**anniversary**
  14:10
**annoying** 10:20
**annualized** 34:7
**answer** 73:8
  87:24
**Anthem** 11:13
  11:16,17 36:23
  37:1
**anticipating**
  41:1
**anybody** 54:6
**anymore** 19:4
  75:25 85:5
**Anytime** 32:5
**anyway** 6:23
  20:11,15 22:6
  22:22 48:2
  69:15,16 76:15
  77:9 79:17
  85:12,14 87:23
  107:15
**appeal** 44:15
  51:13
**appealing** 51:21
**appreciate**
  11:12 98:25
  105:8
**approach** 69:8

88:2
**area** 17:24 18:18
**arrangement**
  56:18 79:18
**arrangements**
  29:17 67:16
**Ascia** 36:25
**aside** 65:5
**asked** 58:12
**asking** 43:18
**asks** 74:3
**aspect** 106:9
**assess** 82:6
**asset** 86:4 90:7
**assimilate** 74:14
**assume** 25:22
  27:20 28:8
**assuming** 49:24
**attorney** 22:7
  23:25 25:11
  28:12,14,19
  56:14,20,24
  57:2 62:14,16
  62:16 63:20
  64:7 67:17
  68:14 82:17
**attorney's** 24:1
  68:14
**attorneys** 25:8
  27:15 56:18
  57:1 66:19
  105:3
**attraction** 27:14
**attractive** 25:24
**ATU** 100:13
**audio** 1:15
  107:23
**audit** 29:25
**August** 89:18
**available** 61:17
**average** 42:16
**aviation** 35:24
  83:23 84:6,16
**aware** 25:8
**awesome** 5:2
  16:18 17:14
  34:2 39:18
  59:11 61:14
  74:18 107:15

**awful** 103:23

**B**

**B** 77:2
**babymoon** 18:8
**back** 2:3 5:16
  13:1 16:5,19
  32:3 39:11
  45:9 50:14,15
  50:23 77:18
  82:9 88:5
  91:14 93:5
  97:20,21
**backed** 73:10
**backwards**
  49:17
**bad** 7:14 65:9,12
  83:15 94:14
  95:8 98:11
**bag** 33:23
**balance** 68:7
**bank** 49:25
  73:23 88:22
**base** 8:19 62:16
**based** 29:8,25
  46:18 66:21
  68:24 80:7
**basic** 25:1
**basically** 45:5
  50:9 52:15
  85:10 86:8
**basis** 70:14 86:4
**basket** 51:17
**basketball** 38:22
  76:18
**bathroom** 104:8
**batteries** 40:18
  40:19 41:19,22
  41:24 43:2,15
  43:23 47:18
  48:20 50:5
**battery** 39:19,20
  40:7 41:10,12
  42:16,20,21
  43:7,11,12
  44:15 46:6,24
  47:20
**Beasley** 24:2
  25:6

**beat** 36:15 64:13
**bed** 78:9
**behavioral**
  77:22 80:15
**behest** 85:11
**belt** 19:25
**benefit** 87:19,25
  88:1
**benefits** 54:2
**benefitting**
  53:15
**best** 6:14 11:22
  12:19 53:20
  75:1,8 76:9
**bet** 18:5 33:7
**better** 42:10
  47:3 58:13,15
  58:15 61:23
  67:22 73:11,15
  74:22 99:8
**bid** 14:25
**big** 26:11 39:14
  39:16,20,24
  46:22 48:6
  78:13,13 87:25
  92:24
**bigger** 94:6
**biggest** 38:10
**biking** 53:21
**billion** 45:19
  64:1
**billion-dollar**
  46:15 96:6
**billionaires** 19:2
**billions** 84:13
**bit** 12:23 24:22
  27:2 29:11,18
  32:15 35:9
  36:10 54:12
  55:19 66:11
  68:1,17 75:11
  86:19 87:24
**BK** 65:7
**bless** 88:19
**blessing** 59:21
**Blue** 35:11
**Bluetooth** 47:19
**board** 27:10
  30:8

**boat** 19:5 41:11
  44:13
**Boeing** 83:25
  84:11,11
**bolt** 43:12
**bonus** 85:24
**book** 27:16
**booked** 14:18
**born** 13:12
  21:18
**boss** 23:10
**bother** 104:13
**bottom** 74:2
**bought** 79:20
**box** 80:17
**branch** 41:17
**Brazilian** 19:20
**break** 106:3,8
**breakfast** 6:8
**breaking** 106:12
**breast** 6:18 9:4
  9:10
**bring** 4:1 6:11
  8:6 13:3 40:9
  67:9 68:25
  79:7 80:1 95:1
  95:2 98:17
  99:22
**bringing** 37:23
  66:7 67:6 68:1
  82:9 95:9
**brings** 44:20
**broken** 78:6
**brought** 40:13
  40:13 42:4
  44:10 45:2
  55:15,16 68:1
  79:14
**bucks** 87:12,12
  90:7
**budget** 89:7,9
  90:15
**bug** 38:4
**build** 19:4
**builder** 81:6
**Builders** 81:7
**building** 46:19
  77:22 78:6
  81:7

**built** 37:20
  38:11,14 39:8
**bulk** 26:13 61:2
  61:2
**bump** 66:13
**bunch** 38:5
  43:23
**business** 2:11
  22:15 40:4
  43:5 48:23
  56:2 71:15
  80:7 85:10
  102:5
**businesses** 71:5
**busy** 37:15
**buy** 4:18 5:3,3,7
  5:14,25 26:21
  38:5 72:19,21
  84:7,8,8 85:16
  86:15 92:3
**buyer** 28:5 91:9
**buyer's** 79:10
**buying** 25:17
  60:24 89:19

**C**

**C** 2:1
**Cabo** 89:2 93:18
  93:20,25
**Caesar** 6:17,19
  8:12 9:14,15
  33:8,21
**Caesar's** 91:17
  91:19
**cake** 45:15
**California** 4:16
  17:1,6
**call** 44:2 85:11
**called** 11:15
  19:19 35:11
  85:24 86:10,23
**calls** 75:25
**cap** 43:11,25
**capability** 93:17
**capital** 25:13,15
  26:2 28:17
  41:5 43:20
  44:9,18,20
  49:9,16 52:25

61:9 62:6
  63:20 81:18
  82:2,17,18
  85:2 97:15,20
  106:4,17
**card** 2:11 102:6
**care** 65:10,11
  107:16
**carryout** 2:7
**cart** 40:18 41:24
  42:14,15,19
  43:6,13 47:13
**carts** 41:6
**case** 61:12 65:13
**Casey** 48:12,18
**cash** 6:3 60:24
  69:6 88:22
  89:11 90:10
  92:5,7
**cashflow** 46:13
**catch** 102:24
  104:6
**category** 26:19
**ceiling** 101:9
**center** 5:16 43:8
  78:16
**certain** 29:17
  85:7
**CERTIFICATE**
  108:1
**certify** 108:3
**challenging**
  51:10
**charge** 28:10
**charges** 42:22
**charter** 4:8
  20:10 57:25
  58:2 87:3 88:3
  94:8 98:18
**chat** 69:17
  102:17 103:4
**Chatter** 13:15
  104:11,14
**check** 31:9 107:2
**checking** 60:20
**Cheryl** 108:3
**chicken** 6:17,18
  6:19 9:4,10,15
  33:17,19

**chilly** 13:20
**chips** 19:16
**choice** 10:2
**Chris** 81:6
**Christmas** 14:2
  14:6
**church** 59:18,25
  60:6,8
**City** 13:22
**claim** 25:2,25
  82:14
**claims** 24:15
  25:21 26:13
  83:12,15,16
**clean** 71:19
  74:12
**clearing** 10:9
**Clement** 93:9
**Clemente** 93:4
**client** 25:12
**clinic** 78:21
**close** 11:18
  19:17 52:15
  92:9,9 101:8
**closing** 46:18,19
**club** 11:14,16
  19:12 33:5,7
**clubhouse** 9:22
**co-invest** 99:17
**co-investing**
  99:19
**co-op** 28:13
**co-pilot** 20:4
**Coeur** 17:24
  18:4,11,16
  19:7
**collect** 56:12
**college** 35:10
**comb** 19:15
**combination**
  50:3
**come** 16:5 17:3
  18:6 29:25
  30:3 39:11
  49:10 63:11
  66:22 69:11
  76:2 77:18,19
  78:23 95:5
  98:12,18 99:16

100:13 102:1
**comes** 50:14,15
  54:5,6 79:3
  95:6
**comfortable**
  53:11 64:2
  75:17 97:4
  104:16
**coming** 4:14
  36:3 54:20
  73:21 97:6
  104:24
**commenting**
  76:11
**commercial** 87:2
**commission** 1:1
  29:8
**commitment**
  61:4,5 62:20
**commitments**
  62:13
**communicate**
  47:20
**communities**
  37:2
**companies**
  49:24,25 65:15
  71:11 84:6
  85:11 96:10
**company** 4:8 5:6
  29:25 30:1
  31:2 35:11,21
  44:24 45:18
  50:19 65:7,21
  66:2 82:14
  83:5,13,15
  84:17 96:3,6
**compare** 70:16
  71:17
**compared** 47:5
**comparing** 47:4
**complete** 108:4
**completely**
  60:12 71:14,25
**computer** 35:10
**concept** 58:15
**conference**
  75:25
**configuration**

19:12
**configure** 48:19
**connect** 43:11
**connected** 52:24
   60:16 79:6,6
**connection** 44:6
**connections**
   43:13
**constant** 70:14
**Consulting** 1:5
   28:4,4,6
**contacts** 88:6
   89:25
**contained** 108:5
**continue** 53:12
   98:23 101:12
**continued** 15:7
**continues** 98:8
**contract** 25:16
   25:16,18,20
   27:16 28:3,17
   35:1 54:10
   60:25 61:8
   64:9 70:22,23
   74:10 90:25
   91:1,3,5,14
   92:1
**contracted** 57:4
**contractor** 81:13
**contracts** 16:13
   35:5 49:13
   51:22 53:16
   54:22 55:4
   56:19 57:10
   61:9 63:11,15
   63:16,16,21,23
   64:11,16,18
   73:21 90:22
   97:19,22
   104:21,24
   105:3
**control** 47:20
**conversion** 43:8
**conversions** 41:9
**convert** 43:14
**cool** 35:17 41:20
   47:24 57:18
   59:21 77:7
   95:19 96:19

107:2
**coolest** 79:17
**correct** 34:24
**cost** 5:15 91:9,9
   94:8
**counsel** 90:14
**Country** 11:13
   11:16
**couple** 3:21
   27:11 28:22
   30:4 32:6
   36:25 66:18
   81:23 83:25
   88:17
**course** 38:16,16
   44:22 61:6
   88:21 106:6
**court** 38:23
**cover** 61:11 78:1
**covers** 91:3
**Covid** 17:21
**cracker** 80:17
**crazy** 59:12
   106:1
**created** 25:6
   29:24 44:18
   68:16
**crop** 2:11
**current** 37:23
**currently** 46:2
   52:1
**cursory** 91:7
**custom** 37:22,22
**customs** 37:20
   37:21
**cut** 65:22 96:25
**cycles** 42:23

**D**
**D** 2:1
**d'Alene** 17:24
   18:4,11,17
   19:7
**dabble** 37:18
**dad** 22:6,15,15
   22:17 53:21
**dad's** 22:17
**Daniel** 14:11
**Daniels** 14:9,10

**dated** 76:20,21
   76:23
**day** 30:23 37:14
   57:13,13 90:3
   90:10 96:17
**day-to-day**
   57:11
**days** 26:4 28:17
   34:13,14,15,22
   34:24 35:4
   55:20 58:3
   65:20 70:22
   91:1 92:9 98:3
   99:14 103:13
**deal** 27:2 29:15
   46:22 53:5
   56:17,24 70:13
   73:14 74:22
   79:8 95:1
**dealing** 10:9
**deals** 65:18 79:7
   92:13
**dealt** 83:20
**debating** 21:8
**debt** 44:16,16
**December** 13:23
**decide** 63:15
**decided** 82:18
**decision** 69:22
**deductible** 85:19
   85:20
**deduction** 87:20
**Deer** 53:21
**defaults** 64:18
   64:20
**deferred** 87:17
**delinquent**
   56:11
**delivered** 47:19
**demand** 43:18
   101:24,25
**depending** 26:18
   45:2 63:12
   85:24 98:7
   106:16
**depends** 61:23
   88:23
**deprecation**
   87:1

**depreciate** 86:2
   86:24
**depreciation**
   85:24 86:23
   87:14
**dessert** 10:25
**detail** 64:12
**details** 24:8
**development**
   16:11
**difference** 45:12
   103:12
**different** 16:12
   21:2 35:23
   37:2 41:24
   46:1 65:15
   71:25 79:6
   80:5 83:14
   97:12 106:5
   107:10
**difficult** 106:20
**dinner** 19:6
**dip** 8:14 9:18
   30:24 33:12
**direction** 5:18
**discussing** 16:14
**distance** 89:5
**distribute** 43:24
**distribution**
   43:24
**District** 22:7
**diversified** 1:24
   35:23 83:14,17
**diversifying**
   51:14
**doable** 88:20
   106:21
**docs** 30:5
**doctor** 79:16
   81:12
**document** 55:23
   74:8,10
**DocuSign** 74:9
   74:11
**doing** 2:25 3:2
   7:22 14:25
   23:21 24:21
   30:22 31:20
   39:19,25 41:13

44:16 51:6
   52:10 53:2
   55:17 57:10
   59:13 67:16
   71:13 72:2
   75:24 80:9,16
   88:24
**dollar** 38:7
   45:21
**dollars** 28:23
   84:13
**door** 19:17 37:2
**Double** 31:9
**downturn** 39:8
**Dr** 59:3 62:1,3
   70:4 77:11
   79:15 80:11
   99:4,7,9
**draft** 19:17
**drag** 46:25
**drawers** 32:11
**dream** 80:21,23
**dressing** 9:11
   34:10
**drew** 80:23
**drinks** 10:22,22
**drive** 46:20
**driving** 47:21
**drop** 43:10,11
**drove** 18:15
**Dutch** 21:2,2

**E**
**E** 2:1,1
**E&O** 65:5
**ear** 38:4
**earlier** 69:16
**early** 22:3 25:25
   26:2 29:18
   50:1 61:10,12
   64:21
**easier** 4:3 23:20
**easily** 43:15
   62:17
**easy** 56:7 60:9
   70:11 73:20
   74:12,14 93:16
   94:22
**eat** 3:5 32:21

eating 32:17
33:12
ebbs 63:11
Eco 39:19,20
40:7 44:15
81:23 97:13,20
educated 49:3
efficient 55:22
56:4
eggs 38:13 51:17
either 55:5
72:23 82:19
electric 47:5,6,7
elevate 54:11
elevation 14:16
else's 85:16
email 94:23
96:23 103:12
103:16,23
Embry 19:20
emergency
78:12
employees 71:7
Energy 43:22
engaged 76:19
engine 20:5
88:12
engines 20:8
enjoying 53:17
enjoyment
87:18
entire 74:10
84:11 87:1,6
entity 28:6 65:4
80:8
entrance 78:11
entrepreneurial
82:1
equates 68:24
equity 44:17,24
45:14,17 50:18
equivalent 66:8
ER 78:11,11
Eric 76:10
Eric's 76:20
error 68:20
errors 65:5
escrow 90:16
especially 42:25

97:5 98:12
105:20
essentially 28:4
29:25 40:17
41:5,11 43:6
44:16,23 81:17
estate 6:2 35:24
36:1 37:18
81:13
Ethiopia 84:5
everybody 29:15
30:19 84:9
evident 30:16
Ex 94:11
ex-fiancée 76:21
exactly 57:17
68:11 78:20
86:9
examination
91:7
example 73:18
EXCHANGE
1:1
exciting 41:6
77:8
Executive 15:20
existing 63:16
exit 39:24 45:19
45:21 50:16,19
69:3
expand 80:21
expected 69:5
expensive 31:3
94:6
experience
48:14 85:8
94:14
experienced
4:11
extra 17:21
29:12
extracting 42:13

—————
**F**

face-to-face 99:3
99:4,11
Facebook 76:8
faces 97:5
facets 41:7

facilitate 77:15
facilities 15:8
facility 15:23
17:13 77:22
78:6,10,12
fair 70:1
fairly 36:21
95:21
falls 26:14
familiar 81:25
82:2
family 16:20
22:23 36:17
38:11 53:5
71:24 98:4
fantastic 14:8
far 24:15 62:6
67:12
fast 36:14
fastest 20:4
35:13
favorite 9:25
75:22 81:23
107:3,5
FBI 30:3
fee 5:21 66:10
feed 107:11,12
feeding 107:14
feel 19:15 40:7
48:10 95:8
97:4 104:15
feeling 6:8
feet 14:5,15
38:15
fell 92:1
felt 36:18 58:13
FEMALE 2:4
2:17,20,22
7:22,24 8:2,7
8:13,16 9:5,7,9
9:11,15,17,19
9:23 10:1,3,6
10:17,21,25
11:5,8,24
fence 36:11 96:5
field 48:15
figure 30:15
39:14 68:25
85:8

figures 35:22
66:12
file 1:4 107:23
fill 74:11
filling 9:1
finally 13:22
80:24
finance 6:1
financially 89:13
financing 92:6
find 5:6,8 72:4
89:6,15,23
90:17,19 91:25
92:7 97:25
101:17,22
107:8
finder's 66:9
fine 6:9 10:5
finish 103:19
firing 80:8
firm 29:25 66:17
66:21
firms 25:7 63:21
67:17 73:11
first 20:17 23:7
31:22 36:9
38:19 39:6
74:9 77:3 87:1
95:3 106:23
fit 55:11 89:10
fits 26:19 90:17
five 23:22 36:15
36:16 40:4
43:5 45:19
52:15 64:9
86:20 87:9,9
87:13,17 95:14
95:15
five-year 86:21
fleet 57:24 84:11
flew 94:11
flexible 49:14
flies 20:12 88:5
flight 93:15
98:11 102:24
flips 39:14,14
Florida 59:4
flow 73:14 74:22
flown 94:11

flows 5:17 63:11
fly 4:5 5:21
11:22 18:12
20:10,10 31:3
32:5 57:18
88:7 89:2,5
93:12 98:20,21
flying 11:20 18:3
31:22 77:19
85:6 104:13
focus 40:18
41:24 58:14
focuses 44:2
food 6:4 7:9 8:6
30:13 100:18
100:22
foot 46:19
football 76:12
76:12,16
foregoing 108:3
foresee 101:25
forever 88:16
forfeiting 82:21
forgot 31:1
form 73:25
former 66:19
forth 93:5
Fortune 49:24
forward 36:14
49:16
found 72:6
founded 35:11
founder 48:12
founders 47:12
four 34:16 37:8
37:9 39:14
40:4 54:25
78:24 79:20
90:25 96:16
103:21 106:5
four-star 17:16
frame 43:11
Frank 44:2
free 19:15 39:5
freedom 16:17
French 8:14
9:18,19 10:7
30:24 33:12
friend 12:19

60:14 76:10,16
76:20 78:3
79:8,12 81:6
95:9
**friends** 35:10
36:18 52:15
53:4 99:17,19
**fries** 9:19,21
10:7
**front** 85:6
**full-time** 23:14
37:16
**fully** 80:8
**fun** 20:16 96:17
99:18 104:12
**fund** 27:25 28:3
51:23 58:11
59:24 61:10,10
61:12
**funded** 106:4
**funding** 27:9,11
61:8 82:9
106:5
**funds** 83:3
**further** 93:17

---

**G**

**G** 2:1
**gain** 39:14
**Galaxy** 76:25
**galley** 19:13
**game** 49:5 75:12
106:17
**gas** 8:19,22
22:18 36:1
47:4 69:3
101:1,2
**geez** 15:2
**general** 64:19
**generator** 78:15
**George** 12:9,10
13:17 16:3
46:18
**getting** 4:14
26:12 29:15
49:16 73:9
74:22 77:3
78:8 81:2
106:19 107:9

**gig** 7:14 37:16
**girl** 76:23
**give** 4:22,23
5:17 24:18
44:2,21 48:3
63:23 74:10
89:7 92:2 95:3
98:17 102:8,16
**given** 24:8 97:2
**giving** 26:24
**Glad** 105:9
**glasses** 6:16
**globe** 25:7
**glorified** 8:22
**go** 2:5,7,13,20
3:5 4:22,25 7:6
8:4,10 11:24
17:7,10 19:1
22:13 24:15
39:16 44:1
48:1 49:17,25
63:15 65:9
66:7 70:21
78:8 82:18
85:8 88:15
89:6,15 90:1
91:5,8 92:13
93:17,20,24
98:8 102:11,13
104:4 107:22
**goal** 96:5
**goes** 28:12 62:7
65:7 66:2,3,6
**going** 2:7 3:9 5:4
5:5 6:4,21 8:3
8:4 12:1 14:13
14:19 15:9
22:23 32:3,21
38:12 39:10
46:12 50:22,23
56:9 64:4,5
65:10 71:10
72:5,12 73:16
78:1,9,11
79:22 85:15
86:13,25,25
87:9 88:13
93:10 96:18,20
97:10 98:17

100:11 103:11
104:8 106:11
106:20
**golf** 38:15,16
40:18 41:6,23
41:24 42:13,14
43:6,13 47:13
**golfed** 62:4
**good** 3:18,18
4:24 7:23 8:7
8:16 10:2,4,23
10:24 11:1
15:6 16:20
18:12 24:16
30:23 33:1,2
36:10 40:6
47:23 51:11
53:25 57:14
60:14 62:4
64:6 66:25
73:9 79:8,12
82:10 89:25
94:9 96:14,20
97:1,3 100:19
100:20,21,22
101:7 105:6
107:18
**Google** 94:16
101:21
**gorgeous** 18:16
19:5
**gosh** 38:18
93:14
**gotten** 36:16
43:4 89:24
**governor** 47:22
**grab** 2:5
**grabbing** 3:3
**Graham** 99:21
**grand** 38:8,9
46:22 80:15
**grandfather**
22:8,14
**grandfathered**
19:3
**grandpa** 22:1
**gravitated** 17:4
**great** 3:16,18
5:1 6:20 7:13

11:18 12:5
17:13 20:14
22:11 38:25
39:7,7 44:3,5
49:2 51:3,3
52:19 69:15
71:22 75:11
81:1,5 93:18
94:10 101:2
104:15 105:10
107:3,3
**green** 63:24
**grew** 21:17 22:1
**grid** 41:11,17
**ground** 14:5
54:12 78:6
93:3
**grounded** 84:12
**group** 23:8 44:1
46:2 55:10
56:22 58:14
59:2 97:18
**groups** 37:10
56:20
**grow** 35:21,22
64:5
**growing** 12:19
35:13 53:12
60:8
**guess** 7:3 8:1
29:7 30:16
60:3,21 81:14
90:6
**gun** 100:2,6
**guy** 48:14 64:8
79:17 86:11
99:6
**guys** 3:1,8 4:12
7:18,22 8:5 9:9
10:21 11:6
20:16 21:6
24:12,16 27:5
29:1,5 32:24
33:4,11 35:7
36:4 39:18
43:22,25 45:24
48:13 50:4
51:5 53:2
55:21,24 56:11

58:23 60:8,16
60:17 63:21
65:17 66:8
67:5 73:6
75:16 78:25
79:9 80:16
82:8 83:24
85:6 95:1,1,7
95:22 97:2,6
98:25 100:11
100:15,18
101:3,11
102:22 103:9
104:5,15
106:13 107:15

---

**H**

**half** 14:21 42:22
54:9 65:22
**hamburgers**
6:10
**Hampshire**
18:23,25
**handful** 55:16
61:10
**handle** 23:13
48:14 59:15
76:2
**handled** 56:13
57:1
**handles** 71:15
**handling** 55:6
**hands** 7:4 56:23
106:11
**hang** 37:14
63:21
**happen** 65:7
70:2 83:9
84:25 90:11
**happened** 14:20
**happens** 67:10
89:14
**happy** 16:21
44:6 56:18
**hard** 48:16 51:7
70:16 88:24
101:22
**Hawaii** 4:22,25
**he'll** 62:14 80:1

80:20
**head** 13:3,5
  24:17 76:7
  107:22
**headache** 68:10
  68:17 70:13
**headed** 71:18
**heading** 4:15,16
**headquarters**
  21:22
**health** 77:22
**hear** 10:9,15
  53:23 77:11,11
  79:1 89:25
  105:17,22,22
**heard** 18:12
  24:6,14 35:14
  35:18 36:9
  83:24 84:1,20
  85:18
**heat** 42:25
**heavy** 44:9
**Heber** 14:1,13
  93:4,9
**help** 4:17 6:24
  24:17 71:18
  87:5
**helped** 54:3
**helping** 57:9
  101:16
**Henderson**
  15:19,20
**hey** 2:24,25 3:3
  6:4 16:2 17:7
  30:13,20 50:4
  55:14 76:1
  79:11 88:2
  97:19 100:15
  103:9 105:6
**Hi** 2:18 7:21
**high** 7:20 31:14
  36:5,6 76:7,10
**high-level** 24:9
**higher** 27:2 82:3
**Hills** 38:17
**hire** 85:7
**hired** 66:22
  71:13 85:9
**history** 22:6,23

35:9 52:22
**hit** 85:7 90:6
  104:8
**hold** 87:8
**holds** 41:22
**hollowed** 43:7
**home** 38:11 69:7
  79:9 98:5
  107:22
**homes** 38:5 90:6
**homework**
  90:18
**hook** 43:10
  96:22
**hop** 7:15
**hope** 29:13
  83:22
**hopefully** 85:14
  101:13
**hopes** 77:2
**Hopping** 98:11
**horses** 107:10
**hospital** 78:19
  79:7 80:15
  81:8,23
**host** 35:11,13
**hot** 19:21 101:22
**hotel** 17:16
**hour** 5:21 88:5
  94:7,7,8
**hours** 88:7,8,8
**house** 5:2,7,8
  38:21 60:24
  79:14 83:16
**houseboat** 41:8
**houseboats**
  46:21,24
**houses** 19:3,4
**housing** 41:17
  41:18
**huge** 43:24
**Huh** 20:6 92:23
**humor** 51:7
**hundred** 30:4
  38:8 78:9,9
**hunting** 56:10
**hurt** 88:17
**hurting** 84:17
**hyperinflated**

72:14,22
_____
**I**
**icing** 45:15
**Idaho** 17:24
**idea** 4:14 101:16
**identify** 49:10
  89:1 92:17
**identifying**
  72:12
**idle** 98:16
**II** 22:5
**imagine** 4:21,25
  42:13 63:4
**important** 49:18
**impossible**
  106:21
**impressed** 48:11
  48:24
**impressive**
  48:23 106:10
**improve** 48:7
**improving** 37:23
**inaudible** 2:12
  5:9,11,22 6:3
  7:12,20 8:10
  8:18,20 9:3
  10:14 11:25
  13:2,10,10,11
  13:11,17,17
  17:16,20,21,25
  18:20 19:2,8,9
  19:10,19 32:4
  47:24 48:11
  54:4 57:5 58:4
  59:23 61:24
  84:21 86:19
  94:17 96:11
  99:6 101:6,8
  103:7,13
  104:21 105:1
  105:12,13,16
  105:18,22
  106:17,22,22
  106:25 107:6
  107:19
**incentive** 95:10
**incentivized**
  75:17

**include** 19:25,25
  20:3
**including** 16:13
**income** 70:15
  97:25 98:1
**increase** 62:16
  64:1 67:20
**increased** 62:25
**incredible** 51:2
  51:25 53:1
  58:9 70:12
  71:2 75:3
  78:14
**individual** 25:1
  89:15,16
**Indonesia** 71:18
  84:2 97:24
**indoor** 38:22
**industry** 43:6
  84:14,20
**inflation** 84:24
**influx** 104:25
**information**
  73:25 74:5
**infrastructure**
  15:10 78:7
**initial** 45:3 56:5
**initially** 52:12
  82:12
**injury** 25:2
**innovation** 43:1
**insensitive** 29:14
**inside** 17:8
  92:24
**inspection** 88:24
  91:25 92:2
**insurance** 65:7
  65:15 82:13
  83:5,13 84:14
  84:17 85:11
**insured** 88:14
**intent** 90:23,24
**interaction** 64:7
**interest** 34:7
  45:5 70:24
**interested** 6:25
  49:15 98:11
  107:8
**interesting** 3:13

15:16 89:21
  97:16
**Interestingly**
  22:20
**interruption**
  47:25
**intertwined** 37:9
**introduced**
  79:11
**introduction**
  43:22
**inventor** 48:13
  48:19
**inventory** 40:17
  41:5 50:8
**invest** 70:21
  88:3,11
**invested** 35:8
  61:16 66:12
  81:21,22
**investing** 16:13
**investment** 36:2
  38:13 40:2
  50:11 51:4
  64:11 70:17
  79:3 88:1
  89:11
**investment-wise**
  38:1
**investments**
  23:1 51:8
  97:12
**investor** 28:3,11
  29:11,21 44:20
  49:8 50:20
  61:19,21,21
  65:11,24 66:7
  70:19 73:24
  81:14
**investors** 40:9
  45:24 50:21
  54:19,22 65:11
  105:21
**invited** 55:12
**involved** 23:6
  31:11 40:1
  55:7 56:23
**involvement**
  57:1 70:25

**issue** 32:1 70:24
**item** 101:22

**J**

**J** 20:25 21:3
  43:10
**J&J** 1:5 25:5,14
  28:4,4,6
**J.G** 27:10,16,19
**jacket** 13:18,19
**jacks** 79:1
**Jager** 1:7 2:2,24
  3:13,17,19,22
  4:11 7:1,5,16
  7:18 8:10,18
  8:21,24 9:3,10
  9:13 10:10,13
  10:18,20 11:11
  11:13,16,18,25
  12:3,5,17,20
  13:7,9,24 14:1
  14:4,8,12,14
  14:17,24 15:2
  15:9,13,17,19
  16:1 19:10,14
  19:18,23 20:2
  20:6,14,19,19
  20:20,21 21:8
  21:19,21,24
  22:2,4,9,11
  23:14,16,19,22
  23:24 24:2,4
  24:11,20,23
  26:7,10,13,17
  26:22,24 27:3
  27:8,14,20,22
  27:24 28:2,10
  28:16,21 29:2
  29:4,6,10,16
  29:21,23 30:3
  30:9,22 31:10
  32:9 33:1,3,13
  33:15,19 34:2
  34:5,9,20 35:3
  35:7,14,16,19
  36:8,14,21,24
  37:6,8,12,17
  37:20,25 38:7
  38:10,19,22,25

39:3,6,10,13
39:16,20,23
40:3,10,13,17
40:21,25 41:4
41:14,16,23
42:2,6,10,18
42:21 43:4,17
44:3,5,8,14
45:1,7,10,16
46:7,9,12,17
47:3,6,9,11,15
47:17 48:2,6
50:1,9,12,14
50:16,18,24
51:3,10,13,16
51:19,24 52:3
52:6,8,11,14
52:20 53:4,7
53:20,24 54:7
54:21,25 55:4
55:9 56:13,16
56:25 57:4,8
57:13,16,19,21
57:23 58:1,5,7
58:17,20,22
59:3,6,12,16
60:1,3,6,10,13
60:22 61:2,5,7
61:20 62:3,11
62:21,23 63:5
63:19 64:20
65:3,25 66:4,9
66:15,21,24
67:8,12,15,19
67:22,25 68:3
68:6,11,16,21
68:23 69:9,13
69:19,24 70:5
70:8,16,19
71:4,9,21 72:1
72:7,15,24
73:4,9,14
74:19,21,25
75:6,9,14,19
75:22 76:13,19
76:22,24 77:2
77:6,8,16
78:18,21 79:5
80:6,11,14,23

81:5,11,15,17
81:20 82:5,12
82:16,23 83:1
83:7,11,19,22
84:4,15,18,23
85:13,17,22
86:5,8,20 87:4
87:22 88:9,18
89:8,21 90:4,8
90:12 91:2,11
91:15 92:11,15
92:19,23,25
93:2,7,10,13
93:16,21,23
94:1,4,10,14
94:18 95:4,7
95:10,12,15,17
95:19,24 96:8
96:14,19,22
97:1,9 98:19
98:22 99:9,15
99:20 100:6,8
100:15,22
101:5,10,12,16
101:19,23
102:4,7,9,12
103:1,10,18,22
104:20 105:2,7
105:11,13,15
107:16 108:7

**JANGEWARD**
  8:11
**Jason** 3:19 8:10
  20:22 23:16
  31:13 44:8,9
  44:17 51:21
  52:22,24,24
  72:3 74:19
  75:24 76:1
  102:18
**Jeff** 23:25,25
  25:5,9,14,23
  28:6,12 29:9
  36:21 52:11,11
  52:14,14 53:8
  55:20 56:25
  57:6 62:13
  63:13,20 64:4
  65:4 66:2,22

69:17 73:10
74:12,22 76:4
76:13 79:24
99:3 102:2
106:15
**Jeff's** 56:13 57:2
  76:24
**Jerry** 16:2
**jet** 4:12 57:14
  94:11 96:9
**jets** 5:11,14,17
  84:12 95:14
  96:7
**job** 23:14,19
  55:21
**John** 59:3 62:1,3
  70:4 93:10
  94:12 99:4,7,9
**John's** 77:11
**JONGEWAD**
  6:12
**Jongeward** 1:7
  2:2,25 3:9 4:5
  4:9,13,20,24
  5:11,19,23 6:9
  6:15,19 7:13
  9:4,14,16 11:7
  11:12,20 12:10
  12:13,18,22,25
  13:11,14,16
  15:3,5 16:4,8
  16:11,16,19,23
  16:25 17:3,13
  17:23 18:2,5,9
  18:14,18,21,24
  19:7 20:22,23
  20:24 21:1,5,9
  21:11,14 22:12
  22:16,19,21
  23:2,5,12,15
  24:18,21,25
  25:5,11,20
  26:5,9,23 27:7
  28:22 31:5,9
  31:14 32:2,14
  32:19,22 33:2
  33:6,10,16,20
  33:24 34:11,14
  34:18,22,25

38:2,20,24
40:24 44:4,12
45:14,22,25
46:4,16 48:3,8
48:10,22 49:1
49:8,22 50:7
54:5,8,14 55:8
55:10 56:1,15
57:11 58:12,21
59:1,8,13,17
59:20,23 60:2
60:11 62:1,6
62:12 63:3,6
63:10 64:17,23
65:1,21 66:5
66:20 68:19
70:4,7,9 71:3
72:9,16,18,21
72:25 73:7,18
73:24 74:2,7
74:16,20,24
75:4,7,20 76:3
77:21,25 78:5
78:15,20,22
80:20 81:9,12
81:16,19 82:25
85:1 94:2,23
97:10,17 98:2
98:9 99:7
100:20 101:11
102:14,18,20
102:23 103:2
103:25 104:3
104:19,21
105:8,14,19
106:2,8,15,19
106:25 107:5,9
107:13,18
108:7
**Judd's** 28:6

**K**

**K** 30:4
**keep** 12:1 14:13
  23:13 36:6
  43:19 55:22
  57:22 60:11
  74:16 82:9
**keeping** 65:23

89:25
**keeps** 57:23 66:2
**ketchup** 33:22
34:1,20
**key** 43:20
**kicked** 84:25
**kids** 37:8,8,9,9
47:21 57:9,10
101:7
**killed** 100:9
**killing** 78:4
96:12
**kind** 4:18 9:11
10:13 15:10
17:4 23:7,9
24:12,13 37:9
37:23 39:8,16
40:5 48:12
52:21 54:11
55:11,12 56:22
58:13 59:6
63:10 64:5,18
65:17 68:16
69:21 75:10
76:1 78:25
79:2 85:11
90:5,9 93:2
94:15 96:4
99:24,24 102:2
103:23 105:22
**knees** 31:25
32:20
**knew** 38:12
**know** 2:24 3:19
4:15,21 5:9 6:1
6:7 7:24 8:8
14:10 17:23
19:1 21:17
23:13 24:25
25:6,13,23,25
26:17 27:8,15
27:17 28:2
29:12,14,19,24
31:4 36:9,21
37:4,14,15
38:1,12,13,14
39:8,8 40:6
41:18,21 42:11
42:12 43:14,25

43:25 45:18
46:1,6,9,17,23
46:25 47:21,22
48:16 49:5,10
49:18 50:7
51:21 52:16,20
53:7,8,9,10,10
53:11,12,13,14
53:15,16,18
54:2,9,10 55:5
55:14 56:2,16
56:21,21 57:9
57:15,17 58:3
58:7 59:4,18
60:16,23 61:12
61:17 62:6,8
62:13,15,24
63:1,2,10,12
63:13,21,22,22
63:24 64:1,2,2
64:4,7,14,20
65:3,6,8,9,11
65:12,13,14,16
66:8,13,24
67:2,3,4 68:12
68:13,17,23,24
69:17 70:2,22
71:6,7,9,12,16
73:20 74:25
75:10,23,25
76:2,15 77:14
78:1,2,8 79:19
80:17 81:20
82:1,12 83:1,2
83:12,12,20,23
84:1 85:15
86:16 88:19
89:5 90:15
91:8 93:4 94:5
94:15,25 96:4
97:11 98:18,24
100:11 101:25
102:2,4,4
103:13 104:22
104:25 105:19
105:20,21
106:2,8,9,21
106:22 107:11
107:19

**knowing** 39:10
**known** 12:22
52:15,17 76:17
**knows** 23:24
48:19 76:4
84:25

———— **L** ————
**LA** 76:25
**lake** 17:19 18:19
19:3,4 21:20
21:23 43:23
93:20
**lakes** 19:4
**land** 77:20 79:19
79:20 80:25
81:2
**large** 27:22
51:23 62:9,13
62:15,15,20
82:18
**larger** 27:12
61:20,23
**largest** 20:4
**Las** 13:18 22:7
38:5 77:19
**lasts** 42:22
**late** 40:23 64:21
**lav** 19:25
**law** 22:13 66:17
82:22
**lawyer** 22:17
**LDS** 59:9
**lead** 41:9 42:11
42:13,24 47:1
**lease** 72:5
**leave** 71:24
101:8
**leaving** 91:17
**left** 16:9 21:16
21:17
**legal** 16:13
22:25 97:21
**legit** 105:4
**lender** 49:9
**lending** 49:9
**lessen** 88:12
**let's** 3:15,25
6:15 7:8 9:13

45:25 51:19,19
58:7 67:2,4,9
86:10 87:7
106:25
**letter** 90:23,24
**level** 54:14 85:7
85:24 90:7
99:25
**leverage** 6:2
**liability** 87:7,11
**license** 83:3
**life** 42:22 53:17
53:20 57:14
**light** 63:24
**lightened** 42:18
**likes** 16:8
**liking** 107:7
**limited** 62:7
**line** 58:5,7 67:1
86:23
**Links** 96:9
**Lion** 43:22
**liquidate** 71:11
**list** 63:4,7 73:23
74:5
**literally** 11:14
**lithium** 41:9
42:16 43:2,5
46:24
**litigation** 27:9
**little** 12:23 13:20
15:13 19:16
21:1 22:22
24:22,23 27:2
29:11,18 35:9
36:10 38:4
54:12 55:13,19
58:13,14,16
66:11 68:17,17
68:19 73:21
75:11 80:17
85:4 86:18
87:24 104:15
104:16
**live** 11:13 85:10
**lived** 21:6 37:3
39:1 52:16
**lives** 36:23
**living** 53:20

57:14
**loan** 45:6
**lock** 47:21
**long** 12:8 21:7
23:21 24:4
36:19 52:4,17
63:8 73:5,8
75:14 80:22
91:17 92:21
**longer** 24:22
52:12
**look** 3:23 5:1 7:6
7:8 22:23 35:3
51:20 66:22
70:10 71:5
85:17 89:12
90:15,19 91:6
100:13
**looked** 30:5 76:9
**looking** 17:8
41:18 45:4
48:7 61:20
62:8,18 69:6
73:2 97:14
98:6 99:21
105:23
**looks** 15:6,21
40:6 103:13
**losing** 54:2
**lost** 85:2
**lot** 16:16,17 18:3
18:6 19:8,8
22:6,12 26:7
27:9 36:17
38:13 45:17
47:23 52:25
56:17,21 59:21
60:16,20 62:25
63:13 66:10
75:24 78:1
83:12 84:20
86:12 87:20
88:1 89:14
97:4 99:17
100:2,6 101:13
102:25 106:13
**lounge** 107:20
**love** 4:14 5:1 7:1
16:4,4 37:22

43:13 53:10
98:23 104:12
106:13
**loving** 53:17
**low** 63:19
**lower** 82:3
**Lucas** 89:3
**lucky** 92:7
**lunch** 6:9 9:1
100:25 105:8

**M**

**MA** 83:21
**mad** 48:25
**main** 76:14
**maintenance**
88:12
**major** 43:25
82:13 83:7
**making** 25:23
65:19 86:12
**MALE** 2:6,10
2:12,14 3:2,5,8
3:12,15,25 4:3
4:7,17,21,25
5:13,20,24 6:6
6:23 7:3,6,8,11
7:20 8:19,22
8:25 9:6,8,22
9:25 10:2,5,15
10:22 11:2,4
11:10,15,17,19
11:21 12:2,4,6
13:2,13,20
15:20,22,24
16:2 17:8,11
17:15,18 18:3
18:7,10,15,19
18:22,25 19:11
19:15,19,24
20:3,7,15,20
20:24 21:4,6
21:10,13,16,20
21:22,25 22:3
22:5,10,14,17
22:20,22 24:1
24:3,14 25:4
25:10,19 26:3
26:20 27:1,4

27:13 28:8,15
28:19,24 29:5
29:7,13,20,22
30:2,7,11,16
30:21,24 31:1
31:7,11,16,19
31:22 32:4,6
32:10,13,24
33:4,9,14,22
34:3,6,12,17
34:19,21,23
35:2,5,9,15,17
35:20 36:13,20
36:23 37:4,7
37:11,16,19,24
38:3,8 39:1,5,9
39:15 40:1,8
40:12,15,20
41:3,21 42:1,3
42:9 43:1,16
44:11 45:5,8
45:11 46:5,8
46:11,14 47:23
48:9 49:23
50:6 52:1,4,7,9
52:13,19 54:17
54:24 55:2,6
56:9,23 57:3,6
57:15,22,25
58:4,6,24
59:10,19 60:18
61:1,4,6,13,15
61:22 62:19,22
63:8 65:17,23
66:1,6,14 67:2
67:9,13,21,24
68:2,5,9,15
69:2,10,14,20
69:25 73:22
74:6 76:5,15
76:19,23 77:9
77:14,18,24
78:3,25 80:3
80:10,13,19
81:25 82:6,21
82:24 83:5,9
83:18,23 84:5
84:16,19,24
85:3,14,20,23

86:6,9,18,22
87:5,23 88:10
88:21 89:9,22
90:5,9,13 91:3
91:12,19,21,23
92:12,16,20,24
93:1,6,9,12,14
93:19,22,24
94:5,13,16,20
94:25 95:5,8
95:11,14,16,18
95:20,25 96:9
96:13,16,20,24
97:2,8 98:13
98:15,20 99:2
99:11,14,23
100:4,11,17,25
101:7,15,18,21
101:24 102:5,8
102:10,13,15
102:19,21
103:3,15,19,23
104:2,4,6,9
105:5,12
107:20,22
**mall** 80:18
**Man** 13:17
**manage** 55:10
55:15,18,20
70:21
**management**
52:2 60:19
**manager** 71:13
**manages** 23:16
**managing** 23:8
71:6
**Manchester**
18:22
**manufacturer**
19:20
**manufacturing**
70:13
**March** 13:7 21:9
40:23 47:19
**margin** 46:5
**marginal** 86:11
86:13
**Mark** 17:7 23:24
**market** 20:5,8

38:3 39:10
72:22 89:20,24
90:1,2 94:9
**married** 12:19
**math** 73:20
**Matt** 25:6 30:19
30:20,21 56:14
56:20,23,25
57:2 62:14
63:13 64:6,6
64:10 66:3,4
106:16
**matter** 1:3 108:6
**matters** 108:5
**Matthew** 24:2
**maturity** 36:3
**max** 83:24 86:12
**McCarren** 98:21
**meal** 33:10
**meals** 33:5
**mean** 5:24 12:14
27:10 29:7
35:7,23 37:17
38:3 43:2
47:11 49:4,24
50:22,25 54:16
54:17,21 56:9
60:7,14,22
61:23 62:7,19
67:3 69:3,15
69:21 71:22
75:24 76:5
77:9,19 78:11
79:5 81:1
82:21 83:1,3
85:3 87:25
88:14 90:6
92:9 93:2 94:5
96:3,16 98:15
99:2,9,23,25
105:25
**means** 55:2 86:2
**mechanic**
100:12
**Medicaid** 64:22
**Medicare** 64:22
**meet** 3:1 105:9
105:10,11
106:13 107:17

**meeting** 11:6
79:13,14 97:7
99:12 101:3
106:19
**meetings** 75:24
**members** 59:25
97:18
**membership**
5:21
**mental** 78:2
**mentioned** 56:2
76:8 99:5
**mentioning**
69:16
**menu** 2:5,6,19
3:24 7:6,23
**mess** 71:19
**messed** 24:8
**met** 12:18 48:11
98:25
**Michelle** 91:16
**middle** 21:17
93:3
**Mike** 2:3,5,9,15
2:18,21,24,25
3:1,3,7,11,16
3:18,20,23 4:2
4:4,10 6:4,7,10
6:13,17,21 7:7
7:10,14,21,23
8:1,3,8,15,17
9:18,21 10:8
10:12,19,24
11:1,3,6,22
12:8,12,21,24
13:5,8,19,22
13:25 14:3,7,9
14:13,15,18,25
15:4,6,12,15
15:18,21,23,25
16:3,7,10,15
16:18,22,24
17:2,6,9,12,17
17:20 18:1
22:25 23:4,11
23:18,21,23
24:6,12 26:11
26:16 27:19,21
27:23 28:1,7

28:25 29:3
30:15,20,25
31:13,17,21,24
32:3,5,8,12,17
32:20,23,25
33:11,18 34:1
38:18 39:12,18
39:22 41:13,15
42:4,17,20
43:21 44:6,25
45:23 46:3
47:2,4,7,10,14
47:16 48:1,5
48:21,25 49:7
49:21 50:10,13
50:15,17,21,25
51:5,12,15,18
51:23,25 53:1
53:6,19,23
54:13 55:25
57:18,20 58:9
58:19 59:5,11
59:22,24 60:5
60:7 61:14
62:17 63:18
64:15,24 65:19
66:16,23 67:18
68:22 70:12,18
71:2,8,18,22
72:2,8,11,17
72:20,23 73:2
73:5,13,16
74:1,15,18
75:3,13,16,21
76:8 77:1,5,7
77:13 78:14
81:4 82:8,15
86:16,17,18
91:16,20,22
96:11 97:4,16
97:23 98:3,10
98:14,23 99:13
99:16,21 100:2
100:5,7,9,14
100:18,23
101:2,6,14
102:2 103:7,11
104:5,8,12,15
105:6,10,17,25

106:7,11,18,24
107:2,7,12,15
107:19,21
**mill** 50:2 81:3
**million** 35:8
40:14,25 41:1
44:17 45:2,4
46:11 49:19
51:22 54:18
57:16 59:4
60:15 63:6
68:4 70:6
73:19 74:23
75:2 79:10,23
79:25 80:9,16
87:8,10,12,12
87:13 90:7
92:22 104:23
**mind** 32:3 61:18
82:13
**mine** 33:20,20
43:9 60:14
79:9 100:21
102:9
**mini** 78:18
**minimum** 44:17
78:22,24
**mints** 33:11
**minute** 42:7
94:15
**minutes** 11:14
43:9 49:4
64:10 91:21,23
**missed** 36:15
44:13 64:13
**missing** 88:16
**mission** 59:9,9
89:3,6,10
90:14
**model** 89:10,17
95:21
**models** 89:15
**mom** 21:25
53:15
**mom's** 22:14
**Monday** 71:19
**money** 5:16,17
17:21 26:24
35:25 36:12,17

40:15 44:21
45:9 46:23
59:17 61:25
67:4,5 70:1,14
73:1,23 83:6
86:12 87:18
90:16,16 92:22
94:9 101:13
107:8
**monster** 53:13
78:6
**month** 10:11
40:5 43:19
50:5 88:8,8
98:4
**month-and-a-...**
10:11
**months** 12:15
36:11 39:4
44:22,22 49:20
50:14,15 89:22
89:23 92:6,13
92:17 97:15,21
103:21 106:6
**moon** 63:1
**motivated** 28:25
**mountain** 53:21
**mounted** 41:10
**mousetrap**
42:11
**mouth** 53:3 60:8
**move** 49:16
51:19,19
**moved** 13:9
17:21 22:1
36:25,25
**moving** 32:21
83:4
**multi-billion**
45:21
**multiple** 14:22
73:16 97:22
**multiplier** 88:11

———— **N** ————

**N** 2:1
**name** 21:2 24:1
48:12 59:14
70:23 76:8

80:13 97:6
108:6
**names** 20:17
**napkin** 80:24
**napkins** 42:3,5
48:4
**necessarily**
53:12 63:14
**necessary** 13:19
**need** 13:10
25:13 30:18
32:24 33:11
40:15 41:5
50:5 56:19
60:24,24 69:23
74:23 90:20,21
98:4 99:11
100:12
**needed** 61:8
**needs** 78:8
**negotiate** 49:12
**negotiated** 29:10
**neighbor** 60:15
**neighbors** 36:22
37:1,2
**net** 5:14,17 71:6
72:5 96:7
**network** 43:24
**never** 18:11 31:2
36:15 38:20
58:7 64:13
85:15 87:16
**new** 18:22,25
27:9 39:21
40:4 63:16,21
67:16 68:14
70:23 74:8
79:3 95:22
104:24 105:20
**nice** 3:1 11:17
12:25 13:16
15:17 17:15,19
18:18 21:4,24
49:12 54:11
55:21 77:10
88:9 93:6,8
99:12 102:23
105:11 107:16
**nicely** 74:14

**niches** 4:17
**Nigeria** 79:17
**nights** 78:24
**nine** 35:22
**non-binding**
90:24
**non-stop** 93:20
**normal** 42:23
86:22
**normally** 75:23
**north** 60:15 68:3
68:4 104:23
**notice** 61:8,9
**noticed** 76:9
**November** 23:6
75:5
**number** 70:9
82:16,16 85:18
87:15 89:4
96:10 102:8
103:4,5

———— **O** ————

**O** 2:1
**obviously** 5:5,24
18:13 35:24
67:3,6 82:2
88:14
**OEM** 50:3
**OEMs** 41:6
43:13,18
**offer** 25:16 36:4
79:10 90:25
**offering** 44:17
45:1 51:8
**offers** 25:14 81:2
90:2,10
**office** 48:15
**offices** 17:19
80:18
**oh** 2:4,9 4:9 6:17
8:1 10:10,17
11:7,17 13:24
14:17 15:2,5
16:4 17:9 18:1
19:14 21:21
22:16,19 31:1
31:11,17 32:23
32:25 33:13

34:11 35:2
38:2,18,22
40:12 44:25
47:4,15 52:19
59:1,10,14
73:16 75:20
76:19 88:21
95:4 97:1
107:21
**oil** 35:25 69:3
**okay** 2:4 3:22
4:2,9,9 5:23
6:12 7:5 8:17
8:21,24 9:11
9:19 10:6,17
11:17 12:12
13:8,13 14:3
15:25 16:7,10
16:24 17:2
20:20,24 21:6
21:10,13,21
23:4,11,18,23
24:3 25:10,19
26:16 27:21,23
28:1,7,15,24
28:24 29:3,20
30:5 31:19
32:7,17 33:3
36:20 37:7,11
37:19,24 41:15
42:17 45:13
46:3 47:17
50:6 51:16,18
58:19 59:5
60:5,7 62:17
63:18 64:23
66:23 67:21,24
68:15,22 73:13
74:6,15,24
75:13,21 77:21
83:18,18 87:4
91:2,22 92:15
92:19 95:4,17
100:14 102:16
102:21 105:5
106:24 107:16
107:21
**Okaykay** 79:15
80:11

**old** 15:8 41:9
43:14
**older** 37:22
57:10 60:16
**Olympic** 14:25
**Olympics** 15:3
**omissions** 65:6
**once** 46:17 56:5
63:16 69:17
74:4 83:10
84:17 90:2
91:24 92:17,17
**one-and-a-half**
26:8
**one-and-a-hal...**
93:15
**one-page** 94:21
**ones** 27:12 39:17
61:2 107:10,12
**Oops** 102:15
103:3
**open** 14:21
17:10 30:17
33:10
**operating** 94:8
**operator** 8:19
**opportunities**
40:5 45:3
51:14,20
**opportunity**
25:12 52:21
68:19 69:1
80:2 97:14
**options** 10:16
**order** 3:25 6:4
7:9 56:3 73:22
**organically** 64:5
**organization**
79:3
**organized** 74:16
**originally** 16:25
**outrageous**
24:15
**outside** 81:24
**overall** 36:7
**overseas** 70:13
**owned** 79:18
**owner** 20:12
22:18 50:18

95:2
**owner's** 95:6
**ownership** 12:7
**owns** 81:7

───────
**P**
**P** 2:1
**package** 25:15
74:11
**packet** 55:23
**page** 27:17
**PAGES** 1:8
**paid** 28:9,20
29:5 81:1
104:24
**Palace** 91:19
**paperwork** 55:7
55:22,22,23
56:3 68:9
**parents** 16:20
**park** 13:22
70:14
**Parker** 74:13
**part** 5:15 17:6
21:12 23:8
88:15,24
**partial** 50:18
**participate**
26:15 28:8
65:4 95:2
**participating**
28:14 84:7
**participation**
27:10
**particular** 6:13
31:23 63:17
70:22
**partner** 40:10
44:11,12 71:23
81:8
**partners** 22:15
69:3
**partnership**
79:18,19 80:7
81:10
**passed** 53:22
**passengers** 89:4
**passion** 96:2
**passive** 97:25

98:1
**patent** 43:7
**patient** 62:8,9
75:15
**patients** 78:19
78:23
**Pause** 2:16,23
5:10 7:17
**paused** 63:20
**pausing** 73:10
**pay** 4:19 5:21,22
5:24,25 26:1
27:2 67:13
82:14 84:14
85:4 86:7,10
87:8,16
**paying** 5:20
87:10
**payment** 70:24
**payout** 67:20
104:23
**payouts** 105:2
**Peachtree** 27:11
**penalty** 72:13,18
72:22 73:17
**pennies** 38:7
**people** 4:18 6:24
20:12 27:4
35:17 46:2,23
49:2 53:14
54:9,18 55:15
55:16 58:10
59:8,21,22,24
60:20 67:3,6
68:12 79:6
85:19 87:5,20
88:2,7 89:4,19
90:14 103:16
103:20,20
104:17 105:18
**people's** 88:1
**perceive** 36:4
**percent** 26:1
28:10,16 30:12
34:5,6,15
44:21,23 45:1
45:6,10,11,12
45:12,16,17
46:7 50:11,23

51:1,8 65:20
67:23 69:12
84:7,8,9,21
85:19 86:11,14
87:2,11,12,14
87:15,20 95:3
105:25 106:4
**percentage** 88:4
**Perfect** 33:9
**perform** 89:13
107:1
**performing**
107:11
**period** 25:3 26:6
86:21,22
**periodically**
81:2
**person** 1:7 2:2
48:16 99:5
108:7
**personal** 25:2
66:13 67:20
**personally** 36:17
40:14 55:7
58:18 66:12
**Phenom** 94:16
101:21
**phone** 3:20 24:7
66:18 102:8
103:4
**phonetic** 36:25
76:10 79:15
**pick** 80:25 90:14
90:15 96:1,2
**picture** 2:7,13
2:14 7:7
**pictures** 2:18
**pie** 10:25
**pilot** 4:1,6,7,8
4:13 6:11 7:11
8:3,5 20:7,10
30:19,23 57:20
57:21
**pilots** 13:2
**pitch** 4:22,23
**pix** 42:6
**place** 15:10 59:7
60:9 62:7
73:19 74:3

93:3 101:25
102:11 107:8
**placed** 75:2
**placement** 62:9
**placements**
74:23
**places** 17:22,25
45:17
**placing** 73:2
**plaintiff** 25:13
25:15,17 28:5
28:20
**plaintiffs** 56:10
63:12 106:5
**plan** 101:19
**plane** 3:6,13
4:15,18 5:15
5:25 7:15 8:4,4
9:2 10:23 12:1
12:6 17:10
19:21 20:5,7,9
20:12 32:4
47:25 87:6
88:13,14,17,19
88:22,23 89:1
89:6,16,19,23
90:17,19 91:5
91:13,24 92:1
92:3,7 93:19
94:7 98:15,16
101:17,22
102:2
**planes** 19:21
31:8 83:25
86:21 89:10
92:21 95:12
**play** 39:7 76:12
**played** 76:13
**players** 43:5
**please** 9:16
**plenty** 33:14
**plus** 44:23 45:10
45:11,21 46:22
54:22 56:22
81:22
**pocket** 95:6
**point** 25:3 40:11
52:5 71:10
72:12 96:17

106:17
**polished** 24:19
**Ponzi** 104:17,22
**pools** 50:22
**popping** 47:12
**popular** 19:22
**portfolio** 36:7
82:3
**portion** 25:25
35:22 36:6
67:10 82:3
**POs** 49:19,23,23
50:2,3
**position** 53:13
62:15 63:1
73:12 80:25
97:23,24
**positive** 46:13
54:15 58:3
**potato** 9:19 10:6
**potential** 39:17
49:11 61:18
**potentially** 83:3
**pound** 42:16
**pounds** 42:12,15
**power** 41:11,22
46:25
**powerful** 42:20
42:21
**PPM** 67:18
**practice** 24:24
80:12,15 82:22
**practices** 66:24
**pre-inspection**
92:8,10
**pre-purchase**
88:24
**preferable** 93:11
**preferred** 104:3
**premium** 5:20
**prepared** 69:5
90:22
**presidents** 59:9
**pressure** 22:13
**pretty** 10:20
15:6 17:19
24:14,16 26:11
36:22 44:9
62:5,16 73:20

75:16 77:8
89:25 93:16,16
94:9 97:3
104:12 105:25
**price** 5:7,9 26:1
58:4 81:1 86:7
87:7 88:4,5
**principal** 34:25
44:23
**prior** 61:8
**private** 3:6,6 4:8
7:15 20:5,8
25:15 31:3
98:21
**probably** 6:1
24:23 31:5
33:7 38:10
52:18 54:25
58:17,22 60:4
62:3 63:4 73:7
75:2 79:23,23
80:1 81:22
83:7 99:7,9
103:16 105:15
**problem** 48:9
**proceedings**
108:6
**process** 75:10
**processes** 66:25
**profit** 70:11 95:3
**programs** 88:12
88:12
**project** 79:25
108:6
**pronounced**
21:5
**provides** 25:9
**psych** 79:16
**public** 27:19
49:24 96:11
**pull** 72:13
**pulled** 77:3
**purchase** 5:9 6:2
86:7 87:6 88:4
88:5
**Purchasing** 25:5
**purposes** 87:2
**push** 31:17
104:7

**put** 15:14 20:11
23:9 28:11
32:3 34:12,15
34:23 36:11
41:18 50:11
63:9 69:6 72:4
74:5 78:11
79:17,19,21,21
79:24 80:24
82:4 90:16
97:20,21 103:4
**putting** 26:17
78:16 97:5

———————

**Q**

**qualifies** 87:3
**qualify** 97:22
**quarters** 34:16
**question** 29:14
51:7 73:8
**questioning** 64:8
**questions** 96:25
**quick** 91:16
106:12
**quickly** 69:22
**quite** 32:15
47:17 68:1
87:25 89:13

———————

**R**

**R** 2:1
**R&D** 48:2,6
**Raiders** 15:21
**raise** 44:1,15,18
45:3 46:10
79:22 84:10
**raised** 21:18
44:9 51:21
52:12,24 60:15
60:18
**raising** 53:9
81:17
**ranch** 9:13
**random** 79:7
**range** 93:20
**rare** 92:12
**rarely** 31:3
**rate** 86:10,11,13
87:14
**rates** 29:10

84:10
**reach** 25:2 52:5
**reaching** 56:20
56:20
**ready** 9:5 12:1
74:4,10 107:22
**real** 6:1 35:24
36:1 37:18
54:15,19 81:13
83:6 88:11
106:11
**realistic** 46:14
**really** 15:15,17
25:24 37:5,13
37:17,21,25
41:20 43:15
46:8 47:24
48:23 49:3,5
49:12,15 53:7
53:9,9 54:3
55:21,22 56:1
56:3,6,7 59:10
59:20 60:9
69:5 70:17,20
71:1 74:12,13
74:14 77:1,6
78:1 79:24
80:20 83:6
88:15 92:25
94:22 98:10,25
106:16
**reason** 46:10
96:6
**reasonable**
92:16
**rebuild** 63:22
**recapture** 86:8
86:10 87:14
**receive** 63:15
74:13
**receives** 74:13
**receiving** 75:1
**recommendati...**
68:14
**reconnect** 77:10
**record** 95:22
103:5
**recorded** 108:5
**redo** 13:10

**referral** 67:12
68:13
**referrals** 67:14
67:16
**regret** 38:4
**regulatory** 30:8
**rehab** 37:21
77:24,25
**rehabbed** 78:19
**relationships**
25:7 50:3
**relative** 50:19
**remember** 76:6
86:16 105:16
**remind** 64:15
**reminds** 18:19
**removed** 71:14
**renovate** 37:21
**rental** 5:6,8
**replace** 42:15
104:22
**replaced** 63:17
**replacing** 42:24
**Reporting** 1:24
**representing**
28:20 79:8
**request** 73:25,25
**require** 70:20
**residual** 70:15
**respective** 37:15
**respond** 103:12
**rest** 28:12 87:17
**restroom** 3:10
**retired** 57:6,8
60:17
**retrofits** 46:21
**return** 34:15
44:23 50:10
51:1,9 71:6,22
89:11 105:24
106:1
**returns** 24:15
**revenue** 41:1,7
46:11
**review** 56:2
**revised** 30:5
67:17
**rich** 86:11
**ride** 19:5

**right** 2:10,11,15
3:11,24 4:4 5:7
5:8,11 7:16,19
7:23 8:8,23 9:7
10:3 11:5 12:2
12:3,19 13:5
15:23,24 16:1
17:12,18 19:1
19:21 21:14
23:6 24:20
26:9 30:17
32:20 33:4,15
33:17 34:3,9
36:4 37:1
38:16 40:18,22
41:25 47:9
49:1,9,20
50:12 54:3,5
56:10 57:12
65:1,25 67:7,8
67:19 68:5
69:7,7,13,13
69:24 72:14,24
73:4,20 75:5
81:14,19,19
82:25 84:18
85:13 86:9,25
87:10,22 89:14
89:18,24 90:20
91:4,11,15
92:10,22 95:15
97:21 100:24
101:22 102:11
105:13
**Rio** 38:16
**risk** 36:5,6 49:10
82:3 83:3,6,7
84:8,9,19
85:16 88:13
**risk/reward**
99:25
**risks** 82:8,10,13
**road** 102:25
**rogue** 82:17,19
**Roland** 60:14
**role** 81:16
**roles** 37:15
**roll** 28:17 74:8
**rolling** 55:3

**rollover** 60:23
**rollovers** 60:23
70:2
**rolls** 35:1
**roof** 41:10
**route** 104:3
**run** 31:2 41:19
80:11
**runs** 57:24
**runway** 39:24
**RV** 41:8
**RVs** 46:20,23
**rye** 9:23

**S**

**S** 2:1
**Sago** 38:16
**salad** 6:18,19
8:12 9:3,4,10
9:20 10:7 33:8
33:8,15 34:10
**salads** 6:10
**salary** 29:9
**sale** 89:16
**Salt** 17:19 21:20
21:23 43:22
93:20
**San** 89:2 93:4,9
**sandwich** 33:5,7
**saved** 54:9 87:15
**savvy** 48:23
**saw** 17:23 40:21
47:14 70:11
**saying** 22:25
34:8,12 44:25
92:3 106:20
**scary** 90:5,9
**scattered** 59:6
**scheme** 104:18
104:22
**school** 7:18,20
22:13 31:14
76:7,10
**science** 35:10
**scientist** 48:25
**season** 77:3
**seat** 19:24 20:4
85:6
**seats** 94:2

**Seattle** 93:24
**SEC** 30:1 66:17
66:19
**secured** 81:5
**secures** 43:12
**SECURITIES**
1:1
**see** 3:14 4:18
6:15,15 8:5
26:3,20 29:22
31:11 35:2,4
38:20 39:17
40:4,12 45:25
47:15 48:14
49:13 53:10
54:24 66:14
67:21 68:15
76:22 82:8
94:17 107:16
**seeing** 75:8 90:6
104:25
**seen** 18:6 55:24
70:1,4 73:20
82:19 84:19,20
92:13 99:23
104:23,25
105:2
**sees** 25:12 53:14
**sell** 25:16 71:11
71:11 86:5,6
87:13 88:7
97:19
**seller** 79:12
**selling** 40:23
79:9
**send** 63:23
70:23 90:23
91:1 94:18
102:22
**sense** 64:3 86:1
106:13
**separate** 55:4
60:12
**service** 25:8
**service-based**
71:5,15
**Services** 1:24
**serving** 13:3
59:8

**set** 27:5 29:23
65:5 77:16
79:13,14
**settlement** 25:2
26:19 51:22
82:9
**settlements**
50:24,25 81:24
**seven** 38:16
39:14 63:20
66:12 73:10
89:3
**sexier** 89:13
**Shane** 12:14,18
20:19,20 23:2
23:2,7,9,9
24:18 33:2
45:25 46:1
48:10 49:18
55:11,11,12,14
55:20 56:1
58:12,13,14
59:2 63:14,15
73:21 97:12
**share** 94:23
97:10
**shared** 23:3
55:12
**Shifflett** 108:3
**Shirts** 48:12
**shook** 7:4
**shop** 91:8
**short** 64:9
**shortly** 54:1
**shots** 85:12
**show** 42:6
**shows** 94:21
**shuttling** 93:5
**shy** 79:10 100:2
100:6
**side** 34:9,10
83:19 85:18
**sift** 40:5
**similar** 80:6
**simple** 56:19
**single** 20:5,7
84:16
**sister** 76:20
**sit** 2:3 5:6 19:11

**sits** 88:17
**sitting** 90:16
**situation** 72:3
  98:6,8
**six** 36:11 42:13
  82:19 86:22,24
**size** 19:22 25:22
**skeptic** 105:23
**skeptical** 36:18
  104:16
**skiing** 13:25
**skip** 87:11
**SL-02855-A** 1:4
**slamming** 31:25
**slew** 65:15
**slip** 26:14
**slowly** 86:25
**small** 25:25 36:6
  62:23 83:16
**smaller** 16:9
  61:21
**smart** 47:18
**snacks** 11:2
  22:24
**snow** 13:22
  14:23 15:1
**snowballed**
  56:22
**snowed** 14:20
**snowmobile**
  14:18
**snowstorm**
  13:23
**soccer** 76:13
**solar** 41:10,18
**sold** 35:12,21
  38:17
**solely** 5:15
**solid** 71:24
**somebody** 49:5
  61:16,16,18,22
  62:2 67:3,4,10
  69:21,25 70:2
  80:3 85:16
**someplace** 69:6
**son** 18:10 74:13
  76:25
**sooner** 69:4
  71:10

**sophisticated**
  87:24
**sophistication**
  85:25
**Sorenson** 76:10
**sorry** 6:14 7:3
  8:2 20:7,16
  32:12 33:10
  34:3 39:1
  53:23 82:9
  96:25 102:10
**sort** 19:16
**sound** 101:15
  106:9
**sounded** 99:5
**sounds** 3:13
  4:24 7:13 8:7
  47:23 61:24
  62:22 69:10
  77:11 78:25
  80:21 96:4
  107:18
**soup** 6:10
**sourdough** 9:23
  10:1,3,4
**Southern** 17:1,6
**space** 32:15 82:1
  82:2
**speak** 25:23
  26:25
**spec** 37:20
**specs** 41:21
**speed** 47:21,22
**spend** 14:4
  46:23 51:5
  102:24
**spent** 30:4 57:16
**split** 55:5 65:21
**Spokane** 12:11
  16:12 17:24
  18:12
**spoken** 3:20
  105:16
**sport** 76:14
**spot** 26:15 73:10
**spreadsheet**
  94:21
**sprinters** 41:13
**square** 38:15

  46:19
**St** 12:8,10 13:17
  16:3 46:18
**stake** 45:18
**standard** 47:5
  95:1
**standing** 66:25
**start** 24:13
  62:19,23 67:7
  81:22 100:12
  106:25
**started** 16:11
  22:5 23:25
  40:23 52:8
  67:6 79:24
**starts** 63:1
**state** 50:10
  52:23
**states** 1:1 74:3
**station** 8:20,23
  22:18 101:1,2
**stay** 61:2 78:22
  78:24
**staying** 5:2
**stays** 34:25
**step** 65:10
**stick** 75:18
**stop** 64:4
**stopped** 65:1
**story** 77:11,11
**straight** 20:18
  86:23
**strategy** 40:2
**streams** 41:8
**stress** 54:14
**strip** 80:18
**structure** 25:1
**structured** 66:10
  79:2
**stuck** 14:22
**studied** 35:10
**stuff** 16:16 24:9
  57:11 59:18
**style** 19:18 43:15
**SUBJECT** 1:7
**subscription**
  56:5
**substance** 78:2
**success** 38:11

**successful** 80:12
**sucks** 71:23
**Suite** 94:11
**Summerland**
  80:12
**Summit** 14:11
**sunset** 86:25
**sunshine** 16:20
**super** 17:15
  106:17
**supply** 41:5
**sure** 6:6 9:8
  20:17 23:20
  24:11 33:15
  36:8 59:2,14
  66:14,25 69:22
  82:5 98:2,9,19
  98:22 102:7
**surgical** 78:16
**sweet** 26:15
**syndicate** 44:18

————————————
**T**
**table** 32:14 68:1
  90:10
**tables** 31:2
**tag** 26:1 59:14
**take** 2:7,13,14
  2:18 8:3 19:23
  32:25 52:4
  54:14 63:8
  65:10,11 72:12
  72:25 73:5,16
  73:17 85:23
  87:1,6 89:3,17
  89:18,22 91:8
  91:18 92:6,13
  92:20 96:3
  97:20 100:13
  107:16
**taken** 7:25 84:10
  96:16
**takes** 88:16
**talk** 7:1 8:4 36:5
  49:12 61:16
  69:20,25
  101:12
**talked** 24:6
**talking** 12:6

  34:7 49:5
  59:17 61:18
  64:3 68:2
  97:11,13
**tall** 31:13
**Tanner** 60:14
**taste** 38:19
**tax** 39:5 85:19
  87:7
**taxes** 85:25
**team** 76:12,16
  77:2 79:21
**tell** 20:16 30:13
  49:4 64:24
  85:15
**telling** 72:3
**ten** 19:23,24
  20:11,13 27:17
  90:2
**ten-page** 27:17
**terms** 80:4,5
**terrible** 103:15
**test** 62:21,23
**Texas** 29:24
  66:21
**text** 7:3 64:10
  102:5 103:4,25
  103:25
**texted** 91:16
**thank** 2:21 6:22
  11:6,10,11
  30:13,21,24
  31:10 32:22
  34:2 52:19
  53:25 97:6
  100:16,17
  101:3,3,11
  103:9,10 105:6
**thanks** 11:25
  33:2 48:8 97:9
  103:18 104:5
  105:8 107:15
**theirs** 27:24
**they'd** 38:9
  44:13 82:21
  84:10
**thing** 5:14 10:14
  26:21,22 41:6
  56:18 75:22

80:8 88:15
91:16 99:14,24
99:24 107:4,5
**things** 5:25
18:12 41:20
79:2 83:19
85:4 90:1,18
91:4 97:12
100:9
**think** 8:8 10:10
12:14 18:16
21:11,14 24:7
24:13 27:3,14
27:24 28:13,23
33:12,21 36:18
39:23 41:16
42:4 43:2,2
44:13,13 50:1
51:13 53:1,2
54:5 55:13
56:8,17 57:16
58:3,10,15
59:6 61:15
62:25 64:17
65:13 68:18
70:7,11 74:22
75:6 76:3,20
79:5 80:6 81:1
83:15,16 87:21
93:2 94:2 96:7
99:7,16 100:8
100:8,12 106:3
106:21
**thinking** 7:24
8:11 78:16
105:24
**thought** 36:9
100:19,20,23
100:23
**thousand** 28:22
58:10,16,23
**three** 10:18 14:5
38:17 39:3,3,4
39:13 42:24
49:20 52:6
53:16 54:25
78:24 79:20
81:21 88:23
89:23 90:25

92:4,13,17
98:7
**throat** 10:9
**time** 4:12 17:4
24:4 31:22
35:6,12,12,25
42:22 50:8
51:6 52:24
53:25 54:3,6
56:7 59:23
62:12 64:14
69:7 70:20,21
71:16,25 72:10
72:11 80:22
87:17 93:12
102:16,25
103:11 105:21
105:21
**timeframe** 61:12
72:7 88:18
**times** 3:21 14:22
34:16,16 62:4
66:10 75:11
94:11
**timing** 49:17
96:14
**today** 13:21
16:14 36:14
38:9 98:16
**told** 27:16 62:17
64:16 66:18
74:22 89:2
**ton** 36:18 54:9
**top** 29:12 43:12
50:11
**torque** 47:8
**totally** 12:20
32:19 48:24
**toughest** 73:7
**tour** 14:18
**town** 16:9 19:6
71:5,19 77:23
78:10 79:16
98:7
**track** 95:22
**trade** 13:3
**trades** 79:1
**training** 104:9
**Transcriber**

108:15
**TRANSCRIB...**
108:1
**transcript** 108:4
**transcription**
1:15 108:5
**travel** 107:7
**treat** 27:24 28:2
**treating** 16:3
**trees** 19:1
**tried** 56:4
**triple** 72:5
**true** 24:16 36:10
72:15 108:4
**trust** 92:10
**trusts** 52:16
**try** 10:6 12:25
60:11,11 85:1
**trying** 2:11
26:20 35:21,22
49:9 55:21
**turn** 62:14
**turned** 13:14
**turns** 84:5 91:12
**twice** 24:7
**two** 5:4 10:18
14:5 20:8,11
23:1 26:8 37:2
41:23 42:24
49:4 52:9 59:9
60:25 61:7,7,9
61:11 67:6
71:20,24 79:15
82:13,16 83:24
84:12,22 89:22
92:6,9,13,17
98:7
**two-page** 56:6
**type** 48:13,18,19
89:1
**types** 16:12
**typically** 78:23

**U**

**U.S** 59:1
**uh-huh** 20:21
25:4 27:13
30:2 35:16
36:13 40:20

42:1,9 52:3,13
55:8 57:3,13
67:19 75:9
**umpteen** 71:7
**uncommon** 31:6
**underneath**
55:11
**understand**
24:17
**Unfortunately**
11:4
**uniform** 8:5
**unique** 5:14
76:1 81:9
97:13
**UNITED** 1:1
**unproven** 95:21
**updating** 15:14
**upfront** 26:25
**ups** 81:22
**upstairs** 2:12
**upwards** 26:8
80:9
**use** 3:9 15:7
42:23 58:1
**usually** 48:14
77:19
**Utah** 4:15 15:7
17:21 78:4

**V**

**V-6** 47:5
**vacant** 5:6
**vacation** 5:6
**Valley** 53:22
**valuation** 46:15
**variables** 105:1
**variant** 10:10
**Vegas** 11:23
13:18 16:5
21:7 22:7 38:5
42:25 58:25
77:20
**vehicle** 41:10
**venture** 82:1
**versus** 29:11
46:25 71:13
**vet** 65:17,18
**video** 47:12,12

**VOICE** 2:4,6,10
2:12,14,17,20
2:22 3:2,5,8,12
3:15,25 4:3,7
4:17,21,25
5:13,20,24 6:6
6:23 7:3,6,8,11
7:20,22,24 8:2
8:7,13,16,19
8:22,25 9:5,6,7
9:8,9,11,15,17
9:19,22,23,25
10:1,2,3,5,6,15
10:17,21,22,25
11:2,4,5,8,10
11:15,17,19,21
11:24 12:2,4,6
13:2,13,20
15:20,22,24
16:2 17:8,11
17:15,18 18:3
18:7,10,15,19
18:22,25 19:11
19:15,19,24
20:3,7,15,20
20:24 21:4,6
21:10,13,16,20
21:22,25 22:3
22:5,10,14,17
22:20,22 24:1
24:3,14 25:4
25:10,19 26:3
26:20 27:1,4
27:13 28:8,15
28:19,24 29:5
29:7,13,20,22
30:2,7,11,16
30:21,24 31:1
31:7,11,16,19
31:22 32:4,6
32:10,13,24
33:4,9,14,22
34:3,6,12,17
34:19,21,23
35:2,5,9,15,17
35:20 36:13,20
36:23 37:4,7
37:11,16,19,24
38:3,8 39:1,5,9

39:15 40:1,8
40:12,15,20
41:3,21 42:1,3
42:9 43:1,6
44:11 45:5,8
45:11 46:5,8
46:11,14 47:23
48:9 49:23
50:6 52:1,4,7,9
52:13,19 54:17
54:24 55:2,6
56:9,23 57:3,6
57:15,22,25
58:4,6,24
59:10,19 60:18
61:1,4,6,13,15
61:22 62:19,22
63:8 65:17,23
66:1,6,14 67:2
67:9,13,21,24
68:2,5,9,15
69:2,10,14,20
69:25 73:22
74:6 76:5,15
76:19,23 77:9
77:14,18,24
78:3,25 80:3
80:10,13,19
81:25 82:6,21
82:24 83:5,9
83:18,23 84:5
84:16,19,24
85:3,14,20,23
86:6,9,18,22
87:5,23 88:10
88:21 89:9,22
90:5,9,13 91:3
91:12,19,21,23
92:12,16,20,24
93:1,6,9,12,14
93:19,22,24
94:5,13,16,20
94:25 95:5,8
95:11,14,16,18
95:20,25 96:9
96:13,16,20,24
97:2,8 98:13
98:15,20 99:2
99:11,14,23

100:4,11,17,25
101:7,15,18,21
101:24 102:5,8
102:10,13,15
102:19,21
103:3,15,19,23
104:2,4,6,9
105:5,12
107:20,22

**W**

**wait** 3:12 40:1
59:14 69:23
74:9 85:7
88:25
**waiting** 17:9
25:3 26:2,7
63:4,7 73:23
75:12
**walk** 100:15
**wall** 76:11
**want** 3:8 5:2,3
6:14 8:9 10:4,6
20:17 22:24
24:12 25:22
26:22 31:15
41:17 42:7
46:24 49:17
51:16 53:11
61:15,24 64:1
72:4 82:6 85:4
88:19 89:1,2,3
89:5,5,14,23
91:13 92:18
96:3,5 97:25
98:4 100:1
103:6,19
**wanted** 96:1,1,2
97:19
**wanting** 8:5
**wants** 53:12
**War** 22:5
**warehouse**
46:20
**wash** 106:11
**Washington**
52:23
**wasn't** 14:23
**watch** 62:24

107:1
**water** 10:24 19:1
32:24
**waters** 32:6
**way** 3:24 11:22
13:1 18:6 36:3
47:7 49:14
62:25 74:7,12
76:3 105:24
**Wayne** 93:10
94:12
**ways** 103:5
**we'll** 3:12 6:11
7:11 13:5
19:11 50:4
58:5 66:11
73:11 74:10
88:3 90:18,19
90:19 91:8
95:2 100:15
101:12 107:2
**we're** 5:2,3 6:4
8:3,4 10:23
12:6 14:19,19
14:25 16:13,20
16:25 26:17,24
33:2 37:15
45:3 46:4 49:9
49:19 53:8
62:7 64:17
65:14 66:13
67:15 73:9
77:21,21 78:6
78:7,11,15
79:5 80:14,14
83:17 93:10
100:25
**we've** 12:22 15:7
18:5 24:9
29:16,17 36:22
37:25 39:13
40:3 55:17
63:3 68:12,13
77:23 78:5,6
78:10 81:20
83:11,11 84:19
84:20 89:24
91:1 92:13
93:2 94:11

103:17,20,20
105:15
**web** 35:13
**week** 14:2,19,20
24:10 36:15,16
61:10 63:17
73:19 74:23
75:1,2 104:23
**weekly** 62:7
**weeks** 5:4 10:8
10:18 61:7,11
71:20,24 73:11
73:17,19 74:19
75:1 88:17,23
92:4 98:7
**weeks'** 61:7,9
**weigh** 71:12,12
**weight** 42:11,14
**weird** 10:13
59:17
**welcome** 2:22
**well-rounded**
48:16
**went** 7:18 14:9
14:10 18:7
48:11 65:12
76:7,8 82:17
83:15,25 84:2
84:3 96:11
102:15,16
**Wentworth**
27:11,16,19
**wheat** 9:23
**wheelie** 47:13
**Wheels** 96:9
**white** 9:24
**whiz** 43:8
**widow** 53:15
**wife** 16:5 18:7
37:12,13,21
**wife's** 12:19
**wild** 12:24
**willing** 27:1
**wondering**
31:19
**word** 53:3 60:8
85:20
**work** 26:14 27:6
28:25 31:18

48:22 50:4
55:19 57:4
62:24 63:13
68:25 73:1,6
90:20 96:18
107:8,12
**worked** 66:16,17
86:18
**working** 23:7
31:24 58:17,20
64:14 65:14,16
69:17 78:7
83:13 107:10
**workout** 15:23
**works** 30:1
98:20
**world** 6:2 22:5
35:13 83:23
84:6
**worldwide** 84:11
**worry** 103:7
**worse** 98:8
**Worst** 13:25
**worth** 38:9
45:19,20 49:19
50:7 87:10,18
107:14
**wouldn't** 50:2
57:8 62:19
69:11 83:2
93:6 95:21
**wow** 12:21
14:17 21:10
22:2,4,9 39:15
41:3 47:23
52:7 61:14
77:5,7 80:10
80:19 81:4
84:15,23 93:21
94:1 103:22
**wrap** 24:17
**Write** 85:22
**writing** 86:3
**wrong** 31:20
85:20 88:13,15
91:4

**X**

**X** 50:5

**Y**

**Y** 21:5
**yeah** 2:14,20 3:7
3:7,15,16,16
3:18,23 4:13
4:20 6:6,13,21
6:23 7:1,7,8,10
7:13,14,16 9:4
9:6,16 10:12
10:19,24 11:3
11:4,7,9,12,19
11:21 12:4,17
12:17,20,24
13:16,20,24,25
14:7,14,24,24
15:12,15,18,20
15:20,22,24,24
16:4,8,15,25
17:9,11,13,17
17:20 18:1,2,3
18:5,14,16,24
19:11,11,14
20:2,11,14,15
20:22 21:1,9,9
21:22,25 22:10
22:19,21 23:2
23:6,15,24,24
26:6 27:7
28:21 29:2,4
29:16,16,20
30:9 31:1,10
31:21,24 32:5
32:8,10,10,12
32:20 33:18,25
34:11,11,11,11
34:17,18,22
37:4,6 38:2,3,7
38:10,24 39:3
39:6,7,9,12,22
39:23 40:3,3
40:24 41:14
43:16 44:3,4,8
44:25 45:1,13
45:16,22 46:12
46:13 47:2,7
47:10,14,16,17
48:5,21 49:1,7
49:21 50:9,17
51:3,10,12,15

51:19 52:17
53:6,19 54:2,7
54:13,18 55:4
55:9,19,25
56:15,25,25
57:14 58:1,2,2
58:6,8,12,22
59:3,3,16,19
59:22 60:6,7
60:10,22 61:1
61:14,22,22
62:3,11 63:5,5
64:21,24,24
65:1,3 66:4,5,9
66:15,20 67:13
68:11,21,21,23
69:1,2,9,10,10
69:14,19 70:4
70:9,12,16,18
71:8,21 72:1
72:16,16,24
74:1,7,21 75:7
75:8,9,19,19
75:20 76:5
77:8,9,13,16
77:21,25 78:5
78:22 81:9,11
81:15,17,20,25
82:6,15,23,25
83:1,2,8,21
84:4 85:3,3,10
87:4 88:10
89:8 90:4,8
91:20,23,24
92:11 93:1,7
93:12,13,16,18
93:24 94:4,5
94:10,10,13,13
94:16,20,25
95:10,11,16,18
95:24 96:8,13
96:16,20 97:4
97:8,8,10,16
98:13,13,15,22
98:23 99:2,13
99:15,20,23
100:1,2,4,5,20
100:22 101:2,5
101:10,14,18

101:23 102:7
102:14,18,23
103:1,2,8
104:2,19,20
105:7,14,25
106:2,7,11,12
106:15,18
107:3,12,18
**Yean** 60:13
**year** 5:4 41:2
46:13 55:13,17
56:3 63:19
70:3,11,25
76:7 80:9,17
84:25 86:20
87:1 88:20,20
89:17,19
101:20
**year's** 95:3
**year-and-a-half**
18:10
**yearly** 34:7
**years** 12:13 23:1
23:22 26:8
36:15,16,25
37:3 38:17
39:3 42:23,24
45:19 52:6,20
70:10 79:20
80:24 81:21
82:19 83:25
84:12,22 86:22
86:24 87:9,9
87:13,17 96:17
102:1
**younger** 49:2

**Z**

**zero** 64:18,20
86:4
**zone** 71:25
**Zoom** 59:13
99:12

**0**

**06** 16:9

**1**

**1** 1:8 45:18
**1,000** 43:19

**1,300** 94:7
**1,500** 43:19
**1.2** 73:3,9
**1.3** 81:1
**10** 8:25 11:14
79:23 84:7,8,8
95:3
**10,000** 34:21
35:4 46:19
**100** 55:5 85:19
87:20
**100,000** 25:14
25:21 26:18,18
28:11 45:20
**1031** 72:3
**105** 42:7
**108** 1:8
**1099** 70:10,25
**11** 87:15
**12** 42:23 44:22
44:22 50:14,15
97:15,21 106:6
**12-1/2** 28:12,16
30:11 34:5,6
34:15 50:22
65:23,24 66:1
67:23 69:11
**12,000** 38:15
**14** 42:23 94:7
**14-hour** 103:11
**15** 11:14 12:13
37:3 63:6
73:18 98:3
**150** 41:4
**16** 98:3
**180** 34:17 58:21
67:7
**19** 23:6
**1940s** 22:1
**1st** 47:19

**2**

**2** 45:1,6,12,17
**2-1/2** 70:11
74:23 79:25
92:21
**2,000** 9:1
**2,000-mile** 93:19
**2.6** 38:14

**20** 45:4 46:22
52:20 91:21
**20,000** 64:18
91:10
**200** 51:21
**2000** 13:7 21:9
**2009** 38:4
**2010** 35:12
**2019** 23:3
**202** 1:25
**2021** 40:23 41:1
**2022** 86:16
101:19
**2022.02.17** 1:7
2:2 108:7
**2023** 41:4
**2030** 15:4
**2034** 15:4
**20K** 91:13
**21** 37:3
**22** 49:19 87:14
**225** 25:21
**225K** 26:14
**23** 103:20
**25** 26:1 28:10
65:19
**25,000** 98:18
**250** 58:17

**3**

**3** 74:23
**3,500** 42:22
**30** 43:9 45:4
46:22 54:22
73:19 74:19
81:22
**300** 19:20 94:16
101:21
**32** 86:14 87:11
87:12
**35** 86:14
**350,000** 25:22
**350K** 26:14
**39** 46:2 86:11,12

**4**

**4-1/2** 81:2
**4,400** 94:8
**40** 14:15 42:2
54:23 55:2,4

**400** 51:24 54:18
**400,000** 45:20
**40s** 22:3
**44** 46:7
**467-9200** 1:25
**4X** 45:20

---
**5**
---
**5** 40:25 44:17
   45:2 57:16
   68:4 70:5 75:1
   79:10 80:16
   81:2 87:10,12
   87:13 90:7
   104:23
**5-1/2** 75:2
**5.6** 38:17
**50** 51:1,8 60:15
   84:21 87:2
   105:25 106:4
**500** 38:9 39:6
   49:24
**500,000** 73:19
**509** 102:19
**509-768-4990**
   102:14,15
**59.01** 11:8

---
**6**
---
**6** 35:8 42:12
   59:4 70:5,7
   87:8,12
**6-1/2** 40:14
**60** 56:22
**6394** 102:13
**65** 80:9
**66** 25:7

---
**7**
---
**7.4** 77:23 78:10
**70** 60:6
**70/30** 60:4
**700** 42:12
**702** 102:9
**702-234-6394**
   102:12
**737** 83:24
**75** 41:1 42:16
   46:11 49:19
   50:2

**750** 42:15
**768-4990** 102:20
   102:21

---
**8**
---
**8** 44:21,23 45:10
   45:11,12,16
   50:11 103:20
**8's** 83:24
**8,000** 14:15
**80** 25:14,21
   26:17,18 28:11
   35:4 55:5
   84:21 88:8
**80,000** 34:12,21
   34:23 82:24
**8X** 45:21

---
**9**
---
**90** 26:4 28:16
   34:13,14,15,22
   34:23 35:4
   55:20 65:20
   70:22 88:8
**90-day** 25:3 61:5
**90,000** 34:13,24
**90s** 21:17
**96** 12:18
**98** 12:15 13:6,12
   21:12

# Exhibit 14

AFFIDAVIT OF HAL DE BECKER III

STATE OF NEVADA      )
                          )   SS:
COUNTY OF CLARK     )

1.     I am a private investigator, duly licensed by the state of Nevada, and the owner of De Becker Investigations, Inc. My license number is 1155 and my business address is 9360 W. Flamingo Rd., Ste.110, Las Vegas, NV 89147, Telephone No. (702) 982-5200.

2.     I have personal knowledge of the facts stated herein. If called as a witness in this proceeding, I could and would testify truthfully and competently as to the matters stated herein.

3.     On February 9th, 2022, my firm was retained by Igor Ostrovsky and instructed to install a covert video/audio camera on a private plane at the Henderson Executive Airport in Henderson, Nevada.

4.     On February 17th, 2022, at approximately 9:30 a.m., I arrived at the Henderson Executive Airport, located at 3500 Executive Terminal Dr, Henderson, NV 89052. I was greeted by Igor Ostrovsky and was introduced to his clients. At this time, I was escorted to a Phenom 300 Private Jet, located on the airport's tarmac. I proceeded with my assessment of the plane's cabin. At this time, I was advised that the client would be on the plane with the subjects of the investigation and party to the conversation.

5.     At approximately 10:45 a.m., I exited the plane and was instructed to return to the plane and install my camera equipment at 11:30 a.m.

6.     At 11:30 a.m., I reentered the Phenom 300 Private Jet, synced my modified 1080P HD video/audio covert camera's date and time stamp to the date and time on my iPhone, installed the camera, and activated the camera's recording application. At approximately 11:40 a.m., I exited the plane and returned to the airport's lobby.

7.     At approximately 2:00 p.m., I was escorted back to the Phenom 300 Private Jet and was instructed to retrieve the camera. The camera was retrieved and at approximately 2:30 p.m., I departed the airport and returned to my office, where at approximately 4:00 p.m., I transferred the video/audio footage from the camera to my computer.

1    8.    On February 23rd, 2022, I emailed Igor Ostrovsky and Nate Anderson a
2          copy of the video file through our Citrix Sharefile account
           dbilv.sharefile.com. The link is https://dbilv.sharefile.com/d-
3          e1a795bf4f22432b.

4

5

6                                              Hal de Becker III

7

8    State of Nevada, County of Clark
     Subscribed and Sworn to Me
9    on this _28_ day of March, 2022

10

11

12   NOTARY PUBLIC in and for said County and State

13

14
                        ARACELI DELEON
15                      NOTARY PUBLIC
                        STATE OF NEVADA
                        Appt. No. 20-3756-01
16                      My Appt. Expires February 10, 2024

17

18

19

20

21

22

23

24

25

26

# Exhibit 15

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )

                             )  File No. SL-02855-A

J&J CONSULTING              )  AMENDED 4-6-2022


SUBJECT:  2022.02.24 Jeff Judd call

PAGES:    1 through 23




AUDIO TRANSCRIPTION




Diversified Reporting Services, Inc.

(202) 467-9200

```
 1            P R O C E E D I N G S
 2      WB: Hello.
 3      MR. JAGER: Hey, Mark. It's Shane.
 4      WB: Shane, good to hear from you, man.
 5      MR. JAGER: You too. You too. I'll bring
 6  Jeff in. I've got him on the other line.
 7      WB: Okay. Okay. Great.
 8      MR. JAGER: Okay. Jeff, are you there?
 9      MR. JUDD: Yeah.
10      MR. JAGER: Okay. Mark, are you there?
11      WB: Yeah.
12      MR. JAGER: Okay. I'll give you one
13  disclaimer, Mark. Jeff lives high up on the mountain,
14  and sometimes cell service isn't great. So hopefully
15  we can retain the call and get through it without
16  having to call back, but --
17      WB: Well, I'm at your --
18      MR. JAGER: -- we'll play that one by ear.
19      WB: Yeah, I'm at your disposal right now.
20  So if anything happens, then I'll -- I'll just wait for
21  you to call me back.
22      MR. JAGER: Yup, yup. No problem.
23      WB: All right. Awesome. Okay. This is the
24  Jeff Judd, huh?
25      MR. JUDD: (Laughter.) It's Jeff Judd from a
```

```
 1  long time ago.
 2      WB: Yeah. So I -- I mean, I -- when I first
 3  heard your name I thought that -- that sounds familiar.
 4  So I looked you up on Facebook, and I saw that we have
 5  like -- I don't know -- 40-something friends in common, and
 6  one of them is like one of my best friends, Eric
 7  Sorenson.
 8      And so then I was like, looking at your
 9  profile, and it was like we went to high school
10  together.
11      MR. JUDD: Yeah, I knew --
12      WB: So anyway, then I --
13      MR. JUDD: I talked to Eric live. I talked
14  to Brad Nayna when he was here --
15      WB: Yeah.
16      MR. JUDD: -- but --
17      WB: Yeah, two of my best friends. Anyway,
18  so that -- then I realized you're just one year ahead
19  of me. So I'm pretty sure that we've -- we've met, but
20  --
21      MR. JUDD: Oh, yeah, and I knew your sister,
22  too.
23      WB: Yeah, Rebecca?
24      MR. JUDD: Yeah.
25      WB: Anyway so what -- what -- what --
```

```
 1      MR. JUDD: She was close to Nicky Patterson
 2  and I was friends with Vicky.
 3      WB: Okay. Okay. Well --
 4      MR. JUDD: Yeah.
 5      WB: What are you guys -- what have you been
 6  doing since then? Like did you -- did you go to
 7  college or did you stay in Vegas or what happened with
 8  you after high school?
 9      MR. JUDD: Oh, yeah. I went -- I went to
10  Chile for a mission.
11      WB: Oh, nice. I went on a mission to
12  Portugal.
13      MR. JUDD: Oh, yes, you and Christiano
14  Reynaldo.
15      WB: Oh, yeah.
16      (Laughter.)
17      MR. JUDD: He didn't go on a mission though.
18      WB: Yeah, yeah, right.
19      (Laughter.)
20      MR. JUDD: No, but I -- no, from there I just
21  stayed in Vegas because I had to pay for my own school.
22  So I went to UNLV and I worked as a valet parking
23  attendant while I was going to school.
24      WB: Oh, awesome.
25      MR. JUDD: And then from there I took a job
```

```
 1  with Big Pharma out of college as a rep, and then just
 2  did different jobs from there. I did -- you know,
 3  after that, they changed the pay scale and all that. So
 4  then I went into mortgages during the boom in the early
 5  2000s.
 6      I did that for a while. Then I went into -- I
 7  owned some specialty pharmacies with two other guys,
 8  compounding stuff. So we did that, and that's actually
 9  how I came across this, what I'm doing now,
10  is that we had to sue one of our -- our CFO
11  because he was stealing a bunch of money
12  from us, and so we sued him, and then I started
13  talking to my attorney who's Matt Beasley (phonetic)
14  who I do this with, and that's how we started this
15  business. It was just by -- from that lawsuit. So.
16      WB: Wow.
17      MR. JUDD: But I have four kids. One of them
18  plays soccer in LA Galaxy. He's trying to get to the
19  first team now.
20      And then I have an older son that's 26 that
21  works for me; a daughter that's 21 that's about to get
22  married. She lives in Utah.
23      WB: Holy smoke. Cool.
24      MR. JUDD: And then I've got a 13-year-old
25  daughter. So I've got a little straggler.
```

## Page 6

1    (Laughter.)
2    WB: Well, I -- I got started a little bit
3    late. My son is a year old, and --
4        MR. JUDD: Oh, geez.
5    WB: And this is a little bit of a secret,
6    but I've got another one on the way.
7        MR. JUDD: Oh.
8        MR. JAGER: Oh.
9    WB: So I haven't --
10       MR. JAGER: Cool.
11       MR. JUDD: You definitely started late.
12   That's good though.
13   WB: Yeah. You're -- you're going to
14   have grandkids my kids' age very soon.
15       MR. JUDD: (Laughter.) Yeah. I'm surprised
16   I don't have them already, but I don't. So.
17   WB: Yeah, yeah. I -- anyway, I'm familiar
18   with compounding pharmacies because we've -- we've been
19   doing fertility treatments for a while, and, anyway,
20   we've had to make use of them.
21       MR. JUDD: Oh, yeah. There's -- that's
22   expensive, too. So.
23   WB: So you -- you discovered this
24   opportunity through your work in the --
25       MR. JUDD: No. So what happened is because I

## Page 7

1    started talking to Maraday (phonetic) about the
2    lawsuit, he said to me, he goes, "Jeff," he goes,
3    "every single time my clients agree to settle, they
4    want their money the next day." He said, I've got a
5    lady that helps me do this sometimes, but I think you
6    and I could make a -- a business out of this."
7        So I said okay. So I did it for about eight
8    months on my own. I had my own capital, and I did it
9    for him, and then I said, "Well, okay. Well, this is
10   -- you know, it seems like it's good."
11       And the way we structured it was good because
12   we do it in 90-day terms. We don't have the money
13   sitting out for long periods of time.
14   WB: Yeah.
15       MR. JUDD: And so what we do is we step in
16   when they agree to settle, not when they sign the
17   settlement documents because they wouldn't need us.
18   It's 30 days from that time.
19   WB: I see.
20       MR. JUDD: When we know the amount, that's
21   when we step in, and we'll buy the $100,000 of -- you
22   know, the settlement is usually around 300,000. If
23   it's like 250 or less, we'll only buy 80 of it, and then they
24   have to pay us back 25 or 20,000 plus the 5,000 admin
25   fee.

## Page 8

1    So that's how we started this, and then we
2    just started out branching out to guys like Shane. So
3    the whole business is done off of referrals. There's
4    no direct to consumer marketing, nothing like that. It's
5    just a referral-based business.
6        WB: So, yeah. It sounds like, you know, I
7    thought I was doing pretty well for -- for people from
8    our high school, but you're just crushing it, it looks
9    like.
10       MR. JUDD: I'm sure you're doing well. Shane
11   told me you sold a business that was good. So.
12   WB: Yeah, I mean, I was in Web hosting, and
13   now I'm into aviation, but I'm -- I'm just -- I'm just
14   wondering how many -- so these guys have given me some
15   indication, but do you know how much -- how -- how much
16   money you have under management?
17       MR. JUDD: About $475 million.
18   WB: And so how many contracts is that or how
19   many have you done to date really?
20       MR. JUDD: Oh, I've done over 16,000.
21   WB: Really?
22       MR. JUDD: It's like right now I'm getting
23   about 450 contracts a week.
24   WB: Wow. And so how many law firms does
25   that take to stick up with?

## Page 9

1        MR. JUDD: About 15 --
2    WB: Or keep up with it?
3        MR. JUDD: -- law firms roughly. We don't do
4    anything in Vegas because Vegas just tried to implement
5    some stupid laws, and our stuff really doesn't hone to that.
6    It's not anything that we have to do, but we
7    just took our business out of here just because that
8    reason, and we didn't want people knowing what we did
9    in our backyard.
10   WB: Right, right.
11       MR. JUDD: So it was just a smarter decision
12   to not even do anything here.
13   WB: So that I mean how hard would it be for
14   somebody -- not that I want to do this. Look. I'm not
15   I'm not interested in taking your business away, but
16   how hard would it be for somebody to copy what you're
17   doing?
18       MR. JUDD: It's not. I'm sure there's other
19   people that do it. It's just you have to find the
20   right niche of attorneys, and you have to have the
21   right attorney to do it.
22   Now, I don't talk to the attorneys. So
23   that's where my attorney -- my attorney is just my
24   attorney. He is not my business partner. I mean, he
25   is, you could say, but on paper we didn't have a contract

Page 10

1   and he takes care of the attorneys because all of the
2   attorneys want to be arm's length from me.  They don't
3   want to know me.
4        WB:  Okay.
5        MR. JUDD:  Which is smart because then that way
6   they can't accuse them of steering or anything like
7   that.
8        WB:  Yeah, yeah.  So I mean, do they get
9   incentivized to work with you guys?
10       MR. JUDD  Oh, they -- they split half the
11  admin fee, which is perfectly fine.  My attorney takes
12  care of all that.
13       WB:  I see.  Okay.
14       MR. JUDD:  Yeah, there's got to be something
15  or they're not going to send  all this
16  stuff.  I mean, some of them would because it's so
17  easy.  We make it really easy for them, but, yeah, they
18  split half the admin fee with the attorney.
19       WB:  So how -- how big is your team?  I mean,
20  I guess would you include the attorney's team in your
21  team or do they have -- how big is the team overall?
22       MR. JUDD:  Well, I've got guys like Shane
23  that do this with me, but basically, I manage the whole
24  thing with my son.  He's just 26 and does a lot of the
25  paperwork.  So we -- about three or four months ago we --

Page 11

1   I took it to this big attorney group out of Dallas.
2   We didn't used to have all of this in place, and we put
3   together a private money placement.
4        I registered the company with the SEC Section
5   D, and so now we have all that in place with the
6   private money and the subscription agreement and all
7   that.
8        WB:  Oh, very nice.  So your -- your daughter
9   is in Utah?  She's --
10       MR. JUDD:  She's an (inaudible) there.
11       WB:  Okay.
12       MR. JUDD:  Or -- or she's in -- she lives in
13  Lehigh.
14       WB:  Okay.  I live in Sandy.
15       MR. JUDD:  Oh, okay, yes.  She's close.
16  Shane and I have a house in Heber City.
17       WB:  Oh, really?  Yeah, nice area.  Shane
18  tells me -- so Shane tells me you got a private plane.
19  Is that where you fly into?
20       MR. JUDD:  When I can.  Because my son -- I
21  go to all of his games.  So between him and my little
22  daughter, she does like -- she's in plays and stuff.
23  She was just in a production in downtown Las Vegas, and
24  they might take it to New York.
25       So between them they keep me going all

Page 12

1   different places.
2        WB:  Wow.
3        MR. JUDD:  So, yeah, I purchased my plane for
4   the tax benefit, and then I put it in a company called
5   Sirius AV, and they manage it for me.  So
6   they lease it out when I'm not using it.
7        WB:  Yeah, that's what we do.
8        MR. JUDD:  The best investment I've made.
9        WB:  Yeah, nice.  What -- what kind of plane
10  are you flying?
11       MR. JUDD:  It's a Hawker 900.
12       WB:  Okay, yeah.  Sounds like you got some
13  good advice.  I -- that's the very thing that we do.
14       MR. JUDD:  Yeah, that's -- yes, Mark, that's
15  Mark -- Mark, that's right up his new business, is
16  they -- they do the same thing that Serus AB is doing
17  for you.
18       MR. JAGER:  Yeah.
19       MR. JUDD:  My attorney wants to buy a plane.
20  It's so hard to find planes right now.  Like my plane
21  is a million dollars more than I bought it for last
22  year.
23       WB:  Yeah.  I mean that's -- that's rare in
24  the aviation industry, right, to see an appreciation
25  like that, but --

Page 13

1        MR. JUDD:  I know.  It's just the times we
2   live in.  I guess COVID made it so people don't want to
3   go to the airport, and people start doing these --
4   these companies like you, which is brilliant, because
5   if I didn't have that company, I probably wouldn't own
6   the plane.
7        WB:  Yeah.
8        MR. JUDD:  It's too much overhead to have it,
9   you know.
10       WB:  And I think, you know, I wouldn't get
11  rid of it.  I think you'll see that the value will hold
12  pretty steady for maybe another year or more.
13       MR. JUDD:  Well, I'm not worried about that.
14  I make money off the plane anyways because they -- they
15  lease it out.  They have contracts with like the Wynn
16  (phonetic) and --
17       WB:  Oh, cool.
18       MR. JUDD:  -- Core World (phonetic) and all that.  So
19  that plane, when I'm not using it, I sometimes have
20  to bump people off of it to use it myself.
21       WB:  Yeah, yeah.  So --
22       MR. JUDD:  I try not to do that, but I -- I
23  have vacations.
24       WB:  Yeah, sure.  Have you ever seen anything
25  like defaults, late payments --

Page 14

1    MR. JUDD: (Giggle.) That's --
2    WB: -- collections?
3    MR. JUDD: -- thing that we never had one
4    over 16,000 in six-plus years go bad.
5    WB: Um, that's pretty amazing, and so --
6    MR. JUDD: It is. That's what the attorney
7    group -- they are. You've never had one of these go
8    bad, and -- and I think a lot of it is attributed to
9    the -- the business structure because it's 90 days, and
10   realistically if these companies weren't going to -- if
11   insurance companies or, you know, the big business,
12   whatever, didn't have the money, they wouldn't extend it.
13   They wouldn't settle. So.
14   WB: Okay.
15   MR. JUDD: I think it is because we have
16   short terms. Like I know people that do this kind of
17   thing, but they'll do it like before this thing even
18   goes to trial.
19   Now, we don't do anything. If something's
20   going to go to trial, we won't take it. We just want
21   all the insurance stuff.
22   WB: Right. So if they're going to settle
23   outside of court.
24   MR. JUDD: What's that? Sorry.
25   MR. JAGER: If -- if --

Page 15

1    WB: So if they're going to settle outside of
2    court, that's when you would take it.
3    MR. JUDD: I lost you. What did you say?
4    WB: I said so if they're going to settle
5    outside of court, that's when you would take it.
6    MR. JUDD: Yeah, so none of our -- so none of
7    -- the attorneys know that we don't want anything
8    that's going to be filed in court.
9    WB: Yeah, yeah.
10   MR. JUDD: So our -- is pure reimburse --
11   that's why we go after that $300,000 range because
12   that's just all insurance reimbursement.
13   WB: So what risks do you see, if any?
14   MR. JUDD: Insurance default? Let's say
15   insurances did -- were insolvent and they didn't pay.
16   But if that happened, we'd have big problems, struggle
17   the whole --
18   WB: Yeah, yeah.
19   MR. JUDD: -- system.
20   WB: So I'm just -- in my mind I'm trying to
21   figure out which bucket of my portfolio that I would
22   put this in. You know, I've been putting it in the
23   high-risk bucket.
24   So anyway, I want to get a feel for that.
25   MR. JUDD: Yeah. Of course, there's a risk in

Page 16

1    everything. We just have never had a -- we've never --
2    I mean, we have a padding that the attorney and I have
3    in case some do go bad because we don't want anybody
4    else's money. We'll take care of it, but we just have
5    never had to use it. We've never had one go bad.
6    WB: I see. So is that -- is that Beasley?
7    MR. JUDD: Yeah, Matt Beasley is my attorney.
8    WB: Okay. So what -- what role does he
9    play?
10   MR. JUDD: He -- he finds the other
11   attorneys, and he writes the contracts.
12   WB: Okay. Well, look. This sounds amazing.
13   Sorry. I'm catching my son's cold. He went to church
14   on Sunday and came home with a stuffy nose, and I had
15   to stay home from work today.
16   MR. JUDD: Well, that happens.
17   WB: Yeah, yeah.
18   MR. JUDD: Do you -- do you run your -- just
19   out of curiosity, do you run your plane service company
20   out of Utah?
21   WB: Yeah, we're at the Salt Lake Airport.
22   MR. JUDD: Okay.
23   WB: And yeah.
24   MR. JUDD: I've flown out of ACI there
25   before.

Page 17

1    WB: AC -- ACI in --
2    MR. JUDD: Yeah, in Salt Lake.
3    WB: I haven't -- do you mean TAC-Air?
4    MR. JUDD: I think it -- you know what? It's
5    ACI here. I think you're right. I think it is
6    TAC-Air. That is -- that is the one there.
7    WB: There is an ACI, yeah, that I'm aware of
8    in Las Vegas, and there's one down in Orange County.
9    Anyway, they're different, different FPOs, and then
10   there's OK-3 in Heber. So that that's some of the most
11   expensive --
12   MR. JUDD: Yeah, that's the one that I go to, if
13   I can get in there, but if the weather is too bad, I
14   have to fly into Salt Lake.
15   WB: Yeah. That's some of the most expensive
16   fuel. I think they're over seven bucks a gallon in
17   Heber.
18   MR. JUDD: Yeah, but my house is like five
19   minutes from there because it's in Red Ledges.
20   WB: Yeah, it's worth it.
21   MR. JUDD: -- if I'm going there,
22   that's where I want to go.
23   WB: Yeah.
24   MR. JUDD: So.
25   WB: Well, so it's good to see you've got the

Page 18

1  support of members of the church on this.  Sounds like
2  you've -- a number of people are being helped out that
3  way.  Like sounds like --
4          MR. JUDD:  It's changed a lot of
5  people's lives.  I wasn't greedy when I did that.  I mean we
6  pay at a high percentage.  So my thought process was
7  it's not my money.  I'm going to make my money on each
8  deal.  Then why wouldn't I pay out a high percentage?
9  So that's the way we set it up.
10         WB:  Cool.  What percentage would you say is
11  members of the Church or -- I don't know -- I guess
12  "people from Utah" wouldn't really apply, but is it -- is
13  it mostly word of mouth between them and that's how
14  people get into it?
15         MR. JUDD:  Yeah, it's all just referral
16  based.  I would say that probably -- probably 50 -- at
17  least 50 percent of our investors are LDS.
18         MR. JAGER:  Yeah, that rings true with me,
19  too.
20         WB:  Yeah.  I'm just trying to think of any
21  other questions.  Are there any other questions that
22  people generally ask that I'm not thinking of?
23         MR. JUDD:  No, I mean, you've asked them.
24  I mean, it's hard to believe that one has never gone
25  bad, but I just think it's because of the business model

Page 19

1  in general.  I mean why do these people -- why can't
2  they wait 90 more days?  I don't know.  They've been
3  waiting two years already, 18 months, and you know,
4  they don't pay income tax on this stuff.  So maybe they're
5  thinking am I ever going to get this money?
6          We're the ones take a lot of risk because
7  there's no -- there's nothing we can do about it if
8  they don't.  You know, we're not going to go after
9  them.  So.
10         WB:  Yeah, well --
11         MR. JUDD:  I don't know if -- the pay's good, but it's
12  not like people like you and I.  Of course, we'd wait 90 days,
13  but it's people that probably just need the money.
14         WB:  Yeah.  Well, it sounds like you're
15  helping people both on the -- on the define -- or
16  plaintiff end and on the investor end.
17         MR. JUDD:  We just filling the need, it looks
18  like.  So.
19         WB:  Yeah, okay.  Look.  I've got to look at
20  some -- how I'm going to shuffle this around, but
21  originally Jason had said and Shane -- Shane kind of
22  addressed this yesterday.  He'd given us a -- my friend
23  Mike and I, he'd given us a -- a figure for how long it
24  takes to get things working, but I'm contemplating a
25  first run of -- of let's say two million bucks.

Page 20

1          How long would it take you to get those
2  actually earning?
3          MR. JUDD:  Oh, it's going to take 90 days
4  from whenever you buy them.  So --
5          WB:  No, but I'm saying how long does it take
6  you to have --
7          MR. JUDD:  To put it in?
8          WB:  Yeah.  Yeah, to have those contracts
9  purchased.
10         MR. JUDD:  If Shane or whoever is fine with
11  it, you can do it within three -- I can place them
12  all within three weeks.
13         WB:  Okay.  Okay.  And how many law firms you
14  guys work with?
15         MR. JUDD:  Sixty-two, I think, throughout the
16  -- we're in 39 different states.
17         WB:  Wow.  Okay.  Let me talk to my
18  accountant and see what I can work up and -- and maybe
19  -- anyway, so moving forward is it -- is it Shane that
20  I talk to?
21         MR. JUDD:  It's whoever.  Shane?
22         MR. JAGER:  Mark, it'll be Jason that you
23  talk to, but if -- if you need a little -- I know
24  Jason's list is pretty long.  So, you know, if we're
25  going to pull some strings to get you in a little

Page 21

1  quicker, then I might need to come in on that to help
2  facilitate that.
3          WB:  So if -- if I -- if I were to talk to my
4  business partners, my investment partners and bring
5  them in, Shane was mentioning that -- that there might
6  be some way that I could see a -- a higher spike in my
7  return because of bringing other people in, especially
8  if they're large amounts.
9          MR. JAGER:  I was talking to Jason about
10  that, Mark, and I -- we have to look -- take a closer
11  look at that, but the -- the referral that was on his,
12  it's not -- it's -- there's not much there.  So I don't
13  know that that -- that would be feasible.
14         WB:  Okay.
15         MR. JAGER:  But we can talk more about that.
16         WB:  Okay.
17         MR. JUDD:  I don't -- I don't want to cut --
18  you're coming in through Jason.  I don't want to cut
19  him out, you know.
20         WB:  Okay.
21         MR. JUDD:  So I've got to be careful there.
22         WB:  Fair enough.  Okay.  Let me look at
23  what I can do, and I don't know.  Let's circle back.
24  I'll circle back with Jason next week.  He's got me
25  scheduled to talk to two other investors tomorrow.  So

Page 22

```
 1    I'll have that conversation, and then -- and then let's
 2    -- I'll circle back with him.  I guess you guys will be
 3    hearing from him.
 4          MR. JUDD:  Sounds great.
 5          WB:  All right, Jeff.  I appreciate your
 6    time.  I'm sure you're busy.
 7          WB:  And thanks for your time.  I appreciate
 8    it.
 9          MR. JAGER:  Yeah, thanks, Jeff.
10          WB:  And you, too, Shane.
11    Appreciate you.
12          MR. JAGER:  Oh, you got it.  You got it,
13    Mark.  We'll talk soon.
14          WB:  Okay.   Take care.
15          MR. JAGER:  Okay.  Thanks.
16          WB:  Bye-bye.
17          (End of audio file.)
18                * * * * *
19
20
21
22
23
24
25
```

Page 23

```
 1          TRANSCRIBER'S CERTIFICATE
 2
 3    I, Mary Jo Mitchell, hereby certify that the foregoing
 4    transcript is a complete, true and accurate
 5    transcription of all matters contained on the recorded
 6    proceedings in the matter of:
 7    2022.02.24 Jeff Judd call.
 8
 9          _____
10               Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**A**

AB 12:16
AC 17:1
accountant
   20:18
accurate 23:4
accuse 10:6
ACI 16:24 17:1
   17:5,7
addressed 19:22
admin 7:24
   10:11,18
advice 12:13
age 6:14
ago 3:1 10:25
agree 7:3,16
agreement 11:6
ahead 3:18
airport 13:3
   16:21
amazing 14:5
   16:12
AMENDED 1:5
amount 7:20
amounts 21:8
anybody 16:3
anyway 3:12,17
   3:25 6:17,19
   15:24 17:9
   20:19
anyways 13:14
apply 18:12
appreciate 22:5
   22:7,11
appreciation
   12:24
area 11:17
arm's 10:2
asked 18:23
attendant 4:23
attorney 5:13
   9:21,23,23,24
   10:11,18 11:1
   12:19 14:6
   16:2,7
attorney's 10:20
attorneys 9:20
   9:22 10:1,2
   15:7 16:11

**B**

attributed 14:8
audio 1:14 22:17
AV 12:5
aviation 8:13
   12:24
aware 17:7
awesome 2:23
   4:24

**B**

back 2:16,21
   7:24 21:23,24
   22:2
backyard 9:9
bad 14:4,8 16:3
   16:5 17:13
   18:25
based 18:16
basically 10:23
Beasley 5:13
   16:6,7
believe 18:24
benefit 12:4
best 3:6,17 12:8
big 5:1 10:19,21
   11:1 14:11
   15:16
bit 6:2,5
boom 5:4
bought 12:21
Brad 3:14
branching 8:2
brilliant 13:4
bring 2:5 21:4
bringing 21:7
bucket 15:21,23
bucks 17:16
   19:25
bump 13:20
bunch 5:11
business 5:15
   7:6 8:3,5,11
   9:7,15,24
   12:15 14:9,11
   18:25 21:4
busy 22:6
buy 7:21,23
   12:19 20:4
Bye-bye 22:16

**C**

C 2:1
call 1:7 2:15,16
   2:21 23:7
called 12:4
capital 7:8
care 10:1,12
   16:4 22:14
careful 21:21
case 16:3
catching 16:13
cell 2:14
CERTIFICA...
   23:1
certify 23:3
CFO 5:10
changed 5:3
   18:4
Chile 4:10
Christiano 4:13
church 16:13
   18:1,11
circle 21:23,24
   22:2
City 11:16
clients 7:3
close 4:1 11:15
closer 21:10
cold 16:13
collections 14:2
college 4:7 5:1
come 21:1
coming 21:18
COMMISSION
   1:1
common 3:5
companies 13:4
   14:10,11
company 11:4
   12:4 13:5
   16:19
complete 23:4
compounding
   5:8 6:18
CONSULTING
   1:5
consumer 8:4
contained 23:5
contemplating

19:24
contract 9:25
contracts 8:18
   8:23 13:15
   16:11 20:8
conversation
   22:1
cool 5:23 6:10
   13:17 18:10
copy 9:16
Core 13:18
County 17:8
course 15:25
   19:12
court 14:23 15:2
   15:5,8
COVID 13:2
crushing 8:8
curiosity 16:19
cut 21:17,18

**D**

D 2:1 11:5
Dallas 11:1
date 8:19
daughter 5:21
   5:25 11:8,22
day 7:4
days 7:18 14:9
   19:2,12 20:3
deal 18:8
decision 9:11
default 15:14
defaults 13:25
define 19:15
definitely 6:11
different 5:2
   12:1 17:9,9
   20:16
direct 8:4
disclaimer 2:13
discovered 6:23
disposal 2:19
Diversified 1:24
documents 7:17
doing 4:6 5:9
   6:19 8:7,10
   9:17 12:16
   13:3

dollars 12:21
downtown
   11:23

**E**

E 2:1,1
ear 2:18
early 5:4
earning 20:2
easy 10:17,17
eight 7:7
else's 16:4
Eric 3:6,13
especially 21:7
EXCHANGE
   1:1
expensive 6:22
   17:11,15
extend 14:12

**F**

Facebook 3:4
facilitate 21:2
Fair 21:22
familiar 3:3
   6:17
feasible 21:13
fee 7:25 10:11
   10:18
feel 15:24
fertility 6:19
figure 15:21
   19:23
file 1:4 22:17
filed 15:8
filling 19:17
find 9:19 12:20
finds 16:10
fine 10:11 20:10
firms 8:24 9:3
   20:13
first 3:2 5:19
   19:25
five 17:18
flown 16:24
fly 11:19 17:14
flying 12:10
foregoing 23:3
forward 20:19
four 5:17 10:25

**FPOs** 17:9
**friend** 19:22
**friends** 3:5,6,17
  4:2
**fuel** 17:16

**G**

**G** 2:1
**Galaxy** 5:18
**gallon** 17:16
**games** 11:21
**geez** 6:4
**general** 19:1
**generally** 18:22
**getting** 8:22
**Giggle** 14:1
**give** 2:12
**given** 8:14 19:22
  19:23
**go** 4:6,17 11:21
  13:3 14:4,7,20
  15:11 16:3,5
  17:12,22 19:8
**goes** 7:2,2 14:18
**going** 4:23 6:13
  10:15 11:25
  14:10,20,22
  15:1,4,8 17:21
  18:7 19:5,8,20
  20:3,25
**good** 2:4 6:12
  7:10,11 8:11
  12:13 17:25
  19:11
**grandkids** 6:14
**great** 2:7,14
  22:4
**greedy** 18:5
**group** 11:1 14:7
**guess** 10:20 13:2
  18:11 22:2
**guys** 4:5 5:7 8:2
  8:14 10:9,22
  20:14 22:2

**H**

**half** 10:10,18
**happened** 4:7
  6:25 15:16
**happens** 2:20

16:16
**hard** 9:13,16
  12:20 18:24
**Hawker** 12:11
**hear** 2:4
**heard** 3:3
**hearing** 22:3
**Heber** 11:16
  17:10,17
**Hello** 2:2
**help** 21:1
**helped** 18:2
**helping** 19:15
**helps** 7:5
**Hey** 2:3
**high** 2:13 3:9
  4:8 8:8 18:6,8
**high-risk** 15:23
**higher** 21:6
**hold** 13:11
**Holy** 5:23
**home** 16:14,15
**hone** 9:5
**hopefully** 2:14
**hosting** 8:12
**house** 11:16
  17:18
**huh** 2:24

**I**

**implement** 9:4
**inaudible** 11:10
**incentivized**
  10:9
**include** 10:20
**income** 19:4
**indication** 8:15
**industry** 12:24
**insolvent** 15:15
**insurance** 14:11
  14:21 15:12,14
**insurances**
  15:15
**interested** 9:15
**investment** 12:8
  21:4
**investor** 19:16
**investors** 18:17
  21:25

**it'll** 20:22

**J**

**J&J** 1:5
**JAGER** 2:3,5,8
  2:10,12,18,22
  6:8,10 12:18
  14:25 18:18
  20:22 21:9,15
  22:9,12,15
**Jason** 19:21
  20:22 21:9,18
  21:24
**Jason's** 20:24
**Jeff** 1:7 2:6,8,13
  2:24,25 7:2
  22:5,9 23:7
**Jo** 23:3
**job** 4:25
**jobs** 5:2
**Judd** 1:7 2:9,24
  2:25,25 3:11
  3:13,16,21,24
  4:1,4,9,13,17
  4:20,25 5:17
  5:24 6:4,7,11
  6:15,21,25
  7:15,20 8:10
  8:17,20,22 9:1
  9:3,11,18 10:5
  10:10,14,22
  11:10,12,15,20
  12:3,8,11,14
  12:19 13:1,8
  13:13,18,22
  14:1,3,6,15,24
  15:3,6,10,14
  15:19,25 16:7
  16:10,16,18,22
  16:24 17:2,4
  17:12,18,21,24
  18:4,15,23
  19:11,17 20:3
  20:7,10,15,21
  21:17,21 22:4
  23:7

**K**

**keep** 9:2 11:25
**kids** 5:17

**kids'** 6:14
**kind** 12:9 14:16
  19:21
**knew** 3:11,21
**know** 3:5 5:2
  7:10,20,22 8:6
  8:15 10:3 13:1
  13:9,10 14:11
  14:16 15:7,22
  17:4 18:11
  19:2,3,8,11
  20:23,24 21:13
  21:19,23
**knowing** 9:8

**L**

**LA** 5:18
**lady** 7:5
**Lake** 16:21 17:2
  17:14
**large** 21:8
**Las** 11:23 17:8
**late** 6:3,11 13:25
**Laughter** 2:25
  4:16,19 6:1,15
**law** 8:24 9:3
  20:13
**laws** 9:5
**lawsuit** 5:15 7:2
**LDS** 18:17
**lease** 12:6 13:15
**Ledges** 17:19
**Lehigh** 11:13
**length** 10:2
**let's** 15:14 19:25
  21:23 22:1
**line** 2:6
**list** 20:24
**little** 5:25 6:2,5
  11:21 20:23,25
**live** 3:13 11:14
  13:2
**lives** 2:13 5:22
  11:12 18:5
**long** 3:1 7:13
  19:23 20:1,5
  20:24
**look** 9:14 16:12
  19:19,19 21:10

21:11,22
**looked** 3:4
**looking** 3:8
**looks** 8:8 19:17
**lost** 15:3
**lot** 10:24 14:8
  18:4 19:6

**M**

**man** 2:4
**manage** 10:23
  12:5
**management**
  8:16
**Maraday** 7:1
**Mark** 2:3,10,13
  12:14,15,15
  20:22 21:10
  22:13
**marketing** 8:4
**married** 5:22
**Mary** 23:3
**Matt** 5:13 16:7
**matter** 1:3 23:6
**matters** 23:5
**mean** 3:2 8:12
  9:13,24 10:8
  10:16,19 12:23
  16:2 17:3 18:5
  18:23,24 19:1
**members** 18:1
  18:11
**mentioning** 21:5
**met** 3:19
**Mike** 19:23
**million** 8:17
  12:21 19:25
**mind** 15:20
**minutes** 17:19
**mission** 4:10,11
  4:17
**Mitchell** 23:3
**model** 18:25
**money** 5:11 7:4
  7:12 8:16 11:3
  11:6 13:14
  14:12 16:4
  18:7,7 19:5,13
**months** 7:8

10:25 19:3
**mortgages** 5:4
**mountain** 2:13
**mouth** 18:13
**moving** 20:19

**N**

N 2:1
**name** 3:3
**Nayna** 3:14
**need** 7:17 19:13
   19:17 20:23
   21:1
**never** 14:3,7
   16:1,1,5,5
   18:24
**new** 11:24 12:15
**nice** 4:11 11:8
   11:17 12:9
**niche** 9:20
**Nicky** 4:1
**nose** 16:14
**number** 18:2

**O**

O 2:1
**Oh** 3:21 4:9,11
   4:13,15,24 6:4
   6:7,8,21 8:20
   10:10 11:8,15
   11:17 13:17
   20:3 22:12
**OK-3** 17:10
**okay** 2:7,7,8,10
   2:12,23 4:3,3
   7:7,9 10:4,13
   11:11,14,15
   12:12 14:14
   16:8,12,22
   19:19 20:13,13
   20:17 21:14,16
   21:20,22 22:14
   22:15
**old** 6:3
**older** 5:20
**ones** 19:6
**opportunity**
   6:24
**Orange** 17:8
**originally** 19:21

**outside** 14:23
   15:1,5
**overall** 10:21
**overhead** 13:8
**owned** 5:7

**P**

P 2:1
**padding** 16:2
**PAGES** 1:8
**paper** 9:25
**paperwork**
   10:25
**parking** 4:22
**partner** 9:24
**partners** 21:4,4
**Patterson** 4:1
**pay** 4:21 5:3
   7:24 15:15
   18:6,8 19:4
**pay's** 19:11
**payments** 13:25
**people** 8:7 9:8
   9:19 13:2,3,20
   14:16 18:2,12
   18:14,22 19:1
   19:12,13,15
   21:7
**people's** 18:5
**percent** 18:17
**percentage** 18:6
   18:8,10
**perfectly** 10:11
**periods** 7:13
**Pharma** 5:1
**pharmacies** 5:7
   6:18
**phonetic** 5:13
   7:1 13:16,18
**place** 11:2,5
   20:11
**placement** 11:3
**places** 12:1
**plaintiff** 19:16
**plane** 11:18 12:3
   12:9,19,20
   13:6,14,19
   16:19
**planes** 12:20

**play** 2:18 16:9
**plays** 5:18 11:22
**plus** 7:24
**portfolio** 15:21
**Portugal** 4:12
**pretty** 3:19 8:7
   13:12 14:5
   20:24
**private** 11:3,6
   11:18
**probably** 13:5
   18:16,19 19:13
**problem** 2:22
**problems** 15:16
**proceedings**
   23:6
**process** 18:6
**production**
   11:23
**profile** 3:9
**pull** 20:25
**purchased** 12:3
   20:9
**pure** 15:10
**put** 11:2 12:4
   15:22 20:7
**putting** 15:22

**Q**

**questions** 18:21
   18:21
**quicker** 21:1

**R**

R 2:1
**range** 15:11
**rare** 12:23
**realistically**
   14:10
**realized** 3:18
**really** 8:21 9:5
   10:17 11:17
   18:12
**reason** 9:8
**Rebecca** 3:23
**recorded** 23:5
**Red** 17:19
**referral** 18:15
   21:11
**referral-based**

8:5
**referrals** 8:3
**registered** 11:4
**reimburse** 15:10
**reimbursement**
   15:12
**rep** 5:1
**Reporting** 1:24
**retain** 2:15
**return** 21:7
**Reynaldo** 4:14
**rid** 13:11
**right** 2:19,23
   4:18 8:22 9:10
   9:10,20,21
   12:15,20,24
   14:22 17:5
   22:5
**rings** 18:18
**risk** 15:25 19:6
**risks** 15:13
**role** 16:8
**roughly** 8:19 9:3
**run** 16:18,19
   19:25

**S**

S 2:1
**Salt** 16:21 17:2
   17:14
**Sandy** 11:14
**saw** 3:4
**saying** 20:5
**scale** 5:3
**scheduled** 21:25
**school** 3:9 4:8,21
   4:23 8:8
**SEC** 11:4
**secret** 6:5
**Section** 11:4
**SECURITIES**
   1:1
**see** 7:19 10:13
   12:24 13:11
   15:13 16:6
   17:25 20:18
   21:6
**seen** 13:24
**send** 10:15

**Serus** 12:16
**service** 2:14
   16:19
**Services** 1:24
**set** 18:9
**settle** 7:3,16
   14:13,22 15:1
   15:4
**settlement** 7:17
   7:22
**seven** 17:16
**Shane** 2:3,4 8:2
   8:10 10:22
   11:16,17,18
   19:21,21 20:10
   20:19,21 21:5
   22:10
**short** 14:16
**shuffle** 19:20
**sign** 7:16
**single** 7:3
**Sirius** 12:5
**sister** 3:21
**sitting** 7:13
**six-plus** 14:4
**Sixty-two** 20:15
**SL-02855-A** 1:4
**smart** 10:5
**smarter** 9:11
**smoke** 5:23
**soccer** 5:18
**sold** 8:11
**somebody** 9:14
   9:16
**something's**
   14:19
**son** 5:20 6:3
   10:24 11:20
**son's** 16:13
**soon** 6:14 22:13
**Sorenson** 3:7
**Sorry** 14:24
   16:13
**sounds** 3:3 8:6
   12:12 16:12
   18:1,3 19:14
   22:4
**specialty** 5:7
**spike** 21:6

split 10:10,18
start 13:3
started 5:12,14
  6:2,11 7:1 8:1
  8:2
states 1:1 20:16
stay 4:7 16:15
stayed 4:21
steady 13:12
stealing 5:11
steering 10:6
step 7:15,21
stick 8:25
straggler 5:25
strings 20:25
structure 14:9
structured 7:11
struggle 15:16
stuff 5:8 9:5
  10:16 11:22
  14:21 19:4
stuffy 16:14
stupid 9:5
SUBJECT 1:7
subscription
  11:6
sue 5:10
sued 5:12
Sunday 16:14
support 18:1
sure 3:19 8:10
  9:18 13:24
  22:6
surprised 6:15
system 15:19

**T**

TAC-Air 17:3,6
take 8:25 11:24
  14:20 15:2,5
  16:4 19:6 20:1
  20:3,5 21:10
  22:14
takes 10:1,11
  19:24
talk 9:22 20:17
  20:20,23 21:3
  21:15,25 22:13
talked 3:13,13

talking 5:13 7:1
  21:9
tax 12:4 19:4
team 5:19 10:19
  10:20,21,21
tells 11:18,18
terms 7:12 14:16
thanks 22:7,9,15
thing 10:24
  12:13,16 14:3
  14:17,17
things 19:24
think 7:5 13:10
  13:11 14:8,15
  17:4,5,5,16
  18:20,25 20:15
thinking 18:22
  19:5
thought 3:3 8:7
  18:6
three 10:25
  20:11,12
time 3:1 7:3,13
  7:18 22:6,7
times 13:1
today 16:15
told 8:11
tomorrow 21:25
Transcriber
  23:10
TRANSCRIB...
  23:1
transcript 23:4
transcription
  1:14 23:5
treatments 6:19
trial 14:18,20
tried 9:4
true 18:18 23:4
try 13:22
trying 5:18
  15:20 18:20
two 3:17 5:7
  19:3,25 21:25

**U**

Um 14:5
UNITED 1:1
UNLV 4:22

use 6:20 13:20
  16:5
usually 7:22
Utah 5:22 11:9
  16:20 18:12

**V**

vacations 13:23
valet 4:22
value 13:11
Vegas 4:7,21 9:4
  9:4 11:23 17:8
Vicky 4:2

**W**

wait 2:20 19:2
  19:12
waiting 19:3
want 7:4 9:8,14
  10:2,3 13:2
  14:20 15:7,24
  16:3 17:22
  21:17,18
wants 12:19
wasn't 18:5
way 6:6 7:11
  10:5 18:3,9
  21:6
WB 2:2,4,7,11
  2:17,19,23 3:2
  3:12,15,17,23
  3:25 4:3,5,11
  4:15,18,24
  5:16,23 6:2,5,9
  6:13,17,23
  7:14,19 8:6,12
  8:18,21,24 9:2
  9:10,13 10:4,8
  10:13,19 11:8
  11:11,14,17
  12:2,7,9,12,23
  13:7,10,17,21
  13:24 14:2,5
  14:14,22 15:1
  15:4,9,13,18
  15:20 16:6,8
  16:12,17,21,23
  17:1,3,7,15,20
  17:23,25 18:10
  18:20 19:10,14

19:19 20:5,8
  20:13,17 21:3
  21:14,16,20,22
  22:5,7,10,14
  22:16
we'll 2:18 7:21
  7:23 16:4
  22:13
we're 16:21 19:6
  19:8 20:16,24
we've 3:19,19
  6:18,18,20
  16:1,5
weather 17:13
Web 8:12
week 8:23 21:24
weeks 20:12
went 3:9 4:9,9
  4:11,22 5:4,6
  16:13
weren't 14:10
wondering 8:14
word 18:13
work 6:24 10:9
  16:15 20:14,18
worked 4:22
working 19:24
works 5:21
World 13:18
worried 13:13
worth 17:20
wouldn't 7:17
  13:5,10 14:12
  14:13 18:8,12
Wow 5:16 8:24
  12:2 20:17
writes 16:11
Wynn 13:15

**X**

**Y**

yeah 2:9,11,19
  3:2,11,15,17
  3:21,23,24 4:4
  4:9,15,18,18
  6:13,13,15,17
  6:17,21 7:14
  8:6,12 10:8,8
  10:14,17 11:17

12:3,7,9,12,14
  12:18,23 13:7
  13:21,21,24
  15:6,9,9,18,18
  15:25 16:7,17
  16:17,21,23
  17:2,7,12,15
  17:18,20,23
  18:15,18,20
  19:10,14,19
  20:8,8 22:9
year 3:18 6:3
  12:22 13:12
years 14:4 19:3
yesterday 19:22
York 11:24
yup 2:22,22

**Z**

**0**

**1**

1 1:8
100,000 7:21
13-year-old 5:24
15 9:1
16,000 8:20 14:4
18 19:3

**2**

20,000 7:24
2000s 5:5
202 1:25
2022.02.24 1:7
  23:7
21 5:21
23 1:8
25 7:24
250 7:23
26 5:20 10:24

**3**

30 7:18
300,000 7:22
  15:11
39 20:16

**4**

4-6-2022 1:5

**40-something**
  3:5
**450** 8:23
**467-9200** 1:25
**475** 8:17

| 5 |
| --- |

**5,000** 7:24
**50** 18:16,17

| 6 |
| --- |

| 7 |
| --- |

| 8 |
| --- |

**80** 7:23

| 9 |
| --- |

**90** 14:9 19:2,12
  20:3
**90-day** 7:12
**900** 12:11

# Exhibit 16

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:              )

                              )  File No. SL-02855-A

J&J CONSULTING               )


SUBJECT:  2022.01.25 Jason Jongeward call (Utah)

PAGES:   1 through 53




                    AUDIO TRANSCRIPTION








                Diversified Reporting Services, Inc.
                      (202) 467-9200

Page 2

```
1           P R O C E E D I N G S
2    2022.01.25 Jason Jongeward call (Utah)
3            MR. JONGEWARD:  Mike, are you there?
4        MIKE:  Yeah.  Hi, is this Jason?  How is it
5    going?
6            MR. JONGEWARD:  It is Jason, yeah.
7        MIKE:  Hey, thank you for returning my call
8    so quickly.  I really appreciate it.
9            MR. JONGEWARD:  Oh, yeah, no problem.  I --
10   this investment -- we have a few investments actually
11   that we're managing but it sounds like the one you're
12   talking about is the legal investment.
13       MIKE:  Yeah.  I heard briefly about it from
14   my friend Ty, and he has a friend named Jeremy I
15   believe.
16           MR. JONGEWARD:  Is it Jeremey Magee
17   (phonetic)?
18       MIKE:  That could be it.
19           MR. JONGEWARD:  Okay.  He's a (inaudible)
20   owner in Spokane Valley.
21       MIKE:  That -- that could be it.
22           MR. JONGEWARD:  Okay.
23       MIKE:  I personally don't know him.
24           MR. JONGEWARD:  Sure.
25       MIKE:  Are you in Spokane or where are you
```

Page 3

```
1    at?
2            MR. JONGEWARD:  So I used to live in Spokane,
3    and we just relocated just this year down to Southern
4    Utah.
5        MIKE:  Oh, I'm located in Utah as well.  What
6    part of Utah?
7            MR. JONGEWARD:  Oh, really.  So we're just in
8    St. George.
9        MIKE:  Oh, that's awesome.  I'm in Park City.
10           MR. JONGEWARD:  Oh, awesome.  Yeah, Park City
11   is great.
12       MIKE:  What part of St. George are you in?
13           MR. JONGEWARD:  So we're just kind in the
14   Washington Fields area.
15       MIKE:  Okay.
16           MR. JONGEWARD:  Yeah.  We're -- we owned
17   property here a number of years ago and ended up
18   selling it in 2006.  We moved up to Spokane, liquidated
19   a lot of our stuff trying to kind of get out of the way
20   of the recession and ended up, you know, purchasing a
21   large portion of property and building a custom, you
22   know, a high-end customer subdivision there for
23   residential --
24       MIKE:  Oh, okay.
25           MR. JONGEWARD:  -- there.
```

Page 4

```
1            MIKE:  Are you a builder?
2            MR. JONGEWARD:  I am -- I was a builder.  I
3    was a builder developer.  Now I'm really more of a
4    venture capitalist.  You know, I manage, help manage
5    this particular investment and then I raise a lot of
6    private capital for different individuals as well.
7    So --
8            MIKE:  Oh, all right.  Well, I -- I'd love to
9    chat with you.  Can I ask a couple of, like, off topic
10   questions actually?
11           MR. JONGEWARD:  Oh, for sure, of course.
12       MIKE:  How long have you been in St. George?
13           MR. JONGEWARD:  I've been in St. George
14   permanently for about six weeks.
15       MIKE:  Oh, okay.  What -- so -- but you've
16   been there off and on before?
17           MR. JONGEWARD:  Yeah.  I moved my family down
18   here in June.
19       MIKE:  Okay.
20           MR. JONGEWARD:  We owned property here in
21   probably 2000 to 2005, and then we -- you know, like I
22   say, we were in Las Vegas for about eight years and
23   then we've been in Spokane for -- until this last year
24   for about 16 years.
25       MIKE:  Okay.
```

Page 5

```
1            MR. JONGEWARD:  Yeah, so we -- we knew we
2    wanted to kind of end up here, and so we've been able o
3    do that just this year.  So we're excited to be in the
4    sunshine.
5        MIKE:  We -- that's awesome.  We actually are
6    looking at a couple places in Ivins, so when I heard --
7            MR. JONGEWARD:  Oh, right, right.  Santa
8    Clara, Ivins, yeah.
9        MIKE:  Yeah.  And, like, I've been in Park
10   City for  more than a decade and sometimes you just --
11   winter is long and --
12           MR. JONGEWARD:  Yeah, it's nice to get out of
13   there a couple times through the winter, right?
14       MIKE:  Yeah.  And it's different in Park
15   City.  I have no idea what your background is but,
16   like, for Utah --
17           MR. JONGEWARD:  It's mostly, yeah, building
18   and developing --
19       MIKE:  Oh, okay.
20           MR. JONGEWARD:  -- is really what I've done
21   for the last 30 years.  But, yeah, that's pretty much
22   where I've been is in the construction and development
23   side of things.
24       MIKE:  Well, you got out at the right time
25   before everything skyrocketed and the margins got
```

Page 6

1 thinner.
2      MR. JONGEWARD:  Well, yeah, yeah.
3 Everything, everything has changed quite a bit.  So
4 it's -- we've been -- we feel very fortunate to be in a
5 really -- a number of great investments that really are
6 performing, so we're excited about that.
7      MIKE:  That's exciting, yeah.  And, yeah, we
8 love the idea of, like, getting out.  Park City is a
9 little different.  We -- we're a minority up here.
10 We're LDS and it's been a little different with,
11 especially after Covid, we had a bunch more people move
12 in and it's been -- so we've kind of just been, like,
13 maybe Park City has gotten a little more liberal than
14 what we were looking for --
15      MR. JONGEWARD:  Sure, sure.
16      MIKE:  Another place we kind of wanted to
17 look at was St. George or particularly Ivins just
18 because there's --
19      MR. JONGEWARD:  We felt the same way, exactly
20 the same way.  We were in Washington State.  Very, very
21 blue, very different than Utah, and/or Idaho for sure.
22 So we're originally from -- both my wife and I are
23 originally from Southern California.
24      MIKE:  Oh, okay.
25      MR. JONGEWARD:  And so Long Beach area and

Page 7

1 then Oceanside.
2      MIKE:  Yeah, I'm familiar with both of them.
3 My brother served and LDS mission in the Carlsbad
4 mission.
5      MR. JONGEWARD:  Oh, yeah, excellent.
6      MIKE:  So --
7      MR. JONGEWARD:  We're LDS as well.
8      MIKE:  Oh, awesome.  I had no idea.  Well,
9 can you tell me a little bit more about, like, your
10 fund, the legal investment?
11      MR. JONGEWARD:  Yeah.  Well, currently we're
12 doing -- we have two investments.  The legal investment
13 is a -- the -- just the basic structure is that we
14 raise private capital.  We use that capital to fund a
15 contract that we sell to an attorney and their
16 plaintiff once they've reached a settlement with their
17 insurance company.
18      MIKE:  Okay.
19      MR. JONGEWARD:  And so that means that we
20 would give them an 80 or $100,000 amount, which is
21 usually a third or a quarter of their, of their
22 settlement amount, and we would offer that to them in
23 72 hours.  We ask 25 percent interest on that 80 or 100
24 for that 90-day period --
25      MIKE:  Okay.

Page 8

1      MR. JONGEWARD:  -- because traditionally
2 they're waiting 90 days to get their -- to get to wait
3 for their settlement to come from the insurance
4 company.  So basically place a lien through a purchase
5 agreement --
6      MIKE:  Okay.
7      MR. JONGEWARD:  -- with the attorney and
8 their plaintiff.  And so after 90 days they give us
9 that 80 or $100,000 back to us through the terms of the
10 contract with interest and then we rotate that 100 or
11 $80,000 into another contract.  So as an investor you
12 get an 80 or 100,000, whichever one you choose, and we
13 rotate that through four, four claims or four contracts
14 and they pay out 12-1/2 percent every 90 days for a
15 total of 50 percent return.
16      So if an individual put in 100,000, they
17 would receive 50,000 over four incremental payments
18 every 90 days.
19      MIKE:  Wow.  And these people are getting
20 settlement for -- for what (inaudible)?
21      MR. JONGEWARD:  Most the amounts -- yeah,
22 it's a slip and fall, personal injury.
23      MIKE:  Oh, okay.  So it's like -- I know a
24 lot of guys at Pick, Freed and Jensen (phonetic), so
25 it's like -- it could be a client of theirs who has --

Page 9

1      MR. JONGEWARD:  Yeah.  So --
2      MIKE:  -- a personal injury?
3      MR. JONGEWARD:  Right.  So the owner of this
4 business his name is Jeff Judd.  He lives in Las Vegas.
5 I came to this investment through one of my very good
6 lifelong friends.  His name is Shane.  And Shane and
7 Jeff actually got to know each other in '98 and they've
8 become very good friend since then.
9      So Shane, you know, reached out to me a
10 couple of years ago and shared it with me, and so I
11 just kind of jumped in.  So now I kind of manage 150
12 plus people, about $52 million worth of capital --
13      MIKE:  Oh, my gosh.
14      MR. JONGEWARD:  -- amongst, amongst those
15 individuals.  The overall total group is -- let's see
16 when I got -- when I got started in the end of 2019,
17 November, I put my first contract in.  We had about
18 125,000 -- 125 million, excuse me, of operating capital
19 within the investment.  They have closed --
20      MIKE:  Oh, my gosh.
21      MR. JONGEWARD:  -- about 4,500 contracts to
22 that -- to that point, and 26 months later since I've
23 been involved, we're now up over 400 million and we've
24 closed over 20,000 contracts with zero defaults.
25      MIKE:  Your fund has $400 million in it?

Page 10

1       MR. JONGEWARD:  Yes, over 400 now, uh huh.
2       MIKE:  Oh, my goodness.  And, I'm sorry, let
3   me -- and then you haven't had defaults on any of your
4   contracts?
5       MR. JONGEWARD:  Yeah, the group -- the group
6   took pretty much all personal injury claims including
7   Medicare and Medicaid, they had -- they had three of
8   those contracts that closed slowly, where they didn't
9   get their interest -- excuse me, they didn't get their
10  settlements in that 90-day period.  They closed after
11  90 days, so they stopped taking those.
12      Because the premise of this is really we get
13  you capital really quickly, and then 90 days later
14  we're able to get that capital and interest payment,
15  and then we rotate it in.  So we -- by staying on time
16  it really, really affects the bottom line for what
17  investors are able to capture.
18      So in a one-year period to be able to capture
19  12-1/2 percent by that capital, you know, participating
20  with four claims in that 12 month period is really the
21  -- that's really the formula that's been working
22  really well.
23      MIKE:  Okay.  Can I tell you a little bit
24  about my situation and just kind of --
25      MR. JONGEWARD:  Sure.

Page 11

1       MIKE:  So --
2       MR. JONGEWARD:  It sounds like you have a
3   1031.
4       MIKE:  I have a 1031 and right now -- I mean,
5   I think everything is super overinflated --
6       MR. JONGEWARD:  Oh, yeah.
7       MIKE:  -- in value.
8       MR. JONGEWARD:  Yeah.
9       MIKE:  I need to place 1.2 million and I need
10  to identify or just take a loss and take a hit on it.
11      MR. JONGEWARD:  But doesn't it need to be
12  like for like on -- from real estate to estate; isn't
13  that right?
14      MIKE:  I'm thinking about liquidating.
15      MR. JONGEWARD:  I see, okay.
16      MIKE:  Yeah.  So penalty-wise -- I just
17  don't think, like, there's -- I've been on the look for
18  about two months trying to find, like, a triple net
19  lease or something that I could get into --
20      MR. JONGEWARD:  Sure.
21      MIKE:  -- with it and everything is so
22  hyperinflated.  I've looked at car washes and -- to see
23  what I can do.  I'm at this point --
24      MR. JONGEWARD:  It's very difficult.  It's
25  very, very difficult out there.  You know, we -- before

Page 12

1   we got involved with these investments here it's been
2   really difficult for us and has been.  Other than
3   purchasing property and being the developer and the
4   builder, right, it's --
5       MIKE:  Yeah.
6       MR. JONGEWARD:  -- been tough.  But with the
7   cost per square foot being so high even for new
8   construction, even me giving some of my good friends
9   there in Spokane, I'll call it a deal at a 12 plus --
10  at 12 percent cost plus scenario, it's still we're well
11  over $350 a square foot, which, you know, it wasn't too
12  long ago, six, seven years ago we were building for 175
13  bucks a foot.
14      MIKE:  Yeah.
15      MR. JONGEWARD:  So -- and I'm talking a nice
16  custom home on ten acres.  So this is -- it's been
17  really difficult.
18      But, you know, I have another investment also
19  that I'm participating in that I might be even more
20  excited about than the legal contracts.  Do you have a
21  second I can share that with you?
22      MIKE:  Yeah, I'd love to hear about both of
23  them, yeah.
24      MR. JONGEWARD:  So you have -- you have kind
25  of an idea on the legal, the legal settlement or the

Page 13

1   contract investment.  We call it the contract
2   investment or the legal contract investment, whichever
3   that you want to call it.
4       So that one there gives you 50 percent.  It
5   does provide cashflow, right, every 90 days.
6       MIKE:  Yes, that's (inaudible).  That's huge.
7       MR. JONGEWARD:  Right.  Within -- within two
8   years you're able to get your entire investment back,
9   which is unheard of.
10      MIKE:  Yes.
11      MR. JONGEWARD:  I've been doing this now for
12  two years.  Personally we started to do it for our own
13  retirement, for my wife and I, and it's just really
14  exploded over the last, you know, year-and-a-half
15  specifically.
16      So it's a full-time job for me to manage this
17  one.  So my good friend Shane, who lives in Las Vegas,
18  he found through his daughter a company who is based
19  here in St. George.  They're called Eco Battery.  They
20  are in the midst of exploding onto the lithium-ion
21  smart battery scene.
22      MIKE:  Okay.
23      MR. JONGEWARD:  Specifically for golfers.
24  They've -- the owner's name is Casey Shirts and he's
25  been working on this business for about three years.

## Page 14

```
1  But they finally started manufacturing batteries, and
2  putting their own tech, and they've got their own, you
3  know, IP and they have a battery management system that
4  they've invented and patented --
5      MIKE:  Yeah.
6      MR. JONGEWARD:  -- along with two other
7  patents as well where you're able to control the
8  battery from their cellphone.
9      MIKE:  Wow.
10     MR. JONGEWARD:  And so they did -- they just
11 started last year, in March, and they did $5 million
12 worth of battery sales.  They have 75 million worth of
13 POs to fill this year, and they expect to double that
14 and be at 150 million in '23.
15     MIKE:  Okay.
16     MR. JONGEWARD:  What they're doing is they're
17 in need of cash to be able to fill these POs that they
18 have.
19     MIKE:  Okay.
20     MR. JONGEWARD:  So they were looking for
21 about 30 million of capital.  They were trying to do
22 that within five, or six, or seven investors there, so
23 a 4 or $5 million type of investor.
24     MIKE:  Yeah.
25     MR. JONGEWARD:  And so Shane, you know, the
```

## Page 15

```
1  individual that I work with this investment he saw that
2  opportunity and jumped in.  And so he's got 4-1/2
3  million into this as of the last two weeks ago.  I
4  think he -- I think he put his last million dollars in
5  there --
6      MIKE:  Okay.
7      MR. JONGEWARD:  -- to capture a portion of
8  equity as stake.  So he has reached out to me, and they
9  finally inked their deal a couple of weeks ago.  Well,
10 last week he sent me an investment deck for Eco Battery
11 and said, Jason, I have an idea.  I know you have a lot
12 of investors within the legal contract.  Why don't you
13 put together a group LLC and use the contracts that you
14 have through just the legal investment and if you can
15 get up to 5 million you can, you can present yourself
16 as a single entity and be able to participate.
17     Because really, it's a $5 million minimum is
18 kind of the way --
19     MIKE:  Okay.
20     MR. JONGEWARD:  -- they've got it set up.  So
21 that's -- that's what I'm in the process of doing this
22 week.  I just sent an email out to my people yesterday
23 to clarify.  I'd be happy to forward that email to you.
24     MIKE:  Yeah.
25     MR. JONGEWARD:  But -- but I think the
```

## Page 16

```
1  special part of this is that they're imagining -- Casey
2  Shirts is the owner.  He just sold, and you'll see in
3  the investment deck, he just sold a business for $45
4  million last year.
5      MIKE:  His name is familiar.  What was he
6  working on?
7      MR. JONGEWARD:  It was -- it was some type of
8  a microchip business.
9      MIKE:  Okay.
10     MR. JONGEWARD:  And so he's the -- he's the
11 owner of this business here.  He's got a couple of --
12 two brothers in there, Ryan and Skylar Schone.  They're
13 from the Salt Lake area I believe.  And they -- Eco
14 Battery is willing to give a 2 percent equity stake
15 with -- for every 5 million.
16     So at 10 million they'll give 4 percent, 15
17 million they'll give 6 percent and so on.  But they're
18 going to cap it off at 30 million because after 30
19 million they feel like they'll have enough material and
20 cashflow where they won't need any additional money at
21 that point.
22     MIKE:  Oh, yeah.  And they don't want to give
23 away any other equity.
24     MR. JONGEWARD:  Yeah.  They would -- they
25 would prefer not to give too much of their equity away.
```

## Page 17

```
1  So as I've spoken with Shane -- I've known Shane for 25
2  years now.  His wife and my wife were, were best
3  friends as kids growing up in Oceanside.
4      MIKE:  Okay.
5      MR. JONGEWARD:  That's how I ended up meeting
6  Shane.
7      MIKE:  And what's Shane's last name?
8      MR. JONGEWARD:  Jager, J-a-g-e-r.
9      MIKE:  Okay.
10     MR. JONGEWARD:  If you Google Shane Jager
11 you'll see he sold a house a few years ago.  It's a
12 pretty nice home, about $6 million.
13     MIKE:  Okay.
14     MR. JONGEWARD:  And he's -- and he's just
15 kind of on YouTube.  Most of these guys are pretty
16 quiet guys.  They try not to get -- gain too much
17 attention but --
18     MIKE:  Oh, yeah.
19     MR. JONGEWARD:  -- you'll be able to see
20 Shane Jager there.  But anyway, he -- he encouraged me
21 to put together a group of people and accomplish that 5
22 percent because -- or 5 million, and then we can have
23 a -- we'd be able to have some equity.
24     So the way I see it just in layman's terms,
25 if an individual put in 100,000, they would be able to
```

5 (Pages 14 to 17)

Page 18

1   see a $400,000 return or a 4X multiple.  And the way
2   that that would work is they're looking for -- Eco
3   Battery is looking for a 12-month line of credit to get
4   them through this first year to fill the POs.  They
5   will give that money back after 12 months to the
6   investors with 8 percent interest for that year of
7   having that capital, and then when they sell, which is
8   they're, you know, proposing that's going to happen in
9   three to five years, I'm just saying five years --
10      MIKE:  Yeah.
11      MR. JONGEWARD:  -- by the end of 2027, they
12  expect to see a $1 billion exit valuation.
13      So 2 percent of 1 billion would be 20
14  million, divided by 50 people at 100 -- 100,000 each
15  would be 400,000.  So at 1 billion you would see a 4X
16  multiple on your capital --
17      MIKE:  Okay.
18      MR. JONGEWARD:  -- regardless of how much you
19  put in, right.  If we -- that's only if we get to the 5
20  million because they only want to participate with
21  people at 5 million or more.
22      MIKE:  Okay.
23      MR. JONGEWARD:  If we get to 10 million it
24  would still be the same 4X, but they would give -- they
25  would give 4 percent of equity.  And if they -- they're

Page 19

1   also branching out into the houseboat and RV arena for
2   these, for these lithium-ion batteries.
3       MIKE:  Yeah.
4       MR. JONGEWARD:  And also getting into the
5   residential, the power wall solar industry as well.
6       MIKE:  Yeah.
7       MR. JONGEWARD:  So Shane feels if they play
8   their cards right, which he feels pretty confident they
9   are in that process of doing, that they'll do a $2
10  billion exit, which would equate in an 8X multiple for
11  us.  So then 100,000 would equate them to 800,000 of
12  return for every 100,000.
13      So you put your 100,000 in, you get it back
14  in 12 months with 8 percent.  You wait for them to exit
15  and see what the multiple is, and that could be in five
16  years.  So for the potential to have a 4X on the
17  conservative side, let's say that they don't do well
18  with the other side of things, with the -- with the
19  solar, residential solar and RV and houseboat, which I
20  think they'll do really well in, but let's say that
21  they -- not including that side conservative is a $1
22  billion valuation.
23      So for me to put up -- for me to put 300,000
24  in and have an opportunity to have 1.2 with only having
25  that money out of pocket for 12 months is considerable.

Page 20

1   MIKE:  That is something.  So I can't
2   remember the guy's last name, he runs Lion Energy, they
3   create batteries out of Salt Lake.
4       MR. JONGEWARD:  Right.
5       MIKE:  I -- I don't know if you're familiar
6   with them.  I think --
7       MR. JONGEWARD:  I'm not.
8       MIKE:  So their biggest distributor I believe
9   is Jim Baker --
10      MR. JONGEWARD:  Okay.
11      MIKE:  -- the ex-televangelist or I think he
12  is a televangelist again.  He went to prison.
13      MR. JONGEWARD:  Oh, Baker, yeah.  Uh-huh.
14      MIKE:  Yeah.  And he's -- he's killing it.
15  I -- a group of investors that I've worked with in the
16  past we -- we looked at it and it -- if we could have
17  got in 12 months sooner it would have been better, but
18  --
19      MR. JONGEWARD:  Yeah.
20      MIKE:  -- I'm sure I could give him a call
21  and see where he's at now.  I could be -- I could be
22  interested in that.  I also think the legal -- the
23  settlement funding would be something I could be
24  interested in too just from the passive income of that.
25      MR. JONGEWARD:  Yeah.  Well, and that's what

Page 21

1   so attractive is it creates the cashflow, right.
2       MIKE:  Yeah, like, a passive income is, like
3   -- is fantastic.
4       MR. JONGEWARD:  So some, some of my investors
5   are considering -- some of my investors are considering
6   taking some -- selling some of their contracts.
7   Because with the contract investment if you want out
8   you just give me two weeks' notice and I can return
9   your capital prior to the maturity date.  So two weeks
10  prior to it maturing --
11      MIKE:  Okay.
12      MR. JONGEWARD:  -- let me know and I can, I
13  can, you know, return your capital with the associated
14  interest.
15      MIKE:  Okay.
16      MR. JONGEWARD:  So -- so that --
17      MIKE:  I would love to see a deck on that
18  battery, and if you still have time I'd like to hear
19  more about -- like, if this is an actual 50 percent
20  return.
21      MR. JONGEWARD:  I'm doing -- I'm -- yeah, the
22  legal investment?
23      MIKE:  Yeah.  Like, that -- that's --
24      MR. JONGEWARD:  It is.
25      MIKE:  That's insane.

Page 22

1    MR. JONGEWARD:  -- it's a 50 percent return,
2 uh-huh.
3    MIKE:  Okay.  Then I could be interested in
4 that.  I also -- one of my -- there's a group of us up
5 here and we all kind of co-invest together.
6    MR. JONGEWARD:  Sure.
7    MIKE:  One of my friends is going through a
8 process right now.  Are you familiar with that?
9    MR. JONGEWARD:  A process?
10    MIKE:  Yeah, a private equity fund.
11    MR. JONGEWARD:  Okay.
12    MIKE:  They're evaluating and then they're
13 buying over 50 percent of this company.  It's a --
14    MR. JONGEWARD:  Okay.
15    MIKE:  Yeah, it's -- he's -- it's an oil and
16 gas he'll, he'll walk out with --
17    MR. JONGEWARD:  Sure.
18    MIKE:  -- nine figures out of the deal.
19    MR. JONGEWARD:  Yeah, that sounds pretty,
20 pretty impressive
21    MIKE:  Yeah, I wish I was in.  We're always
22 out looking for stuff and I know he's about to have his
23 liquidity event in the next month.
24    MR. JONGEWARD:  Wow, that's exciting for him.
25 Congratulations for him.

Page 23

1    MIKE:  Yeah.  He'll -- yeah, I might be a
2 little green with envy but that's okay.  But, like, so
3 he's someone I would like to -- I'd love to see your
4 battery.  When you can get in -- I've had a few
5 companies that I kind of got in on ground floor on --
6    MR. JONGEWARD:  Right.
7    MIKE:  -- helped and when they make it, it
8 makes up for when two or three don't.  So I could be
9 highly interested in that.  But from a passive income
10 stance of a 50 percent return that's impressive.
11    MR. JONGEWARD:  It is incredible.  It's --
12 it's changed our lives over the last two years for sure
13 and --
14    MIKE:  Did you put in -- did you join the
15 fund as, like, a manager or did you --
16    MR. JONGEWARD:  No, originally it was just as
17 an investor through my good friend, Shane, and I was --
18    MIKE:  Okay.
19    MR. JONGEWARD:  -- I got pretty excited about
20 it and shared it with some family and some friends, as
21 most everyone does --
22    MIKE:  Yeah.
23    MR. JONGEWARD:  -- when they see that.  And
24 before I knew it I had quite a few people that were
25 interested in it.  And Shane -- Shane and I put an

Page 24

1 agreement together and he said, hey, you know, I'd
2 like -- I'd like you to manage your people and let's
3 put an agreement together.
4    So we did, and essentially that's what I do
5 full-time for this legal investment is I manage, you
6 know, over 150 people and their capital.  So I take
7 care of all of that.  So it happened organically
8 originally and now it's kind of -- you know, that's
9 what I do full-time.  I'm not even sure to be honest
10 what to call myself.
11    MIKE:  Yeah.
12    MR. JONGEWARD:  As these -- as I'm seeing
13 that a lot of these individuals -- it's all about
14 access to these investments.  It's all who you know, it
15 really is all who you know.  So --
16    MIKE:  Yeah.
17    MR. JONGEWARD:  -- this investment that we're
18 talking about, the name of the company is J&J
19 Purchasing, LLC.
20    MIKE:  Okay.
21    MR. JONGEWARD:  And, you know, there's not
22 that many people that know about it because they --
23 it's all word of mouth.  It's such a great investment
24 that you don't need to do any advertising.
25    MIKE:  If you're doing a 50 percent return

Page 25

1 with zero defaults, yeah, word of mouth is going to do
2 awesome.
3    MR. JONGEWARD:  It's going to take off,
4 right, exactly.  And there's other people that do
5 something similar to this.  J.G. Wentworth gets
6 involved with the client right at the very beginning,
7 you know, even before even an attorney.  They're
8 shopping for those clients.  They go through that whole
9 period of time with them.
10    And so that is -- that is something that, you
11 know, they can't really control the timeframe.  I
12 think -- I think one of the really important components
13 to the success of this investment is that it's
14 post-settlement.  We don't get involved until after the
15 settlement has been agreed upon and we can, you know,
16 stay within that 90-day period.  So it's become
17 extremely popular with, with plaintiffs as well, where
18 they know they're going to receive the lion's share of
19 that investment after they -- you know, once they get
20 their settlement to they've essentially used an 80 or
21 $100,000 of that settlement and they know that they're
22 getting anywhere from 225 to 3500,000 in, you know, the
23 next 90 days they'll give up -- they'll give up 80,000
24 or, sorry, they'll give up 20,000 to have 80 early with
25 25 percent interest.

Page 26

1    MIKE:  So -- okay.  So they've already gone
2  through a process with, like, an insurance company.
3  They have some representing them.
4    MR. JONGEWARD:  Yeah.
5    MIKE:  Is it a law firm, like --
6    MR. JONGEWARD:  Yeah, so we have an attorney
7  that represents us --
8    MIKE:  Okay.
9    MR. JONGEWARD:  -- and so we use his IOLTA
10  account, his lawyer's trust account, and that lawyer's
11  trust account is a state bar regulated account.  If
12  you're not familiar with those it's --
13    MIKE:  Yeah.
14    MR. JONGEWARD:  Yeah.  It's very similar to
15  an escrow account for real estate.
16    MIKE:  And what's the attorney's name?
17    MR. JONGEWARD:  His name is Matt Beasley,
18  B-e-a-s-l-e-y,  Beasley Law Group.
19    MIKE:  Okay.
20    MR. JONGEWARD:  They're in Las Vegas, uh-huh.
21  So Jeff Judd and Matt Beasley have been friends for
22  some time and, you know, they were having lunch one day
23  and Jeff noticed that every single time that he would
24  finish a settlement the client would be, like, how
25  quickly can I get my money.

Page 27

1    So he saw that opportunity, did a first
2  contract, and it's been, you know, reached directly out
3  to Shane afterwards and said, hey, what do you think.
4  Shane actually was a little bit nervous about it.  He's
5  not really a guy that wants to, you know, take risks.
6  He's definitely not a stock market guy.
7    MIKE:  I looked -- I looked him up since
8  we've been talking.  He did pest control.
9    MR. JONGEWARD:  Yes.  So Shane Jager and I
10  met each other in Utah, there in Provo going to school
11  in '96.  We both moved to Vegas in '98.  He went there
12  to start Elite Pest Control and he also did real estate
13  up in Utah as 20-year-old, one of those guys.
14    MIKE:  Okay, yeah.
15    MR. JONGEWARD:  So that's -- that's
16  essentially how, how he kind of got started with
17  things.  But he -- he's kind of -- he's definitely an
18  entrepreneur that way.
19    MIKE:  That's who you want running the fund.
20    MR. JONGEWARD:  Yeah, yeah.  And so he -- he
21  takes care of a lot of people.  I think -- and so Shane
22  is my manager I guess you would call him.  He's who
23  receives payment for all of my people.
24    So the way it's built is that Shane is one of
25  four people as I understand it that Jeff reached out to

Page 28

1  initially to raise capital.  Because in this investment
2  there's two things you need, you need people that want
3  to want capital, right, that have a settlement and you
4  need, you need capital to be able to fund the
5  contracts.
6    So he reached out to Shane to help raise
7  capital, as a capital raiser.  So -- and then Shane
8  ended up, you know, connecting with me probably three
9  years later, three years after he was involved with
10  this.
11    So we left Las Vegas in 2006, we were there
12  from '98 to 2006, and moved up to Spokane and started a
13  big development up there.  So we -- you know, I would
14  talk to Shane maybe once a year, twice a year that way.
15  The relationship was really between his wife and my
16  wife there, but we've known each other for some time
17  and our kids all kind of grew up together.
18    So -- but, yeah, that's essentially who Shane
19  is, and he got into this through his good friend Jeff
20  when he moved to Vegas.  And so that's -- that's how
21  it's, how it's kind of worked out.  It's
22  five-and-a-half years old currently.
23    MIKE:  That was my next question was how long
24  have you guys been around.
25    MR. JONGEWARD:  Yeah, about 2016 I think is

Page 29

1  when Jeff Judd and Matt Beasley started this.  So Matt
2  Beasley is a good friend of Jeff's and Jeff really just
3  kind of uses Matt strictly for this.  They've kind of
4  shut their, you know, brick and mortar down -- brick
5  and mortar type of locations down and Jeff works from
6  his home, Matt works form his home, Shane works from
7  his home, and so do I know.
8    MIKE:  That's not a bad way to do it.
9    MR. JONGEWARD:  No, we all just -- it's a
10  whole different mindset these days.  So, I mean, you
11  know, you don't have to have a location anymore.  It's
12  -- things are just done differently than they used to
13  be.
14    So -- but, yeah, this is all that Matt does.
15  He puts all the purchase agreements together.  He's --
16  he's the -- he works for Jeff, and we use his IOLTA
17  account to pass money back and forth.  Then when
18  capital comes in Matt, Matt forwards it to Shane and
19  then Shane forwards it to me.
20    So when I reconcile every week -- for example
21  this week -- I'll give you a little look here.  This
22  week I have 51 contracts replacing and we placed about
23  680,000 of new contracts as well.  So I'll have a total
24  of $553,750 that is going to -- that's going to be paid
25  by me today, and I'll do that through the Wells Fargo

## Page 30

1  direct pay system, kind of a wire system --
2       MIKE:  Okay.
3       MR. JONGEWARD:  -- that lets you verify
4  individuals, and you have those multiple, you know, or
5  duplicating deposits.  It's really easy to use that
6  system.  They only charge me a couple hundred dollars
7  to have it.  But I'll do -- I'll do 160 to 180 wires
8  every month, you know.  I probably average 60, 50 --
9  well, I guess it's a little more than that now, isn't
10  it?  I guess I'm over 200 if I'm at 50.  Yeah, I'm --
11  and, you know, every 90 days for that same is going, is
12  going to add because we add new capital each week as
13  well.
14       MIKE:  Okay.
15       MR. JONGEWARD:  So it just kind of just grow
16  -- it's this growing monster.
17       MIKE:  How many new investors do you add per
18  week?
19       MR. JONGEWARD:  You know, a lot of investors
20  are existing, some are new.  But currently I have about
21  $12 million on my waiting list of people interested in
22  getting in.
23       MIKE:  Okay.
24       MR. JONGEWARD:  And I would say I probably
25  have 30 investors that are on the list that are not,

## Page 31

1  not yet in.  So I would consider them new.  This week I
2  have one new investor -- two new investors.  So --
3       MIKE:  Okay.
4       MR. JONGEWARD:  Yeah, a lot of people will
5  continue to add.  I have some people that have one
6  contract, an 80.  I have others that have 50 contracts
7  in.
8       MIKE:  Okay.  Well, so with this, with the
9  length of your investment, I heard you say that with
10  two weeks before you go into another contract you can
11  have your --
12       MR. JONGEWARD:  Yeah.  Just let me know that,
13  hey -- if you have, like, you know, a contract or
14  multiple contracts you just need to let me know so I
15  can have other investors take that position in that
16  contract cycle.
17       MIKE:  Okay.
18       MR. JONGEWARD:  Because we try not to -- we
19  try not to break the cycle if we can, and a lot of
20  times when we do a live buyout -- let's say that --
21  let's say that you wanted to exit, and I don't really
22  tell any of my investors that they can do this but I
23  think Shane allows some of his to, he'll -- he'll allow
24  an individual to get out of their contract somewhere in
25  the duration of that 90 day period.

## Page 32

1       MIKE:  Okay.
2       MR. JONGEWARD:  And so we call that a live
3  buyout.  So if an individual is interested and wants to
4  get in and is willing to do that then we have that
5  investor wire that capital directly to that other
6  investor.  So -- and he'll be taking over the capital
7  that's already in the investment.  We just haven't
8  received the payment or that capital back.
9       And so that's kind of how we, how we do that.
10  It's a --
11       MIKE:  How many people are pulling out with a
12  50 percent passive income?
13       MR. JONGEWARD:  Let's see.  So at the end of
14  the year I think we see that quite a bit more.  We see
15  a lot more buyouts in November and December and in
16  January than we do traditionally through the rest of
17  the year.  Some people start to recognize what their
18  tax consequences and so they'll sell some contracts.
19       MIKE:  Okay.
20       MR. JONGEWARD:  But, you know, it's kind of
21  like a commodity where people will put money in and
22  they love the return, but then they'll pull it back out
23  to do a couple other things.  Then they try to get some
24  other stuff, other staff back in.
25       MIKE:  And you guys allow people just to

## Page 33

1  mingle like that?
2       MR. JONGEWARD:  Well, I try to let people
3  know, like, hey, if you -- if you're only wanting to
4  put it in for one contract cycle maybe this isn't the
5  right, the right spot for you because it's a lot of
6  work to pull people out and redo that.
7       MIKE:  Yeah.
8       MR. JONGEWARD:  And there's a lot of
9  documentation.  We traditionally don't see people do
10  that.  I've only had to sell one contract of one of my
11  investors in two years.
12       MIKE:  Okay.
13       MR. JONGEWARD:  Most of these other buyouts
14  are coming from other, other people, maybe on Shane's
15  side or someone else's side.
16       MIKE:  I guess I'm in a place now if I'm
17  placing money and I'm getting my return --
18       MR. JONGEWARD:  Right.
19       MIKE:  -- like, that's passive income.
20       MR. JONGEWARD:  Right.
21       MIKE:  And that's the thing, like, that
22  improves my lifestyle.
23       MR. JONGEWARD:  Right.
24       MIKE:  Okay.
25       MR. JONGEWARD:  Yeah, it's a game -- this is

Page 34

1  a game changer for everyone.
2       MIKE:  Yeah.
3       MR. JONGEWARD:  I traditionally do not see
4  people pull out.  I've had one person that was buying a
5  home that needed to sell an 80K contract, and it was
6  very easy for me to just use one of my guys, the next
7  on the list, my chronological waiting list, and I was
8  able to take care of that in house pretty easy.
9  And I just called Shane and said, hey, you
10  need to change, change this entity name for this
11  particular contract, and then that's what he does on
12  his reconciliation sheet, changed the buyer's
13  agreement. So it's pretty, pretty simple.
14       MIKE:  So -- and I just want to make sure I
15  understand this. But, like, if you're getting a 50
16  percent return this is in a post settlement so there is
17  (inaudible).
18       MR. JONGEWARD:  It's already post settlement,
19  correct.
20       MIKE:  Now it's going into an IOLTA account,
21  so attorneys are moving money, right?
22       MR. JONGEWARD:  That's right.
23       MIKE:  Where is the risk for 50 percent?
24       MR. JONGEWARD:  Well -- well, we don't -- we
25  just -- we don't really see it.  You know, if an

Page 35

1  insurance was not going to -- if an attorney -- an
2  insurance company, excuse me, was not going to pay an
3  already agreed upon settlement, you know, they're in
4  super hot water.  You know, there's rules and
5  regulations against that of course.
6       MIKE:  Yeah.  It would be a default on a --
7       MR. JONGEWARD:  Yeah, they're not going to
8  default on a $300,000 claim and go through all that hot
9  water.  We don't see an attorney ever not paying an 80
10  or 100,000, the amount of hot water they'd be -- you
11  know, not disregarding that we're already in a purchase
12  agreement, which is essentially a 14 page lien on the,
13  on the settlement when it comes.
14       MIKE:  Yeah.
15       MR. JONGEWARD:  So there's no -- there's no
16  potential for them to win, it's just problems.  And
17  maybe that's why we've been so successful is because
18  it's pretty -- it's pretty ironclad really.  We don't
19  see that ever happening really.  The hardest part for
20  us is really just making sure people get their wires in
21  on time that want contracts.  That's -- that's probably
22  where I see the most headache at times.
23       MIKE:  Okay.  And --
24       MR. JONGEWARD:  Because you're just kind of
25  dealing with, you know, the general public that way.

Page 36

1       MIKE:  Okay.  And sorry, if I'm seem a little
2  scattered, Jeff is the name of the founder?
3       MR. JONGEWARD:  Yeah, Jeff Judd, J-u-d-d,
4  uh-huh.
5       MIKE:  And what was --
6       MR. JONGEWARD:  You'll find him -- it's J&J
7  Consulting Services, LLC.
8       MIKE:  Okay.
9       MR. JONGEWARD:  You'll find him there.  He
10  just created a new entity this year because he's now
11  licensed with the SEC.  This has really expanded and
12  grown.
13       MIKE:  Okay.
14       MR. JONGEWARD:  So he did a business review
15  with two attorneys out of Texas.  They both previously
16  worked for the SEC.
17       MIKE:  Okay.
18       MR. JONGEWARD:  And so they put together a
19  whole different program of documents.  I was able to
20  raise $49 million worth with a -- with a three page
21  confidentiality agreement and a two page buyer's
22  agreement.
23       MIKE:  Okay.
24       MR. JONGEWARD:  So that -- the paperwork was
25  really anemic and didn't really match the investment.

Page 37

1  Now we have --
2       MIKE:  So is it a registered fund then?
3       MR. JONGEWARD:  So it's not registered.  I
4  don't believe it's -- I know that Jeff, he registered
5  the company with the SEC but, you know, myself and
6  Shane and the rest of us are not licensed SEC
7  representatives that way where we -- we're not a REIT
8  or anything like that.  So we're not allowed to give
9  any financial advice, and you'll notice when I -- I'll
10  send you two emails. I'll send you the investor packet
11  for J&J Purchasing.
12       So Jeff changed or he created a new company
13  called J&J Purchasing.  Obviously, J&J Consulting does
14  not give the right impression to the SEC that you're
15  not getting any financial advice, right.
16       MIKE:  Yeah.
17       MR. JONGEWARD:  So he changed the name to J&J
18  Purchasing.  His wife's name is Jennifer.  Jeff and
19  Jennifer Judd, you can find them on Facebook and, you
20  know, a few other places.
21       And so we have an 111 page PPM, a private
22  placement memorandum now.
23       MIKE:  I'm familiar with that.
24       MR. JONGEWARD:  Yeah.  It has -- you're
25  familiar with that.  So we finally have a PPM.  We've

10 (Pages 34 to 37)

Page 38

1  got a really nice subscription agreement that we use,
2  and then when people add we use an addendum to create
3  and capture a total invested amount on a legal
4  document. And then we have a few confidentiality and
5  NDA, non-solicit type of agreements.
6          So really, like, four, four documents now
7  that really substantiate the investment. So we're --
8  we're really grateful he's done that, and we feel
9  pretty ironclad now. A lot of people had issues with
10  the documents before and they still couldn't stay away
11  because it's just such a great --
12          MIKE: 50 percent.
13          MR. JONGEWARD: It is.
14          MIKE: Right?
15          MR. JONGEWARD: Uh-huh.
16          MIKE: It starts and stops kind of what --
17  this is -- like, I'm a little blown away by that.
18          MR. JONGEWARD: Well, a lot of people -- a
19  lot of people, you know, are really nervous about it.
20  They feel there's no way it could be true and possible.
21  But when you understand the structure that it, you
22  know, you're -- you're capital is going -- is working
23  with four different claims in a one year period it's
24  easy to see how you're able to do that.
25          So essentially the 25 percent comes back

Page 39

1  to -- to Jeff and Matt, and they divide that, they cut
2  that in half and they share 12-1/2 percent with the
3  investor and they keep the other 12-1/2 percent. So
4  what you have is you got the owner of a company that's
5  willing to split the profits with the investor. That
6  never happens.
7          So that's part of the other, the other part
8  of this that makes it so, so unique is that you've got
9  an individual that realizes when you give a really nice
10  return it gets around and people are -- it just really
11  is the proper way to help your business grow.
12          MIKE: Okay. And I'm assuming you're going
13  to have a lot of demand from people if they're getting
14  a 250 to $350,000 settlement they've been hurt, and
15  that means they haven't been working. So --
16          MR. JONGEWARD: That's right, uh-huh.
17          MIKE: -- you're going to find clients who
18  need (inaudible) quickly.
19          MR. JONGEWARD: Yeah, we have -- sorry to
20  interrupt you there, but yes. What we saw is this last
21  year in November such an increase of contracts over,
22  like, September, October, November that we all ran out
23  of capital on our waiting list. I placed $15 million
24  in about three months and raised $10 million during
25  that three month period. So I've raised $25 million in

Page 40

1  three months and I've only got $52 million for the last
2  year-and-a-half. So it's really --
3          MIKE: Are you doing that yourself or do you
4  have people --
5          MR. JONGEWARD: No, no, just me, all by
6  myself, yeah.
7          MIKE: Okay.
8          MR. JONGEWARD: Yeah. So --
9          MIKE: So how many fund managers are there
10  for this?
11          MR. JONGEWARD: So I would say there's -- I
12  know there's three other individuals similar to Shane
13  directly there with Jeff with that he reached out to.
14  And I think that Shane has four people. I'm one of
15  those four, but really only two of us are really
16  active. Another gentleman named Roland, he's a 70 year
17  old New York Stock Exchange guy, used to trade on the
18  floor, very, a very affluent to have some really
19  affluent circles there. I think between Shane and
20  Roland and I, the three of us actually represent over
21  200 of that 400.
22          MIKE: Wow.
23          MR. JONGEWARD: So that's --
24          MIKE: And you're incentivized stay, like --
25  like --

Page 41

1          MR. JONGEWARD: Yeah. So my agreement is
2  make -- you know, I make a small percentage on each
3  contract. So --
4          MIKE: That makes sense.
5          MR. JONGEWARD: -- I don't have a -- I do not
6  have an understanding with Jeff, it's with Shane.
7          So we send 1099s out. We're just in the
8  process of doing that this week because we have to have
9  this out by the 31st.
10          MIKE: Yeah.
11          MR. JONGEWARD: It's very, very transparent.
12  1099s, there's -- you know, we have a much better
13  document rollout now, which is really great. And,
14  yeah, it's pretty simple and easy. I make myself
15  available for every one of my investors if they have
16  any questions and just kind of walk them through the
17  process. It's pretty -- it's pretty straightforward.
18  It's a great group of guys that I work with.
19          MIKE: That sounds -- yeah, sorry, I don't
20  know if I have any questions. I'm just sitting here
21  going like this kind of seems bulletproof because I
22  don't -- you're going to -- an attorney is going to
23  lose their license if they --
24          MR. JONGEWARD: And insurance companies and
25  attorneys would -- they don't want any -- not that

Page 42

1   insurance companies need to do that, right.  Insurance
2   companies do very well, and attorneys do the same.
3       MIKE:  Yeah.
4       MR. JONGEWARD:  So the attorneys, they're
5   benefitting from it as well.
6       MIKE:  Okay.
7       MR. JONGEWARD:  Yeah.  And everyone is
8   benefitting.
9       MIKE:  Does the attorney get a piece of
10  (inaudible)?
11      MR. JONGEWARD:  There's an administration fee
12  on top of that.  I think it's $5,000.
13      MIKE:  Okay.
14      MR. JONGEWARD:  So if an attorney does ten of
15  these contracts in a month, you know, that's -- that's
16  $50,000.  Pretty easy to calculate that.  So there's
17  definitely incentive for these attorneys to do that as
18  well.  So --
19      MIKE:  And can you out raise the demand of --
20  like --
21      MR. JONGEWARD:  Yeah, so what we did in
22  December is we sent out an email to the -- to our group
23  and we said, hey, we are seeing such a large request
24  for contracts from plaintiffs that we're -- we imagine
25  that we're going to run out of capital if we -- if we

Page 43

1   don't raise some additional capital.
2       So what Jeff ended up doing was he paused 7
3   of the 66 firms he works with through Matt, paused
4   7 of those, and then we, you know, we raised some
5   additional capital.  And so I -- it took me about, I
6   don't know, six or eight months to raise $15 million.
7       MIKE:  Okay.
8       MR. JONGEWARD:  I raised -- I raised 12
9   million in, like, six weeks, just this last six weeks
10  from (inaudible) quickly.
11      MIKE:  Previous investors mostly?
12      MR. JONGEWARD:  Some previous and some new.
13  Continued sharing of the investment with friends, and
14  family, and things like that.  So, yeah, it's -- it's
15  kind of -- it's a ripple.
16      MIKE:  Okay.  Yeah, that's -- okay.  And
17  what -- and I am so sorry I didn't write down the name
18  of the attorney.  And he's the --
19      MR. JONGEWARD:  Yeah, Beasley, Matt Beasley.
20      MIKE:  Matt Beasley.  And he -- is the one
21  reviewing all your contracts?
22      MR. JONGEWARD:  Yes.  Matt Beasley is the one
23  that takes care of all the purchase agreements.  That's
24  between Jeff and the participating attorney and the
25  plaintiff.

Page 44

1       MIKE:  Okay.
2       MR. JONGEWARD:  So that's -- and there's a
3   sample purchase agreement in that PPM.  It's got the
4   personal information redacted of course but you can see
5   the structure of it, you can review that and see
6   what -- see where that is on the other side, right.  We
7   don't -- we don't see the purchase agreement but
8   there's a purchase agreement on the other side between
9   Jeff and the plaintiff, and then of course there's
10  places in there for both attorneys to help and to sign
11  and do that.  So --
12      MIKE:  Okay.
13      MR. JONGEWARD:  But, yeah, it's all, it's all
14  in that PPM.  You can kind of review that and see it.
15  There's corporate documents to let you know who Jeff
16  is.  It's actually got his home address on there.
17      MIKE:  Okay.
18      MR. JONGEWARD:  There's -- you know, pretty,
19  pretty transparent, pretty bulletproof.
20      MIKE:  And most of the people in the
21  fund, are they mostly, like, members of the church
22  or --
23      MR. JONGEWARD:  You know, it's interesting.
24  My wife and I were just talking about that, how we kind
25  of feel like we're building a church financially.

Page 45

1       MIKE:  Yeah.  (Inaudible.)
2       MR. JONGEWARD:  Not that big but, yeah.  But
3   just for individuals that are able to kind of capture
4   some of their time and maybe retire a little bit
5   earlier and keep the cashflow coming where -- I mean,
6   my wife and I we'd love to serve a mission in the next
7   five years if it works out like that.
8       This has become -- raising capital takes
9   about three days a week.  The other two days a week are
10  really more administrative.  Tuesday is the day I'm
11  receiving all my new contract names for replacements
12  and sending out emails, and all the DocuSigns, and all
13  of that as well.  So Tuesdays are usually a little bit
14  busier for me.
15      But if I'm not raising then, you know, it
16  really is a two day a week (inaudible).  But -- two or
17  three days a week.  I know I get my contracts -- I get
18  my contract assignments on Saturday afternoon because
19  all of those contract requests come in on Friday.  So
20  Shane will let me know, hey, I've got, you know, six
21  80s and five 100s for you this week.  Who is going to
22  take them?
23      So then I reach out to my investors, my
24  people on my waiting list and say, hey, I've got an 80
25  for you.  Are you -- are you still interested, are you

Page 46

1  prepared and ready, and they'll give me the thumbs up
2  and then I'll be able to put them on there.
3       So we try to -- we try to -- I gave that
4  information back to them on Saturday, and then Shane
5  and Matt and Jeff work through that, and then they send
6  me the new contract names for those replacements.
7       MIKE:  And do I, like -- as a high net worth
8  individual what do you need to see?  Like, how do you
9  qualify your investors?
10      MR. JONGEWARD:  Yeah.  So there's an
11  accredited investor questionnaire at the end of that
12  PPM.
13      MIKE:  Uh-huh.
14      MR. JONGEWARD:  It's just, you know, if you
15  make $200,000 or more.  The SEC requires Jeff Judd to
16  ask that question through his documentation, but --
17      MIKE:  Yeah.
18      MR. JONGEWARD:  -- he's not required to
19  verify it actually, which is -- seems kind of strange,
20  but the SEC just really wants to make sure that the
21  general public is aware that this is a high risk
22  investment, and that you do have the potential to lose
23  your capital, and they just don't want to see anybody
24  out on the streets and homeless, you know, or have an
25  issue.  So they --

Page 47

1       MIKE:  Are Jeff and Shane members of the
2  church?
3       MR. JONGEWARD:  Let's see.  Jeff and Shane
4  are, Matt is not.
5       MIKE:  Okay.
6       MR. JONGEWARD:  And actually -- I actually
7  don't mind that.  I don't mind a little diversity.
8       MIKE:  Yeah, that's not bad.  Like, you never
9  want an echo chamber but, like, it's kind of good to
10  know that -- like, kind of knowing morals of the people
11  involved and --
12      MR. JONGEWARD:  Yeah, yeah.
13      MIKE:  -- how they're going to treat your
14  money.
15      MR. JONGEWARD:  Yeah, I hadn't met Jeff
16  before.  My wife had met Jeff's wife and kids when she
17  went over to see Shane's wife one time because they
18  were -- you know, Jeff and Shane had been neighbors I
19  think in two or three different subdivisions so --
20      MIKE:  That's awesome.
21      MR. JONGEWARD:  When my wife went over to see
22  Shane's wife and, you know, our kids kind of played
23  together, then she got to meet actually Jennifer, but I
24  had never met Jeff before.  So -- but, yeah, they've
25  been in (inaudible) some stuff together and got to be,

Page 48

1  got to become close over that period of time.
2       MIKE:  That's awesome.
3       MR. JONGEWARD:  Yeah.
4       MIKE:  I have a 1:00.  I got to go hop in my
5  car.
6       MR. JONGEWARD:  Sure, sure.
7       MIKE:  But can I give you my email and can
8  you --
9       MR. JONGEWARD:  Yeah, I'm going to send you
10  over two items.
11      MIKE:  Yeah.  Can we keep in contact?
12      MR. JONGEWARD:  One is -- yeah, the battery
13  and then I'll -- go ahead, I'm ready for you.
14      MIKE:  It's mike.lund, l-u-n-d 985@gmail.
15  That's my private one so --
16      MR. JONGEWARD:  So mike --
17  mike.lund985@gmail.com.
18      MIKE:  And --
19      MR. JONGEWARD:  Okay.
20      MIKE:  -- do I -- is there an NDA or could I
21  talk to my friends about this process?
22      MR. JONGEWARD:  Yeah, I think -- I think it's
23  really about personal information.  We don't want
24  anybody taking our documents and trying to create
25  another company for competition.

Page 49

1       MIKE:  Yeah.
2       MR. JONGEWARD:  So I don't know that anybody
3  is interested in doing that.  It's a ton of work to get
4  something like this off the ground and it takes quite a
5  bit of capital.
6       MIKE:  Yeah, that's true.
7       MR. JONGEWARD:  But, yeah, you're welcome to,
8  to share it with your friends.  I'm going to be
9  flying back up to Spokane on Thursday.  I've got a
10  number of investor appointments with this new Eco
11  Battery opportunity.
12      MIKE:  Okay.
13      MR. JONGEWARD:  I -- because it's such a cash
14  hungry investment right away, up front, I told Shane
15  that I would know if we're able to reach that $5
16  million mark by Sunday.  So if you are interested in
17  the Eco Battery I'm happy to speak with you more about
18  that once you've had a moment to review that deck as
19  well.
20      MIKE:  Yeah.  And where are they located?
21      MR. JONGEWARD:  They're here in St. George.
22      MIKE:  Oh, okay.  Yeah, let me --
23      MR. JONGEWARD:  I'm doing a -- I'm going to
24  meet Casey Shirts tomorrow for the first time and walk
25  through his facility.

Page 50

1    MIKE:  Okay.  Can we -- if today is Tuesday
2  can we speak Thursday, and I will --
3          MR. JONGEWARD:  I'm flying up Thursday --
4          MIKE:  Okay.
5          MR. JONGEWARD:  -- back up Spokane.  So I
6  think I've got a 2:00 -- let's see.  I think I'm flying
7  out of Vegas actually at 2:00 or 3:00, so I'll be on
8  the road in the morning.  But, yeah, we can, we can
9  definitely connect --
10         MIKE:  All that you have to have  --
11         MR. JONGEWARD:  -- on Thursday at 10:00.
12         MIKE:  -- (inaudible) and I'll commit to
13  going through the contracts before then so that if I
14  have more questions.
15         MR. JONGEWARD:  Yeah.  I'll fire those off
16  now just so I don't get -- don't, you know, get -- put
17  that on the back burner here.  But I'll fire two emails
18  off to you with both decks, or actually with one deck
19  and then one investor packet --
20         MIKE:  Okay.
21         MR. JONGEWARD:  -- for -- for the J&J legal
22  investment.  And then we'd love to have you participate
23  in one or both or whatever you feel comfortable with.
24  But, yeah, it's pretty exciting.
25         MIKE:  Yeah, I'm very excited to look at

Page 51

1  these docs.
2          MR. JONGEWARD:  Yeah.
3          MIKE:  Hey, sometimes the hand of providence
4  on investments like these, these can turn into --
5          MR. JONGEWARD:  Well, we --
6          MIKE:  -- capital quick.
7          MR. JONGEWARD:  -- we feel like the Eco
8  Battery is maybe even a better investment than the
9  legal, the legal investment is because it has the
10  potential give a 4 or 8X in a 12-month period.  So --
11  so that -- we would be waiting an exit in five years,
12  but they're only looking for a short-term line of
13  credit.  So if you -- if you give your capital in a
14  short-term line of credit for 12 months you get back it
15  with 8 percent and then you're in -- you know, you're,
16  you're going to be able to participate in their exit,
17  which is pretty exciting.
18         MIKE:  That -- yeah, I'm excited to look at
19  these decks.  I --
20         MR. JONGEWARD:  Yeah.
21         MIKE:  -- I kind of just thought this was a
22  Hail Mary, but I'm seriously interested.  I'll give you
23  a call Thursday at 10:00.
24         MR. JONGEWARD:  Yeah, sounds real good.
25  Appreciate it.  And what was your -- was it Mike?

Page 52

1          MIKE:  Mike.
2          MR. JONGEWARD:  Mike.  Mike Lund I'm going to
3  assume?
4          MIKE:  Yeah.
5          MR. JONGEWARD:  Okay.  All right.  Hey, it's
6  been my pleasure to speak with you, Mike, and I'll look
7  forward to speaking with you at 10:00 on Thursday.
8          MIKE:  Thank you so much.
9          MR. JONGEWARD:  All right, take care.
10         MIKE:  Bye.
11         (End of audio file.)
                    *  *  *  *  *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 53

1          TRANSCRIBER'S CERTIFICATE
2
3  I, Cheryl Shifflett, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of project name:
7  2022.01.25 Jason Jongeward call (Utah).
8
9
10
11
12
13
14  _____
15         Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

**able** 5:2 10:14
10:17,18 13:8
14:7,17 15:16
17:19,23,25
28:4 34:8
36:19 38:24
45:3 46:2
49:15 51:16
**access** 24:14
**accomplish**
17:21
**account** 26:10
26:10,11,11,15
29:17 34:20
**accredited** 46:11
**accurate** 53:4
**acres** 12:16
**active** 40:16
**actual** 21:19
**add** 30:12,12,17
31:5 38:2
**addendum** 38:2
**additional** 16:20
43:1,5
**address** 44:16
**administration**
42:11
**administrative**
45:10
**advertising**
24:24
**advice** 37:9,15
**affluent** 40:18
40:19
**afternoon** 45:18
**ago** 3:17 9:10
12:12,12 15:3
15:9 17:11
**agreed** 25:15
35:3
**agreement** 8:5
24:1,3 34:13
35:12 36:21,22
38:1 41:1 44:3
44:7,8
**agreements**
29:15 38:5
43:23

**ahead** 48:13
**allow** 31:23
32:25
**allowed** 37:8
**allows** 31:23
**amount** 7:20,22
35:10 38:3
**amounts** 8:21
**and/or** 6:21
**anemic** 36:25
**anybody** 46:23
48:24 49:2
**anymore** 29:11
**anyway** 17:20
**appointments**
49:10
**appreciate** 2:8
51:25
**area** 3:14 6:25
16:13
**arena** 19:1
**assignments**
45:18
**associated** 21:13
**assume** 52:3
**assuming** 39:12
**attention** 17:17
**attorney** 7:15
8:7 25:7 26:6
35:1,9 41:22
42:9,14 43:18
43:24
**attorney's** 26:16
**attorneys** 34:21
36:15 41:25
42:2,4,17
44:10
**attractive** 21:1
**audio** 1:15 52:11
**available** 41:15
**average** 30:8
**aware** 46:21
**awesome** 3:9,10
5:5 7:8 25:2
47:20 48:2

**B**

**B-e-a-s-l-e-y**
26:18

**back** 8:9 13:8
18:5 19:13
29:17 32:8,22
32:24 38:25
46:4 49:9 50:5
50:17 51:14
**background**
5:15
**bad** 29:8 47:8
**Baker** 20:9,13
**bar** 26:11
**based** 13:19
**basic** 7:13
**basically** 8:4
**batteries** 14:1
19:2 20:3
**battery** 13:19,21
14:3,8,12
15:10 16:14
18:3 21:18
23:4 48:12
49:11,17 51:8
**Beach** 6:25
**Beasley** 26:17,18
26:21 29:1,2
43:19,19,20,22
**beginning** 25:6
**believe** 2:15
16:13 20:8
37:4
**benefitting** 42:5
42:8
**best** 17:2
**better** 20:17
41:12 51:8
**big** 28:13 45:2
**biggest** 20:8
**billion** 18:12,13
18:15 19:10,22
**bit** 6:3 7:9 10:23
27:4 32:14
45:4,13 49:5
**blown** 38:17
**blue** 6:21
**bottom** 10:16
**branching** 19:1
**break** 31:19
**brick** 29:4,4
**briefly** 2:13

**brother** 7:3
**brothers** 16:12
**bucks** 12:13
**builder** 4:1,2,3
12:4
**building** 3:21
5:17 12:12
44:25
**built** 27:24
**bulletproof**
41:21 44:19
**bunch** 6:11
**burner** 50:17
**busier** 45:14
**business** 9:4
13:25 16:3,8
16:11 36:14
39:11
**buyer's** 34:12
36:21
**buying** 22:13
34:4
**buyout** 31:20
32:3
**buyouts** 32:15
33:13
**Bye** 52:10

**C**

**C** 2:1
**calculate** 42:16
**California** 6:23
**call** 1:7 2:2,7
12:9 13:1,3
20:20 24:10
27:22 32:2
51:23 53:7
**called** 13:19
34:9 37:13
**cap** 16:18
**capital** 4:6 7:14
7:14 9:12,18
10:13,14,19
14:21 18:7,16
21:9,13 24:6
28:1,3,4,7,7
29:18 30:12
32:5,6,8 38:22
39:23 42:25

43:1,5 45:8
46:23 49:5
51:6,13
**capitalist** 4:4
**capture** 10:17
10:18 15:7
38:3 45:3
**car** 11:22 48:5
**cards** 19:8
**care** 24:7 27:21
34:8 43:23
52:9
**Carlsbad** 7:3
**Casey** 13:24
16:1 49:24
**cash** 14:17 49:13
**cashflow** 13:5
16:20 21:1
45:5
**cellphone** 14:8
**CERTIFICATE**
53:1
**certify** 53:3
**chamber** 47:9
**change** 34:10,10
**changed** 6:3
23:12 34:12
37:12,17
**changer** 34:1
**charge** 30:6
**chat** 4:9
**Cheryl** 53:3
**choose** 8:12
**chronological**
34:7
**church** 44:21,25
47:2
**circles** 40:19
**City** 3:9,10 5:10
5:15 6:8,13
**claim** 35:8
**claims** 8:13 10:6
10:20 38:23
**Clara** 5:8
**clarify** 15:23
**client** 8:25 25:6
26:24
**clients** 25:8
39:17

**close** 48:1
**closed** 9:19,24
  10:8,10
**co-invest** 22:5
**come** 8:3 45:19
**comes** 29:18
  35:13 38:25
**comfortable**
  50:23
**coming** 33:14
  45:5
**COMMISSION**
  1:1
**commit** 50:12
**commodity**
  32:21
**companies** 23:5
  41:24 42:1,2
**company** 7:17
  8:4 13:18
  22:13 24:18
  26:2 35:2 37:5
  37:12 39:4
  48:25
**competition**
  48:25
**complete** 53:4
**components**
  25:12
**confident** 19:8
**confidentiality**
  36:21 38:4
**Congratulations**
  22:25
**connect** 50:9
**connecting** 28:8
**consequences**
  32:18
**conservative**
  19:17,21
**consider** 31:1
**considerable**
  19:25
**considering** 21:5
  21:5
**construction**
  5:22 12:8
**Consulting** 1:5
  36:7 37:13

**contact** 48:11
**contained** 53:5
**continue** 31:5
**Continued**
  43:13
**contract** 7:15
  8:10,11 9:17
  13:1,1,2 15:12
  21:7 27:2 31:6
  31:10,13,16,24
  33:4,10 34:5
  34:11 41:3
  45:11,18,19
  46:6
**contracts** 8:13
  9:21,24 10:4,8
  12:20 15:13
  21:6 28:5
  29:22,23 31:6
  31:14 32:18
  35:21 39:21
  42:15,24 43:21
  45:17 50:13
**control** 14:7
  25:11 27:8,12
**corporate** 44:15
**correct** 34:19
**cost** 12:7,10
**couple** 4:9 5:6
  5:13 9:10 15:9
  16:11 30:6
  32:23
**course** 4:11 35:5
  44:4,9
**Covid** 6:11
**create** 20:3 38:2
  48:24
**created** 36:10
  37:12
**creates** 21:1
**credit** 18:3
  51:13,14
**currently** 7:11
  28:22 30:20
**custom** 3:21
  12:16
**customer** 3:22
**cut** 39:1
**cycle** 31:16,19

  33:4

**D**

**D** 2:1
**date** 21:9
**daughter** 13:18
**day** 26:22 31:25
  45:10,16
**days** 8:2,8,14,18
  10:11,13 13:5
  25:23 29:10
  30:11 45:9,9
  45:17
**deal** 12:9 15:9
  22:18
**dealing** 35:25
**decade** 5:10
**December** 32:15
  42:22
**deck** 15:10 16:3
  21:17 49:18
  50:18
**decks** 50:18
  51:19
**default** 35:6,8
**defaults** 9:24
  10:3 25:1
**definitely** 27:6
  27:17 42:17
  50:9
**demand** 39:13
  42:19
**deposits** 30:5
**developer** 4:3
  12:3
**developing** 5:18
**development**
  5:22 28:13
**different** 4:6
  5:14 6:9,10,21
  29:10 36:19
  38:23 47:19
**differently** 29:12
**difficult** 11:24
  11:25 12:2,17
**direct** 30:1
**directly** 27:2
  32:5 40:13
**disregarding**

  35:11
**distributor** 20:8
**Diversified** 1:24
**diversity** 47:7
**divide** 39:1
**divided** 18:14
**docs** 51:1
**document** 38:4
  41:13
**documentation**
  33:9 46:16
**documents**
  36:19 38:6,10
  44:15 48:24
**DocuSigns**
  45:12
**doing** 7:12 13:11
  14:16 15:21
  19:9 21:21
  24:25 40:3
  41:8 43:2 49:3
  49:23
**dollars** 15:4 30:6
**double** 14:13
**duplicating** 30:5
**duration** 31:25

**E**

**E** 2:1,1
**earlier** 45:5
**early** 25:24
**easy** 30:5 34:6,8
  38:24 41:14
  42:16
**echo** 47:9
**Eco** 13:19 15:10
  16:13 18:2
  49:10,17 51:7
**eight** 4:22 43:6
**Elite** 27:12
**else's** 33:15
**email** 15:22,23
  42:22 48:7
**emails** 37:10
  45:12 50:17
**encouraged**
  17:20
**ended** 3:17,20
  17:5 28:8 43:2

**Energy** 20:2
**entire** 13:8
**entity** 15:16
  34:10 36:10
**entrepreneur**
  27:18
**envy** 23:2
**equate** 19:10,11
**equity** 15:8
  16:14,23,25
  17:23 18:25
  22:10
**escrow** 26:15
**especially** 6:11
**essentially** 24:4
  25:20 27:16
  28:18 35:12
  38:25
**estate** 11:12,12
  26:15 27:12
**evaluating** 22:12
**event** 22:23
**ex-televangelist**
  20:11
**exactly** 6:19
  25:4
**example** 29:20
**excellent** 7:5
**Exchange** 1:1
  40:17
**excited** 5:3 6:6
  12:20 23:19
  50:25 51:18
**exciting** 6:7
  22:24 50:24
  51:17
**excuse** 9:18 10:9
  35:2
**existing** 30:20
**exit** 18:12 19:10
  19:14 31:21
  51:11,16
**expanded** 36:11
**expect** 14:13
  18:12
**exploded** 13:14
**exploding** 13:20
**extremely** 25:17

**F**

**Facebook** 37:19
**facility** 49:25
**fall** 8:22
**familiar** 7:2 16:5
  20:5 22:8
  26:12 37:23,25
**family** 4:17
  23:20 43:14
**fantastic** 21:3
**Fargo** 29:25
**fee** 42:11
**feel** 6:4 16:19
  38:8,20 44:25
  50:23 51:7
**feels** 19:7,8
**felt** 6:19
**Fields** 3:14
**figures** 22:18
**file** 1:4 52:11
**fill** 14:13,17 18:4
**finally** 14:1 15:9
  37:25
**financial** 37:9,15
**financially** 44:25
**find** 11:18 36:6
  36:9 37:19
  39:17
**finish** 26:24
**fire** 50:15,17
**firm** 26:5
**firms** 43:3
**first** 9:17 18:4
  27:1 49:24
**five** 14:22 18:9,9
  19:15 45:7,21
  51:11
**five-and-a-half**
  28:22
**floor** 23:5 40:18
**flying** 49:9 50:3
  50:6
**foot** 12:7,11,13
**foregoing** 53:3
**form** 29:6
**formula** 10:21
**forth** 29:17
**fortunate** 6:4
**forward** 15:23

52:7
**forwards** 29:18
  29:19
**found** 13:18
**founder** 36:2
**four** 8:13,13,13
  8:17 10:20
  27:25 38:6,6
  38:23 40:14,15
**Freed** 8:24
**Friday** 45:19
**friend** 2:14,14
  9:8 13:17
  23:17 28:19
  29:2
**friends** 9:6 12:8
  17:3 22:7
  23:20 26:21
  43:13 48:21
  49:8
**front** 49:14
**full-time** 13:16
  24:5,9
**fund** 7:10,14
  9:25 22:10
  23:15 27:19
  28:4 37:2 40:9
  44:21
**funding** 20:23

**G**

**G** 2:1
**gain** 17:16
**game** 33:25 34:1
**gas** 22:16
**general** 35:25
  46:21
**gentleman** 40:16
**George** 3:8,12
  4:12,13 6:17
  13:19 49:21
**getting** 6:8 8:19
  19:4 25:22
  30:22 33:17
  34:15 37:15
  39:13
**give** 7:20 8:8
  16:14,16,17,22
  16:25 18:5,24

18:25 20:20
  21:8 25:23,23
  25:24 29:21
  37:8,14 39:9
  46:1 48:7
  51:10,13,22
**gives** 13:4
**giving** 12:8
**go** 25:8 31:10
  35:8 48:4,13
**going** 2:5 16:18
  18:8 22:7 25:1
  25:3,18 27:10
  29:24,24 30:11
  30:12 34:20
  35:1,2,7 38:22
  39:12,17 41:21
  41:22,22 42:25
  45:21 47:13
  48:9 49:8,23
  50:13 51:16
  52:2
**golfers** 13:23
**good** 9:5,8 12:8
  13:17 23:17
  28:19 29:2
  47:9 51:24
**goodness** 10:2
**Google** 17:10
**gosh** 9:13,20
**gotten** 6:13
**grateful** 38:8
**great** 3:11 6:5
  24:23 38:11
  41:13,18
**green** 23:2
**grew** 28:17
**ground** 23:5
  49:4
**group** 9:15 10:5
  10:5 15:13
  17:21 20:15
  22:4 26:18
  41:18 42:22
**grow** 30:15
  39:11
**growing** 17:3
  30:16
**grown** 36:12

**guess** 27:22 30:9
  30:10 33:16
**guy** 27:5,6 40:17
**guy's** 20:2
**guys** 8:24 17:15
  17:16 27:13
  28:24 32:25
  34:6 41:18

**H**

**Hail** 51:22
**half** 39:2
**hand** 51:3
**happen** 18:8
**happened** 24:7
**happening**
  35:19
**happens** 39:6
**happy** 15:23
  49:17
**hardest** 35:19
**he'll** 22:16,16
  23:1 31:23,23
  32:6
**headache** 35:22
**hear** 12:22 21:18
**heard** 2:13 5:6
  31:9
**help** 4:4 28:6
  39:11 44:10
**helped** 23:7
**hey** 2:7 24:1
  27:3 31:13
  33:3 34:9
  42:23 45:20,24
  51:3 52:5
**Hi** 2:4
**high** 12:7 46:7
  46:21
**high-end** 3:22
**highly** 23:9
**hit** 11:10
**home** 12:16
  17:12 29:6,6,7
  34:5 44:16
**homeless** 46:24
**honest** 24:9
**hop** 48:4
**hot** 35:4,8,10

**hours** 7:23
**house** 17:11
  34:8
**houseboat** 19:1
  19:19
**huge** 13:6
**huh** 10:1
**hundred** 30:6
**hungry** 49:14
**hurt** 39:14
**hyperinflated**
  11:22

**I**

**Idaho** 6:21
**idea** 5:15 6:8 7:8
  12:25 15:11
**identify** 11:10
**imagine** 42:24
**imagining** 16:1
**important** 25:12
**impression**
  37:14
**impressive**
  22:20 23:10
**improves** 33:22
**inaudible** 2:19
  8:20 13:6
  34:17 39:18
  42:10 43:10
  45:1,16 47:25
  50:12
**incentive** 42:17
**incentivized**
  40:24
**including** 10:6
  19:21
**income** 20:24
  21:2 23:9
  32:12 33:19
**increase** 39:21
**incredible** 23:11
**incremental**
  8:17
**individual** 8:16
  15:1 17:25
  31:24 32:3
  39:9 46:8
**individuals** 4:6

9:15 24:13
30:4 40:12
45:3
**industry** 19:5
**information**
44:4 46:4
48:23
**initially** 28:1
**injury** 8:22 9:2
10:6
**inked** 15:9
**insane** 21:25
**insurance** 7:17
8:3 26:2 35:1,2
41:24 42:1,1
**interest** 7:23
8:10 10:9,14
18:6 21:14
25:25
**interested** 20:22
20:24 22:3
23:9,25 30:21
32:3 45:25
49:3,16 51:22
**interesting**
44:23
**interrupt** 39:20
**invented** 14:4
**invested** 38:3
**investment** 2:10
2:12 4:5 7:10
7:12 9:5,19
12:18 13:1,2,2
13:8 15:1,10
15:14 16:3
21:7,22 24:5
24:17,23 25:13
25:19 28:1
31:9 32:7
36:25 38:7
43:13 46:22
49:14 50:22
51:8,9
**investments**
2:10 6:5 7:12
12:1 24:14
51:4
**investor** 8:11
14:23 23:17

31:2 32:5,6
37:10 39:3,5
46:11 49:10
50:19
**investors** 10:17
14:22 15:12
18:6 20:15
21:4,5 30:17
30:19,25 31:2
31:15,22 33:11
41:15 43:11
45:23 46:9
**involved** 9:23
12:1 25:6,14
28:9 47:11
**IOLTA** 26:9
29:16 34:20
**IP** 14:3
**ironclad** 35:18
38:9
**issue** 46:25
**issues** 38:9
**items** 48:10
**Ivins** 5:6,8 6:17

— J —

**J-a-g-e-r** 17:8
**J-u-d-d** 36:3
**J&J** 1:5 24:18
36:6 37:11,13
37:13,17 50:21
**J.G** 25:5
**Jager** 17:8,10,20
27:9
**January** 32:16
**Jason** 1:7 2:2,4
2:6 15:11 53:7
**Jeff** 9:4,7 26:21
26:23 27:25
28:19 29:1,2,5
29:16 36:2,3
37:4,12,18
39:1 40:13
41:6 43:2,24
44:9,15 46:5
46:15 47:1,3
47:15,18,24
**Jeff's** 29:2 47:16
**Jennifer** 37:18

37:19 47:23
**Jensen** 8:24
**Jeremey** 2:16
**Jeremy** 2:14
**Jim** 20:9
**job** 13:16
**join** 23:14
**Jongeward** 1:7
2:2,3,6,9,16,19
2:22,24 3:2,7
3:10,13,16,25
4:2,11,13,17
4:20 5:1,7,12
5:17,20 6:2,15
6:19,25 7:5,7
7:11,19 8:1,7
8:21 9:1,3,14
9:21 10:1,5,25
11:2,6,8,11,15
11:20,24 12:6
12:15,24 13:7
13:11,23 14:6
14:10,16,20,25
15:7,20,25
16:7,10,24
17:5,8,10,14
17:19 18:11,18
18:23 19:4,7
20:4,7,10,13
20:19,25 21:4
21:12,16,21,24
22:1,6,9,11,14
22:17,19,24
23:6,11,16,19
23:23 24:12,17
24:21 25:3
26:4,6,9,14,17
26:20 27:9,15
27:20 28:25
29:9 30:3,15
30:19,24 31:4
31:12,18 32:2
32:13,20 33:2
33:8,13,18,20
33:23,25 34:3
34:18,22,24
35:7,15,24
36:3,6,9,14,18
36:24 37:3,17

37:24 38:13,15
38:18 39:16,19
40:5,8,11,23
41:1,5,11,24
42:4,7,11,14
42:21 43:8,12
43:19,22 44:2
44:13,18,23
45:2 46:10,14
46:18 47:3,6
47:12,15,21
48:3,6,9,12,16
48:19,22 49:2
49:7,13,21,23
50:3,5,11,15
50:21 51:2,5,7
51:20,24 52:2
52:5,9 53:7
**Judd** 9:4 26:21
29:1 36:3
37:19 46:15
**jumped** 9:11
15:2
**June** 4:18

— K —

**keep** 39:3 45:5
48:11
**kids** 17:3 28:17
47:16,22
**killing** 20:14
**kind** 3:13,19 5:2
6:12,16 9:11
9:11 10:24
12:24 15:18
17:15 22:5
23:5 24:8
27:16,17 28:17
28:21 29:3,3
30:1,15 32:9
32:20 35:24
38:16 41:16,21
43:15 44:14,24
45:3 46:19
47:9,10,22
51:21
**knew** 5:1 23:24
**know** 2:23 3:20
3:22 4:4,21

8:23 9:7,9
10:19 11:25
12:11,18 13:14
14:3,25 15:11
18:8 20:5
21:12,13 22:22
24:1,6,8,14,15
24:21,22 25:7
25:11,15,18,19
25:21,22 26:22
27:2,5 28:8,13
29:4,7,11 30:4
30:8,11,19
31:12,13,14
32:20 33:3
34:25 35:3,4
35:11,25 37:4
37:5,20 38:19
38:22 40:12
41:2,12,20
42:15 43:4,6
44:15,18,23
45:15,17,20,20
46:14,24 47:10
47:18,22 49:2
49:15 50:16
51:15
**knowing** 47:10
**known** 17:1
28:16

— L —

**l-u-n-d** 48:14
**Lake** 16:13 20:3
**large** 3:21 42:23
**Las** 4:22 9:4
13:17 26:20
28:11
**law** 26:5,18
**lawyer's** 26:10
26:10
**layman's** 17:24
**LDS** 6:10 7:3,7
**lease** 11:19
**left** 28:11
**legal** 2:12 7:10
7:12 12:20,25
12:25 13:2
15:12,14 20:22

21:22 24:5
38:3 50:21
51:9,9
**length** 31:9
**let's** 9:15 19:17
19:20 24:2
31:20,21 32:13
47:3 50:6
**liberal** 6:13
**license** 41:23
**licensed** 36:11
37:6
**lien** 8:4 35:12
**lifelong** 9:6
**lifestyle** 33:22
**line** 10:16 18:3
51:12,14
**Lion** 20:2
**lion's** 25:18
**liquidated** 3:18
**liquidating**
11:14
**liquidity** 22:23
**list** 30:21,25
34:7,7 39:23
45:24
**lithium-ion**
13:20 19:2
**little** 6:9,10,13
7:9 10:23 23:2
27:4 29:21
30:9 36:1
38:17 45:4,13
47:7
**live** 3:2 31:20
32:2
**lives** 9:4 13:17
23:12
**LLC** 15:13
24:19 36:7
**located** 3:5
49:20
**location** 29:11
**locations** 29:5
**long** 4:12 5:11
6:25 12:12
28:23
**look** 6:17 11:17
29:21 50:25

51:18 52:6
**looked** 11:22
20:16 27:7,7
**looking** 5:6 6:14
14:20 18:2,3
22:22 51:12
**lose** 41:23 46:22
**loss** 11:10
**lot** 3:19 4:5 8:24
15:11 24:13
27:21 30:19
31:4,19 32:15
33:5,8 38:9,18
38:19 39:13
**love** 4:8 6:8
12:22 21:17
23:3 32:22
45:6 50:22
**lunch** 26:22
**Lund** 52:2

―――――――
**M**
**Magee** 2:16
**making** 35:20
**manage** 4:4,4
9:11 13:16
24:2,5
**management**
14:3
**manager** 23:15
27:22
**managers** 40:9
**managing** 2:11
**manufacturing**
14:1
**March** 14:11
**margins** 5:25
**mark** 49:16
**market** 27:6
**Mary** 51:22
**match** 36:25
**material** 16:19
**Matt** 26:17,21
29:1,1,3,6,14
29:18,18 39:1
43:3,19,20,22
46:5 47:4
**matter** 1:3 53:6
**matters** 53:5

**maturing** 21:10
**maturity** 21:9
**mean** 11:4 29:10
45:5
**means** 7:19
39:15
**Medicaid** 10:7
**Medicare** 10:7
**meet** 47:23
49:24
**meeting** 17:5
**members** 44:21
47:1
**memorandum**
37:22
**met** 27:10 47:15
47:16,24
**microchip** 16:8
**midst** 13:20
**mike** 2:3,4,7,13
2:18,21,23,25
3:5,9,12,15,24
4:1,8,12,15,19
4:25 5:5,9,14
5:19,24 6:7,16
6:24 7:2,6,8,18
7:25 8:6,19,23
9:2,13,20,25
10:2,23 11:1,4
11:7,9,14,16
11:21 12:5,14
12:22 13:6,10
13:22 14:5,9
14:15,19,24
15:6,19,24
16:5,9,22 17:4
17:7,9,13,18
18:10,17,22
19:3,6 20:1,5,8
20:11,14,20
21:2,11,15,17
21:23,25 22:3
22:7,10,12,15
22:18,21 23:1
23:7,14,18,22
24:11,16,20,25
26:1,5,8,13,16
26:19 27:7,14
27:19 28:23

29:8 30:2,14
30:17,23 31:3
31:8,17 32:1
32:11,19,25
33:7,12,16,19
33:21,24 34:2
34:14,20,23
35:6,14,23
36:1,5,8,13,17
36:23 37:2,16
37:23 38:12,14
38:16 39:12,17
40:3,7,9,22,24
41:4,10,19
42:3,6,9,13,19
43:7,11,16,20
44:1,12,17,20
45:1 46:7,13
46:17 47:1,5,8
47:13,20 48:2
48:4,7,11,14
48:16,18,20
49:1,6,12,20
49:22 50:1,4
50:10,12,20,25
51:3,6,18,21
51:25 52:1,1,2
52:2,4,6,8,10
**mike.lund** 48:14
**mike.lund985...**
48:17
**million** 9:12,18
9:23,25 11:9
14:11,12,14,21
14:23 15:3,4
15:15,17 16:4
16:15,16,17,18
16:19 17:12,22
18:14,20,21,23
30:21 36:20
39:23,24,25
40:1 43:6,9
49:16
**mind** 47:7,7
**mindset** 29:10
**mingle** 33:1
**minimum** 15:17
**minority** 6:9
**mission** 7:3,4

45:6
**moment** 49:18
**money** 16:20
18:5 19:25
26:25 29:17
32:21 33:17
34:21 47:14
**monster** 30:16
**month** 10:20
22:23 30:8
39:25 42:15
**months** 9:22
11:18 18:5
19:14,25 20:17
39:24 40:1
43:6 51:14
**morals** 47:10
**morning** 50:8
**mortar** 29:4,5
**mouth** 24:23
25:1
**move** 6:11
**moved** 3:18 4:17
27:11 28:12,20
**moving** 34:21
**multiple** 18:1,16
19:10,15 30:4
31:14

―――――――
**N**
**N** 2:1
**name** 9:4,6
13:24 16:5
17:7 20:2
24:18 26:16,17
34:10 36:2
37:17,18 43:17
53:6
**named** 2:14
40:16
**names** 45:11
46:6
**NDA** 38:5 48:20
**need** 11:9,9,11
14:17 16:20
24:24 28:2,2,4
28:4 31:14
34:10 39:18
42:1 46:8

**needed** 34:5
**neighbors** 47:18
**nervous** 27:4
    38:19
**net** 11:18 46:7
**never** 39:6 47:8
    47:24
**new** 12:7 29:23
    30:12,17,20
    31:1,2,2 36:10
    37:12 40:17
    43:12 45:11
    46:6 49:10
**nice** 5:12 12:15
    17:12 38:1
    39:9
**nine** 22:18
**non-solicit** 38:5
**notice** 21:8 37:9
**noticed** 26:23
**November** 9:17
    32:15 39:21,22
**number** 3:17 6:5
    49:10

───────────
        **O**
───────────
**o** 2:1 5:2
**Obviously** 37:13
**Oceanside** 7:1
    17:3
**October** 39:22
**offer** 7:22
**Oh** 2:9 3:5,7,9
    3:10,24 4:8,11
    4:15 5:7,19
    6:24 7:5,8 8:23
    9:13,20 10:2
    11:6 16:22
    17:18 20:13
    49:22
**oil** 22:15
**okay** 2:19,22
    3:15,24 4:15
    4:19,25 5:19
    6:24 7:18,25
    8:6,23 10:23
    11:15 13:22
    14:15,19 15:6
    15:19 16:9

17:4,9,13
    18:17,22 20:10
    21:11,15 22:3
    22:11,14 23:2
    23:18 24:20
    26:1,8,19
    27:14 30:2,14
    30:23 31:3,8
    31:17 32:1,19
    33:12,24 35:23
    36:1,8,13,17
    36:23 39:12
    40:7 42:6,13
    43:7,16,16
    44:1,12,17
    47:5 48:19
    49:12,22 50:1
    50:4,20 52:5
**old** 28:22 40:17
**once** 7:16 25:19
    28:14 49:18
**one-year** 10:18
**operating** 9:18
**opportunity**
    15:2 19:24
    27:1 49:11
**organically** 24:7
**originally** 6:22
    6:23 23:16
    24:8
**overall** 9:15
**overinflated**
    11:5
**owned** 3:16 4:20
**owner** 2:20 9:3
    16:2,11 39:4
**owner's** 13:24

───────────
        **P**
───────────
**P** 2:1
**packet** 37:10
    50:19
**page** 35:12
    36:20,21 37:21
**PAGES** 1:8
**paid** 29:24
**paperwork**
    36:24
**Park** 3:9,10 5:9

5:14 6:8,13
**part** 3:6,12 16:1
    35:19 39:7,7
**participate**
    15:16 18:20
    50:22 51:16
**participating**
    10:19 12:19
    43:24
**particular** 4:5
    34:11
**particularly**
    6:17
**pass** 29:17
**passive** 20:24
    21:2 23:9
    32:12 33:19
**patented** 14:4
**patents** 14:7
**paused** 43:2,3
**pay** 8:14 30:1
    35:2
**paying** 35:9
**payment** 10:14
    27:23 32:8
**payments** 8:17
**penalty-wise**
    11:16
**people** 6:11 8:19
    9:12 15:22
    17:21 18:14,21
    23:24 24:2,6
    24:22 25:4
    27:21,23,25
    28:2 30:21
    31:4,5 32:11
    32:17,21,25
    33:2,6,9,14
    34:4 35:20
    38:2,9,18,19
    39:10,13 40:4
    40:14 44:20
    45:24 47:10
**percent** 7:23
    8:14,15 10:19
    12:10 13:4
    16:14,16,17
    17:22 18:6,13
    18:25 19:14

21:19 22:1,13
    23:10 24:25
    25:25 32:12
    34:16,23 38:12
    38:25 39:2,3
    51:15
**percentage** 41:2
**performing** 6:6
**period** 7:24
    10:10,18,20
    25:9,16 31:25
    38:23 39:25
    48:1 51:10
**permanently**
    4:14
**person** 34:4
**personal** 8:22
    9:2 10:6 44:4
    48:23
**personally** 2:23
    13:12
**pest** 27:8,12
**phonetic** 2:17
    8:24
**Pick** 8:24
**piece** 42:9
**place** 6:16 8:4
    11:9 33:16
**placed** 29:22
    39:23
**placement** 37:22
**places** 5:6 37:20
    44:10
**placing** 33:17
**plaintiff** 7:16 8:8
    43:25 44:9
**plaintiffs** 25:17
    42:24
**play** 19:7
**played** 47:22
**pleasure** 52:6
**plus** 9:12 12:9
    12:10
**pocket** 19:25
**point** 9:22 11:23
    16:21
**popular** 25:17
**portion** 3:21
    15:7

**POs** 14:13,17
    18:4
**position** 31:15
**possible** 38:20
**post** 34:16,18
**post-settlement**
    25:14
**potential** 19:16
    35:16 46:22
    51:10
**power** 19:5
**PPM** 37:21,25
    44:3,14 46:12
**prefer** 16:25
**premise** 10:12
**prepared** 46:1
**present** 15:15
**pretty** 5:21 10:6
    17:12,15 19:8
    22:19,20 23:19
    34:8,13,13
    35:18,18 38:9
    41:14,17,17
    42:16 44:18,19
    44:19 50:24
    51:17
**previous** 43:11
    43:12
**previously** 36:15
**prior** 21:9,10
**prison** 20:12
**private** 4:6 7:14
    22:10 37:21
    48:15
**probably** 4:21
    28:8 30:8,24
    35:21
**problem** 2:9
**problems** 35:16
**proceedings**
    53:6
**process** 15:21
    19:9 22:8,9
    26:2 41:8,17
    48:21
**profits** 39:5
**program** 36:19
**project** 53:6
**proper** 39:11

property 3:17
  3:21 4:20 12:3
proposing 18:8
provide 13:5
providence 51:3
Provo 27:10
public 35:25
  46:21
pull 32:22 33:6
  34:4
pulling 32:11
purchase 8:4
  29:15 35:11
  43:23 44:3,7,8
purchasing 3:20
  12:3 24:19
  37:11,13,18
put 8:16 9:17
  15:4,13 17:21
  17:25 18:19
  19:13,23,23
  23:14,25 24:3
  32:21 33:4
  36:18 46:2
  50:16
puts 29:15
putting 14:2

        Q
qualify 46:9
quarter 7:21
question 28:23
  46:16
questionnaire
  46:11
questions 4:10
  41:16,20 50:14
quick 51:6
quickly 2:8
  10:13 26:25
  39:18 43:10
quiet 17:16
quite 6:3 23:24
  32:14 49:4

        R
R 2:1
raise 4:5 7:14
  28:1,6 36:20
  42:19 43:1,6

raised 39:24,25
  43:4,8,8
raiser 28:7
raising 45:8,15
ran 39:22
reach 45:23
  49:15
reached 7:16 9:9
  15:8 27:2,25
  28:6 40:13
ready 46:1 48:13
real 11:12 26:15
  27:12 51:24
realizes 39:9
really 2:8 3:7 4:3
  5:20 6:5,5
  10:12,13,16,16
  10:20,21,22
  12:2,17 13:13
  15:17 19:20
  24:15 25:11,12
  27:5 28:15
  29:2 30:5
  31:21 34:25
  35:18,19,20
  36:11,25,25
  38:1,6,7,8,19
  39:9,10 40:2
  40:15,15,18
  41:13 45:10,16
  46:20 48:23
receive 8:17
  25:18
received 32:8
receives 27:23
receiving 45:11
recession 3:20
recognize 32:17
reconcile 29:20
reconciliation
  34:12
recorded 53:5
redacted 44:4
redo 33:6
regardless 18:18
registered 37:2
  37:3,4
regulated 26:11
regulations 35:5

REIT 37:7
relationship
  28:15
relocated 3:3
remember 20:2
replacements
  45:11 46:6
replacing 29:22
Reporting 1:24
represent 40:20
representatives
  37:7
representing
  26:3
represents 26:7
request 42:23
requests 45:19
required 46:18
requires 46:15
residential 3:23
  19:5,19
rest 32:16 37:6
retire 45:4
retirement
  13:13
return 8:15 18:1
  19:12 21:8,13
  21:20 22:1
  23:10 24:25
  32:22 33:17
  34:16 39:10
returning 2:7
review 36:14
  44:5,14 49:18
reviewing 43:21
right 4:8 5:7,7
  5:13,24 9:3
  11:4,13 12:4
  13:5,7 18:19
  19:8 20:4 21:1
  22:8 23:6 25:4
  25:6 28:3 33:5
  33:5,18,20,23
  34:21,22 37:14
  37:15 38:14
  39:16 42:1
  44:6 49:14
  52:5,9
ripple 43:15

risk 34:23 46:21
risks 27:5
road 50:8
Roland 40:16,20
rollout 41:13
rotate 8:10,13
  10:15
rules 35:4
run 42:25
running 27:19
runs 20:2
RV 19:1,19
Ryan 16:12

        S
S 2:1
sales 14:12
Salt 16:13 20:3
sample 44:3
Santa 5:7
Saturday 45:18
  46:4
saw 15:1 27:1
  39:20
saying 18:9
scattered 36:2
scenario 12:10
scene 13:21
Schone 16:12
school 27:10
SEC 36:11,16
  37:5,6,14
  46:15,20
second 12:21
SECURITIES
  1:1
see 9:15 11:15
  11:22 16:2
  17:11,19,24
  18:1,12,15
  19:15 20:21
  21:17 23:3,23
  32:13,14,14
  33:9 34:3,25
  35:9,19,22
  38:24 44:4,5,5
  44:7,14 46:8
  46:23 47:3,17
  47:21 50:6

seeing 24:12
  42:23
sell 7:15 18:7
  32:18 33:10
  34:5
selling 3:18 21:6
send 37:10,10
  41:7 46:5 48:9
sending 45:12
sense 41:4
sent 15:10,22
  42:22
September
  39:22
seriously 51:22
serve 45:6
served 7:3
Services 1:24
  36:7
set 15:20
settlement 7:16
  7:22 8:3,20
  12:25 20:23
  25:15,20,21
  26:24 28:3
  34:16,18 35:3
  35:13 39:14
settlements
  10:10
seven 12:12
  14:22
Shane 9:6,6,9
  13:17 14:25
  17:1,1,6,10,20
  19:7 23:17,25
  23:25 27:3,4,9
  27:21,24 28:6
  28:7,14,18
  29:6,18,19
  31:23 34:9
  37:6 40:12,14
  40:19 41:6
  45:20 46:4
  47:1,3,18
  49:14
Shane's 17:7
  33:14 47:17,22
share 12:21
  25:18 39:2

49:8
**shared** 9:10
   23:20
**sharing** 43:13
**sheet** 34:12
**Shifflett** 53:3
**Shirts** 13:24
   16:2 49:24
**shopping** 25:8
**short-term**
   51:12,14
**shut** 29:4
**side** 5:23 19:17
   19:18,21 33:15
   33:15 44:6,8
**sign** 44:10
**similar** 25:5
   26:14 40:12
**simple** 34:13
   41:14
**single** 15:16
   26:23
**sitting** 41:20
**situation** 10:24
**six** 4:14 12:12
   14:22 43:6,9,9
   45:20
**Skylar** 16:12
**skyrocketed**
   5:25
**SL-02855-A** 1:4
**slip** 8:22
**slowly** 10:8
**small** 41:2
**smart** 13:21
**solar** 19:5,19,19
**sold** 16:2,3
   17:11
**sooner** 20:17
**sorry** 10:2 25:24
   36:1 39:19
   41:19 43:17
**sounds** 2:11
   11:2 22:19
   41:19 51:24
**Southern** 3:3
   6:23
**speak** 49:17 50:2
   52:6

**speaking** 52:7
**special** 16:1
**specifically**
   13:15,23
**split** 39:5
**Spokane** 2:20,25
   3:2,18 4:23
   12:9 28:12
   49:9 50:5
**spoken** 17:1
**spot** 33:5
**square** 12:7,11
**St** 3:8,12 4:12,13
   6:17 13:19
   49:21
**staff** 32:24
**stake** 15:8 16:14
**stance** 23:10
**start** 27:12
   32:17
**started** 9:16
   13:12 14:1,11
   27:16 28:12
   29:1
**starts** 38:16
**state** 6:20 26:11
**STATES** 1:1
**stay** 25:16 38:10
   40:24
**staying** 10:15
**stock** 27:6 40:17
**stopped** 10:11
**stops** 38:16
**straightforward**
   41:17
**strange** 46:19
**streets** 46:24
**strictly** 29:3
**structure** 7:13
   38:21 44:5
**stuff** 3:19 22:22
   32:24 47:25
**subdivision** 3:22
**subdivisions**
   47:19
**SUBJECT** 1:7
**subscription**
   38:1
**substantiate**

38:7
**success** 25:13
**successful** 35:17
**Sunday** 49:16
**sunshine** 5:4
**super** 11:5 35:4
**sure** 2:24 4:11
   6:15,15,21
   10:25 11:20
   20:20 22:6,17
   23:12 24:9
   34:14 35:20
   46:20 48:6,6
**system** 14:3 30:1
   30:1,6

─────────
**T**
**take** 11:10,10
   24:6 25:3 27:5
   31:15 34:8
   45:22 52:9
**takes** 27:21
   43:23 45:8
   49:4
**talk** 28:14 48:21
**talking** 2:12
   12:15 24:18
   27:8 44:24
**tax** 32:18
**tech** 14:2
**televangelist**
   20:12
**tell** 7:9 10:23
   31:22
**ten** 12:16 42:14
**terms** 8:9 17:24
**Texas** 36:15
**thank** 2:7 52:8
**theirs** 8:25
**they'd** 35:10
**thing** 33:21
**things** 5:23
   19:18 27:17
   28:2 29:12
   32:23 43:14
**think** 11:5,17
   15:4,4,25
   19:20 20:6,11
   20:22 25:12,12

27:3,21 28:25
31:23 32:14
40:14,19 42:12
47:19 48:22,22
50:6,6
**thinking** 11:14
**thinner** 6:1
**third** 7:21
**thought** 51:21
**three** 10:7 13:25
   18:9 23:8 28:8
   28:9 36:20
   39:24,25 40:1
   40:12,20 45:9
   45:17 47:19
**thumbs** 46:1
**Thursday** 49:9
   50:2,3,11
   51:23 52:7
**time** 5:24 10:15
   21:18 25:9
   26:22,23 28:16
   35:21 45:4
   47:17 48:1
   49:24
**timeframe** 25:11
**times** 5:13 31:20
   35:22
**today** 29:25 50:1
**told** 49:14
**tomorrow** 49:24
**ton** 49:3
**top** 42:12
**topic** 4:9
**total** 8:15 9:15
   29:23 38:3
**tough** 12:6
**trade** 40:17
**traditionally** 8:1
   32:16 33:9
   34:3
**Transcriber**
   53:15
**TRANSCRIB...**
   53:1
**transcript** 53:4
**transcription**
   1:15 53:5
**transparent**

41:11 44:19
**treat** 47:13
**triple** 11:18
**true** 38:20 49:6
   53:4
**trust** 26:10,11
**try** 17:16 31:18
   31:19 32:23
   33:2 46:3,3
**trying** 3:19
   11:18 14:21
   48:24
**Tuesday** 45:10
   50:1
**Tuesdays** 45:13
**turn** 51:4
**twice** 28:14
**two** 7:12 11:18
   13:7,12 14:6
   15:3 16:12
   21:8,9 23:8,12
   28:2 31:2,10
   33:11 36:15,21
   37:10 40:15
   45:9,16,16
   47:19 48:10
   50:17
**Ty** 2:14
**type** 14:23 16:7
   29:5 38:5

─────────
**U**
**uh** 10:1
**uh-huh** 20:13
   22:2 26:20
   36:4 38:15
   39:16 46:13
**understand**
   27:25 34:15
   38:21
**understanding**
   41:6
**unheard** 13:9
**unique** 39:8
**UNITED** 1:1
**use** 7:14 15:13
   26:9 29:16
   30:5 34:6 38:1
   38:2

**uses** 29:3
**usually** 7:21
  45:13
**Utah** 1:7 2:2 3:4
  3:5,6 5:16 6:21
  27:10,13 53:7

—————
**V**
—————
**Valley** 2:20
**valuation** 18:12
  19:22
**value** 11:7
**Vegas** 4:22 9:4
  13:17 26:20
  27:11 28:11,20
  50:7
**venture** 4:4
**verify** 30:3
  46:19

—————
**W**
—————
**wait** 8:2 19:14
**waiting** 8:2
  30:21 34:7
  39:23 45:24
  51:11
**walk** 22:16
  41:16 49:24
**wall** 19:5
**want** 13:3 16:22
  18:20 21:7
  27:19 28:2,3
  34:14 35:21
  41:25 46:23
  47:9 48:23
**wanted** 5:2 6:16
  31:21
**wanting** 33:3
**wants** 27:5 32:3
  46:20
**washes** 11:22
**Washington**
  3:14 6:20
**wasn't** 12:11
**water** 35:4,9,10
**way** 3:19 6:19
  6:20 15:18
  17:24 18:1
  27:18,24 28:14
  29:8 35:25

37:7 38:20
  39:11
**we're** 2:11 3:7
  3:13,16 5:3 6:6
  6:9,10,22 7:7
  7:11 9:23
  10:14 12:10
  22:21 24:17
  35:11 37:7,8
  38:7,8 41:7
  42:24,25 44:25
  49:15
**we've** 4:23 5:2
  6:4,12 9:23
  27:8 28:16
  35:17 37:25
**week** 15:10,22
  29:20,21,22
  30:12,18 31:1
  41:8 45:9,9,16
  45:17,21
**weeks** 4:14 15:3
  15:9 21:9
  31:10 43:9,9
**weeks'** 21:8
**welcome** 49:7
**Wells** 29:25
**went** 20:12
  27:11 47:17,21
**Wentworth** 25:5
**whichever** 8:12
  13:2
**wife** 6:22 13:13
  17:2,2 28:15
  28:16 44:24
  45:6 47:16,16
  47:17,21,22
**wife's** 37:18
**willing** 16:14
  32:4 39:5
**win** 35:16
**winter** 5:11,13
**wire** 30:1 32:5
**wires** 30:7 35:20
**wish** 22:21
**word** 24:23 25:1
**work** 15:1 18:2
  33:6 41:18
  46:5 49:3

**worked** 20:15
  28:21 36:16
**working** 10:21
  13:25 16:6
  38:22 39:15
**works** 29:5,6,6
  29:16 43:3
  45:7
**worth** 9:12
  14:12,12 36:20
  46:7
**Wow** 8:19 14:9
  22:24 40:22
**write** 43:17

—————
**X**
—————

—————
**Y**
—————
**yeah** 2:4,6,9,13
  3:10,16 4:17
  5:1,8,9,12,14
  5:17,21 6:2,2,7
  6:7 7:2,5,11
  8:21 9:1 10:5
  11:6,8,16 12:5
  12:14,22,23
  14:5,24 15:24
  16:22,24 17:18
  18:10 19:3,6
  20:13,14,19,25
  21:2,21,23
  22:10,15,19,21
  23:1,1,22
  24:11,16 25:1
  26:4,6,13,14
  27:14,20,20
  28:18,25 29:14
  30:10 31:4,12
  33:7,25 34:2
  35:6,7,14 36:3
  37:16,24 39:19
  40:6,8 41:1,10
  41:14,19 42:3
  42:7,21 43:14
  43:16,19 44:13
  45:1,2 46:10
  46:17 47:8,12
  47:12,15,24
  48:3,9,11,12
  48:18,22 49:1

49:6,7,20,22
  50:8,15,24,25
  51:2,18,20,24
  52:4
**year** 3:3 4:23 5:3
  14:11,13 16:4
  18:4,6 28:14
  28:14 32:14,17
  36:10 38:23
  39:21 40:16
**year-and-a-half**
  13:14 40:2
**years** 3:17 4:22
  4:24 5:21 9:10
  12:12 13:8,12
  13:25 17:2,11
  18:9,9 19:16
  23:12 28:9,9
  28:22 33:11
  45:7 51:11
**yesterday** 15:22
**York** 40:17
**YouTube** 17:15

—————
**Z**
—————
**zero** 9:24 25:1

—————
**0**
—————

—————
**1**
—————
**1** 1:8 18:12,13
  18:15 19:21
**1.2** 11:9 19:24
**1:00** 48:4
**10** 16:16 18:23
  39:24
**10:00** 50:11
  51:23 52:7
**100** 7:23 8:10
  18:14
**100,000** 7:20 8:9
  8:12,16 17:25
  18:14 19:11,12
  19:13 25:21
  35:10
**100s** 45:21
**1031** 11:3,4
**1099s** 41:7,12
**111** 37:21
**12** 10:20 12:9,10

18:5 19:14,25
  20:17 30:21
  43:8 51:14
**12-1/2** 8:14
  10:19 39:2,3
**12-month** 18:3
  51:10
**125** 9:18
**125,000** 9:18
**14** 35:12
**15** 16:16 39:23
  43:6
**150** 9:11 14:14
  24:6
**16** 4:24
**160** 30:7
**175** 12:12
**180** 30:7

—————
**2**
—————
**2** 16:14 18:13
  19:9
**2:00** 50:6,7
**20** 18:13
**20-year-old**
  27:13
**20,000** 9:24
  25:24
**200** 30:10 40:21
**200,000** 46:15
**2000** 4:21
**2005** 4:21
**2006** 3:18 28:11
  28:12
**2016** 28:25
**2019** 9:16
**202** 1:25
**2022.01.25** 1:7
  2:2 53:7
**2027** 18:11
**225** 25:22
**23** 14:14
**25** 7:23 17:1
  25:25 38:25
  39:25
**250** 39:14
**26** 9:22

—————
**3**
—————
**3:00** 50:7

**30** 5:21 14:21
   16:18,18 30:25
**300,000** 19:23
   35:8
**31st** 41:9
**350** 12:11
**350,000** 39:14
**3500,000** 25:22

### 4

**4** 14:23 16:16
   18:25 51:10
**4-1/2** 15:2
**4,500** 9:21
**400** 9:23,25 10:1
   40:21
**400,000** 18:1,15
**45** 16:3
**467-9200** 1:25
**49** 36:20
**4X** 18:1,15,24
   19:16

### 5

**5** 14:11,23 15:15
   15:17 16:15
   17:21,22 18:19
   18:21 49:15
**5,000** 42:12
**50** 8:15 13:4
   18:14 21:19
   22:1,13 23:10
   24:25 30:8,10
   31:6 32:12
   34:15,23 38:12
**50,000** 8:17
   42:16
**51** 29:22
**52** 9:12 40:1
**53** 1:8
**553,750** 29:24

### 6

**6** 16:17 17:12
**60** 30:8
**66** 43:3
**680,000** 29:23

### 7

**7** 43:2,4

**70** 40:16
**72** 7:23
**75** 14:12

### 8

**8** 18:6 19:14
   51:15
**80** 7:20,23 8:9
   8:12 25:20,24
   31:6 35:9
   45:24
**80,000** 8:11
   25:23
**800,000** 19:11
**80K** 34:5
**80s** 45:21
**8X** 19:10 51:10

### 9

**90** 8:2,8,14,18
   10:11,13 13:5
   25:23 30:11
   31:25
**90-day** 7:24
   10:10 25:16
**96** 27:11
**98** 9:7 27:11
   28:12
**985@gmail**
   48:14

# Exhibit 17

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                    )

                                     )  File No. SL-02855-A

J&J CONSULTING                       )


SUBJECT:  2022_01_26 WB2 and Jongeward

PAGES:    1 through 28




                    AUDIO TRANSCRIPTION






                Diversified Reporting Services, Inc.

                        (202) 467-9200

Page 2

```
 1              P R O C E E D I N G S
 2    2022_01_26 WB2 and Jongeward
 3          MIKE:  Hey, how are you?
 4          MR. JONGEWARD:  Hey, doing just fine.  How
 5    are you doing?
 6          MIKE:  I'm doing all right.  Thank you for
 7    taking my call again today.
 8          MR. JONGEWARD:  Oh, no, that's okay.  I am
 9    happy to answer some questions.  I know sometimes it's
10    a lot to digest.
11          MIKE:  Yeah.
12          MR. JONGEWARD:  And pretty exciting.
13          MIKE:  It is exciting for sure.  I'm -- I
14    can't believe the opportunity.  Could I -- could I ask
15    you a couple of just quick follow ups?
16          MR. JONGEWARD:  Yeah, of course.  Uh-huh.
17          MIKE:  How many -- I know you said yesterday
18    that you manage around 150 investors.  How many
19    investors total are there?
20          MR. JONGEWARD:  Let's see.  We got an email
21    out for an Echo Battery, I think we had about 186.
22          MIKE:  Oh, and that's your, your -- I mean,
23    on the whole fund?
24          MR. JONGEWARD:  There's over a thousand, we
25    have over a thousand I think in our group at this
```

Page 3

```
 1    point.
 2          MIKE:  Oh, okay.  Wow.
 3          MR. JONGEWARD:  Yeah.  Uh-huh.
 4          MIKE:  And has -- have people who, like, put
 5    in, I think you said it's like five or six years that
 6    people have been putting in capital.  Is that capital
 7    from the beginning mostly still there because of the
 8    rate of the return or what is that like?
 9          MR. JONGEWARD:  Yeah.  I mean, I think so.  I
10    think we -- so we get a lot of buy outs as well.
11    There's a lot of people moving money in and out.  As
12    some people have things that they want to accomplish,
13    whether it be buy a house, or a piece of property, or
14    something like that for their business we'll see people
15    that will keep capital here within the contract
16    investment and then they'll exit at the end of the year
17    or just before the end of the year to capture some of
18    that capital.
19          But they like keeping their capital in the
20    investment because it gathers a great rate of return.
21    So they kind of --
22          MIKE:  Yeah.
23          MR. JONGEWARD:  -- use it like it's a bank
24    sometimes.  Some people are little more active than
25    others.  I've only had one individual of my 150 people
```

Page 4

```
 1    that have ever sold a contract in the two years I've
 2    been doing this.  But I do get a few contracts that
 3    people from other groups, whether that be Shane's, or
 4    Roland, or whoever that those come through, probably
 5    Shane's group that are looking to sell contracts here
 6    and there.  So --
 7          MIKE:  Okay.  And as investors do we get
 8    copies of the contracts we invest it?
 9          MR. JONGEWARD:  Yeah.  So the way that we do
10    it now, you used to get what was called a buyer's
11    agreement and each buyer's agreement represented each
12    contract.  So it would if you had -- if you had a
13    40,000 portion of an 80K contract then you would get a
14    contract -- a buyer's agreement that would state the
15    name of the contract, your -- your portion of the
16    interest of that 80K contract, when it started, when it
17    will complete, the payouts for it.  That was called a
18    buyer's agreement.
19          The end of this year they changed that.  They
20    went to a traditional subscription agreement, and in
21    that subscription agreement, I don't know if you've had
22    the time since yesterday to review that just yet.
23          MIKE:  I've perused it, yeah.
24          MR. JONGEWARD:  Okay.  But what -- the way
25    that they're doing it now is they have a subscription
```

Page 5

```
 1    agreement.  They have the 14-page confidentiality
 2    subscription agreement, and I'm -- for people that are
 3    filling those out right now I'm having them just put
 4    zero on page 2, paragraph 1, or underneath subscription
 5    number one, paragraph 8, it talks about how much that
 6    you have in total, current invested amount.
 7          And so we usually just have our new investors
 8    put zero there, and then the way that we're moving
 9    forward with adding or removing capital is we -- we
10    adjust the subscription agreement addendum.  So you
11    have your base subscription agreement and then we use
12    the addendums to capture any new or reduced capital
13    that way.
14          So every subscription agreement that you
15    receive if you add will have a new -- a different
16    total, including the amount that you're adding, if that
17    makes sense.
18          MIKE:  Okay.  So, yeah.
19          MR. JONGEWARD:  Yeah, it's kind of -- it's a
20    little bit different that way we didn't have that -- we
21    didn't have that before with a total invested amount on
22    a legal document.  We had it from our spreadsheets, but
23    we just -- you know, we didn't have it in the
24    contracts.
25    So I prefer this better because the
```

Page 6

1   subscription agreement essentially says you're
2   receiving 12-1/2 percent across the board on whatever
3   your overall total amount is.  It doesn't get into how
4   many contracts that you have and, you know, if you have
5   a split contract or anything that way.  So it just
6   operates off of just your total invested amount and it
7   keeps things, you know, simple.
8       MIKE:  Okay.  So it -- so basically ---
9       MR. JONGEWARD:  You do have a subscription
10  agreement for the total invested amount.
11      MIKE:  Okay.  And -- but do we get copies of
12  the contracts that we are funding at that time?
13      MR. JONGEWARD:  No.  So those are called
14  purchase agreements and in the PPM they -- they show
15  you what the purchase agreement is and how it's built.
16  But because it has personal information of the
17  plaintiffs and the attorney, we do not share those.
18      MIKE:  Okay.
19      MR. JONGEWARD:  We used to share those at the
20  very beginning, Mike, but they had a problem with some
21  of that information getting out, and so they just shut
22  that down and stopped doing that.
23      MIKE:  Oh, okay.
24      MR. JONGEWARD:  Yeah.
25      MIKE:  And how many total contracts have you

Page 7

1   guys done?
2       MR. JONGEWARD:  The group has done over
3   20,000 contracts now.  I asked Shane a couple weeks ago
4   if he had kind of an idea what our overall current
5   total contract amount was and he thought we were
6   over -- over 400 million, over 20,000 contracts, and
7   over 1,000 investors currently.
8       MIKE:  Okay.
9       MR. JONGEWARD:  And so that will change to
10  week to week.  That's -- that's an old number.  I don't
11  have the specific.  That might be a challenge to
12  capture all that information and it would only be good
13  for a week.
14      MIKE:  Okay.  That makes sense.
15      MR. JONGEWARD:  But he was just kind of
16  triangulating, and I think that Shane, he's -- he's one
17  of four individuals as I understand it that Jeff
18  reached out to, and Shane is probably one of the -- he
19  raises the most of those four, I would think.  He and
20  Roland and I are all probably responsible for over 200
21  of the 400 that are in there.
22      MIKE:  That's incredible.
23      MR. JONGEWARD:  So --
24      MIKE:  And how many law firms do you guys
25  work with?

Page 8

1       MR. JONGEWARD:  Yeah.  So as I spoke to Shane
2   about that about a month ago, he said that we're
3   participating with over 66 law firms across the United
4   States, give or take, depending on some -- you know,
5   they add -- they add some as they need to.  As our
6   capital grows and we get more and more capital, I'm
7   currently about 10 -- as I just looked at it this
8   morning, just between 10 and 10.5 on my list.  I
9   actually just received a couple buyouts this morning.
10  I'm in the process of placing those.
11      So we're somewhere in the neighborhood of
12  about 10 million.  So, you know, it just depends on how
13  long it takes to place those, and if we get a lot of
14  capital then sometimes we'll reach out and we'll --
15  we'll entertain bringing another firm or two or three
16  on.
17      MIKE:  Okay.
18      MR. JONGEWARD:  That's all handled by Jeff
19  and Matt Beasley, the attorney.
20      MIKE:  Okay.  But you feel you have enough
21  law firms for the amount of capital you guys have
22  currently?
23      MR. JONGEWARD:  Well, so what happened in
24  November is we placed -- I was placing quite a bit of
25  capital just for my group because the contract volumes

Page 9

1   were increasing substantially over September, October,
2   and November.  And so we sent an email out to the group
3   the beginning of December saying, hey, we're -- we're
4   looking for some additional capital because our
5   contract volume is increasing.
6       I think as we were finishing up November that
7   we -- we had about 65 extra contracts per week that
8   would all be attributed to new capital on the waiting
9   list.  And so I would -- you know, I'd be able to place
10  1-1/2 million to 2 million each week and, you know, the
11  other individuals were able to.
12  But Jeff was having to contribute, you know,
13  some of his personal capital, about 2 million per week.
14  So I think he got tired of that, and he paused seven of
15  the attorney firms to try to slow the contracts, slow
16  down.
17      So, yeah, I don't think contract volume is a
18  problem.  If anything I think it's making sure we have
19  enough capital to handle the contracts.
20      MIKE:  Okay.  Yeah.  One thing, when I was
21  looking at just the first 14-page disclosure I saw
22  just, like, how it mentioned this is not an SEC
23  registered investment --
24      MR. JONGEWARD:  Right.
25      MIKE:  -- and due to its high risk.  Can you

3 (Pages 6 to 9)

1  kind of walk me through the risk?  I felt like we spoke
2  about that briefly yesterday --
3       MR. JONGEWARD:  Yeah.
4       MIKE:  -- but, like, step me through the risk
5  process here.
6       MR. JONGEWARD:  Well, as I spoke to Shane, he
7  mentioned that I believe Jeff is in the process of
8  trying to be registered with the SEC himself
9  personally.  I don't -- I'll have to identify exactly
10  what that means.
11       A lot of the reason why we have the new
12  Documents is because Jeff was doing a business review
13  towards the end of this last year and hired two
14  attorneys out of Texas that used to work for the SEC.
15  So you'll -- as you read down through the PPM, you'll
16  notice a lot of the verbiage in there and they do --
17  they do discuss and cite some of the SEC regulations
18  and rules there specifically to make sure that we're
19  not in violation of any of those.
20       So as I understand it as I spoke to Shane, he
21  said that, you know, he was licensing himself with the
22  SEC.  I think some of those documents as they were put
23  together it states that they're not, but they're in the
24  process of doing that and I expect that to be done this
25  year.

1       MIKE:  Okay.
2       MR. JONGEWARD:  So we'll see where that goes.
3  But as of right now we're making sure everyone is aware
4  that we don't give any financial advice.  We're not
5  trying to be a financial consultant or advisor, simply,
6  simply raising private, private capital and, you know,
7  having a business.
8       So that's kind of where that's at with the
9  SEC as I understand it.  If that changes, I'm sure I'll
10  get an email from the group and let us know kind of
11  what's, what's happening.  It takes a little time to do
12  that I understand so --
13       As far as the risk, Mike, we just -- we just
14  don't see any, any insurance company or attorney firm
15  going back on their contract.  It doesn't make any
16  sense for them to do that.
17       We really -- really struggled to see the
18  risk.  I think that's probably why the performance has
19  been, I'll call it immaculate.  It's a -- we haven't
20  had any, any contract default, not one.  So for me it's
21  really about, you know, the performance.  You know,
22  history on an investment is really the true indicator
23  of what it's doing.
24       So if -- if bureaucrats were to get involved
25  with additional taxation or, you know, some type of a

1  money grab through some new tax I imagine that will
2  happen soon.  Each year we see new things coming and
3  hear about increased short term capital gain percentage
4  and things of that nature.
5       We -- you know, possibly we might have a
6  reduced percentage of return due to some additional
7  taxation that's incurred, but we just -- if -- if an
8  insurance company or an attorney firm were to not
9  fulfill their responsibility then that really is kind
10  of the end of their business there.  It doesn't really
11  make sense for them to do that.
12       MIKE:  And, like, if there's, like, a late
13  payment what would that look like?
14       MR. JONGEWARD:  Yeah.  So if there's a late
15  payment previously in the buyer's agreement, it would
16  make sure that the investor was receiving an additional
17  interest amount for that capital.  And in the -- in the
18  subscription agreement now I will need to read through
19  that again and verify if they're -- if they're
20  warranting or -- not warranting is not the right
21  word, but if they're -- if they're promising, you know,
22  a late fee payment.  I'll have to look at that and see.
23       I know previously in the buyer's agreement it
24  had that they would -- they would pay an additional,
25  you know, $3,000 per -- if it ran over the 90 day

1  period, which essentially would give you, you know, the
2  same amount of interest as if your capital were in a
3  new contract so that the investor doesn't lose any
4  steam.
5       MIKE:  Okay.  So that's more between the fund
6  and the insurance and the attorneys?  So, like --
7       MR. JONGEWARD:  Yeah, we just -- yeah,
8  exactly.
9       MIKE:  Okay.
10       MR. JONGEWARD:  We don't -- we don't see that
11  happening.  We had that happen early on with Medicare
12  and Medicaid and they stopped entertaining those types
13  of claims.  So since they've stopped with Medicare and
14  Medicaid, they haven't had any -- any close slow.  I
15  think that was all identified and adjusted in that
16  first year.
17       So in years two, three, four, five, and coming
18  into six now they haven't had any, any late payments.
19  As a matter of fact if anything we would see earlies.
20  An early payment would be if an investor has a contract
21  that's due to close next week, but it comes early.  And
22  I'll have one to two or three earlies each week.
23       MIKE:  Just where it processes through the
24  insurance quicker and --
25       MR. JONGEWARD:  Yeah, that's right.  Each

Page 14

1  insurance company will -- may be on a different -- I
2  don't know exactly the variables that attribute to that
3  early payment.  As I understand it from Shane, I think
4  they have a grace period in there of 75 to 80 days.  So
5  we added ten days to that and made it into a 90-day
6  period.  So I think that it's just slightly shorter
7  than 90 days, but we wanted to give ourselves -- Jeff
8  wanted to give himself and the rest of the group just a
9  little bit of leeway.  We didn't want to, you know,
10  screw ourselves down to the table so to speak --
11        MIKE:  Yeah.
12        MR. JONGEWARD:  -- and just be, you know,
13  under, under pressure there if we didn't need to be.
14        MIKE:  And all of your principal investors,
15  are they -- like Shane and Jeff, are they pretty
16  heavily invested in their own fund?
17        MR. JONGEWARD:  Yeah.  I don't know how much
18  Jeff is in the investment himself.  I know for three
19  or four weeks he was putting $2 million a week in just
20  in those three weeks, and I don't know if he's, you
21  know, sold those out to other investors in his group.
22  I'm not sure how he's done that.
23        But Shane is about -- I think he's $3-1/2 in,
24  and he has a number of other investors that he operates
25  or investments that he operates in.  He -- he and I

Page 15

1  kind of work together on a lot of these other smaller
2  IPOs, people that he knows and I kind of try to support
3  him and some of those individuals that way as well.
4  But he's -- we're doing an Echo Battery
5  investment.  I'm actually doing a walkthrough over at
6  their facility here in St. George, in my backyard
7  actually today, and looking to raise about $30 million
8  for it as we see a young company that has huge promise
9  and a ton of -- a ton of purchase orders for this year
10  and they're struggling to get capital to fill those.
11  So we're able to capture a little equity stake in that
12  company.
13        MIKE:  Yeah, you were telling me about that
14  yesterday.  That -- and I --
15        MR. JONGEWARD:  Oh, that's right, yeah.
16        MIKE:  -- I briefly looked at it and it looks
17  interesting.  For me I kind of told you my situation
18  and -- where I'm looking to place around 1.2.
19        MR. JONGEWARD:  Right.
20        MIKE:  So if I was to place that with you
21  guys how many --
22        MR. JONGEWARD:  We (inaudible).
23        MIKE:  The passive income is very attractive
24  in this.
25        MR. JONGEWARD:  Yeah.  Oh, absolutely, yeah,

Page 16

1  uh-huh.  You know, Mike, I -- so we -- we didn't -- we
2  did split contracts and then we stopped because we had
3  so much capital.  We were really just trying to reduce
4  the amount of back-office work for us.  Because if you
5  do a split, it's twice the work for one contract.  So
6  we didn't do splits then.
7        As of December looking for some additional
8  capital, we opened it up to half contracts of 40 and
9  50.  So that's how we're doing some of the newer
10  contracts here.  But with buyouts and things I see -- I
11  see all types of sizes of these contracts.
12        So if you wanted to do -- if you wanted to
13  just wait for new contracts to come then you would be
14  on the bottom side of about 10 million, just over --
15        MIKE:  Okay.
16        MR. JONGEWARD:  -- on the waiting list.  I
17  have one individual that I just saw 470,000 worth of
18  buyouts across four entities, and they all have
19  different amounts there as well.  So it's a little bit
20  -- it's a little bit more -- a little more detail
21  involved in some of the buyouts when you're capturing a
22  20 from -- of an 80 from one person and another, you
23  know, a 60 of 100 from another person.  It's not quite
24  as clean if you're just doing straight 100s.
25        But I may have shared this with you before,

Page 17

1  in regard to the contracts I see more than twice as
2  many 80s as I do 100s.
3        MIKE:  Okay.
4        MR. JONGEWARD:  So if -- if an individual was
5  trying to do 400 then it's really easy for me to do 5
6  80s and I can, you know, not leave any of their capital
7  on the table so to speak.  So --
8        MIKE:  So 1.2 would go right into that.
9        MR. JONGEWARD:  Yeah, yeah.  I mean, we
10  could -- we could -- you could do all 80s even, right.
11  Sometimes -- I had $1 million worth of buyouts three
12  weeks ago, so we could have, you know, placed a good
13  portion of that all in one week as well.  So just --
14  just kind of depends what our contract flow is for new
15  contracts and then combined with or buyouts.
16        MIKE:  And what kind of reporting do you do
17  or is it just, like, contracts are so short that there
18  really isn't much?
19        MR. JONGEWARD:  As far as reporting, we all
20  keep a very straightforward spreadsheet.  We're just in
21  the process of finishing up our 1099s here today and be
22  sending that out.  So we send all of our investors a
23  1099.
24        And then, you know, you've seen the document
25  package.  So between the document package and if you --

5  (Pages 14 to 17)

Page 18

1   if you were looking for a copy of my spreadsheet for
2   your, your portion of our spreadsheet then I'm happy to
3   send that over to you and, you know, email you an
4   updated copy that way.  Just -- I -- I track every
5   contract for every individual since I've been involved
6   26 months ago.
7       MIKE:  Okay.
8       MR. JONGEWARD:  And so it's very easy for me
9   to go back through.  But some people -- most people
10  will keep track of their own, own spreadsheets, but I
11  do have a handful that, hey, can you send me an updated
12  spreadsheet.  I need to, you know, see where I'm at.
13      MIKE:  Okay.  And with -- do you see a lot of
14  your -- well, I kind of asked this a little earlier
15  but, like, your original investors, are they still,
16  like -- I'm assuming if you got 400 million that
17  quickly --
18      MR. JONGEWARD:  Yes.
19      MIKE:  -- you've had a lot of the same happy
20  customers.
21      MR. JONGEWARD:  Yeah, yeah.  And I can really
22  only speak for my group.  Like I say I've got about 150
23  that are invested.  I have another 30 that are on the
24  waiting list ready to get in.  So we're around 180 of
25  invested and ready to invest investors, and I've only

Page 19

1   had one individual that sold a contract one time.
2       MIKE:  Okay.  Yeah, that sounds -- this all
3   sounds great.  I am -- I'm going to do more perusing
4   through the documents over the next couple of days --
5       MR. JONGEWARD:  Yeah.
6       MIKE:  -- but I am enjoying what I'm hearing
7   here, and in the future, I'd like to hear more about
8   this battery.  But if I have any other questions --
9       MR. JONGEWARD:  Yeah.
10      MIKE:  -- did you say you were taking off to
11  Spokane?
12      MR. JONGEWARD:  I am.  I'm flying -- I'll be
13  driving tomorrow.  I'll be leaving here at 11:00
14  Mountain Time in Utah, headed down to Vegas to catch a
15  flight.
16      MIKE:  Okay.
17      MR. JONGEWARD:  And then I'll be up in
18  Spokane with some individuals interested in the battery
19  investment Friday.  I'll fly up tomorrow, so Friday,
20  Saturday, and then I'll be back on Sunday.
21      And for the battery I'm trying to capture as
22  many individuals that have interest or more than
23  interest, you know, that are wanting to participate by
24  Sunday.  So because that's kind of a $5 million minimum
25  type of access for that one then, you know, I'm trying

Page 20

1   to put a group of individuals together where all of us
2   are able to participate and share in some of that
3   equity.  I can't --
4       MIKE:  Yeah, you said that yesterday.
5       MR. JONGEWARD:  Yeah.
6       MIKE:  Yeah, the 2 percent for 5 and, like,
7   that -- that sounds interesting with the exit they
8   have, and I could -- I wanted to call around on that --
9       MR. JONGEWARD:  Yeah.
10      MIKE:  -- to kind of hear about that.  But
11  with the passive income that's such a game changer --
12      MR. JONGEWARD:  Yeah.
13      MIKE:  -- that I -- I wanted to understand
14  what risks there are and --
15      MR. JONGEWARD:  Yeah, (inaudible) performance
16  helps you, helps you really see the risk there, which
17  there's always the risk of losing capital.  We just
18  don't see the risk of -- unless an insurance company
19  goes out of business for whatever reason or an attorney
20  company -- an attorney firm goes out of business we
21  just -- we just don't see that, that happening.
22      Even, you know, going out of business still
23  they'd need to fulfill their promises.  I mean, they're
24  not -- if you look at in the -- in the PTM if you look
25  at that purchase agreement that's between Jeff Judd and

Page 21

1   the client and his attorney.  It's -- it's a half page
2   of who we are and then the other 13 pages are what --
3   how we're going to make sure we receive our capital
4   essentially.
5       MIKE:  Yeah.
6       MR. JONGEWARD:  So it's -- it's basically a
7   lien on a future settlement.  So there's really no
8   place for the attorney, a firm to go if they did want
9   to try to default on that.  It just doesn't make any
10  sense financially for them.
11      MIKE:  Yeah.  Like, I look at this and I --
12  like, have you had investors who have, like, taken out,
13  like, second mortgages or HELOCs because this return --
14      MR. JONGEWARD:  Oh, yeah.  No, no.  I -- I
15  took a HELOC myself personally.  It's easy to pay 5
16  percent on a HELOC and still gain 45 percent.
17      MIKE:  Yeah.  And do you see other investors
18  doing that?
19      MR. JONGEWARD:  Yeah.  I mean, I don't -- I
20  don't encourage anybody to go deeper into debt unless
21  it makes sense for them, but for me trying to identify
22  how to capture my equity without selling a home, and
23  paying taxes, and, you know, uprooting my family, the
24  HELOC was a, was a really easy decision for me.
25      I've got some business lines of credit that I

Page 22

1    pay, you know, 5, 6 percent on. Those are really easy.
2    A lot of people that are dissatisfied with the stock
3    market having -- losing money in some places, they've
4    pulled their money right out of the stock market and
5    pushed it into the contract investment.
6         So I think people as they hear about it and
7    start calculating, like, hey, I need to be a little
8    smarter with what I'm doing. Just because I have money
9    in the stock market doesn't mean I'm doing well.
10   They'll pull their money out of the stock market.
11        So -- and some people like to stay
12   diversified.
13        MIKE:  (Inaudible.)
14        MR. JONGEWARD:  It is. It's -- this is a
15   very, very unique time. I'm 50, so I'm fairly young.
16   I've seen, you know, kind of -- I heard about the 80s a
17   little bit, but definitely was here in 2006, '07, and
18   '08 and what that meant for us. So we -- we've seen
19   the top of two cycles just in, you know, our later
20   years here.
21        MIKE:  Yeah.
22        MR. JONGEWARD:  And so we're -- we're -- we
23   know that the economy will have to adjust because
24   inflation is so high that, you know, pretty soon people
25   won't be able to survive. So we'll see that correct at

Page 23

1    some point, but it will be very interesting to see what
2    that means for -- for the stock market and everything
3    else that's, that's relative to the interest rate.
4         This is the only investment I know of, and
5    not that I know a lot of them, but I -- we see that
6    this investment actually gets stronger when the
7    economy -- the economy starts to correct and recede a
8    little bit.
9         MIKE:  That all sounds great. And then if I
10   wanted to or with my wife could we speak to any other,
11   like, people who have been in the fund? Do you guys do
12   that? How does that normally work or, like --
13        MR. JONGEWARD:  Yeah.
14        MIKE:  -- even Shane?
15        MR. JONGEWARD:  Yeah. So, you know, we used
16   to do phone calls as I was kind of in training a couple
17   years ago with Shane, but he does -- he doesn't do that
18   anymore. And I had an opportunity to meet Jeff two
19   years ago and I think that might have been just because
20   of the relationship I had with Shane. He was -- he was
21   nice enough to put that, you know, 45-minute lunch
22   together with us and we got to meet him and ask him a
23   few questions.
24        But, you know, I really have no intention of
25   making this a career for myself. We've just kind of

Page 24

1    fallen into that and made the adjustment. So let's
2    see. Who did you -- do you have a friend named Ty, is
3    that right, who knew Jeremy Magee (phonetic)?
4         MIKE:  Yeah.
5         MR. JONGEWARD:  Why don't we do this, why
6    don't we -- if you want to reach out to Ty and then
7    maybe you could connect with Jeremy Magee. He's
8    probably one of the best to speak of it. He's -- he's
9    one of my very good friends. I shared this with him,
10   and he has shared it with quite a few people. He does
11   a lot of different investments. He stays very
12   diversified. He's a very sound business individual.
13        MIKE:  Okay.
14        MR. JONGEWARD:  I would think that that would
15   probably be the easiest way to talk with someone who's
16   been in there, and it would be still a non-biased
17   opinion, but it would be through someone that you know,
18   which I think maybe has even more validation.
19        MIKE:  I think you could be right on that.
20   So -- okay. I'm going to -- all -- I'm going to go
21   through the paperwork over the weekend --
22        MR. JONGEWARD:  Yeah.
23        MIKE:  -- and really make sure I understand
24   everything, and then maybe Monday if I have any other
25   follow up questions I can give you a call, and feel

Page 25

1    free to text, email, anything like that.
2         MR. JONGEWARD:  Oh, yeah, yeah. Yeah,
3    perfect. What is your timeframe, Mike, on your 1031
4    exchange?
5         MIKE:  Three weeks before I have to identify
6    and --
7         MR. JONGEWARD:  Okay.
8         MIKE:  -- then I just get penalized, and
9    that's about 1.2 after penalty.
10        MR. JONGEWARD:  Will -- will they be able to
11   allow you to 1031 into, into an investment like this do
12   you know?
13        MIKE:  It would be a heavy penalty, but --
14        MR. JONGEWARD:  I see, right.
15        MIKE:  -- (inaudible). Yeah.
16        MR. JONGEWARD:  Yes, so I see. I understand.
17        MIKE:  Yeah. So I'll keep you in the loop on
18   that and -- but, yeah, this -- this has definitely got
19   my interest piqued and --
20        MR. JONGEWARD:  Yeah, the penalties --
21        MIKE:  -- Jason thank you so much.
22        MR. JONGEWARD:  Oh, yeah. The penalty is a
23   little easier to swallow when you see the return,
24   right, when you can make your investment back in two
25   years.

Page 26

1    MIKE:  Yeah.
2    MR. JONGEWARD:  That's a pretty easy equation
3   to identify and make a decision with so --
4    MIKE:  Well, and it's an oversaturated market
5   right now, so I don't know if I want to, like -- I
6   mean, kind of from what you're telling me 50 percent,
7   like, I feel like this is just kind of fallen in my lap
8   at the right time.
9    MR. JONGEWARD:  Yeah.
10    MIKE:  And it's worth the penalty.
11    MR. JONGEWARD:  A lot of people -- yeah, it's
12   changed all of our lives, it really has.  So for
13   individuals like Shane, I was just texting Shane and
14   Jeff last night on a couple of our subscription
15   agreements and I don't really get an opportunity to
16   text Jeff very often.  We really try to stay in our
17   lane just because I know they're all so busy.  It just
18   takes, you know, a handful of people to take up your
19   whole day on things.  But the nature of --
20    MIKE:  So you're silo-ing it?
21    MR. JONGEWARD:  Yeah.  We really just -- my
22   main contact is Shane, and if I have a question, if
23   Jeff hasn't signed a DocuSign, then I'll just send
24   Shane a quick text and say, hey, I just resent the
25   DocuSigns.  I need to get those signed so my people can

Page 27

1   get their wires out.  Can you -- can you -- would you
2   nudge Jeff and have him just check his email and see if
3   he can get those signed for me.
4    And then I let -- I let Shane handle all that
5   communication with Jeff.  That's not -- I'm just trying
6   to stay in, stay in my own lane and not take up a bunch
7   of time that way so --
8    MIKE:  Well, thank you so much.  I really
9   appreciate it and I will -- I'll be in contact with
10   you.
11    MR. JONGEWARD:  Yeah, sounds great, Mike.
12   Enjoy your day today.
13    MIKE:  Thanks, you as well.
14    MR. JONGEWARD:  All right, take care.
15    (End of audio file.)
16    * * * * *
17
18
19
20
21
22
23
24
25

Page 28

1              TRANSCRIBER'S CERTIFICATE
2
3    I, Cheryl Shifflett, hereby certify that the foregoing
4    transcript is a complete, true and accurate
5    transcription of all matters contained on the recorded
6    proceedings in the matter of project name:
7    2022_01_26 WB2 and Jongeward.
8
9
10
11
12
13
14    _____
15    Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

able 9:9,11
  15:11 20:2
  22:25 25:10
absolutely 15:25
access 19:25
accomplish 3:12
accurate 28:4
active 3:24
add 5:15 8:5,5
added 14:5
addendum 5:10
addendums 5:12
adding 5:9,16
additional 9:4
  11:25 12:6,16
  12:24 16:7
adjust 5:10
  22:23
adjusted 13:15
adjustment 24:1
advice 11:4
advisor 11:5
ago 7:3 8:2
  17:12 18:6
  23:17,19
agreement 4:11
  4:11,14,18,20
  4:21 5:1,2,10
  5:11,14 6:1,10
  6:15 12:15,18
  12:23 20:25
agreements 6:14
  26:15
allow 25:11
amount 5:6,16
  5:21 6:3,6,10
  7:5 8:21 12:17
  13:2 16:4
amounts 16:19
answer 2:9
anybody 21:20
anymore 23:18
appreciate 27:9
asked 7:3 18:14
assuming 18:16
attorney 6:17
  8:19 9:15
  11:14 12:8

20:19,20 21:1
  21:8
attorneys 10:14
  13:6
attractive 15:23
attribute 14:2
attributed 9:8
audio 1:15 27:15
aware 11:3

**B**

back 11:15 18:9
  19:20 25:24
back-office 16:4
backyard 15:6
bank 3:23
base 5:11
basically 6:8
  21:6
battery 2:21
  15:4 19:8,18
  19:21
Beasley 8:19
beginning 3:7
  6:20 9:3
believe 2:14 10:7
best 24:8
better 5:25
bit 5:20 8:24
  14:9 16:19,20
  22:17 23:8
board 6:2
bottom 16:14
briefly 10:2
  15:16
bringing 8:15
built 6:15
bunch 27:6
bureaucrats
  11:24
business 3:14
  10:12 11:7
  12:10 20:19,20
  20:22 21:25
  24:12
busy 26:17
buy 3:10,13
buyer's 4:10,11
  4:14,18 12:15

12:23
buyouts 8:9
  16:10,18,21
  17:11,15

**C**

C 2:1
calculating 22:7
call 2:7 11:19
  20:8 24:25
called 4:10,17
  6:13
calls 23:16
capital 3:6,6,15
  3:18,19 5:9,12
  8:6,6,14,21,25
  9:4,8,13,19
  11:6 12:3,17
  13:2 15:10
  16:3,8 17:6
  20:17 21:3
capture 3:17
  5:12 7:12
  15:11 19:21
  21:22
capturing 16:21
care 27:14
career 23:25
catch 19:14
CERTIFICATE
  28:1
certify 28:3
challenge 7:11
change 7:9
changed 4:19
  26:12
changer 20:11
changes 11:9
check 27:2
Cheryl 28:3
cite 10:17
claims 13:13
clean 16:24
client 21:1
close 13:14,21
combined 17:15
come 4:4 16:13
comes 13:21
coming 12:2

13:17
**COMMISSION**
  1:1
communication
  27:5
company 11:14
  12:8 14:1 15:8
  15:12 20:18,20
complete 4:17
  28:4
confidentiality
  5:1
connect 24:7
consultant 11:5
**CONSULTING**
  1:5
contact 26:22
  27:9
contained 28:5
contract 3:15
  4:1,12,13,14
  4:15,16 6:5 7:5
  8:25 9:5,17
  11:15,20 13:3
  13:20 16:5
  17:14 18:5
  19:1 22:5
contracts 4:2,5,8
  5:24 6:4,12,25
  7:3,6 9:7,15,19
  16:2,8,10,11
  16:13 17:1,15
  17:17
contribute 9:12
copies 4:8 6:11
copy 18:1,4
correct 22:25
  23:7
couple 2:15 7:3
  8:9 19:4 23:16
  26:14
course 2:16
credit 21:25
current 5:6 7:4
currently 7:7
  8:7,22
customers 18:20
cycles 22:19

**D**

D 2:1
day 12:25 26:19
  27:12
days 14:4,5,7
  19:4
debt 21:20
December 9:3
  16:7
decision 21:24
  26:3
deeper 21:20
default 11:20
  21:9
definitely 22:17
  25:18
depending 8:4
depends 8:12
  17:14
detail 16:20
different 5:15,20
  14:1 16:19
  24:11
digest 2:10
disclosure 9:21
discuss 10:17
dissatisfied 22:2
diversified 1:24
  22:12 24:12
document 5:22
  17:24,25
documents
  10:12,22 19:4
DocuSign 26:23
DocuSigns
  26:25
doing 2:4,5,6 4:2
  4:25 6:22
  10:12,24 11:23
  15:4,5 16:9,24
  21:18 22:8,9
driving 19:13
due 9:25 12:6
  13:21

**E**

E 2:1,1
earlier 18:14
earlies 13:19,22

**early** 13:11,20
  13:21 14:3
**easier** 25:23
**easiest** 24:15
**easy** 17:5 18:8
  21:15,24 22:1
  26:2
**Echo** 2:21 15:4
**economy** 22:23
  23:7,7
**email** 2:20 9:2
  11:10 18:3
  25:1 27:2
**encourage** 21:20
**Enjoy** 27:12
**enjoying** 19:6
**entertain** 8:15
**entertaining**
  13:12
**entities** 16:18
**equation** 26:2
**equity** 15:11
  20:3 21:22
**essentially** 6:1
  13:1 21:4
**exactly** 10:9
  13:8 14:2
**exchange** 1:1
  25:4
**exciting** 2:12,13
**exit** 3:16 20:7
**expect** 10:24
**extra** 9:7

**F**

**facility** 15:6
**fact** 13:19
**fairly** 22:15
**fallen** 24:1 26:7
**family** 21:23
**far** 11:13 17:19
**fee** 12:22
**feel** 8:20 24:25
  26:7
**felt** 10:1
**file** 1:4 27:15
**fill** 15:10
**filling** 5:3
**financial** 11:4,5

**financially** 21:10
**fine** 2:4
**finishing** 9:6
  17:21
**firm** 8:15 11:14
  12:8 20:20
  21:8
**firms** 7:24 8:3
  8:21 9:15
**first** 9:21 13:16
**five** 3:5 13:17
**flight** 19:15
**flow** 17:14
**fly** 19:19
**flying** 19:12
**follow** 2:15
  24:25
**foregoing** 28:3
**forward** 5:9
**four** 7:17,19
  13:17 14:19
  16:18
**free** 25:1
**Friday** 19:19,19
**friend** 24:2
**friends** 24:9
**fulfill** 12:9 20:23
**fund** 2:23 13:5
  14:16 23:11
**funding** 6:12
**future** 19:7 21:7

**G**

**G** 2:1
**gain** 12:3 21:16
**game** 20:11
**gathers** 3:20
**George** 15:6
**getting** 6:21
**give** 8:4 11:4
  13:1 14:7,8
  24:25
**go** 17:8 18:9
  21:8,20 24:20
**goes** 11:2 20:19
  20:20
**going** 11:15 19:3
  20:22 21:3
  24:20,20

**good** 7:12 17:12
  24:9
**grab** 12:1
**grace** 14:4
**great** 3:20 19:3
  23:9 27:11
**group** 2:25 4:5
  7:2 8:25 9:2
  11:10 14:8,21
  18:22 20:1
**groups** 4:3
**grows** 8:6
**guys** 7:1,24 8:21
  15:21 23:11

**H**

**half** 16:8 21:1
**handful** 18:11
  26:18
**handle** 9:19 27:4
**handled** 8:18
**happen** 12:2
  13:11
**happened** 8:23
**happening**
  11:11 13:11
  20:21
**happy** 2:9 18:2
  18:19
**headed** 19:14
**hear** 12:3 19:7
  20:10 22:6
**heard** 22:16
**hearing** 19:6
**heavily** 14:16
**heavy** 25:13
**HELOC** 21:15
  21:16,24
**HELOCs** 21:13
**helps** 20:16,16
**hey** 2:3,4 9:3
  18:11 22:7
  26:24
**high** 9:25 22:24
**hired** 10:13
**history** 11:22
**home** 21:22
**house** 3:13
**huge** 15:8

**I**

**idea** 7:4
**identified** 13:15
**identify** 10:9
  21:21 25:5
  26:3
**imagine** 12:1
**immaculate**
  11:19
**inaudible** 15:22
  20:15 22:13
  25:15
**including** 5:16
**income** 15:23
  20:11
**increased** 12:3
**increasing** 9:1,5
**incredible** 7:22
**incurred** 12:7
**indicator** 11:22
**individual** 3:25
  16:17 17:4
  18:5 19:1
  24:12
**individuals** 7:17
  9:11 15:3
  19:18,22 20:1
  26:13
**inflation** 22:24
**information**
  6:16,21 7:12
**insurance** 11:14
  12:8 13:6,24
  14:1 20:18
**intention** 23:24
**interest** 4:16
  12:17 13:2
  19:22,23 23:3
  25:19
**interested** 19:18
**interesting**
  15:17 20:7
  23:1
**invest** 4:8 18:25
**invested** 5:6,21
  6:6,10 14:16
  18:23,25
**investment** 3:16
  3:20 9:23

  11:22 14:18
  15:5 19:19
  22:5 23:4,6
  25:11,24
**investments**
  14:25 24:11
**investor** 12:16
  13:3,20
**investors** 2:18
  2:19 4:7 5:7
  7:7 14:14,21
  14:24 17:22
  18:15,25 21:12
  21:17
**involved** 11:24
  16:21 18:5
**IPOs** 15:2

**J**

**J&J** 1:5
**Jason** 25:21
**Jeff** 7:17 8:18
  9:12 10:7,12
  14:7,15,18
  20:25 23:18
  26:14,16,23
  27:2,5
**Jeremy** 24:3,7
**Jongeward** 1:7
  2:2,4,8,12,16
  2:20,24 3:3,9
  3:23 4:9,24
  5:19 6:9,13,19
  6:24 7:2,9,15
  7:23 8:1,18,23
  9:24 10:3,6
  11:2 12:14
  13:7,10,25
  14:12,17 15:15
  15:19,22,25
  16:16 17:4,9
  17:19 18:8,18
  18:21 19:5,9
  19:12,17 20:5
  20:9,12,15
  21:6,14,19
  22:14,22 23:13
  23:15 24:5,14
  24:22 25:2,7

25:10,14,16,20
25:22 26:2,9
26:11,21 27:11
27:14 28:7
**Judd** 20:25

**K**

**keep** 3:15 17:20
18:10 25:17
**keeping** 3:19
**keeps** 6:7
**kind** 3:21 5:19
7:4,15 10:1
11:8,10 12:9
15:1,2,17
17:14,16 18:14
19:24 20:10
22:16 23:16,25
26:6,7
**knew** 24:3
**know** 2:9,17
4:21 5:23 6:4,7
8:4,12 9:9,10
9:12 10:21
11:6,10,21,21
11:25 12:5,21
12:23,25 13:1
14:2,9,12,17
14:18,20,21
16:1,23 17:6
17:12,24 18:3
18:12 19:23,25
20:22 21:23
22:1,16,19,23
22:24 23:4,5
23:15,21,24
24:17 25:12
26:5,17,18
**knows** 15:2

**L**

**lane** 26:17 27:6
**lap** 26:7
**late** 12:12,14,22
13:18
**law** 7:24 8:3,21
**leave** 17:6
**leaving** 19:13
**leeway** 14:9
**legal** 5:22

**let's** 2:20 24:1
**licensing** 10:21
**lien** 21:7
**lines** 21:25
**list** 8:8 9:9 16:16
18:24
**little** 3:24 5:20
11:11 14:9
15:11 16:19,20
16:20 18:14
22:7,17 23:8
25:23
**lives** 26:12
**long** 8:13
**look** 12:13,22
20:24,24 21:11
**looked** 8:7 15:16
**looking** 4:5 9:4
9:21 15:7,18
16:7 18:1
**looks** 15:16
**loop** 25:17
**lose** 13:3
**losing** 20:17
22:3
**lot** 2:10 3:10,11
8:13 10:11,16
15:1 18:13,19
22:2 23:5
24:11 26:11
**lunch** 23:21

**M**

**Magee** 24:3,7
**main** 26:22
**making** 9:18
11:3 23:25
**manage** 2:18
**market** 22:3,4,9
22:10 23:2
26:4
**Matt** 8:19
**matter** 1:3 13:19
28:6
**matters** 28:5
**mean** 2:22 3:9
17:9 20:23
21:19 22:9
26:6

**means** 10:10
23:2
**meant** 22:18
**Medicaid** 13:12
13:14
**Medicare** 13:11
13:13
**meet** 23:18,22
**mentioned** 9:22
10:7
**Mike** 2:3,6,11
2:13,17,22 3:2
3:4,22 4:7,23
5:18 6:8,11,18
6:20,23,25 7:8
7:14,22,24
8:17,20 9:20
9:25 10:4 11:1
11:13 12:12
13:5,9,23
14:11,14 15:13
15:16,20,23
16:1,15 17:3,8
17:16 18:7,13
18:19 19:2,6
19:10,16 20:4
20:6,10,13
21:5,11,17
22:13,21 23:9
23:14 24:4,13
24:19,23 25:3
25:5,8,13,15
25:17,21 26:1
26:4,10,20
27:8,11,13
**million** 7:6 8:12
9:10,10,13
14:19 15:7
16:14 17:11
18:16 19:24
**minimum** 19:24
**Monday** 24:24
**money** 3:11 12:1
22:3,4,8,10
**month** 8:2
**months** 18:6
**morning** 8:8,9
**mortgages** 21:13
**Mountain** 19:14

**moving** 3:11 5:8

**N**

**N** 2:1
**name** 4:15 28:6
**named** 24:2
**nature** 12:4
26:19
**need** 8:5 12:18
14:13 18:12
20:23 22:7
26:25
**neighborhood**
8:11
**new** 5:7,12,15
9:8 10:11 12:1
12:2 13:3
16:13 17:14
**newer** 16:9
**nice** 23:21
**night** 26:14
**non-biased**
24:16
**normally** 23:12
**notice** 10:16
**November** 8:24
9:2,6
**nudge** 27:2
**number** 5:5 7:10
14:24

**O**

**O** 2:1
**October** 9:1
**Oh** 2:8,22 3:2
6:23 15:15,25
21:14 25:2,22
**okay** 2:8 3:2 4:7
4:24 5:18 6:8
6:11,18,23 7:8
7:14 8:17,20
9:20 11:1 13:5
13:9 16:15
17:3 18:7,13
19:2,16 24:13
24:20 25:7
**old** 7:10
**opened** 16:8
**operates** 6:6
14:24,25

**opinion** 24:17
**opportunity**
2:14 23:18
26:15
**orders** 15:9
**original** 18:15
**outs** 3:10
**overall** 6:3 7:4
**oversaturated**
26:4

**P**

**P** 2:1
**package** 17:25
17:25
**page** 5:4 21:1
**pages** 1:8 21:2
**paperwork**
24:21
**paragraph** 5:4,5
**participate**
19:23 20:2
**participating**
8:3
**passive** 15:23
20:11
**paused** 9:14
**pay** 12:24 21:15
22:1
**paying** 21:23
**payment** 12:13
12:15,22 13:20
14:3
**payments** 13:18
**payouts** 4:17
**penalized** 25:8
**penalties** 25:20
**penalty** 25:9,13
25:22 26:10
**people** 3:4,6,11
3:12,14,24,25
4:3 5:2 15:2
18:9,9 22:2,6
22:11,24 23:11
24:10 26:11,18
26:25
**percent** 6:2 20:6
21:16,16 22:1
26:6

**percentage** 12:3 12:6
**perfect** 25:3
**performance** 11:18,21 20:15
**period** 13:1 14:4 14:6
**person** 16:22,23
**personal** 6:16 9:13
**personally** 10:9 21:15
**perused** 4:23
**perusing** 19:3
**phone** 23:16
**phonetic** 24:3
**piece** 3:13
**piqued** 25:19
**place** 8:13 9:9 15:18,20 21:8
**placed** 8:24 17:12
**places** 22:3
**placing** 8:10,24
**plaintiffs** 6:17
**point** 3:1 23:1
**portion** 4:13,15 17:13 18:2
**possibly** 12:5
**PPM** 6:14 10:15
**prefer** 5:25
**pressure** 14:13
**pretty** 2:12 14:15 22:24 26:2
**previously** 12:15 12:23
**principal** 14:14
**private** 11:6,6
**probably** 4:4 7:18,20 11:18 24:8,15
**problem** 6:20 9:18
**proceedings** 28:6
**process** 8:10 10:5,7,24 17:21

**processes** 13:23
**project** 28:6
**promise** 15:8
**promises** 20:23
**promising** 12:21
**property** 3:13
**PTM** 20:24
**pull** 22:10
**pulled** 22:4
**purchase** 6:14 6:15 15:9 20:25
**pushed** 22:5
**put** 3:4 5:3,8 10:22 20:1 23:21
**putting** 3:6 14:19

**Q**
**question** 26:22
**questions** 2:9 19:8 23:23 24:25
**quick** 2:15 26:24
**quicker** 13:24
**quickly** 18:17
**quite** 8:24 16:23 24:10

**R**
**R** 2:1
**raise** 15:7
**raises** 7:19
**raising** 11:6
**ran** 12:25
**rate** 3:8,20 23:3
**reach** 8:14 24:6
**reached** 7:18
**read** 10:15 12:18
**ready** 18:24,25
**really** 11:17,17 11:21,22 12:9 12:10 16:3 17:5,18 18:21 20:16 21:7,24 22:1 23:24 24:23 26:12,15 26:16,21 27:8
**reason** 10:11

20:19
**recede** 23:7
**receive** 5:15 21:3
**received** 8:9
**receiving** 6:2 12:16
**recorded** 28:5
**reduce** 16:3
**reduced** 5:12 12:6
**regard** 17:1
**registered** 9:23 10:8
**regulations** 10:17
**relationship** 23:20
**relative** 23:3
**removing** 5:9
**reporting** 1:24 17:16,19
**represented** 4:11
**resent** 26:24
**responsibility** 12:9
**responsible** 7:20
**rest** 14:8
**return** 3:8,20 12:6 21:13 25:23
**review** 4:22 10:12
**right** 2:6 5:3 9:24 11:3 12:20 13:25 15:15,19 17:8 17:10 22:4 24:3,19 25:14 25:24 26:5,8 27:14
**risk** 9:25 10:1,4 11:13,18 20:16 20:17,18
**risks** 20:14
**Roland** 4:4 7:20
**rules** 10:18

**S**
**S** 2:1
**Saturday** 19:20
**saw** 9:21 16:17
**saying** 9:3
**says** 6:1
**screw** 14:10
**SEC** 9:22 10:8 10:14,17,22 11:9
**second** 21:13
**SECURITIES** 1:1
**see** 2:20 3:14 11:2,14,17 12:2,22 13:10 13:19 15:8 16:10,11 17:1 18:12,13 20:16 20:18,21 21:17 22:25 23:1,5 24:2 25:14,16 25:23 27:2
**seen** 17:24 22:16 22:18
**sell** 4:5
**selling** 21:22
**send** 17:22 18:3 18:11 26:23
**sending** 17:22
**sense** 5:17 7:14 11:16 12:11 21:10,21
**sent** 9:2
**September** 9:1
**Services** 1:24
**settlement** 21:7
**seven** 9:14
**Shane** 7:3,16,18 8:1 10:6,20 14:3,15,23 23:14,17,20 26:13,13,22,24 27:4
**Shane's** 4:3,5
**share** 6:17,19 20:2
**shared** 16:25 24:9,10

**Shifflett** 28:3
**short** 12:3 17:17
**shorter** 14:6
**show** 6:14
**shut** 6:21
**side** 16:14
**signed** 26:23,25 27:3
**silo-ing** 26:20
**simple** 6:7
**simply** 11:5,6
**situation** 15:17
**six** 3:5 13:18
**sizes** 16:11
**SL-02855-A** 1:4
**slightly** 14:6
**slow** 9:15,15 13:14
**smaller** 15:1
**smarter** 22:8
**sold** 4:1 14:21 19:1
**soon** 12:2 22:24
**sound** 24:12
**sounds** 19:2,3 20:7 23:9 27:11
**speak** 14:10 17:7 18:22 23:10 24:8
**specific** 7:11
**specifically** 10:18
**split** 6:5 16:2,5
**splits** 16:6
**Spokane** 19:11 19:18
**spoke** 8:1 10:1,6 10:20
**spreadsheet** 17:20 18:1,2 18:12
**spreadsheets** 5:22 18:10
**St** 15:6
**stake** 15:11
**start** 22:7
**started** 4:16
**starts** 23:7

**state** 4:14
**states** 1:1 8:4
  10:23
**stay** 22:11 26:16
  27:6,6
**stays** 24:11
**steam** 13:4
**step** 10:4
**stock** 22:2,4,9
  22:10 23:2
**stopped** 6:22
  13:12,13 16:2
**straight** 16:24
**straightforward**
  17:20
**stronger** 23:6
**struggled** 11:17
**struggling** 15:10
**SUBJECT** 1:7
**subscription**
  4:20,21,25 5:2
  5:4,10,11,14
  6:1,9 12:18
  26:14
**substantially** 9:1
**Sunday** 19:20
  19:24
**support** 15:2
**sure** 2:13 9:18
  10:18 11:3,9
  12:16 14:22
  21:3 24:23
**survive** 22:25
**swallow** 25:23

**T**
**table** 14:10 17:7
**take** 8:4 26:18
  27:6,14
**taken** 21:12
**takes** 8:13 11:11
  26:18
**talk** 24:15
**talks** 5:5
**tax** 12:1
**taxation** 11:25
  12:7
**taxes** 21:23
**telling** 15:13

26:6
**ten** 14:5
**term** 12:3
**Texas** 10:14
**text** 25:1 26:16
  26:24
**texting** 26:13
**thank** 2:6 25:21
  27:8
**Thanks** 27:13
**they'd** 20:23
**thing** 9:20
**things** 3:12 6:7
  12:2,4 16:10
  26:19
**think** 2:21,25
  3:5,9,10 7:16
  7:19 9:6,14,17
  9:18 10:22
  11:18 13:15
  14:3,6,23 22:6
  23:19 24:14,18
  24:19
**thought** 7:5
**thousand** 2:24
  2:25
**three** 8:15 13:17
  13:22 14:18,20
  17:11 25:5
**time** 4:22 6:12
  11:11 19:1,14
  22:15 26:8
  27:7
**timeframe** 25:3
**tired** 9:14
**today** 2:7 15:7
  17:21 27:12
**told** 15:17
**tomorrow** 19:13
  19:19
**ton** 15:9,9
**top** 22:19
**total** 2:19 5:6,16
  5:21 6:3,6,10
  6:25 7:5
**track** 18:4,10
**traditional** 4:20
**training** 23:16
**Transcriber**

28:15
**TRANSCRIB...**
  28:1
**transcript** 28:4
**transcription**
  1:15 28:5
**triangulating**
  7:16
**true** 11:22 28:4
**try** 9:15 15:2
  21:9 26:16
**trying** 10:8 11:5
  16:3 17:5
  19:21,25 21:21
  27:5
**twice** 16:5 17:1
**two** 4:1 8:15
  10:13 13:17,22
  22:19 23:18
  25:24
**Ty** 24:2,6
**type** 11:25 19:25
**types** 13:12
  16:11

**U**
**uh-huh** 2:16 3:3
  16:1
**underneath** 5:4
**understand** 7:17
  10:20 11:9,12
  14:3 20:13
  24:23 25:16
**unique** 22:15
**United** 1:1 8:3
**updated** 18:4,11
**uprooting** 21:23
**ups** 2:15
**use** 3:23 5:11
**usually** 5:7
**Utah** 19:14

**V**
**validation** 24:18
**variables** 14:2
**Vegas** 19:14
**verbiage** 10:16
**verify** 12:19
**violation** 10:19
**volume** 9:5,17

**volumes** 8:25

**W**
**wait** 16:13
**waiting** 9:8
  16:16 18:24
**walk** 10:1
**walkthrough**
  15:5
**want** 3:12 14:9
  21:8 24:6 26:5
**wanted** 14:7,8
  16:12,12 20:8
  20:13 23:10
**wanting** 19:23
**warranty**
  12:20,20
**way** 4:9,24 5:8
  5:13,20 6:5
  15:3 18:4
  24:15 27:7
**WB2** 1:7 2:2
  28:7
**we'll** 3:14 8:14
  8:14,15 11:2
  22:25
**we're** 5:8 8:2,11
  9:3,3 10:18
  11:3,4 15:4,11
  16:9 17:20
  18:24 21:3
  22:22,22
**we've** 22:18
  23:25
**week** 7:10,10,13
  9:7,10,13
  13:21,22 14:19
  17:13
**weekend** 24:21
**weeks** 7:3 14:19
  14:20 17:12
  25:5
**went** 4:20
**wife** 23:10
**wires** 27:1
**word** 12:21
**work** 7:25 10:14
  15:1 16:4,5
  23:12

**worth** 16:17
  17:11 26:10
**Wow** 3:2

**X**

**Y**
**yeah** 2:11,16 3:3
  3:9,22 4:9,23
  5:18,19 6:24
  8:1 9:17,20
  10:3 12:14
  13:7,7,25
  14:11,17 15:13
  15:15,25,25
  17:9,9 18:21
  18:21 19:2,5,9
  20:4,5,6,9,12
  20:15 21:5,11
  21:14,17,19
  22:21 23:13,15
  24:4,22 25:2,2
  25:2,15,17,18
  25:20,22 26:1
  26:9,11,21
  27:11
**year** 3:16,17
  4:19 10:13,25
  12:2 13:16
  15:9
**years** 3:5 4:1
  13:17 22:20
  23:17,19 25:25
**yesterday** 2:17
  4:22 10:2
  15:14 20:4
**young** 15:8
  22:15

**Z**
**zero** 5:4,8

**0**
**07** 22:17
**08** 22:18

**1**
**1** 1:8 5:4 17:11
**1-1/2** 9:10
**1,000** 7:7

**1.2** 15:18 17:8
  25:9
**10** 8:7,8,12
  16:14
**10.5** 8:8
**100** 16:23
**100s** 16:24 17:2
**1031** 25:3,11
**1099** 17:23
**1099s** 17:21
**11:00** 19:13
**12-1/2** 6:2
**13** 21:2
**14-page** 5:1 9:21
**150** 2:18 3:25
  18:22
**180** 18:24
**186** 2:21

---

**2**

**2** 5:4 9:10,13
  14:19 20:6
**20** 16:22
**20,000** 7:3,6
**200** 7:20
**2006** 22:17
**202** 1:25
**2022_01_26** 1:7
  2:2 28:7
**26** 18:6
**28** 1:8

---

**3**

**3-1/2** 14:23
**3,000** 12:25
**30** 15:7 18:23

---

**4**

**40** 16:8
**40,000** 4:13
**400** 7:6,21 17:5
  18:16
**45** 21:16
**45-minute** 23:21
**467-9200** 1:25
**470,000** 16:17

---

**5**

**5** 17:5 19:24
  20:6 21:15

  22:1
**50** 16:9 22:15
  26:6

---

**6**

**6** 22:1
**60** 16:23
**65** 9:7
**66** 8:3

---

**7**

**75** 14:4

---

**8**

**8** 5:5
**80** 14:4 16:22
**80K** 4:13,16
**80s** 17:2,6,10
  22:16

---

**9**

**90** 12:25 14:7
**90-day** 14:5

# Exhibit 18

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )
                           )  File No. SL-02855-A
J&J CONSULTING             )


SUBJECT:  2022_02_01 WB 2 and Jongeward

PAGES:    1 through 19







                    AUDIO TRANSCRIPTION









                 Diversified Reporting Services, Inc.
                        (202) 467-9200

Page 2

PROCEEDINGS

2022_02_01 WB 2 and Jongeward

1 P R O C E E D I N G S
2 2022_02_01 WB 2 and Jongeward
3       MIKE:  Hello.
4       MR. JONGEWARD:  Mike, can you hear me?
5       MIKE:  Yeah.  How you doing?
6       MR. JONGEWARD:  How you doing?
7       MIKE:  I'm doing all right.  How is the
8 weather down in St. George?
9       MR. JONGEWARD:  Well, I was in Spokane for
10 the weekend finishing up some business and it's much
11 better than Spokane.
12       MIKE:  Okay.  So you're back now?
13       MR. JONGEWARD:  Yeah, I'm back now, yes.  I
14 just -- I just got back Sunday night, late.  So it's a
15 little cooler, probably about 45, 50 degrees.  It just
16 got underneath 30 degrees for the low there, so a
17 little cooler than what it has been.  But it has been,
18 you know, beautiful.  It's been 60, 65 degrees with
19 sunshine.
20       MIKE:  That's awesome.
21       MR. JONGEWARD:  It's awesome.  Let's talk in
22 July or August and see awesome things are.
23       MIKE:  I went on my mission, my mission to a
24 pretty hot place.
25       MR. JONGEWARD:  Oh, did you.  Where did you

Page 3

1 go?
2       MIKE:  I went to India.
3       MR. JONGEWARD:  Oh, you went to India?
4       MIKE:  Yeah.
5       MR. JONGEWARD:  Wow.  What language do you
6 speak there?
7       MIKE:  It was English.
8       MR. JONGEWARD:  Oh.
9       MIKE:  Yeah, it's -- there's I think 24
10 languages that 80 million speakers each.  So, yeah, hot
11 and humid so --
12       MR. JONGEWARD:  And India -- and India is a
13 large, large country, isn't it?
14       MIKE:  Yeah.  So I -- I mean, I've been back
15 for 17 years, so I did all one mission at that time,
16 now it's split into two, and now there's a temple
17 there.
18       MR. JONGEWARD:  Oh, man, that's amazing.
19       MIKE:  Yeah.  Well, I actually had a couple
20 of things that I wanted to run past you.
21       MR. JONGEWARD:  Yes, of course.
22       MIKE:  I might be in Ivins in the next week
23 or two to look at a home in the Palisades.
24       MR. JONGEWARD:  Yes, uh-huh.
25       MIKE:  But -- so I was wondering if there was

Page 4

1 a time you could meet if that's possible, and then this
2 is kind of out there, but I told you about my friend
3 who's doing this process.  We chatted over the weekend
4 and decided that we were going to head down to the
5 Super Bowl.
6       MR. JONGEWARD:  Yeah.
7       MIKE:  And -- yeah.  So it should be good.
8 And we are stopping in Vegas on the second trip, and
9 I've kind of told him -- or on the way back to do some
10 shopping.  We're chartering a jet.  So we were thinking
11 about coming.  Would you be available to meet there or
12 anywhere in Vegas, to be able to come and meet us if we
13 were there for a day?
14       MR. JONGEWARD:  Yeah, absolutely.
15       MIKE:  Okay.  Yeah, because my friend, I told
16 him about it and I don't know -- am I allowed to -- I
17 haven't signed NDA, but would I be allowed to show him
18 just the PPM?  I didn't want to share that before doing
19 that
20       MR. JONGEWARD:  Yeah.  No.  Yeah, you know,
21 some people get a little bit hesitant to share the
22 investment.  We -- we encourage you to share it with --
23 you know, you're welcome to share the investment.  I
24 think the NDA is really individuals that want to take
25 our paperwork and try to create their own business with

Page 5

1 it.  I think that's part, part of what that is.  You
2 know, the NDA is really or a non-compete is only two
3 years so, you know, we welcome you to share the
4 investment with others that you anticipate may want to
5 participate with us.
6       MIKE:  Yeah.  And I can't commit obviously if
7 he would want to do that, but when I was telling him
8 about it, how the -- what's his name, Jeff, correct,
9 the main principal --
10       MR. JONGEWARD:  Yeah, Jeff Judd.
11       MIKE:  -- he's like, well -- he's, like,
12 well, we could -- we're going to be stopping there just
13 probably -- I'm not sure if we're going to fly into
14 North Las Vegas or where we're going to fly into.
15       MR. JONGEWARD:  Uh-huh.
16       MIKE:  But I don't know if they would ever be
17 up for a meeting for a pretty heavy potential investor
18 who's looking to place capital.
19       MR. JONGEWARD:  Yeah.  So what I'll do is
20 I'll reach out to Shane.  I know -- you know, I've met
21 Jeff one time --
22       MIKE:  Yeah.
23       MR. JONGEWARD:  -- back in 2019, and I think
24 that Shane was kind of doing that as a favor for me
25 just because we've known each other for so long.  And

Page 6

1  I'm really the point of contact with most of the
2  individuals in our group here.
3          MIKE:  Yeah.
4          MR. JONGEWARD:  But I could surely check in
5  with Shane and see if he were up to meeting possibly
6  for lunch.  I don't know if we're going to be able to
7  grab Jeff Judd or not depending.  What dates were you,
8  were you imaging being in town?
9          MIKE:  So I think we're going to do it on the
10 way back from the Super Bowl.
11         MR. JONGEWARD:  And that's in LA, isn't it?
12         MIKE:  Yeah.  It's in Englewood.
13         MR. JONGEWARD:  Yeah.  Let's see.  So that
14 would be --
15         MIKE:  I think we were going to hang out
16 there for a couple of days just because --
17         MR. JONGEWARD:  Okay.
18         MIKE:  -- when you're chartering, I think
19 it's going to be kind of a pain to get out.  So
20         MR. JONGEWARD:  Right, uh-huh.
21         MIKE:  -- we decided we might as well just
22 make a little vacation out of it.
23         MR. JONGEWARD:  Yeah.  So that will be -- is
24 it the 13th is when the Super Bowl is?
25         MIKE:  Yeah.

Page 7

1          MR. JONGEWARD:  Okay.  So the 13th, and then
2  you guys may -- may kind of hang out for a couple of
3  days.  So you're thinking maybe like Wednesday, the
4  16th?
5          MIKE:  Yeah, probably Wednesday, possibly
6  Thursday.
7          MR. JONGEWARD:  So Wednesday or Thursday.  So
8  Thursdays are typically -- well, I mean, Wednesdays or
9  Thursdays are pretty good.  I know a lot of individuals
10 are wiring their capital in on Wednesday, so it's just
11 a little bit of some homework.  But Thursday may even
12 be better, but I could surely reach out to Shane --
13         MIKE:  Okay.
14         MR. JONGEWARD:  -- and, you know, Wednesday,
15 Thursday.  Who is your friend's name, Mike, just so
16 I -- just taking some notes here.
17         MIKE:  Oh, his name is Mark.
18         MR. JONGEWARD:  Mark.
19         MIKE:  Yeah.  And I could -- I could send on
20 his profile.  I'll ask him to do that.
21         MR. JONGEWARD:  Sure.
22         MIKE:  So that way you guys can have that.
23 We're just -- we're looking, and we've done a few
24 investments together, and just trying to figure out
25 what exactly we want to do.  I mean, 50 percent return

Page 8

1  is pretty, pretty great.
2          MR. JONGEWARD:  Yeah.  It's -- most -- I hear
3  this quite a bit as I'm sharing the investment with new
4  investors is they just don't know where to invest
5  currently because the stock market is pretty scary and
6  volatile.  Some people are losing money currently and
7  they, you know, have pulled money out of the stock
8  market to be in a little better, more secure, positive
9  scenario.  So -- and have invested with us.
10         So, yeah, I'd be happy to talk with, talk
11 with Mark, you know, previously and just kind of
12 discuss and share some information with him.
13         And then any idea what you're talking about
14 for numbers for you and Mark there?
15         MIKE:  I have my 1.2 that I'm looking to
16 place.
17         MR. JONGEWARD:  Right.
18         MIKE:  I have some other outside capital
19 that -- that I could pull in and place, but for me
20 doing that.  For him, he's going through a process, and
21 this isn't done for sure yet, but he got a pretty good
22 evaluation on his company so I'm not sure -- I think
23 he's going to be able to place around 50 to 75.  I
24 can't say.  I can't speak for him so --
25         MR. JONGEWARD:  I see.

Page 9

1          MIKE:  But that's kind of what he's looking
2  for.  And I don't -- is that even possible to put that
3  kind of money in the fund?
4          MR. JONGEWARD:  Yeah.  Yeah, so we have --
5  we've had a couple of individuals that have come at us
6  in the $50 million mark.  And, you know, I'll have to
7  reach out to Shane and see kind of where we currently
8  are.  I know --
9          MIKE:  Okay.
10         MR. JONGEWARD:  -- we had -- we had a surplus
11 of contracts towards the end of -- and I may have
12 shared this with you.  We have a surplus of contracts
13 for -- a surplus of contracts towards that first and
14 second week of December, and they actually paused six
15 or seven of these attorney firms to kind of slow the
16 contracts down.
17         Jeff was having to put in 2 to 3 million a
18 week there just to satisfy the current contracts that
19 we had.
20         MIKE:  Yeah.
21         MR. JONGEWARD:  So we -- we sent an email out
22 to our existing group at that time and said, hey,
23 we're -- you know, we're wanting to raise some
24 additional capital.  Any of you who would like to add
25 some additional capital or share it with some of your

Page 10

1  friends so we can get in more of a positive waiting
2  list.  I think I've got about 10 million currently on
3  my waiting list.
4       And then, you know, wit large capital like
5  that it might take us a little bit to get in, into the
6  system, just because, you know, it all -- it's all on
7  80 or 100K contract amounts, right.
8       MIKE:  Yeah.
9       MR. JONGEWARD:  So it would be ten contracts
10 just to get 1 million in.  So you're talking the better
11 part of, what is that, 500 contracts.
12      MIKE:  The capital, I guess you wouldn't take
13 all the capital at once, it would be in tranches for
14 contracts.
15      MR. JONGEWARD:  Yeah, that's right.  So, you
16 know, you and Mark would be able to hold your capital
17 in your possession, and then as I would have contracts
18 for you I would simply -- simply confirm with you that,
19 hey, I've got, you know, 3 or 400 this week, and then
20 we would just, you know, slowly start instituting it
21 that way.
22      MIKE:  Yeah, that makes a little bit more
23 sense.  Okay.
24      MR. JONGEWARD:  Yeah.  And so it takes us a
25 little while.  I know that we've got some 5 and $10

Page 11

1  million people in there.  50 is -- 50 to 75 is quite a
2  bit.  Let me -- let me reach out to Shane and find --
3  identify what that is.
4       Any -- is there any idea when he might be --
5  because I should be able to handle your 1.2 pretty,
6  pretty easily.
7       MIKE:  He's probably -- I mean, the process
8  if it all goes correctly, I think he's -- he'll exit in
9  about six to eight weeks.  Those are always shaky
10 timeframes when you have --
11      MR. JONGEWARD:  Sure.
12      MIKE:  -- a PD group buying you out.  Those --
13 I always want to make sure I'm (inaudible).
14      MR. JONGEWARD:  He could be two -- he could
15 be two months, two months or a little bit longer,
16 somewhere in there, between two and three months,
17 something like that.
18      MIKE:  Well -- and this would give him an
19 opportunity -- because of us could move quicker, but if
20 he starts to see a return with the capital he already
21 has, like, he's also -- I know he's looking to place
22 around 3 million in another investment right now.
23      MR. JONGEWARD:  Sure, uh-huh.
24      MIKE:  But that being said I guess one way to
25 do this is -- would be to start out putting a few

Page 12

1  things in.  But, yeah, he just said this sounds like a
2  great investment and I just want to meet the guys.  So
3  I said I can make a phone cal.
4       MR. JONGEWARD:  No, I -- I totally
5  understand.
6       MIKE:  Yeah.
7       MR. JONGEWARD:  100 percent.  Well,
8  definitely for a larger guy like this I'm sure that
9  might pique their interest, right, because that has a
10 tendency to kind of change things for the immediate
11 future.
12      And, you know, we're also doing an Eco
13 Battery piece.
14      MIKE:  Yeah.
15      MR. JONGEWARD:  We spoke about that just
16 briefly.
17      MIKE:  Yeah.  So that one -- that one also
18 sounds interesting because that could give him
19 multiple -- I didn't really -- I mean, that sounds
20 great.
21      MR. JONGEWARD:  He could diversify a little
22 bit, uh-huh.
23      MIKE:  Diversify.  But the 50 percent return
24 year one is unheard of.
25      MR. JONGEWARD:  Yeah.  Yeah, it is.  It's a

Page 13

1  pretty special investment.  We've been -- we've had
2  some larger investors come at us and I know that Jeff
3  was, you know, wanting to make sure he didn't disrupt
4  the current environment that we have within the
5  investment.  If we -- if we brought a $50 million guy
6  in then that might, you know, that might remove a
7  number of contracts from most everybody else in the
8  investment.
9       MIKE:  Yeah.
10      MR. JONGEWARD:  So I think that probably the
11 way to do that if Mark is okay with, you know, being
12 patient is for us to just kind of slowly start
13 bringing, you know, a number of contracts in each week
14 and kind of building our way that way.
15      MIKE:  Okay.  Yeah, and I -- I mean, I'll be
16 blunt with that.  You cannot take all of that capital
17 at once (inaudible)?  Yeah, that's -- it gets everyone
18 a little bit more comfortable with it and --
19      MR. JONGEWARD:  Sure.  Yeah, we can only
20 handle so much capital just because -- but once you're
21 in and, you know, you start -- you start placing it
22 each week, and it may take us a little while to get
23 that in.  I haven't placed anyone in the $50 million
24 mark.  Most of my guys are in the 7 to 8, maybe 10
25 million --

4 (Pages 10 to 13)

Page 14

1      MIKE: Okay.
2      MR. JONGEWARD: -- are some of my largest
3  investors.  And so it took us a little while depending.
4      MIKE: Yeah.  And I obviously can't commit
5  what he would put where but --
6      MR. JONGEWARD: Oh, for sure.
7      MIKE: Yeah.  So he'd be -- I mean, it piqued
8  his interest and we're -- yeah.  And then next week I
9  might be down in there.
10      MR. JONGEWARD: Oh, yeah, I'd love to, love
11  to see you, love to connect with you.  We sold our home
12  this last week finally, so we kind of tied the bow on
13  that project there.  So we're -- we're here in St.
14  George for good moving forward.  So we're -- I plan on
15  being here next week.
16      MIKE: Okay.  Let me see how everything
17  shakes out but, yeah.  And what do you think of the
18  Palisades down there in Ivins?
19      MR. JONGEWARD: You know, is that a
20  development, the Palisades?
21      MIKE: It is.  It's like right on the
22  mountain.
23      MR. JONGEWARD: Okay.  I have not been up to
24  or taken a look at Ivins, but I'll probably go over and
25  take a look now that you I know you guys are

Page 15

1  considering possibly a place there.  Is that right, you
2  guys are looking to buy a spot there?
3      MIKE: Yeah.  We're looking at a few places.
4  So, yeah, I just -- it's February 1st and winter is
5  still going strong so figured --
6      MR. JONGEWARD: Yeah, right.  Might as well.
7      MIKE: Great, yeah.  If you could let Shane
8  know and then feel free to text, email, let me know,
9  and --
10      MR. JONGEWARD: Yeah.
11      MIKE: -- when I have a better schedule, idea
12  of what the schedule looks like I can get back with you
13  as well.
14      MR. JONGEWARD: Yeah.  No, that would be
15  great.  I appreciate it, Mike.  I will -- I'll let him
16  know.  Just to confirm with you that we're talking
17  somewhere maybe the 16th or 17th of February.
18      MIKE: Yeah, somewhere right around in there.
19      MR. JONGEWARD: Okay.
20      MIKE: Yeah, because kind of the plan is go
21  in -- we might go to Newport for a few days, just
22  celebrate Valentine's Day.
23      MR. JONGEWARD: Newport Beach?
24      MIKE: Yeah.
25      MR. JONGEWARD: Yeah.  I know Newport Beach

Page 16

1  pretty well.  I enjoy that space.
2      MIKE: Yeah.  So we're looking at staying
3  there.  Both of us -- both of our families have
4  nannies, so it would be our chance.  We both have other
5  family in Utah, so it would be a fun way to do it, and
6  if we could fit this in, we would love to do it.
7      MR. JONGEWARD: Yeah.  No, that sounds great,
8  Mike.  I think -- I think definitely the odds are it
9  might just be Shane and myself.
10      MIKE: Okay.
11      MR. JONGEWARD: But we'll try to -- we'll
12  reach out to Jeff and see if he's available.  I know
13  he's processing contracts on Mondays and Tuesdays, and
14  then Matt and Jeff go over all the incoming wires on
15  Wednesday morning.
16      MIKE: Okay.
17      MR. JONGEWARD: So, you know, the Thursday,
18  the 17th might be, might be free for him, but we'll
19  have -- at least in regard to the contract investment.
20      MIKE: Okay.
21      MR. JONGEWARD: But I'll have to kind of see
22  what he's got going on personally and I'll let -- I'll
23  let Shane kind of handle that and we'll -- we'll kind
24  of get back to you when would work for us, and then if
25  that works for you guys it would be great to meet you

Page 17

1  and your friend Mark, and we can kind of go from
2  there.
3      What's Mark's last name, just so I have -- I
4  can speak intelligently?
5      MIKE: I'll send -- let me make sure he's
6  good with that just because --
7      MR. JONGEWARD: Oh, sure.
8      MIKE: But I can send you his, like, his kind
9  of list.  I just want to make sure I don't --
10      MR. JONGEWARD: Oh, yeah.  Is he --
11      MIKE: Yeah, he's had -- he's already had a
12  couple of exits, so I want to make sure that I don't
13  break his trust, you know, talking.
14      MR. JONGEWARD: Oh, yeah.
15      MIKE: I -- I've seen him (inaudible).
16      MR. JONGEWARD: He knows -- he knows we're
17  speaking, right?
18      MIKE: Yeah, he knows we're speaking.  I just
19  (inaudible) solicited multiple times.  So -- and I've
20  been solicited a bunch as well, so I'm always careful
21  with that kind of stuff.
22      MR. JONGEWARD: Yeah.
23      MIKE: But let's, let's keep up and I'm going
24  to just ask him if he's okay with it and then I'll send
25  over his stuff to you by email.

Page 18

1      MR. JONGEWARD:  Yeah, that sounds great.  And
2  I wouldn't -- I would not be trying to reach out to
3  Mark directly.  I would just be, you know, letting you
4  kind of handle how that communication is going to
5  happen.
6      MIKE:  Okay, cool.  And thanks, and I
7  appreciate that.  A lot of people get a little
8  irritated.
9      MR. JONGEWARD:  Oh, no problem.  I
10 understand.
11     MIKE:  All right, sounds great.
12     MR. JONGEWARD:  I'll talk with you in the
13 next couple of days.
14     MIKE:  Thank you.
15     MR. JONGEWARD:  Hey, appreciate it.  Nice
16 talking with you, Mike.
17     MIKE:  You as well.  Bye.
18     MR. JONGEWARD:  All right.  Take care.
19     (End of audio file.)
20          * * * * *
21
22
23
24
25

Page 19

1           TRANSCRIBER'S CERTIFICATE
2
3  I, Cheryl Shifflett, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of project name:
7  2022_02_01 WB 2 and Jongeward.
8
9
10
11
12
13
14     _____
15         Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

**able** 4:12 6:6
  8:23 10:16
  11:5
**absolutely** 4:14
**accurate** 19:4
**add** 9:24
**additional** 9:24
  9:25
**allowed** 4:16,17
**amazing** 3:18
**amounts** 10:7
**anticipate** 5:4
**appreciate**
  15:15 18:7,15
**attorney** 9:15
**audio** 1:15 18:19
**August** 2:22
**available** 4:11
  16:12
**awesome** 2:20
  2:21,22

**B**

**back** 2:12,13,14
  3:14 4:9 5:23
  6:10 15:12
  16:24
**Battery** 12:13
**Beach** 15:23,25
**beautiful** 2:18
**better** 2:11 7:12
  8:8 10:10
  15:11
**bit** 4:21 7:11 8:3
  10:5,22 11:2
  11:15 12:22
  13:18
**blunt** 13:16
**bow** 14:12
**Bowl** 4:5 6:10,24
**break** 17:13
**briefly** 12:16
**bringing** 13:13
**brought** 13:5
**building** 13:14
**bunch** 17:20
**business** 2:10
  4:25

**buy** 15:2
**buying** 11:12
**Bye** 18:17

**C**

**C** 2:1
**cal** 12:3
**capital** 5:18 7:10
  8:18 9:24,25
  10:4,12,13,16
  11:20 13:16,20
**care** 18:18
**careful** 17:20
**celebrate** 15:22
**CERTIFICATE**
  19:1
**certify** 19:3
**chance** 16:4
**change** 12:10
**chartering** 4:10
  6:18
**chatted** 4:3
**check** 6:4
**Cheryl** 19:3
**come** 4:12 9:5
  13:2
**comfortable**
  13:18
**coming** 4:11
**COMMISSION**
  1:1
**commit** 5:6 14:4
**communication**
  18:4
**company** 8:22
**complete** 19:4
**confirm** 10:18
  15:16
**connect** 14:11
**considering** 15:1
**CONSULTING**
  1:5
**contact** 6:1
**contained** 19:5
**contract** 10:7
  16:19
**contracts** 9:11
  9:12,13,16,18
  10:9,11,14,17

**13:7,13 16:13
**cool** 18:6
**cooler** 2:15,17
**correct** 5:8
**correctly** 11:8
**country** 3:13
**couple** 3:19 6:16
  7:2 9:5 17:12
  18:13
**course** 3:21
**create** 4:25
**current** 9:18
  13:4
**currently** 8:5,6
  9:7 10:2

**D**

**D** 2:1
**dates** 6:7
**day** 4:13 15:22
**days** 6:16 7:3
  15:21 18:13
**December** 9:14
**decided** 4:4 6:21
**definitely** 12:8
  16:8
**degrees** 2:15,16
  2:18
**depending** 6:7
  14:3
**development**
  14:20
**directly** 18:3
**discuss** 8:12
**disrupt** 13:3
**Diversified** 1:24
**diversify** 12:21
  12:23
**doing** 2:5,6,7 4:3
  4:18 5:24 8:20
  12:12

**E**

**E** 2:1,1
**easily** 11:6
**Eco** 12:12
**eight** 11:9
**email** 9:21 15:8
  17:25
**encourage** 4:22

**Englewood** 6:12
**English** 3:7
**enjoy** 16:1
**environment**
  13:4
**evaluation** 8:22
**everybody** 13:7
**exactly** 7:25
**EXCHANGE**
  1:1
**existing** 9:22
**exit** 11:8
**exits** 17:12

**F**

**families** 16:3
**family** 16:5
**favor** 5:24
**February** 15:4
  15:17
**feel** 15:8
**figure** 7:24
**figured** 15:5
**file** 1:4 18:19
**finally** 14:12
**find** 11:2
**finishing** 2:10
**firms** 9:15
**first** 9:13
**fit** 16:6
**fly** 5:13,14
**foregoing** 19:3
**forward** 14:14
**free** 15:8 16:18
**friend** 4:2,15
  17:1
**friend's** 7:15
**friends** 10:1
**fun** 16:5
**fund** 9:3
**future** 12:11

**G**

**G** 2:1
**George** 2:8
  14:14
**give** 11:18 12:18
**go** 3:1 14:24
  15:20,21 16:14
  17:1

**goes** 11:8
**going** 4:4 5:12
  5:13,14 6:6,9
  6:15,19 8:20
  8:23 15:5
  16:22 17:23
  18:4
**good** 4:7 7:9
  8:21 14:14
  17:6
**grab** 6:7
**great** 8:1 12:2
  12:20 15:7,15
  16:7,25 18:1
  18:11
**group** 6:2 9:22
  11:12
**guess** 10:12
  11:24
**guy** 12:8 13:5
**guys** 7:2,22 12:2
  13:24 14:25
  15:2 16:25

**H**

**handle** 11:5
  13:20 16:23
  18:4
**hang** 6:15 7:2
**happen** 18:5
**happy** 8:10
**he'll** 11:8
**head** 4:4
**hear** 2:4 8:2
**heavy** 5:17
**Hello** 2:3
**hesitant** 4:21
**hey** 9:22 10:19
  18:15
**hold** 10:16
**home** 3:23 14:11
**homework** 7:11
**hot** 2:24 3:10
**humid** 3:11

**I**

**idea** 8:13 11:4
  15:11
**identify** 11:3
**imaging** 6:8

**immediate** 12:10
**inaudible** 11:13 13:17 17:15,19
**incoming** 16:14
**India** 3:2,3,12 3:12
**individuals** 4:24 6:2 7:9 9:5
**information** 8:12
**instituting** 10:20
**intelligently** 17:4
**interest** 12:9 14:8
**interesting** 12:18
**invest** 8:4
**invested** 8:9
**investment** 4:22 4:23 5:4 8:3 11:22 12:2 13:1,5,8 16:19
**investments** 7:24
**investor** 5:17
**investors** 8:4 13:2 14:3
**irritated** 18:8
**Ivins** 3:22 14:18 14:24

**J**
**J&J** 1:5
**Jeff** 5:8,10,21 6:7 9:17 13:2 16:12,14
**jet** 4:10
**Jongeward** 1:7 2:2,4,6,9,13,21 2:25 3:3,5,8,12 3:18,21,24 4:6 4:14,20 5:10 5:15,19,23 6:4 6:11,13,17,20 6:23 7:1,7,14 7:18,21 8:2,17 8:25 9:4,10,21

10:9,15,24 11:11,14,23 12:4,7,15,21 12:25 13:10,19 14:2,6,10,19 14:23 15:6,10 15:14,19,23,25 16:7,11,17,21 17:7,10,14,16 17:22 18:1,9 18:12,15,18 19:7
**Judd** 5:10 6:7
**July** 2:22

**K**
**keep** 17:23
**kind** 4:2,9 5:24 6:19 7:2 8:11 9:1,3,7,15 12:10 13:12,14 14:12 15:20 16:21,23,23 17:1,8,21 18:4
**know** 2:18 4:16 4:20,23 5:2,3 5:16,20,20 6:6 7:9,14 8:4,7,11 9:6,8,23 10:4,6 10:16,19,20,25 11:21 12:12 13:2,3,6,11,13 13:21 14:19,25 15:8,8,16,25 16:12,17 17:13 18:3
**known** 5:25
**knows** 17:16,16 17:18

**L**
**LA** 6:11
**language** 3:5
**languages** 3:10
**large** 3:13,13 10:4
**larger** 12:8 13:2
**largest** 14:2
**Las** 5:14
**late** 2:14

**let's** 2:21 6:13 17:23,23
**letting** 18:3
**list** 10:2,3 17:9
**little** 2:15,17 4:21 6:22 7:11 8:8 10:5,22,25 11:15 12:21 13:18,22 14:3 18:7
**long** 5:25
**longer** 11:15
**look** 3:23 14:24 14:25
**looking** 5:18 7:23 8:15 9:1 11:21 15:2,3 16:2
**looks** 15:12
**losing** 8:6
**lot** 7:9 18:7
**love** 14:10,10,11 16:6
**low** 2:16
**lunch** 6:6

**M**
**main** 5:9
**man** 3:18
**mark** 7:17,18 8:11,14 9:6 10:16 13:11,24 17:1 18:3
**Mark's** 17:3
**market** 8:5,8
**Matt** 16:14
**matter** 1:3 19:6
**matters** 19:5
**mean** 3:14 7:8 7:25 11:7 12:19 13:15 14:7
**meet** 4:1,11,12 12:2 16:25
**meeting** 5:17 6:5
**met** 5:20
**Mike** 2:3,4,5,7 2:12,20,23 3:2 3:4,7,9,14,19

3:22,25 4:7,15 5:6,11,16,22 6:3,9,12,15,18 6:21,25 7:5,13 7:15,17,19,22 8:15,18 9:1,9 9:20 10:8,12 10:22 11:7,12 11:18,24 12:6 12:14,17,23 13:9,15 14:1,4 14:7,16,21 15:3,7,11,15 15:18,20,24 16:2,8,10,16 16:20 17:5,8 17:11,15,18,23 18:6,11,14,16 18:17
**million** 3:10 9:6 9:17 10:2,10 11:1,22 13:5 13:23,25
**mission** 2:23,23 3:15
**Mondays** 16:13
**money** 8:6,7 9:3
**months** 11:15,15 11:16
**morning** 16:15
**mountain** 14:22
**move** 11:19
**moving** 14:14
**multiple** 12:19 17:19

**N**
**N** 2:1
**name** 5:8 7:15 7:17 17:3 19:6
**nannies** 16:4
**NDA** 4:17,24 5:2
**new** 8:3
**Newport** 15:21 15:23,25
**Nice** 18:15
**night** 2:14
**non-compete** 5:2

**North** 5:14
**notes** 7:16
**number** 13:7,13
**numbers** 8:14

**O**
**O** 2:1
**obviously** 5:6 14:4
**odds** 16:8
**Oh** 2:25 3:3,8,18 7:17 14:6,10 17:7,10,14 18:9
**okay** 2:12 4:15 6:17 7:1,13 9:9 10:23 13:11,15 14:1,16,23 15:19 16:10,16 16:20 17:24 18:6
**once** 10:13 13:17,20
**opportunity** 11:19
**outside** 8:18

**P**
**P** 2:1
**PAGES** 1:8
**pain** 6:19
**Palisades** 3:23 14:18,20
**paperwork** 4:25
**part** 5:1,1 10:11
**participate** 5:5
**patient** 13:12
**paused** 9:14
**PD** 11:12
**people** 4:21 8:6 11:1 18:7
**percent** 7:25 12:7,23
**personally** 16:22
**phone** 12:3
**piece** 12:13
**pique** 12:9
**piqued** 14:7
**place** 2:24 5:18 8:16,19,23

11:21 15:1
**placed** 13:23
**places** 15:3
**placing** 13:21
**plan** 14:14 15:20
**point** 6:1
**positive** 8:8 10:1
**possession** 10:17
**possible** 4:1 9:2
**possibly** 6:5 7:5
    15:1
**potential** 5:17
**PPM** 4:18
**pretty** 2:24 5:17
    7:9 8:1,1,5,21
    11:5,6 13:1
    16:1
**previously** 8:11
**principal** 5:9
**probably** 2:15
    5:13 7:5 11:7
    13:10 14:24
**problem** 18:9
**proceedings**
    19:6
**process** 4:3 8:20
    11:7
**processing** 16:13
**profile** 7:20
**project** 14:13
    19:6
**pull** 8:19
**pulled** 8:7
**put** 9:2,17 14:5
**putting** 11:25

**Q**

**quicker** 11:19
**quite** 8:3 11:1

**R**

**R** 2:1
**raise** 9:23
**reach** 5:20 7:12
    9:7 11:2 16:12
    18:2
**really** 4:24 5:2
    6:1 12:19
**recorded** 19:5
**regard** 16:19

**remove** 13:6
**Reporting** 1:24
**return** 7:25
    11:20 12:23
**right** 2:7 6:20
    8:17 10:7,15
    11:22 12:9
    14:21 15:1,6
    15:18 17:17
    18:11,18
**run** 3:20

**S**

**S** 2:1
**satisfy** 9:18
**scary** 8:5
**scenario** 8:9
**schedule** 15:11
    15:12
**second** 4:8 9:14
**secure** 8:8
**SECURITIES**
    1:1
**see** 2:22 6:5,13
    8:25 9:7 11:20
    14:11,16 16:12
    16:21
**seen** 17:15
**send** 7:19 17:5,8
    17:24
**sense** 10:23
**sent** 9:21
**Services** 1:24
**seven** 9:15
**shakes** 14:17
**shaky** 11:9
**Shane** 5:20,24
    6:5 7:12 9:7
    11:2 15:7 16:9
    16:23
**share** 4:18,21,22
    4:23 5:3 8:12
    9:25
**shared** 9:12
**sharing** 8:3
**Shifflett** 19:3
**shopping** 4:10
**show** 4:17
**signed** 4:17

**simply** 10:18,18
**six** 9:14 11:9
**SL-02855-A** 1:4
**slow** 9:15
**slowly** 10:20
    13:12
**sold** 14:11
**solicited** 17:19
    17:20
**sounds** 12:1,18
    12:19 16:7
    18:1,11
**space** 16:1
**speak** 3:6 8:24
    17:4
**speakers** 3:10
**speaking** 17:17
    17:18
**special** 13:1
**split** 3:16
**Spokane** 2:9,11
**spoke** 12:15
**spot** 15:2
**St** 2:8 14:13
**start** 10:20
    11:25 13:12,21
    13:21
**starts** 11:20
**STATES** 1:1
**staying** 16:2
**stock** 8:5,7
**stopping** 4:8
    5:12
**strong** 15:5
**stuff** 17:21,25
**SUBJECT** 1:7
**Sunday** 2:14
**sunshine** 2:19
**Super** 4:5 6:10
    6:24
**sure** 5:13 7:21
    8:21,22 11:11
    11:13,23 12:8
    13:3,19 14:6
    17:5,7,9,12
**surely** 6:4 7:12
**surplus** 9:10,12
    9:13
**system** 10:6

**T**

**take** 4:24 10:5
    10:12 13:16,22
    14:25 18:18
**taken** 14:24
**takes** 10:24
**talk** 2:21 8:10,10
    18:12
**talking** 8:13
    10:10 15:16
    17:13 18:16
**telling** 5:7
**temple** 3:16
**ten** 10:9
**tendency** 12:10
**text** 15:8
**Thank** 18:14
**thanks** 18:6
**things** 2:22 3:20
    12:1,10
**think** 3:9 4:24
    5:1,23 6:9,15
    6:18 8:22 10:2
    11:8 13:10
    14:17 16:8,8
**thinking** 4:10
    7:3
**three** 11:16
**Thursday** 7:6,7
    7:11,15 16:17
**Thursdays** 7:8,9
**tied** 14:12
**time** 3:15 4:1
    5:21 9:22
**timeframes**
    11:10
**times** 17:19
**told** 4:2,9,15
**totally** 12:4
**town** 6:8
**tranches** 10:13
**Transcriber**
    19:15
**TRANSCRIB...**
    19:1
**transcript** 19:4
**transcription**
    1:15 19:5
**trip** 4:8

**true** 19:4
**trust** 17:13
**try** 4:25 16:11
**trying** 7:24 18:2
**Tuesdays** 16:13
**two** 3:16,23 5:2
    11:14,15,15,16
**typically** 7:8

**U**

**uh-huh** 3:24
    5:15 6:20
    11:23 12:22
**underneath** 2:16
**understand** 12:5
    18:10
**unheard** 12:24
**UNITED** 1:1
**Utah** 16:5

**V**

**vacation** 6:22
**Valentine's**
    15:22
**Vegas** 4:8,12
    5:14
**volatile** 8:6

**W**

**waiting** 10:1,3
**want** 4:18,24 5:4
    5:7 7:25 11:13
    12:2 17:9,12
**wanted** 3:20
**wanting** 9:23
    13:3
**way** 4:9 6:10
    7:22 10:21
    11:24 13:11,14
    13:14 16:5
**WB** 1:7 2:2 19:7
**we'll** 16:11,11
    16:18,23,23
**we're** 4:10 5:12
    5:13,14 6:6,9
    7:23,23 9:23
    9:23 12:12
    14:8,13,13,14
    15:3,16 16:2
    17:16,18

| | | |
|---|---|---|
| **we've** 5:25 7:23 9:5 10:25 13:1 13:1 | **years** 3:15 5:3 | **75** 8:23 11:1 |
| **weather** 2:8 | **Z** | **8** |
| **Wednesday** 7:3 7:5,7,10,14 16:15 | **0** | **8** 13:24 **80** 3:10 10:7 |
| **Wednesdays** 7:8 | **1** | |
| **week** 3:22 9:14 9:18 10:19 13:13,22 14:8 14:12,15 | **1** 1:8 10:10 **1.2** 8:15 11:5 **10** 10:2,25 13:24 **100** 12:7 | |
| **weekend** 2:10 4:3 | **100K** 10:7 **13th** 6:24 7:1 | |
| **weeks** 11:9 | **16th** 7:4 15:17 | |
| **welcome** 4:23 5:3 | **17** 3:15 **17th** 15:17 16:18 | |
| **went** 2:23 3:2,3 | **19** 1:8 **1st** 15:4 | |
| **winter** 15:4 | | |
| **wires** 16:14 | **2** | |
| **wiring** 7:10 | **2** 1:7 2:2 9:17 19:7 | |
| **wit** 10:4 | **2019** 5:23 | |
| **wondering** 3:25 | **202** 1:25 | |
| **work** 16:24 | **2022_02_01** 1:7 2:2 19:7 | |
| **works** 16:25 | **24** 3:9 | |
| **wouldn't** 10:12 18:2 | | |
| **Wow** 3:5 | **3** | |
| | **3** 9:17 10:19 11:22 | |
| **X** | **30** 2:16 | |
| **Y** | **4** | |
| **yeah** 2:5,13 3:4 3:9,10,14,19 4:6,7,14,15,20 4:20 5:6,10,19 5:22 6:3,12,13 6:23,25 7:5,19 8:2,10 9:4,4,20 10:8,15,22,24 12:1,6,14,17 12:25,25 13:9 13:15,17,19 14:4,7,8,10,17 15:3,4,6,7,10 15:14,18,20,24 15:25 16:2,7 17:10,11,14,18 17:22 18:1 | **400** 10:19 **45** 2:15 **467-9200** 1:25 | |
| | **5** | |
| | **5** 10:25 **50** 2:15 7:25 8:23 9:6 11:1,1 12:23 13:5,23 **500** 10:11 | |
| | **6** | |
| | **60** 2:18 **65** 2:18 | |
| | **7** | |
| **year** 12:24 | **7** 13:24 | |