# Exhibit 20

# Wire Transfer Services
Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: | |
|---|---|---|---|---|
| 01/30/2020 | | | FW0007418030152651 | |
| Banker Name: | | | Officer/Portfolio Number: | |
| ARMANDO LOPEZ | | | N1927 | |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | |
| 702/450-5640 | 00284 | 0007418 | S4776-011 | |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") , Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| ELIZABETH ███ LEWIS | | | ████████████ | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | | | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | ███████ | | HENDERSON | NV |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| NV | ███████ | 02/02/2022 | 89015-██ | US |
| | | | Home Phone: | Business Phone: |
| | | | ███████ | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0007418 | $100,000.00 | ████ 0781 | 825 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| BEASLEY LAW GROUP PC | NV IOLTA ACCT |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ████ 5598 | 5475 RUFFIAN RD |
| Purpose of Funds: | Name/Address Line 3: |
| | LAS VEGAS NV 891491269 |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

Customer Copy

Page 1 of 4

WTR6603 (9-19 SVP)

# Exhibit 21

# Check Details

Item 567 of 850    Show full image*                    🖶 Print

| Check Number | 4317 |
| --- | --- |
| Date Posted | 12/28/20 |
| Check Amount | $25,000.00 |



Previous  🔁 Flip  🔍 Zoom  Next >

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Exhibit 22

IMAGE DETAILS

Front | Back

**MAX**

20-1/740

**103**

FEB 9 20 21

PAY TO
THE ORDER OF   Denny Seybert                    | $100,000 00/100

One Hundred Thousand and 00/100                    DOLLARS

BLUE CLASSIC

JPMORGAN CHASE BANK, N.A.
WWW.CHASE.COM

FOR Insurance Contract                                      MP

# Exhibit 23

## Wire Transfer Outgoing Request



### Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| MAX ███████ | | | | |

| Account Name: | | Street Address: | | |
|---|---|---|---|---|
| MAX ████ | | ██████████████ | | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| HENDERSON | NV | 89014-███ | USA | |

| Primary ID Type: | ID Issuer: | ID Number: | | ID Issue Date: | ID Exp: |
|---|---|---|---|---|---|
| Driver's License | ██ | ███████████ | | | |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Chase or Bank Issued Credit/Debit Card | CHASE | ██████████ | | 03/31/2025 |

Comments:

### Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 12/15/2020 | 03:14:22PM  Eastern time | 12/15/2020 | Domestic |

| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): |
|---|---|---|
| XXXX ██████ | CHASE CHECKING | $100,000.00 |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
|---|---|---|---|
| | | Checking | $35.00 |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $100,035.00 |

FX Contract Number:

### Recipient Account Information

| Account Name: | | | | |
|---|---|---|---|---|
| ROCKING HORSE PROPERTIES, LLC | | | | |

| Street Address: | Account Number: | | | |
|---|---|---|---|---|
| | 0829685429 | | | |
| | City: | State: | Zip: | Country: |
| | | | | |

Text to Recipient:

### Receiving Bank Information

| Bank Name: | | | | |
|---|---|---|---|---|
| Wells Fargo Bank, National Association | | | | |

| Street Address: | Bank ABA/SWIFT Code: | | | |
|---|---|---|---|---|
| 101 N Philips Ave | 321270742 | | | |
| | City: | State: | Zip: | Country: |
| | Sioux Falls | SD | 57104 | USA |

Intermediary Bank Name:

| Street Address: | Intermediary Bank ABA: | | | |
|---|---|---|---|---|
| | | | | |
| | City: | State: | Zip: | Country: |
| | | | | |

Text to Receiving Bank:

# Exhibit 24

**From:** Denny Seybert <denny@702reo.com>
**Date:** February 7, 2022 at 12:07:43 PM PST

████ Liz see below from Jeff.

Guys,

I had another conversation with the attorneys that helped me set the private money placement documents up. They asked me if I was still sending out the contracts and if I was to stop.

So from now on there will not be any contracts sent out. It makes sense now because everything we need for the investors is found in the documents. There are even samples of the contracts. Before all we had was the contract, so we had to send them. Plus I'm the only on that can sign them.

Matt, being the great attorney that he is, also set up a system for me to sign those as he writes them. This will save us a lot of time and streamline the process.

What you will receive is a list of what has closed and a list of new ones in a screen shot or an emailed spreadsheet so you can continue to update your spreadsheets and addendums and inform the investors of their closed and new deals.

Thank you for your understanding. It's imperative that we only use the documents that have been made by the attorneys for the private money placement. So this is another step towards being compliant.

Jeffrey Judd

Sent from my iPhone

# Exhibit 25

 Gmail

---

## Fwd: Attorney Matt Beasley

**Denny Seybert** <denny@702reo.com>                                  Wed, Mar 30, 2022 at 8:50 AM
To: ██████████████████████████████

Liz ██████ see below..

Get Outlook for iOS

---

**From:** Jeffrey Judd <jeffreyjudd13@icloud.com>
**Sent:** Wednesday, March 30, 2022 8:03:34 AM
**To:** Warren Rosegreen <wrosegreen@yahoo.com>; Shane/H Jager <jagerrealestate@yahoo.com>; Chris Hump <chrishump@hotmail.com>; Chris Madsen <chris@allamericanbuilders.com>; *Larry Jeffery <Larry@westonemortgage.com>; Denny Seybert <denny@702reo.com>
**Subject:** Attorney Matt Beasley

You can share this with your people.


Jeff




Friends and Family,

I wanted to reach out to all of you and briefly comment about recent events that you may have read about in the news media. I am shocked, saddened and have no words for the recent actions of the company's attorney Matthew Beasley and the allegations now surrounding him. As a licensed attorney, the company has relied on Mr. Beasley for legal advice and recommendations for several years regarding the legality and structuring of the investments. With the help of several attorneys, I am trying to assess the impact of the allegations and events as information and facts become available.

I, like you, have many unanswered questions and I assure you that we are working diligently to investigate what happened and to aggressively uncover the true facts underlying the allegations against attorney Beasley. Our efforts are ongoing and designed to protect you and your investments. I know many of you have questions about the funds you transferred into attorney Beasley's attorney trust accounts. Unfortunately, attorney Beasley had exclusive control over those trust accounts, and I am unaware of their present status. Information about attorney Beasley and the status of his law firm and the associated attorney trust accounts is not readily available, but we are working to obtain as much information as we can.

My attorneys have instructed me to limit my communication regarding the current situation and attorney Beasley as there are more questions than answers at this point. If you have questions,please direct them to my attorney Trevor Waite at 702-233-4444.


I appreciate your trust, understanding, and patience as we work to figure out the true facts. I will provide you with another update as information becomes available.


Sincerely,


Jeffrey Judd

Sent from my iPhone

# Exhibit 26

 Gmail

---

**Paperwork needed by Denny Seybert on J and J Contract**
3 messages

---

**Denny Seybert** <denny@702reo.com>                                    Tue, Jan 4, 2022 at 4:34 PM
To: ███████████████████████
Cc: Jeffrey Judd <jeffreyjudd13@icloud.com>

**Good Afternoon** ████ **Lewis**

As per our phone conversation J & J Purchasing, LLC is requesting we provide you with additional documents along with more information needed for their new requirements going into effect on 01/01/2022 for investors qualification for investing. It is very important we get these documents completed and returned to J & J Purchasing as soon as possible.

**Please see attachments and instructions below:**

**(On all documents please leave blank anything referring to financial advisor or purchaser representative.)**

1. **"MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT"**

   **Please fill out and sign.**

2. **"Non-Compete, Non-Disclosure and Non-Solicitation Agreement"**

   **Please fill out and sign.**

3. **"PPM Final 12/02/21 PDF"**

   This document is being provided as a disclosure by J & J Purchasing, LLC. I made a separate attachment marked "PPM Pages needed to be scanned backed". Please fill out these pages and sign. Please leave all spaces marked financial advisor or purchaser representative blank.

4. **"J and J Purchasing Confidential Subscription Agreement"**

   Please fill this document out and sign. Remember to leave all space marked financial advisor or purchaser representative blank.

**Please keep in mind Attorney is cc'd on these new documents. When returning this email with all completed documents make sure you click REPLY ALL instead of reply so attorney is cc'd on the response.**

**Please scan back to me all documents as soon as possible. Thank you in advance for your assistance in this matter. As always feel free to call me with any questions or concerns at (702)499-9947.**

**Happy Holidays**

**Denny Seybert**

**Rocking Horse Properties, LLC**

denny@702reo.com

**(702) 499-9947**

---

**5 attachments**

📄 **Mutual General NDA - J and J Purchasing , LLC.pdf**
   61K

📄 **NDA - Judd - Revised 2021.pdf**
   51K

📄 **PPM Final 12.02.21.pdf**
   1972K

📄 **PPM Pages needed to be scaned back.pdf**
   178K

📄 **Subscription agreement PDF.pdf**
641K

---

Tue, Jan 4, 2022 at 4:47 PM

To: Denny Seybert <denny@702reo.com>
Cc: Jeffrey Judd <jeffreyjudd13@icloud.com>

Thank you Denny. Please see attached signed documents.
[Quoted text hidden]

█████ Lewis



**4 attachments**

📄 **Subscription Agreement.pdf**
1521K

📄 **Non Compete Agreement.pdf**
196K

📄 **Non Disclosure Agreement.pdf**
225K

📄 **Investor Questionnaire.pdf**
1080K

---

Mon, Mar 7, 2022 at 1:33 PM

To: Denny Seybert <denny@702reo.com>, Jeffrey Judd <jeffreyjudd13@icloud.com>
Bcc: Ja███████████████@██████████

Hello Denny&Jeff,
Good afternoon.
Please **DO NOT** renew any of my contracts with J & J Purchasing, LLC and we want to have our full principal back ASAP, including the $200,000.00 USD investment with █████████
Thank you so much and have a wonderful day.
[Quoted text hidden]

# Exhibit 27

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

BEASLEY LAW GROUP PC

**Entity Number:**

E0222452011-8

**Entity Type:**

Domestic Professional Corporation (89)

**Entity Status:**

Active

**Formation Date:**

04/18/2011

**NV Business ID:**

NV20111265038

**Termination Date:**

Perpetual

**Annual Report Due Date:**

4/30/2022

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

MATTHEW BEASLEY ESQ

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5135 CAMINO AL NORTE, STE 250, NORTH LAS VEGAS, NV, 89031, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | Matthew Beasley | 5475 Ruffian Road, Las Vegas, NV, 89149, USA | 02/08/2022 | Active |
| Secretary | Matthew Beasley | 5475 Ruffian Road, Las Vegas, NV, 89149, USA | 02/08/2022 | Active |
| Treasurer | Matthew Beasley | 5475 Ruffian Road, Las Vegas, NV, 89149, USA | 02/08/2022 | Active |
| Director | Matthew Beasley | 5475 Ruffian Road, Las Vegas, NV, 89149, USA | 02/08/2022 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 10,000 | 1.000000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:
**10,000**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# Exhibit 28

Department of Commerce, Community, and Economic Development

# CORPORATIONS, BUSINESS & PROFESSIONAL LICENSING

State of Alaska / Commerce / Corporations, Business, and Professional Licensing / Search & Database Download / Corporations / Entity Details

# ENTITY DETAILS

## Name(s)

| Type | Name |
|------|------|
| Legal Name | J & J Consulting Services, Inc. |

**Entity Type:** Business Corporation

**Entity #:** 10117989

**Status:** Good Standing

**AK Formed Date:** 11/20/2019

**Duration/Expiration:** Perpetual

**Home State:** ALASKA

**Next Biennial Report Due:** 1/2/2023

**Entity Mailing Address:** 125 N. WILLOW ST., STE B, KENAI, AK 99611

**Entity Physical Address:** 125 N. WILLOW ST., STE B, KENAI, AK 99611

## Registered Agent

**Agent Name:** Northwest Registered Agent Inc

**Registered Mailing Address:** 821 N ST STE 102, ANCHORAGE, AK 99501

**Registered Physical Address:** 821 N ST STE 102, ANCHORAGE, AK 99501

## Officials

☐ Show Former

| AK Entity # | Name | Titles | Owned |
|-------------|------|--------|-------|
| | Jeffrey Judd | Director, President, Shareholder, Treasurer | 51.00 |
| | Jennifer Judd | Director, Secretary, Shareholder | 49.00 |

# Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 11/20/2019 | Creation Filing | Click to View | Click to View |
| 11/20/2019 | Initial Report | Click to View | |
| 12/02/2020 | Biennial Report | Click to View | |
| 4/22/2021 | Agent Change | Click to View | |

COPYRIGHT © STATE OF ALASKA · <u>DEPARTMENT OF COMMERCE, COMMUNITY, AND ECONOMIC DEVELOPMENT</u> ·

# Exhibit 29

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

J & J CONSULTING SERVICES, INC.

**Entity Number:**

E0328382005-8

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

05/26/2005

**NV Business ID:**

NV20051342530

**Termination Date:**

Perpetual

**Annual Report Due Date:**

5/31/2022

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NEVADA CORPORATE AGENT SERVICES, INC.

**Status:**

Active

**CRA Agent Entity Type:**

CRA - Corporation

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20121454827

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

2700 E SUNSET RD STE 9, LAS VEGAS, NV, 89120, USA

**Mailing Address:**

PO BOX 90250, HENDERSON, NV, 89009, USA

**Individual with Authority to Act:**

VIRGINIA KIRKENDALL

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | JEFFREY JUDD | 9 Sky Arc Court, Henderson, NV, 89012, USA | 05/20/2021 | Active |
| Secretary | JENNIFER JUDD | 9 Sky Arc Court, Henderson, NV, 89012, USA | 05/20/2021 | Active |
| Treasurer | JEFFREY JUDD | 9 Sky Arc Court, Henderson, NV, 89012, USA | 05/20/2021 | Active |
| Director | JEFFREY JUDD | 9 Sky Arc Court, Henderson, NV, 89012, USA | 05/20/2021 | Active |

**Page 1 of 1, records 1 to 4 of 4**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 3,000 | 1.000000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**3,000**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# Exhibit 30

# Electronic Articles of Organization For
# Florida Limited Liability Company

L21000447754
FILED 8:00 AM
October 13, 2021
Sec. Of State
bcoates

## Article I

The name of the Limited Liability Company is:

J AND J PURCHASING, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

7901 4TH ST N STE 300
ST. PETERSBURG, FL. US  33702

The mailing address of the Limited Liability Company is:

7901 4TH ST N STE 300
ST. PETERSBURG, FL. US  33702

## Article III

The name and Florida street address of the registered agent is:

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N STE 300
ST. PETERSBURG, FL.   33702

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   TOM GLOVER

# Article IV

The name and address of person(s) authorized to manage LLC:

**L21000447754**
**FILED 8:00 AM**
**October 13, 2021**
**Sec. Of State**
**bcoates**

Title:  AMBR
JEFFREY  JUDD
9 SKY ARC COURT
HENDERSON, NV.  89012  US

## Signature of member or an authorized representative

Electronic Signature: MORGAN NOBLE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# Exhibit 31

**ENTITY INFORMATION**

**ENTITY INFORMATION**

**Entity Name:**

PAJ CONSULTING INC

**Entity Number:**

E2360602019-6

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

10/22/2019

**NV Business ID:**

NV20191613296

**Termination Date:**

Perpetual

**Annual Report Due Date:**

10/31/2022

**REGISTERED AGENT INFORMATION**

**Name of Individual or Legal Entity:**

Matthew Beasley

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

1872 Shy Albatross Avenue, N Las Vegas, NV, 89084, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | Preston Judd | 2232 Overlook Canyon Lane, Henderson, NV, 89052, USA | 10/22/2019 | Active |
| Secretary | Preston Judd | 2232 Overlook Canyon Lane, Henderson, NV, 89052, USA | 10/22/2019 | Active |
| Treasurer | Preston Judd | 2232 Overlook Canyon Lane, Henderson, NV, 89052, USA | 10/22/2019 | Active |

Page 1 of 1, records 1 to 3 of 3

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 100 | 0.01 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**1**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

# Exhibit 32

 **bank**     **SIGNATURE CARD - BUSINESS**

**ACCOUNT TITLE: PAJ CONSULTING INC**

| | |
|---|---|
| ADDRESS: 2232 OVERLOOK CANYON LN | TIN: 84-3436158 |
| | PHONE: (702) 755-8792 |
| CITY: HENDERSON    STATE: NV    ZIP: 89052-8754 | |

TYPE OF BUSINESS: Corporation

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP: Corporation

| Account Holder Name(s) | Account Number |
|---|---|
| PRESTON A JUDD, JOO | ▮▮▮3503 |

DATE OPENED: 11/26/2019  TIME OPENED: 12:56 PM  OPENED BY: Matthew W Pedroza    OFFICE: 04623

**Certification:** Under penalties of perjury, I certify that:
(1) **(84-3436158)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3) I am a U.S. Citizen or other U.S. person, and
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| E-SIGNed 11/26/2019 by   PRESTON A JUDD | |
|---|---|
| PRESTON A JUDD       Date: | |

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

| E-SIGNed 11/26/2019 by   PRESTON A JUDD | |
|---|---|
| PRESTON A JUDD       Date: | |

Page 1 of 1       ▮▮▮3503  276  Form BSIGCD 11/2015



U.S. Bank
Customer Confidential



# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: ████3503

## I, PRESTON A JUDD, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *PAJ CONSULTING INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 11/26/2019 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| PRESTON A JUDD, PRESIDENT | E-SIGNed 11/26/2019 by PRESTON A JUDD |



████3503  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

SEC-USBANK-P-0000115

## RESOLUTION OF CORPORATION (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  o **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  o **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  o **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  o **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 11/26/2019 (date).

E-SIGNed 11/26/2019 by   PRESTON A JUDD

PRESTON A JUDD                                                    Date
(Secretary / Authorized Officer)

503  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

SEC-USBANK-P-0000116



# Business Signature Card Addendum – Add Signer(s)

Account Number : ███████3503

Account Type : Silver Business Checking-Legacy
Account Title : PAJ CONSULTING INC

Newly Added Signer(s) and Corresponding Relationship Code :

RACHEL E UTLEY, SWL

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 04/09/2021 by   PRESTON A JUDD E-SIGNed 04/09/2021 by   RACHEL E UTLEY

| PRESTON A JUDD | | Date | RACHEL E UTLEY | Date |
|---|---|---|---|---|
| Date | Time | | Banker name/user ID | Branch Number |
| 04/09/2021 | 3:13 PM | | Mike Zhang | 07219 |

███3503  335  Form BSIGAS 08/2013

U.S. Bank
Customer Confidential

SEC-USBANK-P-0000117



# RESOLUTION OF CORPORATION
Authority to open accounts, make deposits, and withdraw funds

Account Number: ▮▮▮▮3503

## I, PRESTON A JUDD, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *PAJ CONSULTING INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 04/09/2021 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever.  Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| RACHEL E UTLEY, SIGNER | E-SIGNed 04/09/2021 by  RACHEL E UTLEY  Rachel E Utley |

Copy of Authoritative Version



▮▮3503  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

SEC-USBANK-P-0000118

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

## IT IS RESOLVED THAT:

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  o **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  o **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  o **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  o **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 04/09/2021 (date).

E-SIGNed 04/09/2021 by   PRESTON A JUDD

PRESTON A JUDD
(Secretary / Authorized Officer)                              Date

Page 2 of 2



8503  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

# Exhibit 33

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

BJ HOLDINGS LLC

**Entity Number:**

E13331862021-6

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Default

**Formation Date:**

03/25/2021

**NV Business ID:**

NV20212052245

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

Matthew Beasley

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

5475 Ruffian Road, Las Vegas, NV, 89149, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | J & J Consulting Services, Inc. | 9 Sky Arc Court, Henderson, NV, 89012, USA | 03/25/2021 | Active |
| Managing Member | Beasley Law Group, PC | 5475 Ruffian Road, Las Vegas, NV, 89149, USA | 03/25/2021 | Active |

**Page 1 of 1, records 1 to 2 of 2**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# Exhibit 34

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

STIRLING CONSULTING L.L.C.

**Entity Number:**

E0196052018-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

04/20/2018

**NV Business ID:**

NV20181284201

**Termination Date:**

Perpetual

**Annual Report Due Date:**

4/30/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

SHANE JAGER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

6785 S EASTERN AVE UNIT 8, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | SHANE JAGER | 6785 S EASTERN AVE UNIT 8, LAS VEGAS, NV, 89119 - 6394, USA | 04/30/2019 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search          Return to Results

# Exhibit 35

**ENTITY INFORMATION**

**ENTITY INFORMATION**

**Entity Name:**

CJ INVESTMENTS LLC

**Entity Number:**

E3014152019-7

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

11/21/2019

**NV Business ID:**

NV20191646153

**Termination Date:**

Perpetual

**Annual Report Due Date:**

11/30/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

**REGISTERED AGENT INFORMATION**

**Name of Individual or Legal Entity:**

Jessica Humphries

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

726 Glowing Horizon St, Henderson, NV, 89052, USA

**Mailing Address:**

726 Glowing Horizon St, Henderson, NV, 89052, USA

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Managing Member | Christopher Humphries | 726 Glowing Horizon St, Henderson, NV, 89052, USA | 11/21/2019 | Active |
| Managing Member | Jessica Humphries | 726 Glowing Horizon St, Henderson, NV, 89052, USA | 11/21/2019 | Active |

Page 1 of 1, records 1 to 2 of 2

Filing History          Name History          Mergers/Conversions

Return to Search        Return to Results

# Exhibit 36

Corporations and Charities Filing System

Business Information

## BUSINESS INFORMATION

Business Name:

JL2 INVESTMENTS LLC

UBI Number:

604 525 850

Business Type:

WA LIMITED LIABILITY COMPANY

Business Status:

ACTIVE

Principal Office Street Address:

6311 CRESTVIEW LN, CHENEY, WA, 99004-5109, UNITED STATES

Principal Office Mailing Address:

6311 CRESTVIEW LN, 6311 CRESTVIEW LANE, CHENEY, WA, 99004-5109, UNITED STATES

Expiration Date:

11/30/2022

Jurisdiction:

UNITED STATES, WASHINGTON

Formation/ Registration Date:

11/21/2019

Period of Duration:

PERPETUAL

Inactive Date:

Nature of Business:

OTHER SERVICES

## REGISTERED AGENT INFORMATION

Registered Agent Name:

JASON JONGEWARD

Street Address:

6311 CRESTVIEW LN, CHENEY, WA, 99004-5109, UNITED STATES

Mailing Address:

6311 CRESTVIEW LN, CHENEY, WA, 99004-5109, UNITED STATES

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|-------|----------------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | JASON | JONGEWARD |

Back

| Filing History | Name History | Print | Return to Business Search |

# Exhibit 37

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ROCKING HORSE PROPERTIES, LLC

**Entity Number:**

LLC299-1997

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

01/30/1997

**NV Business ID:**

NV19971003656

**Termination Date:**

1/30/2098

**Annual Report Due Date:**

1/31/2023

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

SMITH & SHAPIRO, PLLC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20151119890

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

3333 E. SERENE AVE., SUITE 130, Henderson, NV, 89074, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | DENNY SEYBERT | 10424 S. EASTERN AVE., SUITE 200, HENDERSON, NV, 89052, USA | 01/11/2019 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search          Return to Results

# Exhibit 38

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

TRIPLE THREAT BASKETBALL, LLC

**Entity Number:**

E0245252009-7

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

04/30/2009

**NV Business ID:**

NV20091406239

**Termination Date:**

Perpetual

**Annual Report Due Date:**

4/30/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

BD & ASSOCIATES CPAS PLLC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20111391812

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

1671 W. HORIZON RIDGE PKWY STE 220, HENDERSON, NV, 89012, USA

**Mailing Address:**

**Individual with Authority to Act:**

BRENT BARLOW

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | PRISCILLA ROSEGREEN | 2231 Sky Pointe Ridge Dr., Henderson, NV, 89052, USA | 04/27/2021 | Active |
| Manager | WARREN ROSEGREEN | 2231 Sky Pointe Ridge Dr., Henderson, NV, 89052, USA | 04/27/2021 | Active |

Page 1 of 1, records 1 to 2 of 2

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

# Exhibit 39

| | |
|---|---|
| **From:** | Nathan A. Crane |
| **To:** | Abbott, Laurie E |
| **Cc:** | Ostler, Joni |
| **Subject:** | RE: Subpoena to Chris Madsen SL-02855 |
| **Date:** | Wednesday, April 6, 2022 7:09:08 PM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Madsen used one bank account for all of his dealings with J & J:

Bank of America
ACAC, Llc
Account number: ██████████
Routing number 122400724
Bank address:
2638 West Horizon Ridge Parkway
Henderson, Nevada

We will have the financial records for this account to you by early next week.  They were put on a thumb drive and mailed to my office.  As you know I am not at my office this week.



**Nathan A. Crane**  |  Lawyer
10 Exchange Place, 11th Floor  |  Salt Lake City, Utah 84111
Direct: 801.322.9133  |  Main: 801.521.9000  |  www.scmlaw.com

---

**From:** Abbott, Laurie E <abbottla@SEC.GOV>
**Sent:** Monday, April 4, 2022 1:07 PM
**To:** Nathan A. Crane <NAC@scmlaw.com>
**Cc:** Ostler, Joni <ostlerj@SEC.GOV>
**Subject:** RE: Subpoena to Chris Madsen SL-02855

> **Caution:** External Email!

We can do 11:00 am. We will plan on calling you at (801) 322-9133, unless there's another number you prefer.

---

**From:** Nathan A. Crane <NAC@scmlaw.com>
**Sent:** Monday, April 04, 2022 12:49 PM
**To:** Abbott, Laurie E <abbottla@SEC.GOV>
**Cc:** Ostler, Joni <ostlerj@SEC.GOV>
**Subject:** RE: Subpoena to Chris Madsen SL-02855

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Could we do 8:30 or 11?  I have another meeting at 9  and 10, not sure how long they will take. Thanks.

**Nathan A. Crane**  |  Lawyer
10 Exchange Place, 11th Floor  |  Salt Lake City, Utah 84111
Direct: 801.322.9133  |  Main: 801.521.9000  |  www.scmlaw.com

---

**From:** Abbott, Laurie E <abbottla@SEC.GOV>
**Sent:** Monday, April 4, 2022 11:42 AM
**To:** Nathan A. Crane <NAC@scmlaw.com>
**Cc:** Ostler, Joni <ostlerj@SEC.GOV>
**Subject:** RE: Subpoena to Chris Madsen SL-02855

> **Caution:** External Email!

Mr. Crane,

We are available tomorrow morning at 9:30 am MDT. Please let me know if that works for you, and if so, I will circulate an invite.

Thank you,
Laurie

**Laurie E. Abbott**
Counsel | Division of Enforcement
Salt Lake Regional Office
United States Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101-1950
(801) 524-4110 | abbottla@sec.gov

---

**From:** Nathan A. Crane <NAC@scmlaw.com>
**Sent:** Monday, April 04, 2022 11:39 AM
**To:** Abbott, Laurie E <abbottla@SEC.GOV>
**Cc:** Ostler, Joni <ostlerj@SEC.GOV>

**Subject:** Subpoena to Chris Madsen SL-02855

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Abbott,

I have recently been retained to assist Mr. Madsen in responding to the subpoena that was issued to him.

Are you available for a phone call tomorrow morning to discuss this matter and our response?  We are not going to be able to have anything together by April 7.

Thanks,



**Nathan A. Crane** | Lawyer
10 Exchange Place, 11th Floor | Salt Lake City, Utah 84111
Direct: 801.322.9133 | Main: 801.521.9000 | www.scmlaw.com

---

The information contained in this e-mail and any attachments are confidential and solely for the use of the intended recipient. If the intended recipient is our client, then this information is also privileged attorney-client communication. Unauthorized use or disclosure of this information is prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by e-mail or calling (801) 521-9000, so that our address record can be corrected. Thank you.

# Exhibit 40

**ENTITY INFORMATION**

### ENTITY INFORMATION

**Entity Name:**

MONTY CREW, LLC

**Entity Number:**

E0019032019-9

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Revoked

**Formation Date:**

01/14/2019

**NV Business ID:**

NV20191041158

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2021

**Series LLC:**

☐

**Restricted LLC:**

☐

**REGISTERED AGENT INFORMATION**

**Name of Individual or Legal Entity:**

EVANS & ASSOCIATES

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20091537774

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

2400 S CIMARRON RD STE 140, LAS VEGAS, NV, 89117, USA

**Mailing Address:**

**Individual with Authority to Act:**

SHANNON L. EVANS

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | ANTHONY ALBERTO JR | 304 S. JONES BLVD. #4721, LAS VEGAS, NV, 89107, USA | 01/14/2019 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# Exhibit 41

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
### FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names [X] None

Entity Type

0001896470

Name of Issuer

J & J Purchasing LLC

Jurisdiction of Incorporation/Organization

FLORIDA

[ ] Corporation
[ ] Limited Partnership
[X] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

Year of Incorporation/Organization

[ ] Over Five Years Ago
[X] Within Last Five Years (Specify Year) 2021
[ ] Yet to Be Formed

---

### 2. Principal Place of Business and Contact Information

Name of Issuer

J & J Purchasing LLC

Street Address 1

9 Sky Arc Court

Street Address 2

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| --- | --- | --- | --- |
| Henderson | NEVADA | 89012 | 702-353-2479 |

---

### 3. Related Persons

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| Judd | Jeffery | Jason |

Street Address 1

9 Sky Arc Court

Street Address 2

| City | State/Province/Country | ZIP/PostalCode |
| --- | --- | --- |
| Henderson | NEVADA | 89012 |

Relationship: [X] Executive Officer  [ ] Director  [ ] Promoter

Clarification of Response (if Necessary):

---

### 4. Industry Group

[ ] Agriculture                    Health Care                    [ ] Retailing

☐
Banking & Financial Services

☐ Commercial Banking

☐ Insurance

☒ Investing

☐ Investment Banking

☐ Pooled Investment Fund

Is the issuer registered as
an investment company under
the Investment Company
Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☐ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

☐ Biotechnology

☐ Health Insurance

☐ Hospitals & Physicians

☐ Pharmaceuticals

☐ Other Health Care

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

☐
☐ Restaurants

Technology

☐ Computers

☐ Telecommunications

☐ Other Technology

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☐ Rule 504 (b)(1)(i)

☐ Rule 504 (b)(1)(ii)

☐ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)          ☐ Section 3(c)(9)

☐ Section 3(c)(2)          ☐ Section 3(c)(10)

☐ Section 3(c)(3)          ☐ Section 3(c)(11)

☐

☐ Rule 506(c)

☐ Securities Act Section 4(a)(5)

☐ Section 3(c)(4)

☐ Section 3(c)(5)

☐ Section 3(c)(6)

☐ Section 3(c)(7)

☐ Section 3(c)(12)

☐ Section 3(c)(13)

☐ Section 3(c)(14)

---

## 7. Type of Filing

[X] New Notice   Date of First Sale [X] First Sale Yet to Occur
☐ Amendment

---

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year? [X] Yes ☐ No

---

## 9. Type(s) of Securities Offered (select all that apply)

☐ Equity

[X] Debt

☐ Option, Warrant or Other Right to Acquire Another Security

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☐ Pooled Investment Fund Interests

☐ Tenant-in-Common Securities

☐ Mineral Property Securities

☐ Other (describe)

---

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer? ☐ Yes [X] No

Clarification of Response (if Necessary):

---

## 11. Minimum Investment

Minimum investment accepted from any outside investor $80,000 USD

---

## 12. Sales Compensation

Recipient

(Associated) Broker or Dealer [X] None

Street Address 1

City

Recipient CRD Number [X] None

(Associated) Broker or Dealer CRD Number  [X] None

Street Address 2

State/Province/Country

ZIP/Postal Code

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States

☐ All States   ☐ Foreign/non-US

---

## 13. Offering and Sales Amounts

Total Offering Amount      USD  or [X] Indefinite

Total Amount Sold     $0 USD

Total Remaining to be Sold      USD  or [X] Indefinite

Clarification of Response (if Necessary):

---

### 14. Investors

[X]  Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

|0|

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

|0|

---

### 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD [ ] Estimate

Finders' Fees $0 USD [ ] Estimate

Clarification of Response (if Necessary):

---

### 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [ ] Estimate

Clarification of Response (if Necessary):

---

### Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| J & J Purchasing LLC | Michael L Peters | Michael L Peters,Esquire | Attorney | 2021-12-13 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.