# Exhibit D

## Declaration of Amir Salimi

TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronckc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants. | **DECLARATION OF AMIR SALIMI IN SUPPORT OF *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDERS: (1) FREEZING ASSETS; (2) REQUIRING ACCOUNTINGS; (3) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (4) GRANTING EXPEDITED DISCOVERY; AND (5) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

1

I, Amir Salimi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 21 and a resident of the State of Utah.

2. I make this declaration in support of the United States Securities and Exchange Commission's ("Commission") Ex Parte Application for a Temporary Restraining Order and related relief.

3. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

4. I am a certified public accountant employed within the Division of Enforcement in the Commission's Salt Lake Regional Office. I have worked within the Commission's Division of Enforcement since February 2021.

5. I passed the Uniform CPA Examination in Maryland in 2016. My CPA license (No. 01-42317) in Maryland is current and has been active since 2016.

6. Prior to my working at the Commission, from October 2014 to July 2016, I worked at KPMG US LLP, a "big four" public accounting firm, where I provided professional audit services. From August 2016 to February 2021, I worked at Ankura Consulting Group, LLC, where I focused on forensic accounting and financial investigations.

7. In the course of my duties with the Commission, I regularly conduct inquiries and assist in investigations into possible violations of the federal securities laws. My responsibilities include analyzing financial records, including: bank records, other books and records of companies, and other information and documents that have been obtained by Commission staff during the course of investigations. I make calculations and observations based upon my review and analysis of those records, and I prepare spreadsheets and charts summarizing those calculations and observations. The documents that I analyze in the course of my duties with the Commission are of the type reasonably relied upon by accountants forming opinions and inferences about, among other things, the finances of an entity and its sources and uses of money.

8.	As part of my duties as an accountant with the Commission, I was assigned to the investigation entitled *In the Matter of J&J Consulting Services, Inc.* (SL-02855), and I analyzed the bank and financial records of the Nevada law firm of Matthew Beasley, Beasley Law Group PC, that were produced in response to a subpoena issued by the Commission staff to Wells Fargo Bank, N.A. ("Wells Fargo").  Bank records produced by Wells Fargo included the following:

    a.	Wells Fargo Interest On Lawyers' Trust Account ("IOLTA") No. XXXXXX5598 bank records in the name of Beasley Law Group P.C. (hereinafter "Beasley IOLTA 5598") for the period of January 1, 2017 through March 15, 2022.

    b.	A March 29, 2022 declaration of a Wells Fargo custodian of records.  A true and correct copy of that declaration is attached as **Exhibit 1**.

    c.	Account opening documents, including the signature cards for Beasley IOLTA 5598.  A true and correct copy of those documents are attached as **Exhibit 2**.

9.	Based on my review of the account opening documents for Beasley IOLTA 5598 described in paragraph 8 above, I have determined that the account was established in the name of Beasley Law Group PC as a General IOLTA. In particular, Matthew Beasley was the sole signatory on the account from the time it was opened in January 26, 2017.  These account opening documents bear a handwritten signature of the name "Matthew Beasley."  The date listed next to this handwritten signature is January 26, 2017.  Mr. Beasley is listed as "Owner with Control of the Entity" and as having 100% of ownership.  These account opening documents also indicate that Matthew Beasley tendered two forms of identification when opening the Beasley IOLTA 5598: a "DLIC" from Nevada with an expiration date of December 2017 and "OTHER DC" from "Bank of Nevada 5195" with an expiration date of March 2018.

## My Review of Beasley IOLTA 5598

10.	Based on my review and analysis of Beasley IOLTA 5598 financial records for the period January 2017 through March 15, 2022, which include monthly bank statements, I have made the following observations and calculations:

11. From January 2017 through March 15, 2022, $491.5 million was deposited into Beasley IOLTA 5598.

12. My review of Beasley IOLTA 5598 identified a pattern of deposits being made in increments of $40,000, $50,000, $80,000 or $100,000. Based on an analysis of deposits in the Beasley IOLTA 5598, I have determined that the vast majority of the $491.5 million of deposits, were made in these increments[1]. In my review of the account transactions, I did not identify any transactions consistent with investment activity related to litigation settlements. I did not identify any transactions that appear to be returns or proceeds from investments, including from insurance tort settlements. For example, I did not observe any incoming cash from personal injury law firms, lawyers, insurance companies, or tort claimants that would result from returns on insurance tort settlements.

    a. As discussed further below, I observed a pattern of suspected Ponzi activity in the Beasley IOLTA 5598 that began as soon as deposits were received in this account around late January 2017, which included the receipt of cash in increments of $40,000, $50,000, $80,000 or $100,000, followed by immediate transfers to individuals believed to be involved with promoting the investments offered by J&J Consulting Services, Inc. (Alaska), J&J Consulting Services, Inc. (Nevada), and/or J and J Purchasing LLC.

    b. This pattern of Ponzi activity grew substantially over the years, as is detailed in the table below.[2] The average of monthly deposits into the Beasley IOLTA 5598 grew from approximately $584,000 in 2017 to $20.4

---

[1] Without access to company records, such as investor files, I am unable to quantify investor deposits or investor returns at this time.

[2] The average monthly deposits for the year 2022 were based on records from January and February 2022 (the months for which I have reviewed and obtained complete bank statements).

4

million in 2021. This activity reached its peak in February 2022, when deposits of $30.1 million were made into the Beasley IOLTA 5598.

| Beasley IOLTA Account ||| 
|---|---|---|
| Wells Fargo - 5598 ||| 
| Year | Average Monthly Inflows | Average Monthly Outflows |
| 2017 | 583,907 | (546,036) |
| 2018 | 1,370,127 | (1,291,958) |
| 2019 | 4,147,822 | (4,096,741) |
| 2020 | 9,240,054 | (9,045,776) |
| 2021 | 20,435,193 | (20,317,308) |
| 2022 | 28,399,421 | (30,110,959) |

13.  From January 2017 through March 15, 2022, $487 million was disbursed from the Beasley IOLTA 5598. My review and analysis of the account transactions did not identify any disbursements from this account that are consistent with making advance payments to tort plaintiffs, or their lawyers and associated law firms who had reached settlements with insurance companies. Below is a high level summary of the use of funds from the Beasley IOLTA 5598 from January 1, 2017 to March 15, 2022:

   a.  **Jeffrey Judd** received directly or benefited from disbursements of at least $315.3 million, including disbursements to:
   
   i.  Jeffrey Judd: $131,850
   
   ii. J & J Consulting Services: $313.7 million
   
   iii. The Judd Irrevocable Trust: $1.4 million
   
   b.  **Shane Jager** received directly or benefited from disbursements of at least $37.3 million including disbursements to:
   
   i.  Shane Jager: $140,500
   
   ii. Stirling Consulting, L.L.C.: $37.2 million

5

    c.   **Christopher Humphries** received directly or benefited from disbursements of at least $31.1 million, including disbursements to:
- i. CJ Investments LLC: $31.0 million
- ii. BugRaiders Pest Control, LLC: $55,000

    d.   **Matthew Beasley** received directly or benefited from disbursements of at least $17.2 million, including disbursements to:
- i. Matthew W. Beasley: $80,000
- ii. Beasley Law Group, PC: $17.1 million

    e.   **Denny Seybert** received directly or benefited from disbursements of at least $746,000 in disbursements to Rocking Horse Properties, LLC

    f.   **Anthony Michael Alberto, Jr.** received directly or benefited from disbursements of at least $6.8 million, including disbursements to:
- i. Anthony Michael Alberto, Jr.: $4.0 million
- ii. Monty Crew LLC: $2.9 million

    g.   **PAJ Consulting Inc ("PAJ")** received at least $824,500.

    h.   **BJ Holdings LLC** received at least $500,000.

    i.   **ACAC LLC** received at least $11.7 million.

14. As illustrated below, approximately $411 million or approximately 84% of the funds transferred out of the Beasley IOLTA 5598 from January 2017 to March 15, 2022 were to entities identified as controlled by promotors in the Declaration of Joni Ostler (filed contemporaneously herewith), as follows:

    a.   **J &J Consulting Services**: $313.7 million
    b.   **Stirling Consulting LLC**: $37.2 million
    c.   **CJ Investments LLC**: $31 million
    d.   **Beasley Law Group PC**: $17.1 million
    e.   **Triple Threat Basketball, LLC**: $12.3 million

15. The primary source of cash into the Beasley IOLTA 5598 were deposits made in increments of $40,000, $50,000, $80,000, and $100,000. I did not identify any inflows into the

Beasley IOLTA 5598 consistent with investment activity related to litigation settlements, such as returns on investments in tort settlements. As such, it appears that some of the funds deposited into the Beasley IOLTA 5598, which appear to be investor funds, were used to make Ponzi-like "return" payments to other investors. For example, my review of the Beasley IOLTA 5598 bank records indicate a payment was made to an individual (who was not a promotor or a relative of Beasley or Judd) on November 8, 2018 in the amount of $5,000, which could represent a 12.5% quarterly return percentage on an initial investment of $40,000 (which I understand from other SEC Staff would have been the purported quarterly return). Based on a review of the transaction activity and account balance in the account prior to this distribution, I did not identify any income generated from investment activities such as investment in tort settlements in the account that could have been used to make this distribution, leading me to conclude that this return payment was made from investor funds.

16. Funds deposited in the Beasley IOLTA 9558 were also used for apparent personal expenses such as a $95,486 cash purchase from "CJF Automotive, LLC" on September 8, 2021. Based on a review of the transaction activity and account balance in the account prior to this distribution, I did not identify any income generated from investment activities such as investments in tort settlements in the account that could have been used to make this purchase. I also identified other disbursements that appear to be personal expenses directly paid out of the Beasley IOLTA 5598, such as payments of over $4 million to title companies, presumably for the purchase of real estate.

-

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April, 2022 in Salt Lake City, Utah.


/s/ Amir Salimi

Amir Salimi

_____

7

# Exhibit 1



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Terry Holland, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 26395909

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX6358 | 5 | 5 |
| Statements | XXXXXX5598 | 372 | 372 |
| Statements | XXXXXX5580 | 310 | 310 |
| Signature Cards | XXXXXX5580 | 5 | 5 |
| Statements | XXXXXX6358 | 152 | 152 |
| Signature Cards | XXXXXX5598 | 4 | 4 |
| Statements | XXXXXX8898 | 50 | 50 |
| Signature Cards | XXXXXX8898 | 4 | 4 |
| | **Total Copies Delivered:** | | **902** |

Additional comments:

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Utah that the foregoing is true and correct according to my knowledge and belief.  Executed on this 29th day of March, 2022, in the City of Tempe, State of ARIZONA.

*[signature]*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 26395909; Agency Case No: SL02855

# Exhibit 2

# Business Account Application



| Bank Name: | Store Name: |
|---|---|
| WELLS FARGO BANK, N.A. | DECATUR - 215 |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| ARREOLA,VIRGINIA | N1292 | 01/26/2017 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 702/740-0060 | 06191 | 0072801 | S4739-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only    [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| Analyzed Bsns IOLTA | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 825 | DDA | ▓▓▓▓5598 | $100.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| ba-▓▓▓5225 | No |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| BEASLEY LAW GROUP PC | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 356876861909115 | Sole Owner |
| Customer 2 Name: | |
| MATTHEW  W BEASLEY | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 579846861901415 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| BEASLEY LAW GROUP PC | 1872 SHY ALBATROSS AVE | |
| NV IOLTA ACCT | Address Line 2: | |
| | City: | State: |
| | NORTH LAS VEGAS | NV |
| | ZIP/Postal Code: | Country: |
| | 89084-2069 | US |



2W02-000877521820-01

BBG2307 (5-16 SVP)

Page 1 of 4
Wells Fargo Confidential

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | BEASLEY LAW GROUP PC |
| Enterprise Customer Number (ECN): | 356876861909115 |
| Account Relationship: | Sole Owner |
| Taxpayer Identification Number (TIN): | ▮▮▮▮1156 |
| TIN Type: | EIN |
| Business Type: | Corporation Type C |
| Business Sub-Type/Tax Classification: | Professional Corporation |
| Non-Profit: | No |
| Date Originally Established: | 04/18/2011 |
| Current Ownership Since: | |
| Number of Employees: | 1 |
| Annual Gross Sales: | $350,000.00 |
| Year Sales Reported: | 01/01/2017 |
| Fiscal Year End: | |
| Primary Financial Institution: | |
| Number of Locations: | 1 |
| Primary State 1: | |
| Primary State 2: | |
| Primary State 3: | |
| Primary Country 1: | |
| Primary Country 2: | |
| Primary Country 3: | |
| Street Address: | 1872 SHY ALBATROSS AVE |
| Address Line 2: | |
| Address Line 3: | |
| City: | NORTH LAS VEGAS |
| State: | NV |
| ZIP/Postal Code: | 89084-2069 |
| Country: | US |
| Business Phone: | 702/483-6800 |
| Fax: | |
| Cellular Phone: | |
| Pager: | |
| e-Mail Address: | matthew@beasleylawgrouplv.com |
| Website: | |
| Sales Market: | LOCAL |
| Industry: | Other Services (except Public Administration) |
| Description of Business: | Law office |
| Major Suppliers/Customers: | |

## Bank Use Only

| Field | Value |
|---|---|
| Name/Entity Verification: | Secretary of State |
| Address Verification: | NONE |
| BACC Reference Number: | 6170260001136 |
| Document Filing Number/Description: | C20110418-2518 |
| Filing Country: | US |
| Filing State: | NV |
| Filing Date: | 04/19/2011 |
| Expiration Date: | |
| Country of Registration: | US |
| State of Registration: | NV |
| International Transactions: | |
| Check Reporting: | NO RECORD |
| State/Foundation Name: | NEVADA BAR FOUNDATION |
| State/Foundation TIN: | ▮▮▮▮9023 |
| Customer 1 Name: | BEASLEY LAW GROUP PC |
| Internet Gambling Business?: | No |



2W02-000877521820-02

**Owner/Key Individual 1 Information**

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| MATTHEW  W BEASLEY | | | ███████████████ | |
| Business Relationship: | | | Address Line 2: | |
| Owner with Control of the Entity | | | | |
| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: | |
| | ███ 1972 | 100.0 | | |
| Enterprise Customer Number (ECN): | | | City: | State: |
| 579846861901415 | | | NORTH LAS VEGAS | NV |
| Taxpayer Identification Number (TIN): | TIN Type: | | ZIP/Postal Code: | Country: |
| 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 | SSN | | ████ | US |
| Primary ID Type: | Primary ID Description: | | Country of Citizenship: | Permanently Resides in US: |
| DLIC | ███ 9575 | | US | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: | |
| NV | 12/14/2013 | ███/2017 | NO RECORD | |
| Secondary ID Type: | Secondary ID Description: | | | |
| OTHR DC | DC BANK OF NEVADA 5195 | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | | |
| | | 03/30/2018 | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

**Owner/Key Individual 1 Name:** MATTHEW W BEASLEY
**Position/Title:**

**Owner/Key Individual 1 Signature:** [signed: MATTHEW W BEASLEY]

☐ Submit manually
☐ Signature not required

**Date:** 01/26/2017

## Authorized Signers - Signature Capture

**Authorized Signer 1 Name:** MATTHEW W BEASLEY
**Position/Title:**

**Authorized Signer 1 Signature:** [signed: MATTHEW W BEASLEY]

☐ Submit manually
☐ Signature not required

**Date:** 01/26/2017



2W02-000877521820-04