KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
TREVOR R. WAITE, ESQ.
Nevada State Bar No. 13779
FabianVanCott
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Telephone:    (702) 233-4444
E-Mail:    kanderson@fabianvancott.com
           twaite@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:22-cv-0612-JCM-EJY |
| Plaintiff, | |
| v. | **RESPONSE TO ACCOUNTING ORDERED PURSUANT TO APRIL 13, 2022 TEMPORARY RESTRAINING ORDER** |
| MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER; | |
| Defendants, | |
| THE JUDD IRREVOCABLE ; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC; | |
| Relief Defendants. | |

1

The Court's April 13, 2022 *Temporary Restraining Order and Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; and (5) Order to Show Cause re Preliminary Injunction* (the "TRO Order"), ordered Defendant Jeffrey J. Judd ("Judd") to "prepare and deliver to the Commission a detailed and complete schedule of all of their personal assets, including all real and personal property exceeding $5,000 in value, and all bank, securities, and other accounts identified by institution, branch address and account number. The accounting shall include a description of the sources of all such assets." TRO Order ¶ X. The TRO Order further ordered that: "After completion of the accounting, each of the Defendants shall produce to the Commission, at a time agreeable to the Commission, all books, records and other documents supporting or underlying their accounting." *Id*.

The Commission was aware, and evidence presented to the Court confirms, that the Federal Bureau of Investigation conducted a search of Judd's home on March 3, 2022, and that attorneys for Judd were in communication with Assistant U.S. Attorneys with the United States Department of Justice in connection with an investigation of alleged criminal activity. *See* Declaration of Joni Ostler (Dkt. 2-5), ¶ 8; Ex. 3.

Because the TRO Order requires Judd to "prepare and deliver" to the Commission and this Court a "detailed and complete schedule" of all of his personal assets, including "a description of the sources of all such assets," the information is testimonial in nature. Judd, therefore, asserts the protections of the Fifth Amendment privilege against self-incrimination. U.S. CONST. amend. V.

DATED this 18th day of April, 2022.

/s/ *Kevin N. Anderson*
KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
TREVOR R. WAITE, ESQ.
Nevada State Bar No. 13779
FabianVanCott
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Telephone:    (702) 233-4444
E-Mail:    kanderson@fabianvancott.com
              twaite@fabianvancott.com

Attorneys for Jeffrey A. Judd

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 18th day of April, 2022, I caused a copy of the foregoing to be served via e-mail or the United States Mail, with first-class postage prepaid, on the following as indicated as follows:

**Via E-mail**

Tracy S. Combs, Esq.
combst@sec.gov
Casey R. Fronk, Esq.
FronkC@sec.gov
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
*Counsel for Plaintiff*

Garrett T. Ogata, Esq.
Law Offices of Garrett T. Ogata
3841 W Charleston Blvd
Las Vegas, NV 89102
court@gtogata.com
*Counsel for Defendant Matthew Wade Beasley*

Peter S. Christiansen, Esq.
Christiansen Trial Lawyers
710 S. 7th Street; Suite B
Las Vegas, Nevada 89101
pete@christiansenlaw.com
*Counsel for Defendant Christopher R. Humphries*

T. Louis Palazzo, Esq.
Palazzo Law Firm
520 S 4th Street
Second Floor
Las Vegas, NV 89101
louis@palazzolawfirm.com
*Defendant Shane M. Jager*

Lance A Maningo, Esq.
MANINGO LAW
400 South 4th Street; Suite 650
Las Vegas, Nevada 89101
lance@maningolaw.com
*Counsel for Defendant Denny Seybert*

**Via U.S. Mail**

Beasley Law Group, PC,
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, Nevada 89060
*Defendant*

J&J Consulting Services, Inc., an Alaska corporation
c/o Northwest Registered Agent, Inc., Registered Agent
125 North Willow Street, Suite B
Kenai, Alaska 99611
*Defendant*

J&J Consulting Services, Inc., a Nevada corporation
J and J Purchasing LLC
c/o Gregory E. Garman, Esq.
ggarman@gtg.legal
William M. Noall, Esq.
wnoall@gtg.legal
Teresa M. Pilatowicz, Esq.
tpilatowicz@gtg.legal
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Counsel for Peter Kravitz, Chief Restructuring Officer of Defendants J& Consulting Services, Inc., a Nevada corporation & J and J Purchasing LLC*

Jason M. Jongeward &
3084 Regal Court
Washington, Utah 84780
*Defendant*

Roland Tanner
1168 Sparta Crest Street
Henderson, Nevada 89052
*Defendant*

|   |   |
|---|---|
| 1 | PAJ Consulting, Inc. |
|   | c/o Matthew Beasley, Reg. Agent |
| 2 | 1872 Shy Albatross Avenue |
|   | N. Las Vegas, NV 89084 |
| 3 | *Relief Defendant* |
|   |   |
| 4 | BJ Holdings, LLC |
|   | c/o Matthew Beasley, Reg. Agent |
| 5 | 5475 Ruffian Road |
|   | Las Vegas, NV 89149 |
| 6 | *Relief Defendant* |
|   |   |
| 7 | Stirling Consulting, L.L.C. |
|   | c/o Shane Jager, Reg. Agent |
| 8 | 6785 S. Eastern Ave., Unit 8 |
|   | Las Vegas, NV, 89119 |
| 9 | *Relief Defendant* |
|   |   |
| 10 | CJ Investments, LLC |
|   | c/o Jessica Humphries, Reg. Agent |
| 11 | 726 Glowing Horizon St. |
|   | Henderson, NV 89052-8743 |
| 12 | *Relief Defendant* |
|   |   |
| 13 | JL2 Investments, LLC |
|   | c/o Jason M. Jongeward, Reg. Agent |
| 14 | 6311 Crestview Ln. |
|   | Cheney, WA 99004-5109 |
| 15 | *Defendant* |
|   |   |
| 16 | Rocking Horse Properties, LLC |
|   | c/o Smith & Shapiro, PLLC, Reg. Agent |
| 17 | 3333 E. Serene Ave., Suite 130 |
|   | Henderson, Nevada 89074 |
| 18 | *Relief Defendant* |
|   |   |
| 19 | Triple Threat Basketball, LLC |
|   | c/o BD & Associates CPAS PLLC, Reg. Agent |
| 20 | Attn. Brent Barlow |
|   | 1671 W. Horizon Ridge Pkwy., Ste. 220 |
| 21 | Henderson, NV 89012 |
|   | *Relief Defendant* |

ACAC, LLC
c/o Holley Driggs, Ltd., Reg. Agent
Attn. Ronald Thompson
400 South Fourth Street Third Fl.
Las Vegas, NN 89101
*Relief Defendant*

Anthony Michael Alberto, Jr.
12018 Portamento Court
Las Vegas, Nevada 89138-0610
*Relief Defendant*

Monty Crew LLC
c/o Evans & Associates, Former Reg. Agent
Attn. Shannon L. Evans
2400 S Cimarron Rd., Ste. 140
Las Vegas, NV 89117
2648 South Mole Street
Philadelphia, PA 19145-4608
*Relief Defendant*

DATED this 18th day of April, 2022.

                                     */s/ Kevin N. Anderson*
                                     KEVIN N. ANDERSON, ESQ.