# Exhibit B

## Supplemental Declaration of Joni Ostler

Tracy Combs (California Bar No. 298664)
Email: combst@sec.gov
Casey Fronk (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., AN ALASKA CORPORATION; J&J CONSULTING SERVICES, INC., A NEVADA CORPORATION; J and J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants. | Case No.: 2:22-cv-00612-JCM-EJY<br><br>**SUPPLEMENTAL DECLARATION OF JONI OSTLER IN SUPPORT OF PRELIMINARY INJUNCTIVE RELIEF** |

1

I, Joni Ostler, do hereby declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct to the best of my belief and, further, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters herein stated.

1. I am over the age of 21 and a resident of the State of Utah.

2. Attached hereto as **Exhibit 42** is a true and correct copy of the Declaration of Mark Holt and its accompanying exhibits.

3. Attached hereto as **Exhibit 43** is a true and correct copy of the Declaration of Elizabeth Chinlam Lewis and its accompanying exhibits.

4. There was an inadvertent error in my declaration dated April 12, 2022. Paragraph 27 of my April 12, 2022 declaration stated Exhibit 13 to my declaration is a certified transcript of a *video* recording provided to the SEC staff of a February 17, 2022 meeting on a private jet between Mark Holt, a confidential source using the alias "Mike," Shane Jager, and Jason Jongeward. In fact, the transcript attached as Exhibit 13 to my declaration is a true and correct copy of the certified transcript of an *audio* recording of that meeting taken by "Mike" on his smart phone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April, 2022 in Salt Lake City, Utah.

　　　　　　　　　　　　　　　　　　/s/ Joni Ostler
　　　　　　　　　　　　　　　　　　Joni Ostler