US District Court of Nevada                                          Case 2:22-cv-00612-JCM-EJY
United States District Judge -James C. Mahan

Judge Mahan,

Please see my response to the requested "list of assets" from the Temporary Restraining Order. Also, see the response to the Expedited Discovery Request with the "Interrogatories and Admissions".

Please see the requested list of Jason and Laura Jongeward's assets along with beneficiaries and when accounts were opened. (Interrogatories 1 and 2)

### Monies:

### Wells Fargo accounts:

#7903957152 - $10.980.02
JL2 Investments checking- Jason and Laura Jongeward  Opened 3-29-21

#1616840763 - $14,202.20
JL2 Investments savings- Jason and Laura Jongeward   Opened 3-29-21

#7903957160 - $41,575.48
Jason and Laura Jongeward checking   Opened 3-29-21

#8243623314 - $305.00
Jason and Laura Jongeward    Opened 2-09-22

#6294882946 - $5,000.12
Jason and Laura Jongeward savings Opened 3-29-21

#2894 - $15.34
Jason and Laura Jongeward Credit Card Opened 3-29-21

### Washington Trust Accounts:

#1000554014 - $ 2,463.11
Jongeward Construction & Development LLC- Jason and Laura Jongeward.
Opened approx. March 2013

#1001116506 - $ 6,080.40
Jason and Laura Jongeward personal
Opened approx.  Dec. 2020

#1000535997 - $ 0.
Jongeward Construction & Development- Jason and Laura Jongeward
Opened approx. May 2013/Closed Dec. 2021

#1000536003 - $ 0
Jongeward Construction & Development- Jason and Laura Jongeward
Opened approx. May 2013/Closed Feb. 2022

#15000907707 -$0
The Sculpted Mind- Laura Jongeward
Opened approx. Oct. 2019/Closed Jan. 2022

#1000949493 -$0
JL2 Investments LLC- Jason and Laura Jongeward
Opened approx. Jan. 2020/Closed Feb. 2022

#1000980092 -$0
Jongeward Construction & Development- Jason and Laura Jongeward
Opened approx. March 2020/Closed Feb 2022

#1001016128 -$0
Jongeward Construction & Development- Jason and Laura Jongeward
Opened approx. March 2020/Closed Feb 2022

#2000145850 -$0
Jason and Laura Jongeward personal checking
Opened approx. March 2020/Closed Feb 2022

#2000171187.- $0
Jongeward Construction & Development- Jason and Laura Jongeward
Opened approx.  Jan. 2015/Closed Feb 2022

#2000952297-$0
Jongeward Construction & Development- Jason and Laura Jongeward
Opened approx. Jan. 2020/Closed Feb 2022

#5845- $0
Jason and Laura Jongeward personal checking
Opened approx.  Oct. 2014/Closed Feb 2022


**Mountain America Bank:**

#12769320 -$ 38,362.51.      Laura Jongeward.      opened 3-25-22
#12769320- $ 10,000.00.      Laura Jongeward.      opened 3-25-22

### Vehicles

2019 Chevrolet Silverado truck - value is $ 55,000, (I owe $45,000)
2019 Toyota Sequoia - value is $42,500. no debt
2018 Toyota Corolla - value is $18,000. no debt
2009 Toyota Prius - value is $9,500. no debt

Ez-go golf cart - value is $2,950
Cargo Trailer - 16ft- value is $4,000

All items are located in Washington UT.

### Debts:

WA Trust Bank line of credit - $200,000 – (Used to purchase contracts with J and J Purchasing, LLC)

WA Trust Bank line of credit - $50,000 - Used to invest in C6 Zero investment.

EIDL Loan - $135,000 - Used to purchase contracts with J and J Purchasing, LLC.


### Investments/Assets:

J and J purchasing, LLC, - 1 million in contracts
Magic Spoon - $25,000
Kinder Beauty Box- $10,000
SBM -$ 300,000
Eco Battery- $200,000
C6 zero - $100,000
Zerorez - $100,000

Furniture - $5,000.00

(Interrogatory 3)

Laura and I have transferred $200,000 from Wells Fargo Account # 3314 to Mountain America account # 9320 for 2021 taxes and monthly bills.

### Requested response to Admissions-

No 1- I deny that I was aware of Attorneys or Law offices not having any record of representing the purported personal injury plaintiff prior to Jan 1, 2022.

No 2- I deny that I was aware of any investor telling me that one or more of the attorneys or law offices had no representation of the personal injury plaintiff named in the Purchase Agreement.

No 3- I deny that I had any idea that the Purchase Agreement were Fake between Jan 1, 2017 and Jan 1, 2022.

No 4- I deny that I had any idea that investor money provided to buy interests in Purchase agreements was not used to fund personal injury settlements.

No 5- I admit openly that I received payment for bringing investors into and manging them in the personal injury investment.

Sincerely,

Jason Jongeward
3084 Regal Court
Washington, UT  84780
cell: (509)768-4990


TRO - case No.: 2:22-cv-00612

"Declaration of Opposition and Agreements"

Judge Mahan, I am wanting to abide by the processes that the SEC and US District Court see fit in order to restitute all those who are injured by the dishonesty of Mathew Beasley.  My bank accounts were frozen, 4-18-22, as I went to buy groceries for my family.

In response to the orders with the Temporary Restraining Order, I oppose the (1) freezing of Assets.  I do not oppose the (2) requiring accounting, (3) prohibiting the destruction of documents, (4) expedition of discovery, and (5) Preliminary Injunction.  I want to work with the SEC and US District Court in every way possible to help all of the investors.

I ask that the US District Court will allow me to care for my family by allowing $12,550.00 dollars per month, from one of the frozen accounts, for my families need to pay monthly bills and expenses.  Thank you.

Sincerely,

Jason Jongeward
3084 Regal Court
Washington, UT 84780
cell: (509)768-4990