Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant SEYBERT

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES INC., an Alaska Corporation; J&J CONSULTING SERVICE, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER; <br><br> Defendants; <br><br> THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC; <br><br> Relief Defendants. | Case No. 2:22-cv-00612 <br><br> **RESPONSE TO ACCOUNTING ORDERED PURSUANT TO APRIL 13, 2022 TEMPORARY RESTRAINING ORDER [ECF NO. 3]** |

1

Pursuant to the accounting ordered in the Court's April 13, 2022, Temporary Restraining Order (hereinafter the "TRO"), at ¶ X, Defendant Denny Seybert (hereinafter "Seybert") responds as follows:

Bank Accounts:

| Financial Institution | Name of Account | Owner | Account No. | Open |
|---|---|---|---|---|
| Wells Fargo | LV Capital LLC, | Denny D Seybert 50% Coltyn Simmons | XXXXXX921 | 1/15/2020 |
| Wells Fargo | Denny D Seybert & Julie Seybert | Denny D Seybert & Julie Seybert | XXXXXX764 | 4/15/2012 |
| Bank of America | Denny D Seybert | Denny D Seybert | XXXXXX987 | 3/15/1997 |
| Credit Union 1 | Denny D Seybert | Denny D Seybert | UNKNOWN | 2/15/1992 |
| Bank of Nevada | Quarter Horse Associates LLC | Denny D Seybert, manager | XXXXXX555 | 8/15/2005 |
| Chase Bank | C&C Group Holdings LLC | Denny & Julie Seybert | XXXXXX969 | 12/1/2011 |
| Bank of the West | C&C Group Holdings LLC | Denny & Julie Seybert | XXXXXX938 | 7/15/2016 |
| US Bank | Denny D Seybert & Julie Seybert | Denny & Julie Seybert | XXXXXX465 | 7/15/2015 |
| Wells Fargo | Rockinghorse Properties LLC | Denny D Seybert | XXXXXX429 | 6/15/1997 |

*complete bank account numbers will be provided in a supplement hereto, if necessary.

Real and Personal Property:

| Asset | Description | Percent Owner | Acquired |
|---|---|---|---|
| 4524 Garden Place | Rental property with rental income | 100% | 11/6/2015 |
| 570 Karen Way | Rental Property with rental income | 100% | 5/26/2016 |
| 331 Tungsten St | Rental property with rental income | 100% | 1/28/2016 |
| 338 Tungsten St | Rental property with rental income | 100% | 2/3/2015 |
| 259 W Basic Rd | Rental property with rental income | 100% | 4/11/2012 |

| | | | | |
|---|---|---|---|---|
| 1 | 243 W Basic Rd | Rental property with rental income | 100% | 11/6/2012 |
| 2 | 1041 N Michael Way #255 | Rental property with rental income | 100% | 8/21/2015 |
| 4 | 2305 W Horizon Ridge Pkwy #3913 | Rental property with rental income | 100% | 9/30/2003 |
| 5 | 251 W Basic Rd | Rental property with rental income | 100% | 5/13/2011 |
| 7 | 254 W Basic Rd | Rental property with rental income | 100% | 12/27/2012 |
| 9 | 247 W Basic Rd | Rental property with rental income | 100% | 5/2/2002 |
| 10 | 1104 Snow Roof Ave | Rental property with rental income | 100% | 11/10/2005 |
| 12 | 2176 Skyline Heights Ln | Main family residence | 100% | 12/19/2018 |
| 13 | 12245 Carmel Vista Rd #192, San Diego, CA | Second home, occasionally AIRBNB | 100% | 4/6/2021 |
| 15 | 1087 W Dixie Lane, Panguitch Lake, UT | Second home, occasional rental | 100% | 7/6/2018 |
| 16 | 1098 Lake Pointe Dr, Bigfork, MT | Second home, will be occasionally AIRBNB | 100% | 12/2/2021 |
| 18 | 2017 Tesla | Spouse's vehicle. Located in Henderson NV | 100% | 12/15/2016 |
| 20 | 2020 Chevy Suburban | Personal Vehicle. Located in Henderson NV | 100% | 7/25/2020 |
| 22 | 2022 Chevy Silverado Pick Up | Personal Vehicle. Located in Bigfork MT | 100% | 12/18/2021 |
| 23 | 2016 Tige Ski Boat & trailer | Personal leisure boat in Boulder City NV | 100% | 1/15/2017 |
| 25 | 2007 Lund Boat & trailer | Personal fishing boat in Panguitch UT | 100% | 7/15/2020 |
| 26 | 2013 Razor ATV & trailer | Personal leisure ATV in Panguitch UT | 100% | 6/15/2013 |

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

| | | | |
|---|---|---|---|
| Rockinghorse Properties LLC | LLC belonging to Denny Seybert for real estate activities. | 100% | 6/30/1997 |
| C&C Group Holdings LLC | LLC belonging to Denny Seybert and Julie Seybert for family properties. | 100% | 11/7/2011 |
| JER2911 LLC | LLC that owns and operates a real estate brokerage as an on-going business. 26.5% owner. Silent Investor. Ownership as Rockinghorse Trust. | 26.50% | 6/1/2012 |
| Hobbyhorse Associates LLC | LLC that owns and operates a real estate brokerage as an on-going business. 50% owner. Silent Investor. Ownership as Rockinghorse Trust. | 50% | 10/1/2005 |
| Southern Nevada Real Estate Services LLC | LLC that owns Vegas Title. A proposed/inactive escrow company. Ownership as Rockinghorse Trust. | 50% | 9/15/2018 |
| Buckhead Investments 2018 LLC | LLC that is used for real estate deals. Currently one such property. 50% owner thru spouse; Julie Seybert. | 50% | 9/15/2018 |
| Cavalo Holdings LLC | LLC for the holding and management of commercial office space. 50% owner. Silent owner. Ownership as Rockinghorse Trust. | 50% | 12/15/2013 |
| Quarter Horse Associates LLC | LLC for the holding and management of 160 acres piece of land in Phoenix area, AZ. Approx 18% owner of LLC. Ownership as Rockinghorse Trust. | 18% | 6/15/2005 |

Investigation and compliance with this TRO is ongoing and Seybert reserves the right and shall supplement this Response as more information becomes available.

DATED this 21st day of April, 2022.

By: */s/ Lance A. Maningo*
LANCE A. MANINGO
Attorney for Defendant SEYBERT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of MANINGO LAW, and that on the 21st day of April, 2022, I served the foregoing RESPONSE TO ACCOUNTING ORDERED PURSUANT TO APRIL 13, 2022 TEMPORARY RESTRAINING ORDER [ECF NO. 3] via electronic service on the parties as shown below:

TRACY S. COMBS, Esq.
combst@sec.gov

CASEY R. FRONK, Esq.
fronkc@sec.gov

*/s/ Kelly Valenti*
An Employee of MANINGO LAW