**Jason Jongeward <jason.jcd@gmail.com>**  8:20 AM (12 minutes ago)

to Tracy Combs - SEC

Good Morning Tracy,

It was nice to meet with you and your group yesterday at the hearing. I was able to see that Judge Mahan put the responsibility of negotiating the living expenses of the defendants into your hands. I am anxious to discuss my living expense amount of $12,550.00 with you. This represents basic living expenses for me in my current state. I am currently unemployed and wanting to start my construction company here in St George. This will take me some time and money to start over again. Otherwise, I will need to relocate to a different place to work for someone.  With my assets frozen, I am not able to survive for more than a 2 week period. I would like to speak with you today to have you consider my request and also to discuss the expedited discovery process and how quickly we can get started. I am in a really tough place currently and would very much appreciate your help for my family and I.

I am representing myself as you are aware. The reasons for this are that I would rather "Learn" the legal process as I go, so I can provide that "attorney" money that I will save, and have it go towards disgorgement.  My investors that I brought into this "J and J Purchasing"  investment are my family and friends and I want to do all I can, as quickly as I can, to help this process progress quickly.  I am in communication with all of my people (investors) to help keep them informed as things progress. I would like to speak with you to get an idea on how long a case like this will take and the next step. I wanted to also set a time to discuss how to progress with expedited discovery. You will quickly see that I was only trying to help my family and friends.

I can be reached today by cell or email at any time today. I know you will be very busy as you hear from the other defendants as well. I waited to send my email in respect to your communication load. Please let me know how I can help you and your team.

Sincerely,

Jason Jongeward
3084 Regal Ct
Washington, UT 84780
cell. (509)-768-4990
Jason.jcd@gmail.com
--