KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
TREVOR R. WAITE, ESQ.
Nevada State Bar No. 13779
FabianVanCott
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Telephone:     (702) 233-4444
E-Mail:     kanderson@fabianvancott.com
          twaite@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>            Defendants,<br><br>THE JUDD IRREVOCABLE ; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>            Relief Defendants. | Case No. 2:22-cv-0612-JCM-EJY<br><br>**RESPONSE TO MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |

1    Defendant Jeffrey J. Judd notes that government attorney Joni Ostler was a primary fact

2  witness whose declarations formed the factual basis for the Court's issuance of the *Temporary*

3  *Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting*

4  *the Destruction of Documents; and (4) Granting Expedited Discovery; and (5) Order to Show*

5  *Cause Re Preliminary Hearing* (Dkt. No. 3) and the *Order Entering Preliminary Injunction,*

6  *Asset Freeze, and Other Equitable Relief* (Dkt. No. 56). Ms. Ostler previously testified that she

7  "participat[ed] in fact-finding inquiries and . . . actively investigated" and thereby had "personal

8  knowledge" of the matters at issue here. (Dkt. No. 2-5 at ¶¶ 3-4) The government cannot shield

9  her investigation from discovery via her appearance. Any claim of privilege to the factual basis

10  of her declarations has been effectively waived.

11

12    DATED this 2nd day of May, 2022.

13

14                                        /s/ *Kevin N. Anderson*
                                          KEVIN N. ANDERSON, ESQ.
                                          Nevada State Bar No. 4512
15                                        TREVOR R. WAITE, ESQ.
                                          Nevada State Bar No. 13779
16                                        FabianVanCott
                                          411 E. Bonneville Ave., Suite 400
17                                        Las Vegas, NV 89101
                                          Telephone:    (702) 233-4444
18                                        E-Mail:    kanderson@fabianvancott.com
                                                     twaite@fabianvancott.com
19
                                          Attorneys for Jeffrey J. Judd
20

21

22

23

24

25
                                          2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 2nd day of May, 2022, I caused a copy of the foregoing

to be served via e-mail or the United States Mail, with first-class postage prepaid, on the

following as indicated as follows:

**Via E-mail**

Tracy S. Combs, Esq.
combst@sec.gov
Casey R. Fronk, Esq.
FronkC@sec.gov
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
*Counsel for Plaintiff*

Garrett T. Ogata, Esq.
Law Offices of Garrett T. Ogata
3841 W Charleston Blvd
Las Vegas, NV 89102
court@gtogata.com
*Counsel for Defendant Matthew Wade Beasley*

Peter S. Christiansen, Esq.
Christiansen Trial Lawyers
710 S. 7th Street; Suite B
Las Vegas, Nevada 89101
pete@christiansenlaw.com
*Counsel for Defendant Christopher R. Humphries*

T. Louis Palazzo, Esq.
Palazzo Law Firm
520 S 4th Street
Second Floor
Las Vegas, NV 89101
louis@palazzolawfirm.com
*Defendant Shane M. Jager*

Lance A Maningo, Esq.
MANINGO LAW
400 South 4th Street; Suite 650
Las Vegas, Nevada 89101
lance@maningolaw.com
*Counsel for Defendant Denny Seybert*

**Via U.S. Mail**

Beasley Law Group, PC,
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, Nevada 89060
*Defendant*

J&J Consulting Services, Inc., an Alaska corporation
c/o Northwest Registered Agent, Inc., Registered Agent
125 North Willow Street, Suite B
Kenai, Alaska 99611
*Defendant*

J&J Consulting Services, Inc., a Nevada corporation
J and J Purchasing LLC
c/o Gregory E. Garman, Esq.
ggarman@gtg.legal
William M. Noall, Esq.
wnoall@gtg.legal
Teresa M. Pilatowicz, Esq.
tpilatowicz@gtg.legal
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Counsel for Peter Kravitz, Chief Restructuring Officer of
Defendants J& Consulting Services, Inc., a Nevada
corporation & J and J Purchasing LLC*

Jason M. Jongeward &
3084 Regal Court
Washington, Utah 84780
*Defendant*

Roland Tanner
1168 Sparta Crest Street
Henderson, Nevada 89052
*Defendant*

4

1    PAJ Consulting, Inc.
     c/o Matthew Beasley, Reg. Agent
2    1872 Shy Albatross Avenue
     N. Las Vegas, NV 89084
3    *Relief Defendant*

4    BJ Holdings, LLC
     c/o Matthew Beasley, Reg. Agent
5    5475 Ruffian Road
     Las Vegas, NV 89149
6    *Relief Defendant*

7    Stirling Consulting, L.L.C.
     c/o Shane Jager, Reg. Agent
8    6785 S. Eastern Ave., Unit 8
     Las Vegas, NV, 89119
9    *Relief Defendant*

10   CJ Investments, LLC
     c/o Jessica Humphries, Reg. Agent
11   726 Glowing Horizon St.
     Henderson, NV 89052-8743
12   *Relief Defendant*

13   JL2 Investments, LLC
     c/o Jason M. Jongeward, Reg. Agent
14   6311 Crestview Ln.
     Cheney, WA 99004-5109
15   *Defendant*

16   Rocking Horse Properties, LLC
     c/o Smith & Shapiro, PLLC, Reg. Agent
17   3333 E. Serene Ave., Suite 130
     Henderson, Nevada 89074
18   *Relief Defendant*

19   Triple Threat Basketball, LLC
     c/o BD & Associates CPAS PLLC, Reg. Agent
20   Attn. Brent Barlow
     1671 W. Horizon Ridge Pkwy., Ste. 220
21   Henderson, NV 89012
     *Relief Defendant*

22

23

24

25

5

1        ACAC, LLC
c/o Holley Driggs, Ltd., Reg. Agent
2        Attn. Ronald Thompson
400 South Fourth Street Third Fl.
3        Las Vegas, NN 89101
*Relief Defendant*

4

        Anthony Michael Alberto, Jr.
5        12018 Portamento Court
Las Vegas, Nevada 89138-0610
6        *Relief Defendant*

7        Monty Crew LLC
c/o Evans & Associates, Former Reg. Agent
8        Attn. Shannon L. Evans
2400 S Cimarron Rd., Ste. 140
9        Las Vegas, NV 89117
2648 South Mole Street
10      Philadelphia, PA 19145-4608
*Relief Defendant*

11

12   DATED this 2nd day of May, 2022.

13

                      */s/ Kevin N. Anderson*
14                    KEVIN N. ANDERSON, ESQ.

15

16

17

18

19

20

21

22

23

24

25