TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICE, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>          Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>          Relief Defendants. | Case No.: 2:22-cv-00612<br><br>Judge:  James C. Mahan<br>Magistrate Judge: Elayna J. Youchah<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AND DEFENDANT JASON M. JONGEWARD'S STIPULATION CONCERNING LIVING EXPENSES TO AND INCLUDING SEPTEMBER 30, 2022** |

**WHEREAS**, on April 12, 2022, Plaintiff United States Securities and Exchange Commission ("SEC", "Commission", or "Plaintiff") filed its Complaint in this matter, alleging violations of the registration and/or antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants.  (Dkt. No. 1.)

**WHEREAS**, on April 13, 2022, the Commission filed an Ex Parte Application for Entry of a Temporary Restraining Order and other equitable relief as to Defendants and an asset freeze as to Defendants and Relief Defendants (Dkt. No. 2), which was granted by the Court on April 13, 2022.  (Dkt. No. 3.)

**WHEREAS**, on April 21, 2022, the Court issued its Order Entering Preliminary Injunction, Asset Freeze, and other Equitable Relief as to Defendants and Relief Defendants, which, *inter alia*, continued the asset freeze imposed by the Court on April 13, 2022.  (Dkt. No. 56.)  The Court's Order provided that "any allowance for necessary and reasonable living expenses will be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard."

**WHEREAS**, at the show cause hearing before the Court on April 21, 2022, the Court directed the parties to discuss any exceptions to the asset freeze for such necessary and reasonable living expenses before making such an application to the Court.

**WHEREAS**, counsel to the Commission and Defendant Jason M. Jongeward have reached the following agreement as to an allowance for living expenses up to and including September 30, 2022, and jointly provide this proposed agreement for approval by the Court:

1. Wells Fargo Account No. XXXXXX7160 (the "Wells Fargo Account") held in the name of Jason M. Jongeward shall be unfrozen to allow Defendant Jongeward to pay living expenses and hold going-forward, earned income unconnected to the conduct alleged in the Complaint;

2. Defendant Jongeward may withdraw up to $4844.00 per month—representing two times the IRS 2021 Allowable Living Expenses National Standards for a

family of six—of previously-frozen funds from the Wells Fargo Account until September 30, 2022 for necessary and reasonable living expenses;

3. Defendant Jongeward must provide to counsel to the Commission, without further request or subpoena, the monthly account statements of the Wells Fargo Account for review and inspection by no later than the 5th of each month this stipulation is in effect. The Wells Fargo Account statements shall be provided to counsel to the Commission by email to Casey R. Fronk (fronkc@sec.gov) and Tracy S. Combs (combst@sec.gov);

4. To the extent Defendant Jongeward earns additional, going-forward income that he demonstrates, to the satisfaction of counsel for the Commission, is unconnected to the conduct alleged in the Complaint, such income may be used for the payment of necessary and reasonable living expenses and payment of attorney's fees.

//
//
//

[continued on following page]

//
//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: May 4, 2022 | **U.S. SECURITIES AND EXCHANGE COMMISSION** |
| | /s/  *Tracy S. Combs*  |
| | TRACY S. COMBS |
| | CASEY R. FRONK |
| | *Attorneys for Petitioner U.S. Securities and Exchange Commission* |
| Dated: May 4, 2022 | |
| | /s/  *Jason M. Jongeward*  |
| | JASON M. JONGEWARD |
| | *Pro Se* |

IT IS SO ORDERED:

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: _____

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2022, I caused the **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AND DEFENDANT JASON M. JONGEWARD'S STIPULATION CONCERNING LIVING EXPENSES TO AND INCLUDING SEPTEMBER 30, 2022** to be served to all parties entitled to service through the Court's ECF system and to the following individuals by the means indicated below:

*By U.S. Mail, first class, postage prepaid, to:*

Matthew Wade Beasley
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

BJ Holdings LLC
c/o Beasley Law Group PC, c/o Matthew Wade Beasley
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

The Judd Irrevocable Trust
c/o Trustee Matthew Wade Beasley
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

Jason M. Jongeward and JL2 Investments, LLC
███████████████
Washington, UT ████

Rocking Horse Properties, LLC
2176 Skyline Heights Lane
Henderson, NC  89052

PAJ Consulting, Inc
21371 Estepa Cir.
Huntington Beach CA  92648

Triple Threat Basketball, LLC
c/o Warren Rosegreen

5

1  Henderson, NV ■

2  Anthony Michael Alberto, Jr. and Monty Crew, LLC
3  ■
4  Philadelphia, PA ■

5  The Judd Irrevocable Trust
   c/o Jeffrey Judd
6  ■
7  Henderson, NV ■

8          **By email to the following:**

9  Dyke Huish
   Huish Law Firm
10 huishlaw@mac.com
11         *Counsel for Roland Tanner*

12 Daniel Hill
   Snow, Christensen & Martineau, P.C.
13 DDH@scmlaw.com
14         *Counsel for ACAC LLC*

15

16
                              /s/ *Tracy S. Combs*
17                            Tracy S. Combs