Michael Rawlins, Esq.
Nevada Bar No. 5467
Aimee M. Cannon Esq.
Nevada Bar No. 11780
Smith & Shapiro, PLLC
3333 E. Serene Ave., Suite #130
Henderson, NV  89074
(702) 318-5033
*Attorneys for Nevada Housing*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants | Case No.   2:22-cv-0612-JCM-EJY<br><br>**Stipulation and Order re Nevada Housing Solutions, LLC re Temporary Restraining Order and Preliminary Injunction** |

The Security and Exchange Commission ("SEC") and Nevada Housing Solutions, LLC ("NHS") stipulate and agree as follows:

1.  The SEC sought and the Court issued a "Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; and (5) Order to Show Cause re Preliminary Injunction" (Doc. 3) ("TRO"), which order was extended pursuant to the "Order Entering Preliminary Injunction, Asset Freeze, and Other Equitable Relief" ("Preliminary Injunction") (Doc. 56).

2.  Nevada Housing Solutions is a Nevada limited liability company formed in 2015 with two members: EBB Enterprises Inc., a company controlled by Carl Bassett ("Bassett"), and Tanner Capital Group LLC, a company controlled by defendant Roland Tanner ("Tanner"). Each member holds a 50% interest, and Tanner and Bassett are both named as managers of NHS in the Operating Agreement. NHS buys residential homes which it either leases to renters or refurbishes and sells to homebuyers. In the ordinary course of its business, NHS encumbers, refinances, leases, and sells its properties.

3.  Tanner's company last contributed funds to NHS in 2016, which, according to the SEC's Complaint, predates the Ponzi scheme alleged in the Complaint.

4.  NHS approached the SEC seeking the SEC's consent for NHS to operate in the ordinary course of business by refinancing, encumbering, leasing, and selling its properties, and using its bank account and other assets in the ordinary course. NHS has represented that several of its properties will be at risk of foreclosure if they are not refinanced by the end of May, 2022, and that one home that is in contract for sale must be sold in the coming weeks to avoid NHS being in default under the contract for sale of that property. NHS has represented that, if the TRO and Preliminary Injunction bar NHS from refinancing, encumbering, and selling its properties, NHS will be unable to preserve its assets and will face possible foreclosures or legal actions that will lessen the value of NHS's assets.

5. NHS represents that to accomplish the refinances and sale of the property that is pending, Tanner, as one of two managers, may need to sign various instruments involved in those transactions, in the ordinary course.

6. NHS has stated it does not want to violate the TRO or the Preliminary Injunction, which could be read broadly to preclude NHS from refinancing or selling properties, or using NHS's bank account, in the ordinary course of business, if NHS is deemed an affiliate of Tanner that is owned, controlled by, managed, or in the possession or custody of Tanner. NHS denies the injunction should be read to so preclude NHS, but is seeking a comfort order to avoid an inadvertent violation of the TRO or Preliminary Injunction.

7. The SEC has agreed that NHS may use its bank accounts and other assets, acquire, sell, and refinance properties, and otherwise operate in the ordinary course of business, without further order of the Court, without being deemed in violation of the TRO or Preliminary Injunction, so long as:

   a. NHS makes no payments or distributions of assets to Tanner, Tanner Capital Group LLC, or any other company controlled or owned by Tanner; and

   b. NHS does not take possession or control over any assets owned by Tanner, Tanner Capital Group, LLC, or any other company controlled or owned by Tanner.

////
////
////
////
////
////
////

8. The SEC believes this stipulated order will preserve the assets of NHS.

SO STIPULATED.

Smith & Shapiro PLLC

/s/ Michael Rawlins
Michael Rawlins (Nevada Bar No. 5467)
3333 E. Serene Ave. Suite 130
Henderson, NV 89074

*Attorneys for Nevada Housing Solutions, LLC*


Securities and Exchange Commission

/s/ Casey R. Fronk
Tracy S. Combs (California Bar No. 298664)
Casey R. Fronk (Illinois Bar No. 6296535)
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950

ORDER

Based on the foregoing stipulation, and it appearing the stipulation preserves the assets of NHS and does not dissipate or threaten the assets of any defendant in this action,

IT IS HEREBY ORDERED, Nevada Housing Solutions, LLC ("NHS") may use its bank accounts and other assets, acquire, sell, and refinance its properties, and otherwise operate in the ordinary course of business, without further order of the Court, without being deemed in violation of the TRO or Preliminary Injunction, and Roland Tanner, as a manger of NHS, may sign any instruments or transactional documents necessary to have NHS accomplish any of the forgoing permitted activities, so long as:

a. NHS makes no payments or distributions of assets to defendant Roland Tanner, Tanner Capital Group LLC, or any other company controlled or owned by Roland Tanner; and

b. NHS does not take possession or control over any assets owned by defendant Roland Tanner, Tanner Capital Group, LLC, or any other company controlled or owned by Roland Tanner.

SO ORDERED,

DATED: May 11th, 2022

Submitted by:

_____
United States Magistrate Judge

SMITH & SHAPIRO, PLLC

*/s/ Michael D. Rawlins*
Michael Rawlins, Esq.
Nevada Bar No. 5467
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074

*Attorneys for Nevada Housing Solutions, LLC*