TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICE, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY JAGER; and ROLAND TANNER;<br><br>            Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>            Relief Defendants. | Case No.: 2:22-cv-00612<br><br>Judge: James C. Mahan<br>Magistrate Judge: Elayna J. Youchah<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AND DEFENDANT ROLAND TANNER'S STIPULATION CONCERNING LIVING EXPENSES TO AND INCLUDING SEPTEMBER 30, 2022** |

**WHEREAS**, on April 12, 2022, Plaintiff United States Securities and Exchange Commission ("SEC", "Commission", or "Plaintiff") filed its Complaint in this matter, alleging violations of the registration and/or antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants. (Dkt. No. 1.)

**WHEREAS**, on April 13, 2022, the Commission filed an Ex Parte Application for Entry of a Temporary Restraining Order and other equitable relief as to Defendants and an asset freeze as to Defendants and Relief Defendants (Dkt. No. 2), which was granted by the Court on April 13, 2022. (Dkt. No. 3.)

**WHEREAS**, on April 21, 2022, the Court issued its Order Entering Preliminary Injunction, Asset Freeze, and other Equitable Relief as to Defendants and Relief Defendants, which, *inter alia*, continued the asset freeze imposed by the Court on April 13, 2022. (Dkt. No. 56.) The Court's Order provided that "any allowance for necessary and reasonable living expenses will be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard."

**WHEREAS**, at the show cause hearing before the Court on April 21, 2022, the Court directed the parties to discuss any exceptions to the asset freeze for such necessary and reasonable living expenses before making such an application to the Court.

**WHEREAS**, counsel to the Commission and Defendant Roland Tanner have reached the following agreement as to an allowance for living expenses up to and including September 30, 2022, and jointly provide this proposed agreement for approval by the Court:

1. Charles Schwab checking account no. XXXXXXXX5585 (the "Tanner Checking Account") held in the name of the Tanner Family Trust shall be unfrozen to allow Defendant Tanner to pay living expenses and hold going-forward, earned income unconnected to the conduct alleged in the Complaint;

2. Defendant Tanner may withdraw up to $2,854.00 per month—representing two times the IRS 2021 Allowable Living Expenses National Standards for a family of

2—of previously-frozen funds from the Tanner Checking Account until September 30, 2022 for necessary and reasonable living expenses;

3. Defendant Tanner must provide to counsel to the Commission, without further request or subpoena, the monthly account statements of the Tanner Checking Account for review and inspection by no later than the 5th of each month this stipulation is in effect.  The Tanner Checking Account statements shall be provided to counsel to the Commission by email to Casey R. Fronk (fronkc@sec.gov) and Tracy S. Combs (combst@sec.gov);

4. To the extent Defendant Tanner earns additional, going-forward income that he demonstrates, to the satisfaction of counsel for the Commission, is unconnected to the conduct alleged in the Complaint, such income may be used for the payment of necessary and reasonable living expenses and payment of attorney's fees and defense costs.  As of the date of this stipulation, such income consists of the following:

   a. those pension and retirement payments from Golden State Water Company (fka Southern California Water Company) and Southern California Edison Company, including the payment made by Golden State Water Company on April 29, 2022;

   b. the continuing interest on the November 29, 2016 Promissory Note between Defendant Tanner and ECHO Payment Systems, Inc., including the interest payment made on April 12, 2022;

   c. the continuing interest and investment income from Defendant Tanner's pre-2017 investments in the Mountain West Debt Fund, with such withdrawals not to exceed $4,100.00 per month; and

   d. the continuing interest payments on the pre-2017 lease tranches Defendant Tanner purchased from Community Finance LLC, with such withdrawals not to exceed $2,416.00 per month.

**WHEREAS**, counsel to the Commission and Defendant Tanner have reached the following agreement as to a certain property sale pending at the time the asset freeze was entered by the Court on April 13, 2022:

1. The sale of 1168 Sparta Crest St., in Henderson, Nevada, may go forward, with all proceeds from the sale to be deposited in the attorney trust account (IOLTA) of Dyke Huish, where they shall not be transferred or dissipated.

[continued on following page]

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: May 18, 2022

U.S. SECURITIES AND EXCHANGE COMMISSION

/s/   *Casey R. Fronk*
TRACY S. COMBS
CASEY R. FRONK
*Attorneys for Petitioner U.S. Securities and Exchange Commission*

Dated: May 18, 2022

**Defendant**

/s/   *Roland Tanner*
ROLAND TANNER
*Roland Tanner Pro Se*

IT IS SO ORDERED:

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:  May 18, 2022

5