Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com

MCGUIREWOODS LLP
MOLLY M. WHITE SBN #171448 (PHV application forthcoming)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.956.3423
Facsimile: 310.956.3143

Attorneys for Non-Party Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICE, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;, <br><br> Defendant. <br><br> THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;, <br><br> Relief Defendants, | CASE NO. 2:22-cv-00612 <br><br> The Hon. James C. Mahan <br> Magistrate Judge: Elayna J. Youchah <br><br> **CERTIFIED STATEMENT OF NON-PARTY WELLS FARGO BANK, N.A.** |

Pursuant to Paragraph 17(C) of the Court's June 3, 2022 Order Appointing Receiver, Wells Fargo Bank, N.A. ("Wells Fargo") provides the following certified statement concerning the balance, as of June 10, 2022, in the accounts identified by the Receiver. Wells Fargo reserves its right to supplement this information.

| ACCOUNT | BALANCE |
|---|---|
| CJ Investments LLC 6358 | $52,650.58 |
| Bugraiders Pest Control, Llc 0377 | $51,341.74 |
| Jessica A Humphries, Christopher R Humphries 5547 | $47,203.45 |
| Nevada Pro Pest Control Inc., Dba Nevada Pest Control, Dba Pigeons Be Gone 6540 | $39,741.85 |
| Pride Pest Control Llc, Dba Bears Pest Control 9178 | $23,619.54 |
| Brooklyn Jager, Shane M Jager 2826 | $12,113.04 |
| Jl2 Investments Llc 7152 | $10,960.20 |
| J and J Purchasing, Llc 7037 | $9,980.36 |
| Jch Consulting L.L.C. 1243 | $8,457.38 |
| Nevada Pro Pest Control Inc., Dba Nevada Pest Control, Dba Swat Bug Killers 1132 | $28,279.06 |
| Jessica A Humphries 8722 | $5,186.21 |
| Triple Threat Basketball, Llc 9671 | $5,969.13 |
| Anthem Assets Llc 4485 | $4,069.97 |
| Infused Llc 6474 | $5,503.92 |
| Roland S Tanner 0540 | $2,708.88 |
| Stirling Consulting L.L.C. 6558 | $2,293.67 |
| Jager Capital Llc 6508 | $634.26 |
| Karsen D Jager, Shane M Jager, Willow A Jager 3003 | $342.79 |
| Jason Jongeward, Eco Battery 3314 | $305.00 |
| Orc Holdings, Llc 2818 | $70.00 |
| Shea H Humphries, Jessica A Humphries, Christopher R Humphries 0829 | $17.65 |
| Anderson Dairy Creamery L.L.C 1189 | $2.24 |
| Beasley Law Group Pc, Nv IOLTA Acct 5598 | $3,812,334.74 |
| J & J Consulting Services, Inc. 0153 | $77,494.05 |
| Matthew Beasley, Matthew W Beasley 1115 | $16,080.59 |
| Matthew W Beasley (Safe Deposit Box) 1224 | N/A |

DATED: June 16, 2022            Respectfully submitted,

By: /s/ Joseph G. Went, Esq.
Joseph G. Went, Esq.
Attorneys for Non-Party Wells Fargo Bank, N.A.

## CERTIFICATION

I, Karen Nelson, certify that to the best of my knowledge, the foregoing information is complete and accurate.

Dated: June 16, 2022

*Karen Nelson*
Karen Nelson, Business Execution Consultant
Wells Fargo Bank, N.A.

19112680_v1