UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WAGE BEASLEY, et al.,<br><br>Defendants. | Case No. 2:22-cv-00612-JCM-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Compel or Alternative Motion for Order to Show Cause Why Jeffrey J. Judd and/or Those Acting on His Behalf Should Not Be Held in Contempt for Failure to Comply with this Court's Order Appointing Receiver Due to Failure to Turn Over Assets (the "Motion"). ECF No. 91. The Motion was filed on June 10, 2022. Responses to the Motion were due on June 24, 2022. On June 15, 2022, Oberheiden, P.C. filed a Certified Statement demonstrating compliance with the Order to turn over assets. ECF No. 97. Nothing was filed on behalf of four other noncompliant entities listed in the Receiver's Motion. *See* Docket generally. On June 28, 2022, the Receiver filed a Notice of Non-Opposition to the Motion to Compel (the "Notice"). However, in that Notice, which attaches a proposed order, the Receiver identifies one noncompliant entity (Fabian & Clendenin PC dba Fabian VanCott) not three. The Court has no way of knowing whether the three other entities (Law offices of Michael L. Peters, Esq., Law Offices Camille Dean, P.C., and John W. Sellers, Esq.) complied with the Order to turn over assets. Thus, while the Court is poised to enter the proposed order filed by the Receiver (ECF No. 117-1), it will not do so until it understands why Fabian & Clendenin is the only entity identified in the Receiver's Notice.

Accordingly, IT IS HEREBY ORDERED that, no later than **July 5, 2022**, the Receiver must file a supplement to his Notice explaining why his proposed order identifies one, not four, entities as noncompliant with the Court's Order to turn over assets.

Dated this 30th day of June, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE