Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO (admitted *pro hac vice*)
E-Mail: dzaro@allenmatkins.com
JOSHUA A. DEL CASTILLO (admitted *pro hac vice*)
E-Mail: jdelcastillo@allenmatkins.com
MATTHEW D. PHAM (admitted *pro hac vice*)
E-Mail: mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

*Proposed Attorneys for Receiver Geoff Winkler*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**ORDER GRANTING PETITION OF RECEIVER, GEOFF WINKLER, FOR ORDER AUTHORIZING AND APPROVING GENERAL PROCEDURES FOR SALE OF PERSONAL PROPERTY OUT OF RECEIVERSHIP**<br><br>**(ECF No. 137)** |

**ORDER**

The Petition of Receiver, Geoff Winkler, for Order Authorizing and Approving General Procedures for Sale of Personal Property out of Receivership ("Motion") having come before this Court and good cause appearing therefor, this Court ORDERS as follows:

1. The Motion (ECF No. 137) is GRANTED, in its entirety;

2. The procedures proposed by Geoff Winkler, the Court-appointed receiver in the above-entitled matter for the marketing and sale of Personal Property Assets (as defined in the Motion) are APPROVED and AUTHORIZED. The Receiver may commence the marketing and sale of Personal Property assets immediately.

**IT IS SO ORDERED.**

Dated: July 11, 2022

Hon. Cristina D. Silva
Judge, United States District Court

## CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Kircher Rickard. in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 5th day of July 2022, I served the document(s), described as:

**[PROPOSED] ORDER GRANTING PETITION OF RECEIVER, GEOFF WINKLER, FOR ORDER AUTHORIZING AND APPROVING GENERAL PROCEDURES FOR SALE OF PERSONAL PROPERTY OUT OF RECEIVERSHIP**

☒    by serving the ☐ original ☒ a true copy of the above and foregoing via:

☒   a.   **CM/ECF System** to the following registered e-mail addresses:

Casey R. Fronk, FronkC@sec.gov, #slro-docket@sec.gov

Charles La Bella, charles.labella@usdoj.gov, maria.nunez-simental@usdoj.gov

Daniel D. Hill, ddh@scmlaw.com

Garrett T Ogata, court@gtogata.com

Gregory E Garman, ggarman@gtg.legal, bknotices@gtg.legal

Jason Hicks, hicksja@gtlaw.com, escobargaddie@gtlaw.com,
    geoff@americanfiduciaryservices.com, lvlitdock@gtlaw.com

Jonathan D. Blum, jblum@wileypetersenlaw.com, cdugenia@wileypetersenlaw.com,
    cpascal@wileypetersenlaw.com

Joni Ostler, ostlerj@sec.gov

Joseph G. Went, jgwent@hollandhart.com, blschroeder@hollandhart.com,
    Intaketeam@hollandhart.com

Kara B. Hendricks, hendricksk@gtlaw.com, escobargaddie@gtlaw.com, flintza@gtlaw.com,
    lvlitdock@gtlaw.com, neyc@gtlaw.com, rabeb@gtlaw.com, sheffieldm@gtlaw.com

Keely Ann Perdue, keely@christiansenlaw.com, lit@christiansenlaw.com

Kevin N. Anderson, kanderson@fabianvancott.com, amontoya@fabianvancott.com,
    mdonohoo@fabianvancott.com, sburdash@fabianvancott.com

Kyle A. Ewing, ewingk@gtlaw.com, flintza@gtlaw.com, LVLitDock@GTLAW.com

1  Lance A Maningo, lance@maningolaw.com, kelly@maningolaw.com,
2      yasmin@maningolaw.com

3  Maria A. Gall, gallm@ballardspahr.com, crawforda@ballardspahr.com,
       LitDocket_West@ballardspahr.com, lvdocket@ballardspahr.com

4
5  Michael D. Rawlins, mrawlins@smithshapiro.com, jbidwell@smithshapiro.com

6  Peter S. Christiansen, pete@christiansenlaw.com, ab@christiansenlaw.com,
       chandi@christiansenlaw.com, hvasquez@christiansenlaw.com,
7      jcrain@christiansenlaw.com, keely@christiansenlaw.com, kworks@christiansenlaw.com,
       tterry@christiansenlaw.com, wbarrett@christiansenlaw.com

8
9  Robert R. Kinas, rkinas@swlaw.com, credd@swlaw.com, docket_las@swlaw.com,
       jmath@swlaw.com, mfull@swlaw.com, nkanute@swlaw.com, sdugan@swlaw.com

10 Samuel A Schwartz, saschwartz@nvfirm.com, ecf@nvfirm.com

11
12 T. Louis Palazzo, louis@palazzolawfirm.com, celina@palazzolawfirm.com,
       miriam@palazzolawfirm.com, office@palazzolawfirm.com

13 Tracy S. Combs, combst@sec.gov, #slro-docket@sec.gov

14 Trevor Waite, twaite@fabianvancott.com, amontoya@fabianvancott.com

15
16 ☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

21 ☐ c. **BY PERSONAL SERVICE.**

22 ☐ d. **BY DIRECT EMAIL.**

23 ☐ e. **BY FACSIMILE TRANSMISSION.**

24     I declare under penalty of perjury that the foregoing is true and correct.

26                                    */s/ Olivia A. Kelly*
                                      An Employee of Semenza Kircher Rickard

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

4873-8004-2535 3                          -4-