TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>Defendants; and<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>**ORDER AMENDING RECEIVERSHIP ORDER (DKT. NO. 88)** |

**WHEREAS** this matter has come before this Court upon motion of the Plaintiff U.S. Securities and Exchange Commission ("SEC", "Commission" or "Plaintiff") to amend the receivership order previously entered by the Court (Dkt. No. 88), and for related relief;

**WHEREAS** the Court has found based on the evidence presented and record in this case that the Commission has made a proper *prima facie* showing that Defendants Larry Jeffery, Jason Jenne, Seth Johnson, Christopher Madsen, Richard Madsen, Mark Murphy, Cameron Rohner, and Warren Rosegreen directly and indirectly engaged in violations of the federal securities laws as alleged in the Amended Complaint, and thus, the equity jurisdiction of this Court has been properly invoked and the Court possesses the power and authority to fashion appropriate remedies and relief;

**WHEREAS** the Court finds that, based on the record in these proceedings, the appointment of a Receiver in this action is necessary and appropriate for the purposes of marshaling and preserving all assets of the New Defendants that: (a) are attributable to funds derived from investors or clients of the New Defendants; (b) are held in constructive trust for the New Defendants; (c) were fraudulently transferred by the New Defendants; and/or (d) may otherwise be includable as assets of the estates of the New Defendants; and

**WHEREAS** this Court has subject matter jurisdiction over this action and personal jurisdiction over the New Defendants, and venue properly lies in this district;

//
//
//
//
//
//
//
//
//

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Court hereby takes exclusive jurisdiction and possession of the personal assets, of whatever kind and wherever situated, of the following defendants: Larry Jeffery, Jason Jenne, Seth Johnson, Christopher Madsen, Richard Madsen, Mark Murphy, Cameron Rohner, and Warren Rosegreen (the "New Defendants").

2. Until further Order of this Court, **GEOFF WINKLER** of **AMERICAN FIDUCIARY SERVICES LLC** (the "Receiver") is hereby appointed to serve without bond as receiver for the assets of the New Defendants.

3. The Court's June 3, 2022 Order Appointing Receiver (Dkt. No. 88) (herein, June 3, 2022 Receivership Order) is amended, such that the personal assets of the New Defendants are hereby included as "Receivership Property" and "Receivership Estate" as defined and ordered in the June 3, 2022 Receivership Order; and the New Defendants are hereby included as the "Individual Receivership Defendants" and "Receivership Defendants" as defined and ordered in the June 3, 2022 Receivership Order. The New Defendants shall have the same obligations and duties as the Individual Receivership Defendants in the June 3, 2022 Order, except that the deadlines in Section II, paragraphs 9, 10, and 11 of the June 3, 2022 Order shall begin to run for the New Defendants upon the date of entry of this Order.

**IT IS SO ORDERED**.

Date: July 28, 2022

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Presented by:
Tracy S. Combs
Casey R. Fronk
Attorneys for Plaintiff
Securities and Exchange Commission