JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Daniel D. Hill (admitted *pro hac*)
Steven W. Beckstrom (Nevada Bar No. 8372)
**SNOW, CHRISTENSEN & MARTINEAU**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone:     (801) 521-9000
Facsimile:     (801) 363-0400
ddh@scmlaw.com
swb@scmlaw.com

*Attorneys for Relief Defendant ACAC, LLC and Defendant Christopher M. Madsen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:22-cv-0612 CDS-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER ALLOWING COUNSEL FOR CHRISTOPHER M. MADSEN AND ACAC, LLC TO WITHDRAW** |
| MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN; | |
| Defendants | |
| THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC.; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; | |

| | |
|---|---|
| 1 | TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR; and MONTY CREW, LLC; |
| 2 | |
| 3 | Relief Defendants. |

The law firm of Snow, Christensen & Martineau, and its attorneys of record in this matter – specifically Daniel D. Hill and Steven W. Beckstrom ("SCM"), request permission of the Court to withdraw as counsel in this matter for Defendant CHRISTOPHER M. MADSEN and Relief Defendant ACAC, LLC ("C. Madsen"). C. Madsen's current other counsel, the law firm of Wiley Petersen and its attorney of record Jonathan D. Blum will remain as counsel of record. Current counsel of record, along with counsel for Plaintiff Securities and Exchange Commission hereby stipulate to SCM withdrawing as counsel of record for C. Madsen, and request approval of the same by this Court.

DATED this 26th day of July, 2022.

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar. No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

**SNOW CHRISTENSEN & MARTINEAU**

_____
DANIEL D. HILL, ESQ
Admitted pro hac vice
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone No. (801) \521-90009
ddh@scmlaw.com
*Attorneys for Relief Defendant ACAC, LLC and Defendant Christopher M. Madsen*

DATED this 26th day of July, 2022.

**SECURITIES AND EXCHANGE COMMISSION**

/s/ Casey R. Fronk
TRACY S. COMBS
(California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK
(Illinois Bar No. 6296535)
Email: fronkc@sec.gov
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

2

DATED this 27 day of July, 2022.        DATED this 27 day of July, 2022.

ACAC, LLC                                Christopher M. Madsen, individually

_____              _____
By: Christopher M. Madsen                Christopher Madsen

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:        July 28, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of WILEY PETERSEN and on the 28th day of July, 2022, I caused to be served a true and correct copy of foregoing **STIPULATION AND ORDER ALLOWING COUNSEL FOR CHRISTOPHER M. MADSEN AND ACAC, LLC TO WITHDRAW** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Electronic Filing automatically generated by that Court's facilities.

/s/ Caitlin Pascal
An Employee of WILEY PETERSEN