David C. Clukey (AZ Bar No. 034685) (*Pro Hac Vice*)
JACKSON WHITE, PC
40 North Center, Suite 200
Mesa, Arizona 85201
T:  (480) 464-1111  F:  (480) 464-5692
Email:  centraldocket@jacksonwhitelaw.com
       dclukey@jacksonwhitelaw.com
*Attorneys for Defendants Seth Johnson and Cameron Rohner*

**Chase Pittsenbarger (SBN 13740)**
LEE KIEFER & PARK
1140 N. Town Center Drive, Suite 200
Las Vegas, NV 89144
T: (702) 333-1711 F: (702) 333-1712
Email: chase@lkpfirm.com
*Attorneys for Defendants Seth Johnson and Cameron Rohner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:22-cv-00612-CDS-EJY |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY MATTHEW W. PARK FROM ELECTRONIC SERVICE** |
| MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN; | |
| Defendants, | |
| THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; | |

| | |
|---|---|
| | STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>         Relief Defendants. |

Defendants Seth Johnson ("Johnson") and Cameron Rohner ("Rohner"), by and through their counsel of record provides notice that Matthew W. Park is not retained local counsel for the Defendants. The initial pleading for this matter was filed using Mr. Park's Pacer account as a result of unforeseen issues with the Pacer account for Timothy C. Pittsenbarger. As such, the Defendants request that Matthew W. Park be removed from the CM/ECF service list for this matter.

RESPECTFULLY SUBMITTED this 1st day of August, 2022.

                              LEE KIEFER & PARK

                              By:  /s/ Timothy C. Pittsenbarger
                                   TIMOTHY C. PITTSENBARGER (NSB 13740)
                                   1140 N. Town Center Drive, Suite 200
                                   Las Vegas, NV 89144
                                   T: (702) 333-1711 F: (702) 333-1712
                                   Email: chase@lkpfirm.com
                                   *Attorneys for Defendants Seth Johnson and Cameron Rohner*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: August 1, 2022**