# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>    Defendants,<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>    Relief Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**ORDER GRANTING PETITION OF RECEIVER, GEOFF WINKLER, FOR ORDER APPROVING PROCEDURES FOR SALE OF REAL PROPERTY OUT OF RECEIVERSHIP** (ECF No. 172) |

    Pending before the Court is Receiver Geoff Winkler's Petition for an Order Approving Procedures for Sale of Real Property out of Receivership (the "Petition"). ECF No. 172. Defendant Christopher Humphries filed an opposition to the petition. ECF No. 212. Receiver filed a reply clarifying that the petition Petition "merely seeks to secure Court approval of proposed procedures for the sales of real property out of receivership; **it does not request Court approval of any specific sale.**" ECF No. 218 at 2 (emphasis added). No other Defendants filed an opposition to the Petition.

    Having reviewed the moving papers, it appears the concerns set forth in Humphries opposition (ECF NO. 212) are moot as the Receiver is merely seeking permission to establish the procedures for the sale of real property, but is not seeking approval to sell any real property at this time. Accordingly, having come before this Court and good cause appearing, this Court

GRANTS Petition (ECF No. 172) in in its entirety. The procedures proposed by Receiver Geoff Winkler are hereby APPROVED.

**IT IS SO ORDERED.**

Dated: August 2, 2022

_____
Hon. Cristina D. Silva
Judge, United States District Court

**CERTIFICATE OF SERVICE**

I am employed by the law firm of Semenza Kircher Rickard. in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 18th day of July 2022, I served the document(s), described as:

**[PROPOSED] ORDER GRANTING PETITION OF RECEIVER, GEOFF WINKLER, FOR ORDER APPROVING PROCEDURES FOR SALE OF REAL PROPERTY OUT OF RECEIVERSHIP**

☒   by serving the ☐ original ☒ a true copy of the above and foregoing via:

☒   a.   **CM/ECF System** to the following registered e-mail addresses:

Garrett T Ogata, court@gtogata.com

Gregory E Garman, ggarman@gtg.legal, bknotices@gtg.legal

Kara B. Hendricks, hendricksk@gtlaw.com, escobargaddie@gtlaw.com, flintza@gtlaw.com, lvlitdock@gtlaw.com, neyc@gtlaw.com, rabeb@gtlaw.com, sheffieldm@gtlaw.com

Kevin N. Anderson, kanderson@fabianvancott.com, amontoya@fabianvancott.com, mdonohoo@fabianvancott.com, sburdash@fabianvancott.com

Lance A Maningo, lance@maningolaw.com, kelly@maningolaw.com, yasmin@maningolaw.com

Michael D. Rawlins, mrawlins@smithshapiro.com, jbidwell@smithshapiro.com

Peter S. Christiansen, pete@christiansenlaw.com, ab@christiansenlaw.com, chandi@christiansenlaw.com, hvasquez@christiansenlaw.com, jcrain@christiansenlaw.com, keely@christiansenlaw.com, kworks@christiansenlaw.com, tterry@christiansenlaw.com, wbarrett@christiansenlaw.com

T. Louis Palazzo, louis@palazzolawfirm.com, celina@palazzolawfirm.com, miriam@palazzolawfirm.com, office@palazzolawfirm.com

Jonathan D. Blum, jblum@wileypetersenlaw.com, cdugenia@wileypetersenlaw.com, cpascal@wileypetersenlaw.com

Charles La Bella, charles.labella@usdoj.gov, maria.nunez-simental@usdoj.gov

Samuel A Schwartz, saschwartz@nvfirm.com, ecf@nvfirm.com

Jason Hicks, hicksja@gtlaw.com, escobargaddie@gtlaw.com, geoff@americanfiduciaryservices.com, lvlitdock@gtlaw.com

Trevor Waite, twaite@fabianvancott.com, amontoya@fabianvancott.com

Kyle A. Ewing, ewingk@gtlaw.com, LVLitDock@GTLAW.com, flintza@gtlaw.com

Maria A. Gall, gallm@ballardspahr.com, LitDocket West@ballardspahr.com, crawforda@ballardspahr.com, lvdocket@ballardspahr.com

Keely Ann Perdue, keely@christiansenlaw.com, lit@christiansenlaw.com

Casey R. Fronk, FronkC@sec.gov, #slro-docket@sec.gov

Tracy S. Combs, combst@sec.gov, #slro-docket@sec.gov

Joseph G. Went, jgwent@hollandhart.com, Intaketeam@hollandhart.com, blschroeder@hollandhart.com

Joni Ostler, ostlerj@sec.gov

Daniel D. Hill, ddh@scmlaw.com

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Olivia A. Kelly*
An Employee of Semenza Kircher Rickard