Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendants SEYBERT and
ROCKING HORSE PROPERTIES, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES INC., an Alaska Corporation; J&J CONSULTING SERVICE, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>    Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>    Relief Defendants. | Case No. 2:22-cv-00612<br><br>**DEFENDANT DENNY SEYBERT AND RELIEF DEFENDANT ROCKING HORSE PROPERTIES' STATEMENT PURSUANT TO APPOINTMENT ORDER [ECF. 88]** |

1

The Order Appointing Receiver [ECF. 88] was entered on June 3, 2022 (the "Appointment Order"). Defendant Denny Seybert ("Seybert") and Relief Defendant Rocking Horse Properties, LLC ("Rocking Horse") object to the requests for information set forth in the Appointment Order to the extent said Order requires waiving any rights protected by the Fifth Amendment to the United States Constitution. Accordingly, this statement is provided by undersigned counsel, but is not a sworn statement by Seybert. In addition to the instant statement, Seybert and Rocking Horse have provided to the Receiver all documents previously provided to the SEC.

Without waiving any objections, and upon information and belief, undersigned counsel for Seybert and Rocking Horse responds to paragraph 9 as follows:

**a. The identity, location and estimated value of all Receivership Property.**

| Asset | Description | Percent Owner | Acquired | FMV |
|---|---|---|---|---|
| 4524 Garden Place | Rental property with rental income | 100% | 11/6/2015 | $315,000 |
| 570 Karen Way | Rental Property with rental income | 100% | 5/26/2016 | $335,000 |
| 331 Tungsten St | Rental property with rental income | 100% | 1/28/2016 | $325,000 |
| 338 Tungsten St | Rental property with rental income | 100% | 2/3/2015 | $350,000 |
| 259 W Basic Rd | Rental property with rental income | 100% | 4/11/2012 | $336,000 |
| 243 W Basic Rd | Rental property with rental income | 100% | 11/6/2012 | $375,000 |
| 1041 N Michael Way #255 | Rental property with rental income | 100% | 8/21/2015 | $227,000 |
| 2305 W Horizon Ridge Pkwy #3913 | Rental property with rental income | 100% | 9/30/2003 | $265,000 |
| 251 W Basic Rd | Rental property with rental income | 100% | 5/13/2011 | $250,000 |
| 254 W Basic Rd | Rental property with rental income | 100% | 12/27/2012 | $265,000 |
| 247 W Basic Rd | Rental property with rental income | 100% | 5/2/2002 | $320,000 |

| # | Property | Description | % | Date | Value |
|---|---|---|---|---|---|
| 1 | 1104 Snow Roof Ave | Rental property with rental income | 100% | 11/10/2005 | $515,000 |
| 2 | 2176 Skyline Heights Ln | Main family residence | 100% | 12/19/2018 | $3,000,000 |
| 3 | 12245 Carmel Vista Rd #192, San Diego, CA | Second home, occasionally AIRBNB | 100% | 4/6/2021 | $750,000 |
| 4 | 1087 W Dixie Lane, Panguitch Lake, UT | Second home, occasional rental | 100% | 7/6/2018 | $525,000 |
| 5 | 1098 Lake Pointe Dr, Bigfork, MT | Second home, will be occasionally AIRBNB | 100% | 12/2/2021 | $1,330,000 |
| 6 | 2017 Tesla | Spouse's vehicle. Located in Henderson NV | 100% | 12/15/2016 | $40,000 |
| 7 | 2020 Chevy Suburban | Personal Vehicle. Located in Henderson NV | 100% | 7/25/2020 | $45,000 |
| 8 | 2022 Chevy Silverado Pick Up | Personal Vehicle. Located in Bigfork MT | 100% | 12/18/2021 | $60,000 |
| 9 | 2016 Tige Ski Boat & trailer | Personal leisure boat in Boulder City NV | 100% | 1/15/2017 | $60,000 |
| 10 | 2007 Lund Boat & trailer | Personal fishing boat in Panguitch UT | 100% | 7/15/2020 | $12,000 |
| 11 | 2013 Razor ATV & trailer | Personal leisure ATV in Panguitch UT | 100% | 6/15/2013 | $12,000 |
| 12 | Rockinghorse Properties LLC | LLC belonging to Denny Seybert for real estate activities. | 100% | 6/30/1997 | |
| 13 | C&C Group Holdings LLC | LLC belonging to Denny Seybert and Julie Seybert for family properties. | 100% | 11/7/2011 | |
| 14 | JER2911 LLC | LLC that owns and operates a real estate brokerage as an on-going business. 26.5% owner. Silent Investor. Ownership as Rockinghorse Trust. | 26.50% | 6/1/2012 | |

| | | | | |
|---|---|---|---|---|
| Hobbyhorse Associates LLC | LLC that owns and operates a real estate brokerage as an on-going business. 50% owner. Silent Investor. Ownership as Rockinghorse Trust. | 50% | 10/1/2005 | |
| Southern Nevada Real Estate Services LLC | LLC that owns Vegas Title. A proposed/inactive escrow company. Ownership as Rockinghorse Trust. | 50% | 9/15/2018 | |
| Buckhead Investments 2018 LLC | LLC that is used for real estate deals. Currently one such property. 50% owner thru spouse; Julie Seybert. | 50% | 9/15/2018 | |
| Cavalo Holdings LLC | LLC for the holding and management of commercial office space. 50% owner. Silent owner. Ownership as Rockinghorse Trust. | 50% | 12/15/2013 | |
| Quarter Horse Associates LLC | LLC for the holding and management of 160 acres piece of land in Phoenix area, AZ. Approx 18% owner of LLC. Ownership as Rockinghorse Trust. | 18% | 6/15/2005 | |

    **b. All employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of the Receivership Defendants.**

Seybert and Rocking Horse have been and continue to be represented by undersigned counsel. No others presently known.

    **c. The names, addresses and amounts of claims of all known creditors of the Receivership Defendants.**

4

This has already been provided to the SEC. Inasmuch as this request seeks personal identifiers and information that may be sensitive or otherwise privileged; same will be provided to the Receiver separately; via email.

Without waiving any objections, and upon information and belief, undersigned counsel for Seybert and Rocking Horse responds to paragraph 10 as follows:

a. **All Receivership Property.**

See above.

b. **Every account at every bank or brokerage or other financial institution.**

| Financial Institution | Name of Account | Owner | % Owner | Open |
|---|---|---|---|---|
| Wells Fargo | LV Capital LLC, 50% Coltyn Simmons | Denny D Seybert | 50% | 1/15/2020 |
| Wells Fargo | Denny D Seybert & Julie Seybert | Denny D Seybert & Julie Seybert | 100% | 4/15/2012 |
| Bank of America | Denny D Seybert | Denny D Seybert | 100% | 3/15/1997 |
| Credit Union 1 | Denny D Seybert | Denny D Seybert | 100% | 2/15/1992 |
| Bank of Nevada | Quarter Horse Associates LLC | Denny D Seybert, manager | 25% | 8/15/2005 |
| Chase Bank | C&C Group Holdings LLC | Denny & Julie Seybert | 100% | 12/1/2011 |
| Bank of the West | C&C Group Holdings LLC | Denny & Julie Seybert | 100% | 7/15/2016 |
| US Bank | Denny D Seybert & Julie Seybert | Denny & Julie Seybert | 100% | 7/15/2015 |
| Wells Fargo | Rockinghorse Properties LLC | Denny D Seybert | 100% | 6/15/1997 |

This response will be supplemented as additional information is gathered.

/ / /

/ / /

/ / /

/ / /

/ / /

5

      **c. Sub-paragraphs (c) through (f) will be supplemented as additional information is gathered.**

Seybert continues to cooperate with the Receiver in good faith. Some of the requested information is voluminous and requires hours and hours of review. Seybert and Rocking Horse will provide additional materials to the Receiver separately; via email.

Without waiving any objections, and upon information and belief, undersigned counsel for Seybert and Rocking Horse responds to paragraph 11 as follows:

    **a. Tax Returns.**

All tax returns have been provided.

DATED this 5th day of August, 2022.

                                                By:*/s/ Lance A. Maningo*
                                                  LANCE A. MANINGO
                                                  MANINGO LAW
                                                  Nevada Bar No. 6405
                                                  400 South 4th Street, Suite 650
                                                  Las Vegas, Nevada 89101
                                                  702.626.4646
                                                  lance@maningolaw.com
                                                  Attorney for Defendant SEYBERT and
                                                  ROCKING HORSE PROPERTIES, LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2022, I served the foregoing DEFENDANT DENNY SEYBERT AND RELIEF DEFENDANT ROCKING HORSE PROPERTIES' STATEMENT PURSUANT TO APPOINTMENT ORDER via ECF along with the following via e-mail as required by paragraph 17 of the Appointment Order:

Tracy S. Combs, Esq.
combst@sec.gov
Casey R. Fronk, Esq.
fronkc@sec.gov
*Counsel for Plaintiff Securities and Exchange Commission*

Geoffrey B. Winkler JD, MBA, CFE, CIRA
geoff@americanfiduciaryservices.com
*Geoff Winkler, Receiver*

Kara B. Hendricks, Esq.
hendricksk@gtlaw.com
Kyle Ewing, Esq.
ewingk@gtlaw.com
Joshua del Castillo, Esq.
jdecastillo@allenmatkins.com
David A. Zaro, Esq.
dzaro@allenmatkins.com
Matthew D. Pham, Esq.
mpham@allenmatkins.com
Karine Akopchikyan, Esq.
kakopchikyan@allenmatkins.com
*Proposed Attorneys for Geoff Winkler, Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

                                                 */s/ Lance A. Maningo*
                                                 LANCE A. MANINGO