KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

*Attorneys for Geoff Winkler Receiver for
J&J Consulting Services, Inc., J&J Consulting Services, Inc.,
J and J Purchasing LLC, The Judd Irrevocable Trust,
and BJ Holdings LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>  vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>           Defendants,<br><br>THE JUDD IRREVOCABLE TRUST *et al.*<br><br>           Relief Defendants. | Case No. 2:22-CV-00612-CDS-EJY<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTY HELD IN THE NAME OF SHANE JAGER WITH PROCEEDS FROM SALE TO BE TRANSFERRED FROM ESCROW DIRECTLY TO THE RECEIVER** |

/ / /

/ / /

/ / /

**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTY HELD IN THE NAME OF SHANE JAGER WITH PROCEEDS FROM SALE TO BE TRANSFERRED FROM ESCROW DIRECTLY TO THE RECEIVER**

The following Stipulation and [Proposed] Order regarding the sale of real property held in the name of Shane Jager and Willow Jager, Trustees of the Jager Family Trust dated June 30, 2009 with proceeds from the sale to be transferred from escrow directly to the Receiver is made by and between Geoff Winkler, the Court-appointed receiver in the above-entitled action (the "Receiver"), the Plaintiff Securities and Exchange Commission (the "Commission") on the one hand, and Defendant Shane Jager and nonparty Willow Jager individually and as trustees of the Jager Family Trust dated June 30, 2009 ("Jager Parties") on the other hand, by and through their respective representatives, and with respect to the following facts:

1. The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order").

2. Among other things, the Appointment Order required the turnover of certain funds and assets to the Receiver, including real property owned by Mr. Jager which includes a home located at 305 Calle Francesca, San Clemente, CA ("Calle Francesca Property") which is owned by the Jager Parties.

3. The Calle Francesca Property was purchased by the Jager Parties on February 8, 2022, for $7,499,999 and the Jager Parties have received a cash offer to sale the same for $8,200,000. The Buyer has agreed to pay an initial deposit of 2.9% or $235,000 and intends to close escrow in 20 days (the "Offer"). It is understood the Offer represents fair market value for the Calle Francesca Property.

4. There is currently a loan secured by the property in the approximate outstanding amount of $3,936,248.56 and it is estimated that after payment of the same, and fees associated with the sale, the net proceeds of the sale of the Calle Francesca Property will between $3,900,000 to $4,000,000.

5. The net proceeds from the sale of the Calle Francesca Property will be wired directly to the Receiver from escrow.

ACTIVE 681248061v1

6.  Given nature of the Offer, including the sale price, the cash nature of the same and the ability for the sale to close quickly, the Receiver and the Commission are agreeable to the sale moving forward on an expedited basis with all proceeds from the sale being provided directly to the Receiver.

7.  The parties agree that the Offer is market appropriate and have concerns that failing to immediately move forward will endanger the consummation of the sale which will have significant benefits to the estate, and therefore believe this stipulation is necessary, is in the best interest of all parties and the receivership estate and therefore waive any requirements imposed by 28 U.S.C. § 2001, et. seq. to the extent they are applicable to the Offer and proposed sale.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

A. The Jager Parties may accept the Offer;

B. That any deposit received relating to the Offer be provided directly to the Receiver; and

C. Upon the consummation of the sale of the Calle Francesca Property, including the payment of the current mortgage, that the net proceeds of the sale shall be wired directly from escrow to the Receiver.

| | |
|---|---|
| DATED this 8th day of August, 2022. | DATED this 8th day of August, 2022. |
| GREENBERG TRAURIG, LLP | SECURITIES & EXCHANGE COMMISSION |
| /s/ *Kara B. Hendricks*<br>By: _____<br>KARA B. HENDRICKS, Bar No. 07743<br>JASON K. HICKS, Bar No. 13149<br>KYLE A. EWING, Bar No. 014051<br>10845 Griffith Peak Dr., Ste. 600<br>Las Vegas, NV 89135<br><br>JARROD L. RICKARD, Bar No. 10203<br>KATIE L. CANNATA, Bar No. 14848<br>**SEMENZA KIRCHER RICKARD**<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 835-6803<br>Facsimile: (702) 920-8669 | /s/ *Casey R. Fronk*<br>By: _____<br>TRACY S. COMBS, ESQ.<br>(California Bar No. 298664)<br>CASEY R. FRONK, ESQ.<br>(Illinois Bar No. 6296535)<br>351 South West Temple, Suite 6.100<br>Salt Lake City, Utah 84101<br>Tel: (810) 524-5796<br>Fax: (810) 524-3558 |

ACTIVE 681248061v1

DAVID R. ZARO*
JOSHUA A. del CASTILLO*
MATTHEW D. PHAM*
*admitted pro hac vice
**ALLEN MATKINS LECK GAMBLE**
**MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
*Attorneys for Receiver Geoff Winkler*

DATED this 8th day of August, 2022.

PALAZZO LAW FIRM

/s/ *T. Louis Palazzo*
By: _____
T. Louis Palazzo, Bar No. 4128
520 S. Fourth Street
Las Vegas, NV 89101
*Counsel for Defendant Shane Jager, Non Party Willow Jager individually and as Trustees of the Jager Family Trust dated June 30, 2009*

**IT IS HEREBY ORDERED** that:

    A. The Jager Parties may accept the Offer;

    B. That any deposit received relating to the Offer be provided directly to the Receiver; and

    C. Upon the consummation of the sale of the Pearl Street Property including the payment of the current mortgage, that the net proceeds be wired directly from escrow to the Receiver.

Dated: August 9, 2022

_____
Hon. Cristina D. Silva
Judge, United States District Court