TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>　　　　Defendants; and<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>　　　　Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>Judge: Cristina D. Silva<br>Magistrate Judge: Elayna J. Youchah<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S, DEFENDANT LARRY JEFFREY'S, AND RECEIVER'S STIPULATION CONCERNING LIVING EXPENSES** |

**WHEREAS**, on June 29, 2022, Plaintiff United States Securities and Exchange Commission ("SEC", "Commission", or "Plaintiff") filed its Amended Complaint in this matter, alleging violations of the registration and/or antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants. (Dkt. No. 118.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Preliminary Injunction Order to extend the existing preliminary injunctive relief and asset freeze to those defendants added in the Commission's Amended Complaint. (Dkt. No. 119.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Receivership Order to extend the existing receivership order to include those defendants added in the Commission's Amended Complaint. (Dkt. No. 120.)

**WHEREAS**, on July 29, 2022, the Court issued its Order Amending Preliminary Injunction and Asset Freeze Order, which, *inter alia*, extended the asset freeze imposed by the Court on April 13, 2022 to those defendants added in the Commission's Amended Complaint. (Dkt. No. 206.) The Court's Order provided for "an allowance for necessary and reasonable living expenses to be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard."

**WHEREAS**, on July 29, 2022, the Court issued its Order Amending Receivership Order, which, *inter alia*, extended the receivership previously imposed by the Court to the assets of those defendants added in the Commission's Amended Complaint. (Dkt. No. 207.)

**WHEREAS**, at the hearing before the Court on July 25, 2022, the Court directed the parties to discuss any exceptions to the asset freeze regarding living expenses and so as to ensure the scope of the preliminary injunction was tied to the underlying Ponzi scheme.

**WHEREAS**, counsel to the Commission, Defendant Larry Jeffrey, and the Receiver have reached the following agreement as to an allowance for living expenses, and jointly provide this proposed agreement for approval by the Court:

1. The Wells Fargo Bank account ending in 8583 (the "Wells Fargo Account") held in the name of Larry Jeffrey shall be unfrozen to allow Defendant Jeffrey to pay

living expenses and hold going-forward, earned income unconnected to the conduct alleged in the Complaint;

2. The Wells Fargo Bank account ending in 1161 (the "Capital Core Financial Account") held in the name of Capital Core Financial, Inc. shall be unfrozen to allow Defendant Jeffrey to hold going-forward, earned income unconnected to the conduct alleged in the Complaint.

3. Defendant Jeffrey may withdraw up to $3480 per month—representing two times the IRS 2021 Allowable Living Expenses National Standards for a family of four—of previously-frozen funds from the Wells Fargo Account until January 31, 2023 for necessary and reasonable living expenses;

4. Defendant Jeffrey must provide to counsel to the Commission and to the Receiver, without further request or subpoena, the monthly account statements of the Wells Fargo Account and the Capital Core Financial Account for review and inspection by no later than the 5th of each month this stipulation is in effect. The Wells Fargo Account and the Capital Core Financial Account statements shall be provided to counsel to the Commission by email to Casey R. Fronk (fronkc@sec.gov) and Tracy S. Combs (combst@sec.gov); and to the Receiver by email to Kara Hendricks (hendricks@gtlaw.com) as counsel for the Receiver and to Geoff Winkler (geoff@americanfiduciaryservices.com).

5. To the extent Defendant Jeffrey earns additional, going-forward income that he demonstrates, to the satisfaction of counsel for the Commission, is unconnected to the conduct alleged in the Complaint, such income may be used for the payment of necessary and reasonable living expenses and payment of attorney's fees and defense costs. As of the date of this stipulation, this includes the following sources of income:

    a. Income from the Capital Core Financial mortgage business owned and controlled by Defendant Jeffrey.

2

Dated: August 10, 2022

**U.S. SECURITIES AND EXCHANGE COMMISSION**

/s/   *Casey R. Fronk*
TRACY S. COMBS
CASEY R. FRONK
*Attorneys for Petitioner U.S. Securities and Exchange Commission*

Dated: August 10, 2022

**ROSS C. GOODMAN**

/s/   *Ross C. Goodman*
ROSS C. GOODMAN, ESQ.
*Attorney for Defendant Larry Jeffrey*

(continued on following page)

3

| | |
|---|---|
| Dated: August 10, 2022 | **GREENBERG TRAURIG, LLP** |
| | /s/ *Kara B. Hendricks* |
| | KARA B. HENDRICKS, Bar No. 07743 |
| | JASON K. HICKS, Bar No. 13149 |
| | KYLE A. EWING, Bar No. 014051 |
| | 10845 Griffith Peak Dr., Ste. 600 |
| | Las Vegas, NV 89135 |
| | |
| | JARROD L. RICKARD, Bar No. 10203 |
| | KATIE L. CANNATA, Bar No. 14848 |
| | **SEMENZA KIRCHER RICKARD** |
| | 10161 Park Run Drive, Suite 150 |
| | Las Vegas, Nevada 89145 |
| | Telephone: (702) 835-6803 |
| | Facsimile: (702) 920-8669 |
| | |
| | DAVID R. ZARO* |
| | JOSHUA A. del CASTILLO* |
| | MATTHEW D. PHAM* |
| | *admitted pro hac vice* |
| | **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP** |
| | 865 South Figueroa Street |
| | Suite 2800 |
| | Los Angeles, California 90017-2543 |
| | Telephone: (213) 622-5555 |
| | Facsimile: (213) 620-8816 |
| | |
| | *Attorneys for Receiver Geoff Winkler* |

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:   August 10, 2022

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2022, I caused the foregoing **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S, DEFENDANT LARRY JEFFREY'S, AND RECEIVER'S STIPULATION CONCERNING LIVING EXPENSES** to be served to all parties entitled to service through the Court's ECF system and to the following individuals by the means indicated below:

*By U.S. Mail, first class, postage prepaid, to:*

BJ Holdings LLC
c/o Beasley Law Group PC, c/o Matthew Wade Beasley
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

The Judd Irrevocable Trust
c/o Trustee Matthew Wade Beasley
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060

Jason M. Jongeward and JL2 Investments, LLC
███████████
Washington, UT ███

PAJ Consulting, Inc
███████████
Huntington Beach CA ███

Triple Threat Basketball, LLC
c/o Warren Rosegreen
███████████
Henderson, NV ███

The Judd Irrevocable Trust
c/o Jeffrey Judd
███████████
Henderson, NV ███

Jason A. Jenne
▮
Las Vegas, NV ▮

Warren Rosegreen
▮
Henderson, NV ▮

**By email to the following:**

Anthony Michael Alberto, Jr. and Monty Crew, LLC
▮

Dyke Huish
Huish Law Firm
huishlaw@mac.com
      *Counsel for Roland Tanner*

                           */s/ Casey R. Fronk*
                           Casey R. Fronk