TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>  Defendants; and<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>  Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>Judge: Cristina D. Silva<br>Magistrate Judge: Elayna J. Youchah<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S, DEFENDANT CHRISTOPHER MADSEN'S, AND RECEIVER'S STIPULATION CONCERNING LIVING EXPENSES** |

**WHEREAS**, on June 29, 2022, Plaintiff United States Securities and Exchange Commission ("SEC", "Commission", or "Plaintiff") filed its Amended Complaint in this matter, alleging violations of the registration and/or antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants. (Dkt. No. 118.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Preliminary Injunction Order to extend the existing preliminary injunctive relief and asset freeze to those defendants added in the Commission's Amended Complaint. (Dkt. No. 119.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Receivership Order to extend the existing receivership order to include those defendants added in the Commission's Amended Complaint. (Dkt. No. 120.)

**WHEREAS**, on July 29, 2022, the Court issued its Order Amending Preliminary Injunction and Asset Freeze Order, which, *inter alia*, extended the asset freeze imposed by the Court on April 13, 2022 to those defendants added in the Commission's Amended Complaint. (Dkt. No. 206.) The Court's Order provided for "an allowance for necessary and reasonable living expenses to be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard."

**WHEREAS**, on July 29, 2022, the Court issued its Order Amending Receivership Order, which, *inter alia*, extended the receivership previously imposed by the Court to the assets of those defendants added in the Commission's Amended Complaint. (Dkt. No. 207.)

**WHEREAS**, at the hearing before the Court on July 25, 2022, the Court directed the parties to discuss any exceptions to the asset freeze regarding living expenses and so as to ensure the scope of the preliminary injunction was tied to the underlying Ponzi scheme.

**WHEREAS**, on August 4, 2022 the Court entered an order further amending the Preliminary Injunction and Asset Freeze Order exempting certain assets of Defendant Christopher Madsen from the order. (Dkt. No. 229.)

**WHEREAS**, counsel to the Commission, Defendant Christopher Madsen, and the Receiver have reached the following agreement as to an allowance for living expenses, and jointly provide this proposed agreement for approval by the Court:

1. The Boulder Dam Credit Union account ending in 2001 (the "Boulder Dam Checking Account") held in the name of Christopher Madsen shall be unfrozen to allow Defendant Christopher Madsen to pay living expenses and hold going-forward, earned income unconnected to the conduct alleged in the Complaint;

2. Defendant Madsen must provide to counsel to the Commission and to the Receiver, without further request or subpoena, the monthly account statements of the Boulder Dam Checking Account for review and inspection by no later than the 5th of each month this stipulation is in effect. The Boulder Dam Checking Account statements shall be provided to counsel to the Commission by email to Casey R. Fronk (fronkc@sec.gov) and Tracy S. Combs (combst@sec.gov); and to the Receiver by email to Kara Hendricks (hendricks@gtlaw.com) as counsel for the Receiver and to Geoff Winkler (geoff@americanfiduciaryservices.com).

Dated: August 23, 2022

**U.S. SECURITIES AND EXCHANGE COMMISSION**

  /s/ Casey R. Fronk
TRACY S. COMBS
CASEY R. FRONK
*Attorneys for Petitioner U.S. Securities and Exchange Commission*

Dated: August 23, 2022

**WILEY PETERSON**

*/s/ Jonathan D. Blum*
_____
Jonathan D. Blum, Esq.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: (702) 910-3329
Facsimile:   (702) 533-3467
jblum@wileypetersonlaw.com

**PRYOR CASHMAN, LLP**

/s/ John Giardino
John Giardino, Esq., *pro hac*
7 Times Square
New York, New York 10036-6569
jgiardino@pryorcashman.com

*Attorneys for Defendant Christopher Madsen*

(continued on following page)

Dated: August 23, 2022

**GREENBERG TRAURIG, LLP**

/s/ *Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
JASON K. HICKS, Bar No. 13149
KYLE A. EWING, Bar No. 014051
10845 Griffith Peak Dr., Ste. 600
Las Vegas, NV 89135

JARROD L. RICKARD, Bar No. 10203
KATIE L. CANNATA, Bar No. 14848
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
JOSHUA A. del CASTILLO*
MATTHEW D. PHAM*
*admitted pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

*Attorneys for Receiver Geoff Winkler*

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: _____