HOGAN HULET PLLC
KENNETH HOGAN
Nevada Bar No. 10083
Email: ken@h2legal.com
10501 W. Gowan Rd Suite 260
Las Vegas, Nevada 89129
Tel/Fax: (702) 800-5482
*Attorneys for Jason Jenne*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMISSION, | CASE NO.2:22-cv-00612-CDS-EJY |
| Plaintiff, | |
| vs. | |
| MATTTHEW WADE BEASLEY; BEASLEY LAW GROUP PC: JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J and J PURCHASING LLC, SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A MURPHY: CAMERON ROHNER; AND WARREN ROSEGREEN, | **JASON A. JENNE'S FILING IN COMPLIANCE WITH ORDER APPOINTING RECEIVER, AT PARAGRAPH 9** |
| Defendants | |
| THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, LLC; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETABALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; AND MONTY CREW LLC, | |
| Relief Defendants | |

Defendant JASON A. JENNE ("JENNE"), by and through his undersigned counsel, hereby files his statement as ordered in Paraph 9 of the Order Appointing Receiver.

**(a) The identity, location and estimated value of all Receivership Property.**

With the understanding that neither he nor his attorney are accountants, without computing what monies may exist in accounts that were not related to or derived from the investments at issue, and estimating in round numbers, Mr. Jenne provides the following information to the best of his ability at this time:

| | |
|---|---|
| ROI Income 2018-2022 | $4,157,968 |
| Initial Investment from equity in sale of Jenne Home | ($   -500,000) |
| Investment from Mrs. Jenne's 401/pension fund | ($     15,000) |
| Taxes paid on 2018-2022 ROI | ($ -1,408,060) |
| Voluntary Restitution paid | ($   -370,000) |
| Business Account– Frozen | ($     -42,000) |
| Savings Account– Frozen | ($       -1,000) |
| Joint Account– Frozen | ($       -9,000) |
| Monies reinvested by Jenne with no return | ($   -320,000) |
| Legal Expenses | ($       -8,320) |
| Business & Management Expenses | ($     -41,000) |
| Accounting Expenses | ($       -4,000) |
| Personal compensation Equivalent[1] 2018-2022 | ($   -450,000) |
| Loss of Insurance[2] 2018-2022 | ($     - 55,000) |

ESTIMATED VALUE OF PROCEEDS of ESTATE       $934,588.00
Beyond that which is accounted for above:
    $115,000 remains held in a bank account in the name of Jason Jenne.
    $315,000 was invested in real property
    The remaining balance was spent, but with no significant purchases other than a vehicle for Mrs. Jenne.

**(b) All employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of the Receivership Defendants.**

Hogan Hulet, PLLC, Attorney Kenneth Hogan -- Mr. Jenne's undersigned counsel.
BD & Associates CPAs, PLLC, Mr. Brent Barlow – Mr. Jenne's entity's business accountant.

---

[1] Upon being drawn into the related investments by the primary Defendants, Mr. Jenne left a job in which he had made $80,000 annually, and passed on other opportunities for income. Mrs. Jenne, likewise left her job where she had been making $50,000 annually.

[2] Having been duped by Beasley and Judd, upon leaving their employment the Jenne family lost its employer's insurance coverage and during times relevant was thereby damaged in or near the amount stated.

(c) Names/addresses/amounts of claims of all known creditors of Receivership Defendants.

| Creditor's Name[1] | Creditor's Address | Amount of Claim |
|---|---|---|
| C. Church | Unknown at this time | $18,000[4] |
| B. Frishcknecht | Unknown at this time | $25,000[5] |
| K. Frishcknecht | Unknown at this time | $27,000[6] |
| P. Markusic | Unknown at this time | $115,000[7] |
| K. Krueger (K&K) | Unknown at this time | $334,000[8] |
| G. Balelo | Unknown at this time | $0[9] |

**TOTAL CLAIMS REMAINING:** $519,000

As additional information becomes available, Mr. Jenne reserves his right to update this filing.

Dated this 18th Day of August, 2022:

HOGAN HULET PLLC

ss:// Kenneth E. Hogan
KENNETH HOGAN
Nevada Bar No. 10083
Email: ken@h2legal.com
10501 W. Gowan Rd Suite 260
Las Vegas, Nevada 89129
Tel/Fax: (702) 800-5482
*Attorneys for Jason Jenne*

I, JASON JENNE, have read the foregoing and state under penalty of perjury that it is true and correct to the best of my present recollection, knowledge, and belief.

Dated this 18th day of August, 2022.



JASON JENNE

---

[1] Rather than file under seal or object on the basis of privacy, the first name initials are used here with the full names to be shared with the Receiver in conference.
[4] Invested $30k and received $12k in ROI.
[5] Invested $70k and received $35k in ROI along with $10K in voluntary restitution from Mr. Jenne.
[6] Invested $70k and received $23k in ROI along with $20K in voluntary restitution from Mr. Jenne.
[7] Invested $300k and received $30k in ROI along with $155K in voluntary restitution from Mr. Jenne.
[8] Invested $950k and received $431k in ROI along with $185k in voluntary restitution from Mr. Jenne.
[9] Invested $3.9 million and received $5.223 million in ROI.