Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Kimberley A. Hyson, Esq.
Nevada State Bar No. 11611
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
khyson@joneslovelock.com

*Attorneys for Kamille Dean*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY, et al.,<br><br>                    Defendants.<br><br>THE JUDD IRREVOCABLE TRUST, et al.,<br><br>                    Relief Defendants. | CASE NO.: 2:22-cv-0612-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR KAMILLE DEAN TO FILE HER REPLIES TO:**<br><br>**RECEIVER'S OMNIBUS RESPONSE [ECF 275] TO (1) MOTION TO QUASH JURISDICTION OVER KAMILLE DEAN AND RECEIVERS MOTION FOR OSC RE CONTEMPT AND TURNOVER ORDER [ECF 257]; (2) MOTION TO STRIKE OSC RE CONTEMPT AND TURN OVER ORDER FOR JURISDICTIONAL DEFECTS [ECF 258]; (3) MOTION FOR LEAVE OF COURT TO FILE INTERPLEADER ACTION UNDER 28 USC SECTION 959(A) [ECF 259]; (4) OBJECTION TO THE AFFIDAVITS OF KARA HENDRICKS AND DAVID ZARO [ECF 260]; AND**<br><br>**PLAINTIFF'S RESPONSE TO NON-PARTY KAMILLE DEAN'S MOTION FOR LEAVE TO FILE INTERPLEADER ACTION [ECF NO. 278]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and among the parties hereto, Plaintiff Securities and Exchange Commission ("Plaintiff"), Geoff Winkler, Receiver for J&J Consulting Services, Inc. ("Receiver") and Kamille Dean ("Dean"), by and through their respective counsel of record, that Dean may have two (2) additional days to file and serve her reply to the Receiver's *Omnibus Response to: 1) Non Party Kamille Dean's Motion to Quash Jurisdiction Over Kamille Dean and Receivers Motion for OSC re Contempt and Turnover Order [ECF 257]; 2) Non Party Kamille Dean's Motion to Strike OC re Contempt and Turn Over Order for Jurisdictional Defects [ECF 25]); 3) Non Party Kamille Dean's Motion for Leave of Court to File Interpleader Action Under 28 USC Section 959(A) [ECF 259]; and 4) Non Party Kamille Dean's Objection to the Affidavits of Kara Hendricks and David Zaro [ECF 260]* [ECF No. 275] filed on August 29, 2022 (the "Omnibus Response"), and Plaintiff SEC's *Response to Non-party Kamille Dean's Motion for Leave to File Interpleader Action* [ECF No. 278] filed on August 29, 2022 (the "SEC's Response"), which are currently due on September 6, 2022. Pursuant to this Stipulation, Dean will have until September 8, 2022 to file and serve her replies to Receiver's Omnibus Response and SEC's Response. This stipulation was reached to accommodate new counsel appearing in this case.

This is the first stipulation for an extension of time for Dean to file her Reply to the Omnibus Response and reply to the SEC's Response. This stipulation is made in good faith and not for purposes of improper delay.

**IT IS SO STIPULATED.**

DATED: September 2, 2022                                   DATED: September 2, 2022

/s/ *Casey R. Fronk*
TRACY S. COMBS (CA Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
FronkC@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950

*Attorneys for Plaintiff Securities and Exchange Commission*

/s/ *Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

| | |
|---|---|
| DATED: September 2, 2022<br><br>/s/ *Kimberley A. Hyson*<br>NICOLE LOVELOCK, (NVSB# 11187)<br>nlovelock@joneslovelock.com<br>KIMBERLEY A. HYSON. (NVSB# 11611)<br>khyson@joneslovelock.com<br>**JONES LOVELOCK**<br>6600 Amelia Earhart Ct., Suite C<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Kamille Dean* | JARROD L. RICKARD, Bar No. 10203<br>jlr@skrlawyers.com<br>KATIE L. CANNATA, Bar No. 14848<br>klc@skrlawyers.com<br>**SEMENZA KIRCHER RICKARD**<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br><br>DAVID R. ZARO*<br>dzaro@allenmatkins.com<br>JOSHUA A. del CASTILLO*<br>jdelcastillo@allenmatkins.com<br>MATTHEW D. PHAM*<br>mpham@allenmatkins.com<br>*admitted *pro hac vice*<br>**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**<br>865 South Figueroa St., Suite 2800<br>Los Angeles, California 90017-2543<br><br>*Attorneys for Geoff Winkler, Receiver for J&J Consulting Services, Inc.* |

*Securities and Exchange Commission v. Matthew Wade Beasley, et al.*
Case No.: 2:22-cv-0612-CDS-EJY

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  September 3, 2022

4