UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; et. al.,<br><br>          Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; et. al.,<br><br>          Relief Defendants. | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**ORDER APPROVING FIRST QUARTERLY REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER GEOFF WINKLER** |

The Court having reviewed the First Quarterly Report and Petition for Further Instructions of Receiver Geoff Winkler, (the "Status Report") (ECF No. 215) and having held a hearing at which appearances were noted on the record, for the reasons set forth on the record,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Status Report and the actions of Geoff Winkler, the receiver (the "Receiver"), set forth therein are approved, and the Court finds that the receivership should continue pursuant to the terms of the Order Appointing Receiver ("Appointment Order") (ECF No. 88);

2. The Court hereby modifies Local Rule 66-4 and excuses the Receiver from filing a list of investors with their addresses and claim amounts due to privacy reasons;

3. The Court hereby modifies Local Rule 66-5 to permit notice of hearings and other activity to be served on the investors by email and posting on the Receivership Website unless the Receiver receives a specific request for written notice or the Court orders otherwise; and

4. The Receiver is authorized to undertake the recommendations presented in the Status Report including a continued engagement of those professionals he deems necessary for the proper administration of the Receivership Entities and their estate.

IT IS SO ORDERED.

_____
United States District Judge
DATED:  September 8, 2022