KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California  90017-2543
Telephone: (213) 622-5555
Facsimile:  (213) 620-8816

*Attorneys for Geoff Winkler, Receiver for
J&J Consulting Services, Inc., J&J Consulting Services, Inc.,
J and J Purchasing LLC, The Judd Irrevocable Trust,
and BJ Holdings LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST *et al.*<br><br>Relief Defendants. | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**ORDER GRANTING COURT-APPOINTED RECEIVER GEOFF WINKLER'S MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY PROFESSIONALS TO ASSIST WITH THE SALE OF PROPERTY AND VEHICLES [ECF No. 264]** |

/ / /

**[PROPOSED] ORDER GRANTING COURT-APPOINTED RECEIVER GEOFF WINKLER'S MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY PROFESSIONALS TO ASSIST WITH THE SALE OF PROPERTY AND VEHICLES**

The Receiver's Motion for Order Authorizing Receiver to Employ Professionals to Assist With the Sale of Property and Vehicles (the "Motion") having come before this Court and good cause appearing therefor, this Court ORDERS as follows:

(1) The Motion is GRANTED;

(2) Geoff Winkler, as the court-appointed receiver, is authorized to employ Joe DiRaffaele of eXp Realty in accordance with the terms set forth in the Motion;

(3) Geoff Winkler, as the court-appointed receiver, is authorized to employ Todd Wohl of Premiere Estates International, Inc. in accordance with the terms set forth in the Motion; and

(4) Geoff Winkler, as the court-appointed receiver, is authorized to employ Ben Tranquillo of The Car Consultant, Inc. in accordance with the terms set forth in the Motion.

**IT IS SO ORDERED.**

_____
HON. CRISTINA D. SILVA
United States District Judge

Dated this  12th  day of  September,  2022.

ACTIVE 681551031v1