WILLIAM R. URGA, ESQ. # 1195
BRIAN E. HOLTHUS, ESQ. #2720
DAVID J. MALLEY, ESQ. #8171
JOLLEY URGA WOODBURY & HOLTHUS
50 S. Stephanie Street, Suite 202
Henderson, Nevada 89012
Telephone: (702) 699-7500 / Facsimile: (702) 699-7555
Email: wru@juwlaw.com; beh@juwlaw.com; djm@juwlaw.com

| | |
|---|---|
| EDWARD W. COCHRAN, ESQ. | GEORGE W. COCHRAN, ESQ. |
| (OHIO Bar No. 0032942) | (OHIO Bar No. 0031691) |
| 20030 Marchmont Rd. | 1981 Crossfield Circle |
| Shaker Heights, OH  44122-2852 | Kent, OH  44240 |
| Tel: (216) 751-5546 / Fax: (216) 751-5564 | Tel: (330) 607-2187 / Fax: (330) 230-6136 |
| Email: edward@edwcochran.com | Email: lawchrist@gmail.com |
| *(Admitted pro hac vice)* | *(Admitted pro hac vice)* |

*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN,<br><br>               Defendants.<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC.; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.,; and MONTY CREW LLC,<br><br>               Relief Defendants. | CASE NO.:   2:22-cv-00612-CDS-EJY<br><br><br>**UNOPPOSED MOTION FOR 7-DAY EXTENSIONS OF TIME TO REPLY TO THE SEC'S AND RECEIVER'S RESPONSES TO KRISTIE YOUNG'S AND OMID SHAHABE'S JOINT MOTION TO INTERVENE**<br><br>**(FIRST REQUEST)**<br><br><br>[Declaration of George W. Cochran submitted concurrently herewith] |

961287

Pursuant to LR IA 6-1, LR 1A 6-2, LR II 7-2 and LR II 7-3, non-parties Kristie Young and Omid Shahabe ("Proposed Intervenors") hereby move this Honorable Court for 7-day extensions of time to reply to Receiver Goeff Winkler's opposition (ECF No. 300) and the Securities and Exchange Commission's response (ECF No. 303) to the motion to intervene filed on August 31, 2022 (ECF No. 281). This is Proposed Intervenors' first motion to extend time to reply to the Receiver's and SEC's response to the Proposed Intervenors' Motion to Intervene. For cause, Proposed Intervenors state that:

1. The attorney who drafted the motion to intervene has tested positive for COVID-19 and is experiencing debilitating symptoms that affect his ability to prepare the reply;

2. The responses to Proposed Intervenors' motion raise substantively distinct arguments that require more time to address adequately.

The responding parties do not oppose their motion.

DATED this 14th day of September, 2022.

JOLLEY URGA WOODBURY & HOLTHUS

By: /s/ William R. Urga, Esq.
WILLIAM R. URGA, ESQ. # 1195
BRIAN E. HOLTHUS, ESQ. #2720
DAVID J. MALLEY, ESQ. #8171
50 S. Stephanie Street, Suite 202
Henderson, Nevada 89012
T: (702) 699-7500 / F:(702) 699-7555

EDWARD W. COCHRAN, ESQ.
(OHIO Bar No. 0032942)
20030 Marchmont Rd.
Shaker Heights, OH 44122-2852
Tel: (216) 751-5546 / Fax: (216) 751-5564
*(Admitted pro hac vice)*
GEORGE W. COCHRAN, ESQ.
(OHIO Bar No. 0031691)
1981 Crossfield Circle
Kent, OH 44240
Tel: (330) 607-2187 / Fax: (330) 230-6136
*(Admitted pro hac vice)*

*Attorneys for Intervenors*

## MEMORANDUM OF POINTS AND AUTHORITIES

Fed.R.Civ.P. 6(b)(1), like all the Federal Rules of Civil Procedure, "[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir.1983) (quoting *Staren v. American Nat'l Bank & Trust Co. of Chicago*, 529 F.2d 1257, 1263 (7th Cir.1976)); see also Fed.R.Civ.P. 1 ("[The Federal Rules] should be construed, administered, and employed by the Court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."). Consequently, requests for extensions of time made before the applicable deadline has passed should "normally [] be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004).

Even if Proposed Intervenors filed their motion after the deadline, the circumstances clearly demonstrate "good cause" under Rule 6(b)(1). *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts.) Here, the principal drafter of Proposed Intervenors' reply has declared he is cognitively impaired due to COVID-19. See Declaration of George W. Cochran filed concurrently herewith. In addition, the response briefs raise substantively distinct arguments that require more time to address than currently permitted. Since there is no indication of bad faith or prejudice and the extension is limited to 7 days,

///
///
///
///
///

1  Proposed Intervenors respectfully submit the motion should be granted. *Ahanchian*, 624

2  F.3d at 1259.

                                    JOLLEY URGA WOODBURY & HOLTHUS

                                    By:  */s/ William R. Urga, Esq.*
                                         WILLIAM R. URGA, ESQ. # 1195
                                         BRIAN E. HOLTHUS, ESQ. #2720
                                         DAVID J. MALLEY, ESQ. #8171
                                         50 S. Stephanie Street, Suite 202
                                         Henderson, Nevada 89012
                                         T: (702) 699-7500 / F:(702) 699-7555

                                         EDWARD W. COCHRAN, ESQ.
                                         (OHIO Bar No. 0032942)
                                         20030 Marchmont Rd.
                                         Shaker Heights, OH  44122-2852
                                         Tel: (216) 751-5546 / Fax: (216) 751-5564
                                         *(Admitted pro hac vice)*
                                         GEORGE W. COCHRAN, ESQ.
                                         (OHIO Bar No. 0031691)
                                         1981 Crossfield Circle
                                         Kent, OH  44240
                                         Tel: (330) 607-2187 / Fax: (330) 230-6136
                                         *(Admitted pro hac vice)*

                                    *Attorneys for Intervenors*

                                    **IT IS SO ORDERED:**

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**

                                    **DATED:   September 14, 2022**

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

961287