IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST *et al.*<br><br>Relief Defendants. | 2:22-cv-00612-CDS-EJY<br><br>ORDER GRANTING COURT-APPOINTED RECEIVER GEOFF WINKLER'S MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY TAX PROFESSIONALS<br>[ECF No. 196] |

## ORDER GRANTING COURT-APPOINTED RECEIVER GEOFF WINKLER'S MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY TAX PROFESSIONALS
### [ECF No. 196]

The Receiver's Motion for Order Authorizing Receiver to Employ Tax Professionals (the "Motion") having come before this Court on September 7, 2022, additional information having been provided regarding the discounted rates that Baker Tilly US, LLP will provide the receivership, and good cause appearing therefor, this Court ORDERS as follows:

(1) The Motion is GRANTED; and

(2) Geoff Winkler, as the court-appointed receiver, is authorized to employ Baker Tilly US, LLP in accordance with the terms set forth in the Motion.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2022.

_____
HON. CRISTINA D. SILVA
United States District Judge

/ / /