IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants. | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>ORDER APPROVING AMENDED FIRST APPLICATION OF RECEIVER AND RECEIVER'S PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS FOR THE PERIOD FROM JUNE 3, 2022 THROUGH JUNE 30, 2022<br>[ECF No. 308] |

The Court having reviewed *First Application of Receiver and Receiver's Professionals for Allowance and Payment of Fees and Costs for the Period From June 3, 2022 through June 30, 2022*, and the *Amended First Application* (the "Application") (ECF No. 308), the Court finds that notice was proper, that the applications and accompanying declarations and supporting documents are reasonable, and finding good cause exists to approve the Application,

The Application (ECF No. 308) is hereby approved. Accordingly, I approve payment of the following requested amounts for fees and expenses:

(1) Receiver, Geoff Winkler and American Fiduciary Serves fees of $133,276.00 and costs of $16,863.59;

(2) Greenberg Traurig fees of $83,137.58 and costs of $243.69;

(3) Allen Matkins fees of $114,700.00 and costs of $1,360.00; and

(4) Semenza Kircher fees of $4,756.50 and costs of $2,250.00.

The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2022.

_____
Hon. Cristina D. Silva
United States District Judge