# EXHIBIT A

## Investor List
## (Filed Under Seal)