TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>Defendants; and<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>Judge: Cristina D. Silva<br>Magistrate Judge: Elayna J. Youchah<br><br>**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AND DEFENDANT MARK MURPHY'S STIPULATION REGARDING RESPONSE TO PLAINTIFF'S MOTIONS FOR ASSET FREEZE AND RECEIVERSHIP**<br><br>**[ECF No. 326]** |

**WHEREAS**, on June 29, 2022, Plaintiff United States Securities and Exchange Commission ("SEC", "Commission", or "Plaintiff") filed its Amended Complaint in this matter, alleging violations of the registration and/or antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants. (Dkt. No. 118.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Preliminary Injunction Order to extend the existing preliminary injunctive relief and asset freeze to those defendants added in the Commission's Amended Complaint. (Dkt. No. 119.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Receivership Order to extend the existing receivership order to include those defendants added in the Commission's Amended Complaint. (Dkt. No. 120.)

**WHEREAS**, Defendant Mark Murphy (herein, "Defendant") and the Commission have reached the following agreement as to Defendant's response to the Commission's motions, and jointly provide this proposed agreement for approval by the Court:

1. Defendant shall respond to the Commission's motions (Dkt. Nos. 119, 120) no later than November 2, 2022.

2. While the Commission's motions as to Defendant remain pending, Defendant must continue to provide to counsel to the Commission and to the Receiver, without further request or subpoena, monthly account statements of all active bank and financial accounts owned and controlled by Defendant, for review and inspection, by no later than the 5th of each month this stipulation is in effect. These account statements shall be provided to counsel to the Commission by email to Casey R. Fronk (fronkc@sec.gov) and Tracy S. Combs (combst@sec.gov); and to the Receiver by email to Kara Hendricks (hendricks@gtlaw.com) as counsel for the Receiver and to Geoff Winkler (geoff@americanfiduciaryservices.com).

Dated: October 11, 2022

**U.S. SECURITIES AND EXCHANGE COMMISSION**

/s/   *Casey R. Fronk*
TRACY S. COMBS
CASEY R. FRONK
*Attorneys for Petitioner U.S. Securities and Exchange Commission*

Dated: October 11, 2022

**MARC COOK**

/s/   *Marc P. Cook*
MARC P. COOK, ESQ.
COOK & KELESIS, LTD.
517 S. NINTH STREET
LAS VEGAS, NEVADA 89101
*Attorney for Defendant Mark Murphy*

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:  October 12, 2022

2