JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>Defendants.<br><br>THE JUDD IRREVOCABLE TRUST *et al*.<br><br>Relief Defendants. | 2:22-CV-00612-CDS-EJY<br><br>**Joint Unopposed Motion to Extend Time for the Government's Response to the Motion for Turnover of Receivership Property Held by the United States Marshals Service or Other Federal Agency as a Result of Warrants Issued Regarding Defendants, ECF No. 319**<br>**(First Request)** |

This Motion to Extend Time is the first request. LR IA 6-1.

The government moves this Court for an Order extending the time for the government to file its Response to the Motion for Turnover of Receivership Property Held by the United States Marshals Service or Other Federal Agency as a Result of Warrants Issued Regarding Defendants, ECF No. 319. The current deadline is October 13, 2022. The government requests an extension until November 10, 2022.

When I received the SEC motion from the FBI, I contacted the attorneys representing Christopher Humphries and the attorney representing Jessica Humphries about the government dismissing its interest in the civil forfeiture of the properties the FBI seized in Henderson, Nevada, and Huntington Beach, California. On Monday, their counsel agreed to the dismissal based on specific terms only the SEC Receiver and SEC attorneys

can accept or reject. Kara B. Hendricks, counsel for the SEC Receiver, and I agreed to the extension of time to provide Ms. Hendricks time to determine whether the SEC Receiver and the SEC attorneys would approve the Humphries's offer with the conditions they requested.

I also contacted John Sellers, one of the attorneys representing Judd. Mr. Sellers stated he was the contact attorney for this issue. He would have to contact the other attorneys to determine their positions and Judd's position. Mr. Sellers told me he had a mixed review on the proposal of dismissing its interest in the civil forfeiture of the properties the FBI seized. We discussed the options, and he told me he would contact me with a decision. I have not heard from him since.

On October 12, 2022, Kara Hendricks and I agreed to the extension of time.

For these reasons, the government requests the extension of time until November 10, 2022, for the parties to come to an agreement and seek the approval of the SEC regarding the disposition of the funds seized.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, November 10, 2022.

DATED: October 12, 2022.

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:   October 14, 2022

2