TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; and WARREN ROSEGREEN;<br><br>　　　　　Defendants; and<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>　　　　　Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>Judge:  Cristina D. Silva<br>Magistrate Judge:  Elayna J. Youchah<br><br>**STIPULATION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR IA 11-6(B), Plaintiff Securities and Exchange Commission ("Commission") stipulates to the withdrawal of attorney Joni Ostler as counsel of record and requests that she be removed from the Court's service list with respect to this case. Plaintiff Securities and Exchange Commission will continue to be represented by Casey R. Fronk, Tracy S. Combs and David Baddley.

IT IS SO STIPULATED.

DATED this 25th day of October, 2022.

    /s/ Casey R. Fronk
Casey R. Fronk
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ Joni Ostler
Joni Ostler
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED:  November 1, 2022