UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY, et al.,<br><br>        Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**ORDER** |

Pending before the Court is the Emergency Motion to Withdraw as Counsel of Record for Kamille Dean. ECF No. 374. In the Motion, the firm known as Jones Lovelock explains it was retained in the course of proceedings pertaining to Receiver's Motion to Compel or Alternatively Motion for Order to Show Cause Why Non-Party Kamille Dean Should Not be Held in Contempt for Failure to Comply with this Court's Order (ECF No. 210). That Motion, along with countermotions filed by Ms. Dean, were decided on November 17, 2022 (ECF No. 368). Objections, if any, are due December 1, 2022. Jones Lovelock explains Ms. Dean, who is an attorney, wishes to proceed *pro se*. Jones Lovelock further states: "Ms. Dean wishes to prepare and file any further pleadings necessary in this matter, which is her right, and has therefore terminated Jones Lovelock's representation in this matter." *Id*. at 3.

Under U.S. District Court for the District of Nevada Local Rule IA 11-6 and Rule 1.16 of the Nevada Rules of Professional Conduct, the Court finds the good cause standard for withdrawal of the representation of Ms. Dean is met.

Accordingly, IT IS HEREBY ORDERED that the Emergency Motion to Withdraw as Counsel of Record for Kamille Dean (ECF No. 374) is GRANTED.

Dated this 30th day of November, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1