Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712a
E-mail: mcook@bckltd.com
*Attorneys for Mark A. Murphy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br>          Defendants,<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br>          Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON (ECF No. 119) SEC'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND PRELIMINARY INJUNCTION ORDER**<br><br>**(First Request)**<br><br>**Hearing Date: December 16, 2022**<br>**Hearing Time: 1:30 p.m.** |

1

COMES NOW, Defendant, Mark A. Murphy, by and through his counsel of record, Marc P. Cook, Esq., of the law firm of Cook & Kelesis, Ltd. and Plaintiff, Securities and Exchange Commission, by and through its counsel of record, Casey R. Fronk, Esq., hereby stipulate and agree that the hearing on (ECF No. 119) SEC's Motion and Memorandum of Points and Authorities in Support of Motion to Amend Preliminary Injunction Order, currently set for December 16, 2022 at 1:30 p.m., be continued to the same date this Honorable Court chooses to schedule the January status check.

DATED this ___ day of November, 2022.           DATED this ___ day of November, 2022.

COOK & KELESIS, LTD.                            SECURITIES & EXCHANGE
                                                COMMISSION

/s/ Marc P. Cook                                /s/ Casey R. Fronk
_____                  _____
MARC P. COOK, ESQ.                              CASEY R. FRONK, ESQ.
Nevada Bar No. 4574                             Illinois Bar No. 6296535
517 S. Ninth Street                             351 South West Temple, Ste. 6.100
Las Vegas, Nevada 89101                         Salt Lake City, Utah 84101
*Counsel for Defendant, Mark A. Murphy*         *Counsel for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the hearing on (ECF No. 119) SEC's Motion and Memorandum of Points and Authorities in Support of Motion to Amend Preliminary Injunction Order be vacated and continued to January 17, 2023 at 1:30 p.m. in courtroom 6B.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: __December 2, 2022__