UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW WADE BEASLEY, et al.,<br><br>  Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**ORDER** |

Pending before the Court is the Renewed Motion to Withdraw as Counsel for Jason A. Jenne. ECF Nos. 385, 386. The Court has reviewed *in camera* the Declaration of Kenneth E. Hogan filed in support of the Motion to Withdraw.

The Court finds the circumstances underlying the Motion demonstrate continued representation of Mr. Jenne by Hogan Hulet PLLC is not reasonably possible. The parties are at an impasse with respect to fundamental aspects of the defense and options for future proceedings. The good cause standard is clearly met. No disruption to the proceedings will occur as a result of the withdrawal.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Jason A. Jenne (ECF Nos. 385, 386) is GRANTED.

Dated this 13th day of December, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE