UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff<br><br>v.<br><br>Christopher Humphries, et al.,<br><br>Defendants<br><br>CJ Investments, LLC, et al.,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>Order Approving the Second Quarterly Report and Petition for Further Instructions for Receiver Geoff Winkler<br><br>[ECF No. 343] |

The court having reviewed and considered the *Second Quarterly Report and Petition for Further Instructions of Receiver Geoff Winkler* (hereinafter "the Status Report"), and having held a hearing on December 16, 2022,

**IT IS HEREBY ORDERED** that the Status Report (ECF No. 343) and the actions of Receiver Geoff Winkler are approved.

**IT IS FURTHER ORDERED** that the receivership should continue pursuant to the terms set forth in the Order Appointing Receiver (Order, ECF No. 88).

**IT IS FURTHER ORDERED** that the receiver is authorized to undertake the recommendations set forth in the Status Report including a continued engagement of professionals he deems necessary for the proper administration of the Receivership entities and their estate.

IT IS SO ORDERED.

DATED: December 16, 2022

_____
Cristina D. Silva
United States District Judge