# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, *et al.*,<br><br>　　　　Defendants<br><br>The Judd Irrevocable Trust, *et al.*,<br><br>　　　　Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>and related actions<br><br>2:22-cv-01352-CDS-EJY<br>2:22-cv-01532-CDS-EJY<br>2:22-cv-01537-CDS-EJY<br>2:22-cv-01548-CDS-EJY<br>2:22-cv-01636-CDS-EJY<br><br>**Order Dismissing Bankruptcy<br>and Related Cases** |

On December 16, 2022, I held a hearing in case number 2:22-cv-00612-CDS-EJY, during which I also heard and granted a motion to dismiss filed by Receiver Geoff Winkler in related case number 2:22-cv-001352-CDS-EJY (Mot. to Dismiss, ECF No. 13). There are other related actions that must now be addressed. Mr. Winkler's attorneys requested that I dismiss the related actions to ensure that *lis pendens* are withdrawn and the matters are closed. I hereby find good cause to grant the request. Accordingly, having found good cause,

**IT IS HEREBY ORDERED** that case numbers 2:22-cv-01352-CDS-EJY, 2:22-cv-01532-CDS-EJY, 2:22-cv-01537-CDS-EJY, 2:22-cv-01548-CDS-EJY, and 2:22-cv-01636-CDS-EJY are DISMISSED. The Clerk of Court is directed to CLOSE THOSE CASES if they are not already closed.

DATED: December 20, 2022

_____
Cristina D. Silva
United States District Judge