TRACY S. COMBS (California Bar No. 298664)
Email: combst@sec.gov
CASEY R. FRONK (Illinois Bar No. 6296535)
Email: fronkc@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICE, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>　　　　Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>　　　　Relief Defendants. | Case No.: 2:22-cv-00612-CDS-EJY<br><br>Judge: Cristina D. Silva<br>Magistrate Judge: Elayna J. Youchah<br><br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEYS AND MOTION TO PERMIT APPEARANCE OF GOVERMENT ATTORNEY** |

1

Pursuant to Local Rules IA 11-3 and IA 11-6(c), Plaintiff Securities and Exchange Commission (the "Commission") stipulates to substitute attorneys and submits this motion seeking permission for appearance of Michael E. Welsh in the above-captioned case.  Mr. Welsh is employed by the Commission as a trial attorney and is a member of good standing in the Supreme Court of Massachusetts (BBO No. 693537).  Mr. Welsh will replace Tracy S. Combs in the above-captioned case.  Mr. Welsh is aware of and will comply with all pending deadlines in the matter.  Mr. Welsh's contact information is listed below.

> Michael E. Welsh
> Securities and Exchange Commission
> 351 S. West Temple, Suite 6.100
> Salt Lake City, UT 84101
> Telephone: (801) 524-5796
> Email:  WelshMi@sec.gov

IT IS SO STIPULATED.

DATED: December 19, 2022.

                                                     **SECURITIES AND EXCHANGE COMMISSION**

                                                     _/s/ Tracy S. Combs_
                                                     Tracy S. Combs
                                                     Attorney for Plaintiff

                                                     _/s/ Michael E. Welsh_
                                                     Michael E. Welsh
                                                     Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:   December 20, 2022