UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY, et al.,<br><br>Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Receiver's Motion to Strike Portions of Kamille Dean's "Opposition" to the Receiver's Memorandum of Fees and Costs and Declaration in Support of the Same or, Alternatively, for Leave to File a Reply and Response to Kamille Dean's Objection to Magistrate. ECF Nos. 409, 410.[1] No response to these Motions was filed. This Order pertains only to the Motion to Strike or Leave to File Reply. This Order makes no findings of fact and issues no conclusions of law with respect to Ms. Dean's Objections.[2]

Receiver's Motion seeks to strike provisions of Ms. Dean's Opposition to Receiver's Memorandum of Fees. ECF No. 409 at 4-6. On December 29, 2022, the Court issued an Order granting Receiver attorneys' fees arising from his successful Motion to Compel after considering only those portions of Ms. Dean's Opposition germane to the award of fees. ECF No. 417. For this reason, Receiver's Motion to Strike or, Alternatively, for Leave to File a Reply is moot.

Accordingly, IT IS HEREBY ORDERED that Receiver's Motion to Strike Portions of Kamille Dean's "Opposition" to the Receiver's Memorandum of Fees and Costs and Declaration in

---

[1] Receiver's filings at ECF Nos. 409 and 410 are identical. Only ECF No. 409 is cited herein.
[2] Ms. Dean filed an Objection at ECF No. 380 that objects to the Court's Order at ECF No 368. Ms. Dean also filed a document titled an Objection at ECF No. 396. Ms. Dean's filing at ECF No. 396 fails to identify an Order to which she objects. Instead she appears to object to the Magistrate Judge's authority to decide a motion to compel and a follow up memorandum of fees and costs. In any event, neither ECF No. 380 nor ECF No. 396 is ruled upon in this Order.

1

1  Support of the Same or, Alternatively, for Leave to File a Reply and Response to Kamille Dean's
2  Objection to Magistrate (ECF Nos. 409, 410) is DENIED as moot.
3  　　　　Dated this 5th day of January, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE