KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:   (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 835-6803
Facsimile:   (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California  90017-2543
Telephone: (213) 622-5555
Facsimile:   (213) 620-8816

*Attorneys for Geoff Winkler, Receiver for*
*J&J Consulting Services, Inc., J&J Consulting Services, Inc.,*
*J and J Purchasing LLC, The Judd Irrevocable Trust,*
*and BJ Holdings LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 2:22-cv-00612-~~JCM~~-EJY <br> CDS |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER** |
| | **AUTHORIZING THE SALE OF** |
| MATTHEW WADE BEASLEY; et al., | **REAL PROPERTIES LOCATED AT** |
| | **2394 E. LA SAL PEAK DRIVE AND** |
| Defendants | **2364 E. LA SAL PEAK DRIVE,** |
| | **HEBER, UTAH, WITH PROCEEDS** |
| THE JUDD IRREVOCABLE TRUST; et al., | **FROM SALE TO BE TRANSFERRED** |
| | **FROM ESCROW DIRECTLY TO** |
| Relief Defendants | **THE RECEIVER** |

/ / /

/ / /

/ / /

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

The following Stipulation and [Proposed] Order (the "Stipulation") regarding the sale of the real property located at 2364 E. La Sal Peak Drive, Heber, Utah 84032, and bearing the legal description appended hereto as **Exhibit A** (the "Heber Land"), and 2394 E. La Sal Peak Drive, Heber, Utah 84032, and bearing the legal description appended hereto as **Exhibit B** (the "Heber House") with proceeds from the sale to be transferred from escrow directly to Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, is made by and between the Receiver, in his capacity as receiver in the above-entitled action ("Seller") and the plaintiff Securities and Exchange Commission (the "Commission"), on the one hand, and Defendant Shane M. Jager ("Jager"), on the other hand, by and through their respective representatives, and with respect to the following facts:

1.      The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order");

2.      Among other things, the Appointment Order required the turnover of certain personal and real property to the Receiver, including the Heber House and Heber Land;

3.      The proposed buyer for the Heber Land and Heber House (sometimes collectively, the "Heber Properties"), is Tige Investments, LLC ("Buyer").  Buyer has agreed to purchase the Heber Land for the sum of $700,000 in accordance with that certain Real Estate Purchase Contract dated November 2, 2022, as amended by Addendums 1-5 (the "Land RSA") with title to the Heber Land being transferred to On Par, LLC, a Utah limited liability company.  Per the Land RSA, the Buyer has deposited $100,000 in a brokerage real estate trust account with Utah Executive Real Estate LC (the "Land Deposit");

4.      Buyer has agreed to purchase the Heber House for the sum of $5,225,000 in accordance with that certain Real Estate Purchase Contract dated November 2, 2022, as amended by Addendums 1-7 (the "House RSA") with title to the Heber House being transferred to Road Less Taken, LLC, a Utah limited liability company.  Per the terms of the House RSA, Buyer has deposited $500,000 in a brokerage real estate trust account with Utah Executive Real Estate LC (the "House Deposit;

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*ACTIVE 684387437v3*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5.     The Buyer, Seller, Receiver, and Jager have agreed that the Land Deposit, the House Deposit, and all proceeds of the foregoing sales shall be transmitted to the Receiver, via wire transfer, immediately upon the closing of the sales.  It is anticipated that the sales will close within thirty (30) days of the Court's approval of this Stipulation.  The Receiver, Seller, and Jager understand that Buyer's offer represents fair market value for the Heber Properties;

6.     The Receiver is seeking to close the sale via this Stipulation in lieu of a receiver's auction process because recent changes and uncertainties in the real estate marketplace jeopardize the sale of the Heber Properties, and the recovery of the maximum sale proceeds for the benefit of the receivership estate in the immediate term.  In most cases, transfers of title from the defendants in the above-entitled action to the Receiver would be necessary in order for the Receiver to conduct the auctions contemplated by 28 U.S.C. § 2001, and the sales procedures already approved by this Court (which include sale pursuant to stipulation, in certain circumstances).  However, delays in connection with the closing of the sale that result from the auction process, and the time required by the title company to underwrite title policies, have created untenable delays that could result in the Buyer walking away from the sale;

7.     The Receiver and his real estate broker believe that delays in the closing beyond the timing contemplated by the Land RSA and the House RSA will jeopardize the sale.  As noted above, the market is deteriorating as a result of, among other things, the extraordinary rise in mortgage rates over the past six months.  It is possible that if this sale does not close, the Heber Properties may remain on the market through the winter;

8.     Jager has agreed that, after payment of closing costs and brokers' commissions, as reflected in the Land RSA and the House RSA, the Land Deposit, the House Deposit, and all sale proceeds from the sale of the Heber Properties shall be wired directly to the Receiver.  It is estimated that the net proceeds of the sale, which will be wired to the Receiver, will be approximately $5,545,988;

/ / /

/ / /

/ / /

*ACTIVE 684387437v3*

9.      Based upon the time that the Heber Properties have been on the market, the terms of the Buyer's offer, and anticipated market conditions for homes in this price range, the Receiver, Jager, and the Commission have agreed to the immediate sale of the Heber Properties to the Buyer, on the terms set forth in the Land RSA and House RSA; and

10.     Accordingly, in light of the unique facts and circumstances surrounding the proposed sale of the Heber Properties including but not limited to the limited market for an "as is" sale of real property, the all-cash terms of the sale, as well as the Receiver's concerns that failing to immediately move forward with this sale may lead to the receipt of significantly less recovery for the receivership estate, the undersigned parties believe this Stipulation is necessary, and in the best interest of all parties and the receivership estate.  Therefore, the undersigned agree that it is appropriate to waive any requirements imposed by 28 U.S.C. § 2001, *et. seq.* to the extent they are applicable to the offer, the Land RSA and the House RSA, and the proposed sale.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

A.      Seller may sell the Heber Properties pursuant to the offers reflected in the Land RSA and the House RSA;

B.      The deposits received relating to the Land RSA and the House RSA shall be wired directly to the Receiver; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

*ACTIVE 684387437v3*

1   C.   Following the Court's approval of this Stipulation, on the Closing Date reflected in the

2   Land RSA and the House RSA, the net proceeds of the sales shall be wired directly

3   from escrow to the Receiver.

4   **IT IS SO STIPULATED.**

5   DATED this 11th day of January 2023.         DATED this 11th day of January 2023.

6   SECURITIES & EXCHANGE                         GREENBERG TRAURIG, LLP
    COMMISSION

7

8   By:   */s/ Casey R. Fronk*              By:   */s/ Kara B. Hendricks*

9   TRACY S. COMBS, ESQ.                           KARA B. HENDRICKS, ESQ.
    (California Bar No. 298664)                    Nevada Bar No. 07743

10  CASEY R. FRONK, ESQ.                           JASON K. HICKS, ESQ.
    (Illinois Bar No. 6296535)                     Nevada Bar No. 13149

11  351 South West Temple, Suite 6.100             KYLE A. EWING, ESQ.
    Salt Lake City, Utah  84101                    Nevada Bar No. 014051

2   Telephone:  (810) 524-5796
    Facsimile:  (810) 524-3558                     **ALLEN MATKINS LECK GAMBLE**
                                                   **MALLORY & NATSIS LLP**
3                                                  DAVID R. ZARO, ESQ.*
                                                   JOSHUA A. del CASTILLO, ESQ.*
4                                                  MATTHEW D. PHAM, ESQ.*
                                                   *admitted *pro hac vice*

5                                                  **SEMENZA KIRCHER RICKARD**
                                                   JARROD L. RICKARD, ESQ.
6                                                  Nevada Bar No. 10203
                                                   KATIE L. CANNATA, ESQ.
7                                                  Nevada Bar No. 14848

18                                                 *Attorneys for Geoff Winkler, Receiver*
                                                   *for*
19                                                 *J&J Consulting Services, Inc., J&J*
                                                   *Consulting Services, Inc., J and J*
20                                                 *Purchasing LLC, The Judd Irrevocable*
                                                   *Trust, and BJ Holdings LLC*

21

22

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5

*ACTIVE 684387437v3*

**IT IS SO STIPULATED.**

DATED this 10th day of January 2023.

By: _____

SHANE JAGER
Defendant

DATED this 10th day of January 2023.

PALAZZO LAW FIRM

By: _____

T. Louis Palazzo, Bar No. 4128
520 S. Fourth Street
Las Vegas, NV 89101
*Counsel for Defendant Shane Jager*

**IT IS HEREBY ORDERED** that:

1.   Seller may sell the Heber Properties pursuant to the offers reflected in the Land RSA and the House RSA;

2.   The deposits received relating to the Land RSA and the House RSA shall be wired directly to the Receiver; and

3.   On the Closing Date reflected in the Land RSA and the House RSA, the net proceeds of the sales shall be wired directly from escrow to the Receiver.

_____
JUDGE, UNITED STATES DISTRICT COURT
DATED: January 11, 2023

ACTIVE 684387437v3

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone (702) 792-3773
Facsimile (702) 792-9002

1

## CERTIFICATE OF SERVICE

I hereby certify that on **January 11, 2023**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Evelyn Escobar-Gaddi*

An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

ACTIVE 684387437v3

| INDEX OF EXHIBITS | |
|---|---|
| Exhibit A | Legal Description (Land) |
| Exhibit B | Legal Description (House) |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# EXHIBIT A

# EXHIBIT A

Legal Description  (Land)

# EXHIBIT "A"
# LEGAL DESCRIPTION

File No.:  1839412


Lot 501, RED LEDGES PHASE 2K, according to the Official Plat thereof as recorded in the Office of the Wasatch County Recorder, State of Utah.

Tax ID No. ORX-2K501-0-028-035 / 00-0021-1105 (shown for informational purposes only)

# EXHIBIT B

# EXHIBIT B

Legal Description (House)

**EXHIBIT "B"**
**LEGAL DESCRIPTION**

File No.:  1839964

Lot 500, RED LEDGES PHASE 2K, according to the Official Plat thereof as recorded in the Office of the Wasatch County Recorder, State of Utah.

Tax ID No. ORX-2K5000-028-035 / 00-0021-1104 (shown for informational purposes only)