KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@gtlaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile:  (213) 620-8816

*Attorneys for Receiver Geoff Winkler*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY; et al.,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST; et al.,<br><br>Relief Defendants | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 516 11TH STREET HUNTINGTON BEACH CA WITH PROCEEDS FROM SALE TO BE TRANSFERRED FROM ESCROW DIRECTLY TO THE RECEIVER** |

/ / /

/ / /

/ / /

Counsel are reminded that all documents must bear the correct case number 2:22-cv-00612-CDS-EJY. ECF No. 104.

1

ACTIVE 684652344v2

The following Stipulation and [Proposed] Order (the "Stipulation") regarding the sale of the real property located at 516 11th Street, Huntington Beach, CA 92648 and bearing the legal description appended hereto as **Exhibit A** (the "Property"), with proceeds from the sale to be transferred from escrow directly to Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, is made by and between Geoff Winkler, in his capacity as Receiver in the above-entitled action and the plaintiff Securities and Exchange Commission (the "Commission"), on the one hand, and Christopher R Humphries and Jessica Humphries ("Seller"), on the other hand, and with respect to the following facts:

1. The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order");

2. Among other things, the Appointment Order required the turnover of certain personal and real property to the Receiver, including the Property;

3. The proposed buyer for the Property is John Elias Haddad and Meredith Ann Carter (collectively "Buyer").  Buyer has agreed to purchase the Property for the sum of $2,600,000 in accordance with that certain California Residential Purchase Agreement and Joint Escrow Instructions dated November 14, 2022, as amended by Addendums 1-4 (the "PSA").  Per the PSA, the Buyer has deposited $78,000 into an escrow established at Escrow of the West (the " Escrow"), pursuant to that certain escrow agreement dated November 14, 2022, as an earnest money deposit;

4. The Buyer, Seller, and Receiver, have agreed that all proceeds of the foregoing sale shall be transmitted from the Escrow to the Receiver, via wire transfer, immediately upon the closing of the sale.  It is anticipated that the sale will close within thirty (30) days of the Court's approval of this Stipulation.  The Receiver and Seller, understand that Buyer's offer represents fair market value for the Property;

5. The Receiver is seeking to close the sale via this Stipulation in lieu of a receiver's auction process because recent changes and uncertainties in the real estate marketplace jeopardize the sale of the Property, and the recovery of the maximum sale proceeds for the benefit of the receivership estate in the immediate term.  In most cases, transfers of title from the defendants in the above-entitled

action to the Receiver would be necessary in order for the Receiver to conduct the auctions contemplated by 28 U.S.C. § 2001, and the sales procedures already approved by this Court (which include sale pursuant to stipulation, in certain circumstances). However, delays in connection with the closing of the sale that result from the auction process, and the time required by the title company to underwrite title policies, have created untenable delays that could result in the Buyer walking away from the sale;

6. The Receiver and his real estate broker believe that delays in the closing beyond the timing contemplated by the PSA will jeopardize the sale. As noted above, the market is deteriorating as a result of, among other things, the extraordinary rise in mortgage rates over the past six months. It is possible that if this sale does not close, the Property may remain on the market through the winter;

7. Seller has agreed that, after payment of closing costs and brokers' commissions, as reflected in the PSA, all sale proceeds from the sale of the Property shall be wired directly to the Receiver from Escrows, as provided above. It is estimated that the net proceeds of the sale, which will be wired from the Escrows to the Receiver, will be approximately $737,062.00;

8. Based upon the time that the Property has been on the market, the terms of the Buyer's offer, and anticipated market conditions for homes in this price range, the Receiver, Seller, and the Commission have agreed to the immediate sale of the Property to the Buyer, on the terms set forth in the PSA; and

9. Accordingly, in light of the unique facts and circumstances surrounding the proposed sale of the Property including but not limited to the limited market for an "as is" sale of real property, the all-cash terms of the sale, as well as the Receiver's concerns that failing to immediately move forward with this sale may lead to the receipt of significantly less recovery for the receivership estate, the undersigned parties believe this Stipulation is necessary, and in the best interest of all parties and the receivership estate. Therefore, the undersigned agree that it is appropriate to waive any requirements imposed by 28 U.S.C. § 2001, *et. seq.* to the extent they are applicable to the offer, the PSA, and the proposed sale.

/ / /

/ / /

3

*ACTIVE 684652344v2*

1 **ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

A. Seller may sell the Property pursuant to the terms of the PSA.

B. The deposit received by the Escrow pursuant to the PSA shall be immediately transferred to the Receiver; and

C. Upon the Closing of the sale of the Property pursuant to the PSA, all of the net sale proceeds shall be wired directly from the Escrow to the Receiver.

DATED this 20th day of January, 2023.

GREENBERG TRAURIG, LLP

By: */s/ Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
JASON K. HICKS, Bar No. 13149
KYLE A. EWING, Bar No. 014051

JARROD L. RICKARD, Bar No. 10203
KATIE L. CANNATA, Bar No. 14848
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
JOSHUA A. del CASTILLO*
MATTHEW D. PHAM*
*admitted pro hac vice
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
*Attorneys for Receiver Geoff Winkler*

DATED this 20th day of January, 2023.

SECURITIES & EXCHANGE COMMISSION

By: */s/ Tracy Combs*
TRACY S. COMBS, ESQ.
(California Bar No. 298664)
CASEY R. FRONK, ESQ.
(Illinois Bar No. 6296535) 351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (810) 524-5796
Fax: (810) 524-3558

[signatures continued on next page]

4

*ACTIVE 684652344v2*

[signatures continued on next page]

DATED this ___ day of January, 2023.

CHRISTIANSEN TRIAL LAWYERS

By: _____

PETER S. CHRISTIANSEN, ESQ. (#5254)
KENDELEE L. WORKS, ESQ. (#9611)
KEELY A. PERDUE, ESQ. (#13931)
keely@christiansenlaw.com
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992

*Attorneys for Christopher Humphries*

DATED this 19 day of January, 2023.

By: _____
CHRISTOPHER HUMPHRIES

DATED this 19 day of January, 2023.

By: _____
JESSICA HUMPHRIES

**IT IS HEREBY ORDERED** that:

    A.    Seller may sell the Property pursuant to the terms of the PSA.

    B.    The deposit received by the Escrow pursuant to the PSA shall be immediately transferred to the Receiver; and

    C.    Upon the Closing of the sale of the Property pursuant to the PSA, all of the net sale proceeds shall be wired directly from the Escrow to the Receiver.

Dated: _____

_____
Hon. Cristina D. Silva
Judge, United States District Court

5

DATED this 20th day of January, 2023.

CHRISTIANSEN TRIAL LAWYERS

By: _/s/ Peter S. Christensen_
PETER S. CHRISTIANSEN, ESQ. (#5254)
KENDELEE L. WORKS, ESQ. (#9611)
KEELY A. PERDUE, ESQ. (#13931)
keely@christiansenlaw.com
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992

*Attorneys for Christopher Humphries*

DATED this ___ day of January, 2023.

By: _____
CHRISTOPHER HUMPHRIES

DATED this ___ day of January, 2023.

By: _____
JESSICA HUMPHRIES

DATED this 20th day of January, 2023.

FOLEY & LARDNER LLP

By: _/s/ Pamela L. Johnston_
PAMELA L. JOHNSTON, ESQ.
PJohnston@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 972-4632
Facsimile: (213) 412-6992

*Attorney for Jessica Humphries (Non-Appearing)*

**IT IS HEREBY ORDERED** that:

A.  Seller may sell the Property pursuant to the terms of the PSA.

B.  The deposit received by the Escrow pursuant to the PSA shall be immediately transferred to the Receiver; and

C.  Upon the Closing of the sale of the Property pursuant to the PSA, all of the net sale proceeds shall be wired directly from the Escrow to the Receiver.

Dated: January 23, 2023

_____
HON. CRISTINA D. SILVA
Judge, United States District Court

5

ACTIVE 684652344v2

# EXHIBIT A

# EXHIBIT A

Legal Description

# EXHIBIT "A"
# LEGAL DESCRIPTION

Order No.: 1885526
Escrow No.: 1885526

The land referred to herein is situated in the State of California, County of Orange, City of Huntington
Beach and described as follows:

Lot 16 of Block 510 Main Street Section of Huntington Beach, in the City of Huntington Beach, County of
Orange, State of California, as per Map recorded in Book 3, Page 43 of Miscellaneous Maps, in the Office
of the County Recorder of said Orange County.

APN: 024-101-34

(End of Legal Description)