1  Jarrod L. Rickard, Bar No. 10203
     jlr@skrlawyers.com
2  Katie L. Cannata, Bar No. 14848
     klc@skrlawyers.com
3  SEMENZA KIRCHER RICKARD
   10161 Park Run Drive, Suite 150
4  Las Vegas, Nevada 89145
   Telephone:  (702) 835-6803
5  Facsimile:  (702) 920-8669

6  David R. Zaro (admitted *pro hac vice*)
     dzaro@allenmatkins.com
7  Joshua A. del Castillo (admitted *pro hac vice*)
     jdelcastillo@allenmatkins.com
8  Matthew D. Pham (admitted *pro hac vice*)
     mpham@allenmatkins.com
9  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
10 865 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-2543
11 Telephone:  (213) 622-5555
   Facsimile:  (213) 620-8816

12
   *Attorneys for Receiver Geoff Winkler*
13

Kara B. Hendricks, Bar No. 07743
  hendricksk@gtlaw.com
Jason K. Hicks, Bar No. 13149
  hicksja@gtlaw.com
Kyle A. Ewing, Bar No. 014051
  ewingk@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002

14                     UNITED STATES DISTRICT COURT

15                          DISTRICT OF NEVADA

16

17 | SECURITIES AND EXCHANGE COMMISSION,

18                    Plaintiff,

19         vs.

20 | MATTHEW WADE BEASLEY, *et al.*,

21                    Defendants

22 | THE JUDD IRREVOCABLE TRUST, *et al.*,

23                    Relief Defendants

24

Case No. 2:22-cv-00612-CDS-EJY

**STIPULATION AND ORDER AUTHORIZING DEFENDANT MATTHEW WADE BEASLEY TO TRANSFER OWNERSHIP OF REAL PROPERTIES TO RECEIVERSHIP ENTITY J&J CONSULTING SERVICES, INC., A NEVADA CORPORATION**

1    The following Stipulation and [Proposed] Order Authorizing Defendant Matthew Wade

2 Beasley to Transfer Ownership of Real Properties to Receivership Entity J&J Consulting Services,

3 Inc., a Nevada Corporation (the "Stipulation") is entered into by and between Geoff Winkler (the

4 "Receiver"), the Court-appointed receiver in the above-entitled action, and the plaintiff Securities

5 and Exchange Commission (the "Commission"), and defendant Matthew Wade Beasley

6 ("Mr. Beasley") by and through their respective representatives and with reference to the

7 following facts:

8         1.      On motion of the Commission, the Receiver was appointed on June 3, 2022

9 pursuant to this Court's Order Appointing Receiver [ECF No. 88], as amended by its July 28, 2022

10 Order Amending Receivership Order[ECF 207] (collectively the "Appointment Order");

11        2.      Among other things, the Appointment Order required the defendants in the above-

12 entitled action to turn over to the Receiver certain real and personal property assets, and further

13 authorized the Receiver to market such assets for sale;

14        3.      On August 8, 2022, this Court entered its Order Granting Petition of Receiver,

15 Geoff Winkler, for Order Approving Procedures for Sale of Real Property Out of Receivership

16 (the "Real Property Sales Procedures Order") [ECF No. 224] which, among other things approved

17 the Receiver's recommendations for the marketing and sale of those real property assets subject to

18 the turnover provisions of the Appointment Order, including the transfer of record ownership of

19 such real property to the receivership estate;

20        4.      The Receiver has identified the following real properties (collectively, the

21 "Properties") owned in whole or in part by Mr. Beasley, or an entity or trust owned or controlled

22 by him (collectively "Beasley"), and bearing the legal descriptions appended hereto as **Exhibits 1**

23 through 7, as real properties subject to the turnover provisions of the Appointment Order and the

24 sales procedures established by the Real Property Sales Procedures Order:

| Address / Property Description | Assessor's Parcel Number |
|---|---|
| 5475 Ruffian Road, Las Vegas, NV 89149 | 126-36-501-029 |
| 2143 Via Regina Coeli Street, Las Vegas, NV 89124 | 129-02-410-074 |

| | |
|---|---|
| ±0.64 Acres - SWC Ruffian Rd and W Stephen Ave, Las Vegas, NV 89149 | 126-36-501-031 |
| 5485 Ruffian Road, Las Vegas NV 89149-1269 | 126-36-501-030 |
| ±2.5 Acres - NWC Ruffian Rd and W Hammer Ln, Located in Section 36, Township 19 South, Range 59 East, Las Vegas, NV 89149 | 126-36-501-017 |
| 5317 Schoofer Street, Las Vegas, NV 89108 | 126-36-618-028 |
| 548 Lucerne Way, South Lake Tahoe, CA 96150 | 022-111-013-000 |

5.    Beasley acknowledges that the Properties are subject to the turnover Provisions of the Appointment Order;

6.    The Receiver has determined, in his reasonable business judgment, that it is necessary and appropriate for Beasley's ownership interest in the Properties to be assigned to one of the entities placed into receivership pursuant to the Appointment Order and under the Receiver's exclusive authority and control, J&J Consulting Services, Inc., a Nevada corporation ("J&J Consulting"), or such other entity in receivership that the Receiver may designate, in order for the Receiver to successfully market, sell, and convey clear title to prospective purchasers of the Properties; and

7.    The Receiver, the Commission, and Mr. Beasley agree that it is necessary and appropriate, and consistent with the turnover provisions of the Appointment Order, for Beasley to transfer or assign his ownership interest in the Properties to J&J Consulting, or such other entity in receivership that the Receiver may designate, in order to facilitate the Receiver's marketing and sale of the Properties for the benefit of the receivership estate established by the Appointment Order.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

A.    Beasley is authorized to transfer or assign his ownership interest in the Properties, bearing the legal descriptions appended hereto as **Exhibits 1** through 7, to J&J

1    Consulting, or such other entity in receivership and under the Receiver's exclusive

2    authority and control as designated by the Receiver.

3    B.    The forgoing transfers may be accomplished by grant deed, quit claim deed or other

4    form of real property transfer in the sole and absolute discretion of the Receiver.

5

6    DATED this 24th day of January, 2023.        DATED this 24th day of January, 2023.

7    GREENBERG TRAURIG, LLP                        SECURITIES & EXCHANGE COMMISSION

8    By: /s/ Kara B. Hendricks                     By: /s/ Casey Fronk

9    KARA B. HENDRICKS, Bar No. 07743              TRACY S. COMBS, ESQ.
     JASON K. HICKS, Bar No. 13149                 (California Bar No. 298664)

10   KYLE A. EWING, Bar No. 014051                 CASEY R. FRONK, ESQ.
                                                   (Illinois Bar No. 6296535) 351 South West

11   JARROD L. RICKARD, Bar No. 10203              Temple, Suite 6.100
     KATIE L. CANNATA, Bar No. 14848               Salt Lake City, Utah 84101

12   SEMENZA KIRCHER RICKARD                       Tel: (810) 524-5796

13   10161 Park Run Drive, Suite 150              Fax: (810) 524-3558
     Las Vegas, Nevada 89145

14   Telephone: (702) 835-6803
     Facsimile: (702) 920-8669

15

16   DAVID R. ZARO*
     JOSHUA A. del CASTILLO*

17   MATTHEW D. PHAM*
     *admitted pro hac vice

18   ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP

19   865 South Figueroa Street
     Suite 2800

20   Los Angeles, California 90017-2543

21   Telephone: (213) 622-5555
     Facsimile: (213) 620-8816

22   Attorneys for Receiver Geoff Winkler
     DATED this ___ day of January, 2023.

23

24   DEFENDANT MATTHEW WADE BEASLEY

25   By: _____
     MATTHEW WADE BEASLEY

26

27

28

**IT IS HEREBY ORDERED** that:

    A.    The Stipulation is approved, in its entirety; and

    B.    As provided for in the Stipulation, Defendant Matthew Wade Beasley is ordered and authorized to transfer or assign his ownership interest in the Properties, bearing the legal descriptions appended hereto as **Exhibits 1** through 7, to J&J Consulting, or such other entity in receivership and under the Receiver's exclusive authority and control as designated by the Receiver.

Dated: ___January 26, 2023___

                              Hon. Cristina D. Silva
                              Judge, United States District Court

**SECURITIES & EXCHANGE COMMISSION  v. MATTHEW WADE BEASLEY,**
USDC CASE NO. 2:22-CV-00612-CDS-EJY

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | 5475 Ruffian Road Property Legal Description |
| Exhibit 2 | 2143 Via Regina Coeli Street Property Legal Description |
| Exhibit 3 | 5485 Ruffian Road and .64 Acres SWC Ruffian Road and W. Stephen Avenue Property Legal Description |
| Exhibit 4 | 5485 Ruffian Road and .64 Acres SWC Ruffian Road and W. Stephen Avenue Property Legal Description |
| Exhibit 5 | 2.5 Acres – NWC Ruffian Road and W. Hammer Lane Property Legal Description |
| Exhibit 6 | 548 Lucerne Way Property Legal Description |

# EXHIBIT 1

# EXHIBIT 1

5475 Ruffian Road Property
Legal Description

# EXHIBIT 1
# 5475 Ruffian Road

## LEGAL DESCRIPTION

PARCEL ONE (1):

That portion of the Northeast Quarter (NE ¼) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 59 East, M.D.B. &M., described as follows:

Lot Two (2) as shown by map thereof in File 107 of Parcel Maps, Page 22, in the Office of the County Recorder of Clark County, Nevada.

PARCEL TWO (2):

An Easement for ingress and egress over those portions of Lots One (1), Three (3) and Four (4), lying within the Private Drive as shown by said map.

*ACTIVE 684807758v2*

# EXHIBIT 2

# EXHIBIT 2

2143 Via Regina Coeli Street Property
Legal Description

# EXHIBIT 2
## 2143 Via Regina Coeli Street

## LEGAL DESCRIPTION

LOT FOUR (4) IN BLOCK FIVE (5) OF CAMP LADY OF THE SNOWS SUBDIVISION AS SHOWN BY MAP THEREOF ON FILE IN BOOK 5, OF PLATS, PAGE 45, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

# EXHIBIT 3

# EXHIBIT 3

5485 Ruffian Road and 0.64 Acres SWC Ruffian
Road and W. Stephen Avenue Legal Description

# EXHIBIT 3
## 5485 Ruffian Road -AND- 0.64 Acres – SWC Ruffian Road and W. Stephen Ave.

## LEGAL DESCRIPTION

PARCEL ONE (1):

That portion of the Northeast Quarter (NE ¼) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 59 East, M.D.B &M., described as follows:

Lots Three (3) and Four (4) as shown by the map thereof in File 107 of Parcel Maps, Page 22, in the Office of the County Recorder of Clark County, Nevada.

Together with that land vacated by that Order of Vacation recorded October 30, 2019 in book 20191030 as Document No. 03413 and re-recorded October 31, 2019 in Book 20191031 as Document No. 00661, Official Records, Clark County, Nevada.

PARCEL TWO (2):

An Easement for ingress and egress over those portions of Lots One (1) and Two (2), lying within the Private Drive as shown by said map.

# EXHIBIT 4

# EXHIBIT 4

5485 Ruffian Road AND 0.64 Acres - SWC Ruffian Road and W. Stephen Avenue Legal Description

**Exhibit 4**
**5485 Ruffian Road -AND- 0.64 Acres – SWC Ruffian Road and W. Stephen Ave.**


**[INTENTIONALLY LEFT BLANK:**
**LEGAL DESCRIPTION COMBINED WITH AND NOW CONTAINED IN EXHIBIT 3]**

# EXHIBIT 5

# EXHIBIT 5

2.5 Acres - NWC Ruffian Road & W. Hammer Lane
Property Legal Description

**EXHIBIT 5**

**2.5 Acres – NWC Ruffian Road and W. Hammer Lane**


**LEGAL DESCRIPTION**


The Southeast Quarter (SE 1/4) of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE1/4) of Section 36, Township 19 South, Range 59 East, M.D.M.

*ACTIVE 684807758v2*

# EXHIBIT 6

# EXHIBIT 6

548 Lucerne Way Property Legal Description

# EXHIBIT 6
## 548 Lucerne Way

## LEGAL DESCRIPTION

The land referred to is situated in the County of El Dorado, City of South Lake Tahoe, State of California, and is described as follows:

Lot 18, as shown on the Map entitled "Tahoe Keys Unit No. 2", filed October 13, 1965 in the Office of the El Dorado County Recorder, California, in Book D, of Maps at Page 51, El Dorado County Records.

APN: 022-111-013-000