| | |
|---|---|
| Jarrod L. Rickard, Bar No. 10203<br>  jlr@skrlawyers.com<br>Katie L. Cannata, Bar No. 14848<br>  klc@skrlawyers.com<br>SEMENZA KIRCHER RICKARD<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone:  (702) 835-6803<br>Facsimile:  (702) 920-8669 | Kara B. Hendricks, Bar No. 07743<br>  hendricksk@gtlaw.com<br>Jason K. Hicks, Bar No. 13149<br>  hicksja@gtlaw.com<br>Kyle A. Ewing, Bar No. 014051<br>  ewingk@gtlaw.com<br>GREENBERG TAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002 |

David R. Zaro (admitted *pro hac vice*)
  dzaro@allenmatkins.com
Joshua A. del Castillo (admitted *pro hac vice*)
  jdelcastillo@allenmatkins.com
Matthew D. Pham (admitted *pro hac vice*)
  mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone:  (213) 622-5555
Facsimile:  (213) 620-8816

*Attorneys for Receiver Geoff Winkler*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTY AT 2143 VIA REGINA COELI STREET, LAS VEGAS, NEVADA** |

The following Stipulation and [Proposed] Order (the "Stipulation") regarding the sale of the real property located at 2143 Via Regina Coeli St., Las Vegas, Nevada and bearing the legal description appended hereto as **Exhibit A** (the "Regina Property"), is entered into by and between Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, and the

plaintiff Securities and Exchange Commission (the "Commission"), by and through their respective representatives, and with respect to the following facts:

1. The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order"). Pursuant to the Appointment Order, the Receiver was appointed as the federal equity receiver for, among other entities, J&J Consulting Services, Inc., a Nevada corporation ("Seller");

2. The Appointment Order required the turnover of certain personal and real property to the Receiver, including but not limited to the Regina Property (the "Regina Property".) The Regina Property was transferred to Seller in accordance with the Appointment Order.

3. The proposed buyers for the Regina Property, Howard N. Herndon and Dawna T. Herndon (collectively, "Buyer"), have agreed to purchase the Regina Property for the sum of $430,000 in accordance with the Residential Purchase Agreement dated November 2, 2022 (the "RPA"). The Buyer has deposited $9,000 into an escrow established at First American Title (the "Escrow"), pursuant to that escrow agreement dated 10/25/22, as an earnest money deposit. The proceeds of the sale shall be transmitted from Escrow to the Receiver, via wire transfer, immediately upon the closing of the sale. It is anticipated that the sale will close within 30 days of the District Court's approval of this Stipulation. The Receiver believes that the offer represents fair market value for the Regina Property.

4. The Receiver is seeking to close the sale via this Stipulation in lieu of a receiver's auction process because of unanticipated delays in the transfer of title to the Seller and a dispute with the Clark County Recorder's office over transfer taxes, both of which put the sale of the Regina Property, and the recovery of the sales proceeds for the benefit of the receivership estate, at risk in the immediate term. The transfers of title from the defendants to the Receiver are necessary in order for the Receiver to conduct the auctions contemplated by 28 U.S.C.§ 2001, and the sales procedures already approved by this Court (which include sale pursuant to stipulation, in certain circumstances). However, the title company needs to underwrite title policies for the transfers to the Buyer in order to issue policies and this is taking time given the overall title company concerns with receivers and

receivership matters. The timing of the foregoing matters could result in the loss of the sale of the Regina Property, and several other of the properties, and therefore potentially reduced returns to the receivership estate.

5. The Regina Property has been listed for sale since 10/7/22 and Buyer's offer is the only all-cash offer received by the Seller, despite a price reduction. The Regina Property was initially listed for $450,000. No offers were received at this price. Buyer's offer reflects the recent deterioration of the housing market in Clark County, the rise in mortgage interest rates, and the overall expectation that homes in this price range will be subject to material negotiations over the listed price.

6. The Seller and the real estate broker further believe that delays in the closing beyond the timing contemplated by the RPA will jeopardize the sale. As noted above, the market is deteriorating as a result of the extraordinary rise in mortgage rates over the past six months. It is possible that if this sale does not close, the Regina Property may remain on the market through the winter.

7. After payment of closing costs and brokers' commissions, as specifically reflected in the RPA, all sale proceeds from the sale of the Regina Property shall be wired directly to the Seller from Escrow, as provided for in Paragraph 3, above. It is estimated that the net proceeds of the sale, which will be wired from the Escrow to the Seller, will be approximately $405,624.04.

8. Based upon the time that the has been on the market, the terms of the Buyer's offer, and anticipated market conditions for homes in this price range, the Receiver, and the Commission have agreed to the immediate sale of the Regina Property to the Buyer, on the terms set forth in the RPA.

9. Accordingly, in light of the unique facts and circumstances surrounding the proposed sale of the Regina Property including but not limited to the limited market for an "as-is" sale of real property, the all-cash terms of the sale, as well as the Receiver's concerns that failing to immediately move forward with this sale may lead to the receipt of significantly less recovery for the receivership estate, the undersigned parties believe this Stipulation is necessary, and in the best interest of all parties and the receivership estate. Therefore, the undersigned agree that it is appropriate to waive

any requirements imposed by 28 U.S.C. § 2001, *et. seq.* to the extent they are applicable to the offer, the RPA and the proposed sale.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

    A.    Seller may sell the Regina Property pursuant to the offer reflected in the RPA;

    B.    The deposit received relating to the RPA shall be immediately delivered to the Seller; and

    C.    Following the District Court's approval of this Stipulation, on the Closing Date reflected in the RPA, that the net proceeds of the sale shall be wired directly from Escrow to the Seller.

| | |
|---|---|
| DATED this 27th day of January, 2023 | DATED this 27th day of January, 2023 |
| **GREENBERG TRAURIG, LLP** | **SECURITIES & EXCHANGE COMMISSION** |
| By: /s/ Kara B. Hendricks | By: /s/ Casey R. Fronk |
| KARA B. HENDRICKS (SBN 07743) | TRACY S. COMBS, ESQ. |
| JASON K. HICKS (SBN 13149) | (California Bar No. 298664) |
| KYLE A. EWING (SBN 14051) | CASEY R. FRONK, ESQ. |
| | (Illinois Bar No. 6296535) |
| JARROD L. RICKARD (SBN 10203) | 351 South West Temple, Suite 6 |
| KATIE L. CANNATA (SBN 14848) | 100 Salt Lake City, Utah  84101 |
| **SEMENZA KIRCHER RICKARD** | Telephone:  (810) 524-5796 |
| 10161 Park Run Drive, Suite 150 | Facsimile:  (810) 524-3558 |
| Las Vegas, Nevada  89145 | |
| Telephone:  (702) 835-6803 | |
| Facsimile:  (702) 920-8669 | |
| | |
| DAVID R. ZARO* | |
| JOSHUA A. del CASTILLO* | |
| MATTHEW D. PHAM* | |
| *admitted pro hac vice* | |
| **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP** | |
| 865 South Figueroa Street, Suite 2800 | |
| Los Angeles, California  90017-2543 | |
| Telephone: (213) 622-5555 | |
| Facsimile:  (213) 620-8816 | |
| *Attorneys for Receiver Geoff Winkler* | |

## **ORDER**

**IT IS HEREBY ORDERED** that:

A. Seller may sell the Regina Property pursuant to the terms of the RPA.

B. The deposit received by Escrow pursuant to the RPA shall be immediately transferred to the Seller; and

C. Upon the Closing of the sale of the Regina Property pursuant to the RPA, the net proceeds shall be wired directly from Escrow to the Seller.

**IT IS SO ORDERED.**

Dated: January 30, 2023

HON. CRISTINA D. SILVA
Judge, United States District Court

# EXHIBIT A

# EXHIBIT A

Legal Description

2143 Via Regina Coeli Street

# LEGAL DESCRIPTION

The Land referred to herein below is situated in the County of Clark, State of Nevada, and is described as follows:

LOT FOUR (4) IN BLOCK FIVE (5) OF CAMP LADY OF THE SNOWS SUBDIVISION AS SHOWN BY MAP THEREOF ON FILE IN BOOK 5, OF PLATS, PAGE 45, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA