Jarrod L. Rickard, Bar No. 10203
  jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
  klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

David R. Zaro (admitted *pro hac vice*)
  dzaro@allenmatkins.com
Joshua A. del Castillo (admitted *pro hac vice*)
  jdelcastillo@allenmatkins.com
Matthew D. Pham (admitted *pro hac vice*)
  mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California  90017-2543
Telephone:  (213) 622-5555
Facsimile:   (213) 620-8816

Kara B. Hendricks, Bar No. 7743
  hendricksk@gtlaw.com
Jason K. Hicks, Bar No. 13149
  hicksja@gtlaw.com
Kyle A. Ewing, Bar No. 14051
  ewingk@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002

*Attorneys for Receiver Geoff Winkler*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTIES AT 5475 RUFFIAN ROAD, LAS VEGAS, NEVADA AND 2.5 AC – NWC RUFFIAN ROAD AND W. HAMMER LANE, LAS VEGAS, NEVADA** |

/ / /

/ / /

/ / /

/ / /

The following Stipulation and [Proposed] Order (the "Stipulation") regarding the sale of the real property located at 5475 Ruffian Road, Las Vegas, Nevada, and bearing the legal description appended hereto as **Exhibit A** (the "Ruffian House"), and 2.5 AC – NWC Ruffian Road and W. Hammer Lane, Las Vegas, Nevada, and bearing the legal description appended hereto as **Exhibit B** (the "Ruffian Land"), Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, and the plaintiff Securities and Exchange Commission (the "Commission"), by and through their respective representatives, and with respect to the following facts:

1.      The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order").  Pursuant to the Appointment Order, the Receiver was appointed as the federal equity receiver for, among other entities, J&J Consulting Services, Inc., a Nevada corporation ("Seller");

2.      The Appointment Order required the turnover of certain personal and real property to the Receiver including but not limited to the Ruffian House and the Ruffian Lan (collectively, the "Properties".)  The Properties were transferred to Seller in accordance with the Appointment Order.

3.      The buyers of the Ruffian Land, Michael Ascunsion and Tokumba Britt (together, "Land Buyer") have agreed to purchase the Ruffian Land for the sum of $500,000 in accordance with a Vacant Land Purchase Agreement dated November 22, 2022 (the "Land RSA").  Per the Land RSA, the Land Buyer has deposited $7,500.00 into an escrow established at Stewart Title (the "Land Escrow"), pursuant to that escrow agreement dated November 23, 2022, as an earnest money deposit.

4.      The buyer of the Ruffian House, Christine Harper-Shene ("House Buyer"), has agreed to purchase the Ruffian House for the sum of $1,599,000 in accordance with the Residential Purchase Agreement dated November 22, 2022, (the "House RSA").  Per the terms of the House RSA, House Buyer has deposited $20,000 into an escrow established at Stewart Title (the "House Escrow"), pursuant to that escrow agreement dated November 23, 2022, as an earnest money deposit.

/ / /

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

*ACTIVE 684894918v1*

-2-

5.      The House Buyer, Land Buyer, Seller, and the Receiver have agreed that all proceeds of the foregoing sales shall be transmitted from the Land Escrow and the House Escrow (collectively the "Escrows") to the Seller, via wire transfer, immediately upon the closing of the sales.  It is anticipated that the sales will close within thirty (30) days of the District Court's approval of this Stipulation.  The Receiver believes that the offer represents fair market value for the Ruffian Land and Ruffian House.

6.      Defendant Matthew Beasley and Paula Beasley voluntarily signed the deed transferring the Properties to the Seller and consent to the sale.  Attached hereto as **Exhibit C** and **D** are copies of the grant deeds reflecting the transfer.  (*See also* ECF Dkt No. 442) (order authorizing transfer of properties from the Beasleys to Seller).

7.      The Receiver is seeking to close the sale via this Stipulation in lieu of a receiver's auction process because of changes and uncertainties in the real estate marketplace jeopardize the sale of the Properties, and the recovery of the maximum sale proceeds for the benefit of the receivership estate in the immediate term.  In most cases, transfers of title from the defendants to the Receiver are necessary in order for the Receiver to conduct the auctions contemplated by 28 U.S.C. 2001, and the sales procedures already approved by this Court (which include sale pursuant to stipulation, in certain circumstances).  However, delays in connection with the closing of the sale that result from the auction process and the time required by the title company to underwrite title policies have created untenable delays that could result in the buyers walking away from the sale.

8.      The Receiver and the real estate broker believe that delays in the closing beyond the timing contemplated by the Land RSA and House RSA will jeopardize the sales.  As noted above, the market is deteriorating as a result of, among other things, the extraordinary rise in mortgage rates over the past six months.  It is possible that if these sales do not close, the Properties may remain on the market through the winter and into spring.

9.      After payment of closing costs and brokers' commissions, as reflected in the Land RSA and House RSA, all sale proceeds from the sale of the respective Properties shall be wired directly to the Seller from the Escrows, as provided above.  It is estimated that the net proceeds of the sales, which will be wired from the Escrows to the Seller, will be approximately $1,743,433.84.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

*ACTIVE 684894918v1*

10.     Based upon the time that the Properties have been on the market, the terms of the offers and the anticipated market conditions for homes and raw land in these price ranges, the Receiver, Seller and the Commission have agreed to the immediate sale of the Properties to the buyers on the terms set forth in the Land RSA and House RSA.

11.     Accordingly, in light of the unique facts and circumstances surrounding the proposed sale of the Properties including but not limited to the limited market for an "as is" sale of real property, the all-cash terms of the sale, as well as the Receiver's concerns that failing to immediately move forward with this sale may lead to the receipt of significantly less recovery for the receivership estate, the undersigned parties believe this Stipulation is necessary, and in the best interest of all parties and the receivership estate.  Therefore, the undersigned agree that it is appropriate to waive any requirements imposed by 28 U.S.C. § 2001, *et. seq.* to the extent they are applicable to the offer, the Land RSA and House RSA and the proposed sale.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

A.     Seller may sell the Properties pursuant to the offers reflected in the Land RSA and the House RSA;

B.     The deposits received relating to the Land RSA and the House RSA shall be immediately delivered to the Seller; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

C.     Following the District Court's approval of this Stipulation, on the Closing Date reflected in the Land RSA and the House RSA, that the net proceeds of the sales shall be wired directly from Land Escrow and the House Escrow to the Seller.

DATED this 27th day of January, 2023

**GREENBERG TRAURIG, LLP**

By: */s/ Kara B. Hendricks*

KARA B. HENDRICKS (SBN 07743)
JASON K. HICKS (SBN 13149)
KYLE A. EWING (SBN 14051)

JARROD L. RICKARD (SBN 10203)
KATIE L. CANNATA (SBN 14848)
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

DAVID R. ZARO*
JOSHUA A. del CASTILLO*
MATTHEW D. PHAM*
*admitted pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone:  (213) 622-5555
Facsimile:   (213) 620-8816
*Attorneys for Receiver Geoff Winkler*

DATED this 27th day of January, 2023

**SECURITIES & EXCHANGE COMMISSION**

By: */s/ Casey R. Fronk*

TRACY S. COMBS, ESQ.
(California Bar No. 298664)
CASEY R. FRONK, ESQ.
(Illinois Bar No. 6296535)
351 South West Temple, Suite 6
100 Salt Lake City, Utah  84101
Telephone:  (810) 524-5796
Facsimile:   (810) 524-3558

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

## **ORDER**

2      **IT IS HEREBY ORDERED** that:

3          A.      Seller may sell the Properties pursuant to the terms of the Land RSA and House RSA.

4          B.      The deposit received by the escrows pursuant to the Land RSA and the House RSA

5   shall be immediately delivered to the Seller; and

6          C.      Upon the Closing of the sale of the Ruffian Land and the Ruffian House pursuant to

7   the Land RSA and the House RSA, all of the net sale proceeds shall be wired directly from the

8   Land Escrow and the House Escrow to the Seller.

9      **IT IS SO ORDERED.**

10

11   Dated:   January 30, 2023                              _____

12                                                          HON. CRISTINA D. SILVA
                                                           Judge, United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| INDEX OF EXHIBITS | |
|---|---|
| **EXHIBIT** | **DESCRIPTION** |
| Exhibit A | Legal Description (5475 Ruffian Road, Las Vegas, NV) |
| Exhibit B | Legal Description (2.5 Acres NWC Ruffian Road and W. Hammer Lane |
| Exhibit C | Grant Deed (5475 Ruffian Road, Las Vegas, NV) |
| Exhibit D | Grant Deed (2.5 Acre NWC Ruffian Road and W. Hammer Lane |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

*ACTIVE 684894918v1*

# EXHIBIT A

# EXHIBIT A

Legal Description
5475 Ruffian Road, Las Vegas, NV

**5475 Ruffian Road**

**LEGAL DESCRIPTION**

PARCEL ONE (1):

That portion of the Northeast Quarter (NE ¼) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 59 East, M.D.B. &M., described as follows:

Lot Two (2) as shown by map thereof in File 107 of Parcel Maps, Page 22, in the Office of the County Recorder of Clark County, Nevada.

PARCEL TWO (2):

An Easement for ingress and egress over those portions of Lots One (1), Three (3) and Four (4), lying within the Private Drive as shown by said map.

# EXHIBIT B

# EXHIBIT B

Legal Description
2.5 Acres - NWC Ruffian Road and W. Hammer Lane

**2.5 Acres – NWC Ruffian Road and W. Hammer Lane**

## LEGAL DESCRIPTION

The Southeast Quarter (SE 1/4) of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE1/4) of Section 36, Township 19 South, Range 59 East, M.D.M.

# EXHIBIT C

# EXHIBIT C

Grant Deed
5475 Ruffian Road, Las Vegas, NV

| A.P.N. No.: | 126-36-501-029 |
|---|---|
| R.P.T.T. | $8,154.90 |
| File No.: | 1853434-2 KHE |

**Recording Requested By:**

**Stewart Title Company**

| Mail Tax Statements To: | *Same as below* |
|---|---|

**When Recorded Mail To:**

J & J Consulting Services, Inc.

715 NW Hoyt Street Ste 4364

Portland, OR 97208

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That

**Matthew Beasley and Paula Beasley, husband and wife as joint tenants**

for valuable consideration, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey to

**J & J Consulting Services, Inc.,**

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

PARCEL ONE (1):

That portion of the Northeast Quarter (NE ¼) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 59 East, M.D.B. &M., described as follows:

Lot Two (2) as shown by map thereof in File 107 of Parcel Maps, Page 22, in the Office of the County Recorder of Clark County, Nevada.

PARCEL TWO (2):

An Easement for ingress and egress over those portions of Lots One (1), Three (3) and Four (4), lying within the Private Drive as shown by said map.

*SUBJECT TO:
1. Taxes for the fiscal year;
2. Reservations, restrictions, conditions, rights, rights of way and easements, if any of record on said premises.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and any reversions, remainders, rents, issues or profits thereof.

SIGNATURES AND NOTARY ON PAGE 2
THIS GRANT BARGAIN SALE DEED MAY BE SIGNED IN COUNTERPART.

(One inch Margin on all sides of Document for Recorder's Use Only)                           Page 1 of 2

Dated: January 12th, 2023

_____          _____
Matthew Beasley                                          Paula Beasley

_____

State of _Nevada_____ )
                                            ) ss
County of _N) + e_____ )

This instrument was acknowledged before me on the _18_ day of _January_, 2023
By: Matthew Beasley

Signature: _____
                   Notary Public
                   _Kathleen Neilson_
My Commission Expires: _02-19-2026_

KATHLEEN NEILSON
Notary Public, State of Nevada
Appointment No. 10-1534-1
My Appt. Expires Feb 19, 2026

_____

State of _Nevada_____ )
                                            ) ss
County of _Clark_____ )

This instrument was acknowledged before me on the _21st_ day of _January_, 2023
By: Paula Beasley

Signature: _____
                   Notary Public

My Commission Expires: _6/29/2026_

DANA JOHNSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 22-5281-01
MY APPT. EXPIRES JUNE 29, 2026

**(One inch Margin on all sides of Document for Recorder's Use Only)**          Page 2 of 2

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a)  126-36-501-029
   b)  _____
   c)  _____
   d)  _____
2. Type of Property:
   a.☐ Vacant Land          b.☒ Single Fam. Res.
   c.☐ Condo/Twnhse         d.☐ 2-4 Plex
   e.☐ Apt. Bldg.           f. ☐ Comm'l/Ind'l
   g.☐ Agricultural         h.☐ Mobile Home
   ☐ Other  _____

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property           $ 1,599,000.00 _____
   b. Deed in Lieu of Foreclosure Only (value of property)   ( _____ )
   c. Transfer Tax Value:                           $ 1,599,000.00 _____
   d. Real Property Transfer Tax Due                $ 8,154.90 _____

4. **If Exemption Claimed**:
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____     Capacity   Grantor _____

Signature _____     Capacity   Grantee _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name:  Matthew Beasley and Paula Beasley | Print Name:  J & J Consulting Services, Inc. |
| Address: 715 NW Hoyt Street Ste 4364715 NW Hoyt Street #4364 | Address:  715 NW Hoyt Street Ste 4364715 NW Hoyt Street Ste 4364 |
| City:  PortlandPortland | City:  Portland |
| State:   OROR    Zip:   9720897208 | State:   OROR    Zip:   97208 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

| | |
|---|---|
| Print Name:   Stewart Title Company | Escrow #   1853434-2 KHE |
| Address:   7251 W Lake Mead Blvd, Suite 350 | |
| City:   Las Vegas | State:   NV        Zip:   89128 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

## AFFIDAVIT AND CONSENT

State of $Nevada$ )
County of $Nye$ ) ss.
)

Matthew Beasley and Paula Beasley of legal age, being first duly sworn, deposes and says:

THAT they are the identical parties, who made, executed and delivered that certain deed to grantee J & J Consulting Services, Inc. dated   January 12, 2023;   exhibit A attached hereto;

THAT said deed is intended to be and is an absolute conveyance of the title to said property to the grantees named therein, and was not and is not now intended as a mortgage, trust conveyance or security of any kind;

THAT it was the intention of the affiant(s) as grantor(s) in said deed to convey, and by said deed these affiant(s) did convey, to the grantee(s) therein, all their right, title and interest absolutely in and to said property and that possession of said property has been surrendered to the grantee(s);

THAT in the execution and delivery of said deed affiant(s) was not acting under misapprehension as to the effect thereof, and acted freely and voluntarily and was not acting under coercion or duress;

THAT the consideration for said deed was and is payment to the affiant(s) of the sum of $1,599,000.00 by the grantee;

THAT at the time of making said deed affiant(s) believed and now believe that the aforesaid consideration therefore represented the fair value of said property;

THAT this affidavit is made for the protection and benefit of the grantees in said deed their successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in said property and particularly for the benefit of Stewart Title Company, which is about to insure the title to said property in reliance thereon, and any other title company which may hereafter insure the title to said property;

THAT affiant(s) will testify, declare, depose or certify before any competent tribunal, officer or person, in any case now pending or which may hereafter be instituted to the truth of the particular facts set forth above.

_____                    _____
Matthew Beasley                               Paula Beasley


State of Nevada        )
                       ) ss.
County of Nye          )

This instrument was acknowledged before me on 18 day of January , 2023.

By: Matthew Beasley

Signature _____
         Notary Public

KATHLEEN NEILSON
Notary Public, State of Nevada
Appointment No. 10-1534-1
My Appt. Expires Feb 19, 2026


State of Nevada        )
                       ) ss.
County of Clark        )

This instrument was acknowledged before me on 21st day of January , 2023.

By: Paula Beasley

Signature: _____
          Notary Public

DANA JOHNSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 22-5281-01
MY APPT. EXPIRES JUNE 29, 2026

## EXHIBIT "A"
## LEGAL DESCRIPTION

File No.: 1853434-2

PARCEL ONE (1):

That portion of the Northeast Quarter (NE ¼) of the Northeast Quarter (NE ¼) of Section 36, Township 19 South, Range 59 East, M.D.B. &M., described as follows:

Lot Two (2) as shown by map thereof in File 107 of Parcel Maps, Page 22, in the Office of the County Recorder of Clark County, Nevada.

PARCEL TWO (2):

An Easement for ingress and egress over those portions of Lots One (1), Three (3) and Four (4), lying within the Private Drive as shown by said map.

# EXHIBIT D

# EXHIBIT D

Grant Deed
2.5 Acre NWC Ruffian Road and W. Hammer Lane

| A.P.N. No.: | 126-36-501-017 |
|---|---|
| R.P.T.T. | $2,550.00 |
| File No.: | 1855159-2 KHE |

**Recording Requested By:**

**Stewart Title Company**

| Mail Tax Statements To: | Same as below |
|---|---|

**When Recorded Mail To:**

J & J Consulting Services, Inc.

715 NW Hoyt Street Ste 4364

Portland, OR  97208

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH:  That

**Matthew Beasley and Paula Beasley, husband and wife as joint tenants**

for valuable consideration, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey to

**J & J Consulting Services, Inc.,**

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

See Exhibit "A" attached hereto and made a part hereof.

*SUBJECT TO:
1. Taxes for the fiscal year;
2. Reservations, restrictions, conditions, rights, rights of way and easements, if any of record on said premises.
3. [Enter Data]

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and any reversions, remainders, rents, issues or profits thereof.

SIGNATURES AND NOTARY ON PAGE 2<br>THIS GRANT BARGAIN SALE DEED MAY BE SIGNED IN COUNTERPART.

**(One Inch Margin on all sides of Document for Recorder's Use Only)**                    Page 1 of 3

Dated: _____

Matthew Beasley

Paula Beasley

---

State of Nevada )
                       ) ss
County of NYE )

This instrument was acknowledged before me on the 18 day of January, 2023
By: Matthew Beasley

Signature: _____
                  Notary Public

My Commission Expires:  02-19-2026

KATHLEEN NEILSON
Notary Public, State of Nevada
Appointment No. 10-1534-1
My Appt. Expires Feb 19, 2026

---

State of Nevada )
                       ) ss
County of Clark )

This instrument was acknowledged before me on the 21st day of January, 2023
By: Paula Beasley

Signature: _____
                  Notary Public

My Commission Expires: 6/29/2026

DANA JOHNSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 22-6281-01
MY APPT. EXPIRES JUNE 29, 2026

---

**(One inch Margin on all sides of Document for Recorder's Use Only)**

## EXHIBIT "A"
## LEGAL DESCRIPTION

The Southeast Quarter (SE 1/4) of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE1/4) of <u>Section 36</u>, Township 19 South, Range 59 East, M.D.M.

**(One inch Margin on all sides of Document for Recorder's Use Only)**

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a) 126-36-501-017
   b) _____
   c) _____
   d) _____

2. Type of Property:

   | | | |
   |---|---|---|
   | a.☐ Vacant Land | b.☐ Single Fam. Res. | |
   | c.☐ Condo/Twnhse | d.☐ 2-4 Plex | |
   | e.☐ Apt. Bldg. | f. ☐ Comm'l/Ind'l | |
   | g.☐ Agricultural | h.☐ Mobile Home | |
   | ☐ Other | _____ | |

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property                              $ 500,000.00 _____
   b. Deed in Lieu of Foreclosure Only (value of property)    ( _____ ) _____
   c. Transfer Tax Value:                                                       $ 500,000.00 _____
   d. Real Property Transfer Tax Due                                     $ 2,550.00 _____

4. **If Exemption Claimed**:
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____%
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____                    Capacity    Grantor _____

Signature _____                    Capacity    Grantee _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Matthew Beasley and Paula Beasley | Print Name: J & J Consulting Services, Inc. |
| Address: 715 NW Hoyt Street #4364 | Address: 715 NW Hoyt Street Ste 4364 |
| City: Portland | City: Portland |
| State: OR          Zip: 97208 | State: OR          Zip: 97208 |

| **COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)** | |
|---|---|
| Print Name: Stewart Title Company | Escrow # 1855159-2 KHE |
| Address: 7251 W Lake Mead Blvd, Suite 350 | |
| City: Las Vegas | State: NV          Zip: 89128 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

## AFFIDAVIT AND CONSENT

State of   Nevada          )
                           ) ss.
County of  Nye             )


Matthew Beasley and Paula Beasley of legal age, being first duly sworn, deposes and says:

THAT they are the identical parties, who made, executed and delivered that certain deed to grantee  J & J Consulting Services, Inc.  dated   January 12, 2023;   exhibit A attached hereto;

THAT said deed is intended to be and is an absolute conveyance of the title to said property to the grantees named therein, and was not and is not now intended as a mortgage, trust conveyance or security of any kind;

THAT it was the intention of the affiant(s) as grantor(s) in said deed to convey, and by said deed these affiant(s) did convey, to the grantee(s) therein, all their right, title and interest absolutely in and to said property and that possession of said property has been surrendered to the grantee(s);

THAT in the execution and delivery of said deed affiant(s) was not acting under misapprehension as to the effect thereof, and acted freely and voluntarily and was not acting under coercion or duress;

THAT the consideration for said deed was and is payment to the affiant(s) of the sum of $350,000.00 by the grantee;

THAT at the time of making said deed affiant(s) believed and now believe that the aforesaid consideration therefore represented the fair value of said property;

THAT this affidavit is made for the protection and benefit of the grantees in said deed their successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in said property and particularly for the benefit of Stewart Title Company, which is about to insure the title to said property in reliance thereon, and any other title company which may hereafter insure the title to said property;

THAT affiant(s) will testify, declare, depose or certify before any competent tribunal, officer or person, in any case now pending or which may hereafter be instituted to the truth of the particular facts set forth above.

Matthew Beasley                              Paula Beasley

State of Nevada           )
                          ) ss.
County of Nye             )

This instrument was acknowledged before me on 16 day of January , 2023.

By:  Matthew Beasley

Signature:
        Notary Public

KATHLEEN NEILSON
Notary Public, State of Nevada
Appointment No. 10-1534-1
My Appt. Expires Feb 19, 2026

State of Nevada           )
                          ) ss.
County of Clark           )

This instrument was acknowledged before me on 21st day of January , 2023.

By:  Paula Beasley

Signature:
        Notary Public

DANA JOHNSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 22-5281-01
MY APPT. EXPIRES JUNE 29, 2026

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

File No.:  1855159-2

The Southeast Quarter (SE 1/4) of the Southwest Quarter (SW 1/4) of the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE1/4) of <u>Section 36</u>, Township 19 South, Range 59 East, M.D.M.