Jarrod L. Rickard, Bar No. 10203
  jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
  klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

David R. Zaro (admitted *pro hac vice*)
  dzaro@allenmatkins.com
Joshua A. del Castillo (admitted *pro hac vice*)
  jdelcastillo@allenmatkins.com
Matthew D. Pham (admitted *pro hac vice*)
  mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

Kara B. Hendricks, Bar No. 07743
  hendricksk@gtlaw.com
Jason K. Hicks, Bar No. 13149
  hicksja@gtlaw.com
Kyle A. Ewing, Bar No. 014051
  ewingk@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Attorneys for Receiver Geoff Winkler*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTY AT 548 LUCERNE WAY, SOUTH LAKE TAHOE, CALIFORNIA** |

/ / /

/ / /

/ / /

The following Stipulation and [Proposed] Order (the "Stipulation") regarding the sale of the real property located at 548 Lucerne Way, South Lake Tahoe, California and bearing the legal description appended hereto as **Exhibit A** (the "Lucerne Property"), is entered into by and between Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, and the plaintiff Securities and Exchange Commission (the "Commission"), by and through their respective representatives, and with respect to the following facts:

1. The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order"). Pursuant to the Appointment Order, the Receiver was appointed as the federal equity receiver for, among other entities, J&J Consulting Services, Inc., a Nevada corporation ("Seller");

2. The Appointment Order required the turnover of certain personal and real property to the Receiver, including but not limited to the Lucerne Property (the "Lucerne Property"). The Lucerne Property was transferred to Seller in accordance with the Appointment Order.

3. The proposed buyer for the Lucerne Property, The Weir Family Trust ("Buyer"), have agreed to purchase the Lucerne Property and all personal property for the sum of $3,300,000 in accordance with the Purchase and Sale Agreement dated January 6, 2023, as amended by Addendums 1-6 (the "PSA"). The Buyer has deposited $96,000, into an escrow established at Escrow of the West (the "Escrow"), pursuant to that escrow agreement dated January 6, 2023 as an earnest money deposit. The proceeds of the sale shall be transmitted from Escrow to the Seller, via wire transfer, immediately upon the closing of the sale. It is anticipated that the sale will close within thirty (30) days of the District Court's approval of this Stipulation. The Receiver believes that the offer represents fair market value for the Lucerne Property.

4. The Receiver is seeking to close the sale via this Stipulation in lieu of a receiver's auction process because of unanticipated delays in the transfer of title to the Seller which put the sale of the Lucerne Property, and the recovery of the sales proceeds for the benefit of the receivership estate, at risk in the immediate term. The transfers of title from the defendants to the Receiver are necessary in order for the Receiver to conduct the auctions contemplated by 28 U.S.C.§ 2001, and

the sales procedures already approved by this Court (which include sale pursuant to stipulation, in certain circumstances). However, the title company needs to underwrite title policies for the transfers to the Buyer in order to issue policies and this is taking time given the overall title company concerns with receivers and receivership matters. As detailed below, the timing of the foregoing matters could result in the loss of the sale of the Lucerne Property, and several other of the properties, and therefore potentially reduced returns to the receivership estate.

5. The Seller and the real estate broker further believe that delays in the closing beyond the timing contemplated by the PSA will jeopardize the sale. As noted above, the market is deteriorating as a result of the extraordinary rise in mortgage rates over the past six months. It is possible that if this sale does not close, the Lucerne Property may remain on the market through the winter.

6. After payment of closing costs and brokers' commissions, as specifically reflected in the PSA, all sale proceeds from the sale of the Lucerne Property shall be wired directly to the Seller from Escrow, as provided for in Paragraph 3, above. It is estimated that the net proceeds of the sale, which will be wired from the Escrow to the Seller, will be approximately $446,542.00.

7. Based upon the time that the has been on the market, the terms of the Buyer's offer, and anticipated market conditions for homes in this price range, the Receiver, and the Commission have agreed to the immediate sale of the Lucerne Property to the Buyer, on the terms set forth in the PSA.

8. Accordingly, in light of the unique facts and circumstances surrounding the proposed sale of the Lucerne Property including but not limited to the limited market for an "as is" sale of real property, the all-cash terms of the sale, as well as the Receiver's concerns that failing to immediately move forward with this sale may lead to the receipt of significantly less recovery for the receivership estate, the undersigned parties believe this Stipulation is necessary, and in the best interest of all parties and the receivership estate. Therefore, the undersigned agree that it is appropriate to waive any requirements imposed by 28 U.S.C. § 2001, *et. seq.* to the extent they are applicable to the offer, the PSA and the proposed sale.

///

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

    A.    Seller may sell the Lucerne Property pursuant to the offer reflected in the PSA;

    B.    The deposit received relating to the PSA shall be immediately delivered to the Seller; and

    C.    Following the District Court's approval of this Stipulation, on the Closing Date reflected in the PSA, that the net proceeds of the sale shall be wired directly from Escrow to the Seller.

DATED this 30th day of January, 2023

**GREENBERG TRAURIG, LLP**

By: /s/ *Kara B. Hendricks*
KARA B. HENDRICKS (SBN 07743)
JASON K. HICKS (SBN 13149)
KYLE A. EWING (SBN 14051)

JARROD L. RICKARD (SBN 10203)
KATIE L. CANNATA (SBN 14848)
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
JOSHUA A. del CASTILLO*
MATTHEW D. PHAM*
**admitted pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
*Attorneys for Receiver Geoff Winkler*

DATED this 30th day of January, 2023

**SECURITIES & EXCHANGE COMMISSION**

By: /s/ *Casey R. Fronk*
TRACY S. COMBS, ESQ.
(California Bar No. 298664)
CASEY R. FRONK, ESQ.
(Illinois Bar No. 6296535)
351 South West Temple, Suite 6
100 Salt Lake City, Utah 84101
Telephone: (810) 524-5796
Facsimile: (810) 524-3558

/ / /

/ / /

/ / /

**ORDER**

**IT IS HEREBY ORDERED** that:

    A.    Seller may sell the Lucerne Property pursuant to the terms of the PSA.

    B.    The deposit received by Escrow pursuant to the PSA shall be immediately transferred to the Seller; and

    C.    Upon the Closing of the sale of the Lucerne Property pursuant to the PSA, the net proceeds shall be wired directly from Escrow to the Seller.

**IT IS SO ORDERED.**

Dated: January 30, 2023

HON. CRISTINA D. SILVA
Judge, United States District Court

| INDEX OF EXHIBITS ||
|---|---|
| **EXHIBIT** | **DESCRIPTION** |
| Exhibit A | Legal Description (548 Lucerne Way, South Lake Tahoe, California |

# EXHIBIT A

# EXHIBIT A

Legal Description of
548 Lucerne Way, South Lake Tahoe, CA

# EXHIBIT "A"
# LEGAL DESCRIPTION

The land referred to is situated in the County of El Dorado, City of South Lake Tahoe, State of California, and is described as follows:

Lot 18, as shown on the Map entitled "Tahoe Keys Unit No. 2", filed October 13, 1965 in the Office of the El Dorado County Recorder, California, in Book D, of Maps at Page 51, El Dorado County Records.

APN: 022-111-013-000