# EXHIBIT A

# EXHIBIT A

Standardized Fund Accounting Report

**STANDARDIZED FUND ACCOUNTING REPORT for SEC v. JJ Consulting Services, Inc. et al.**
Civil Docket No. 2:22-cv-00612-CDS-EJY
Reporting Period from 10/01/2022 to 12/31/2022

| | FUND ACCOUNTING (See instructions) | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 10/01/2022): | 18,880,901.94 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | - | | |
| Line 3 | Cash and Securities (in transit) | - | | |
| Line 4 | Interest/Dividend Income | - | | |
| Line 5 | Business Asset Liquidation | - | | |
| Line 6 | Personal Asset Liquidation | 21,678,512.57 | | |
| Line 7 | Third-Party Litigation Income | - | | |
| Line 8 | Miscellaneous - Other | - | | |
| | Total Funds Available (Lines 1 - 8): | | 21,678,512.57 | 40,559,414.51 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | (644,682.64) | | |
| Line 10b | *Business Asset Expenses* | - | | |
| Line 10c | *Personal Asset Expenses* | (200,677.10) | | |
| Line 10d | *Investment Expenses* | - | | |
| Line 10e | *Third-Party Litigation Expenses* | - | | |
| | 1. Attorney Fees | - | | |
| | 2. Litigation Expenses | - | | |
| | *Total Disbursements for Receivership Operations* | | (845,359.74) | |
| Line 10f | *Tax Administrator Fees and Bonds* | | - | |
| Line 10g | *Federal and State Tax Payments* | | - | |
| | Total Disbursements for Receivership Operations | | | (845,359.74) |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator................................................................... | - | | |
| | Independent Distribution Consultant (IDC)............................. | - | | |
| | Distribution Agent..................................................................... | - | | |
| | Consultants................................................................................ | - | | |
| | Legal Advisers........................................................................... | - | | |
| | Tax Advisers.............................................................................. | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Miscellaneous | - | | |
| | *Total Plan Development Expenses* | | - | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |

**STANDARDIZED FUND ACCOUNTING REPORT for SEC v. JJ Consulting Services, Inc. et al.**
Civil Docket No. 2:22-cv-00612-CDS-EJY
Reporting Period from 10/01/2022 to 12/31/2022

|  |  | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………………………………………… | - |  |  |
|  | IDC………………………………………………………………………………… | - |  |  |
|  | Distribution Agent…………………………………………………………… | - |  |  |
|  | Consultants……………………………………………………………………… | - |  |  |
|  | Legal Advisers………………………………………………………………… | - |  |  |
|  | Tax Advisers…………………………………………………………………… | - |  |  |
|  | 2. Administrative Expenses | - |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan……………………………………… | - |  |  |
|  | Claimant Identification………………………………………………… | - |  |  |
|  | Claims Processing……………………………………………………… | - |  |  |
|  | Web Site Maintenance/Call Center……………………………… | - |  |  |
|  | 4. Fund Administrator Bond | - |  |  |
|  | 5. Miscellaneous | - |  |  |
|  | 6. Federal Account for Investor Restitution |  |  |  |
|  | (FAIR) Reporting Expenses | - |  |  |
|  | *Total Plan Implementation Expenses* |  | - |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  | - |
| Line 12 | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - |  |  |
| Line 12b | *Federal Tax Payments* | - |  |  |
|  | Total Disbursements to Court/Other: |  | - |  |
|  | Total Funds Disbursed (Lines 9 - 11): |  |  | (845,359.74) |
| Line 13 | **Ending Balance (As of 12/31/2022):** |  |  | 39,714,054.77 |
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* |  | 39,714,054.77 |  |
| Line 14b | *Investments* |  | - |  |
| Line 14c | *Other Assets or Uncleared Funds* |  | 40,335,453.27 |  |
|  | Total Ending Balance of Fund - Net Assets |  |  | 80,049,508.04 |

**OTHER SUPPLEMENTAL INFORMATION:**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator | - |  |  |
|  | IDC | - |  |  |
|  | Distribution Agent | - |  |  |
|  | Consultants | - |  |  |
|  | Legal Advisers | - |  |  |
|  | Tax Advisers | - |  |  |
|  | 2. Administrative Expenses | - |  |  |

EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT for SEC v. JJ Consulting Services, Inc. et al.**
Civil Docket No. 2:22-cv-00612-CDS-EJY
Reporting Period from 10/01/2022 to 12/31/2022

| | | | | |
|---|---|---|---|---|
| | 3. Miscellaneous | - | | |
| | Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Distribution Agent | - | | |
| | Consultants | - | | |
| | Legal Advisers | - | | |
| | Tax Advisers | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | - | | |
| | Notice/Publishing Approved Plan | - | | |
| | Claimant Identification | - | | |
| | Claims Processing | - | | |
| | Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. FAIR Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | - | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund | | | |
| Line 16a | Investment Expenses/CRIS Fees | | - | |
| Line 16b | Federal Tax Payments | | - | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | - |
| Line 17 | DC & State Tax Payments | | | - |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | | - | |
| Line 18b | # of Claims Received Since Inception of Fund | | - | |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | - | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | - | |

Receiver:     Geoff Winkler

By: _____

    Geoff Winkler
   (printed name)

**Chief Executive Officer**
**American Fiduciary Services LLC**
**Receiver, J&J Consulting Services, Inc. et al.**

**Date: January 31, 2023**

EXHIBIT A