# EXHIBIT B

# EXHIBIT B

East West Bank Receivership Account

**EAST WEST BANK RECEIVERSHIP ACCOUNT (A/E 0050)**
**OCTOBER 1, 2022 - DECEMBER 31, 2022**

| Date | Type | Amount | Payee/ Payor | Description |
|---|---|---|---|---|
| 10/06/2022 | Wire In | $132,359.22 | Christianson | Attorney Fee Handover |
| 10/06/2022 | Check | ($777.36) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($341.17) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($341.17) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($904.15) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($11,413.45) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($2,028.96) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($2,918.69) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($4,142.28) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($3,448.59) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($5,521.55) | Clark Country Treasurer | Taxes - State |
| 10/06/2022 | Check | ($1,500.00) | Finishing Touch Total Home Management | Costs to Secure/Maintain Property |
| 10/06/2022 | Check | ($5,625.00) | The Car Consultant Inc | Costs to Secure/Maintain Property |
| 10/12/2022 | Wire In | $4,950,000.00 | Insured Aircraft Title | Liquidation of Personal Property |
| 10/12/2022 | Wire In | $20,000.00 | Jackson White | Attorney Fee Handover |
| 10/14/2022 | Income Memo | $3,100.50 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $53.00 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $18,213.12 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $17,708.36 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $191.33 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $9,630.03 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $100.53 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $251,297.53 | Chase Bank | Turnover of Funds |
| 10/14/2022 | Income Memo | $45,446.31 | Chase Bank | Turnover of Funds |
| 10/17/2022 | Check | ($82.00) | AAA Landscaping LLC | Costs to Secure/Maintain Property |
| 10/17/2022 | Check | ($710.00) | Junkluggers of Southwest Las Vegas | Costs to Secure/Maintain Property |
| 10/17/2022 | Check | ($75.00) | Service Plus Plumbing | Costs to Secure/Maintain Property |
| 10/17/2022 | Stopped Check | $3,132.50 | Trustee Insurance Agency, Inc. | Other Receipts |
| 10/17/2022 | Stopped Check | $1,420.00 | Trustee Insurance Agency, Inc. | Other Receipts |
| 10/17/2022 | Stopped | $12,666.65 | Trustee Insurance | Other Receipts |

| Date | Type | Amount | Payee/Payer | Category |
|---|---|---|---|---|
| | Check | | Agency, Inc. | |
| 10/17/2022 | Check | ($3,132.50) | Trustee Insurance Agency, Inc. | Costs to Secure/Maintain Property |
| 10/17/2022 | Check | ($1,420.00) | Trustee Insurance Agency, Inc. | Costs to Secure/Maintain Property |
| 10/17/2022 | Check | ($12,666.65) | Trustee Insurance Agency, Inc. | Costs to Secure/Maintain Property |
| 10/17/2022 | Check | ($3,496.02) | Trustee Insurance Agency, Inc. | Costs to Secure/Maintain Property |
| 10/18/2022 | Wire In | $485,000.00 | THE CAR CONSULTANT | Liquidation of Personal Property |
| 10/19/2022 | Check | ($102.00) | NV Energy | Costs to Secure/Maintain Property |
| 10/19/2022 | Check | ($189.22) | NV Energy | Costs to Secure/Maintain Property |
| 10/19/2022 | Check | ($531.62) | NV Energy | Costs to Secure/Maintain Property |
| 10/19/2022 | Check | ($1,255.00) | NV Energy | Costs to Secure/Maintain Property |
| 10/19/2022 | Check | ($288.12) | South Tahoe Public Utility District | Costs to Secure/Maintain Property |
| 10/19/2022 | Check | ($29.61) | Southwest Gas | Costs to Secure/Maintain Property |
| 10/19/2022 | Check | ($62.21) | Southwest Gas | Costs to Secure/Maintain Property |
| 10/20/2022 | Deposit | $60,000.00 | Ben Tranquillo | Liquidation of Personal Property |
| 10/24/2022 | Deposit | $195,600.00 | Digital Federal Credit Union | Liquidation of Personal Property |
| 10/25/2022 | Wire In | $16.45 | Judd Family Foundation | Turnover of Funds |
| 10/25/2022 | Wire In | $1,127.12 | Judd Family Foundation | Turnover of Funds |
| 10/25/2022 | Wire In | $847,858.53 | Judd Family Foundation | Turnover of Funds |
| 10/25/2022 | Wire In | $3,198,213.21 | Judd Family Foundation | Turnover of Funds |
| 10/25/2022 | Wire In | $385,518.56 | Judd Family Trust | Turnover of Funds |
| 10/25/2022 | Wire In | $3,221,054.57 | Judd Family Trust | Turnover of Funds |
| 10/25/2022 | Wire In | $581,690.56 | Judd Family Trust | Turnover of Funds |
| 10/25/2022 | Wire In | $56,965.00 | The Car Consultant | Liquidation of Personal Property |
| 10/25/2022 | Wire In | $25,005.00 | The Car Consultant | Liquidation of Personal Property |
| 10/25/2022 | Voided Check | $5,625.00 | The Car Consultant Inc | Other Receipts |
| 10/25/2022 | Check | ($5,625.00) | The Car Consultant Inc | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($10,497.98) | Trustee Insurance Agency, Inc. | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($170.83) | Cox Business | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($45.00) | Kern County Airports | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($45.98) | Rapid City Regional Airport | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($2,708.52) | First National Bank of California | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($214.31) | City of Henderson Utility Services | Costs to Secure/Maintain Property |
| 10/28/2022 | Expense Adjustment | ($524.26) | City of Henderson Utility Services | Costs to Secure/Maintain Property |
| 11/07/2022 | Expense Adjustment | ($1,374.75) | Anthem Country Club Community Association | Costs to Secure/Maintain Property |

| Date | Type | Amount | Payee | Purpose |
|---|---|---|---|---|
| 11/07/2022 | Check | ($770.00) | ASM Pools Invoice | Costs to Secure/Maintain Property |
| 11/07/2022 | Check | ($354.60) | City of Henderson Parcel | Costs to Secure/Maintain Property |
| 11/07/2022 | Check | ($1,030.00) | Las Vegas Lock and Key | Costs to Secure/Maintain Property |
| 11/07/2022 | Check | ($2,400.00) | The Junkluggers | Costs to Secure/Maintain Property |
| 11/09/2022 | Wire In | $56,400.00 | The Car Consultant | Liquidation of Personal Property |
| 11/18/2022 | Check | ($200.00) | ASM Pools 9 Sky Arc | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($296.10) | California Pacific Electric Co | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($1,257.99) | Charlie's Maid Services | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($1,060.92) | City of Henderson Utility Services | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($186.90) | City of Henderson Utility Services | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($170.68) | Cox Communications | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($1,500.00) | Green Exterior Landscaping | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($185.40) | Joe D Real Estate, Inc. | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($259.00) | Joe D Real Estate, Inc. | Costs to Secure/Maintain Property |
| 11/18/2022 | Wire In | $201,060.00 | LAW OFFICES OF KAMILLE DEAN, PC | Attorney Fee Handover |
| 11/18/2022 | Check | ($104.52) | NV Energy | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($103.74) | Republic Services #620 | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($51.87) | Republic Services #620 | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($51.87) | Republic Services #620 | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($52.99) | Republic Services #620 | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($11.34) | Southwest Gas | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($116.44) | Southwest Gas | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($30.36) | Southwest Gas | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($25.17) | Southwest Gas | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($138.94) | Southwest Gas | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($5,282.42) | The Car Consultant | Costs to Secure/Maintain Property |
| 11/18/2022 | Check | ($2,016.10) | TKPOA Common | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($149.36) | ADT Security Services Acc | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($1,374.75) | Anthem Country Club | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($330.00) | Brilliant AV | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($58.83) | City of Henderson Utility Services | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($515.00) | David Richards | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($768.05) | NV Energy | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($253.61) | NV Energy | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($32.68) | NV Energy | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($470.04) | NV Energy | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($590.28) | NV Energy | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($51.87) | Republic Services | Costs to Secure/Maintain Property |
| 11/23/2022 | Check | ($11,576.16) | Trustee Insurance Agency, Inc. | Costs to Secure/Maintain Property |
| 11/23/2022 | Deposit | $2,765.86 | Rent Payment | Revenue from Operating Business |
| 11/23/2022 | Check | ($43,090.58) | Wasatch County Treasurer | Taxes - State |

| 11/28/2022 | Wire In | $6,249,705.12 | FIRST AMERICAN TITLE INSURANCE COMP | Other Liquidation of Real Property |
|---|---|---|---|---|
| 12/07/2022 | Wire In | $134,021.45 | TOWER 18 FUND LP | Liquidation of Personal Property |
| 12/08/2022 | Deposit | $41,713.68 | Jennifer Judd C/C | Turnover of Funds |
| 12/08/2022 | Deposit | $451.91 | U.S. National Bank | Turnover of Funds |
| 12/14/2022 | Check | ($82.00) | AAA Landscaping LLC | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($2,028.96) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($441.65) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($1,983.92) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($379.50) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($165.68) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($165.68) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($441.65) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($2,028.96) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($5,803.26) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($2,915.48) | Clark County Treasurer | Taxes - State |
| 12/14/2022 | Check | ($206.71) | Dominion Energy | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($3,975.00) | McGehee Family Trust | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($3,591.33) | The Car Consultant | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($170.00) | ASM Pools | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($426.35) | California Pacific Electric Co | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($343.19) | City of Henderson Utility Services | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($40.00) | Nevada Department of Motor Vehicles | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($40.00) | Nevada Department of Motor Vehicles | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($40.00) | Nevada Department of Motor Vehicles | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($40.00) | Nevada Department of Motor Vehicles | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($40.00) | Nevada Department of Motor Vehicles | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($20.00) | Nevada Department of Wildlife | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($20.00) | Nevada Department of Wildlife | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($20.00) | Nevada Department of Wildlife | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($849.80) | NV Energy | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($58.23) | NV Energy | Costs to Secure/Maintain Property |
| 12/14/2022 | Check | ($2,450.00) | Sunset Oasis Custom Pools and Landscaping | Costs to Secure/Maintain Property |
| 12/21/2022 | Income Adjustment | $185,044.43 | Cirrus Aviation | Revenue from Operating Business |
| 12/22/2022 | Wire In | $281,040.90 | FIRST AMERICAN TITLE INSURANCE COMP | Liquidation of Real Property |

| | | | | |
|---|---|---|---|---|
| 12/28/2022 | Wire Out | ($180,998.93) | Allen Matkins | Fees and Expenses to Professionals |
| 12/28/2022 | Wire Out | ($150,755.60) | Greenberg Traurig | Fees and Expenses to Professionals |
| 12/28/2022 | Wire Out | ($318,126.84) | Geoff Winkler, Receiver | Fees and Expenses to Professionals |
| 12/28/2022 | Wire Out | ($10,163.60) | Semenza Kircher Rickard | Fees and Expenses to Professionals |
| | *Total* | **$20,831,256.60** | | |