# EXHIBIT C

# EXHIBIT C

Summary Cash Flow Statement and Summary Balance Sheet

**SEC v. J & J Consulting Services, LLC et al**
**Summary Cash Flow Statement**
**For the period ending December 31, 2022**

| | |
|---|---:|
| ***Cash at Beginning of Period*** | $18,880,902 |
| ***Cash Inflows*** | |
| Attorney Fee Handovers | $353,419 |
| Liquidation of Personal Property | $5,962,991 |
| Liquidation of Real Property | $6,530,746 |
| Revenue from Operating Business | $185,044 |
| Other Receipts | $22,926 |
| Turnover of Funds | $8,623,385 |
| ***Total Cash Inflows*** | **$21,678,513** |
| ***Cash Outflows*** | |
| Payments to Professionals | $ (644,683) |
| Personal Asset Expenses and Other | $ (200,677) |
| ***Total Cash Outflows*** | **$(845,360)** |
| ***Cash at End of Period*** | **$39,714,055** |

**SEC v. J & J Consulting Services, LLC et al**
**Summary Balance Sheet**
**As of December 31, 2022**

| | |
|---|---:|
| ***Assets*** | |
| EWBK Account | 39,714,055 |
| Marketable Securities | 1,162,996 |
| Real Property* | 36,728,019 |
| Personal Property* | 2,444,438 |
| ***Total Assets*** | **80,049,508** |
| ***Liabilities*** | |
| Accrued Professional Holdback | 397,597 |
| Net Cash Investors* | 450,000,000 |
| ***Total Liabilities*** | **450,397,597** |
| ***Equity*** | |
| Retained Earnings | (370,348,089) |
| ***Total Equity*** | **(370,348,089)** |

*Accounts are estimated values and are subject to change as more information is available and the Receiver completes his forensic accounting.