# EXHIBIT D

# EXHIBIT D

[Proposed] Order Approving Third Quarterly Report and Petition for Further Instructions

KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

*Attorneys for Geoff Winkler Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; et. al.,<br><br>Defendants;<br><br>THE JUDD IRREVOCABLE TRUST; et. al.,<br><br>Relief Defendants. | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**[PROPOSED] ORDER APPROVING THIRD QUARTERLY REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER GEOFF WINKLER** |

///

///

///

2915442.1
*ACTIVE 681120800v2*

The Court having reviewed the *Third Quarterly Report and Petition for Further Instructions of Receiver Geoff Winkler,* (the "Status Report") and having held a hearing at which appearances were noted on the record, for the reasons set forth on the record,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Status Report and the actions of Geoff Winkler, the receiver (the "Receiver"), set forth therein are approved, and the Court finds that the receivership should continue pursuant to the terms of the Order Appointing Receiver ("Appointment Order") (ECF 88);

2. The Receiver is authorized to undertake the recommendations presented in the Status Report including a continued engagement of those professionals he deems necessary for the proper administration of the Receivership Entities and their estate.

**IT IS SO ORDERED.**

_____
U.S. District Court Judge

DATED: _____

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600
LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856