UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission, | Case No. 2:22-cv-00612-CDS-EJY |
| Plaintiff | |
| v. | **Order Granting Receiver's Motions Related to the Third Quarterly Report** |
| Christopher R. Humphries, et al., | |
| Defendants | [ECF Nos. 452, 462, 466, 467, 469] |
| CJ Investments, LLC, et al., | |
| Relief Defendants | |

The court has reviewed and considered the *Third Quarterly Report and Petition for Further Instructions of Receiver Geoff Winkler* (hereinafter "the Status Report") (ECF No. 452), the Receiver's motion to approve the *Third Quarterly Application for Payment of Attorney's Fees and Reimbursement of Expenses of Receiver's Counsel: (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP; and (2) Semenza Kircher Rickard* (ECF Nos. 462, 467), and the Receiver's motion to approve the *Third Quarterly Application for Payment of Fees and Reimbursement of Expenses of Receiver and Receiver's Counsel Greenberg Trauig* (ECF Nos. 466, 467). And the court held a hearing on these matters on February 15, 2023.

**IT IS HEREBY ORDERED** that the Status Report (ECF No. 452) and the actions of Receiver Geoff Winkler are approved.

**IT IS FURTHER ORDERED** that the Receivership should continue under the terms set forth in the Order Appointing Receiver (ECF No. 88).

**IT IS FURTHER ORDERED** that the Receiver is authorized to undertake the recommendations set forth in the Status Report, including a continued engagement of the professionals that he deems necessary for the proper administration of the Receivership entities and their estate.

**IT IS FURTHER ORDERED** that the Receiver's motion to approve the *Third Quarterly Application for Payment of Attorney's Fees and Reimbursement of Expenses of Receiver's Counsel: (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP; and (2) Semenza Kircher Rickard* [ECF Nos. 462, 467] is GRANTED (as amended at ECF No. 469).

**IT IS FURTHER ORDERED** that the Receiver's motion to approve the *Third Quarterly Application for Payment of Attorney's Fees and Reimbursement of Expenses of Receiver's Counsel Greenberg Trauig* [ECF Nos. 466, 467] is GRANTED.

**IT IS FURTHER ORDERED** that the omnibus motion to approve *Third Quarterly Application for Payment of Attorney's Fees and Reimbursement of Expenses of Receiver's Counsel for the period from October 1, 2022 through December 31, 2022* [ECF No. 467] is GRANTED (and as amended at ECF No. 469).

DATED: February 21, 2023

_____
Cristina D. Silva
United States District Judge