Jarrod L. Rickard, Bar No. 10203
 jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
 klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

David R. Zaro (admitted *pro hac vice*)
 dzaro@allenmatkins.com
Joshua A. del Castillo (admitted *pro hac vice*)
 jdelcastillo@allenmatkins.com
Matthew D. Pham (admitted *pro hac vice*)
 mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

Kara B. Hendricks, Bar No. 07743
 hendricksk@gtlaw.com
Jason K. Hicks, Bar No. 13149
 hicksja@gtlaw.com
Kyle A. Ewing, Bar No. 014051
 ewingk@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Attorneys for Receiver Geoff Winkler

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER AUTHORIZING THE SALE OF REAL PROPERTY AT 8 TWISTED ROCK COURT, HENDERSON, NEVADA WITH PROCEEDS FROM SALE TO BE TRANSFERRED FROM ESCROW DIRECTLY TO THE RECEIVER** |

The following Stipulation and [Proposed] Order (the "Stipulation") regarding the sale of the real property located at 8 Twisted Rock Court, Henderson, Nevada and bearing the legal description appended hereto as **Exhibit A** (the "Property"), with proceeds from the sale to be transferred from escrow directly to Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, is made by and between the Receiver and the plaintiff Securities and Exchange Commission (the "Commission"), on the one hand, and Defendants Jeffrey J. Judd and Jennifer R. Judd, Trustees of the Judd Nevada Trust dated December 15, 2020 (collectively "Seller"), on the other hand, by and through their respective representatives, and with respect to the following facts:

The Receiver was appointed on June 3, 2022 pursuant to this Court's Order Appointing Receiver [ECF No. 88] which was amended on July 28, 2022 [ECF 207] (collectively the "Appointment Order");

Among other things, the Appointment Order required the turnover of certain personal and real property to the Receiver, including the Property.

The proposed buyer, Studio Summit, LLC, a Nevada limited liability company[1] ("Buyer"), has agreed to purchase the Property for the sum of $1,950,000 in accordance with that Vacant Land Purchase Agreement dated February 6, 2023, as amended by Counter Offer No. 2, dated February 9, 2023 (together the "PSA"). Buyer has deposited $75,000 into the escrow established at Stewart Title (the "Escrow"), pursuant to that escrow agreement dated February 6, 2023, as an earnest money deposit. Buyer, Seller, and the Receiver have agreed that the proceeds of the sale shall be transmitted from Escrow to the Receiver, via wire transfer, immediately upon the closing of the sale. It is anticipated that the sale will close within 30 days of the District Court's approval of this Stipulation. The Receiver and Seller believe and agree that the offer represents fair market value for the Property.

Seller has agreed that, after payment of closing costs and brokers' commissions, as specifically reflected in the PSA, all sale proceeds from the sale of the Property shall be wired

---

[1] The PSA identified Noah Nehlich or his nominee as the buyer. Mr. Nehlich has identified Studio Summit, LLC, as his "nominee."

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4867-6991-2402 2

directly to the Receiver from Escrow, as provided for in Paragraph 3, above. It is estimated that the net proceeds of the sale which will be wired from the Escrow to the Receiver will be approximately $1,822,063.79.

Based upon the time that the Property has been on the market, the terms of the Buyer's offer, and the anticipated market conditions impacting the sale price of homes in this price range, the Receiver, Seller and the Commission have agreed to the immediate sale to Buyer on the terms set forth in the PSA.

Accordingly, in light of the unique facts and circumstances surrounding proposed sale of the Property including but not limited to its high value, the limited market for an "as is" sale of such an expensive property, the all-cash terms of the sale, as well as the Receiver's concerns that failing to immediately move forward with this sale may lead to the receipt of significantly less recovery for the receivership estate, the undersigned parties believe this Stipulation is necessary, and in the best interest of all parties and the receivership estate. Therefore, the undersigned agree that it is appropriate to waive any requirements imposed by 28 U.S.C. § 2001, *et. seq.* to the extent they are applicable to the offer, the PSA and the proposed sale.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

A. Seller may sell the Property pursuant to the offer reflected in the PSA;

B. The deposit received relating to the PSA be immediately delivered to the Receiver; and

C. Following the District Court's approval of this Stipulation, on the Closing Date reflected in the PSA, that the net proceeds of the sale shall be wired directly from Escrow to the Receiver.

///
///
///

| | |
|---|---|
| DATED this 3rd day of March, 2023. | DATED this 3rd day of March, 2023. |
| GREENBERG TRAURIG, LLP | SECURITIES & EXCHANGE COMMISSION |
| By: /s/ Kara B. Hendricks | By: /s/ Casey Fronk |
| KARA B. HENDRICKS, Bar No. 07743<br>JASON K. HICKS, Bar No. 13149<br>KYLE A. EWING, Bar No. 014051 | TRACY S. COMBS, ESQ.<br>(California Bar No. 298664)<br>CASEY R. FRONK, ESQ.<br>(Illinois Bar No. 6296535) 351 South West Temple, Suite 6.100<br>Salt Lake City, Utah 84101<br>Tel: (810) 524-5796<br>Fax: (810) 524-3558 |
| JARROD L. RICKARD, Bar No. 10203<br>KATIE L. CANNATA, Bar No. 14848<br>**SEMENZA KIRCHER RICKARD** 10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 835-6803<br>Facsimile: (702) 920-8669 | |

DAVID R. ZARO*
JOSHUA A. del CASTILLO* MATTHEW D. PHAM*
*admitted pro hac vice
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
*Attorneys for Receiver Geoff Winkler*

DATED this 1st day of March, 2023.

By: /s/ Jeff Judd
JEFFREY J. JUDD *(Trustee for Judd Nevada Trust)*

By: /s/ Jennifer Judd
JENNIFER R. JUDD *(Trustee for Judd Nevada Trust)*

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1 **IT IS HEREBY ORDERED** that:

2 A. Seller may sell the real property located at 8 Twisted Rock Court, Henderson, Nevada pursuant to the terms of the PSA.

B. The deposit received by Escrow pursuant to the PSA shall be immediately transferred to the Receiver; and

C. Upon the Closing of the sale of the property located at 8 Twisted Rock Court, Henderson, Nevada, pursuant to the PSA, the net sale proceeds shall be wired directly from Escrow to the Receiver.

**IT IS SO ORDERED.**

_____
HON. CRISTINA D. SILVA
Judge, United States District Court

DATED this 6th day of March 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on **March 3, 2023**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 | Facsimile: (702) 792-9002

3

ACTIVE 684991065v1

**SECURITIES & EXCHANGE COMMISSION v. MATTHEW WADE BEASLEY,**
USDC CASE NO. 2:22-CV-00612-CDS-EJY

| LIST OF EXHIBITS | |
|---|---|
| **EXHIBIT** | **DESCRIPTION** |
| Exhibit A | Legal Description (8 Twisted Rock Court, Henderson, Nevada) |

# EXHIBIT A

# EXHIBIT A

Legal Description

# EXHIBIT "A"
## LEGAL DESCRIPTION

File No.: 1853362

Lot One Hundred Seventy (170) in Block Six (6) of AMENDED MAP OF ASCAYA (FKA CRYSTAL RIDGE) PHASE 1 as shown by map thereof on file in Book 141 of Plats, Page 92, and amended by that certain Certificate of Amendment recorded October 14, 2014 in Book 20141014 as Instrument No. 00868 in the Office of the County Recorder of Clark County, Nevada.