Vincent J. Aiello, Esq.
Nevada Bar No. 7970
SPENCER FANE, LLP
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 938-8648
vaiello@spencerfane.com
*Attorneys for Defendant Richard R. Madsen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN;<br><br>Defendants.<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC.; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants. | CASE NO.: 2:22-cv-00612-CDS-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

**SUBSTITUTION OF ATTORNEY**

Defendant Richard R. Madsen, hereby substitutes Vincent J. Aiello, Esq. of Spencer Fane LLP, 300 South Fourth Street, Suite 950, Las Vegas, Nevada 89101, Telephone (702) 408-3400, Facsimile (702) 938-8648, vaiello@spencerfane.com, as attorney of record in place and stead of Cami Perkins, Esq. and John J. Savage, Esq. of Howard & Howard PLLC.

DATED: March 21, 2023.

_____
Richard R. Madsen

I consent to the above substitution.

DATED: March 21, 2023.

_____
Cami Perkins, Esq.

DATED: March 21, 2023.

_____
John J. Savage, Esq.

I have been retained by Defendant Richard R. Madsen and accept the above substitution. I am duly admitted to practice in this District.

DATED: March 23, 2023.

*Vincent Aiello*
_____
Vincent J. Aiello, Esq.

**IT IS SO ORDERED.**

DATED: March 23, 2023

_____
United States Magistrate Judge

- 2 -