KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California  90017-2543
Telephone:  (213) 622-5555
Facsimile:   (213) 620-8816

Attorneys for Receiver, Geoff Winkler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**ORDER GRANTING OMNIBUS MOTION TO APPROVE FOURTH QUARTERLY APPLICATIONS FOR FEES AND REIMBURSEMENT OF EXPENSES FOR RECEIVER, RECEIVER'S COUNSEL AND RECEIVER'S LITIGATION SUPPORT CONSULTANT FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023**<br>[ECF Nos. 516, 519, 521] |

The court having reviewed the Omnibus Motion to Approve Fourth Quarterly Applications for Fees and Reimbursement of Expenses for Receiver, Receiver's Counsel and Receiver's Litigation Support Consultant for the Period from January 1, 2023 through March 31, 2023 (ECF No. 521); the Fourth Quarterly Applications for Fees and Reimbursement of Expenses for Receiver, Receiver's Counsel Greenberg Traurig, and Receiver's Litigation

ACTIVE 687409854v1

Support Consultant (ECF No. 519); the Fourth Quarterly Applications for Fees and Reimbursement of Expenses for Receiver and Receiver's Counsel (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP and (2) Semenza Kircher Rickard (ECF No. 516); and the court having found that notice was proper and that good cause exists to approve the same,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Omnibus Motion to Approve Fourth Quarterly Applications for Fees and Reimbursement of Expenses for Receiver, Receiver's Counsel, and Receiver's Litigation Support Consultant for the Period from January 1, 2023 through March 31, 2023 [ECF No. 521] is hereby GRANTED and:

(1) the Receiver fees of $428,800.50 and costs of $21,340.86 are allowed;

(2) Greenberg Traurig fees of $123,468.75 and costs of $305.08 are allowed;

(3) Aitheras fees of $1,364.00 are allowed;

(4) Allen Matkins fees of $197,881.00. and costs of $1,501.36 are allowed; and

(5) Semenza Kircher fees of $7,728.50 and costs of $55.00 are allowed.

The Receiver is hereby authorized to pay 80% of the allowed fees and 100% of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Kircher from funds on hand in the receivership estate. The Receiver is further authorized to pay 100% of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:      June 29, 2023

ACTIVE 687409854v1