# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission, | Case No. 2:22-cv-00612-CDS-EJY |
| Plaintiff | |
| v. | **Order Accepting Fourth Status Report and Authorizing Further Actions by Receiver Geoff Winkler** |
| Matthew Wade Beasley, et al., | |
| Defendants | **[ECF No. 508]** |
| The Judd Irrevocable Trust, et al., | |
| Relief Defendants | |

The court having reviewed and considered the *Fourth Status Report* and having held a hearing on June 29, 2023,

**IT IS HEREBY ORDERED** that the Fourth Status Report and the actions of Receiver Geoff Winkler are approved.

**IT IS FURTHER ORDERED** that the receivership should continue pursuant to the terms set forth in the Order Appointing Receiver (ECF No. 88).

**IT IS FURTHER ORDERED** that the receiver is authorized to undertake the recommendations set forth in the Fourth Status Report (ECF No. 508) including a continued engagement of professionals he deems necessary for the proper administration of the Receivership entities and their estate.

IT IS SO ORDERED.

DATED: June 29, 2023

_____
Cristina D. Silva
United States District Judge