KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No. 014051
ewingk@gtlaw.com
CHRISTIAN SPAULDING, Bar No. 14277
cspaulding@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Attorneys for Geoff Winkler Receiver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>Defendants;<br><br>THE JUDD IRREVOCABLE TRUST *et al.*<br><br>Relief Defendants. | Case No. 2:22-CV-00612-CDS-EJY<br><br>**FIFTH QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, RECEIVER'S COUNSEL GREENBERG TRAURIG, LLP, AND RECEIVER'S LITIGATION SUPPORT CONSULTANT AITHERAS, LLC FOR THE PERIOD APRIL 1, 2023 THROUGH JUNE 30, 2023** |

Comes now, Geoff Winkler, the Court-appointed Receiver (the "Receiver"), by and through his counsel of record the law firm of Greenberg Traurig, LLP, and hereby submits this Fifth Quarterly Application for Payment of Fees and Reimbursement of Expense of Receivers, Receiver's counsel Greenberg Traurig, LLP, and Receiver's Litigation Support Consultant Aitheras, LLC for the period of April 1, 2023 through June 30, 2023 ("Fifth Application").[1]

/ / /

/ / /

---

[1] A separate application will be submitted by the law firms of Allen Matkins Leck Gamble Mallory & Natsis LLP and Semenza Kircher Rickard.

ACTIVE 688826806v3

This Application is based on the below Memorandum of Points and Authorities, the declarations attached hereto, the pleadings and papers on file herein, and such other and further information as may be presented to the Court at the time of any hearing.

DATED this 15th day of August 2023.

**GREENBERG TRAURIG**, LLP

/s/ *Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
JASON K. HICKS, Bar No. 13149
KYLE A. EWING, Bar No. 014051
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Receiver Geoff Winkler*

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  INTRODUCTION.**

As the Court is aware, Geoff Winker of American Fiduciary Service ("AFS") was appointed as Receiver in this matter on June 3, 2022 (ECF No. 88). Because the Receiver is not a licensed attorney, does not have in-house counsel, and due to the scope of service needed during the Application Period he employed professionals to assist him in fulfilling his duties as the Receiver. Greenberg Traurig is one of three firms that serve as Court-approved counsel to the Receiver, and whose appointment was reaffirmed via the Court's July 28, 2022 Order Amending Receivership Order (ECF No. 88) (the "Amended Appointment Order") (ECF No. 207). Additionally, Aitheras, LLC ("Aitheras") serves as the Receiver's litigation support consultant, whose employment was approved by this Court on February 17, 2023. ECF No. 470.

Pursuant to the terms of the Appointment Order and Amended Appointment Order, the Receiver is vested with authority and control over J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; J and J Purchasing LLC; The Judd Irrevocable Trust; and BJ Holdings LLC, and over the Wells Fargo Interest on Lawyers' Trust Account ending in 5598 and held in the name of Beasley Law Group PC, along with the personal assets of certain individual defendants in the above-entitled action (all, collectively, the

"Receivership Defendants") and authorized to, subject to the approval of this Court, "engage and employ persons in his discretion … to assist him in carrying out his duties and responsibilities [as Receiver], including, but not limited to … attorneys" and other professionals.  (*See* Appointment Order at ¶ 7(F)).

This Application represents the fifth quarterly application for payment of fees and reimbursement of expenses of the Receiver and Greenberg Traurig in accordance with Paragraph 62 of the Appointment Order, and covers fees and expenses incurred between April 1, 2023 through June 30, 2023 (the "Application Period").

By way of this Application, the Receiver and Greenberg Traurig request the Court's approval of 100% of their fees and expenses incurred during the Application Period and further requests the interim payment of 80% of such fees and 100% of such expenses, to be paid from the funds of the receivership estate established in the above-entitled action (the "Receivership Estate" or "Estate").  Specifically, the amounts of the Applicants' fees and expenses sought to be approved and paid under this Fee Application are as follows:

| APPLICANT | TOTAL FEES | INTERIM PAYMENT REQUESTED (FEES) | EXPENSES | INTERIM PAYMENT REQUESTED (EXPENSES) |
|---|---|---|---|---|
| Receiver/AFS | $508,255.00 | $406,604.00 | $9,771.96 | $9,771.96 |
| Greenberg Traurig | $128,000.91 | $102,400.72 | $1,733.16 | $1733.16 |
| Aitheras | $660.00 | $660.00 | $0 | $0 |
| **TOTAL** | **$636,915.91** | **$509,664.72** | **$11,505.12** | **$11,505.12** |

AFS's rates include a discount of its already discounted hourly rates for government matters and will not increase for the pendency of the case.  Both the standard regulatory rate and the discounted regulatory rate reflect a significant discount of their standard consulting rates. Greenberg Traurig agreed to discount its standard billing rates for this matter by fifteen percent (15%) which represents a savings of more than $30,000.00 to the receivership estate. Additionally, Greenberg Traurig voluntarily wrote off certain time including the time associated with preparation of requisite fee applications and is not seeking compensation for the same.

ACTIVE 688826806v3

Similarly, the rates charged by Aitheras comport with the fees set forth, and approved by this Court, in the Receiver's Motion to Employ Litigation Support Consultant. *See* ECF No. 455.

All billing standards meet or exceed the SEC's Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (SFAR) and the U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses.

Consistent with the billing guidelines of the plaintiff Securities and Exchange Commission (the "SEC") the Receivers seeks payment of 80% of the fees set forth herein with the remaining, unpaid 20% "holdback" of approved fees being subject to final review and payment at the conclusion of this receivership. SEC staff has reviewed and provided comments on the fee statements and does not oppose the interim approval and payment of the fees and costs sought.[2]

## II.  SUMMARY OF WORK IN APPLICATION PERIOD

During the Application Period, and with assistance of counsel including Greenberg Traurig, the Receiver and the AFS team made substantial progress on critical elements of Estate administration, including: continued discussions with certain Defendants, their respective counsel, and third parties believed to be in possession of Receivership Entity assets or records, to arrange for the turnover of same; securing and reviewing critical documentation relating to the business and financial activities of the Receivership Entities (including bank statements and other financial documents); working with special litigation counsel to assemble evidence in support of the Receiver's claims; communications with investors, and other information pertinent to the Receiver's duties; continuing the process of liquidating assets; evaluating and assessing certain Defendant's business assets; communicate with counsel for the SEC; evaluating third party recovery potential; and preparation and filing of matters with the Court for the benefit of the Receivership Estate.[3] The Receiver's highly successful efforts have resulted in the recovery of

---

[2] All comments made by the SEC were incorporated into the invoices submitted for the Court's review including writing off entries where questions were raised by the SEC regarding the same.

[3] The Receiver's efforts were bolstered by the services provided by Aitheras including, but not limited to the development of data storage and forensic data collection.

ACTIVE 688826806v3

1   assets, including cash, cryptocurrency, personal property, real properties and other with an
2   estimated gross value of more than $174 million.

3         As is common in the early stages of a complex receivership involving hundreds of millions
4   of dollars in assets – here, the Receiver and his professionals were required to expend significant
5   time and effort to preserve the *status quo*, pursue the recovery of receivership assets, and
6   undertake efforts to obtain financial documents and other information that will likely prove
7   critical to the administration of the Estate, the Receiver's evaluation of prospective creditor
8   claims, and any clawback or disgorgement litigation that the Receiver ultimately determines, in
9   his reasonable business judgment, is required to recover assets for the benefit of the Estate and its
10  creditors.

11        Given the amount and significance of the work completed by AFS and Greenberg Traurig
12  and the significant benefit of their efforts to the Estate, the Receiver and Greenberg Traurig
13  respectfully submit—as further detailed in the accompanying Motion to Approve Fee
14  Applications (filed under separate cover)—that the fees and expenses incurred during the
15  Application Period are reasonable and appropriate and should be approved and paid, on an interim
16  basis, in the amounts indicated above. Again, as an accommodation to the Estate, and consistent
17  with the SEC's billing guidelines and the ordinary practice in federal receiverships, AFS and
18  Greenberg Traurig request that the Court approve 100% of the fees and expenses incurred during
19  the Application Period but authorize payment, on an interim basis, of only 80% of such fees and
20  100% of such expenses, at this time.

21      **A.**    **Receiver's Fees and Services.**

22        Pursuant to Appointment Order, the Receiver was empowered and tasked with a broad
23  range of authority, including the authority to take possession and control of all assets, to assume
24  full control of the J&J Receivership Defendants, to have control of and be added as the sole
25  authorized signatory for all accounts, to conduct an investigation and discovery necessary to
26  locate and account for assets, to assess the viability and profitability of the J&J Receivership
27  Defendants, to take action necessary to preserve and prevent the disposition, concealment, or
28  dissipation of assets, to employ professionals, to make an accounting, to make payments and

ACTIVE 688826806v3

disbursements, to investigate and prosecute claims, to engage in litigation to preserve or recover assets or to carry out the Receiver's mandate, and to have access to all mail and electronic mail.

Due to its broad range of experience and expertise, the Receiver by and through AFS performs almost all required work in-house, saving both time and money, including tasks involving corporate accounting, forensic accounting, case administration, claims administration, asset valuation, investor communication and internet technology.  AFS' billing philosophy is to leverage work down to the staff member with the lowest bill rate that also has the skills and experience necessary to complete the task.  This allows AFS to minimize the cost to complete all work associated with the case, ensuring a maximum return to stakeholders involved in the matter while also preserving the quality of their work product. AFS does not bill for travel time in regulatory cases.

The Receiver's fees for the Application Period are as follows:

| NAME | TITLE | HOURS | RATE/HR. | TOTAL |
|---|---|---|---|---|
| Geoff Winkler | Receiver | 242.5 | $340.00 | $82,450.00 |
| John Hall | Accountant | 246.8 | $310.00 | $76,508.00 |
| Milana Barkhanoy | Director of Case Management | 316.8 | $280.00 | $88,704.00 |
| Josh McGraw | Case Manager | 154.1 | $255.00 | $39,295.50 |
| Amanda Deering | Case Manager | 75.1 | $240.00 | $18,024.00 |
| Grace Radke | Case Manager | 268.4 | $235.00 | $63,074.00 |
| Anna Priebe | Associate Business Consultant | 187.0 | $230.00 | $43,010.00 |
| Maggie Chavez | Associate Business Consultant | 113.1 | $225.00 | $25,447.50 |
| Phil Chen | Associate Business Consultant | 73.2 | $225.00 | $16,470.00 |
| Khyati Desai | Associate Business Consultant | 68.8 | $215.00 | $14,792.00 |
| Orest Revych | Associate Business Consultant | 202.4 | $200.00 | $40,480.00 |
| **TOTAL** | | **1,948.2** | | **$508,255.00** |

///

ACTIVE 688826806v3

AFS's rates include a discount off its already discounted hourly rates for government matters and will not increase for the pendency of the case. Both the standard regulatory rate and the discounted regulatory rate reflect a significant discount off their standard consulting rates. All billing standards meet or exceed the SEC's Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission (SFAR) and the U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses.

The Receiver's expenses for the Application Period are as follows:

| CATEGORY | TOTAL COST |
|---|---|
| Airfare | $3,611.51 |
| Courier/Shipping/Freight | $107.57 |
| Automotive | $1,022.82 |
| Hotel | $2,998.88 |
| Meals | $966.00 |
| Internet/Online Fees | $135.64 |
| Miscellaneous | $709.04 |
| Document and Asset Storage | $220.50 |
| **TOTAL** | **$9,771.96** |

AFS does not seek reimbursement for routine copying, facsimile, postage, or other expenses. Any expenses which AFS seeks to have reimbursed are done so in accordance with the SEC and U.S. Trustee guidelines above. Costs directly attributable to the administration of the estate will be paid directly by the estate in accordance with the order of appointment.

The Standardized Fund Accounting Report, AFS's invoices, and its billing entries are included with the Declaration of Geoff Winkler attached as **Exhibit 1**.

**B.      Greenberg Traurig's Fees and Services.**

Greenberg Traurig was retained by the Receiver in June 2022. The Receiver selected Greenberg Traurig as one of two firms serving as general receivership counsel due to the firm's

ACTIVE 688826806v3

litigation experience, receivership experience, familiarity with local rules and procedures and strong Nevada base. As Nevada counsel, Greenberg Traurig has taken the lead on working with counsel for the numerous defendants in this matter, evaluating and assisting with asset turnover efforts, and the filing stipulations and motions on behalf of the Receiver to further Receivership Estate needs. During the Application Period, Greenberg Traurig extensively assisted the Receiver in the performance of his duties under the Appointment Order, including communicating with counsel for the Defendants to facilitate the turnover of records and receivership assets, preparing various motions related to the recovery or Receivership Assets including motions to compel concerning funds held by counsel for defendants and for the turnover of certain vehicles, assisting with real estate matters, working with professionals approved by the Court to facilitate the sale of real property and vehicles, helping facilitate and participation in investor meetings, preparing subpoenas and following up with third parties regarding items identified as potential receivership property, communicating with the SEC and U.S. Attorney's office regarding matters affecting the Receivership Estate, analyzing documents and information provided relating to potential sale of business related items invested in and/or owned by Defendants, and researching legal issues that impact the Receivership Estate as identified and directed by the Receiver.

In all, on account of its services rendered to the Receiver during the Application Period, Greenberg Traurig has billed 370.40 hours, and incurred $128,000.91 in fees and $1,733.16 in expenses, across the following categories:

| CATEGORY | HOURS | FEES | EXPENSES |
|---|---|---|---|
| Asset Analysis and Recovery | 329.80 | $118,569.39 | $1,733.16 |
| Business Operations | 1.50 | $262.50 | 0 |
| Case Administration | 35.20 | $7,467.31 | 0 |
| Claims Administration & Objections | .80 | $384.21 | 0 |
| Litigation Consulting | 3.10 | $1,317.50 | 0 |
| **TOTAL** | **370.40** | **$128,000.91** | **$1,733.16** |

/ / /

ACTIVE 688826806v3

Provided below are narrative summaries of the work performed under each of the categories. Additionally, Greenberg Traurig's invoices are included with the Declaration of Kara Hendricks attached as **Exhibit 2**. Greenberg Traurig consistently endeavored to staff each task efficiently, using a core team of attorneys, with specialized assistance as necessary.

Greenberg Traurig's fees for the Application Period for the category of "Asset Analysis and Recovery" are as follows:

| Name | Title | Hours | Rate/Hr. | Total |
|---|---|---|---|---|
| Kara B. Hendricks | Shareholder | 105.80 | $480.25 | $50,810.38 |
| Beth Bigler | Shareholder | .30 | $408.00 | $122.40 |
| Jodi Goodheart | Shareholder | 1.20 | $833.00 | $999.60 |
| Kyle Ewing | Sr. Associate | 72.80 | $340.00 | $24,752.00 |
| Christian Spaulding | Associate | 90.00 | $318.75 | $28,687.51 |
| Rowena Santos | Associate | 2.0 | $425.00 | $850.00 |
| Whitney Welch-Kirmse | Of Counsel | 9.0 | $425.00 | $3,825.00 |
| Amy Hershberger | Paralegal | .40 | $175.00 | $70.00 |
| Steph Morrill | Paralegal | 47.0 | $175.00 | $8,225.00 |
| Cynthia Ney | Paralegal | 1.30 | $175.00 | $227.50 |
| **TOTAL** | | **329.80** | | **$118,569.39** |

Work performed in this category related primarily to the Receiver's efforts to communicating with counsel for the Defendants to facilitate the turnover of records and receivership assets, preparing motions when necessary to compel the turnover of Receivership Property, working with professionals approved by the Court to facilitate the sale of real property and vehicles and preparing subpoenas and following up with third parties regarding items identified as potential receivership property.[4]

/ / /

---

[4] During the Application Period, counsel for the Receiver consulted on real estate matters with Jodi Goodheart and Whitney Welch-Kirmse who has expertise in this area. The rates of the real estate attorneys were reduced by a 15% discount.

Greenberg Traurig also handled certain business operation related activities including preparing and filing the 2023 annual report for J&J Consulting with the Nevada Secretary of State. Greenberg Traurig's fees for the Application Period for the category of "Business Operations" are as follows:

| NAME | TITLE | HOURS | RATE/HR. | TOTAL |
|---|---|---|---|---|
| Jennifer Rohrbach | Paralegal | 1.50 | $175.00 | $262.50 |
| TOTAL | | 1.50 | | $262.50 |

Greenberg Traurig also handled a number of case administration activities including the review of numerous filings and coordinating efforts to respond and follow-up to ensure the organization and efficiency of the Receivership team as a whole. Additionally, Greenberg Traurig communicated with the SEC and U.S. Attorney's office regarding matters affecting the Receivership Estate and prepared motions to assist the Receiver. Greenberg Traurig's fees for the Application Period for the category of "Case Administration" are as follows:

| NAME | TITLE | HOURS | RATE/HR. | TOTAL |
|---|---|---|---|---|
| Kara B. Hendricks | Shareholder | 4.0 | $480.25 | $1,921.06 |
| Christian Spaulding | Associate | .60 | $318.75 | $191.25 |
| Steph Morrill | Paralegal | 2.50 | $175.00 | $437.50 |
| Suzanne Williams | Paralegal | 28.10 | $175.00 | $4,917.50 |
| TOTAL | | 35.20 | | $7,467.31 |

Greenberg Traurig also worked with various parties, including counsel for Defendants to develop and facilitate the impending claims process and funds and assets related thereto. Greenberg Traurig also acted as a liaison when approached by counsel for investors or claimants with questions regarding the receivership referring as appropriate inquiries directly to the Receiver's office. As a result of the same, Greenberg Traurig's fees for the Application Period for the category of "Claims Administration & Objections" are as follows:

/ / /

ACTIVE 688826806v3

| NAME | TITLE | HOURS | RATE/HR. | TOTAL |
|---|---|---|---|---|
| Kara B. Hendricks | Shareholder | 0.80 | $480.25 | $384.21 |
| TOTAL | | 0.80 | | $384.21 |

Greenberg Traurig also consulted on litigation-related activities including the evaluation of objections received in response to third party subpoenas and the analysis and development of efforts to further the discovery of relevant documents and information. Greenberg Traurig's fees for the Application Period for the category of "Litigation Consulting" are as follows:

| NAME | TITLE | HOURS | RATE/HR. | TOTAL |
|---|---|---|---|---|
| Rowena Santos | Associate | 3.10 | $425.00 | $1,317.50 |
| TOTAL | | 3.10 | | $1,317.50 |

As referenced above, Greenberg Traurig endeavored to staff each task efficiently, using a core team of attorneys and utilizing associates and paralegal assistance where appropriate. Additionally, Greenberg Traurig agreed to discount its standard billing rates for this matter by 15% and with the discounted rates identified above.

    **C.**    **Aitheras, LLC's Fees and Services**

As noted herein, the Receiver's employment of Aitheras was approved by this Court on February 17, 2023. ECF No. 470. As reflected in the attached invoice, Aitheras' services during the Application period consisted only of the monthly fees for Secure Cloud Document Storage for the months of April, May, and June 2023. *See* ECF No. 455 at p. 9, ECF No. 470. In total, Aitheras incurred $660.00 in fees during the Application Period.[5] Aitheras' invoice for the Application Period is included with the declaration of Joseph Friend, attached as **Exhibit 3.**

    **D.**    **The Requested Fees and Services are Reasonable and Should be Approved.**

The Receiver and Greenberg Traurig respectfully submit that the fees and expenses incurred during the Application Period were fair, reasonable, necessary, and significantly benefited the Estate. Specifically, and as reflected in **Exhibits 1, 2, and 3** AFS, Greenberg

---

[5] Based on the services provided by Aitheras and the employment order previously approved by the Court, the Receiver intends to pay Aitheras the full amount requested, without any hold back.

ACTIVE 688826806v3

Traurig, and Aitheras have endeavored to staff this matter appropriately, billing their time at substantially discounted rates, and steadfastly attempted to avoid duplication of effort by, among other things, coordinating with the Receiver and co-counsel regarding a formal division of labor and participating in regular discussions regarding work in progress to minimize the likelihood of duplication.  In addition, and as reflected in the Receiver's prior submissions to this Court, AFS and Greenberg Traurig are providing an extremely high quality of work in a matter involving dozens of relevant parties and hundreds of millions of dollars in assets.  Their efforts are bearing fruit as assets, including cash, cryptocurrency, personal property, real properties and other with an estimated gross value of more than $174 million have been recovered to date.  Put simply, in a highly complex receivership, and while the Receiver continues to develop a comprehensive knowledge and understanding the underlying facts, critical players, and assets, the Receiver—with the help of Greenberg Traurig—is recovering millions of dollars in cash, obtaining the turnover of millions of dollars in personal and real property, and has already secured Court approval of procedures aimed at monetizing those assets in a manner intended to maximize the recovery for the benefit of the Estate and its investors and creditors.

The fees and expenses incurred by AFS and Greenberg Traurig are nominal when compared to these results, and it is respectfully requested that that the Court approve 100% of their fees and expenses, and also authorize the payment of those fees and expenses on a percentage, interim basis, as requested herein.

AFS and Greenberg Traurig's invoices were submitted to the SEC for review prior to the filing of this Application and comments and concerns addressed prior to this submittal.  As of the date of the filing of this Application, the SEC has not indicated that it has outstanding substantive questions regarding the fees requested.  Nor has the SEC indicate it will oppose, the Application.

### III.    CONCLUSION.

For the foregoing reasons, the Receiver and Greenberg Traurig respectfully requests that the Court enter an order:

1. Granting this Application in its entirety;

/ / /

ACTIVE 688826806v3

2. Approving the Receivers' fees and expenses incurred during the Application Period, in the respective amounts of $508,255.00 and $9,771.96;

3. Authorizing the Receiver to pay AFS on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $406,604.00, and 100% of its approved expenses incurred during the Application Period, in the amount of $9,771.96, from the funds of the Receivership Estate;

4. Approving Greenberg Traurig's fees and expenses incurred during the Application Period, in the respective amounts of $128,000.91 and $1,733.16;

5. Authorizing the Receiver to pay Greenberg Traurig on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $102,400.72; and 100% of its approved expenses incurred during the Application Period, in the amount of $1,733.16, from the funds of the Receivership Estate;

6. Approving Aitheras' fees incurred during the Application Period in the amount of $660.00 and authorizing the Receiver to pay 100% of the same;

7. Providing such other and further relief as the Court deems just and proper under the circumstances.

DATED this 15th day of August 2023.

GREENBERG TRAURIG, LLP

*/s/ Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
KYLE A. EWING, Bar No. 014051
CHRISTIAN SPAULDING, Bar No. 14277
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

*Attorneys for Receiver Geoff Winkler*

ACTIVE 688826806v3

# CERTIFICATE OF SERVICE

I hereby certify that, on the **15th day of August 2023**, a true and correct copy of the foregoing **FIFTH QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, RECEIVER'S COUNSEL GREENBERG TRAURIG, LLP, AND RECEIVER'S LITIGATION SUPPORT CONSULTANT AITHERAS, LLC FOR THE PERIOD APRIL 1, 2023 THROUGH JUNE 30, 2023** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM./ECF system.

                                                                */s/ Evelyn Escobar-Gaddi*
                                              An employee of GREENBERG TRAURIG, LLP

ACTIVE 688826806v3

| LIST OF EXHIBITS ||
|---|---|
| **EXHIBIT** | **DESCRIPTION** |
| **Exhibit 1** | **DECLARATION OF GEOFF WINKLER** |
| Exhibit A | Standardized Fund Accounting Report |
| **Exhibit 2** | **DECLARATION OF KARA B. HENDRICKS** |
| Exhibit A | Greenberg Traurig Invoices |
| **Exhibit 3** | **DECLARATION OF JOSEPH FRIEND** |
| Exhibit A | Aitheras Invoice |

ACTIVE 688826806v3