KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
865 South Figueroa Street, Suite 2800
Los Angeles, California  90017-2543
Telephone:  (213) 622-5555
Facsimile:   (213) 620-8816

*Attorneys for Geoff Winkler, Receiver for
J&J Consulting Services, Inc., J&J Consulting
Services, Inc., J and J Purchasing LLC,
The Judd Irrevocable Trust, and BJ Holdings LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW WADE BEASLEY; et al.,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST, et al.,<br><br>Relief Defendants | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON THE RECEIVER'S MOTION TO COMPEL OR ALTERNATIVE MOTION FOR ORDER TO SHOW CAUSE WHY CHRISTOPHER M. MADSEN SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH THIS COURT'S ORDERS** |

/ / /

/ / /

/ / /

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773  |  Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773  |  Facsimile: (702) 792-9002

1   Court appointed receiver Geoff Winkler ("Receiver") by and through his counsel of

2   record, the law firm of Greenberg Traurig, LLP; and Christopher M. Madsen ("Madsen"), by and

3   through his counsel of record, the law firm of Pryor Cashman LLP, hereby stipulate as follows:

4       1.      On June 2, 2023, the Receiver filed a Motion to Compel or Alternative Motion for

5   Order to Show Cause why Christopher M. Madsen Should Not Be Held in Contempt for Failure

6   to Comply With This Court's Orders (the "Motion to Compel").  ECF Nos. 525 and 526.

7       2.      On June 16, 2023, Madsen filed, (a) an Opposition to the Motion to Compel (the

8   "Opposition"), and (b) Cross-Motion for a Stay of All Actions and Proceedings of the Receiver

9   Against Christopher Madsen Pending Final Settlement of This Action (the "Cross-Motion to

10  Stay").  ECF Nos. 530 and 531.

11      3.      On June 23, 2023, the Receiver filed a Reply in Support of the Motion to Compel

12  and Opposition to the Cross Motion to Stay.  ECF Nos. 536 and 537.

13      4.      Following a June 29, 2023 Status Hearing, this Court entered a Minute Order

14  setting a Status hearing on the Motion to Compel and Cross-Motion to Stay for July 31, 2023 at

15  1:30 p.m.  ECF No. 545.

16      5.      On July 28, 2023, this Court entered an order granting the parties' Stipulation and

17  Order to Continue the hearing on the Motion to Compel and the Cross-Motion to Stay, setting the

18  hearing for September 7, 2023.  ECF No. 555.

19      6.      Thereafter, on August 8, 2023, this Court entered a minute order through which

20  the hearing on the Motion to Compel and the Cross-Motion to Stay was rescheduled to be heard

21  on September 14, 2023.  ECF No. 559.

22      7.      Following the Receiver's Motion to Compel, and in the time since the parties' first

23  stipulation on this matter, (ECF Nos. 553 and 555) the parties have continued their

24  communications and efforts pertaining to the documents, information, and funds the Receiver

25  seeks from Madsen.

26      As such, and in furtherance of the foregoing referenced efforts:

27          A.      The parties have agreed to continue the Status hearing on the Motion

28          to Compel and the Cross-Motion to stay for an additional thirty (30) days.

2

ACTIVE 690195452v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773  |  Facsimile: (702) 792-9002

B.      Through the instant stipulation, the parties respectfully request this Court re-set the status hearing on the Motion to Compel and the Cross-Motion to Stay at the Court's first availability on or after October 16, 2023.

C.      As part of this stipulation, the parties respectfully request this Court refrain from ruling on the Motion to Compel and/or the Cross-Motion to Stay until at least October 16, 2023.

D.      In the event the parties fully resolve the dispute contemplated in the Motion to Compel and the Cross-Motion to Stay, the parties will advise the Court as soon as practically possible.

E.      This is the second stipulation to continue the hearing on the Motion to Compel and the Cross-Motion to Stay.

**ACCORDINGLY, IT IS SO STIPULATED AND AGREED**

DATED this 11th day of September 2023

**GREENBERG TRAURIG, LLP**

*/s/ Kara B. Hendricks*
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
KYLE A. EWING, ESQ.
Nevada Bar No. 014051

*Attorneys for Geoff Winkler, Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

DATED this 11th day of September 2023

**PRYOR CASHMAN LLP**

*/s/ John Giardino*
JOHN GIARDINO*
*Admitted Pro Hac Vice*
New York Bar No. 1838671
7 Times Square
New York, New York  10036
Telephone:  (212) 326-0829
Facsimile:   (212) 326-0806

*Attorney for Christopher M. Madsen*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

## ORDER

**IT IS HEREBY ORDERED** that:

A.     The Status hearing on the Motion to Compel and the Cross-Motion to Stay will be continued for an additional thirty (30) days to be heard on **October 24, 2023, at 10:00 a.m.**

B.     The Court will refrain from ruling on the Motion to Compel and the Cross-Motion to Stay until at least October 16, 2023; and

C.     In the event the parties fully resolve the dispute contemplated in the Motion to Compel and the Cross-Motion to Stay, the parties will advise the Court as soon as practically possible.

**IT IS SO ORDERED.**

_____
HONORABLE CRISTINA D. SILVA
Judge, United States District Court

DATE:     September 12, 2023

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773  |  Facsimile: (702) 792-9002

ACTIVE 690195452v1