UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>Matthew Wade Beasley, et al.,<br><br>　　　　　　Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>　　　　　　Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>Order Accepting Fifth Status Report and Authorizing Further Actions by Receiver Geoff Winkler and Granting Fifth Quarterly Application for Payment of Fees and Reimbursement of Expenses of Receiver, Receiver's Counsel, and Receiver's Litigation Support Consultant for the Period of<br><br>April 1, 2023 through June 30, 2023<br><br>[ECF Nos. 556, 560, 563, 564, 565] |

　　　The court-appointed Receiver, Geoff Winkler, has submitted his *Fifth Status Report* (ECF No. 556) and having held on a hearing on September 14, 2023,

　　　IT IS HEREBY ORDERED that the Fifth Status Report and the actions of Receiver Geoff Winkler are approved.

　　　IT IS FURTHER ORDERED that the receivership should continue pursuant to the terms set forth in the Order Appointing Receiver (ECF No. 88).

　　　IT IS FURTHER ORDERED that the Receiver is authorized to undertake the recommendations set forth in the *Fifth Status Report* (ECF No. 556) including a continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide other relief as deemed necessary and appropriate.

　　　The Receiver has also filed an omnibus motion to approve fifth quarterly application for fees and reimbursement for expenses for the Receiver, Receiver's Counsel, and Receiver's Litigation Support Consultant for the time period April 1, 2023 through June 30, 2023 (ECF No. 564), the fifth quarterly application for fees and reimbursement of expenses for the Receiver,

Receiver's Counsel Greenberg Traurig, and Receiver's Litigation Support Consultant (ECF No. 563); and the fifth quarterly application for fees and reimbursement of expenses for Receiver and Receiver's Counsel (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP and (2) Semenza Kircher Rickard (ECF No. 560) (the hereinafter collectively referred to as " the Applications"[1]). The court finds that that notice was proper and there were no objections or oppositions filed to the Applications. Accordingly, having reviewed the Applications, and finding good cause exists to approve them,

IT IS HEREBY ORDERED that the omnibus motion to approve the fifth quarterly applications for fees and reimbursement for expenses for the Receiver, Receiver's Counsel, and Receiver's Litigation Support Consultant for the time period April 1, 2023 through June 30, 2023 **[ECF No. 564]**; the fifth quarterly application for fees and reimbursement of expenses for the Receiver, Receiver's Counsel Greenberg Traurig, and Receiver's Litigation Support Consultant **[ECF No. 563]**; and the fifth quarterly application for fees and reimbursement of expenses for Receiver and Receiver's Counsel (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP and (2) Semenza Kircher Rickard for the period of April 1, 2023 through June 30, 2023 **[ECF No. 560]** are hereby GRANTED.

**IT IS FURTHER ORDERED** that the following fees and costs are allowed:

(1) the Receiver fees of $508,255.00 and costs of $9,771.96;

(2) Greenberg Traurig fees of $128,000.91 and costs of $1,733.16;

(3) Aitheras fees of $660.00;

(4) Allen Matkins fees of $141,461.00 and costs of $1,273.97; and

(5) Semenza Kircher fees of $6,689.00 and costs of $1,232.00.

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Kircher from funds on hand in the receivership estate.

---

[1] The Applications includes the Errata to ECF No. 563, filed at ECF No. 565.

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay 100% of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

DATED: September 19, 2023

_____
Cristina D. Silva
United States District Judge