UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>    Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>    Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Granting Motion to Distribute Funds and Denying Motion for Further Instruction as Moot**<br><br>[ECF Nos. 575, 576, 589] |

On September 19, 2023, the court-appointed Receiver, Geoff Winkler, filed identical motions, one to distribute funds (ECF No. 575) and the other for further instruction (ECF No. 576). To date, no opposition to either motion has been filed. Having considered the requested relief, and finding good cause, the court hereby grants the motion to distribute funds.[1]

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

The Receiver is authorized to distribute funds to the JL2 Investors as follows:

    (a)    $111,101.14 to be distributed to TJI, LLC;

    (b)    $55,550.57 to be distributed to BAM Investments;

    (c)    $1,111,011.38 to be distributed to ME14LLC;

    (d)    $222,202.28 to be distributed to R. Ramirez;

    (e)    $111,101.14 to be distributed to Twelve 27, Inc.; and

    (f)    $111,101.14 to be distributed to Corp Invest LLC.

**IT IS FURTHER ORDERED** that the Receiver is authorized to make a distribution to third-party J. Gillingham in the amount of $1,111,011.38. Based on the information before the court, the evidence supports that the $1,000,000 was in defendant Jason Jongeward's personal

---

[1] The court modified the proposed order set forth in ECF No. 589-2 in issuing this order.

bank account for purposes of funding JL2 Investment Group loan to Eco Battery. Accordingly, the Receiver is authorized to distribute the $1,111,011.38, which is inclusive of the principal payment plus interest, to J. Gillingham.

**IT IS FURTHER ORDERED** that the Receiver's motions for further instruction [ECF Nos. 576 and 589] are denied as moot.

DATED: October 23, 2023

                                    _____
                                    Cristina D. Silva
                                    United States District Judge