UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Accepting Sixth Status Report and Authorizing Further Actions by Receiver Geoff Winkler and Granting Sixth Quarterly Application for Payment of Fees and Reimbursement of Expenses of Receiver, Receiver's Counsel, and Receiver's Litigation Support Consultant for the Period of July 1, 2023 and September 30, 2023**<br><br>[ECF Nos. 598, 603, 606, 607] |

The court-appointed receiver, Geoff Winkler, has submitted his Sixth Status Report (ECF No. 598) and having held on a hearing on December 13, 2023,

IT IS HEREBY ORDERED that the Sixth Status Report and the actions of receiver Geoff Winkler are approved.

IT IS FURTHER ORDERED that the receivership should continue pursuant to the terms set forth in the Order Appointing Receiver (ECF No. 88).

IT IS FURTHER ORDERED that the receiver is authorized to undertake the recommendations set forth in the Sixth Status Report (ECF No. 598) including a continued engagement of professionals he deems necessary for the proper administration of the Receivership entities and their estate, and to provide other relief as deemed necessary and appropriate.

The receiver as also filed an omnibus motion to approve sixth quarterly applications for fees and reimbursement for expenses for the receiver, receiver's counsel, and receiver's Litigation Support Consultant for the time period July 1, 2023 through September 30, 2023 (ECF No. 607), the Sixth Quarterly applications for fees and reimbursement of expenses for the receiver,

receiver's counsel Greenberg Traurig, LLP, Aitheras, LLP, and Baker Tilly US, LLP, for the period of July 1, 2023 through September 30, 2023 (ECF No. 606); the Sixth Quarterly Applications for Fees and Reimbursement of Expenses for receiver and receiver's counsel (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP and (2) Semenza Kircher Rickard (ECF No. 603) (collectively, "the Applications"). The court finds that that notice was proper and there were no objections or oppositions filed to the Applications. Accordingly, having reviewed the Applications, and finding good cause exists to approve them,

IT IS ORDERED that the omnibus motion to approve sixth quarterly applications for fees and reimbursement for expenses for the receiver, receiver's counsel, and receiver's litigation support consultant for the time period July 1, 2023 through September 30, 2023 **[ECF No. 607]**, the Sixth Quarterly applications for fees and reimbursement of expenses for the receiver, and receiver's counsel and professionals Greenberg Traurig, Aitheras, LLP, and Baker Tilly US, LLP **[ECF No. 606]**; the Sixth Quarterly Applications for Fees and Reimbursement of Expenses for receiver and receiver's counsel (1) Allen Matkins Leck Gamble Mallory & Natsis, LLP and (2) Semenza Kircher Rickard for the period of July 1, 2023 through September 30, 2023 **[ECF No. 603] are GRANTED**.

IT IS FURTHER ORDERED that the following fees and costs are allowed:

(1) the receiver fees and costs in the respective amounts of $484,611.00 and $6,832.04;

(2) Greenberg Traurig fees and costs in the respective amounts of $90,337.90 and $822.50;

(3) Aitheras fees of $660.00 (payable in full);

(4) Baker Tilly fees in the amount of $7,734.50 (payable in full from the receivership estate); and

(5) Baker Tilly fees for the preceding period in the amount of $13,525.50 (payable in full from the receivership estate);

(6) Allen Matkins fees and costs in the respective amounts of $86,664.50 and $516.52; and

(7) Semenza Kircher fees and costs in the respective amounts of $7,162.00 and $368.00.

The receiver is hereby authorized to pay 80% of the allowed fees and 100% of the allowed costs incurred by the receiver, Greenberg Traurig, Allen Matkins, and Semenza Kircher from funds on hand in the receivership estate.

DATED: December 27, 2023

_____
Cristina D. Silva
United States District Judge