UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>               Plaintiff<br><br> v.<br><br>Matthew Wade Beasley, et al.,<br><br>               Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>               Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Granting Motion for Leave to Pursue and Initiate Litigation and Motion Authorizing the Receiver to Employ a Real Estate Professional**<br><br>[ECF Nos. 614, 618] |

      This is a securities fraud action, brought by the Securities and Exchange Commission against named defendants and relief defendants. The court-appointed Receiver has filed two motions for relief. ECF Nos. 614, 618.

      First, on December 12, 2023, Receiver Geoff Winkler filed a motion for leave to pursue and initiate litigation against Eco Battery, LLC and related parties for the purpose of recovering Receivership assets. *See* ECF No. 614. As set forth in the motion, defendant Shane Jager invested approximately $4.5 million dollars into Eco Battery approximately two months before the alleged Ponzi scheme in this case was dismantled in March of 2022. *Id.* at 2, 4. Since that time, Eco Battery members have divested Eco Battery, and in doing so shifted all asserts and operations to newly created entities. *See generally id.* Attempts to work with Eco Battery and related parties to recover identified Receivership funds have been unsuccessful. *Id.* at 13. Accordingly, while not required,[1] the Receiver moves this court for permission to initiate litigation against Eco Battery, and its related parties and entities, for the purpose of recovering Receivership assets.

---

[1] The Receivership Order authorizes Geoff Winkler to initiate actions and legal proceedings as part of his duties. *See* ECF No. 88 at ¶ 43.

Second, the Receiver filed a motion to employ real estate professional Zar Zanganeh to assist with the sale of certain real property currently owned by defendant Shane Jager, through the Jager Family Trust. ECF No. 618. The Receiver's appointment order permits him to engage and employ persons, as needed, to carry out his duties and responsibilities to the Receivership and this court. *See* ECF No. 88 at ¶ 7(F). However, court permission is needed before engaging the assistance of individuals such as Zanganeh. *Id.* The motion sets forth the reason the Receiver seeks to hire Zanganeh as well as his qualifications. ECF No. 618 at 3, 6–7.

To date, no opposition to either motion has been filed. Accordingly, having considered the motions and requested relief therein, and finding good cause, the court hereby grants the Motion for Leave to Pursue and Initiate Litigation (ECF No. 614) and the Motion Authorizing the Receiver to Employ a Real Estate Professional (ECF No. 618).

**IT IS THEREFORE ORDERED** that **[ECF No. 614] is GRANTED** and the Receiver may initiate litigation against Eco Battery LLC, Eco Capital, Inc., Casey Shirts, Noah Schone, and any other party the Receiver deems necessary and appropriate to meet his obligations and duties in this action.

**IT IS FURTHER ORDERED** that the law firm of Greenberg Traurig, LLP is authorized to continue working with the Receiver in pursuing the litigation against Eco Battery and related parties at the same reduced fee and rate structure previously approved by the court in this matter.

**IT IS FURTHER ORDERED** that **[ECF No. 618] is GRANTED** and the Receiver may employ Zar Zanganeh to assist with the sale of the Paradise Valley Property in accordance with the terms described in his motion.

DATED: January 5, 2024

_____
Cristina D. Silva
United States District Judge