UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Ordering Sidhardha Kamaraju to Register for Electronic Service or Withdraw as Counsel** |

  On August 9, 2022, attorney Sidhardha Kamaraju was granted permission to practice in this district. ECF No. 242. On that same day, counsel was instructed to register with the court's e-filing system. *Id.* The docket indicates that counsel did not register. Now over seventeen months have passed and, despite warnings from the clerk's office, Kamaraju has yet to comply with this requirement. ECF Nos. 620, 627. Under this district's local rules, attorneys who are "admitted to participate in a case pro hac vice . . . must register as a 'filer' [.]" LR IC 2-1(a). Failure to do so may result in their inability to appear in this jurisdiction for this case.

  If Kamaraju is no longer representing defendant ACAC LLC, he must seek to withdraw. "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b).

  IT IS THEREFORE ORDERED that Sidhardha Kamaraju must either register with the court's electronic filing system to receive electronic service of pleadings or withdraw from this matter on or before February 2, 2024.

  DATED: January 23, 2024

                  _____
                  Cristina D. Silva
                  United States District Judge