# EXHIBIT E

# EXHIBIT E

Summary Cash Flow Statement and Summary Balance Sheet

**SEC v. J&J Consulting Services, Inc. et al.**
**Summary Cash Flow Statement**
**December 31, 2023**

| | | |
|---|---|---:|
| **Cash at Beginning of Period** | $ | 64,940,644 |
| ***Cash Inflows*** | | |
| Personal Asset Liquidation | $ | 583,100 |
| Real Property Liquidation | $ | 348,338 |
| Other Litigation/Settlements | $ | 5,467 |
| Interest Income | $ | 200,182 |
| Returned Funds - Maintain Property | $ | 4,429 |
| **Total Cash Inflows** | $ | **1,141,517** |
| ***Cash Outflows*** | | |
| Receiver Fees | $ | (392,838) |
| Receiver Expenses | $ | - |
| Attorney for Receiver Fees | $ | (90,447) |
| Attorney for Receiver Expenses | $ | (76,841) |
| Costs to Secure/Maintain Property | $ | (40,375) |
| Other Professional Expenses | $ | (2,024) |
| Priority Claims | $ | (2,833,079) |
| Other Expenses | $ | - |
| **Total Cash Outflows** | $ | **(3,435,604)** |
| **Cash at End of Period** | $ | **62,646,558** |

**SEC v. J&J Consulting Services, Inc. et al.**
**Summary Balance Sheet**
**December 31, 2023**

| | | |
|---|---|---:|
| ***Assets*** | | |
| EWBK Accounts | $ | 62,646,558 |
| Marketable Securities* | $ | 1,162,996 |
| Real Property** | $ | 18,563,393 |
| Personal Property** | $ | 513,640 |
| Private Equity Investments** | $ | 2,790,625 |
| Existing Litigation** | $ | 5,051,589 |
| Third Party Litigation** | $ | 100,000,000 |
| **Total Assets** | $ | **190,728,801** |
| ***Liabilities*** | | |
| Accrued Professional Holdbacks | $ | 1,048,659 |
| Estimated Net Cash Investor Claims** | | |
| **Total Liabilities** | $ | **1,048,659** |
| ***Equity*** | | |
| Retained Earnings | $ | 189,680,141 |
| **Total Equity** | $ | **189,680,141** |

*Last available market value.
** Accounts are estimated values and are subject to change as more information is available and the Receiver completes his forensic accounting.