KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@glaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

*Attorneys for Geoff Winkler Receiver for
J&J Consulting Services, Inc., J&J Consulting Services, Inc.,
J and J Purchasing LLC, The Judd Irrevocable Trust,
and BJ Holdings LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>           Defendants;<br><br>THE JUDD IRREVOCABLE TRUST *et al.*<br><br>           Relief Defendants. | Case No. 2:22-CV-00612-CDS-EJY<br><br>**NOTICE OF IN CAMERA SUBMISSION OF INVESTOR LIST** |

/ / /

/ / /

ACTIVE 693213672v1

PLEASE TAKE NOTICE that Geoff Winkler, the Court-appointed Receiver (the "Receiver") by and through his counsel of record, the law firm of Greenberg Traurig, LLP, hereby provides notice of **the *in camera*** submission of the current Investor List as requested by the Court at the hearing on the Receiver's First Quarterly Report and Petition for Further Instructions (ECF No. 88).

DATED this 1st day of February, 2024.

**GREENBERG TRAURIG**, LLP

By: /s/ *Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
JASON K. HICKS, Bar No. 13149
hicksja@gtlaw.com
KYLE A. EWING, Bar No. 014051
ewingk@gtlaw.com

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted pro hac vice
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

*Attorneys for Receiver Geoff Winkler*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 1st day of February, 2024, a true and correct copy of the foregoing **NOTICE OF IN CAMERA SUBMISSION OF INVESTOR LIST** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM./ECF system.

/s/ *Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP