DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Monique Winkler, Acting Regional Director
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; and WARREN ROSEGREEN;<br><br>　　　　　Defendants<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>　　　　　Relief Defendants | Case No.: 2:22-cv-00612-CDS-EJY<br><br>**Order Granting Motion to Permit Appearance of Government Attorney**<br><br>[ECF No. 658] |

Pursuant to Local Rule IA 11-3, Plaintiff Securities and Exchange Commission (the "Commission") submits this motion seeking permission for the appearance of Douglas M. Miller in the above-captioned case. Mr. Miller is employed as an attorney by the Commission and is a member in good standing of the State Bars of New York and California. Mr. Miller has already been permitted to appear in another matter in this district, *SEC v. Steve Susoeff and Meritage Financial Group*, Case No. 2:23-CV-173 JCM (EJY) (Dkt. No. 19) (Dec. 5, 2023), but submits this motion in an abundance of caution. Mr. Miller's contact information is listed below.

DOUGLAS M. MILLER
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
Email: millerdou@sec.gov

Dated: March 25, 2024.

Respectfully submitted,

/s/ Douglas M. Miller
DOUGLAS M. MILLER
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: March 25, 2024