KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No 014051
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 014277
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  hendricksk@gtlaw.com
        ewingk@gtlaw.com
        spauldingc@gtlaw.com

*Attorneys for Receiver, Geoff Winkler*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants. | CASE NO. 2:22-cv-00612-CDS-EJY<br><br>**MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH ECO BATTERY, LLC, ECO CAPITAL, INC., ECO CAPITAL IP, INC., ONE IRON INVESTMENTS, LLC, CASEY W. SHIRTS, AND NOAH R. SCHONE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 696925476v1

Geoff Winkler, the Court-appointed Receiver (the "Receiver"), submits the following Motion to Approve Settlement Agreements With Eco Battery, LLC, Eco Capital, Inc., Eco Capital IP, Inc., One Iron Investments, LLC, Casey W. Shirts, and Noah R. Schone (the "Motion"). This Motion is based on the following memorandum of points and authorities, the exhibits attached hereto, the pleadings and papers on file, and any further argument or evidence the Court may entertain.

DATED this 5th day of April, 2024.

**GREENBERG TRAURIG**, LLP

/s/ *Kara B. Hendricks*
KARA B. HENDRICKS
Nevada Bar No. 07743
KYLE A. EWING
Nevada Bar No. 014051
CHRISTIAN T. SPAULDING
Nevada Bar No. 014277

*Attorneys for Receiver Geoff Winkler*

## MEMORANDUM OF POINTS AND AUTHORITIES

Through the instant Motion, the Receiver comes before this Court seeking approval of two (2) settlement agreements which, if approved, would resolve all claims held by the Receiver against six (6) Defendants in Case 24-cv-00174-CDS-MDC and would result in the recovery of more than $4.5 million of Receivership Assets.

As the Court may recall, the Receiver sought this Court's approval to pursue claims relating Defendant Shane Jager's investment in Eco Battery, LLC. (ECF No. 614). Specifically, on December 12, 2023, under the terms of the Appointment Order the Receiver moved this Court for leave to pursue and initiate litigation against multiple third parties, based upon the Receiver's allegation that more than $4.5 million of Receivership funds had been dissipated through fraudulent transfers to newly created entities (the "Motion for Leave"). ECF No. 614. The Motion for Leave followed the Receiver's investigation into a company by the name of Eco Battery, LLC ("Eco Battery"), an importer and wholesaler of lithium batteries headquartered in Utah. ECF No. 614 at p. 4. The Receiver determined in January 2022, Defendant Shane Jager ("Jager") had invested $4.5

2

million of Receivership funds into Eco Battery in exchange for a 27.5% ownership interest in the company. Prior to filing a lawsuit, the Receiver sought to work and negotiate with Eco Battery and its members for the recovery of the funds in question. Notably, after the appointment of the Receiver herein, an investigation revealed that Eco Battery and its members worked to create new entities in the State of Texas to which they would ultimately transfer all assets and operations of Eco Battery, while continuing to operate under the trade name "Eco Battery." ECF No. 614 at pp. 9-13. The result was that Eco Battery, LLC, the entity in which the Receiver (via Jager) held a 27.5% ownership interest had been made worthless. For that reason, the Receiver moved this Court for authorization to pursue litigation to recover the $4.5 million invested by Jager, a request that was granted by this Court. (ECF No. 616).

On January 25, 2024, the Receiver filed a complaint in the United States District Court District of Nevada, Case 24-cv-00174-CDS-MDC (the "Eco Battery Complaint") naming (i) Eco Battery, LLC ("Eco Battery"); (ii) Eco Capital, Inc. ("Eco Capital"); (iii) Eco Capital IP, Inc. ("Eco Capital IP"); (iv) One Iron Investments, LLC ("One Iron"); (v) Casey W. Shirts ("Shirts"); and (vi) Noah R. Schone ("Schone") as Defendants (collectively, the "Eco Defendants") and asserting eleven (11) causes of action.[1]

As detailed in the Motion for Leave, the Eco Battery Complaint stemmed from the Receiver's investigation and efforts to recover $4.5 million invested in Eco Battery by Jager in January 2022.[2] The Eco Battery Complaint alleges, among other things, that Jager's investment into Eco Battery was induced by fraud and intentional misrepresentations, artificially inflating the value of the Company and that following Matthew Beasley's arrest and the initiation of this action, the Eco Defendants worked in unison to transfer all assets and operations of Eco Battery to a new corporate structure—Eco Capital and Eco Capital IP—which would continue operating under the trade name "Eco Battery".[3] Through the Eco Battery Complaint, the Receiver sought to recover the entire $4.5 million invested by Jager Eco Battery in January 2022.

---

[1] *See,* ECF No. 1 filed in *Winkler v. Eco Battery LLC et al.*, Case No. 2:24-cv-00174-CDS-MDC (the "Eco Battery Action").
[2] *See generally*, Eco Battery Action, ECF No. 1.
[3] *Id.*

3

ACTIVE 696925476v1

On January 30, 2023, just five (5) days after the filing of the Eco Battery Complaint, counsel for the Receiver and counsel for Defendants Eco Capital and Eco Capital IP (collectively, the "Eco Capital Parties") re-engaged in settlement negotiations. Although the Eco Defendants deny and dispute the claims alleged in the Eco Battery Complaint, the parties ultimately agreed to a settlement amount of $4,501,000.00.

Through subsequent communications, and upon request by counsel, the Receiver agreed to enter into separate settlement agreements for the Eco Capital Parties (the "Eco Capital Settlement Agreement") and the Eco Battery Parties (Eco Battery, One Iron, Shirts, and Schone) ("Eco Battery Settlement Agreement"). After drafts of each agreement were circulated and negotiated, the Eco Capital Settlement Agreement and the Eco Battery Settlement Agreement were finalized. True and correct copies of the Eco Capital Settlement Agreement and the Eco Battery Settlement Agreement are attached hereto as **Exhibits 1 and 2**, respectively. The terms of each settlement agreement establish that each agreement shall be contingent on this Court's approval of both agreements.

Through the Eco Capital Settlement Agreement, the Receiver and the Eco Capital Parties have agreed to a mutual release of all claims in exchange for payment in the amount of $4,500,000 by Eco Capital, Inc. to be made within five (5) days of this Court's approval.[4] Likewise, through the Eco Battery Settlement Agreement, the Receiver and the Eco Battery Parties have agreed to a mutual release of all claims in exchange for payment of an additional amount of $1,000 by Shirts to be made within five (5) days of this Court's approval.[5] In order to proceed, both agreements need to be approved by the Court and when the funds are received, the Receiver will dismiss all claims asserted with prejudice.

In the Receiver's view, the settlements reached with the Eco Defendants provide substantial value to the Receivership Estate as the settlement amounts represent the recovery of the total amount of receivership funds invested by Jager into Eco Battery in January 2022 ($4.5 million). Additionally, through the aforementioned settlements, the Receivership will avoid the uncertainty and expense of litigation as well as the burden of subsequent efforts to collect on any such

---

[4] **Exh. 1**, Eco Capital Settlement Agreement.
[5] **Exh. 2**, Eco Battery Settlement Agreement.

ACTIVE 696925476v1

judgement.  Although the Receiver has already allocated resources toward his investigation into Eco Battery and the drafting of the Eco Battery Complaint, the amount of attorneys' fees spent to date pales in comparison to the total amount of recovery, amounting to a substantial positive recovery for the Receivership Estate.  Moreover, by resolving the Eco Battery Complaint at the outset, the Receiver will be able to allocate the resources that would have been devoted to the Eco Battery Complaint toward the remaining issues present in this case and the recovery of outstanding assets, bringing the conclusion of this matter even closer.  In short, by entering into the Eco Capital Settlement Agreement and the Eco Battery Settlement Agreement, the Receiver will:  (i) recover the full $4.5 million invested in Eco Battery by Jager in January 2022, plus an additional $1,000, (ii) cease the allocation of receivership resources toward this dispute, including attorneys' fees and costs; (iii) be able to allocate resources that would have otherwise been allocated to the Eco Battery Complaint to outstanding matters in this case; and (iv) avoid the arduous delay and expense that would result from litigating the Eco Battery Complaint.

For the reasons stated herein, and pursuant to Section IX of the Appointment Order, the Receiver respectfully requests this Court enter an order approving the Settlement Agreements attached hereto as **Exhibits 1 and 2**.  A proposed order approving the Settlement Agreements is attached hereto as **Exhibit 3**.

DATED this 5th day of April, 2024.

                **GREENBERG TRAURIG, LLP**

                */s/ Kara B. Hendricks*
                KARA B. HENDRICKS
                Nevada Bar No. 07743
                KYLE A. EWING
                Nevada Bar No. 014051
                CHRISTIAN T. SPAULDING
                Nevada Bar No. 14277

                *Attorneys for Receiver Geoff Winkler*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the **5th day of April 2024**, a true and correct copy of the foregoing **MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH ECO BATTERY, LLC, ECO CAPITAL, INC., ECO CAPITAL IP, INC., ONE IRON INVESTMENTS, LLC, CASEY W. SHIRTS, AND NOAH R. SCHONE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties registered to this case by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                                  */s/ Evelyn Escobar-Gaddi*
                                         An employee of GREENBERG TRAURIG, LLP

ACTIVE 696925476v1

| **INDEX OF EXHIBITS** ||
|---|---|
| **EXH** | **DESCRIPTION** |
| 1 | Eco Capital Settlement Agreement |
| 2 | Eco Battery Settlement Agreement |
| 3 | Proposed Order |

ACTIVE 696925476v1