KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No 014051
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 014277
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:       hendricksk@gtlaw.com
             ewingk@gtlaw.com
             spauldingc@gtlaw.com

*Attorneys for Receiver, Geoff Winkler*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 2:22-cv-00612-CDS-EJY |
| Plaintiff | |
| vs. | **ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH ECO BATTERY, LLC, ECO CAPITAL, INC., ECO CAPITAL IP, INC., ONE IRON INVESTMENTS, LLC, CASEY W. SHIRTS, AND NOAH R. SCHONE** |
| MATTHEW WADE BEASLEY, et al., | |
| Defendants | |
| THE JUDD IRREVOCABLE TRUST, et al., | |
| Relief Defendants | [ECF No. 663] |

The Court having reviewed and considered the pleadings and papers on file and any argument on the MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH ECO BATTERY, LLC, ECO CAPITAL, INC., ECO CAPITAL IP, INC., ONE IRON INVESTMENTS, LLC, CASEY W. SHIRTS, AND NOAH R. SCHONE (the "Motion"), there being no opposition to the Motion and good cause appearing,

/ / /

/ / /

ACTIVE 697047759v1

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1) The motion [ECF No. 663] is GRANTED;

(2) The Settlement Agreement between the Receiver on the one hand, and Eco Capital, Inc. and Eco Capital IP, Inc. on the other hand, is approved; and

(3) The Settlement Agreement between the Receiver on the one hand, and Eco Battery, LLC, One Iron Investments, LLC, Casey W. Shirts, and Noah R. Schone on the other hand, is approved.

_____
UNITED STATES DISTRICT JUDGE
Dated:    April 26, 2024

2

ACTIVE 697047759v1