| | |
|---|---|
| KARA B. HENDRICKS, Bar No. 07743 | DAVID R. ZARO* |
| hendricksk@gtlaw.com | dzaro@allenmatkins.com |
| KYLE A. EWING, Bar No 014051 | JOSHUA A. del CASTILLO* |
| ewingk@gtlaw.com | jdelcastillo@allenmatkins.com |
| CHRISTIAN T. SPAULDING, Bar No. 14277 | MATTHEW D. PHAM* |
| spauldingc@gtlaw.com | mpham@allenmatkins.com |
| **GREENBERG TRAURIG, LLP** | *admitted *pro hac vice* |
| 10845 Griffith Peak Drive, Suite 600 | **ALLEN MATKINS LECK GAMBLE** |
| Las Vegas, Nevada 89135 | **MALLORY & NATSIS LLP** |
| Telephone: (702) 792-3773 | 865 South Figueroa Street |
| Facsimile: (702) 792-9002 | Suite 2800 |
| | Los Angeles, California 90017-2543 |
| JARROD L. RICKARD, Bar No. 10203 | Telephone: (213) 622-5555 |
| jlr@skrlawyers.com | Facsimile: (213) 620-8816 |
| KATIE L. CANNATA, Bar No. 14848 | |
| klc@skrlawyers.com | |
| **SEMENZA KIRCHER RICKARD** | |
| 10161 Park Run Drive, Suite 150 | |
| Las Vegas, Nevada 89145 | |
| Telephone: (702) 835-6803 | |
| Facsimile: (702) 920-8669 | |

*Attorneys for Geoff Winkler Receiver for
J&J Consulting Services, Inc., J&J Consulting Services, Inc.,
J and J Purchasing LLC, The Judd Irrevocable Trust,
and BJ Holdings LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:22-CV-00612-CDS-EJY |
| Plaintiff, | |
| vs. | **NOTICE OF IN CAMERA SUBMISSION OF INVESTOR LIST** [9TH QUARTERLY REPORT] |
| MATTHEW WADE BEASLEY *et al.* | |
| Defendants; | |
| THE JUDD IRREVOCABLE TRUST *et al.* | |
| Relief Defendants. | |

/ / /

/ / /

1   PLEASE TAKE NOTICE that Geoff Winkler, the Court-appointed Receiver (the "Receiver") by and through his counsel of record, the law firm of Greenberg Traurig, LLP, hereby provides notice of the *in camera* submission of the current Investor List as requested by the Court at the hearing on the Receiver's **Ninth** Quarterly Report and Petition for Further Instructions (ECF No. 690).

DATED this 1st day of August, 2024.

**GREENBERG TRAURIG**, LLP

By: /s/ *Kara B. Hendricks*
KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No. 014051
ewingk@gtlaw.com

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted pro hac vice
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

*Attorneys for Geoff Winkler Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

ACTIVE 700706726v1

## CERTIFICATE OF SERVICE

I hereby certify that, on the **1st day of August, 2024**, a true and correct copy of the foregoing **NOTICE OF IN CAMERA SUBMISSION OF INVESTOR LIST** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM./ECF system.

/s/ *Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP