KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
FABIAN VANCOTT
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Telephone: (702) 233-4444
E-Mail: kanderson@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN,<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC,<br><br>Relief Defendants. | Case No. 2:22-cv-0612-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JEFFREY JUDD TO FILE OPPOSITIONS TO (698) MOTION TO COMPEL JEFFREY JUDD'S COMPLIANCE WITH RECEIVER'S DOCUMENT SUBPOENA AND THE COURT'S APPOINTMENT ORDER AND (699) MOTION FOR ORDER TO SHOW CAUSE, AND REQUEST FOR FEES AND COSTS**<br><br>**(FIRST STIPULATED REQUEST)** |

The following Stipulation and [Proposed] Order (the "Stipulation") extending the deadline for Jeffrey Judd ("**Judd**") to file oppositions to (Dkt. 698) Motion to Compel Jeffrey Judd's Compliance with the Receiver's Document Subpoena and the Court's Appointment Order; and (Dkt. 699) Motion for Order to Show Cause, and Request for Fees and Costs (collectively "**Motions**") is entered into by and between Judd and Geoff Winkler (the "**Receiver**"), the Court-Appointed receiver in the above-captioned action, and by and through their respective counsel. This is the first stipulated request for extension of time. In support of the requested extension, the parties state as follows:

1. On August 23, 2024, the Receiver filed his Motion to Compel Jeffrey Judd's Compliance with Receiver's Document Subpoena, (Dkt. 698).

2. On August 23, 2024 the Receiver filed his Motion for an Order to Show Cause, and Request for Fees and Costs, (Dkt. 699).

3. Judd's opposition to the Motions is due on September 6, 2024.

4. Judd and the Receiver through counsel have agreed Judd may have a one-week extension to file his opposition, making the response due Friday, September 13, 2024.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that:

1. The deadline for Judd to file his oppositions to the Receiver's Motions shall be extended to Friday, September 13, 2024.

2

| | |
|---|---|
| DATED this 6th day of September, 2024 | DATED this 6th day of September, 2024 |
| GREENBERG TAURIG, LLP | FABIAN VANCOTT |
| */s/ Kara B. Hendricks*<br>KARA B. HENDRICKS, ESQ.<br>Nevada Bar No. 07743<br>KYLE A. EWING, ESQ.<br>Nevada Bar No. 014051 | */s/ Kevin N. Anderson*<br>KEVIN N. ANDERSON, ESQ.<br>Nevada Bar No. 04152<br><br>*Attorneys for Jeffrey Judd* |
| *Attorneys for Geoff Winkler, Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing, LLC, the Judd Irrevocable Trust, and BJ Holdings, LLC* | |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the deadline for Jeffrey Judd to file his oppositions to the Motions (Dkt. 698 and Dkt. 699) shall be extended to Friday, September 13, 2024.**

_____
**U.S. MAGISTRATE JUDGE**

**Date: September 9, 2024**