MARC D. KATZ (Cal. Bar No. 189534)
Email: katzma@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-2500
Fax: (415) 705-2501

KARA HENDRICKS
Email: hendricksk@gtlaw.com
Attorneys for Receiver
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Tel: (702) 938-6856

DAVID C. CLUKEY
Email: dclukey@jacksonwhitelaw.com
Attorneys For Defendant Seth Johnson
40 N. Center Street
Suite 200
Mesa, AZ 80201
Tel: (480) 745-1776

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW WADE BEASLEY, et al.,<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC, et al.,<br><br>Relief Defendants | Case No.: 2:22-cv-00612-CDS-EJY<br><br>**ORDER APPROVING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S, RECEIVER'S, AND DEFENDANT SETH JOHNSON'S STIPULATION CONCERNING RELEASING LIS PENDENS**<br><br>[ECF No. 702] |

**WHEREAS**, on June 29, 2022, Plaintiff Securities and Exchange Commission ("SEC", "Commission", or "Plaintiff") filed its Amended Complaint in this matter, alleging violations of the registration and/or antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants. (Dkt. No. 118.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Preliminary Injunction Order to extend the existing preliminary injunctive relief and asset freeze to those defendants added in the Commission's Amended Complaint. (Dkt. No. 119.)

**WHEREAS**, on June 29, 2022, the Commission filed a Motion to Amend Receivership Order to extend the existing receivership order to include those defendants added in the Commission's Amended Complaint. (Dkt. No. 120.)

**WHEREAS**, on July 29, 2022, the Court issued its Order Amending Preliminary Injunction and Asset Freeze Order, which, *inter alia*, extended the asset freeze imposed by the Court on April 13, 2022 to those defendants added in the Commission's Amended Complaint. (Dkt. No. 206.) The Court's Order provided for "an allowance for necessary and reasonable living expenses to be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard."

**WHEREAS**, on July 29, 2022, the Court issued its Order Amending Receivership Order, which, *inter alia*, extended the receivership previously imposed by the Court to the assets of those defendants added in the Commission's Amended Complaint. (Dkt. No. 207.)

**WHEREAS**, at the hearing before the Court on July 25, 2022, the Court directed the parties to discuss any exceptions to the asset freeze regarding living expenses and so as to ensure the scope of the preliminary injunction was tied to the underlying Ponzi scheme.

**WHEREAS**, counsel to the Commission, Receiver, and Defendant Seth Johnson reached the following agreement as to the release of the *lis pendens*, and jointly provide this proposed agreement for approval by the Court.

**WHEREAS**, the Court granted a stipulation regarding Defendant Seth Johnson's living expenses, including the right of the Receiver to record *lis pendens* for certain real property owned by Defendant.

**WHEREAS**, counsel to the Commission, Receiver, and Defendant have reached an agreement allowing the release of two *lis pendens* recorded in Maricopa County, Arizona concerning two parcels of real property owned by Defendant. Said properties are located at:

- 16134 E Pecos Road, Gilbert, Arizona 85295; and
- 285 South 163rd Street, Gilbert, Arizona 85296.

**WHEREAS**, counsel to the Commission, Receiver, and Defendant agree that the above-identified properties can be released from the Court's Stay because sufficient assets exist and are in the possession of Receiver and Defendant's counsel to satisfy any judgment, settlement, fee, and/or award, including any interest, against Defendant Seth Johnson in this case.

**NOW THEREFORE**, counsel for the Commission, Receiver, and Defendant stipulate and request that the Court lift its Stay as to the two parcels of real property identified herein owned by Defendant Seth Johnson, and the Receiver is permitted to release the recorded *lis pendens*.

Dated: September 13, 2024

**SECURITIES AND EXCHANGE COMMISSION**

/s/ Marc Katz
MARC KATZ
*Attorney for Plaintiff*
*Securities and Exchange Commission*

Dated: September 13, 2024							**RECEIVER**

/s/ Kara Hendricks
KARA HENDRICKS
*Attorney for Receiver*

Dated: September 13, 2024							**DEFENDANT SETH JOHNSON**

/s/ David C. Clukey
DAVID C. CLUKEY
*Attorney for Defendant Seth Johnson*

Based on the parties' stipulation, the stay is lifted as to the two parcels of real property identified herein owned by defendant Seth Johnson, and the Receiver is permitted to release the recorded lis pendens.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:  September 16, 2024