JASON M. BUSSEY (Cal. Bar. No. 227185)
Email: busseyja@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
Email: katzma@sec.gov
44 Montgomery Street, Suite 700
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

PAT HUDDLESTON II (Georgia Bar No. 373984)
Email: huddlestonp@sec.gov
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7600
Facsimile: (404) 842-7679

Attorneys for Plaintiff Securities and Exchange Commission

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff<br>　　v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; and WARREN ROSEGREEN;<br><br>　　　　　　Defendants<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>　　　　　　Relief Defendants | Case No.: 2:22-cv-00612-CDS-EJY<br><br>Judge: Cristina D. Silva<br>Magistrate Judge: Elayna J. Youchah<br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS** |

Pursuant to Local Rule IA 11-3, Plaintiff Securities and Exchange Commission (the "Commission") submits this motion seeking permission for the appearance of Jason M. Bussey and Pat Huddleston II in the above-captioned case.  Messrs. Bussey and Huddleston are employed as attorneys by the Commission and are members in good standing of the State Bars of California (Cal. Bar No. 227185) and Georgia (Georgia Bar No. 373984), respectively. Their contact information appears below:

| JASON M. BUSSEY<br>Email: busseyja@sec.gov<br>44 Montgomery Street, Suite 700<br>San Francisco, California 94104<br>Telephone: (415) 705-2500<br>Facsimile: (415) 705-2501 | PAT HUDDLESTON II<br>Email: huddlestonp@sec.gov<br>950 East Paces Ferry Road, N.E., Suite 900<br>Atlanta, GA 30326-1382<br>Telephone: (404) 842-7600<br>Facsimile: (404) 842-7679 |
|---|---|

Dated:  October 1, 2024.

Respectfully submitted,

 /s/ Marc D. Katz
MARC D. KATZ
44 Montgomery Street, Suite 700
San Francisco, California 94104
Telephone: (415) 705-2500
*Counsel for Plaintiff*
*Securities and Exchange Commission*

**IT IS SO ORDERED.**

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE