Louis M. Bubala III, Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty St., Ste. 1100
Reno, NV 89501
Phone: (775) 852-3900
Fax: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors in the Bankruptcy Cases*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>         Defendants,<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>         Relief Defendants, | Case No. 2:22-cv-00612-CDS-EJY<br><br>**EX PARTE MOTION AND PROPOSED ORDER TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST** |

Louis M. Bubala III of Kaempfer Crowell moved for removal from the CM/ECF service list and discontinuation of notices in the above captioned case. Mr. Bubala of Kaempfer Crowell was retained in 2022 as proposed local counsel for the Official Committee of Unsecured Creditors ("Committee") in the chapter 11 bankruptcy cases of defendants J & J Consulting Services, Inc. and J and J Purchasing LLC, lead case No. 2:22-bk-10942-mkn (Bankr. D. Nev.).

The Committee made an appearance in this case to respond to the appointment of a receiver and the receiver's report. [ECF 175]. Since the bankruptcy proceeding remains closed and this court has exclusive jurisdiction along with possession of the assets of defendants J & J Consulting Services, Inc. and J and J Purchasing LLC, the Committee is disbanded. As a result, the purpose in which the undersigned counsel was retained to represent the Committee has reached a conclusion and it is no longer necessary to receive CM/ECF notifications on the ongoing case.

Accordingly, undersigned counsel requests that notices on this case be discontinued and removal of the following from the CM/EFC service list: Louis Martin Bubala III, lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com, kmilks@kcnvlaw.com.

Executed on November 12, 2024

_____
Louis M. Bubala III
KAEMPFER CROWELL

Proposed Counsel for the Official Committee of Unsecured Creditors in the Bankruptcy Cases

Dated this ____ of November, 2024

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on Tuesday, November 12, 2024, I caused a copy of the foregoing to be filed with the Court via ECF which sent notice of such filing to all parties entitled to receive service through the Court's ECF system.

DATED this 12 November 2024

_____
Louis M. Bubala III
An Employee of KAEMPFER CROWELL