1 | Jarrod L. Rickard, Bar No. 10203
      jlr@skrlawyers.com
2 | Katie L. Cannata, Bar No. 14848
      klc@skrlawyers.com
3 | SEMENZA KIRCHER RICKARD
   | 10161 Park Run Drive, Suite 150
4 | Las Vegas, Nevada 89145
   | Telephone:  (702) 835-6803
5 | Facsimile:  (702) 920-8669

6 | David R. Zaro (admitted *pro hac vice*)
      dzaro@allenmatkins.com
7 | Joshua A. del Castillo (admitted *pro hac vice*)
      jdelcastillo@allenmatkins.com
8 | Matthew D. Pham (admitted *pro hac vice*)
      mpham@allenmatkins.com
9 | ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
10 | 865 South Figueroa Street, Suite 2800
   | Los Angeles, California 90017-2543
11 | Telephone:  (213) 622-5555
   | Facsimile:  (213) 620-8816

12 |
   | *Attorneys for Receiver Geoff Winkler*
13 |

14 |                **UNITED STATES DISTRICT COURT**

15 |                    **DISTRICT OF NEVADA**

16 |

17 | SECURITIES AND EXCHANGE       | **Case No. 2:22-cv-00612-CDS-EJY**
   | COMMISSION,                   |
18 |                               | Judge Hon. Cristina D. Silva
   |              Plaintiff,        |
19 |                               | **TENTH QUARTERLY APPLICATION FOR**
   |        vs.                    | **PAYMENT OF FEES AND**
20 |                               | **REIMBURSEMENT OF EXPENSES OF**
   | MATTHEW WADE BEASLEY, *et al.*,| **RECEIVER'S COUNSEL:  (1) ALLEN**
21 |                               | **MATKINS LECK GAMBLE MALLORY &**
   |              Defendants,       | **NATSIS, LLP; AND (2) SEMENZA**
22 |                               | **KIRCHER RICKARD**
   | THE JUDD IRREVOCABLE TRUST, *et al.*,|
23 |                               | [Declaration of Joshua A. del Castillo; and
   |         Relief Defendants.     | Declaration of Jarrod L. Rickard submitted
24 |                               | concurrently herewith]

25 |

26 | / / /

27 | / / /

28 |

4872-3482-7508.2

**TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general receivership counsel for Geoff Winkler (the "Receiver"), the Court-appointed receiver in the above-entitled action, and Semenza Kircher Rickard ("SKR"), the Receiver's local counsel, hereby submit this Tenth Quarterly Application for Payment of Fees and Reimbursement of Expenses (this "Application").

**PLEASE FURTHER TAKE NOTICE** that, in accordance with their customary practice and this Court's orders, Allen Matkins and SKR submitted their invoices for the period in issue here to the plaintiff Securities and Exchange Commission (the "SEC") prior to the filing of this Application. SEC staff has reviewed the invoices and provided comments to Allen Matkins and SKR as appropriate, and has further expressed that the SEC does not oppose the interim approval and payment of fees as requested herein.

## I. INTRODUCTION.

Allen Matkins and SKR serve as Court-approved counsel to the Receiver, who was appointed pursuant to this Court's June 5, 2022 *Order Appointing Receiver* (the "Appointment Order") [ECF No. 88], and whose appointment was reaffirmed via the Court's July 28, 2022 *Order Amending Receivership Order (Dkt. No. 88)* (the "Amended Appointment Order") [ECF No. 207]. Pursuant to the terms of the Appointment Order and Amended Appointment Order, the Receiver is vested with authority and control over J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; J and J Purchasing LLC; The Judd Irrevocable Trust; and BJ Holdings LLC, and over the Wells Fargo Interest on Lawyers' Trust Account ending in 5598 and held in the name of Beasley Law Group PC, along with the personal assets of certain individual defendants in the above-entitled action (all, collectively, the "Receivership Defendants") and authorized, subject to the approval of this Court, to "engage and employ persons in his discretion … to assist him in carrying out his duties and responsibilities [as Receiver], including, but not limited to … attorneys" and other professionals. (*See* Appointment Order at ¶ 7(F).)

1    This Application represents the tenth quarterly application for payment of fees and

2  reimbursement of expenses submitted by Allen Matkins and SKR in accordance with

3  Paragraph 62 of the Appointment Order, and covers the fees and expenses incurred by each of

4  them between July 1, 2024 and September 30, 2024 (the "Application Period").

5    By way of this Application, Allen Matkins and SKR request the Court's approval of 100%

6  of their fees and expenses incurred during the Application Period, and further request the interim

7  payment of 80% of such fees and 100% of such expenses, to be paid from the funds of the

8  receivership estate established in the above-entitled action (the "Receivership Estate" or "Estate").

9  Specifically, the amounts of the Applicants' fees and expenses sought to be approved and paid

10  under this Fee Application are as follows:

| Applicant | Total Fees | Interim Payment Requested (Fees) | Expenses | Interim Payment Requested (Expenses) |
|---|---|---|---|---|
| Allen Matkins | $51,951.23 | $41,560.98 | $3,705.20 | $3,705.20 |
| SKR | $1,496.00 | $1,196.80 | $0.00 | $0.00 |
| **TOTAL:** | $53,447.23 | $42,757.78 | $3,705.20 | $3,705.20 |

16    In accordance with the commitment made to the Receiver by Allen Matkins and SKR in

17  connection with their engagement in this matter, the fees identified above were billed at rates

18  significantly discounted from Allen Matkins' and SKR's standard hourly rates, reflecting discounts

19  in excess of 40% for certain timekeepers or submatters.  Consistent with the SEC's billing

20  guidelines, and Allen Matkins' and SKR's commitment in this federal receivership, Allen Matkins

21  and SKR hereby request interim payment of only 80% of their respective fees, as noted above; the

22  remaining, unpaid 20% "holdback" of Allen Matkins' and SKR's approved fees will be subject to

23  final approval and payment at the conclusion of the instant receivership.  **In addition, as an**

24  **accommodation to the Receivership Estate and in order to maintain a blended billing rate**

25  **consistent with the goals of the present receivership, Allen Matkins has applied an across-**

the-board discount of an additional 5% to all attorneys' fees incurred during the Application Period.[1]

## II.  GENERAL SUMMARY.

During the Application Period, and with assistance from Allen Matkins and SKR, the Receiver made substantial progress on critical elements of Estate administration, critically including document recovery, review, and analysis, significant asset recovery and monetization, and case administration – including in connection with a pending Ninth Circuit appellate matter implicating the interests of the Receiver and the Estate – to say nothing of satisfying the Receiver's ongoing filing obligations arising in connection with pending litigation, and regularly reporting on his progress to this Court.

As reflected in prior applications for payment of fees and reimbursement of expenses in this matter, the Receiver and his professionals have expended significant time and effort to preserve the *status quo*, pursue the recovery of receivership assets, and undertake efforts to obtain financial documents and other information critical to the Receiver's administration of the Estate and forensic accounting, his evaluation of prospective creditor claims, and any clawback or disgorgement litigation that the Receiver ultimately determines, in his reasonable business judgment, is required to recover assets for the benefit of the Estate and its creditors.  While a full accounting of the Receiver's efforts and success is impracticable here, as reflected in the Receiver's interim reporting, his asset recovery efforts have been remarkably successful.  Indeed, as of the date of this Application, the Receiver's efforts have resulted in the recovery of tens of millions of dollars in assets – including, but not limited to, cash, financial instruments, vehicles, a private aircraft, cryptocurrency, and real property.

As detailed further below, in coordination with Allen Matkins and SKR, the Receiver has continued to attend to critical case administration deadlines and other matters of importance to the receivership, as well as his ongoing efforts to obtain and review essential documents relating to

---

[1]  Allen Matkins' aggregate fees without the application of the 5% discount totaled $54,685.50, during the Application Period.

the business and financial activities of the Receivership Defendants, and to recover assets subject to turnover for the benefit of the Estate and its creditors.

Given the amount and significance of the work completed by Allen Matkins and SKR, and the significant benefit of their efforts to the Estate, Allen Matkins and SKR respectfully submit – as further detailed in the accompanying motion to approve the Application (filed under separate cover in omnibus form) that the fees and expenses incurred during the Application Period are reasonable and appropriate, and should be approved and paid, on an interim basis, in the amounts indicated above.  As an accommodation to the Estate, and consistent with the SEC's billing guidelines and the ordinary practice in federal receiverships, Allen Matkins and SKR request that the Court approve 100% of the fees and expenses incurred during the Application Period but authorize payment, on an interim basis, of only 80% of such fees and 100% of such expenses, at this time.

## III.   ALLEN MATKINS' FEES AND EXPENSES.

### A.   The Receiver's Retention Of Allen Matkins.

Allen Matkins was retained by the Receiver in June 2022.  The Receiver selected Allen Matkins as one of two firms serving as general receivership counsel due to the firm's decades of experience and expertise in federal equity receivership matters, as well as in creditors' rights, litigation, and personal and real property disposition matters.  Allen Matkins has served as counsel to federal equity receivers in dozens of cases, has represented a variety of constituents in hundreds of bankruptcy matters, and has significant substantive experience in related areas, such as securities, corporate, and real estate.

### B.   The Receiver's Retention Of SKR.

SKR was initially retained by the Receiver in June 2022.  The Receiver selected SKR as his local Nevada counsel due to SKR's extraordinary reputation in the Las Vegas legal community, its prior working relationship with the Receiver's other general receivership counsel, Greenberg Traurig, LLP, and its familiarity with local policies and procedures applicable to the administration of the Estate.

1      **C.      Services Rendered By Allen Matkins During The Application Period.**

2           During the Application Period, Allen Matkins extensively assisted the Receiver in the

3  performance of his duties under the Appointment Order, primarily by attending to matters critical

4  to Receivership Estate administration, asset recovery and disposition, and investigation and

5  reporting.

6           In all, on account of its services rendered to the Receiver during the Application Period,

7  Allen Matkins billed 105.9 hours and $51,951.23 in fees, and incurred $3,705.20 in expenses,

8  across the following categories[2]:

| Category | Hours | Fees | Expenses |
|---|---|---|---|
| General Receivership | 16.1 | $8,744.50 | $3,705.20 |
| Asset Recovery & Management | 36.8 | $20,056.00 | $0.00 |
| Investigation & Reporting | 52.2 | $25,459.00 | $0.00 |
| Sale, Disposition &Transfer of Assets | 0.7 | $381.50 | $0.00 |
| Claims & Distribution | 0.1 | $44.50 | $0.00 |
| **TOTAL:** | **105.9** | **$54,685.50** | **$3,705.20** |
| **FEE DISCOUNT APPLIED:** | | ($2,734.27) | |
| **TOTAL AFTER DISCOUNT** | | **$51,951.23** | |

19           Provided below are narrative summaries of the work performed under each of the

20  categories, and attached hereto as **Exhibit A** are Allen Matkins' *pro forma* billing statements,

21  which contain billing entries detailing the tasks performed by the firm's attorneys and paralegals

22  during the Application Period.

23

24

---

25  [2]   As in prior applications, a limited number of Allen Matkins' entries reflect discussions
    between counsel.  These entries include language referencing "advice to counsel", "confer with
26  counsel", or similar discussions in connection with a particular issue.  In accordance with
    applicable billing guidelines, such discussions have been kept to a minimum.  Where they
27  occur, Allen Matkins respectfully submits they are necessary and appropriate; on occasion,
    Allen Matkins attorneys will seek out the expertise of other personnel in the firm to avoid
28  costly research or otherwise to expedite required work, in order to minimize the expense to the
    receivership.

As it has since the inception of this matter, Allen Matkins endeavored to staff each task efficiently, using a core team of attorneys, with specialized assistance as necessary. As noted above, Allen Matkins agreed to a significant discount from its ordinary billing rates for this matter, as well as not to charge the Estate for any travel time associated with services provided to the Receiver. The fees identified below were billed at rates reflecting discounts of as much as 40%, resulting in substantial savings for the Estate.[3] In addition, and as noted above and further detailed in the Declarations submitted in support of this Application, Allen Matkins' fee and expense records were transmitted to the SEC for review on a monthly basis, and have drawn no objection.

As the Court may recall, and as noted above, Allen Matkins has agreed to apply a line-item discount of 5% for the fees incurred during the Application Period, as an accommodation to the Receivership Estate.

### 1. General Receivership.

During the Application Period, Allen Matkins attorneys billed 16.1 hours to the "General Receivership" work category, largely in connection with matters relating to the Receiver's administration of the Estate or attending to administrative matters arising from the Receiver's obligations under the Appointment Order. Allen Matkins incurred $3,705.20 in general expenses, consisting almost entirely of: (1) monthly fees for electronic document hosting and management services; and (2) costs associated with the service of subpoenas upon financial institutions and other parties in connection with the Receiver's ongoing investigation and forensic accounting. Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David Zaro | Partner | $545 | 1.3 | $708.50 |
| Joshua del Castillo | Partner | $545 | 14.5 | $7,902.50 |
| Matthew Pham | Associate | $445 | 0.3 | $133.50 |
| **TOTAL:** | | | **16.1** | **$8,744.50** |

---

[3]    Indeed, had Allen Matkins billed at its standard rates, its fees for the Application Period would be tens of thousands of dollars more than the amount requested in the Application.

Work performed in this category generally related to critical case and Estate administration matters. During the Application Period, Allen Matkins personnel: (1) attended to outstanding case administration tasks; (2) with the Receiver and co-counsel, continued the development of the Receiver's plans for the administration of the Estate and its assets; (3) revised briefing in response to pleadings relating to a pending Ninth Circuit appellate matter; and (4) prepared for and attended meetings of counsel and a status conference set by the Court. These efforts have contributed to a streamlined case and Estate administration strategy, assisted the Receiver in pursuing a resolution of a related Ninth Circuit appellate matter, and facilitated the Receiver's pursuit of his obligations to the Court and interested parties.

## 2. **Asset Recovery & Management.**

During the Application period, Allen Matkins attorneys billed 36.8 hours to the "Asset Recovery & Management" work category. Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David Zaro | Partner | $545 | 1.7 | $926.50 |
| Joshua del Castillo | Partner | $545 | 35.1 | $19,129.50 |
| **TOTAL:** | | | **36.8** | **$20,056.00** |

The time expended in this category related to the Receiver's continued efforts to recover from third parties assets subject to the turnover provisions of the Appointment Order and Amended Appointment Order, which require all third parties in possession of assets of the Receivership Defendants to turn such assets over to the Receiver. During the Application Period, Allen Matkins attorneys: (1) conferred with the Receiver's office regarding the status of a variety of turnover-related matters; (2) reviewed materials relating to pending turnover and asset-related demands, (3) conducted additional legal analysis on issues related to the turnover of assets, specifically including in connection with the turnover of the surrender value of insurance policy proceeds, and (4) conferred with counsel to analyze various tax issues relating to the turnover of

such insurance proceeds. As a result of these efforts, the Receiver ultimately recovered more than $5.5 million in additional funds.

As noted above, these efforts have contributed to the Receiver's recovery of tens of millions of dollars in the form of cash, vehicles, a private aircraft, cryptocurrency, real property, and other assets for the benefit of the Estate and its creditors.

### 3. Investigation and Reporting.

During the Application Period, Allen Matkins attorneys billed 52.2 hours to the "Investigation & Reporting" work category.

Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David Zaro | Partner | $545 | 1.4 | $763.00 |
| Joshua del Castillo | Partner | $545 | 20.9 | $11,390.50 |
| Matthew Pham | Associate | $445 | 29.9 | $13,305.50 |
| **TOTAL:** | | | **52.2** | **$25,459.00** |

During the Application Period, the Receiver, with assistance from Allen Matkins, devoted significant attention to ongoing document recovery and review efforts in connection with his forensic accounting and litigation goals.

At the Receiver's request, Allen Matkins engaged in extensive and ongoing efforts to recover documents critical to the Receiver's accounting and litigation efforts. This included preparing follow-up requests for additional document production from various third parties, including multiple financial institutions, as the Receiver's accounting team identified deficiencies in existing document productions. Addressing these deficiencies required the Receiver's counsel to conduct thorough legal analysis and consult with counsel for subpoenaed entities to resolve related issues.

During the Application Period, Allen Matkins attorneys, among other things: (1) prepared the Receiver's interim report and conducted a detailed review of the status of ongoing discovery efforts in connection therewith; (2) obtained and reviewed substantial document productions from

multiple financial institutions; (3) corresponded extensively with counsel for Wells Fargo regarding a discovery dispute and conferred with counsel to establish a resolution to such dispute; (4) addressed document production issues with other subpoenaed financial institutions, including analysis of produced documents and follow-up for outstanding items; (5) prepared additional subpoenas in connection with the Receiver's ongoing investigation, including to additional financial institutions; (6) corresponded with counsel regarding subpoenas issued by the SEC; and (7) performed document analysis and prepared materials in support of the Receiver's ongoing reporting obligations to the Court.

### 4.    Sale, Disposition & Transfer of Assets.

During the Application Period, Allen Matkins attorneys billed 0.7 hours to the "Sale, Disposition & Transfer of Assets" work category.

Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Joshua del Castillo | Partner | $545 | 0.7 | $381.50 |
| **TOTAL:** | | | **0.7** | **$381.50** |

During the Application Period, Allen Matkins attorneys reviewed materials and analyzed issues regarding liens relating to Estate assets.

### 5.    Claims & Distribution.

During the Application Period, Allen Matkins attorneys billed 0.1 hour to the "Claims & Distribution" work category.

Allen Matkins personnel billed the following time and fees during the Application Period:

| Timekeeper | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Pham | Associate | $445 | 0.1 | $44.50 |
| **TOTAL:** | | | **0.1** | **$44.50** |

Work performed in this category related to communications with counsel for a petitioning creditor regarding the receivership claims process.

**IV.    SERVICES RENDERED BY SKR DURING THE APPLICATION PERIOD.**

During the Application Period, SKR provided critical local counsel support to the Receiver, largely in connection with outstanding case administration deadlines, filings, and court proceedings.  Among other things, SKR ensured outstanding filing deadlines were satisfied, provided logistical support on matters arising in connection with the above-entitled matter and other related matters, and reviewed and assisted with the submission of the Receiver's filings in this matter.

A complete description of the services rendered by SKR can be found in the invoices collectively appended hereto as **Exhibit B**.

By way of summary, SKR attorneys and staff billed the following amounts each month during the Application Period:

| Month | Total Fees Billed |
|-------|-------------------|
| July 2024 | $704.00 |
| August 2024 | $661.50 |
| September 2024 | $145.00 |
| **TOTAL:** | **$1,496.00** |

**V.    THE FEES AND EXPENSES INCURRED ARE REASONABLE AND SHOULD BE ALLOWED.**

Allen Matkins and SKR respectfully submit that the fees and expenses incurred during the Application Period were fair, reasonable, and necessary, and that the associated services provided were of significant benefit to the Estate.  Specifically, and as reflected in **Exhibits A** and **B**, Allen Matkins and SKR have endeavored to staff this matter appropriately and have billed their time at substantially discounted rates.  Additionally, Allen Matkins and SKR have steadfastly attempted to avoid duplication of effort by, among other things, coordinating with the Receiver and co-counsel to allocate tasks and responsibilities and participating in regular discussions regarding work in progress to minimize the likelihood of duplication.

As reflected in the Receiver's prior submissions to this Court, Allen Matkins and SKR are providing an extremely high quality of work in a matter involving dozens of relevant parties and hundreds of millions of dollars in assets. Their efforts are bearing fruit: the Receiver has recovered tens of millions of dollars in personal and real property assets. He has consistently succeeded in securing necessary and appropriate relief from the Court, the turnover of cash and other assets, and the sales of personal and real property. Put simply, in a highly complex receivership, and while the Receiver continues to develop a comprehensive knowledge and understanding the underlying facts, critical players, and assets, the Receiver – with the help of Allen Matkins and SKR – is recovering millions of dollars in cash, obtaining the turnover of millions of dollars in personal and real property, and has already secured Court approval of and successfully undertaken procedures aimed at monetizing those assets in a manner intended to maximize the recovery for the benefit of the Estate and creditors, including investors. The fees and expenses incurred by Allen Matkins and SKR during the Application Period are minimal when compared to these results[4], and Allen Matkins and SKR respectfully request that the Court approve 100% of their fees and expenses, and also authorize the payment of those fees and expenses on a percentage, interim basis, as requested herein.

Allen Matkins' and SKR's invoices were submitted to the SEC for review prior to the filing of this Application, and as of the date of the filing of this Application, the SEC has not indicated that it has substantive questions regarding, or will oppose, the Application.

## VI.    CONCLUSION.

For the foregoing reasons, Allen Matkins and SKR respectfully requests that the Court enter an order:

    1.    Granting this Application in its entirety;

    2.    Approving Allen Matkins' discounted fees and expenses incurred during the Application Period, in the respective amounts of $51,951.23 and $3,705.20;

---

[4]   Indeed, the less than $55,000.00 requested in this Application reflects a small fraction of the approximately $75-80 million in assets already recovered by the Receiver.

3.    Authorizing the Receiver to pay Allen Matkins, on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $41,560.98, and 100% of its approved expenses incurred during the Application Period, in the amount of $3,705.20, from the funds of the Receivership Estate;

4.    Approving SKR's fees incurred during the Application Period, in the amount of $1,496.00; and

5.    Authorizing the Receiver to pay SKR, on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $1,196.80; and

6.    Providing such other and further relief as the Court deems just and proper.

Dated: November 19, 2024

SEMENZA KIRCHER RICKARD

*/s/ Jarrod L. Rickard*

Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
David R. Zaro (admitted *pro hac vice*)
Joshua A. del Castillo (admitted *pro hac vice*)
Matthew D. Pham (admitted *pro hac vice*)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543

*Attorneys for Receiver Geoff Winkler*

## CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Kircher Rickard in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 19th day of November, 2024, I served the document(s), described as:

**TENTH QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER'S COUNSEL:  (1) ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP; AND (2) SEMENZA KIRCHER RICKARD**

**[Declaration of Joshua A. del Castillo; and Declaration of Jarrod L. Rickard submitted concurrently herewith]**

☒    by serving the ☐ original ☒ a true copy of the above and foregoing via:

☒   a.   **CM/ECF System** to the following registered e-mail addresses:

Dean Y. Kajioka     attorneys@kajiokalawlv.com

Garrett T Ogata (Terminated)     court@gtogata.com

Gregory E Garman     ggarman@gtg.legal, bknotices@gtg.legal

Jeffrey F. Barr     jbarr@atllp.com, ECF@atllp.com, aashcraft@atllp.com, ashell@atllp.com, avillarreal@atllp.com, crehfeld@atllp.com, jeffrey-barr-3075@ecf.pacerpro.com, malarie@atllp.com

Kara B. Hendricks     hendricksk@gtlaw.com, Steph.Morrill@gtlaw.com, escobargaddie@gtlaw.com, flintza@gtlaw.com, kara-hendricks-7977@ecf.pacerpro.com, neyc@gtlaw.com, sheffieldm@gtlaw.com, spauldingc@gtlaw.com

Kevin N. Anderson     kanderson@fabianvancott.com, amontoya@fabianvancott.com, mdonohoo@fabianvancott.com, sburdash@fabianvancott.com

Kevin B Christensen     kbc@cjmlv.com

Lance A Maningo     lance@maningolaw.com, kelly@maningolaw.com, yasmin@maningolaw.com

Marc P Cook     mcook@bckltd.com, sfagin@bckltd.com

Michael D. Rawlins     michael@rawlins.law, laura@rawlins.law

///

Peter S. Christiansen    pete@christiansenlaw.com, ab@christiansenlaw.com, chandi@christiansenlaw.com, hvasquez@christiansenlaw.com, jcrain@christiansenlaw.com, keely@christiansenlaw.com, kworks@christiansenlaw.com, tterry@christiansenlaw.com, wbarrett@christiansenlaw.com

Robert R. Kinas    rkinas@swlaw.com, docket_las@swlaw.com, jfung@swlaw.com, jmath@swlaw.com, mfull@swlaw.com, nkanute@swlaw.com, sdugan@swlaw.com

T. Louis Palazzo    louis@palazzolawfirm.com, celina@palazzolawfirm.com, miriam@palazzolawfirm.com, office@palazzolawfirm.com

William Robert Urga    wru@juwlaw.com, ls@juwlaw.com

Edward W. Cochran    edward@edwcochran.com

Vincent J. Aiello    vaiello@spencerfane.com, jramirez@spencerfane.com, lwilliams@spencerfane.com

Louis Martin Bubala, III    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com, kmilks@kcnvlaw.com

Jonathan D. Blum    jblum@wileypetersenlaw.com, cdugenia@wileypetersenlaw.com, cpascal@wileypetersenlaw.com

Charles La Bella    charles.labella@usdoj.gov, maria.nunez-simental@usdoj.gov

Molly M White    mwhite@mcguirewoods.com, shicks@mcguirewoods.com

Samuel A Schwartz    saschwartz@nvfirm.com, ecf@nvfirm.com

Jason Hicks    jason.hicks@gtlaw.com, escobargaddie@gtlaw.com, geoff@americanfiduciaryservices.com, jason-hicks-7754@ecf.pacerpro.com, rosehilla@gtlaw.com

Timothy C. Pittsenbarger    chase@lkpfirm.com

Kyle A. Ewing    ewingk@gtlaw.com, flintza@gtlaw.com, kyle-ewing-7297@ecf.pacerpro.com, rosehilla@gtlaw.com

Maria A. Gall    gallm@ballardspahr.com, LitDocket_West@ballardspahr.com, crawforda@ballardspahr.com, lvdocket@ballardspahr.com

Sydney Gambee    srgambee@hollandhart.com, intaketeam@hollandhart.com, jeheilich@hollandhart.com

Keely Perdue Chippoletti    keely@christiansenlaw.com, lit@christiansenlaw.com

Casey R. Fronk    FronkC@sec.gov, #slro-docket@sec.gov

Joseph G. Went    jgwent@hollandhart.com, Intaketeam@hollandhart.com, vlarsen@hollandhart.com

Alicia Baiardo    abaiardo@mcguirewoods.com, JTabisaura@mcguirewoods.com

K. Issac deVyver    kdevyver@mcguirewoods.com, hharding@mcguirewoods.com, kfox@mcguirewoods.com, mkrizan@mcguirewoods.com

Celiza P. Braganca    lisa@secdefenseattorney.com

David O'Toole    david@secdefenseattorney.com

David C. Clukey    dclukey@jacksonwhitelaw.com

Ori Katz    okatz@sheppardmullin.com

Nicholas Boos    nboos@maynardnexsen.com, bday@maynardnexsen.com, gowens@maynardcooper.com, mdunn@maynardnexsen.com, sroberson@maynardnexsen.com, ynesbitt@maynardnexsen.com

George W. Cochran, III  lawchrist@gmail.com

Sidhardha Kamaraju    skamaraju@pryorcashman.com, docketing@pryorcashman.com

Michael E. Welsh    welshmi@sec.gov

John Giardino    jgiardino@pryorcashman.com

David Baddley    baddleyd@sec.gov

Kamille Dean    Kamille@kamilledean.com

☐  b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day, which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐  c.  **BY PERSONAL SERVICE.**

☐  d.  **BY DIRECT EMAIL.**

///

1    ☐  e.  **BY FACSIMILE TRANSMISSION.**

2        I declare under penalty of perjury that the foregoing is true and correct.

3

4                                        */s/ Olivia A. Kelly*
                                         An Employee of Semenza Kircher Rickard

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua

Matter #: 392775.00002

Client Name: Winkler, Geoff - Receiver for J&J Consul

Date of Last Billing: 09/20/24

Matter Name:  General Receivership

Proforma Number: 1301285

Client/Matter Joint Group # 392775.1

Client Matter Number:

**Fees for Matter 392775.00002.(General Receivership)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/05/24 | 9684933 | Review Ninth Circuit notices (0.1). | Del Castillo, Joshua | 0.10 | 54.50 | 54.50 | WO | HD | TR | ____ |
| 07/11/24 | 9690927 | Confer with AM counsel internally (0.2); prepare for and attend videoconference with Receiver and GT co-counsel (0.3); follow-up correspondence regarding same (0.2). | Del Castillo, Joshua | 0.70 | 381.50 | 436.00 | WO | HD | TR | ____ |
| 07/17/24 | 9698285 | Confer with M. Pham and prepare update to Receiver's office regarding outstanding case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 708.50 | WO | HD | TR | ____ |
| 07/24/24 | 9706113 | Confer with M. Pham and D. Zaro and attention to case administration matters (0.6). | Del Castillo, Joshua | 0.60 | 327.00 | 1,035.50 | WO | HD | TR | ____ |
| 07/25/24 | 9707314 | Confer with M. Pham regarding case administration matters (0.4). | Del Castillo, Joshua | 0.40 | 218.00 | 1,253.50 | WO | HD | TR | ____ |
| 07/25/24 | 9711283 | Virtually meet with client, his team, and Greenberg Traurig regarding case updates and outstanding tasks | Pham, Matt D. | 0.30 | 133.50 | 1,387.00 | WO | HD | TR | ____ |

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

---

**Fees for Matter 392775.00002.(General Receivership)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/24 | 9714507 | Review notes and prepare update to Receiver regarding case administration matters (0.2). | Del Castillo, Joshua | 0.20 | 109.00 | 1,496.00 | WO | HD | TR | ____ |
| 08/05/24 | 9721602 | Confer with D. Zaro and M. Pham regarding case administration matters (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 1,768.50 | WO | HD | TR | ____ |
| 08/08/24 | 9726244 | Review materials and prepare for and attend videoconference with Receiver's office and GT co-counsel (0.4); follow-up with AM counsel regarding outstanding matters (0.5). | Del Castillo, Joshua | 0.90 | 490.50 | 2,259.00 | WO | HD | TR | ____ |
| 08/09/24 | 9726165 | Confer with M. Pham regarding case administration matters (0.5); review docket (0.1); follow-up emails to co-counsel (0.3). | Del Castillo, Joshua | 0.90 | 490.50 | 2,749.50 | WO | HD | TR | ____ |
| 08/13/24 | 9730849 | Review ECF notices (0.1); emails to AM counsel regarding case administration matters (0.4). | Del Castillo, Joshua | 0.50 | 272.50 | 3,022.00 | WO | HD | TR | ____ |
| 08/15/24 | 9733162 | Prepare for and attend videoconference with Receiver and GT co-counsel (0.4). | Del Castillo, Joshua | 0.40 | 218.00 | 3,240.00 | WO | HD | TR | ____ |
| 08/19/24 | 9736907 | Review and prepare comments regarding draft Grigsby answering brief (1.5). | Del Castillo, Joshua | 1.50 | 817.50 | 4,057.50 | WO | HD | TR | ____ |
| 08/20/24 | 9738972 | Finalize proposed revisions to appellate brief (0.7); emails with AM and GT counsel regarding same (0.5). | Del Castillo, Joshua | 1.20 | 654.00 | 4,711.50 | WO | HD | TR | ____ |
| 08/20/24 | 9741007 | Conference with counsel related to the appellate brief and Grisby (.4). Review/evaluate and propose revisions to the Grisby brief (.9). | Zaro, David | 1.30 | 708.50 | 5,420.00 | WO | HD | TR | ____ |

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

---

**Fees for Matter 392775.00002.(General Receivership)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/24 | 9741169 | Prepare for and attend videoconference with Receiver's office and GT co-counsel (0.4). | Del Castillo, Joshua | 0.40 | 218.00 | 5,638.00 | WO | HD | TR | ____ |
| 08/26/24 | 9744559 | Review recently filed pleadings (1.1); emails with AM and GT counsel regarding pending case administration matters (0.5). | Del Castillo, Joshua | 1.60 | 872.00 | 6,510.00 | WO | HD | TR | ____ |
| 08/28/24 | 9748263 | Review Grigsby Ninth Circuit documents (0.2). | Del Castillo, Joshua | 0.20 | 109.00 | 6,619.00 | WO | HD | TR | ____ |
| 09/05/24 | 9758723 | Review docket and emails with AM counsel and GT and SKR co-counsel regarding case administration matters (0.8); emails with Receiver's office (0.2). | Del Castillo, Joshua | 1.00 | 545.00 | 7,164.00 | WO | HD | TR | ____ |
| 09/12/24 | 9766746 | Prepare for and attend videoconference with Receiver and GT co-counsel (0.3); attention to case administration issues in anticipation of 9/16 status conference (0.5). | Del Castillo, Joshua | 0.80 | 436.00 | 7,600.00 | WO | HD | TR | ____ |
| 09/16/24 | 9771199 | Prepare for and attend status conference (0.3). | Del Castillo, Joshua | 0.30 | 163.50 | 7,763.50 | WO | HD | TR | ____ |
| 09/23/24 | 9778138 | Review recent filings, including motion to compel reply (0.5); emails and confer with AM counsel regarding same (0.5). | Del Castillo, Joshua | 1.00 | 545.00 | 8,308.50 | WO | HD | TR | ____ |
| 09/26/24 | 9782656 | Prepare for and videoconference with Receiver and GT co-counsel regarding case administration matters (0.4); emails with M. Pham regarding pending deadlines (0.2); review pleadings (0.2). | Del Castillo, Joshua | 0.80 | 436.00 | 8,744.50 | WO | HD | TR | ____ |

---

**Disbursements for Matter 392775.00002 (General Receivership)**

---

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

| Trans Date | Index | Type | Quantity | Amt | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/01/24 | 2890766 | EDISC – CS Disco, Inc. - Monthly Hosting for July 2024 | 0.00 | 257.31 | WO | HD | TR | ____ |
| 07/08/24 | 2900001 | DCSRCH – Document Search - PACER - Usage 2nd QTR | 0.00 | 3.00 | WO | HD | TR | ____ |
| 07/17/24 | 2895744 | POS – Process of Service -  Nationwide Legal LLC  - Mutual of Omaha Bank SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS  OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 301.60 | WO | HD | TR | ____ |
| 07/17/24 | 2895745 | POS – Process of Service -  Nationwide Legal LLC  - Forethought Life Insurance Company SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 171.60 | WO | HD | TR | ____ |
| 07/17/24 | 2895746 | POS – Process of Service -  Nationwide Legal LLC  - America First Credit Union SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 199.80 | WO | HD | TR | ____ |
| 07/17/24 | 2895748 | POS – Process of Service -  Nationwide Legal LLC  - Bank of America, National Association SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 176.20 | WO | HD | TR | ____ |
| 07/19/24 | 2895747 | POS – Process of Service -  Nationwide Legal LLC  - Mutual of Omaha Bank SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS  OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 301.60 | WO | HD | TR | ____ |
| 07/22/24 | 2894403 | COURT – Other Court Charges - Matt Pham - SECURE-SHARE.COM - Download documents produced by CNB in response to a subpoena served by the Receiver. | 0.00 | 72.00 | WO | HD | TR | ____ |
| 08/01/24 | 2895046 | POS – Nationwide Legal, LLC - Edward D. Jones & Co., L.P., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 176.20 | WO | HD | TR | ____ |
| 08/01/24 | 2895434 | EDISC – CS Disco, Inc. - Monthly Hosting for August 2024 | 0.00 | 257.31 | WO | HD | TR | ____ |
| 08/12/24 | 2893805 | BW – Duplication - Black & White Copies | 82.00 | 15.58 | WO | HD | TR | ____ |
| 08/20/24 | 2894530 | BW – Duplication - Black & White Copies | 25.00 | 4.75 | WO | HD | TR | ____ |

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

| Date | Number | Description | Qty | Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/22/24 | 2894825 | BW – Duplication - Black & White Copies | 81.00 | 15.39 | WO | HD | TR | ____ |
| 08/22/24 | 2894826 | COLOR – Duplication - Color Copies | 8.00 | 2.00 | WO | HD | TR | ____ |
| 08/22/24 | 2895984 | POST – Postage - RICOH - 1 CRR Large | 0.00 | 10.45 | WO | HD | TR | ____ |
| 08/23/24 | 2900208 | POS – Process of Service -  Nationwide Legal LLC  - The Northern Trust Company, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS  OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 176.20 | WO | HD | TR | ____ |
| 08/23/24 | 2900209 | POS – Process of Service -  Nationwide Legal LLC  - Citibank, National Association  c/o C T Corporation System  Attn: Authorized Agent/Representative, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS  OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 301.60 | WO | HD | TR | ____ |
| 08/23/24 | 2900210 | POS – Process of Service -  Nationwide Legal LLC  - Zions Bancorporation, National Association  c/o Corporation Service Company  Attn: Authorized Agent/Representative, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 298.60 | WO | HD | TR | ____ |
| 08/23/24 | 2900211 | POS – Process of Service -  Nationwide Legal LLC  - Clark County Credit Union  Attn: Matthew Kershaw, President/CEO (or Authorized Agent/Representative), SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 198.60 | WO | HD | TR | ____ |
| 08/23/24 | 2900212 | POS – Process of Service -  Nationwide Legal LLC  - Enterprise Bank & Trust  c/o C T Corporation System  Attn: Authorized Agent/Representative  701 S Carson Street, Suite 200, Carson City, NV 89701, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS  OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION | 0.00 | 298.60 | WO | HD | TR | ____ |
| 09/01/24 | 2899459 | EDISC – CS Disco, Inc. - Monthly Hosting for September 2024 | 0.00 | 257.31 | WO | HD | TR | ____ |
| 09/04/24 | 2897107 | DCSRCH – Citibank NA - Research | 0.00 | 161.50 | WO | HD | TR | ____ |
| 09/06/24 | 2904269 | COURT – Other Court Charges - Matt Pham - ZIONS | 0.00 | 48.00 | WO | HD | TR | ____ |

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

SUBPOENA RECORDS - Payment for document production.

**Proforma Summary**

**Timekeeper**

| Number | Timekeeper | Hours | Rate | Amounts |
|--------|-----------|-------|------|---------|
| 000313 | Zaro, David | 1.30 | 545.00 | 708.50 |
| 001842 | Del Castillo, Joshua | 14.50 | 545.00 | 7,902.50 |
| 002510 | Pham, Matt D. | 0.30 | 445.00 | 133.50 |
| | | 16.10 | | $8,744.50 |

| | |
|---|---|
| Subtotal Fees | $8,744.50 |
| Discount | 0.00 |
| Total Fees | 8,744.50 |
| Total Disbursements | 3,705.20 |

**Attorney Billing Instructions**

| ( ) | BILL ALL | ( ) | Hold |
|-----|----------|-----|------|
| ( ) | BILL FEES ONLY | ( ) | Write Off |
| ( ) | BILL COST ONLY | ( ) | Transfer All |

**Billing Instructions**

expires 6/30/2024:   Partners @ 545; Assoc @ 445; Paralegals @ 350

**Account Summary – As Of 11/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 18,592.53 | 18,291.00 | 301.53 | 64,427.27 | 51,356.00 | 13,071.27 | 278,197.35 | 241,782.00 | 36,415.35 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 163.76 | 163.76 | 0.00 | 2,808.94 | 2,414.96 | 393.98 |
| Billed | 22,185.24 | 17,474.76 | 4,710.48 | 66,024.31 | 48,727.26 | 17,297.05 | 221,402.38 | 221,402.38 | 32,710.15 |
| Collected | 22,185.24 | 17,474.76 | 4,710.48 | 66,024.31 | 48,727.26 | 17,297.05 | 254,112.53 | 221,402.38 | 32,710.15 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | 22,626.59 | 18,291.00 | 4,335.59 |
| **AR Balance** | 0.00 | 0.00 | 0.00 |
| **Unalloc Payment** | 0.00 | | |

11/12/24 09:34:44 PROFORMA STATEMENT FOR MATTER 392775.00002 (Winkler, Geoff - Receiver for J&J Consul) (General Receivership)

| | |
|---|---|
| ***Client Trust Balance*** | ***0.00*** |

**Billing Address**

Winkler, Geoff - Receiver for J&J Consulting Services, Inc.; J and J Purchasing
LLC; The Judd Irrevocable Trust; BJ Holdings LLC
Geoff B. Winkler
American Fiduciary Services LLC
715 NW Hoyt Street, Suite 4364
 Portland, OR  97208

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua

Matter #: 392775.00003

Client Name: Winkler, Geoff - Receiver for J&J Consul

Date of Last Billing: 09/20/24

Matter Name:  Asset Recovery & Management

Proforma Number: 1301285

Client/Matter Joint Group # 392775.1

Client Matter Number:

---

**Fees for Matter 392775.00003.(Asset Recovery & Management)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/24 | 9698278 | Emails with Receiver's office and follow-up regarding asset turnover matters (0.6). | Del Castillo, Joshua | 0.60 | 327.00 | 327.00 | WO | HD | TR | ____ |
| 07/22/24 | 9702422 | Review correspondence and materials transmitted by J. McGraw in connection with pending and contemplated asset recovery matters (1.1); emails regarding same (0.2); confer with M. Pham regarding same (0.3). | Del Castillo, Joshua | 1.60 | 872.00 | 1,199.00 | WO | HD | TR | ____ |
| 07/23/24 | 9704908 | Review documents and confer with M. Pham regarding insurance policy turnover issues (1.0). | Del Castillo, Joshua | 1.00 | 545.00 | 1,744.00 | WO | HD | TR | ____ |
| 07/24/24 | 9705982 | Review insurance company productions and correspondence from Receiver's office (0.5); teleconferences with Prudential and Mass Mutual in attempt to confer with general counsel's office (0.7). | Del Castillo, Joshua | 1.20 | 654.00 | 2,398.00 | WO | HD | TR | ____ |
| 07/31/24 | 9714504 | Attention to insurance policy recovery issues and emails with Receiver's office regarding same (0.3). | Del Castillo, Joshua | 0.30 | 163.50 | 2,561.50 | WO | HD | TR | ____ |

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

**Fees for Matter 392775.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/24 | 9719135 | Review and respond to inquiries from Receiver's office regarding Prudential insurance policies (0.2); calls to Prudential (0.5); review document production in connection with same (0.5). | Del Castillo, Joshua | 1.20 | 654.00 | 3,215.50 | WO | HD | TR | ____ |
| 08/02/24 | 9719137 | Review documents transmitted by Receiver's office in connection with insurance policy recovery efforts and emails regarding same (1.3). | Del Castillo, Joshua | 1.30 | 708.50 | 3,924.00 | WO | HD | TR | ____ |
| 08/06/24 | 9722849 | Follow-up calls to Prudential regarding pending turnover request (0.5); confer regarding prospective demand letter to Prudential counsel (0.5). | Del Castillo, Joshua | 1.00 | 545.00 | 4,469.00 | WO | HD | TR | ____ |
| 08/08/24 | 9725069 | Review additional documents and attention to insurance turnover demands (0.8); telephone calls to Prudential representatives (0.8); emails to Receiver's office (0.3); follow-up to Mass Mutual (0.2). | Del Castillo, Joshua | 2.10 | 1,144.50 | 5,613.50 | WO | HD | TR | ____ |
| 08/09/24 | 9726241 | Review voicemails from Prudential (0.2); legal analysis of turnover question raised by Prudential and Receiver (1.4); prepare follow-up demand letter to Prudential (0.3); prepare demand letter to Mass Mutual and confer with M. Pham regarding same (0.4); emails with AM counsel regarding outstanding asset recovery matters (0.5); prepare update regarding same (0.3). | Del Castillo, Joshua | 3.10 | 1,689.50 | 7,303.00 | WO | HD | TR | ____ |
| 08/10/24 | 9728002 | Legal analysis regarding injury to surrender balance from continued insurer loan interest application and prepare inquiry to AM team regarding same (1.8). | Del Castillo, Joshua | 1.80 | 981.00 | 8,284.00 | WO | HD | TR | ____ |

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

**Fees for Matter 392775.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/24 | 9729345 | Revise and transmit demand letters (0.9); follow-up emails to AM counsel and Receiver's office regarding same (0.4); confer with M. Pham regarding same (0.3). | Del Castillo, Joshua | 1.60 | 872.00 | 9,156.00 | WO | HD | TR | ____ |
| 08/13/24 | 9730382 | Emails with Receiver's office regarding policy surrender value turnovers (0.2); confer with M. Pham regarding same (0.3); review documents produced by additional insurer (0.9); emails to J. McGraw (0.4). | Del Castillo, Joshua | 1.80 | 981.00 | 10,137.00 | WO | HD | TR | ____ |
| 08/16/24 | 9734093 | Review documents produced by Forethought Ins/Global Alliance and correspondence from J. McGaw regarding same (1.2); prepare demand letter to Forethought (0.5); prepare notes for discussion regarding outstanding asset recovery matter (0.8). | Del Castillo, Joshua | 2.50 | 1,362.50 | 11,499.50 | WO | HD | TR | ____ |
| 08/23/24 | 9741575 | Attention to follow-up demands to insurers (0.5); emails to M. Pham and Receiver's office regarding same (0.2); review documents in connection with same (0.2); calls to insurers regarding same (0.7). | Del Castillo, Joshua | 1.60 | 872.00 | 12,371.50 | WO | HD | TR | ____ |
| 09/03/24 | 9755938 | Review and respond to correspondence from Mass Mutual legal department and attention to related turnover issues (0.7); follow-up emails to AM counsel and Receiver's office (0.5); analysis of insurer documents regarding withdrawal penalties (0.9). | Del Castillo, Joshua | 2.10 | 1,144.50 | 13,516.00 | WO | HD | TR | ____ |
| 09/04/24 | 9757686 | Emails with Receiver's office, SEC, and Forethought Insurance regarding turnover | Del Castillo, Joshua | 0.50 | 272.50 | 13,788.50 | WO | HD | TR | ____ |

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

---

**Fees for Matter 392775.00003.(Asset Recovery & Management)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| | | issues (0.5). | | | | | | | |
| 09/05/24 | 9758570 | Review and respond to insurer correspondence regarding pending turnover requests (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 14,061.00 | WO | HD | TR _____ |
| 09/10/24 | 9764231 | Emails with insurer representatives (0.7); attention to related asset turnover requests (0.6). | Del Castillo, Joshua | 1.30 | 708.50 | 14,769.50 | WO | HD | TR _____ |
| 09/11/24 | 9765052 | Emails with insurer representatives regarding turnovers (0.5); follow-up internal AM emails (0.3); analysis of issue raised by Mass Mutual regarding turnover (1.0). | Del Castillo, Joshua | 1.80 | 981.00 | 15,750.50 | WO | HD | TR _____ |
| 09/12/24 | 9767042 | Review and respond to insurer correspondence regarding turnovers (0.5); prepare inquiry to J. Kassan regarding related tax inquiry (0.1). | Del Castillo, Joshua | 0.60 | 327.00 | 16,077.50 | WO | HD | TR _____ |
| 09/12/24 | 9767843 | Research/analysis of life insurance issues and taxes on turnover of policy sums, alternative approaches to turnover, follow-up (.6).  Several emails with counsel, tax counsel as to strategy issues (.2). | Zaro, David | 0.80 | 436.00 | 16,513.50 | WO | HD | TR _____ |
| 09/16/24 | 9770516 | Prepare follow-up letter to Forethought Insurance and transmit (0.3); review materials and information transmitted by Prudential Insurance in connection with pending turnover request (0.5). | Del Castillo, Joshua | 0.80 | 436.00 | 16,949.50 | WO | HD | TR _____ |
| 09/17/24 | 9772098 | Emails with insurer counsel and Receiver's office regarding anticipated turnovers (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 17,222.00 | WO | HD | TR _____ |

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

---

**Fees for Matter 392775.00003.(Asset Recovery & Management)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/24 | 9773569 | Review new correspondence and documents transmitted by Forethought Insurance and attention to issues regarding same (0.8); review Prudential emails (0.2); review materials forwarded by Receiver's office in connection with Prudential demand (0.2). | Del Castillo, Joshua | 1.20 | 654.00 | 17,876.00 | WO | HD | TR | ____ |
| 09/19/24 | 9775655 | Review materials forwarded by counsel for Forethought and confer regarding same (0.5); analysis of turnover issues (0.7). | Del Castillo, Joshua | 1.20 | 654.00 | 18,530.00 | WO | HD | TR | ____ |
| 09/20/24 | 9775643 | Review correspondence and materials transmitted by insurers in connection with pending turnover requests (0.5); confer with AM counsel regarding same (0.3). | Del Castillo, Joshua | 0.80 | 436.00 | 18,966.00 | WO | HD | TR | ____ |
| 09/24/24 | 9780080 | Emails with Receiver's office and confer with M. Pham regarding Prudential failure to comply with prior turnover instructions and requests (0.5); attempt to log in to Prudential production, unsuccessfully, despite Prudential assurances (0.2); analysis of issues for contemplated OSC (0.4). | Del Castillo, Joshua | 1.10 | 599.50 | 19,565.50 | WO | HD | TR | ____ |
| 09/24/24 | 9781931 | Analysis of several emails concerning recovery of the life insurance proceeds and tax issues, follow-up email response as to strategy. | Zaro, David | 0.90 | 490.50 | 20,056.00 | WO | HD | TR | ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 1.70 | 545.00 | 926.50 |

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

---

**Proforma Summary**

**Timekeeper**

| Number | Timekeeper | Hours | Rate | Amounts |
|--------|-----------|-------|------|---------|
| 001842 | Del Castillo, Joshua | 35.10 | 545.00 | 19,129.50 |
| | | 36.80 | | $20,056.00 |
| Subtotal Fees | | | | $20,056.00 |
| Discount | | | | 0.00 |
| Total Fees | | | | 20,056.00 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

| ( } | BILL ALL | ( } | Hold |
|-----|----------|-----|------|
| ( } | BILL FEES ONLY | ( } | Write Off |
| ( } | BILL COST ONLY | ( } | Transfer All _____ |

**Billing Instructions**

expires 6/30/2024:   Partners @ 545; Assoc @ 445; Paralegals @ 350

**Account Summary – As Of 11/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|--|-----------|--|--|-------------|--|--|-----|--|--|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 29,196.50 | 29,196.50 | 0.00 | 70,055.50 | 70,055.50 | 0.00 | 262,048.00 | 262,048.00 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 1,084.50 | 1,084.50 | 0.00 | 5,952.89 | 5,907.57 | 45.32 |
| Billed | 31,564.50 | 31,564.50 | 0.00 | 40,701.00 | 40,701.00 | 0.00 | 227,275.07 | 227,275.07 | 0.00 |
| Collected | 31,564.50 | 31,564.50 | 0.00 | 40,701.00 | 40,701.00 | 0.00 | 227,275.07 | 227,275.07 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|--|-------|------|-------|
| **WIP Balance** | 29,196.50 | 29,196.50 | 0.00 |
| **AR Balance** | 0.00 | 0.00 | 0.00 |
| **Unalloc Payment** | 0.00 | | |
| **Client Trust Balance** | 0.00 | | |

11/12/24 09:34:46 PROFORMA STATEMENT FOR MATTER 392775.00003 (Winkler, Geoff - Receiver for J&J Consul) (Asset Recovery & Management)

| Billing Address |
| --- |
| Winkler, Geoff - Receiver for J&J Consulting Services, Inc.; J and J Purchasing LLC; The Judd Irrevocable Trust; BJ Holdings LLC<br>Geoff B. Winkler<br>American Fiduciary Services LLC<br>715 NW Hoyt Street, Suite 4364<br> Portland, OR  97208 |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

*Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua

Matter #: 392775.00004

Client Name: Winkler, Geoff - Receiver for J&J Consul

Date of Last Billing: 09/20/24

Proforma Number: 1301285

Matter Name:  Investigation & Reporting

Client/Matter Joint Group # 392775.1

Client Matter Number:

---

**Fees for Matter 392775.00004.(Investigation & Reporting)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/24 | 9680714 | Review and assemble documents in connection with interim report (0.5); review and respond to correspondence from Receiver's office regarding same (0.1); confer with M. Pham regarding status of outstanding discovery matters (0.3); follow-up emails regarding same (0.2). | Del Castillo, Joshua | 1.10 | 599.50 | 599.50 | WO | HD | TR | ____ |
| 07/02/24 | 9683221 | Emails with AM personnel regarding discovery initiated or completed during reporting period and attention to issues regarding same, including in connection with subpoenas and interim report (1.0). | Del Castillo, Joshua | 1.00 | 545.00 | 1,144.50 | WO | HD | TR | ____ |
| 07/02/24 | 9687237 | Review of Wells Fargo's recent production and email correspondence with client's team regarding same | Pham, Matt D. | 0.40 | 178.00 | 1,322.50 | WO | HD | TR | ____ |
| 07/09/24 | 9694941 | Email correspondence with Golden State Bank regarding subpoena and email correspondence with client's team regarding same (0.3); Email correspondence with client's team regarding update on Wells Fargo production (0.2) | Pham, Matt D. | 0.50 | 222.50 | 1,545.00 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/24 | 9689933 | Confer with M. Pham, review notes and documents, and prepare revised interim report excerpts for Receiver and transmit to same (0.6). | Del Castillo, Joshua | 0.60 | 327.00 | 1,872.00 | WO | HD | TR | ____ |
| 07/11/24 | 9690896 | Confer with M. Pham regarding status of Mass Mutual production and other subpoenas and prepare update to J. McGraw regarding same (0.5); review and respond to inquiries regarding same (0.2). | Del Castillo, Joshua | 0.70 | 381.50 | 2,253.50 | WO | HD | TR | ____ |
| 07/11/24 | 9694977 | Email correspondence with client's team regarding outstanding subpoena requests (0.2); review of Mass Mutual document production and email correspondence with Josh McGraw regarding same (0.3). | Pham, Matt D. | 0.50 | 222.50 | 2,476.00 | WO | HD | TR | ____ |
| 07/12/24 | 9692074 | Review and respond to correspondence from Receiver's office, special litigation counsel, and M. Pham regarding Wells Fargo production issues (0.4) attention to issues regarding outstanding subpoenas (0.2). | Del Castillo, Joshua | 0.60 | 327.00 | 2,803.00 | WO | HD | TR | ____ |
| 07/12/24 | 9695009 | Continue preparing additional subpoenas to financial institutions and insurer | Pham, Matt D. | 2.30 | 1,023.50 | 3,826.50 | WO | HD | TR | ____ |
| 07/15/24 | 9694101 | Review and respond to emails from M. Pham and special litigation counsel regarding discovery issues (0.5); review pleadings transmitted by special litigation counsel (0.4); follow-up discussions regarding same (0.5). | Del Castillo, Joshua | 1.40 | 763.00 | 4,589.50 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/24 | 9703373 | Review and analyze special litigation counsel's requests for production to Wells Fargo | Pham, Matt D. | 0.30 | 133.50 | 4,723.00 | WO | HD | TR ____ |
| 07/16/24 | 9698256 | Emails and teleconferences with M. Pham regarding pending discovery and Wells Fargo production issues (0.6); analysis of issues raised by same (0.5); review and respond to correspondence from special litigation counsel in connection with same (0.3). | Del Castillo, Joshua | 1.40 | 763.00 | 5,486.00 | WO | HD | TR ____ |
| 07/16/24 | 9703383 | Virtually meet with Grace Radke and Marcelo Diaz-Cortes regarding Wells Fargo production issues (0.5); Review transactional or account information from client's team and continue preparing additional subpoenas to financial institutions (1.4) | Pham, Matt D. | 1.90 | 845.50 | 6,331.50 | WO | HD | TR ____ |
| 07/17/24 | 9703393 | Revise and finalize four document subpoenas (1.1); Make revision to subpoena to America First Credit Union (0.2); Review information from client's team and prepare new subpoena to Edward Jones (0.5) | Pham, Matt D. | 1.80 | 801.00 | 7,132.50 | WO | HD | TR ____ |
| 07/18/24 | 9698308 | Emails with receivership team and attention to case administration matters (0.4). | Del Castillo, Joshua | 0.40 | 218.00 | 7,350.50 | WO | HD | TR ____ |
| 07/18/24 | 9703404 | Review SchoolsFirst production and email correspondence with Grace Radke regarding that production | Pham, Matt D. | 0.10 | 44.50 | 7,395.00 | WO | HD | TR ____ |
| 07/19/24 | 9703414 | Review of Wells Fargo's latest production and email correspondence with Wells | Pham, Matt D. | 0.30 | 133.50 | 7,528.50 | WO | HD | TR ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fargo's counsel and with client's team regarding same | | | | | | | | |
| 07/22/24 | 9711259 | Review notes from client's team regarding outstanding issues with US Bank prior to call (0.3); Phone call with US Bank's counsel regarding outstanding document production issues (0.2) | Pham, Matt D. | 0.50 | 222.50 | 7,751.00 | WO | HD | TR | ____ |
| 07/23/24 | 9711263 | Review of new document productions from Bank of America, City National Bank, and JP Morgan Chase and email correspondence with client's team regarding same | Pham, Matt D. | 1.00 | 445.00 | 8,196.00 | WO | HD | TR | ____ |
| 07/24/24 | 9706016 | Confer with M. Pham regarding WF discovery issues and review and respond to follow-up correspondence regarding same (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 8,468.50 | WO | HD | TR | ____ |
| 07/24/24 | 9711274 | Virtually meet with Wells Fargo's counsel regarding outstanding document production issues (0.4); Email correspondence with client's team regarding update on Wells Fargo productions (0.6) | Pham, Matt D. | 1.00 | 445.00 | 8,913.50 | WO | HD | TR | ____ |
| 07/25/24 | 9706948 | Confer with M. Pham regarding WF discovery matters (0.2); review emails from Receiver's office and follow-up regarding same (0.2). | Del Castillo, Joshua | 0.40 | 218.00 | 9,131.50 | WO | HD | TR | ____ |
| 07/25/24 | 9711278 | Email correspondence with client's team regarding Wells Fargo-related issues (0.2); Email correspondence with Wells Fargo's counsel regarding client's updated spreadsheet re missing accounts and | Pham, Matt D. | 0.40 | 178.00 | 9,309.50 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered<br>transactions (0.2) | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/24 | 9708030 | Review emails and confer with M. Pham regarding WF production issues (0.3). | Del Castillo, Joshua | 0.30 | 163.50 | 9,473.00 | WO | HD | TR | ____ |
| 07/26/24 | 9711297 | Prepare additional subpoenas to US Bank, US Bancorp Investment, and Wells Fargo | Pham, Matt D. | 1.10 | 489.50 | 9,962.50 | WO | HD | TR | ____ |
| 07/29/24 | 9714253 | Review email from Grace Radke regarding Wells Fargo account and review and analyze Wells Fargo's production relating to such account | Pham, Matt D. | 0.40 | 178.00 | 10,140.50 | WO | HD | TR | ____ |
| 07/30/24 | 9713420 | Review and respond to inquiry from Receiver regarding SEC subpoenas and confer with AM counsel regarding same (0.3). | Del Castillo, Joshua | 0.30 | 163.50 | 10,304.00 | WO | HD | TR | ____ |
| 07/31/24 | 9714589 | Attention to outstanding discovery issues and emails with Receiver's office and AM counsel regarding same (0.6). | Del Castillo, Joshua | 0.60 | 327.00 | 10,631.00 | WO | HD | TR | ____ |
| 07/31/24 | 9717135 | Review of document productions from First America Credit Union and Forethought Life Insurance, and email correspondence with client's team regarding same (0.4); Continue preparing new subpoenas to US Bank and US Bancorp Investment and draft follow-up request to US Bank's counsel regarding outstanding items from production (1.3); Continue preparing new subpoena to Wells Fargo and draft follow-up request to Wells Fargo's counsel regarding outstanding items (0.6); Email correspondence with client's team regarding new productions and requests made to | Pham, Matt D. | 2.50 | 1,112.50 | 11,743.50 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

---

**Fees for Matter 392775.00004.(Investigation & Reporting)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | financial institutions (0.2) | | | | | | | | |
| 08/02/24 | 9721544 | Review of new document productions from Charles Schwab and First Citizens Bank | Pham, Matt D. | 0.30 | 133.50 | 11,877.00 | WO | HD | TR | ____ |
| 08/06/24 | 9728911 | Phone call with Wells Fargo's counsel regarding update on productions | Pham, Matt D. | 0.20 | 89.00 | 11,966.00 | WO | HD | TR | ____ |
| 08/07/24 | 9723834 | Review and respond to email from Receiver's office regarding WF document production issues (0.1); review notes regarding same (0.2); confer with M. Pham regarding same (0.2); prepare follow-up inquiry to bank counsel regarding pending document requests (0.7); review materials in connection with insurer productions and follow-up requests (0.6). | Del Castillo, Joshua | 1.80 | 981.00 | 12,947.00 | WO | HD | TR | ____ |
| 08/07/24 | 9728917 | Review of latest productions from Bank of America and JPMorgan Chase Bank (0.4); Email correspondence with client regarding latest update from Wells Fargo's counsel on outstanding productions (0.7) | Pham, Matt D. | 1.10 | 489.50 | 13,436.50 | WO | HD | TR | ____ |
| 08/08/24 | 9728928 | Review of latest production from JPMorgan Chase Bank | Pham, Matt D. | 0.20 | 89.00 | 13,525.50 | WO | HD | TR | ____ |
| 08/09/24 | 9728929 | Review and analyze various emails from client's team regarding outstanding subpoena-related requests and begin preparing appropriate correspondence relating thereto | Pham, Matt D. | 0.60 | 267.00 | 13,792.50 | WO | HD | TR | ____ |
| 08/12/24 | 9736974 | Email correspondence with client's team regarding Northern Trust outstanding requests | Pham, Matt D. | 0.20 | 89.00 | 13,881.50 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/24 | 9736975 | Review of Wells Fargo's latest document production (0.2); Phone call with US Bank's counsel regarding update on supplemental productions (0.1); Email correspondence with client's team regarding Wells Fargo's latest production (0.2) | Pham, Matt D. | 0.50 | 222.50 | 14,104.00 | WO | HD | TR | ____ |
| 08/14/24 | 9732171 | Review and respond to inquiries from Receiver's office regarding Wells Fargo production status (0.2); review Wells Fargo subpoena objections (0.2); review notes regarding prior discovery discussions with Wells Fargo and prepare notes for discussion (0.9); confer with AM counsel regarding expediting remaining discovery (0.5). | Del Castillo, Joshua | 1.80 | 981.00 | 15,085.00 | WO | HD | TR | ____ |
| 08/15/24 | 9736991 | Email correspondence with client's team regarding Bank of America's prior production | Pham, Matt D. | 0.20 | 89.00 | 15,174.00 | WO | HD | TR | ____ |
| 08/22/24 | 9744641 | Review of document productions from Edward Jones and First Citizens Bank (0.3); Prepare six additional subpoenas to six financial institutions (4.1) | Pham, Matt D. | 4.40 | 1,958.00 | 17,132.00 | WO | HD | TR | ____ |
| 08/23/24 | 9742025 | Review SEC subpoena and correspondence regarding same (0.2); attention to outstanding discovery matters (0.9); review and respond to emails from Receiver's office and M. Pham regarding same (0.4). | Del Castillo, Joshua | 1.50 | 817.50 | 17,949.50 | WO | HD | TR | ____ |
| 08/23/24 | 9744646 | Email correspondence with Wells Fargo's counsel regarding forthcoming document | Pham, Matt D. | 0.40 | 178.00 | 18,127.50 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | production (0.2); Email correspondence with client's team regarding latest updates on Wells Fargo and US Bank document productions (0.1); Email correspondence with US Bank's counsel regarding additional subpoena (0.1) | | | | | | | | |
| 08/26/24 | 9744656 | Confer with M. Pham regarding Wells Fargo discovery issues (0.3); emails to AM and WF counsel regarding same (0.3). | Del Castillo, Joshua | 0.60 | 327.00 | 18,454.50 | WO | HD | TR | ____ |
| 08/26/24 | 9753919 | Phone call with Wells Fargo's counsel regarding update on document production (0.1); Email correspondence with Grace Radke regarding update on Wells Fargo's document production (0.2) | Pham, Matt D. | 0.30 | 133.50 | 18,588.00 | WO | HD | TR | ____ |
| 08/27/24 | 9747202 | Review WF production summary transmitted by Receiver's office and confer with M. Pham regarding same (0.4); review and respond to correspondence from Receiver regarding productions to third party (0.3). | Del Castillo, Joshua | 0.70 | 381.50 | 18,969.50 | WO | HD | TR | ____ |
| 08/28/24 | 9747525 | Follow-up emails to Receiver's office and AM team regarding pending discovery issues and status of WF and US Bank productions (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 19,242.00 | WO | HD | TR | ____ |
| 09/04/24 | 9757989 | Review and confer regarding inquiry from Receiver's office regarding Wells Fargo production (0.5); follow-up emails regarding same (0.3). | Del Castillo, Joshua | 0.80 | 436.00 | 19,678.00 | WO | HD | TR | ____ |
| 09/05/24 | 9758563 | Review inquiries from Receiver's office regarding Wells Fargo and other bank | Del Castillo, Joshua | 0.60 | 327.00 | 20,005.00 | WO | HD | TR | ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| | | discovery (0.1); confer with M. Pham (0.2); review correspondence from bank counsel (0.3). | | | | | | | |
| 09/05/24 | 9762560 | Email correspondence with Wells Fargo's counsel regarding latest document production (0.2); Cursory review of document productions recently produced by Wells Fargo, Bank of America, Citibank, and Clark County Credit Union (1.3) | Pham, Matt D. | 1.50 | 667.50 | 20,672.50 | WO | HD | TR ____ |
| 09/09/24 | 9763023 | Emails with Receiver's office and AM counsel regarding pending and outstanding discovery issues (0.4). | Del Castillo, Joshua | 0.40 | 218.00 | 20,890.50 | WO | HD | TR ____ |
| 09/10/24 | 9766582 | Review several emails concerning the accounting, subpoenas, and outstanding accounting issues. | Zaro, David | 0.40 | 218.00 | 21,108.50 | WO | HD | TR ____ |
| 09/10/24 | 9769274 | Email correspondence with client's team regarding updates on Wells Fargo and US Bank document productions | Pham, Matt D. | 0.20 | 89.00 | 21,197.50 | WO | HD | TR ____ |
| 09/13/24 | 9767723 | Emails with M. Pham regarding recent US Bank and WF production (0.2); attention to issues regarding same (0.2); review materials regarding real property (0.3). | Del Castillo, Joshua | 0.70 | 381.50 | 21,579.00 | WO | HD | TR ____ |
| 09/13/24 | 9769305 | Confer with Josh del Castillo regarding outstanding document productions from banks (0.2); Cursory review of document productions from US Bank, US Bancorp Investment, and Enterprise Bank & Trust (1.0) | Pham, Matt D. | 1.20 | 534.00 | 22,113.00 | WO | HD | TR ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

**Fees for Matter 392775.00004.(Investigation & Reporting)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action |
|---|---|---|---|---|---|---|---|
| 09/18/24 | 9773570 | Review and respond to correspondence regarding outstanding discovery issues (0.3); emails and confer with M. Pham regarding same (0.2). | Del Castillo, Joshua | 0.50 | 272.50 | 22,385.50 | WO HD TR ____ |
| 09/18/24 | 9775597 | Several conference with counsel related to the outstanding subpoena requests and accounting. | Zaro, David | 0.40 | 218.00 | 22,603.50 | WO HD TR ____ |
| 09/20/24 | 9775642 | Attention to outstanding discovery matters relating to WF and US Bank (0.5); review correspondence from Receiver's office regarding same (0.2). | Del Castillo, Joshua | 0.70 | 381.50 | 22,985.00 | WO HD TR ____ |
| 09/23/24 | 9777637 | Review and respond to correspondence regarding pending discovery demands to Bank of America and Wells Fargo and confer with M. Pham regarding same (0.5). | Del Castillo, Joshua | 0.50 | 272.50 | 23,257.50 | WO HD TR ____ |
| 09/24/24 | 9787729 | Email correspondence with Grace Radke regarding update on subpoenas (0.2); Begin preparing follow-up correspondence and additional subpoenas to various financial institutions (0.7) | Pham, Matt D. | 0.90 | 400.50 | 23,658.00 | WO HD TR ____ |
| 09/27/24 | 9787756 | Continue preparing follow-up correspondence and additional subpoenas to various financial institutions | Pham, Matt D. | 2.70 | 1,201.50 | 24,859.50 | WO HD TR ____ |
| 09/30/24 | 9787681 | Confer with M. Pham regarding status of discussions with WF counsel (0.2); review and respond to email from Receiver's office regarding interim report and attention to issues regarding same (0.3). | Del Castillo, Joshua | 0.50 | 272.50 | 25,132.00 | WO HD TR ____ |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

---

**Fees for Matter 392775.00004.(Investigation & Reporting)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/24 | 9791162 | Work with counsel on the outstanding subpoenas related to bank records, advice to counsel as to strategy (.4).  Conference with Receiver counsel related to the accounting, scope and missing records (.2). | Zaro, David | 0.60 | 327.00 | 25,459.00 | WO | HD | TR ____ |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | Zaro, David | 1.40 | 545.00 | 763.00 |
| 001842 | Del Castillo, Joshua | 20.90 | 545.00 | 11,390.50 |
| 002510 | Pham, Matt D. | 29.90 | 445.00 | 13,305.50 |
| | | 52.20 | | $25,459.00 |
| Subtotal Fees | | | | $25,459.00 |
| Discount | | | | 0.00 |
| Total Fees | | | | 25,459.00 |
| Total Disbursements | | | | 0.00 |

**Attorney Billing Instructions**

( }    BILL ALL                         ( }    Hold
( }    BILL FEES ONLY             ( }    Write Off
( }    BILL COST ONLY            ( }    Transfer All _____

**Billing Instructions**

expires 6/30/2024:   Partners @ 545; Assoc @ 445; Paralegals @ 350

**Account Summary – As Of 11/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 40,212.50 | 40,212.50 | 0.00 | 112,217.50 | 112,217.50 | 0.00 | 358,824.00 | 358,824.00 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 712.30 | 712.30 | 0.00 | 6,092.50 | 6,092.50 | 0.00 |

11/12/24 09:34:48 PROFORMA STATEMENT FOR MATTER 392775.00004 (Winkler, Geoff - Receiver for J&J Consul) (Investigation & Reporting)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Billed | 32,878.00 | 32,878.00 | 0.00 | 125,639.50 | 125,639.50 | 0.00 | 312,697.00 | 312,697.00 | 0.00 |
| Collected | 32,878.00 | 32,878.00 | 0.00 | 125,639.50 | 125,639.50 | 0.00 | 312,697.00 | 312,697.00 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | *Total* | *Fees* | *Costs* |
|---|---|---|---|
| **WIP Balance** | *40,212.50* | *40,212.50* | *0.00* |
| **AR Balance** | *0.00* | *0.00* | *0.00* |
| **Unalloc Payment** | *0.00* | | |
| **Client Trust Balance** | *0.00* | | |

---

**Billing Address**

Winkler, Geoff - Receiver for J&J Consulting Services, Inc.; J and J Purchasing
LLC; The Judd Irrevocable Trust; BJ Holdings LLC
Geoff B. Winkler
American Fiduciary Services LLC
715 NW Hoyt Street, Suite 4364
 Portland, OR  97208

---

11/12/24 09:34:49 PROFORMA STATEMENT FOR MATTER 392775.00006 (Winkler, Geoff - Receiver for J&J Consul) (Sale, Disposition &Transfer of Assets)

***Preliminary Billing Form***

Billing Atty: 001842 - Del Castillo, Joshua      Matter #: 392775.00006      Client Name: Winkler, Geoff - Receiver for J&J Consul

Date of Last Billing: 09/20/24

Proforma Number: 1301285                                         Matter Name:  Sale, Disposition &Transfer of Assets

Client/Matter Joint Group # 392775.1                       Client Matter Number:

**Fees for Matter 392775.00006.(Sale, Disposition &Transfer of Assets)**

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | | Circle Action | |
|---|---|---|---|---|---|---|---|---|---|
| 09/13/24 | 9767724 | Review stipulation (0.1); review lis pendens materials (0.2); attention to issues regarding outstanding liens (0.4). | Del Castillo, Joshua | 0.70 | 381.50 | 381.50 | WO | HD   TR | ____ |

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001842 | Del Castillo, Joshua | 0.70 | 545.00 | 381.50 |
| | | 0.70 | | $381.50 |

Subtotal Fees                                   $381.50

Discount                                        0.00

Total Fees                                  381.50

Total Disbursements                        0.00

**Attorney Billing Instructions**

(   )   BILL ALL                           (   )   Hold

(   )   BILL FEES ONLY                 (   )   Write Off

(   )   BILL COST ONLY                (   )   Transfer All _____

**Billing Instructions**

expires 6/30/2024:   Partners @ 545; Assoc @ 445; Paralegals @ 350

11/12/24 09:34:49 PROFORMA STATEMENT FOR MATTER 392775.00006 (Winkler, Geoff - Receiver for J&J Consul) (Sale, Disposition &Transfer of Assets)

**Account Summary -- As Of 11/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 381.50 | 381.50 | 0.00 | 4,790.50 | 4,790.50 | 0.00 | 157,494.00 | 157,494.00 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 782.30 | 780.80 | 1.50 |
| Billed | 3,815.00 | 3,815.00 | 0.00 | 5,717.00 | 5,717.00 | 0.00 | 156,331.70 | 156,331.70 | 0.00 |
| Collected | 3,815.00 | 3,815.00 | 0.00 | 5,717.00 | 5,717.00 | 0.00 | 156,331.70 | 156,331.70 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| *WIP Balance* | *381.50* | *381.50* | *0.00* |
| *AR Balance* | *0.00* | *0.00* | *0.00* |
| *Unalloc Payment* | *0.00* | | |
| *Client Trust Balance* | *0.00* | | |

---

**Billing Address**

---

Winkler, Geoff - Receiver for J&J Consulting Services, Inc.; J and J Purchasing
LLC; The Judd Irrevocable Trust; BJ Holdings LLC
Geoff B. Winkler
American Fiduciary Services LLC
715 NW Hoyt Street, Suite 4364
Portland, OR  97208

---

11/12/24 09:34:50 PROFORMA STATEMENT FOR MATTER 392775.00008 (Winkler, Geoff - Receiver for J&J Consul) (Claims & Distribution)

### *Preliminary Billing Form*

Billing Atty: 001842 - Del Castillo, Joshua

Matter #: 392775.00008

Client Name: Winkler, Geoff - Receiver for J&J Consul

Date of Last Billing: 09/20/24

Proforma Number: 1301285

Matter Name:  Claims & Distribution

Client/Matter Joint Group # 392775.1

Client Matter Number:

---

**Fees for Matter 392775.00008.(Claims & Distribution)**

---

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum | Circle Action | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/23/24 | 9711269 | Phone call with petitioning creditors' counsel regarding timing for Receiver's claims process | Pham, Matt D. | 0.10 | 44.50 | 44.50 | WO | HD | TR |

---

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 002510 | Pham, Matt D. | 0.10 | 445.00 | 44.50 |
| | | 0.10 | | $44.50 |

| | |
|---|---|
| Subtotal Fees | $44.50 |
| Discount | 0.00 |
| Total Fees | 44.50 |
| Total Disbursements | 0.00 |

**Attorney Billing Instructions**

( }    BILL ALL         ( }   Hold

( }    BILL FEES ONLY    ( }   Write Off

( }    BILL COST ONLY    ( }   Transfer All _____

**Billing Instructions**

expires 6/30/2024:   Partners @ 545; Assoc @ 445; Paralegals @ 350

11/12/24 09:34:50 PROFORMA STATEMENT FOR MATTER 392775.00008 (Winkler, Geoff - Receiver for J&J Consul) (Claims & Distribution)

**Account Summary – As Of 11/01/24**

| | Fiscal YTD | | | Calendar YTD | | | LTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Fees | Disb. | Total | Fees | Disb. | Total | Fees | Disbursements |
| Worked | 44.50 | 44.50 | 0.00 | 589.50 | 589.50 | 0.00 | 1,134.50 | 1,134.50 | 0.00 |
| Unbilled Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billed | 545.00 | 545.00 | 0.00 | 545.00 | 545.00 | 0.00 | 1,090.00 | 1,090.00 | 0.00 |
| Collected | 545.00 | 545.00 | 0.00 | 545.00 | 545.00 | 0.00 | 1,090.00 | 1,090.00 | 0.00 |
| AR Write Off | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Total | Fees | Costs |
|---|---|---|---|
| **WIP Balance** | *44.50* | *44.50* | *0.00* |
| **AR Balance** | *0.00* | *0.00* | *0.00* |
| **Unalloc Payment** | *0.00* | | |
| **Client Trust Balance** | *0.00* | | |

**Billing Address**

Winkler, Geoff - Receiver for J&J Consulting Services, Inc.; J and J Purchasing
LLC; The Judd Irrevocable Trust; BJ Holdings LLC
Geoff B. Winkler
American Fiduciary Services LLC
715 NW Hoyt Street, Suite 4364
Portland, OR  97208

# EXHIBIT B

# EXHIBIT B

LAWRENCE J SEMENZA, III, P.C.
dba SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
Federal I.D. # 27-4465751

American Financial Services
c/o Geoff Winkler
2300 West Sahara Avenue, Suite 822
Las Vegas, NV 89102
Receiver for J&J Consulting Services, Inc

RE:    Receiver in Nevada Actions

| | |
|---|---|
| Date | 8/25/2024 |
| Invoice Number | 7092-01_26 |
| Client Number | 7092 |
| Matter Number | 01 |

BILL THROUGH DATE    7/31/2024

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | PROFESSIONAL FEES | | | |
| 7/15/2024 | O Kelly | Review e-mails re discovery requests/extension to respond to same | 0.1 | 145.00 | 14.50 |
| 7/16/2024 | J Rickard | Conference call with co-counsel in Wells Fargo action regarding motion for protective order; research regarding same; emailing regarding same | 1.5 | 375.00 | 562.50 |
| 7/29/2024 | J Rickard | Conference call regarding dispute concerning Receiver deposition | 0.3 | 375.00 | 112.50 |
| 7/31/2024 | O Kelly | Review order re motion for telephonic conference re rule 30b6 deposition ( 2:23-cv-00703-GMN-NJK Winkler v. Wells Fargo Bank N.A.) (0.1) | 0.1 | 145.00 | 14.50 |
| | | Subtotal | | | 704.00 |

**Total Current Invoice**          **$704.00**

LAWRENCE J SEMENZA, III, P.C.
dba SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
Federal I.D. # 27-4465751

American Financial Services
c/o Geoff Winkler
2300 West Sahara Avenue, Suite 822
Las Vegas, NV 89102
Receiver for J&J Consulting Services, Inc

| Date | 9/28/2024 |
|---|---|
| Invoice Number | 7092-01_27 |
| Client Number | 7092 |
| Matter Number | 01 |

RE:   Receiver in Nevada Actions

BILL THROUGH DATE    8/31/2024

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | PROFESSIONAL FEES | | | |
| 8/2/2024 | O Kelly | Review Wells Fargo Bank's notice of intent to serve subpoena duces tecum on the Bank of New York Mellon (2:23-cv-00529) (0.1) | 0.1 | 145.00 | 14.50 |
| 8/6/2024 | J Rickard | Review draft opposition to motion to compel 30b6 deposition in Wells Fargo action; emailing regarding same | 0.8 | 375.00 | 300.00 |
| 8/9/2024 | O Kelly | Finalize/file response to motion for status (0.7) (2:23-cv-00703-GMN-NJK) | 0.7 | 145.00 | 101.50 |
| 8/9/2024 | J Rickard | Review final draft response to motion for telephonic conference regarding Rule 30b6 deposition; finalize same | 0.5 | 375.00 | 187.50 |
| 8/13/2024 | O Kelly | Review order denying motion for telephonic status conference (2:23-cv-00703) | 0.1 | 145.00 | 14.50 |
| 8/21/2024 | O Kelly | Review reply in support of motion to quash subpoenas (0.1) (2:23-cv-00703); add up time worked in July (0.1) | 0.2 | 145.00 | 29.00 |
| 8/23/2024 | O Kelly | Review order denying motion to quash subpoenas (2:23-cv-00703-GMN-NJK) (0.1) | 0.1 | 145.00 | 14.50 |
| | | Subtotal | | | 661.50 |

**Total Current Invoice     $661.50**

LAWRENCE J SEMENZA, III, P.C.
dba SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
Federal I.D. # 27-4465751

American Financial Services
c/o Geoff Winkler
2300 West Sahara Avenue, Suite 822
Las Vegas, NV 89102
Receiver for J&J Consulting Services, Inc

| | |
|---|---|
| Date | 10/30/2024 |
| Invoice Number | 7092-01_28 |
| Client Number | 7092 |
| Matter Number | 01 |

RE:    Receiver in Nevada Actions

BILL THROUGH DATE    9/30/2024

| Date | Employee | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | PROFESSIONAL FEES | | | |
| 9/11/2024 | O Kelly | Telephone call/e-mails with Holland & Hart re deposition of M Beasley (0.2) (2:23-cv-00703); review e-mails from client re Zoom link for M Beasley deposition (0.1) (2:23-cv-00703) | 0.3 | 145.00 | 43.50 |
| 9/17/2024 | O Kelly | Review minutes of status conference on 9/16/24 (2:22-cv-00612) | 0.1 | 145.00 | 14.50 |
| 9/27/2024 | O Kelly | Review e-mails from lead counsel re motion to compel filing (0.2) (22-cv-00612); review rules/procedures for filing under seal (0.3)(22-cv-00612); | 0.5 | 145.00 | 72.50 |
| | | Subtotal | | | 130.50 |

**Total Current Invoice**          **$130.50**