Jarrod L. Rickard, Bar No. 10203
  jlr@skrlawyers.com
Katie L. Cannata, Bar No. 14848
  klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

David R. Zaro (admitted *pro hac vice*)
  dzaro@allenmatkins.com
Joshua A. del Castillo (admitted *pro hac vice*)
  jdelcastillo@allenmatkins.com
Matthew D. Pham (admitted *pro hac vice*)
  mpham@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

Attorneys for Receiver Geoff Winkler

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY, *et al.*,<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST, *et al.*,<br><br>Relief Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**DECLARATION OF JARROD L. RICKARD, ESQ. IN SUPPORT OF TENTH QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER'S COUNSEL: (1) ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP; AND (2) SEMENZA KIRCHER RICKARD**<br><br>[Application; Memorandum of Points and Authorities; and [Proposed] Order submitted concurrently herewith or under separate cover] |

///

///

///

1

I, JARROD L. RICKARD, hereby declare as follows:

1. I am a Partner with Semenza Kircher Rickard. I make the following Declaration in support of the Receiver's Tenth Quarterly Application for Allowance and Payment of Fees and Costs for the Period July 1, 2024 to September 30, 2024 (the "Application"). My firm is counsel of record for Geoff Winkler (the "Receiver"), the Court-appointed receiver in CASE NO. 2:22-cv-00612-CDS-EJY pending before this Court. I have personal knowledge of the facts contained in this Declaration and if called to do so, would testify competently thereto.

2. As reflected in the concurrently filed Application, Semenza Kircher Rickard has endeavored to staff all tasks undertaken in this matter efficiently, using paralegals wherever appropriate. In addition, as reflected in prior submissions to the Court, Semenza Kircher Rickard agreed to a significant discount from its ordinary billing rates for this matter. Accordingly, the fees identified in the Application were billed at rates reflecting significant discounts, thereby resulting in a substantial savings for the receivership estate.

3. Attached hereto as **Exhibit A** is a true and correct copy of the invoices containing the billing entries detailing the tasks performed by Semenza Kircher Rickard's attorneys and paralegals during the Application Period. Semenza Kircher Rickard respectfully requests that the Court approve the fees and costs reflected in the invoice and approve payment in the amounts reflected in the Application.

4. In accordance with the Billing Guidelines promulgated by the plaintiff Securities and Exchange Commission (the "Commission"), on behalf of Semenza Kircher Rickard, I certify as follows:

   a. I have read the Application;
   b. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate and comply with the Billing Instructions for Receivers in Civil Actions Commenced by the plaintiff Securities and Exchange Commission;
   c. Semenza Kircher Rickard's fees reflected in the Application are based on the rates listed in Semenza Kircher Rickard's fee schedule for this matter, subject

to increases disclosed to the Securities and Exchange Commission, and approved by the Court prior to any such increase. All fees contained in the Application are reasonable, necessary and commensurate with the skill and experience required for the activity performed and are subject to Court approval. Indeed, as reflected in the Application, Semenza Kircher Rickard has discounted its hourly rates for all timekeepers staffed on this matter. In addition, and in order to maximize the value of its services to the receivership estate, Semenza Kircher Rickard has endeavored to avoid duplication of effort with the Receiver and co-counsel, and consistently strives to staff all matters in as efficient a manner as possible, utilizing personnel best suited to each task, consistent with the complexity and demands of the task;

d. Semenza Kircher Rickard has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission);

e. In seeking reimbursement for a service which Semenza Kircher Rickard justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches), Semenza Kircher Rickard requests reimbursement only for the amount billed to Semenza Kircher Rickard by the third-party vendor and paid by Semenza Kircher Rickard to such vendor. If such services are performed by the Semenza Kircher Rickard or its retained personnel, the Semenza Kircher Rickard or its retained personnel, as appropriate, will certify that it is not making a profit on such reimbursable service.

f. Semenza Kircher Rickard remains sensitive to comments received from the Commission in connection with the fees and expenses requested in the

3

Application. Likewise, Semenza Kircher Rickard remains committed to satisfying, to the best of its ability, this Court's directives in connection with applications for fees and reimbursement of expenses. To that end, and in addition to the substantial discounts Semenza Kircher Rickard is applying to all timekeepers in this matter, as detailed in the Application, Semenza Kircher Rickard has implemented additional procedures to further improve and maximize the clarity of its billing entries.

g. Semenza Kircher Rickard's prebills have been submitted to the Commission's staff, which has read and reviewed the prebills, and provided comments. The Commission's staff has further indicated that the Commission does not oppose the interim approval and payment of the fees requested in the Application.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED this 19th day of November, 2024.

*/s/ Jarrod L. Rickard*
JARROD L. RICKARD, ESQ.

**CERTIFICATE OF SERVICE**

I am employed by the law firm of Semenza Kircher Rickard in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 19th day of November, 2024, I served the document(s), described as:

**DECLARATION OF JARROD L. RICKARD, ESQ. IN SUPPORT OF TENTH QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER'S COUNSEL: (1) ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP; AND (2) SEMENZA KIRCHER RICKARD**

**[Application; Memorandum of Points and Authorities; and [Proposed] Order submitted concurrently herewith or under separate cover]**

☒    by serving the ☐ original ☒ a true copy of the above and foregoing via:

☒  a.  **CM/ECF System** to the following registered e-mail addresses:

Dean Y. Kajioka        attorneys@kajiokalawlv.com

Garrett T Ogata (Terminated)    court@gtogata.com

Gregory E Garman    ggarman@gtg.legal, bknotices@gtg.legal

Jeffrey F. Barr    jbarr@atllp.com, ECF@atllp.com, aashcraft@atllp.com, ashell@atllp.com, avillarreal@atllp.com, crehfeld@atllp.com, jeffrey-barr-3075@ecf.pacerpro.com, malarie@atllp.com

Kara B. Hendricks    hendricksk@gtlaw.com, Steph.Morrill@gtlaw.com, escobargaddie@gtlaw.com, flintza@gtlaw.com, kara-hendricks-7977@ecf.pacerpro.com, neyc@gtlaw.com, sheffieldm@gtlaw.com, spauldingc@gtlaw.com

Kevin N. Anderson    kanderson@fabianvancott.com, amontoya@fabianvancott.com, mdonohoo@fabianvancott.com, sburdash@fabianvancott.com

Kevin B Christensen    kbc@cjmlv.com

Lance A Maningo    lance@maningolaw.com, kelly@maningolaw.com, yasmin@maningolaw.com

Marc P Cook    mcook@bckltd.com, sfagin@bckltd.com

Michael D. Rawlins    michael@rawlins.law, laura@rawlins.law

///

1  Peter S. Christiansen    pete@christiansenlaw.com, ab@christiansenlaw.com,
2  chandi@christiansenlaw.com, hvasquez@christiansenlaw.com, jcrain@christiansenlaw.com, keely@christiansenlaw.com, kworks@christiansenlaw.com, tterry@christiansenlaw.com,
3  wbarrett@christiansenlaw.com

4  Robert R. Kinas    rkinas@swlaw.com, docket_las@swlaw.com, jfung@swlaw.com, jmath@swlaw.com, mfull@swlaw.com, nkanute@swlaw.com, sdugan@swlaw.com
5

T. Louis Palazzo    louis@palazzolawfirm.com, celina@palazzolawfirm.com,
6  miriam@palazzolawfirm.com, office@palazzolawfirm.com

7  William Robert Urga    wru@juwlaw.com, ls@juwlaw.com

8  Edward W. Cochran    edward@edwcochran.com
9

Vincent J. Aiello    vaiello@spencerfane.com, jramirez@spencerfane.com,
10  lwilliams@spencerfane.com

11
Louis Martin Bubala, III    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com,
12  kmilks@kcnvlaw.com

13  Jonathan D. Blum    jblum@wileypetersenlaw.com, cdugenia@wileypetersenlaw.com, cpascal@wileypetersenlaw.com
14

15  Charles La Bella    charles.labella@usdoj.gov, maria.nunez-simental@usdoj.gov

16  Molly M White    mwhite@mcguirewoods.com, shicks@mcguirewoods.com

17  Samuel A Schwartz    saschwartz@nvfirm.com, ecf@nvfirm.com

18  Jason Hicks    jason.hicks@gtlaw.com, escobargaddie@gtlaw.com,
19  geoff@americanfiduciaryservices.com, jason-hicks-7754@ecf.pacerpro.com, rosehilla@gtlaw.com

20
Timothy C. Pittsenbarger    chase@lkpfirm.com
21

22  Kyle A. Ewing    ewingk@gtlaw.com, flintza@gtlaw.com, kyle-ewing-7297@ecf.pacerpro.com, rosehilla@gtlaw.com

23
Maria A. Gall    gallm@ballardspahr.com, LitDocket_West@ballardspahr.com,
24  crawforda@ballardspahr.com, lvdocket@ballardspahr.com

25  Sydney Gambee    srgambee@hollandhart.com, intaketeam@hollandhart.com,
26  jeheilich@hollandhart.com

27  Keely Perdue Chippoletti    keely@christiansenlaw.com, lit@christiansenlaw.com

28  Casey R. Fronk    FronkC@sec.gov, #slro-docket@sec.gov

6

Joseph G. Went     jgwent@hollandhart.com, Intaketeam@hollandhart.com, vlarsen@hollandhart.com

Alicia Baiardo     abaiardo@mcguirewoods.com, JTabisaura@mcguirewoods.com

K. Issac deVyver     kdevyver@mcguirewoods.com, hharding@mcguirewoods.com, kfox@mcguirewoods.com, mkrizan@mcguirewoods.com

Celiza P. Braganca     lisa@secdefenseattorney.com

David O'Toole     david@secdefenseattorney.com

David C. Clukey     dclukey@jacksonwhitelaw.com

Ori Katz     okatz@sheppardmullin.com

Nicholas Boos     nboos@maynardnexsen.com, bday@maynardnexsen.com, gowens@maynardcooper.com, mdunn@maynardnexsen.com, sroberson@maynardnexsen.com, ynesbitt@maynardnexsen.com

George W. Cochran, III   lawchrist@gmail.com

Sidhardha Kamaraju     skamaraju@pryorcashman.com, docketing@pryorcashman.com

Michael E. Welsh     welshmi@sec.gov

John Giardino     jgiardino@pryorcashman.com

David Baddley     baddleyd@sec.gov

Kamille Dean     Kamille@kamilledean.com

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day, which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

///

1    ☐    e.  **BY FACSIMILE TRANSMISSION.**

2    I declare under penalty of perjury that the foregoing is true and correct.

4    　　　　　　　　　　　　　　*/s/ Olivia A. Kelly*　　　　　　　
　　　　　　　　　　　　　　An Employee of Semenza Kircher Rickard

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# EXHIBIT A

# EXHIBIT A

LAWRENCE J SEMENZA, III, P.C.
dba SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
Federal I.D. # 27-4465751

American Financial Services
c/o Geoff Winkler
2300 West Sahara Avenue, Suite 822
Las Vegas, NV 89102
Receiver for J&J Consulting Services, Inc

| | |
|---|---|
| Date | 8/25/2024 |
| Invoice Number | 7092-01_26 |
| Client Number | 7092 |
| Matter Number | 01 |

RE:   Receiver in Nevada Actions

BILL THROUGH DATE    7/31/2024

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | PROFESSIONAL FEES | | | |
| 7/15/2024 | O Kelly | Review e-mails re discovery requests/extension to respond to same | 0.1 | 145.00 | 14.50 |
| 7/16/2024 | J Rickard | Conference call with co-counsel in Wells Fargo action regarding motion for protective order; research regarding same; emailing regarding same | 1.5 | 375.00 | 562.50 |
| 7/29/2024 | J Rickard | Conference call regarding dispute concerning Receiver deposition | 0.3 | 375.00 | 112.50 |
| 7/31/2024 | O Kelly | Review order re motion for telephonic conference re rule 30b6 deposition ( 2:23-cv-00703-GMN-NJK Winkler v. Wells Fargo Bank N.A.) (0.1) | 0.1 | 145.00 | 14.50 |
| | | Subtotal | | | 704.00 |

**Total Current Invoice         $704.00**

LAWRENCE J SEMENZA, III, P.C.
dba SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
Federal I.D. # 27-4465751

American Financial Services
c/o Geoff Winkler
2300 West Sahara Avenue, Suite 822
Las Vegas, NV 89102
Receiver for J&J Consulting Services, Inc

RE: Receiver in Nevada Actions

Date: 9/28/2024
Invoice Number: 7092-01_27
Client Number: 7092
Matter Number: 01

BILL THROUGH DATE    8/31/2024

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | PROFESSIONAL FEES | | | |
| 8/2/2024 | O Kelly | Review Wells Fargo Bank's notice of intent to serve subpoena duces tecum on the Bank of New York Mellon (2:23-cv-00529) (0.1) | 0.1 | 145.00 | 14.50 |
| 8/6/2024 | J Rickard | Review draft opposition to motion to compel 30b6 deposition in Wells Fargo action; emailing regarding same | 0.8 | 375.00 | 300.00 |
| 8/9/2024 | O Kelly | Finalize/file response to motion for status (0.7) (2:23-cv-00703-GMN-NJK) | 0.7 | 145.00 | 101.50 |
| 8/9/2024 | J Rickard | Review final draft response to motion for telephonic conference regarding Rule 30b6 deposition; finalize same | 0.5 | 375.00 | 187.50 |
| 8/13/2024 | O Kelly | Review order denying motion for telephonic status conference (2:23-cv-00703) (0.1) | 0.1 | 145.00 | 14.50 |
| 8/21/2024 | O Kelly | Review reply in support of motion to quash subpoenas (0.1) (2:23-cv-00703); add up time worked in July (0.1) | 0.2 | 145.00 | 29.00 |
| 8/23/2024 | O Kelly | Review order denying motion to quash subpoenas (2:23-cv-00703-GMN-NJK) (0.1) | 0.1 | 145.00 | 14.50 |
| | | Subtotal | | | 661.50 |

**Total Current Invoice        $661.50**

LAWRENCE J SEMENZA, III, P.C.
dba SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
Federal I.D. # 27-4465751

American Financial Services
c/o Geoff Winkler
2300 West Sahara Avenue, Suite 822
Las Vegas, NV 89102
Receiver for J&J Consulting Services, Inc

RE:   Receiver in Nevada Actions

Date           10/30/2024
Invoice Number 7092-01_28
Client Number  7092
Matter Number  01

BILL THROUGH DATE   9/30/2024

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | PROFESSIONAL FEES | | | |
| 9/11/2024 | O Kelly | Telephone call/e-mails with Holland & Hart re deposition of M Beasley (0.2) (2:23-cv-00703); review e-mails from client re Zoom link for M Beasley deposition (0.1) (2:23-cv-00703) | 0.3 | 145.00 | 43.50 |
| 9/17/2024 | O Kelly | Review minutes of status conference on 9/16/24 (2:22-cv-00612) | 0.1 | 145.00 | 14.50 |
| 9/27/2024 | O Kelly | Review e-mails from lead counsel re motion to compel filing (0.2) (22-cv-00612); review rules/procedures for filing under seal (0.3)(22-cv-00612); | 0.5 | 145.00 | 72.50 |
| | | Subtotal | | | 130.50 |

**Total Current Invoice         $130.50**