UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>　　　　　Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>　　　　　Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>Order Accepting Tenth Status Report, Granting the Motions to Approve the Tenth Quarterly Applications for Payment of Fees and Reimbursement of Expenses of Receiver, Receiver's Counsel, and Receiver's Professionals for the Period of July 1, 2024, through September 30, 2024<br><br>[ECF Nos. 733, 737, 739, 742, 743] |

　　　　The court-appointed Receiver, Geoff Winkler, submitted his Tenth Status Report on November 6, 2024. ECF No. 733. On December 16, 2024, the court held a hearing on the report and related motions and filings (ECF Nos. 737, 739, 740, 741, 742, 743). *See* Mins. of proceedings, ECF No. 747. The court finds that notice was proper for all pending motions, and there were no objections or oppositions to any of the motions or applications, either before or during the hearing. *Id.*

　　　　Having considered the application, together with the additional information proffered during the December 16, 2024, hearing, and there being no objection thereto, I find good cause to accept and approve the Tenth Status Report in its entirety and to grant the Receiver's applications for fees and costs. Accordingly,

　　　　IT IS HEREBY ORDERED that the omnibus Tenth Quarterly Status Report and the actions of Receiver Geoff Winkler **[ECF No. 733] is accepted and approved in its entirety**.

　　　　IT IS FURTHER ORDERED that the motions to approve the tenth quarterly applications for fees and reimbursement for expenses for the Receiver, Receiver's Counsel, and Receiver's Professionals for July 1, 2024, through September 30, 2024, **[ECF Nos. 739, 742, 743] are approved and granted in their entirety**.

IT IS FURTHER ORDERED that the Receiver is authorized to continue administering the receivership entities and their estate in accordance with the terms of the Order Appointing Receiver, to undertake the recommendations presented in the Tenth Status Report, including continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide any other relief the court deems necessary and appropriate to fulfill his duties.

IT IS FURTHER ORDERED that the following fees and costs are approved:

(1) Receiver fees in the amount of $803,410.50 and costs in the amount of $6,914.77;

(2) Greenberg Traurig fees in the amount of $77,914.10 and costs in the amount of $942.65;

(3) Aitheras fees in the amount of $28,043.25;

(4) Allen Matkins fees in the amount of $51,951.23 and costs in the amount of $$3,705.20; and

(5) Semenza Kircher fees in the amount of $1,496.00.

The Receiver is hereby authorized to pay eighty percent of the allowed fees and one hundred percent of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Kircher from funds on hand in the receivership estate. The Receiver is further authorized to pay one hundred percent of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

IT IS FURTHER ORDERED that the receivership should continue under the terms set forth in the Order Appointing Receiver (ECF No. 88).

Dated: December 18, 2024

_____
Cristina D. Silva
United States District Judge