UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>        Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>        Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>        Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>Order Setting Briefing Schedule on Receiver's Emergency Motion for Leave to Pursue and Initiate Litigation and for an Order that Judgment Debtor's Spouse Appear for Deposition<br><br>[ECF No. 755] |

      The Court has reviewed and considered Receiver Geoff Winkler's emergency motion for leave to pursue and initiate litigation and for an order that judgment debtor's spouse appear for a deposition, ECF No. 755, and the declaration of Kyle A. Ewing setting forth the nature of the emergency and the basis for the Receiver's request for hearing the motion on an expedited basis under Local Rule 7-4.

      The Court finds that the nature of the emergency, as well as the nature of the motion itself, precludes meaningful conferral, so Local Rule 7-4(a) has therefore been satisfied. Further, the Court finds that the Receiver has set out good cause for resolving this motion on an expedited basis and, in any event, before February 10, 2025, the date that a statute of limitation and/or repose may run for a recently discovered claim belonging to the Receivership Estate in this matter.

      Accordingly, it is hereby ordered that the deadline for any response to the Receiver's motion is SHORTENED to January 27, 2025; and the Receiver's reply, if any, must be filed within three days of any such response.

Dated: January 21, 2025

                                            _____
                                            Cristina D. Silva
                                            United States District Judge