KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No 014051
ewingk@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street
Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816

*Attorneys for Geoff Winkler Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY *et al.*<br><br>Defendants;<br><br>THE JUDD IRREVOCABLE TRUST *et al.*<br><br>Relief Defendants. | Case No. 2:22-CV-00612-CDS-EJY<br><br>**NOTICE OF IN CAMERA SUBMISSION OF INVESTOR LIST** [11TH QUARTERLY REPORT] |

. . .

. . .

. . .

1  PLEASE TAKE NOTICE that Geoff Winkler, the Court-appointed Receiver (the "Receiver"), by and through his counsel of record the law firm of Greenberg Traurig, LLP, hereby provides notice of the *in camera* submission of the current Investor List as refenced in the Receiver's **Eleventh** Quarterly Report (ECF No. 761).

DATED this 6th day of February, 2025.

**GREENBERG TRAURIG**, LLP

By: /s/ *Kyle A. Ewing*
KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No. 014051
ewingk@gtlaw.com

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

*Attorneys for Geoff Winkler Receiver for J&J Consulting Services, Inc., J&J Consulting Services, Inc., J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the **6th day of February, 2025**, a true and correct copy of the foregoing **NOTICE OF IN CAMERA SUBMISSION OF INVESTOR LIST** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM./ECF system.

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

ACTIVE 706853376v1