KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
**FABIAN VANCOTT**
411 E. Bonneville Ave., Suite 404
Las Vegas, NV 89101
Telephone:   (702) 233-4444
E-Mail:   kanderson@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>  Defendants<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>  Relief Defendants | Case No. 2:22-cv-0612-CDS-EJY<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO RECEIVER'S MOTION FOR AN ORDER TO SHOW CAUSE RELATING TO COMPLIANCE WITH RECEIVER'S DOCUMENT SUBPOENA AND JUDD AND HIS COUNSEL'S COMPLIANCE WITH THE COURT'S APPOINTMENT ORDER**<br><br>[ECF No. 793] |

1  Defendant Jeffrey J. Judd ("**Judd**"), by and through his counsel of record, Kevin N.
2  Anderson of the law firm of Fabian VanCott and Court appointed Receiver Geoff Winkler, by and
3  through his counsel of record, the law firm of Greenberg Traurig, LLP, hereby stipulate that Jeffery
4  Judd may have one (1) additional day to file and serve his response to the Receiver's Motion for
5  an Order to Show Cause Relating to Jeffrey Judd's Compliance with the Receiver's Document
6  Subpoena and Judd and His Counsel's Compliance with the Court's Appointment Order [ECF
7  No. 789] (the "**Receiver's Motion**"), which is currently due on April 1, 2025. Pursuant to the
8  Stipulation, Judd and his counsel shall have until April 2, 2025 to file and serve an opposition to
9  the Motion.
10  This is the first stipulation for an extension of time for Judd and his counsel to file an
11  opposition to the Receiver's Motion.

**IT IS SO STIPULATED.**

DATED this 1st day of April, 2025.

| | |
|---|---|
| /s/ Kara B. Hendricks | /s/ Kevin N. Anderson |
| KARA B. HENDRICKS | KEVIN N. ANDERSON, ESQ. |
| Nevada State Bar No. 07743 | Nevada State Bar No. 4512 |
| KYLE A. EWING | **FABIAN VANCOTT** |
| Nevada State Bar No. 014051 | 411 E. Bonneville Ave., Suite 404 |
| **GREENBERG TRAURIG, LLP** | Las Vegas, NV 89101 |
| 10845 Griffith Peak Drive, Suite 600 | Telephone: (702) 233-4444 |
| Las Vegas, Nevada 89135 | E-Mail: kanderson@fabianvancott.com |
| E-mail: hendricksk@gtlaw.com | |
| ewingk@gtlaw.com | *Attorneys for Jeffrey J. Judd* |
| 10845 Griffith Peak Drive, Suite 600 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Receiver Geoff Winkler* | |

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
United States District Judge

DATE:  April 1, 2025

Counsel are reminded that the court's signature block must not begin on a separate page. Local Rule IA 6-2. Counsel are advised to review the local rules to ensure that all future filings comply.