UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Granting Government's Motion to Intervene and Stay Proceedings**<br><br>[ECF No. 769] |

On February 14, 2025, the United States Attorney's Office for the District of Nevada filed a motion to intervene and stay this action. Mot., ECF No. 769. The plaintiff, Securities and Exchange Commission (SEC), filed a notice of non-opposition. Non-opp'n, ECF No. 780. No opposition was filed; however, defendant Jeffrey Judd filed a response to the motion (ECF No. 782), and the Receiver filed a response to Judd's filing (ECF No. 783). The court held a hearing on the intervention motion, and other matters, on April 15, 2025. Mins. of proceedings, ECF No. 798. Having considered the representations of the SEC, the Receiver, the arguments of the U.S. Attorney's Office, and the lack of opposition from the parties, the court granted the motion to intervene and to stay during the April 15 hearing and ordered the Receiver to review and submit a proposed order for consideration. The proposed order was filed on April 22, 2025. ECF No. 799. The court enters this written order granting the U.S. Attorney Office's motion to intervene and to stay proceedings.

IT IS HEREBY ORDERED that the government's request to intervene and stay proceedings **[ECF No. 769] is GRANTED** nunc pro tunc to April 15, 2025.

IT IS FURTHER ORDERED that the discovery deadline, motions deadline, and deadline to submit a proposed joint pretrial order in this case are hereby vacated and stayed.

IT IS FURTHER ORDERED that discovery, including written discovery, depositions, and motion practice regarding discovery, is hereby stayed as to the parties. However, the stay

shall have no effect upon nor limit the pendency of the receivership established pursuant to this Court's June 3, 2022 Order Appointing Receiver (the "Appointment Order") (ECF No. 88), as reaffirmed by this Court's July 29, 2022 Order Amending Receivership Order (the "Amendment Order") (ECF No. 207), nor the duties and powers of the court-appointed permanent receiver in the above-entitled action, Geoff Winkler (the "Receiver"), other than precluding the Receiver from propounding further written discovery and/or taking the depositions of the named defendants.

IT IS FURTHER ORDERED that this order shall not affect any written discovery or subpoena issued by the Receiver prior to the court's April 15, 2025 entry of this stay, and does not stay any party or third party's obligation to respond to the same. Nor shall this order affect the Receiver's authority under the Appointment Order and Amendment Order to issue subpoenas without further order of the court to anyone other than the named defendants.

IT IS FURTHER ORDERED that the Receiver's right and authority to obtain turnover and possession of assets subject to the Appointment Order and Amendment Order shall not be stayed or otherwise modified, nor shall any of the Receiver's other duties and powers, as defined in the Appointment Order and Amendment Order be stayed. Except as otherwise expressly provided herein and absent further order of this court, this order shall not stay or otherwise modify any party's (or third party's) obligations under the Appointment Order and Amendment Order.

IT IS FURTHER ORDERED that the stay shall not prohibit any of the defendants in the above-entitled action from entering into settlements with the plaintiff Securities and Exchange Commission, including but not limited to settlements that may require any settling defendants to make payments or turnover to the Receiver.

Dated: April 24, 2025

_____
Cristina D. Silva
United States District Judge

2