UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00612-CDS-EJY<br><br>**ORDER** |

The Court is in receipt of Jeffrey Judd's Response to the Court's Consideration of Appointing a Special Master. ECF No. 815. The Court appreciates the information provided. A further status report is required so that the Court may issue an Order appointing the special master selected that includes procedures and direction for the review of documents.

Accordingly, IT IS HEREBY ORDERED that Mr. Judd must file a status report no later than **July 18, 2025** in which he identifies the special master selected to review the documents at issue. The Court will then prepare an Order appointing the special master proposing specific directions for the same. The Order will provide the parties an opportunity to comment on the Court's directions with a final Order to be issued promptly thereafter.

Dated this 2nd day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE