UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>    Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>    Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Accepting Twelfth Status Report, Granting the Motions to Approve the Twelfth Quarterly Applications for Payment of Fees and Reimbursement of Expenses of Receiver, Receiver's Counsel, and Receiver's Professionals for the Period of January 1, 2025, through March 31, 2025**<br><br>[ECF Nos. 801, 806, 807, 810] |

  The court-appointed receiver, Geoff Winkler, submitted his twelfth status report on April 30, 2025. ECF No. 801. On July 14, 2025, the court held a hearing on that report and related motions (ECF Nos. 801, 806, 807, 810). The court finds that notice was proper for all motions addressed in this order, and there were no objections or oppositions to any of those motions or applications, either before or during the hearing.

  Accordingly, having considered the application, together with the additional information proffered during the July 14, 2025 hearing, and there being no objection thereto, I find good cause to accept and approve the twelfth status report in its entirety and to grant the pending motions and application for fees and costs.

  IT IS HEREBY ORDERED that the twelfth status report **[ECF No. 801] is accepted in its entirety**.

  IT IS FURTHER ORDERED that the motions to approve the twelfth quarterly applications for fees and reimbursement for expenses for the receiver, receiver's counsel, and receiver's professionals for January 1, 2025, through March 31, 2025 **[ECF Nos. 806, 807] are approved and granted as set forth in this order**.

IT IS FURTHER ORDERED that the omnibus motion to approve the twelfth quarterly applications for fees and reimbursement of expenses for receiver and receiver's professionals for the period from January 1, 2025, through March 31, 2025 **[ECF No. 810] is granted**.

IT IS FURTHER ORDERED that the receiver is authorized to continue administering the receivership entities and their estate in accordance with the terms of the order appointing receiver, to undertake the recommendations presented in the ninth status report, including continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide any other relief the court deems necessary and appropriate to fulfill his duties.

IT IS FURTHER ORDERED that the following fees and costs are approved:

(1) Receiver fees in the amount of $1,127,183.50 and costs of $7,615.60;

(2) Greenberg Traurig fees in the amount of $89,731.71 and costs of $5,944.67;

(3) Aitheras fees in the amount of $21,269.93;

(4) Allen Matkins fees in the amount of $45,773.00 and costs of $1,175.63[1]; and

(5) Semenza Rickard[2] fees in the amount of $1,442.00.

The receiver is hereby authorized to pay eighty percent of the allowed fees and one hundred percent of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Rickard from funds on hand in the receivership estate. The receiver is further authorized to pay one hundred percent of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

---

[1] After clarification during the July 14, 2025 hearing, the court adopts the amount set forth in ECF No. 807.

[2] Formerly Semenza Kircher Rickard. *See* ECF No. 807 at 2.

IT IS FURTHER ORDERED that the receivership should continue under the terms set forth in the order appointing receiver (ECF No. 88).

Dated: July 14, 2025

_____
Cristina D. Silva
United States District Judge