# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission, | Case No. 2:22-cv-00612-CDS-EJY |
| Plaintiff | **Order Granting Motion for Order in Aid of Receivership (1) Setting A Claims Bar Date, (2) Approving Proposed Claim Form, and (3) Approving Summary Claim Procedures** |
| v. | |
| Matthew Wade Beasley, et al., | |
| Defendants | |
| The Judd Irrevocable Trust, et al., | [ECF No. 821] |
| Relief Defendants | |

The Court having reviewed the Motion for Order in Aid of Receivership (1) Setting a Claims Bar Date, (2) Approving Proposed Claim Form, and (3) Approving Summary Claim Procedures (ECF No.  ), and there being no opposition to the motion and good cause appearing, and the Court having conducted a hearing on August 21, 2025, hereby orders:

(1) The motion is granted in its entirety;

(2) The Notices of Claims Bar Date attached to the motion as Exhibits 1 and 2[1] are approved;

(3) The Receiver's proposed claim form attached to the motion as Exhibit 3[2] is approved;

(4) The Receiver's proposed retention of Stretto is approved;

(5) The Receiver's proposed means of noticing investors and creditors, including via mail, email, the Receiver's website, the Stretto webpage, and by publication of notice of the claims process in USA Today, the Las Vegas Review-Journal, and the Salt Lake Tribune is authorized and approved;

---
[1] *See* ECF Nos. 821-1 and 821-2.
[2] *See* ECF Nos. 821-3.

(6)  The Receiver's proposed means for the submission of claims through a website established by Stretto or, where applicable, by mail to Stretto is authorized and approved;

(7)  The use of summary proceedings for the determination of claims against the J&J Entities and Defendants, as detailed in the motion, is approved;

(8)  There will be a 91-day claims period for submittal of claims that begins on September 1, 2025, and ends on December 1, 2025; and

(9)  December 1, 2025, is the Claims Bar Date and any investor or creditor who fails to submit a claim form online or to return one by mail to Stretto by December 1, 2025, shall be forever barred and enjoined from asserting a claim against the Receivership Defendants, the Receiver, and the Receivership Estate.

Dated: August 22, 2025

_____
Cristina D. Silva
United States District Judge