UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Securities and Exchange Commission, | Case No. 2:22-cv-00612-CDS-EJY |
|---|---|
| Plaintiff | Order Accepting Thirteenth Status Report, Granting the Motions to Approve the Thirteenth Quarterly Applications for Payment of Fees and Reimbursement of Expenses of Receiver, Receiver's Counsel, and Receiver's Professionals for the Period of April 1, 2025, through June 30, 2025 |
| v. | |
| Matthew Wade Beasley, et al., | |
| Defendants | |
| The Judd Irrevocable Trust, et al., | |
| Relief Defendants | [ECF Nos. 832, 836, 837, 840] |

The court-appointed Receiver, Geoff Winkler, submitted his Thirteenth Status Report on August 1, 2025. ECF No. 832. Further, on August 6, 2025, the Receiver filed an application for payment of fees and reimbursement of expenses for the Receiver and Receiver's professionals. ECF No. 836. The following day, the Receiver filed a second application for payment of fees and reimbursement of expenses for the Receiver and Receiver's professionals, and a motion to approve payment for the period April 1, 2025, through June 30, 2025. *See* ECF Nos. 837, 840. The deadline to file a response or opposition to the motions was August 21, 2025. *See id.* Notice was proper for the motions and there were no objections or oppositions to the status report or any of the motions.

Accordingly, having considered the status report, the application, and the related motions, and there being no objection thereto, I find good cause to accept and approve the Thirteenth Status Report in its entirety, and to grant the pending motions and application for fees and costs.

Conclusion

IT IS HEREBY ORDERED that the Thirteenth Status Report **[ECF No. 832] is accepted in its entirety**.

IT IS FURTHER ORDERED that the motions to approve the Thirteenth quarterly applications for fees and reimbursement for expenses for the Receiver, Receiver's Counsel, and Receiver's Professionals for April 1, 2025, through June 30, 2025 **[ECF Nos. 836, 837] are approved and granted as set forth in this order**.

IT IS FURTHER ORDERED that the omnibus motion to approve the Thirteenth Quarterly Applications for Fees and Reimbursement of Expenses for Receiver and Receiver's Professionals for the Period from April 1, 2025, through June 30, 2025 **[ECF No. 840] is granted**.

IT IS FURTHER ORDERED that the Receiver is authorized to continue administering the receivership entities and their estate in accordance with the terms of the Order Appointing Receiver, to undertake the recommendations presented in the Thirteenth Status Report, including continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide any other relief the court deems necessary and appropriate to fulfill his duties.

IT IS FURTHER ORDERED that the following fees and costs are approved:

(1) Receiver fees of $643,709.00 and costs of $5,871.64;

(2) Greenberg Traurig fees of $75,425.91 and costs of $58.61;

(3) Aitheras fees of $32,963.44;

(4) Allen Matkins fees of $71,746.85 and costs of $1,020.30; and

(5) SR Law fees of $1,769.50.

The Receiver is hereby authorized to pay eighty percent of the allowed fees and one hundred percent of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Rickard from funds on hand in the receivership estate. The Receiver is further

authorized to pay one hundred percent of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

IT IS FURTHER ORDERED that the receivership should continue under the terms set forth in the Order Appointing Receiver [ECF No. 88].

Dated: August 22, 2025

_____
Cristina D. Silva
United States District Judge

3