DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
JASON M. BUSSEY (Cal. Bar No. 189534)
Email: busseyja@sec.gov
SECURITIES AND EXCHANGE COMMISSION
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
44 Montgomery Street, Suite 700
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; and WARREN ROSEGREEN;<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**STIPULATION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR IA 11-6(b), Plaintiff Securities and Exchange Commission ("Commission") stipulates to the withdrawal of attorney Douglas M. Miller as counsel of record and requests that he be removed from the Court's service list with respect to this case. Plaintiff Securities and Exchange Commission will continue to be represented by David Baddley, Jason Bussey and Pat Huddleston, II.

    IT IS SO STIPULATED.

Dated: November 21, 2025

/s/ Douglas M. Miller
DOUGLAS M. MILLER
Attorneys for Plaintiff
Securities and Exchange Commission

/s/ Jason M. Bussey
JASON M. BUSSEY
Attorneys for Plaintiff
Securities and Exchange Commission

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED: December 8, 2025

1