UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>Matthew Wade Beasley, et al.,<br><br>　　　　　　Defendants<br><br>The Judd Irrevocable Trust, et al.,<br><br>　　　　　　Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Accepting the Fourteenth Status Report, Granting the Motions to Approve the Fourteenth Quarterly Applications for Payment of Fees and Reimbursement of Receiver, Receiver's Counsel and Professionals' Expenses for the Period of July 1, 2025, through September 30, 2025**<br><br>[ECF Nos. 851, 852, 855, 856] |

　　　　The court-appointed Receiver, Geoff Winkler, submitted his Fourteenth Status Report on November 4, 2025. Report, ECF No. 851. On November 17, 2025, the Receiver filed various motions—a motion for attorney's fees (ECF No. 852), application for payment of fees and reimbursement of expenses for the Receiver and Receiver's professionals (ECF No. 855), and an omnibus motion to approve the Fourteenth application for fees and expenses. *See* ECF No. 856. The deadline to file a response or opposition to the pending motions was December 1, 2025. *See* ECF Nos. 852, 855, 856. Notice was proper for the motions and there were no objections or oppositions thereto, nor were any objections filed regarding the status report.

　　　　Accordingly, having considered the status report, the application, and the related motions, and there being no objection thereto, I find good cause to accept and approve the Fourteenth Status Report (ECF No. 851) in its entirety, and to grant the pending motions and application for fees and costs (ECF Nos. 852, 855, 856).

　　　　IT IS HEREBY ORDERED that the Fourteenth Status Report **[ECF No. 851] is accepted in its entirety**.

IT IS FURTHER ORDERED that the omnibus motion to approve the Fourteenth Quarterly Applications for Fees and Reimbursement of Expenses for Receiver and Receiver's Professionals for the Period from July 1, 2025 through September 30, 2025 **[ECF No. 856] is granted**.

IT IS FURTHER ORDERED that the motions to approve the Fourteenth quarterly applications for fees and reimbursement for expenses for the Receiver, Receiver's Counsel and Professionals for July 1, 2025, through September 30, 2025 **[ECF Nos. 852, 855], are approved and granted as set forth in this order**.

IT IS FURTHER ORDERED that the Receiver is authorized to continue administering the receivership entities and their estate in accordance with the terms of the Order Appointing the Receiver, to undertake the recommendations presented in the Fourteenth Status Report, including continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide any other relief the court deems necessary and appropriate to fulfill his duties.

IT IS FURTHER ORDERED that the following fees and costs are approved:

(1) Receiver fees of $815,161.00 and costs of $20,725.03;

(2) Greenberg Traurig fees of $52,661.78 and costs of $823.16;

(3) Aitheras fees of $36,002.27;

(4) Allen Matkins fees of $93,370.50 and costs of $1,514.43; and

(5) SR Law fees of $623.50.

The Receiver is hereby authorized to pay 80 percent of the allowed fees and 100 percent of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Rickard from funds on hand in the receivership estate. The Receiver is further authorized to pay one hundred percent of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

IT IS FURTHER ORDERED that the receivership should continue under the terms set forth in the Order Appointing Receiver [ECF No. 88].

Dated: December 9, 2025

_____
Cristina D. Silva
United States District Judge