UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Securities and Exchange Commission, | Case No. 2:22-cv-00612-CDS-EJY |
| Plaintiff | **Order Accepting the Sixteenth Status Report, Granting the Motions to Approve the Sixteenth Quarterly Applications for Payment of Fees and Reimbursement of Receiver and Receiver's Counsel and Professionals Expenses for the Period of January 1, 2026, through March 31, 2026** |
| v. | |
| Matthew Wade Beasley, et al., | |
| Defendants | |
| The Judd Irrevocable Trust, et al., | [ECF Nos. 889, 892, 895, 896] |
| Relief Defendants | |

The court-appointed Receiver, Geoff Winkler, submitted his *Sixteenth Status Report* on May 1, 2026. Report, ECF No. 889. On May 15, 2026, the Receiver filed three motions: a motion for attorney's fees (ECF No. 892), the sixteenth quarterly applications for payment of fees and reimbursement of expenses for the Receiver and Receiver's professionals (ECF No. 895), and an omnibus motion to approve the sixteenth application for fees and expenses (ECF No. 896). The deadline to file a response or opposition to the pending motions was May 29, 2026. *See* Mots., ECF Nos. 892, 895, 896. Notice was proper for the motions, and there were no objections or oppositions thereto, nor were any objections filed regarding the status report.

Accordingly, having considered the status report, the application, and the related motions, and there being no objection thereto, I find good cause to accept and approve the *Sixteenth Status Report* (ECF No. 889) in its entirety, and to grant the pending motions and application for fees and costs (ECF Nos. 892, 895, 896).

IT IS HEREBY ORDERED that the *Sixteenth Quarterly Status Report* [ECF No. 889] is **accepted in its entirety**.

IT IS FURTHER ORDERED that the sixteenth quarterly application for payment of fees and reimbursement of expenses of receiver and receiver's professionals Allen Matkins fees of and Semenza Rickard Law for January 1, 2026 through March 31, 2026 [ECF No. 892] is **accepted**.

IT IS FURTHER ORDERED that the sixteenth quarterly application for payment of fees and reimbursement of expenses of receiver and receiver's professionals Greenberg Traurig, LLP, and Aitheras, LLC, for January 1, 2026 through March 31, 2026 [ECF No. 895] is accepted.

IT IS FURTHER ORDERED that the omnibus motion to approve the sixteenth quarterly applications for fees and reimbursement for expenses for the Receiver and the Receiver's Counsel and Professionals for January 1, 2026, through March 31, 2026 [ECF No. 896] is **approved and granted as set forth in this order**.

IT IS FURTHER ORDERED that the Receiver is authorized to continue administering the receivership entities and their estate in accordance with the terms of the Order Appointing the Receiver, to undertake the recommendations presented in the sixteenth Status Report, including continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide any other relief the court deems necessary and appropriate to fulfill his duties.

IT IS FURTHER ORDERED that the following fees and costs are approved:

(1) Receiver fees of $810,707.00 and costs of $2,552.80;

(2) Greenberg Traurig fees of $67,086.26 and costs of $581.30;

(3) Aitheras fees of $40,960.26;

(4) Allen Matkins fees of $69,007.50 and costs of $840.53; and

(5) Semenza Rickard Law (SR Law) fees of $348.00 are allowed.

2

The Receiver is hereby authorized to pay 80 percent of the allowed fees and 100 percent of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Rickard from funds on hand in the receivership estate. The Receiver is further authorized to pay 100 percent of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

IT IS FURTHER ORDERED that the receivership should continue under the terms set forth in the Order Appointing Receiver **(ECF No. 88)**.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge

3