# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Securities and Exchange Commission,

        Plaintiff

v.

Warren Rosegreen, et al.,

        Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Striking Defendant's Oversized Motions**

[ECF Nos. 938, 939]

On June 22, 2026, defendant Warren Rosegreen filed two motions. Mots., ECF Nos. 938, 939. Both motions violate the local rules. Specifically, both violate Local Rule 7-3(b), which states, "All other motions, responses to motions, and pretrial and post-trial briefs are limited to 24 pages, excluding exhibits."[1] Here, the motion docketed at ECF No. 938 is 73 pages long, and the motion docketed at ECF No. 939 is 43 pages long. Further, the motion docketed as "Motion to Compel" contains several types of motions and requests multiple forms of relief. Local Rule IC 2-2(b) requires a separate document be filed "[f]or each type of relief requested or purpose of the document." *See* LR IC 2-2(b); *see also Pribyl v. Allstate Ins. Co.*, 2018 WL 4088015, at *4 (D. Nev. Aug. 27, 2018).

Accordingly, I exercise my discretion and strike both motions. *See Beardshear v. Shilo Mgmt. Corp.*, 2008 WL 906748, at *1 n.1 (W.D. Wash. Apr. 1, 2008) ("[W]hether to strike all or part of an overlength pleading is within the discretion of the court." (citing *Swanson v. U.S. Forest Serv.*, 87 F.3d 339, 345 (9th Cir. 1996))). Rosegreen is again reminded that he is required to follow the rules of the court, including the local rules. *See* ECF No. 928 at 3 n.3. Rosegreen is again cautioned that failure to compel may result in sanctions. *Id.*

---

[1] Excluded from subsection (b) are motions for summary judgment, which can be no longer than 30 pages. *See* Local Rule 7-2(a).

## Conclusion

IT IS THEREFORE ORDERED that Rosegreen's motions **[ECF Nos. 938, 939] are** STRICKEN.

Dated: June 25, 2026

_____
Cristina D. Silva
United States District Judge

2