KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
IDEIDQ#YDQFRWW
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
E-Mail: kanderson@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff

v.

MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;

Defendants

THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;

Relief Defendants

Case No. 2:22-cv-0612-CDS-EJY

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RECEIVER'S EMERGENCY MOTION FOR ORDER IN AID OF RECEIVERSHIP ENJOINING (i) CONTACT WITH J&J INVESTORS SOLICITING THE UNLICENSED PRACTICE OF LAW AND (ii) RELATED INAPPROPRIATE CONTACT**

**[ECF NOS. 992 & 993]**

**FIRST REQUEST**

[ECF No. 1009]

Defendant Jeffrey J. Judd ("**Judd**"), by and through his counsel of record, Kevin N. Anderson of the law firm of Fabian VanCott and Court appointed Receiver Geoff Winkler ("**Winkler**"), by and through his counsel of record, the law firm of Greenberg Traurig, LLP, hereby stipulate as follows to extend the time to file an opposition to the Receiver's Emergency Motion for Order in Aid of Receivership Enjoining (i) Contact with J&J Investors Soliciting the Unlicensed Practice of Law and (ii) Related Inappropriate Contact Between Receivership Defendants and J&J Investors [ECF Nos. 992 and 993] ("**Receiver's Motions**"), which is currently due on September 11, 2026, and the reply, which is currently due September 18, 2026. The hearing on Receiver's Motions is scheduled for September 25, 2026:

1. Judd may have until Tuesday, September 15, 2026 to file and serve his response to the Receiver's Motions.

2. Winkler shall have until Wednesday, September 23, 2026 to file and serve his reply in support of Receiver's Motions.

This is the first stipulation for an extension of time for Judd and his counsel to file a response to Receiver's Motions and for Winkler and his counsel to file a reply in support of Receiver's Motions.

Good cause exists for this extension because following submission of Receiver's Motions the Court ordered the parties to appear for a hearing on Friday, September 4, 2026 [ECF No. 998], which took time away from preparing an opposition to Receiver's Motions. This extension will not cause any undue delay.

**IT IS SO ORDERED:**

________________________________
HONORABLE CRISTINA D. SILVA
United States District Judge

DATED: September 11, 2026

**IT IS SO STIPULATED.**

DATED this 10th day of September, 2026.


*/s/ Kyle A. Ewing*
KARA B. HENDRICKS
Nevada State Bar No. 07743
KYLE A. EWING
Nevada State Bar No. 014051
**GREENBERG TRAURIG, LLP**
10845Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
E-mail: hendricksk@gtlaw.com
ewingk@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Receiver Geoff Winkler*

*/s/ Kevin N. Anderson*
KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
IDEIDQ #YDQFR WW
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
E-Mail: kanderson@fabianvancott.com

*Attorneys for Jeffrey J. Judd*