UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Securities and Exchange Commission,

Plaintiff

v.

Matthew Wade Beasley, et al.,

Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Granting Receiver's Motions for an Order (1) Approving Receiver's Proposed Distribution Plan, and (2) Authorizing Receiver to Commence Making Distributions on Allowed Claims**

[ECF Nos. 982, 983]

On August 14, 2026, Geoff Winkler, the court-appointed receiver in the above-entitled matter, filed motions seeking an order (1) authorizing him to commence making distributions on allowed claims and (2) authorizing him to commence making distributions to holders of Allowed Claims in accordance with the Distribution Plan. Mot., ECF Nos. 982, 983. As explained in those motions, most of the holders of Allowed Claims against the Estate are investors who experienced a net loss because of their investment in the Ponzi scheme that gave rise to this action, and numerous other actions in this court and others. *See id.* at 3. By the Receiver's estimation, there were more than 1,200 "investors" in the scheme, and more than 950 of whom were net losers.[1] *Id.* The motions explain the proposed plan for distribution of the Allowed Claims, *id.* at 3–7, to include explaining that all non-priority claims will be distributed *pro-rata*, *id.* at 9–10.

Any opposition to either of the Receiver's motions was due by August 28, 2026. *See* Local Rule 7-2(b) (requiring that responses to any motion, other than those for summary judgment, be filed 14 days after service of the motion). To date, no response or other opposition to either motion has been filed.

[1] I previously determined which net losers to be holders of Allowed Claims, and also granted relief related to the Receiver's determinations on the amounts and priorities of the Allowed Claims. *See* ECF Nos. 890, 925, 976.

Accordingly, having reviewed the motions and the proposed plan, and because the motions are unopposed, I grant the Receiver's motions to approve his proposed distribution plan, and further grant his request for authorization to commence making distributions on Allowed Claims.

IT IS THEREFORE ORDERED that the Receiver's motion for approval of his distribution plan of Allowed Claims and for authorization to commence making distributions on Allowed Claims **[ECF Nos. 982, 983] are GRANTED** in their entirety. The Receiver is AUTHORIZED to commence making distributions on Allowed Claims in accordance with the distribution plan set forth in ECF No. 983.

Dated: October 2, 2026

__________________________________
Cristina D. Silva
United States District Judge