UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Securities and Exchange Commission,

Plaintiff

v.

Matthew Wade Beasley, et al.,

Defendants

The Judd Irrevocable Trust, et al.,

Relief Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Accepting the Seventeenth Status Report, Granting the Motions to Approve the Seventeenth Quarterly Applications for Payment of Fees and Reimbursement of Receiver and Receiver's Counsel and Professionals Expenses for the Period of April 1, 2026, through June 30, 2026**

[ECF Nos. 975, 985, 988, 989]

The court-appointed Receiver, Geoff Winkler, submitted his *Seventeenth Status Report* on July 31, 2026. Report, ECF No. 975. On August 18, 2026, the Receiver filed three motions: a motion for attorney's fees (ECF No. 985), the seventeenth quarterly application for payment of fees and reimbursement of expenses for the Receiver and the Receiver's professionals (ECF No. 988), and an omnibus motion to approve the seventeenth application for fees and expenses (ECF No. 989). The deadline to file a response or opposition to the pending motions was September 1, 2026. *See* Mots., ECF Nos. 985, 988, 989. Notice was proper, and there were no objections or oppositions thereto, nor were any objections filed regarding the status report. Further, the court held a hearing regarding the seventeenth quarterly report on August 17, 2026, during which the report was accepted with no objection. *See* Mins., ECF No. 990.[1]

Accordingly, having considered the status report, the application, and the related motions, and there being no objection thereto, I confirm acceptance of the *Seventeenth Status Report* (ECF No. 975) in its entirety, and grant the pending motions and application for fees and costs (ECF Nos. 985, 988, 989).

[1] I also accepted the Receiver's supplemental forensic accounting report (ECF No. 965) during this hearing. ECF No. 990.

IT IS HEREBY ORDERED that the *Seventeenth Status Report* **[ECF No. 975] is accepted in its entirety**.

IT IS FURTHER ORDERED that the seventeenth quarterly application for payment of fees and reimbursement of expenses **[ECF No. 989] is granted.**

IT IS FURTHER ORDERED that the motion for the payment of fees and reimbursement for receiver's counsel Allen Matkins Leck Gamble Mallory & Natsis, LLP and Semenza Rickard Law for April 1, 2026, through June 30, 2026, **[ECF No. 985] is granted**.

IT IS FURTHER ORDERED that the seventeenth quarterly application for payment of fees and reimbursement of expenses for receiver's counsel Greenberg Traurig, LLP, and Aitheras, LLC, for April 1, 2026, through June 30, 2026, **[ECF No. 988] is granted**.

IT IS FURTHER ORDERED that the Receiver is authorized to continue administering the receivership entities and their estate in accordance with the terms of the Order Appointing the Receiver, to undertake the recommendations presented in the *Seventeenth Status Report*, including continued engagement of professionals he deems necessary for the proper administration of the receivership entities and their estate, and to provide any other relief the court deems necessary and appropriate to fulfill his duties.

IT IS FURTHER ORDERED that the following fees and costs, and reimbursements thereof, are approved:

(1) Receiver fees of in the amount of $361,431.00 and costs in the amount of $7,000.13;

(2) Greenberg Traurig cumulative fees in the amount of $321,695.50 and cumulative costs in the amount of $29,664.51;

(3) Aitheras fees in the amount of $40,935.00;

(4) Allen Matkins fees in the amount of $49,483.50 and costs in the amount of $978.32; and

(5) Semenza Rickard Law fees in the amount of $2,079.00 and costs in the amount of $572.04.

The Receiver is hereby authorized to pay 80 percent of the allowed fees and 100 percent of the allowed costs incurred by the Receiver, Greenberg Traurig, Allen Matkins, and Semenza Rickard from funds on hand in the receivership estate. The Receiver is further authorized to pay 100 percent of the allowed fees incurred by Aitheras from funds on hand in the receivership estate.

IT IS FURTHER ORDERED that the receivership should continue under the terms set forth in the Order Appointing Receiver **[ECF No. 88]**, as well as any order that modifies ECF No. 88.

Dated: October 2, 2026

________________________________
Cristina D. Silva
United States District Judge