UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Securities and Exchange Commission,

Plaintiff

v.

Matthew Wade Beasley, et al.,

Defendants

The Judd Irrevocable Trust, et al.,

Relief Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Striking Notices**

[ECF Nos. 1031–1036]

On September 24, 2026, non-parties Aaron Prince and Denise Mraz filed five "Notices." *See* ECF Nos. 1031–1036. For the reasons explained herein, the notices are stricken.

**I. Discussion**

Notices are a type of filing that should rarely be used and only for administrative functions—such as notifying the court of an address change or informing the court that an attorney is appearing to represent a client. *See, e.g.*, LR IA 3-1 (notice of a change of contact information); LR IA 10-4 (notice of an in-camera submission); LR IC 1-1(d) (notice of manual filings). Notices cannot, however, be used to make the court's docket a repository for allegations or alleged discovery. *See Hinojos v. Weir*, 2025 WL 2337103, at *2 (D. Ariz. Aug. 12, 2025) ("The court's docket is not a repository for the parties' evidence."); *see also Dillon v. Corr. Corp. of Am.*, 2021 U.S. Dist. LEXIS 272388, at *3 (D. Nev. July 19, 2021) ("The Court's docket is not a repository for miscellaneous documents that a litigant believes may support his claims."). All court filings requesting relief or requesting that the court make a ruling or take an action of any kind must be in the form of a motion and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules. *See* Fed. R. Civ. P. 7; LR 7-2.

Here, none of the "Notices" filed by Prince and Mraz are the sort of notices that can be properly lodged with the court. Rather, they contain a series of declarations, demands, and conclusory assertions. Consequently, the "Notices" are improperly filed. This court has authority to strike an improper filing under its inherent power to control its docket. *See Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). That is because "[e]very paper filed with the [court], no matter how repetitious or frivolous, requires some portion of the institution's limited resources," and "part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice." *In re McDonald*, 489 U.S. 180, 184 (1989). Because the "Notices" are improperly filed, they are hereby stricken.

**II. Conclusion**

IT IS HEREBY ORDERED that Prince and Mraz's "Notices" **[ECF Nos. 1031-1036] are STRICKEN.**

Dated: October 9, 2026

Cristina D. Silva
United States District Judge