UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Securities and Exchange Commission,

Plaintiff

v.

Matthew Wade Beasley, et al.,

Defendants

The Judd Irrevocable Trust, et al.,

Relief Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Granting Defendant Jeffrey Judd's Motion to Extend Time**

[ECF No. 1056]

I ordered defendant Jeffrey Judd to show cause by October 19, 2026, why he should not be sanctioned for violating the order appointing the receiver. ECF No. 1054. Judd now seeks an extension of time to respond because he must retain new counsel. ECF No. 1056. Finding good cause, I grant his motion. The deadline for Judd to respond to the show-cause order is extended to November 2, 2026.

Dated: October 19, 2026

Cristina D. Silva
United States District Judge