KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
**FABIAN VANCOTT**
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
E-Mail: kanderson@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff

v.

MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; ROLAND TANNER; LARRY JEFFERY; JASON A. JENNE; SETH JOHNSON; CHRISTOPHER M. MADSEN; RICHARD R. MADSEN; MARK A. MURPHY; CAMERON ROHNER; AND WARREN ROSEGREEN,

Defendants

THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC,

Relief Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Granting JOINT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

[ECF No. 1057]

Pursuant to LR IA 11-6(b), and Rules 1.7, 1.16(a)(1), 1.16(b)(7), and 3.7 of the Nevada Rules of Professional Conduct, Kevin N. Anderson ("**Mr. Anderson**") and the law firm Fabian VanCott ("**Fabian VanCott**"), and Defendant Jeffrey J. Judd ("**Judd**"), hereby jointly move the Court for an order granting Mr. Anderson and Fabian VanCott leave to withdraw as counsel of record for Judd. This Motion is brought in good faith and not to hinder or delay the judicial process. This Motion is based upon the pleadings and papers on file in this action and the Points and Authorities set forth herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**INTRODUCTION**

Mr. Anderson and Fabian VanCott seek leave of the Court to withdraw as counsel of record for Judd based upon a conflict that has arisen as a result of the Court's October 9, 2026 Order to Show Cause Why this Court Should Not Sanction Attorney Kevin Anderson of Fabian VanCott Under Federal Rule of Civil Procedure 11, the Local Rules of this District and the Court's Inherent Power, and Order to Show Cause Why this Court Should Not Sanction Jeffrey Judd, Aaron Prince, and Denise Mraz Under this Court's Inherent Powers for Violating ECF No. 88 [ECF No. 1054] ("**OSC**").

In its OSC, the Court makes several statements that create a significant risk that Mr. Anderson's representation of Judd will be materially limited by Mr. Anderson's personal interests, which is a concurrent conflict of interest under Rule 1.7(a)(2) of the Nevada Rules of Professional Conduct.

Two examples illustrate that risk. First, the OSC treats Mr. Anderson's statements as Judd's admissions and states that "Judd can rebut that this evidence should be used against him." ECF No. 1054 at 21 n.15. Judd's response on that point may address the scope of Mr. Anderson's authority and the extent of Judd's knowledge, matters on which Mr. Anderson must also respond

on his own behalf. Second, the OSC states that, "without evidence to the contrary, Anderson was doing so either at Judd's direction, or with Judd's approval." ECF No. 1054 at 22. Mr. Anderson and Judd must each respond to that statement, and Mr. Anderson's interest in responding on his own behalf could limit his ability to advise Judd on Judd's response. The OSC also relies on Mr. Anderson's own communications to impute what Judd knew, ECF No. 1054 at 22–23, which could make Mr. Anderson a likely witness on that question depending on Judd's response.

## ARGUMENT

Under LR IA 11-6(b), an attorney who seeks to withdraw after appearing in a case "must file a motion or stipulation and serve it on the affected client and opposing counsel." Except for good cause shown, the Court will not approve a withdrawal that will result in delay of discovery, the trial, or any hearing in the case. LR IA 11-6(e).

Rule 1.16(a)(1) of the Nevada Rules of Professional Conduct requires a lawyer to withdraw where "[t]he representation will result in violation of the Rules of Professional Conduct or other law." Rule 1.16(b)(7) also permits withdrawal where "[o]ther good cause for withdrawal exists."

Here, both standards are met. The OSC requires Mr. Anderson and Judd to respond to overlapping issues, which creates a risk that Mr. Anderson's interest in defending his own conduct could limit his representation of Judd on the contempt and sanctions issues the OSC raises against Judd. Mr. Anderson may also be requested to provide testimony on the issues raised in the OSC. Continued representation would therefore present a significant risk that Mr. Anderson's representation of Judd will be materially limited by Mr. Anderson's personal interests, a concurrent conflict under Rule 1.7(a)(2), and would raise lawyer-as-witness concerns under Rule 3.7, and withdrawal is required under Rule 1.16(a)(1). At a minimum, these circumstances constitute good cause under Rule 1.16(b)(7).

Judd has reviewed this Motion and consents to the withdrawal. Judd's last known address

and telephone number are: 279 Aqua Lane, Henderson, Nevada 89012; (725) 272-7456. Pursuant to this Court's April 24, 2025 Order Granting Government's Motion to Intervene and Stay Proceedings [ECF No. 800], the discovery deadline, motions deadline, and deadline to submit a proposed joint pretrial order in this case were vacated and stayed. Accordingly, withdrawal will not delay discovery, the trial, or any hearing in the case. The OSC calls for written responses and does not set a hearing. ECF No. 1054 at 23–24. Judd has concurrently filed a Motion for Enlargement of Time for Jeffrey J. Judd to Respond to Order to Show Cause [ECF No. 1054].

**CONCLUSION**

Judd is entitled to be represented by conflict-free counsel in responding to the OSC. Based on the foregoing, Mr. Anderson, Fabian VanCott, and Judd jointly request that the Court enter an order granting Mr. Anderson and Fabian VanCott leave to withdraw as counsel of record for Judd.

DATED this 16th day of October, 2026.

*/s/ Kevin N. Anderson*
KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 4512
FABIAN VANCOTT
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
E-Mail: kanderson@fabianvancott.com

*Attorneys for Jeffrey J. Judd*

*/s/ Jeffrey J. Judd*
JEFFREY J. JUDD
Defendant

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: October 19, 2026