RUSSELL E. MARSH, ESQUIRE.
Nevada State Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89100
Telephone: (702) 382-4004
Fax: (702) 382-4800
E-Mail: russ@wmllawlv.com

Attorneys for Kevin Anderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW WADE BEASLEY; BEASLEY LAW GROUP PC; JEFFREY J. JUDD; CHRISTOPHER R. HUMPHRIES; J&J CONSULTING SERVICES, INC., an Alaska Corporation; J&J CONSULTING SERVICES, INC., a Nevada Corporation; J AND J PURCHASING LLC; SHANE M. JAGER; JASON M. JONGEWARD; DENNY SEYBERT; and ROLAND TANNER;<br><br>Defendants<br><br>THE JUDD IRREVOCABLE TRUST; PAJ CONSULTING INC; BJ HOLDINGS LLC; STIRLING CONSULTING, L.L.C.; CJ INVESTMENTS, LLC; JL2 INVESTMENTS, LLC; ROCKING HORSE PROPERTIES, LLC; TRIPLE THREAT BASKETBALL, LLC; ACAC LLC; ANTHONY MICHAEL ALBERTO, JR.; and MONTY CREW LLC;<br><br>Relief Defendants | Case No. 2:22-cv-00612-CDS-EJY<br><br>**Order Granting in Part ATTORNEY KEVIN ANDERSON'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**<br><br>[ECF No. 1060] |

Attorney Kevin Anderson of Fabian VanCott, by and through his attorney RUSSELL E. MARSH, ESQUIRE, of Wright Marsh & Levy, hereby requests an extension of time to file his response to the Order to Show Cause issued on October 9, 2026. Mr. Anderson requests that he be allowed until either November 2, 2029 (the current date for Jeffrey Judd to file his response), or October 21, 2026 (four days from now), to file his response

**MEMORANDUM OF POINTS AND AUTHORITIES**

On Friday, October 9, 2026, the Court issued an Order to Show Cause ("OSC"), ECF 1054, why Kevin Anderson should not be sanctioned under Rule 11 of the Federal Rules of Civil Procedure, the Local Rules of the District of Nevada, and the Court's inherent powers. Mr. Anderson's response to the OSC is currently due on October 19, 2026. ECF 1054 at 23-24.

At a hearing on this matter on September 25, 2026, the court had previously indicated that it was inclined to grant Rule 11 sanctions against Anderson based on what was represented in Jeffrey Judd's Opposition to the Receiver's Emergency Motion. ECF 1038 at 55. The Court gave Mr. Anderson until October 2, 2026, to respond. On that date, Mr. Anderson's counsel filed a Motion to Extend Time. ECF 1044. Instead of ruling directly on this Motion, the Court issued a Minute Order granting it in part, vacating Anderson's response date and indicating that it was expanding the scope of its sanctions inquiry. ECF 1045. The Court indicated that an Order on that issue would be forthcoming and that any response from Mr. Anderson would be due within ten days of the Order. *Id.* The OSC followed. It indeed expanded the scope of potential sanctions against Anderson to include violations of the Receivership Appointment Order (ECF 88) and the Nevada and Utah rules of professional responsibility. This in turn increased the legal and factual research necessary to respond to the OSC. The Order to Show Cause also names Jeffrey Judd, Aaron Prince and Denise Mraz in addition to Anderson. OSC at 20-24.

One of the cited Rules, NRPC 5.5(a)(2)—and its analogous Utah rule, Utah Supreme Court Rule of Professional Practice 3.5.5(a)-- involves the alleged assisting with the unauthorized practice of law, which is also a potential crime under NRS 7.285. As counsel has already informed the Court that Mr. Anderson might invoke his Fifth Amendment rights if asked about this issue, it must be approached with particular sensitivity and consultation with the client. *See also* OSC at 18 n. 13 (certain assertions by Anderson might constitute an admission of violations of ethical rules or criminal laws).

On the day that the OSC was issued, counsel was on a previously planned family trip to Lake Tahoe over that holiday weekend. Nevertheless, counsel was able to coordinate with his client, Mr. Anderson, and Jeff Bramble, General Counsel for Fabian VanCott ("FVC"), regarding the Order. Since then, counsel has spent every working day and the intervening weekend researching and preparing Mr. Anderson's response. Mr. Bramble himself was on a pre-planned trip starting later in the week and not returning until tonight, but was also able to consult and aid in obtaining information and materials from the firm.

At the same time, counsel continued to represent FVC in responding to the Receiver's subpoena to the firm. Counsel has engaged in a further meet-and-confer conversation with Receiver's counsel and produced and agreed to produce additional documents. The Receiver's counsel has set this Wednesday, October 21, 2026, as a final deadline for responding to the remaining open items regarding the subpoena. Counsel is concerned that having to file a response on behalf of Mr. Anderson without the chance to review all documents that may be produced or offered in support of a response may prejudice Mr. Anderson, particularly given the history of this case and the allegations in the Receiver's Reply and the OSC.

On October 16, 2026, Kevin Anderson and FVC filed a Motion to Withdraw from the representation of Jeff Judd, citing the significant risk of a concurrent conflict created by the

requirements for Anderson and Judd in responding to the OSC. ECF1057 at 2-3. At the same time, Mr. Judd requested an extension of time to seek and obtain new counsel and prepare his response by November 2, 2026. ECF 1056. That motion was granted today. ECF 1058.

Counsel had considered joining Mr. Judd's request for an extension of time at the time of filing, but felt that it was in his client's best interest to file under the current deadline. In consultation with Mr. Anderson, that calculation has changed. An extension until November 2, 2026, will not delay the proceedings any more than Judd's extension. If this request, is not allowed, Mr. Anderson requests a short extension, until October 23, 2026, to complete the response and assemble all supporting documentation. This date is also after the current final deadline proposed by the Receiver on his subpoena to FVC.

Given the late date and hour, counsel has not had the opportunity to seek or obtain Receiver's counsel's position on this request. Last time, the Receiver deferred to the Court's discretion. ECF 1044 at 4. For the reasons stated herein, Mr. Anderson and his counsel ask that the Court grant their request to extend the time until November 2, 2026, or, alternatively, October 23, 2026, to file his response to the Order to Show Cause. DATED: October 19, 2026

/s/ Russell E. Marsh
RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11189
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Attorneys for Kevin Anderson

It is ordered that Kevin Anderson has until October 28, 2026, to file a response to the show cause order.

United States District Judge

Dated: October 22, 2026