UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Securities and Exchange Commission,

Plaintiff

v.

Matthew Wade Beasley, et al.,

Defendants

The Judd Irrevocable Trust, et al.,

Relief Defendants

Case No. 2:22-cv-00612-CDS-EJY

**Order Sua Sponte Extending Deadline for Non-parties Prince and Mraz to Respond to the Show Cause Order**

On October 9, 2026, I issued a show cause order that non-parties Aaron Prince and Denise Mraz show cause, in writing, by October 19, 2026, why they should not be sanctioned by being held in contempt for violating the interference injunction set forth in ECF No. 88 at 12, § 29. *See* ECF No. 1054. To date, no response from Prince and Mraz has been docketed. Because they are pro se, I sua sponte extend the deadline to file a response to November 9, 2026.

Prince and Mraz are again cautioned that if they intend to represent themselves to defend against this show cause order, they must comply with all the rules of this court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this District. Failure to comply may result in the court striking any non-compliant filings. Further, the failure to response to the show cause order may result in the court issuing sanctions against them.

**Conclusion**

IT IS HEREBY ORDERED that the deadline for Prince and Mraz to respond to this court's October 9, 2026 show cause order (ECF No. 1054) is sua sponte extended to November 9, 2026.

Although Federal Rule of Civil Procedure 5(b)(2)(C) states that service is effectuated upon mailing to a person's last address, I nonetheless kindly direct the Clerk of Court to send a copy of this order and ECF No. 1054 via **certified mail** to Prince and Mraz.

Dated: October 23, 2026

________________________________
Cristina D. Silva
United States District Judge