KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No. 14051
ewingk@gtlaw.com
ANTHONY A. TORROLL, Bar No. 16640
anthony.torroll@gtlaw.com
COLLIN M. R. WEIRES, Bar No. 17320
collin.weires@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773

DAVID R. ZARO*
dzaro@allenmatkins.com
JOSHUA A. del CASTILLO*
jdelcastillo@allenmatkins.com
MATTHEW D. PHAM*
mpham@allenmatkins.com
*admitted *pro hac vice*
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555

JARROD L. RICKARD, Bar No. 10203
jlr@skrlawyers.com
KATIE L. CANNATA, Bar No. 14848
klc@skrlawyers.com
**SEMENZA KIRCHER RICKARD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

*Attorneys for Geoff Winkler, Receiver*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WADE BEASLEY *et al.*,<br><br>Defendants,<br><br>THE JUDD IRREVOCABLE TRUST *et al.*,<br><br>Relief Defendants. | Case No. 2:22-CV-00612-CDS-EJY<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO SERVE DENISE MRAZ AND AARON PRINCE WITH SUBPOENA DUCES TECUM BY ALTERNATIVE MEANS** |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

On November 11, 2026, Geoff Winkler, the Court-appointed receiver for J&J Consulting Services, Inc., et al. ("*Receiver*") filed his Motion for Leave to Serve Denise Mraz and Aaron Prince with Subpoena Duces Tecum by Alternative Means (ECF No. 1092).[1] Having reviewed the Motion and the exhibits thereto, and good cause appearing, the Court finds and concludes as follows.

Based on the Court's review of the Motion, its exhibits, and other items in the docket, Prince and Mraz appear to have formed and operate a self-styled "private membership association" called the Justice and Freedom Association ("*JFA*").[2] Through JFA they, along with Defendant Warren Rosegreen, solicited at least twelve "Net Winner" defendants from the Receiver's Clawback Actions selling legal services they are not licensed to provide and interfering with the Receiver's administration of the Estate.[3] The conduct has caused the Receivership Estate to incur legal fees and costs, plus substantial diverted staff time.[4] Documents produced by Fabian VanCott reflect Prince and Mraz coordinated with Kevin Anderson, Esq., former counsel for Defendant Jeffrey Judd, to frustrate the Receiver's administration of the Estate.[5] The Receiver accordingly sought the Subpoena to investigate this interference as authorized under the Appointment Order.[6]

The Receiver has been diligent. Over six weeks (September 2 through October 15, 2026), his process server, Nationwide, made more than a dozen documented attempts to serve Prince and Mraz.[7] Specifically, Nationwide conducted nine-full day stakeouts of 5155 Blue Diamond Road, Suite 84, Las Vegas, Nevada 89139 (the "*Blue Diamond Location*"), the address Prince and Mraz hold out as their own.[8] Nationwide also conducted two courthouse stakeouts, at which neither individual was seen.[9] The Receiver then pursued a Florida address for Prince and three Nevada

[1] Capitalized terms not defined in this Order carry those meanings ascribed to them in the Motion.

[2] *See* Receiver's Motion For Leave to Serve Denise Mraz and Aaron Prince With Subpoena Duces Tecum By Alternative Means, ECF No. 1092, at 4 ("*Mot. For Leave*").

[3] *See id*.

[4] *See id*. at 4, n.4.

[5] *See id*. at 5.

[6] *See id*.

[7] *See* Mot. For Leave, ECF No. 1092, at 13.

[8] *See id*. at 13-14.

[9] *See id*. at 11.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

addresses for Mraz.[10] Throughout, the Receiver's attempts at service were guided by skip-trace, voter-registration, and property-records searches.[11] Every attempt failed.[12]

Prince and Mraz nonetheless know of and actively participate in this action. The Court has found both to be on notice of the Appointment Order (ECF No. 88).[13] Their October 2026 filings cite that Order and this action's docket number, and they have filed papers into this case, including an opposition to the Receiver's Emergency Motion.[14] As recently as November 1, 2026, Prince posted on Facebook about this action, identifying it by name and docket number, and Mraz commented from her own account.[15] Prince and Mraz have also repeatedly failed to comply with Court orders, including the Order to Show Cause (ECF No. 1054).

The record establishes channels reasonably calculated to reach Prince and Mraz with the Subpoena. These include the Blue Diamond Location; the email addresses Prince and Mraz actively use, namely, "Americanfirst@fastmail.com," the address through which Mraz communicated with Mr. Anderson, "aaronprinceasn@protonmail.com," the address through which the Receiver served Prince with the Emergency Motion, and "LDPlasvegas@gmail.com," the JFA email address with which Prince and Mraz are linked; and the Facebook accounts on which they have publicly discussed this litigation.[16]

"[C]ourts in the Ninth Circuit permit service by alternative means, such as mail, where the serving party provides evidence of earlier diligence to affect personal service." *Pepa v. N. Terrace Homeowners Ass'n*, No. 2:25-cv-02083-JCM-EJY, 2026 WL 1893534, at *2 (D. Nev. June 29, 2026) (citing *Fujikura Ltd. v. Finisar Corp.*, Case No. 15-mc-80110-HRL (JSC), 2015 WL 5782351, at *5 (N.D. Cal. Oct. 5, 2015)). In reaching the conclusion that alternative service is appropriate, the Court may also consider whether the intended recipient is evading service. *JKG*

[10] *See id.* at 14.
[11] *See id.*
[12] *See* Mot. For Leave, ECF No. 1092, at 14.
[13] *See id.* at 8.
[14] *See id.* at 8-9.
[15] *See id.* at 10-11.
[16] *See id.* at 18.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

*Fitness, Inc. v. Brown & Brown of Colorado, Inc.*, No. 2:23-cv-01800-JAD-MDC, 2025 WL 2260117, at *2 (D. Nev. Aug. 7, 2025). Finally, the chosen method of service must satisfy due process such that it is "reasonably calculated under the circumstances to provide Respondents with both notice and an opportunity to present objections." *Toni Brattin & Co. v. Mosaic Int'l, LLC,* No. 15-mc-80090-MEJ, 2015 WL 1844056, at *4 (N.D. Cal. Apr. 9, 2015).

The Court finds that the Receiver has been reasonably diligent in attempting to serve Prince and Mraz. Over a six-week period from September 2 through October 15, 2026, the Receiver, by and through its process server, Nationwide, made more than a dozen documented attempts to serve these individuals who, based on all the evidence presented, may be evading service.

The Court further finds that the record establishes that the Receiver seeks to serve Prince and Mraz through channels reasonably calculated to place the Subpoena in Prince's and Mraz's hands. Prince and Mraz each identify the same physical address in their filings: the Blue Diamond Location.[17] Service by mail and by affixing a copy of the Subpoena to the door at that address is therefore reasonably calculated to reach them. Further, Mraz has been in contact with Mr. Anderson through her active email address, and the Receiver reached Prince through his email when he served the Emergency Motion for an Order in Aid of Receivership (ECF No. 993). Prince and Mraz are also linked to the JFA email address. Finally, service by social media is reasonably calculated to provide supplemental notice to them. As recently as November 1, 2026, Prince and Mraz posted on Facebook about this litigation and have used those platforms to continue stifling the Receiver's administration.

Under Rule 1 of the Federal Rules of Civil Procedure, the Court's duty is to construe and administer the rules governing civil matters in a manner that secures "the just, speedy, and inexpensive determination of every action and proceeding." Here, the record reflects that Prince and Mraz have repeatedly failed to comply with or respond to Court orders, including the recent Order to Show Cause (ECF No. 1054). Accordingly, Rule 1 supports granting the Motion without

---

[17] *See* LR IA 10-2 (requiring that the "first page of *every* document" a party files carry that party's address) (emphasis added); *see also* LR IA 3-1 (requiring a pro se party to "*immediately* file" written notice of "any change of mailing address.") (emphasis added).

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

waiting for a responsive pleading, as no response is necessary for the just resolution of the requested relief.

**IT IS HEREBY ORDERED** that the Receiver's Motion for Leave to Serve Denise Mraz and Aaron Prince with Subpoena Duces Tecum By Alternative Means is GRANTED.

**IT IS FURTHER ORDERED** that the Receiver is authorized to serve the Subpoena, by alternative means, as follows:

**(a)** by United States mail to 5155 Blue Diamond Road, Suite 84, Las Vegas Nevada 89139, and by affixing a copy of the Subpoena to the door at that address;

**(b)** by electronic mail to the email addresses Prince and Mraz actively use, specifically Americanfirst@fastmail.com (Mraz), aaronprinceasn@protonmail.com (Prince), and LDPlasvegas@gmail.com (JFA);

**(c)** as a supplemental channel, by direct message to Prince and Mraz on the social media platform Facebook, to the Facebook accounts through which Prince and Mraz have publicly posted about this litigation.

**IT IS FURTHER ORDERED** that the Receiver will include a copy of this Order with the Subpoena for service.

**IT IS FURTHER ORDERED** that each of the foregoing methods of service are reasonably calculated under the circumstances to provide Prince and Mraz with both notice of the Subpoena and an opportunity to present objections, consistent with the requirements of due process.

**IT IS FURTHER ORDERED** that service of the Subpoena will be deemed completed upon the Receiver's completion of the authorized methods of service.

**IT IS FURTHER ORDERED** that Prince and Mraz may serve objections to any of the requests or any part of a request in the Subpoena within seven days after service of the Subpoena is deemed completed, and must otherwise produce documents responsive to the Subpoena on or before the same date.

**IT IS FURTHER ORDERED** that promptly following completion of the authorized methods of service, the Receiver will file proof of service with the Court documenting the manner and date of the alternative service effected pursuant to this Order.

**IT IS SO ORDERED** this 15th day of November, 2026.

UNITED STATE MAGISTRATE JUDGE

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002